EXHIBIT "B"



# PURCHASE ORDER
REPRINT

**Vendor Copy**

| | |
|---|---|
| Number | 166043 |
| Date | 12/20/04 |
| Page | 1 |

**HODELL-NATCO INDUSTRIES, INC.**
7825 HUB PARKWAY
CLEVELAND, OH 44125

| Vendor: 16429 | THE IBIS GROUP INC.<br>1800 WEST HAWTHORNE SUITE N<br>WEST CHICAGO, IL 60185 | Ship to: 10 | HODELL-NATCO INDUSTRIES, INC.<br>7825 HUB PARKWAY<br>CLEVELAND, OH 44125 |
|---|---|---|---|

| BUYER | TERMS | SHIP VIA | FOB | FREIGHT | REF# | | |
|---|---|---|---|---|---|---|---|
| ONR | NET 15 DAYS | | WEST CHICAGO | PREPAID | | | |

| Vendor Item | Item/Description | UNITS | UM | COST | UM | EXTENSION |
|---|---|---|---|---|---|---|
| | 80 USER- SOFTWARE LICENSE<br>SAP BUSINESS ONE<br>@ $3750.00/USER: $300,000.00<br><br>ACCORDING TO CONTRACT ATTACHED<br>TO BE PAID AS FOLLOWS:<br><br>DOWNPAYMENT WITH CONTRACT<br>DATE OF 12/20/04: $60,000.00<br><br>AT 150 DAYS FROM CONTRACT<br>$60,000.00<br><br>AT 300 DAYS FROM CONTRACT<br>$60,000.00<br><br>AT TIME IBIS ORDERS THE SAP<br>BUSINESS ONE LICENSES -<br>$60,000.00<br>BALANCE AT SUCCESSFUL<br>IMPLEMENTATION - $60,000.00<br><br>FUTURE COSTS FOR MORE USERS<br>@ CURRENT PRICES:<br><br>SAP BUSINESS ONE (AFTER 80<br>USERS) - $3,750.00/USER<br><br>RADIO BEACON (AFTER 100 USERS)<br>@ 1 USER INCREMENT -<br>$1,000.00/USER<br>@ 10 USERS INCREMENT -<br>$7,500.00/10 USERS<br>@ 50 USERS INCREMENT -<br>$25,000.00/50 USERS<br><br>IN-FLIGHT: WE HAVE AN | | | | | |

CONTINUED



# PURCHASE ORDER
REPRINT

**Vendor Copy**

HODELL-NATCO INDUSTRIES, INC.
7825 HUB PARKWAY
CLEVELAND, OH 44125

| Number | 166043 |
|---|---|
| Date | 12/20/04 |
| Page | 2 |

| Vendor: 16429 | THE IBIS GROUP INC. 1800 WEST HAWTHORNE SUITE N WEST CHICAGO, IL 60185 | Ship to: 10 | HODELL-NATCO INDUSTRIES, INC. 7825 HUB PARKWAY CLEVELAND, OH 44125 |
|---|---|---|---|

| BUYER | TERMS | SHIP VIA | FOB | FREIGHT | REF# | | | |
|---|---|---|---|---|---|---|---|---|
| ONR | NET 15 DAYS | | WEST CHICAGO | PREPAID | | | | |

| Vendor Item | Item/Description | | | UNITS | UM | COST | UM | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| | UNLIMITED USER LICENSE | | | | | | | |

OR

| AMOUNT | TAX | FREIGHT | TOTAL |
|---|---|---|---|
| .00 | .00 | .00 | .00 |

FAX DELIVERY/CONFIRMATION TO: 216-447-5078