AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

| HODELL-NATCO INDUSTRIES, INC. | ) | 1:08 CV 2755 |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| SAP AMERICA, INC., et al. | ) | |
| Defendant | ) | |

Summons in a Civil Action

**JUDGE WELLS**

To: *(Defendant's name and address)*

SAP AMERICA, INC.
3999 W. Chester Pike
Newtown Square, Pennsylvania 19073

**MAG. WHITE**

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

James F. Koehler, Esq.
P. Wesley Lambert, Esq.
Spieth, Bell, McCurdy & Newell Co., L.P.A.
925 Euclid Avenue, Suite 2000, Cleveland, OH 44115

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**GERI M. SMITH, CLERK**

Name of clerk of court

Date: NOV. 21, 2008

Katherine K____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____.

Date: _____

                                                                     _____
                                                                                 Server's signature

                                                                                 _____
                                                                                 Printed name and title

                                                                                 _____
                                                                                 Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) | |
| Plaintiff | ) | 1:08 CV 2755 |
| v. | ) | Civil Action No. |
| SAP AMERICA, INC., et al. | ) | |
| Defendant | ) | |

Summons in a Civil Action

JUDGE WELLS

MAG. WHITE

To: *(Defendant's name and address)*

SAP AG
Dietmar-Hopp-Allee 16
69190 Walldorf, Germany

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

James F. Koehler, Esq.
P. Wesley Lambert, Esq.
Spieth, Bell, McCurdy & Newell Co., L.P.A.
925 Euclid Avenue, Suite 2000, Cleveland, OH 44115

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

GERI M. SMITH, CLERK
Name of clerk of court

Date: Nov. 21, 2008

_Katherine K___
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____.

Date: _____

                                                                     Server's signature

                                                                       Printed name and title

                                                                         Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 1:08 CV 2755 |
| SAP AMERICA, INC., et al. | ) | |
| Defendant | ) | |

Summons in a Civil Action

**JUDGE WELLS**

**MAG. WHITE**

To: *(Defendant's name and address)*

LSI Lowrey Systems, Inc. c/o Timothy K. Kellett
911 Washington Ave., Suite 400
St. Louis, MO 63101

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

James F. Koehler, Esq.
P. Wesley Lambert, Esq.
Spieth, Bell, McCurdy & Newell Co., L.P.A.
925 Euclid Avenue, Suite 2000, Cleveland, OH 44115

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**GERI M. SMITH, CLERK**

Name of clerk of court

Date:  NOV. 21, 2008

*Katherine K*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
    _____
    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

| HODELL-NATCO INDUSTRIES, INC. | ) | 1:08 CV 2755 |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| SAP AMERICA, INC., et al. | ) | |
| Defendant | ) | |

Summons in a Civil Action

JUDGE WELLS

MAG. WHITE

To: *(Defendant's name and address)*

The Ibis Group, Inc. c/o John T. Grobe
1749 Naperville Road, Suite 203
Wheaton, Illinois 60187

A lawsuit has been filed against you.

    Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

James F. Koehler, Esq.
P. Wesley Lambert, Esq.
Spieth, Bell, McCurdy & Newell Co., L.P.A.
925 Euclid Avenue, Suite 2000, Cleveland, OH 44115

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

GERI M. SMITH, CLERK
Name of clerk of court

Date: Nov. 21, 2008

*Katherine KP*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____.
by:

    (1) personally delivering a copy of each to the individual at this place. _____
    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
    _____
    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address