1 08cv 2755

HODELL-NATCO INDUSTRIES v. SAP AMERICA
JUDGE WELLS

2008 NOV 26 PM 3:40

UNITED STATES POSTAL SERVICE

CLEVE. OH
25 NOV 2008 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

United States District Court
Northern District of Ohio
Carl B. Stokes
United States Courthouse
801 West Superior Avenue
Cleveland, OH 44113

Case No. 1:08 CV 2755          (Hodell-Natco)

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X ☐ Agent ☐ Addressee <br> B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to: <br> SAP AMERICA, INC. <br> 3999 W. Chester Pike <br> Newton Square, PA 19073 | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No |
| | 3. Service Type <br> ☐ Certified Mail ☐ Express Mail <br> ☐ Registered ☐ Return Receipt for Merchandise <br> ☐ Insured Mail ☐ C.O.D. <br> 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number <br> (Transfer from service label) | 7006 0810 0005 4687 8929 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

1 08cv 2755