AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

| HODELL-NATCO INDUSTRIES, INC. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 1:08 CV 2755 |
| SAP AMERICA, INC., et al. | ) |
| Defendant | ) |

Summons in a Civil Action

JUDGE WELLS

MAG. WHITE

To: *(Defendant's name and address)*

LSI Lowrey Systems, Inc. c/o Timothy K. Kellett
911 Washington Ave., Suite 400
St. Louis, MO 63101

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

James F. Koehler, Esq.
P. Wesley Lambert, Esq.
Spieth, Bell, McCurdy & Newell Co., L.P.A.
925 Euclid Avenue, Suite 2000, Cleveland, OH 44115

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

GERI M. SMITH, CLERK
Name of clerk of court

Date: NOV. 21, 2008

Katherine K
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

November 26, 2008

I declare under penalty of perjury that I served the summons and complaint in this case on _____.
by:

(1) personally delivering a copy of each to the individual at this place, _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) **Certified Mail, Service by Clerk**

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: December 1, 2008

s/Barbara L. Birr

**Deputy Clerk** Server's signature

Printed name and title

801 West Superior Avenue
Cleveland, Ohio 44113

Server's address

2008 DEC -1 PM 3:56



UNITED STATES POSTAL SERVICE
SAINT LOUIS MO 63
26 NOV 08 PM 01 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box •

United States District Court
Northern District of Ohio
Carl B. Stokes
United States Courthouse
801 West Superior Avenue
Cleveland, OH 44113

Case No. 1:08 CV 2755        (Hodell-Natco)

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X R. Wilson  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br>LSI-LOWERY SYSTEMS, INC.<br>c/o Timothy K. Kellett,<br>  Registered Agent<br>911 Washington Ave., Suite 400<br>St. Louis, MO 63101 | D. Is delivery address different from item 1? ☐ Yes<br>  If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0810 0005 4687 8943 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

| HODELL-NATCO INDUSTRIES, INC. | ) | 1:08 CV 2755 |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| SAP AMERICA, INC., et al. | ) | |
| Defendant | ) | |

Summons in a Civil Action

**JUDGE WELLS**

**MAG. WHITE**

To: *(Defendant's name and address)*

The Ibis Group, Inc. c/o John T. Grobe
1749 Naperville Road, Suite 203
Wheaton, Illinois 60187

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it). you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney. whose name and address are:

James F. Koehler, Esq.
P. Wesley Lambert, Esq.
Spieth, Bell, McCurdy & Newell Co., L.P.A.
925 Euclid Avenue, Suite 2000, Cleveland, OH 44115

If you fail to do so. judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**GERI M. SMITH CLERK**

Name of clerk of court

Date: __Nov. 21, 2008__

_Katherine KP_
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency. or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on  November 26, 2008 by:

    (1) personally delivering a copy of each to the individual at this place. _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other (specify)  Certified Mail, Service by Clerk

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date:  December 1, 2008

s/Barbara L. Birr

Deputy Clerk    Server's signature

Printed name and title
801 West Superior Avenue
Cleveland, Ohio 44113

Server's address

2008 DEC -1 PM 3:56

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

United States District Court
Northern District of Ohio
Carl B. Stokes
United States Courthouse
801 West Superior Avenue
Cleveland, OH 44113

Case No. 1:08 CV 2755     (Hodell-Natco)

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Noreen Vereck    □ Agent  □ Addressee<br>B. Received by (Printed Name) Noreen Vereck    C. Date of Delivery 11-26-06 |
| 1. Article Addressed to:<br>THE IBIS GROUP, INC.<br>c/o John T. Grebe,<br>  Registered Agent<br>1749 Naperville Rd., Suite 203<br>Wheaton, IL. 60187 | D. Is delivery address different from item 1? □ Yes<br>If YES, enter delivery address below:  □ No<br><br>3. Service Type<br>☒ Certified Mail  □ Express Mail<br>□ Registered  ☒ Return Receipt for Merchandise<br>□ Insured Mail  □ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  □ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0810 0005 4687 8950 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |