1 08cv 2755
HODELL-NATCO INDUSTRIES v. SAP AMERICA
JUDGE WELLS

## Registered Article (Envoi recommandé)

- [ ] Letter (Lettre)
- [x] Printed Matter (Imprimé)
- [ ] Other (Autre)
- [ ] Recorded Delivery (Envoi à livraison attestée)
- [ ] Express Mail International
- [ ] Insured Parcel (Colis avec valeur déclarée)

Insured Value (Valeur déclarée)
Article Number: RA 787978 383 US

Office of Mailing (Bureau de dépôt): Cleveland OH 44115

Date of Posting (Date de dépôt):

Addressee Name of Firm (Nom ou raison sociale du destinataire): SAP AG

Street and No. (Rue et No.): Dietmar-Hopp-Allee 16

Place and Country (Localité et pays): 69190 Germany

The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Signature of Addressee (Signature du destinataire): [signature]

1:08-cv-02755 LW    01.12.08

## Return Receipt for International Mail
(Registered, Insured, Recorded Delivery, Express Mail)

Avis de réception

Par Avion

C5

Name of Firm: United States District Court, Northern District of Ohio, Carl B. Stokes United States Courthouse

City, State, and ZIP+4: Cleveland OH 44113

UNITED STATES OF AMERICA     Etats-Unis d'Amérique

PS Form 2865, October 1992