IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HODELL-NATCO INDUSTRIES, INC. | Case No. 1:08-CV-02755 |
| Plaintiff, | JUDGE LESLEY WELLS |
| v. | |
| SAP AMERICA, INC., *et al.*, | **DEFENDANTS' NOTICE OF APPEARANCE** |
| Defendants. | |

The Court and counsel will please take notice of the appearance of Hugh E. McKay, Leo M. Spellacy, Jr., and Charles W. Zepp of Porter Wright Morris & Arthur LLP as counsel for Defendants SAP America, Inc. and SAP AG in the captioned matter. All future pleadings, motions, orders or other papers should be sent to Mr. McKay, Mr. Spellacy, and Mr. Zepp at the addresses below.

Respectfully submitted,

/s/ *Leo M. Spellacy, Jr.*
Hugh E. McKay (0023017)
Leo M. Spellacy, Jr. (0067304)
Charles W. Zepp (0068129)
PORTER WRIGHT MORRIS & ARTHUR LLP
925 Euclid Avenue, Suite 1700
Cleveland, Ohio 44115
Tel: 216/ 443-9000
Fax: 216/ 443-9011
hmckay@porterwright.com
lspellacy@porterwright.com
czepp@porterwright.com

Attorneys for Defendants, SAP America, Inc. and SAP AG

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Notice of Appearance was filed electronically this 5th day of January, 2009. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

*/s/ Leo M. Spellacy, Jr.*
*One of the Attorneys for Defendant*

CLEVELAND/378311 v.01