IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE WELLS |
| | ) | |
| v. | ) | **MOTION FOR AN EXTENSION OF** |
| | ) | **TIME OF SAP AMERICA, INC.** |
| SAP AMERICA, INC., et al. | ) | **AND SAP AG, INC. TO RESPOND** |
| | ) | **TO THE PLAINTIFF'S** |
| Defendants. | ) | **COMPLAINT AND CO-** |
| | ) | **DEFENDANTS' CROSS-CLAIM** |

Defendants, SAP America, Inc. and SAP AG (collectively referred to herein as the "SAP Defendants"), by and through their undersigned counsel, respectfully request an Order from the Court granting SAP America, Inc. an extension of time through March 12, 2009, within which to answer or otherwise respond to the Plaintiff's Complaint, and granting the SAP Defendants an extension of time through March 12, 2009, within which to answer or otherwise respond to the cross-claim of Defendants, LSI-Lowery Systems, Inc, and The IBIS Group, Inc. (the "Cross-claim").

At the present time, SAP America, Inc. must respond to the Plaintiff's Complaint on or before February 10, 2009. SAP AG must respond to the Plaintiff's Complaint on or before March 12, 2009. Both of the SAP Defendants must respond to the Cross-claim on or before February 24, 2009.

The SAP Defendants respectfully make these requests in good faith, not for the purposes of delay, and in the interests of judicial economy. No prior extensions have been sought by the SAP Defendants, nor have any been granted by the Court.

Further, counsel for the Plaintiff and counsel for the Defendants, LSI-Lowery Systems, Inc, and The IBIS Group, Inc. have consented to the requested extensions of time.

The SAP Defendants respectfully request that this Motion be granted and that March 12, 2009, be ordered as the new deadline for Defendants SAP America, Inc. to answer or otherwise respond to the Plaintiff's Complaint and for the SAP Defendants to answer or otherwise respond to the Cross-claim.

                Respectfully submitted,

                */s/ Leo M. Spellacy, Jr.*
                Hugh E. McKay (0023017)
                Leo M. Spellacy, Jr. (0067304)
                Charles W. Zepp (0068129)
                PORTER WRIGHT MORRIS & ARTHUR LLP
                925 Euclid Avenue, Suite 1700
                Cleveland, Ohio 44115
                Tel: 216/ 443-9000
                Fax: 216/ 443-9011
                hmckay@porterwright.com
                lspellacy@porterwright.com
                czepp@porterwright.com

                Attorneys for Defendants, SAP America, Inc. and SAP AG

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of February, 2009, *Motion For Extension of Time to Respond to the Complaint of SAP America, Inc. and SAP AG* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                        Respectfully submitted,

                        /s/ *Leo M. Spellacy, Jr.*
                        Hugh E. McKay (0023017)
                        Leo M. Spellacy, Jr. (0067304)
                        Charles W. Zepp (0068129)
                        PORTER WRIGHT MORRIS & ARTHUR LLP
                        925 Euclid Avenue, Suite 1700
                        Cleveland, Ohio 44115
                        Tel: 216/ 443-9000
                        Fax: 216/ 443-9011
                        hmckay@porterwright.com
                        lspellacy@porterwright.com
                        czepp@porterwright.com

                        Attorneys for Defendants, SAP America, Inc. and SAP AG

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE WELLS |
| | ) | |
| v. | ) | |
| | ) | |
| SAP AMERICA, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

In consideration of the Motion for an Extension of Time of Defendants, SAP America, Inc. and SAP AG to Respond to the Plaintiff's Complaint and the Co-Defendants' Cross-claim, it is hereby ORDERED on this _____ day of February 2009 that SAP America, Inc. shall have an extension of time through March 12, 2009, within which to answer or otherwise respond to the Plaintiff's Complaint, and that SAP America, Inc. and SAP AG shall have an extension of time through March 12, 2009, within which to answer or otherwise respond to the cross-claim of Defendants, LSI-Lowery Systems, Inc, and The IBIS Group, Inc.

DATE: _____        _____
                             UNITED STATES DISTRICT JUDGE