IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC., Et al., | ) ) | CASE NO. 1:08 CV 2755 |
| | ) | JUDGE: WELLS |
| Plaintiff, | ) ) | |
| -vs- | ) ) | **NOTICE OF APPEARANCE** |
| SAP AMERICA, INC., et al., | ) ) | |
| Defendants. | ) | |

To Court and All Counsel:

Please take notice of the appearance of Roy A. Hulme, Reminger Co., L.P.A., 1400 Midland Building, 101 Prospect Avenue, West, Cleveland, Ohio  44115 as counsel for Defendants LSI-LOWERY SYSTEMS, INC. and THE IBIS GROUP, INC. in the captioned matter.  All future pleadings, motions, orders or other papers should be sent to Roy A. Hulme.

Respectfully submitted,

/s/  Roy A. Hulme
ROY A. HULME (0001090)
REMINGER CO., L.P.A.
1400 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio  44115
Phone: 216/430-2135
Fax: 216/430-2250
E-Mail: rhulme@reminger.com
Attorney for Defendants LSI-Lowery
Systems, Inc. and The IBIS Group, Inc.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Notice of Appearance was filed electronically this 11th day of March, 2009. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

/s/ Roy A. Hulme
ROY A. HULME (0001090)