IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| HODELL-NATCO INDUSTRIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>SAP AMERICA, INC., et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 1:08 CV 2755<br><br>JUDGE WELLS<br><br>**MOTION TO DISMISS PLAINTIFF'S COMPLAINT OF DEFENDANTS SAP AMERICA, INC. AND SAP AG** |
|---|---|---|

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants SAP America, Inc. and SAP AG (collectively "SAP"), hereby move this Court to dismiss Plaintiff Hodell-Natco Industries Inc.'s Complaint.

The reasons supporting this Motion are set forth in SAP's Memorandum in Support, incorporated herein by reference.

    Respectfully submitted,

    */s/Leo M. Spellacy, Jr., Esq.*
    Hugh E. McKay, Esq. (0023017 )
    Leo M. Spellacy, Jr., Esq. (0067304)
    Charles W. Zepp., Esq. (0068129)
    PORTER WRIGHT MORRIS & ARTHUR LLP
    925 Euclid Avenue, Suite 1700
    Cleveland, OH  44115-1483
    (216) 443-9000 / Fax (216) 443-9011
    lspellacy@porterwright.com

    Attorneys for Defendants,
    SAP America, Inc. and SAP AG

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2009 a copy of foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

Respectfully submitted,

*/s/ Leo M. Spellacy, Jr.*
One of the Attorneys for Defendants SAP America, Inc. and SAP AG