IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| HODELL-NATCO INDUSTRIES, INC. ) | CASE NO. 1:08 CV 2755 |
|---|---|
| ) | |
| Plaintiff, ) | JUDGE WELLS |
| ) | |
| v. ) | |
| ) | |
| SAP AMERICA, INC., et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## AFFIDAVIT OF CHARLES TISA

CHARLES TISA, being duly sworn, deposes and says:

1. I am employed with SAP America, Inc. as Vice President of Contracts and have personal knowledge as to the matters set forth within this affidavit.

2. Annexed hereto are true and correct copies of the following documents, which documents are kept in the normal and ordinary course of business at SAP America, Inc.:

(a) Exhibit A is a copy of the executed SAP Business One Software License Agreement (the "License Agreement") by and between SAP America, Inc. and Hodell-Natco Industries, Inc., dated December 23, 2005;

(b) Exhibit B is an unexecuted and undated copy of the License Agreement, and is being attached only because the executed version annexed as Exhibit A is a copy that is difficult to read.

_Charles Tisa_

Sworn to before me this
____ day of March, 2009

_Donna M. O'Halloran_
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Donna M. O'Halloran, Notary Public
Newtown Twp., Delaware County
My Commission Expires Aug. 16, 2011
Member, Pennsylvania Association of Notaries

PHLIT/ 1078155.1