UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 02755 |
| | ) | |
| | ) | JUDGE LESLEY WELLS |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE GREG WHITE |
| -vs- | ) | |
| | ) | <u>NOTICE OF CHANGE OF ADDRESS OF |
| SAP AMERICA, INC., et al | ) | COUNSEL</u> |
| | ) | |
| Defendants. | | |

PLEASE TAKE NOTICE that the mailing address of the undersigned counsel of record for plaintiff Hodell-Natco Industries, Inc. herein and his law firm has changed. Effective immediately, please serve all pleadings and other papers required to be served upon the undersigned counsel herein at the following mailing address:

    James F. Koehler, Esq.
    Buckley King LPA
    1400 Fifth Third Center
    600 Superior Avenue East
    Cleveland, OH 44114-2652

                            Respectfully submitted,

                            /s/ James F. Koehler
                            James F. Koehler (0007904)
                            koehler@buckleyking.com
OF COUNSEL:               1400 Fifth Third Center
                            600 Superior Avenue, East
BUCKLEY KING LPA       Cleveland, OH 44114-2652
                            (216) 363-1400
                            (216) 579-1020 (*facsimile*)

                            Attorney for plaintiff,
                            Hodell-Natco Industries, Inc.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 2, 2009, I electronically filed the foregoing Notice of Change of Address, using the CM/ECF system.

<u>/s/ James F. Koehler</u>
James F. Koehler (0007904)

97030-1