UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE LESLEY WELLS |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE GREG WHITE |
| | ) | |
| SAP AMERICA, INC., et al. | ) | PLAINTIFF'S MOTION FOR LEAVE TO |
| | ) | FILE ITS FIRST AMENDED COMPLAINT |
| Defendants. | ) | AS TO DEFENDANTS LSI-LOWERY |
| | ) | SYSTEMS, INC. AND THE IBIS GROUP, |
| | ) | INC. |

Plaintiff/Counterclaim Defendant Hodell-Natco Industries, Inc. ("Hodell-Natco"), by and through undersigned counsel pursuant to Fed. R. Civ. P. 15(a), moves this Honorable Court for leave to file the attached proposed First Amended Complaint pertaining to Defendants/Counterclaim Plaintiffs LSI-Lowery Systems, Inc. and the IBIS Group, Inc. ("Defendants").  Through the same First Amended Complaint, Hodell-Natco intends to amend its Complaint "as of right" pursuant to Fed. R. Civ. P. 15(a) against defendants SAP America Inc. and SAP A.G., as those defendants have yet to file a responsive pleading to Hodell-Natco's original Complaint.

For the reasons stated in the attached Memorandum in Support, Hodell-Natco submits that no party will be prejudiced by the proposed First Amended Complaint, and that sufficient cause exists for the Court to permit the proposed amendments.

A copy of Plaintiff's proposed First Amended Complaint is attached hereto as Exhibit A. Plaintiff requests that the attached First Amended Complaint be deemed filed upon the grant of this Motion for Leave to Amend.

          Respectfully submitted,

          /s/ James F. Koehler
          James F. Koehler (0007904)
          Koehler@buckleyking.com
          Buckley King, LPA
          1400 Fifth Third Center
          600 Superior Ave.
          Cleveland, Ohio 44114
          (216) 363-1400
          (216) 579-1020 (Fax)
          Attorneys for Plaintiff Hodell-Natco Industries, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of April, 2009, a copy of preceding document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ James F. Koehler
James F. Koehler (0007904)