## Otto Reidl

| | |
|---|---|
| From: | Heather Devereaux [hdevereaux@biz2bizmarketing.com] |
| Sent: | Wednesday, October 01, 2003 10:41 AM |
| To: | Otto Reidl |
| Subject: | SAP Business One - The American Express Edition |
| Attachments: | Amex Edition OPT.pdf; Financing Prog. OPT.pdf; New Solutions OPT.pdf |

 

Amex Edition OPT.pdf (447 KB)   Financing Prog. OPT.pdf (355 K...   New Solutions OPT.pdf (541 KB)...

Otto:

Thank you for your interest in SAP Business One - The American Express Edition.

American Express, SAP and IBM are leading, global brands sharing the same company values: trust, value and service. Three trusted names are bringing a new and unique technology solution for small and midsize businesses (SMB) that is comprehensive, easy to use and maintain, and best of all, it's affordable. You will receive one totally integrated solution and will only have one number to call for support.

Many companies can afford to buy components of ERP systems (i.e. core financials, EDI, warehouse, sales force automation, document management, etc.), but they can't afford to integrate them. We've created one seamlessly integrated solution with all the functionality necessary to run a small to midsize business. Also, it is built and tested on IBM eServer xSeries providing you with an affordable and technically advanced Intel based server with numberous mainframe-inspired technologies.

Please see the attached white papers for more information. I will be giving you a call in a few days to answer any questions you may have.

Christina Alagna, Marketing Representative American Express Tax & Business Services
(866)836-7940 ext. 234

EXHIBIT "B"



# The American Express Edition

Finally, a seamlessly integrated business solution designed exclusively for small and midsize wholesale distributors: SAP® Business One – The American Express® Edition. We provide everything you need to manage your business more efficiently and effectively, and can get you up and running fast, with our rapid deployment methodology.

SAP Business One – The American Express Edition will help your firm to recognize immediate benefits right out of the box! Specifically designed to address one of the biggest problems faced by small to midsize distributors, this solution seamlessly integrates wireless warehouse management, electronic data interchange (EDI), document management, sales tax and credit card authorization. Coupled with financial management, distribution and sales force automation tools in the core program; this makes for a very powerful solution set, sold, implemented and supported by one organization – American Express.

### SAP® Business One
### The American Express® Edition
### For Wholesale Distribution

| Document Management | Sales Tax | Credit Card | EDI | Warehouse Management |
|---|---|---|---|---|

Core Financials

| Distribution | | Sales Force Automation |
|---|---|---|

## FINANCIAL MANAGEMENT, DISTRIBUTION AND SALES FORCE AUTOMATION

At our core is SAP Business One, specifically designed to address the needs of small and midsize businesses (SMB). SAP Business One streamlines operational and managerial processes by providing fully integrated financial, distribution and sales management capabilities.

SAP Business One delivers access to real-time information. The solution provides users with intuitive data access simply by highlighting and dragging pieces of information on the screen. It features an integrated sales force automation system for pipeline tracking, opportunity management, strategic selling and contact management. Key functionalities also include comprehensive financial management with multi-currency, budgeting and bank reconciliation; a complete inventory management system, with kitting and multi-price lists; sales order processing, purchase order processing and a comprehensive reporting module that allows easy access to any data.

## WAREHOUSE MANAGEMENT

SAP Business One – The American Express Edition includes an integrated Warehouse Management System (WMS) that delivers a pick-pack-and-ship solution for wholesale distributors, Internet retailers, and third party logistics operations. It is an ideal combination of power and performance for the small distribution house needing pack out stations, bill of lading, and light manifesting to larger distributors requiring sophisticated warehouse automation. Our WMS provides SMB distributors with the tools to operate quickly, improve accuracy and efficiency, streamline materials handling, meet retail compliance and refine inventory control. Our WMS module works



AMERICAN
ALLIANCE
1185 Avenue of the Americas
New York, NY 10036
Tel 866 836 7940
Fax 212 377 1310
tbsalliance@aexp.com
www.americanexpress.com/tbsalliance



6/03

as part of the complete operational solution by integrating seamlessly with the SAP Business One core modules plus radio frequency (RF) hardware, shipping systems and warehouse automation equipment.

### ELECTRONIC DATA INTERCHANGE (EDI)

SAP Business One – The American Express Edition provides seamless two-way Electronic Data Interchange (EDI) between you and your suppliers and customers. This allows you to easily send and receive purchase orders, sales orders, invoices, advance ship notices (ASN) and acknowledgements. These electronic documents are fully integrated with SAP Business One, streamlining processes and reducing errors by eliminating re-keying.

### DOCUMENT MANAGEMENT

SAP Business One – The American Express Edition provides automatic distribution of business documents and reports to recipients directly from SAP Business One. Documents can include customer A/R invoices, vendor purchase orders and other business forms and reports. Companies have maximum flexibility to provide documents to customers, vendors and employees based on their individual recipient preference for method of delivery (email, fax, print, FTP), format (TIF, CSV, XML, PCL) and scheduling.

Our solution is scalable to an enterprise-wide Integrated Document Management (IDM) solution that interfaces with SAP Business One eliminating the bottlenecks associated with processing, filing, printing, distributing and retrieving paper documents.

### SALES TAX

SAP Business One – The American Express Edition's Sales Tax System provides one of the industry's most accurate, secure and flexible tax calculation and reporting systems. It automatically calculates and applies sales and use tax rates to transactions. The system operates as an integral part of SAP Business One – The American Express Edition and offers a unique fully populated product taxability matrix. The system's tax master file, potentially covering all U.S. tax jurisdictions, is kept current with monthly updates.

### CREDIT CARD

SAP Business One – The American Express Edition's Credit Card Authorization (CCA) module provides a comprehensive, cost-effective way of accepting credit cards as a means of payment. The module provides real time credit check and authorization of all major credit cards. Integration with the American Express® Corporate Card, Corporate Purchasing Card and Expense Management Solutions is in development.

### SUPPORT

This solution is supported by American Express. Our American Express Alliance Partners provide local service and implementation to have you up and running quickly. Our one-number-to-call toll-free telephone support is provided on an on-going basis.

### EASY SOLUTIONS

Easy to buy. Easy to implement. Easy to maintain. Make SAP Business One – The American Express Edition your business solution.



AMERICAN EXPRESS
ALLIANCE PARTNERS
1185 Avenue of the Americas
New York, NY 10036
Tel 866.836.7940
Fax 212.372.1310
tbsalliance@aexp.com
www.americanexpress.com/tbsalliance



© 2003 by American Express Tax and Business Services Inc. All rights reserved. American Express Tax and Business Services Inc. is a wholly owned subsidiary of American Express, a publicly owned company. American Express employs CPAs but is not a licensed CPA firm.

SAP, mySAP, mySAPcom, xApps, mySAP Business Suite and other SAP products and services mentioned herein as well as their respective logos are trademarks or registered trademarks of SAP AG in Germany and in several other countries all over the world. MarketSet and Enterprise Buyer are jointly owned trademarks of SAP AG and Commerce One. All other product and service names mentioned are the trademarks of their respective companies.

All product specifications are subject to change without notice.

6/03



American Express Business Finance makes financing fast, simple and extremely convenient. Let us show you just how simple financing your SAP® Business One solution can be.

All the advantages of leasing with the level of service you'd expect from American Express. Leasing can play an essential role in virtually every successful business strategy.

*Cash Flow Management.* Because one might not want to use cash for the acquisition of a new system, many businesses use leasing to improve cash flow. Since monthly lease payments usually remain fixed for the entire term of a lease you can continue to accurately budget into the future.

*Flexibility.* Leasing traditionally gives businesses more flexibility than other financing options. You can choose the length of the lease, the amount of advance payments you're prepared to make, and get the benefits of other options such as provisions for technology upgrades.

*Low Down Payment.* Many other financing programs require a sizable down payment. Leases, on the other hand, generally only require that the first and last payments be paid at the start of the lease.

*Faster Than Bank Loans.* Leasing programs and procedures are specially designed to take the red tape out of financing – whenever possible avoiding typical "bank requirements." Some banks may require compensating balances or other restrictive policies such as sizable down payments, client list reviews, cash flow projections and the like.

*Tax benefits.* Many businesses find that leasing has advantages over buying. Consult your tax advisor for details.

AMERICAN EXPRESS BUSINESS FINANCE ANNOUNCES A SPECIAL LIMITED TIME OFFER:
- 0% Financing for 36 months!*
- Lease SAP® Business One or SAP® Business One – The American Express® Edition with American Express Business Finance at a 0% implicit lease rate with 36 months to pay.
- Get the solution you need now and get the benefit of paying for it over time.
- Fixed monthly payments enable you to budget and manage investment dollars.
- To calculate your monthly payment, simply divide your total cost by 36.
- This promotional offer applies to all lease purchases and is available on a lease of 36 months in term with a $1.00 purchase option at lease termination.

Contact us to see if you qualify for this exclusive limited time offer, available only through the American Express Alliance Program.



AMERICAN EXPRESS
ALLIANCE
1185 Avenue of the Americas
New York, NY 10036
Tel 866 836 7940
Fax 212.372.1310
tbsalliance@aexp.com
www.americanexpress.com/tbsalliance

* Implicit lease rate excludes any charges payable by lessee other than rent payments such as taxes, fees and shipping charges. Offer expires December 31, 2003

Terms & Conditions Apply. Financing available through American Express Business Finance Corporation to qualified customers in the U.S. Financing is subject to credit approval and execution of standard American Express Business Finance documentation. Other restrictions may apply. American Express Business Finance reserves the right to change or cancel this program at any time without notice.

© 2003 by American Express Tax and Business Services Inc. All rights reserved. American Express Tax and Business Services Inc. is a wholly owned subsidiary of American Express, a publicly owned company. American Express employs CPAs but is not a licensed CPA firm.

SAP, mySAP, mySAP.com, xApps, mySAP Business Suite and other SAP products and services mentioned herein as well as their respective logos are trademarks or registered trademarks of SAP AG in Germany and in several other countries all over the world. MarketSet and Enterprise Buyer are jointly owned trademarks of SAP AG and Commerce One. All other product and service names mentioned are the trademarks of their respective companies.



6/03



# New Solutions for Small and Midsize Businesses

You're a small or midsize business owner/manager. You know that data and the flow of information are critical to your operation. Your current management information solution provides only part of the picture, and to stay competitive this simply is not good enough.

Your business relies upon a just-in-time management program where immediate knowledge of product availability is essential. Yet, you survive on a "hodge-podge" of multiple systems, often cobbled together. When something goes wrong, whom do you call?

Your sales force is going in one direction and your manufacturing and distribution processes in another. The organization's success is constrained by the inability of your business systems to handle real-time requirements. You know the problem, yet the cost of a new solution is thought to be prohibitive.

If any of these three scenarios sound somewhat familiar, then our new program will certainly be welcomed news.

American Express has a 150-year legacy of providing world-class service. American Express has teamed up with SAP, a world-leader in providing business software solutions to the Fortune 500. Combining American Express' deep understanding of the small and midsize business (SMB) market and expertise in software implementation with SAP's proven technology leadership, we have designed SAP® Business One to meet the specific needs of SMBs in the United States. We also developed a model to implement this new solution across the country. American Express is supporting the SAP Business One solution through our American Express Tax and Business Services (TBS) offices and an Alliance of partners to provide local coverage. Together, we deliver world-class solutions and services through an impressive local network.



One Complete Solution • One National Business Advisor
One Call for Support • One Source for Information Technology

MAKE IT EASY!
We've designed a solution for the small and midsize business marketplace that recognizes the needs of companies like yours. In doing so, our goal was to make it easy!
- Our solution is easy to buy. Just a single source for all components: software, hardware, consulting services and support.
- Our solution is easy to implement. The entire solution is fully integrated and is available pre-installed on top quality hardware. One team takes responsibility for the entire implementation, from needs assessment through month end



AMERICAN
ALLIANCE P...
1185 Avenue of the Americas
New York, NY 10036
Tel 866.836.7940
Fax 212.372.1310
tbsalliance@aexp.com
www.americanexpress.com/tbsalliance



6/03

closing. Typically, the core modules can be completed within a few weeks.
- The solution is easy to learn and easy to use. We are confident that you can be up and running quickly, and will appreciate the ease of operation.
- Our solution is easy to support. Regardless of your requirement, you will have one single toll-free telephone number. In need of technical support, or have an operational issue? Call us. Have a new business challenge that needs to be addressed? Call the same number. Need additional software or hardware? Our dedicated team will ensure that you get the answers you need.

The SMB market is competitive and expects solutions that are priced accordingly. We understand! Our solution is surprisingly cost effective; delivering real value for the end-user, CFO and CEO. This value is immediately recognized both in terms of the overall solution cost, as well as the significant added value that comes from the remarkable solution set.

SAP Business One is an affordable, complete and reliable solution designed specifically for SMBs. The SAP Business One solution effectively supports companies with as few as ten and as many as several hundred employees. It has been designed to allow you to maintain focus on the future, rather than worrying about the past. The American Express Alliance Program incorporates all aspects: software, hardware and consulting expertise to provide you with a powerful, seamless package. Installation is simplified as the various solution components have been integrated to operate in harmony. The American Express Edition is available in specific vertical-industry editions, such as one geared for distribution. Delivery and on-going support is provided through the American Express Alliance Program.

Here are key highlights to this exciting new solution: SAP Business One streamlines operational and managerial processes by providing robust, fully integrated financial and sales management capabilities. The solution delivers access to real-time information and provides users with intuitive data access simply by highlighting and dragging pieces of information on the screen. It features an integrated sales force automation system for pipeline tracking, opportunity management, strategic selling, and contact management. Key functionalities also include comprehensive financial management with multi-currency, budgeting and bank reconciliation; a complete inventory management system, with kitting and multi-price lists and a comprehensive reporting module that allows easy access to any data.

SAP Business One – The American Express Edition has been designed to meet the needs of distribution and wholesale firms. The first release will provide distributors with pre-integrated capabilities such as warehouse management, sales tax, electronic data interchange (EDI), credit card authorization, and document management.

GETTING STARTED
Worldwide, there are over 1,300 installations of SAP Business One. Now it's America's turn! Our American Express Alliance Partners are ready to review your business requirements and plan your implementation.



AMERICAN EXPRESS
ALLIANCE PROGRAM
1185 Avenue of the Americas
New York, NY 10036
Tel 866.836.7940
Fax 212.372.1310
tbsalliance@aexp.com
www.americanexpress.com/tbsalliance



© 2003 by American Express Tax and Business Services Inc. All rights reserved. American Express Tax and Business Services Inc. is a wholly owned subsidiary of American Express, a publicly owned company. American Express employs CPAs but is not a licensed CPA firm.

SAP, mySAP, mySAP.com, xApps, mySAP Business Suite and other SAP products and services mentioned herein as well as their respective logos are trademarks or registered trademarks of SAP AG in Germany and in several other countries all over the world. MarketSet and Enterprise Buyer are jointly owned trademarks of SAP AG and Commerce One. All other product and service names mentioned are the trademarks of their respective companies.

All product specifications are subject to change without notice

6/03