**Eugene Kratus**

| | |
|---|---|
| From: | dlowery@lsistl.com |
| Sent: | Wednesday, April 25, 2007 1:49 PM |
| To: | Kevin Reidl |
| Cc: | Eugene Kratus; Otto Reidl; daniel.kraus@sap.com; ross.elliott@accellos.com; michael.sotnick@sap.com; Jwoodrum@lsistl.com; rodney.seligmann@sap.com; udi.ziv@sap.com; dirk.boessmann@sap.com; paul.killingsworth@sap.com; geoffrey.ashley@sap.com |
| Subject: | Dan Lowery - Current status of SAP/Radio Beacon project |

Kevin, Otto:
Here is the status as I see it this morning:
I ask everyone on this email to add their comments to Kevin.

- My most recent communication (yesterday) with Dirk Boessmann in Waldorf Germany is an April 30 delivery of Patch 21, barring unforeseen issues.

- Ross. Elliott and his team are currently working with LSi on all open issues and are discussing their testing of P21 when they receive it. Ross...anything additional you might have for Kevin on RB?

- Number of users, long orders or a combination of both are being addressed in Waldorf Germany. I have no exact status of what specifically they have found, or what program improvements they have added to Patch 21. Dirk/Udi...can you help here?

- Number of users for SAP B1? Yes, at the early stages we all started with B1, the number most often quoted for users was 250+. On the call you correctly heard Hodell was pushing the upper limit with 120. The questions is, ... will that information result in improving the product to allow Hodell and other customers experiencing performance problems, the growth path they expected. Again, this can only be answered by Dirk and Udi.

- Ongoing RB issues: Ross/Jon...can you bring Kevin up to speed on what RB is doing for these issues?

Kevin, you are correct, LSi has every resource deployed to Hodell, including Marcia at no charge this week on site at Hodell.
I wish I could wave a wand and add more, but I am out of bandwidth.

Jon Woodrum is out of town but I will ensure he sees this email and touch base with you on the In-Flight issues and their resolution status.

I ask all others on this email to add their thoughts on resolution to Kevin, or me.

Thank You,


Dan


EXHIBIT "H"

6/13/2007