**Version 6.00,
August 2002**

Deleted: 0

# SAP® Business One

**Whitepaper**



SAP America



**EXHIBIT**

"C"

SAP Business One                                                                   Whitepaper

# Contents

| | | |
|---|---|---|
| **1** | **Overview** | **4** |
| 1.1 | Simple but Powerful: The Solution for Your Growing Business | 4 |
| 1.2 | A Strategic Decision for Subsidiaries of Big Enterprises | 4 |
| 1.3 | Fast Learning Curve | 4 |
| 1.4 | Fast Implementation | 5 |
| **2** | **Features and Functions of SAP Business One** | **6** |
| 2.1 | User-Friendly Interface | 6 |
| 2.2 | Intelligent Data Concept | 6 |
| 2.3 | Online Alert Function | 7 |
| 2.4 | Powerful Assistant for Report Queries | 7 |
| 2.5 | Dynamic Links to Microsoft Office | 7 |
| 2.6 | Document Template Generator | 7 |
| 2.7 | Foreign Currency and Euro Compatibility | 7 |
| 2.8 | Client / Server Architecture | 7 |
| 2.9 | Standard Interfaces | 8 |
| 2.10 | Table Management | 8 |
| 2.11 | Internal CRM Functions | 8 |
| 2.12 | Multi-Language and Country Support | 8 |
| **3** | **Nine Modules for Complete Business Processes** | **9** |
| 3.1 | Financial Accounting in Detail | 10 |
| 3.2 | Sales in Detail | 11 |
| 3.3 | Purchasing in Detail | 11 |
| 3.4 | Business Partner Master Data Maintenance in Detail | 12 |
| 3.5 | Bank Transactions in Detail | 13 |
| 3.6 | Warehouse Management in Detail | 14 |
| 3.7 | Final Assembly in Detail | 15 |
| 3.8 | Controlling in Detail | 15 |
| 3.9 | Reports in Detail | 16 |
| **4** | **Technology** | **18** |
| 4.1 | Version Management and Upgrade | 18 |
| 4.2 | Server Processes | 18 |
| **5** | **Adopting SAP Business One** | **19** |
| 5.1 | Configuration | 19 |
| 5.2 | User defined fields | 20 |
| 5.3 | Formatted search | 20 |
| **6** | **Enhancing the core functionality** | **21** |
| 6.1 | API | 21 |

SAP Business One                                                            Whitepaper

6.1.1   Data interface (OBS)........................................................................ 21
6.1.2   User interface ................................................................................ 22
**7      Optional components ............................................................23**
7.1     Migration packages......................................................................... 23
7.1.1   Legacy data migration.................................................................... 23
7.1.2   Migration to mySAP.com................................................................. 23
7.2     Internet Sales................................................................................. 23
7.3     Interfacing HR applications ............................................................. 24
**8      Integration scenarios with mySAP.com....................................25**
8.1     Data consolidation using mySAP BW................................................ 26
8.2     Accessing information of SAP Business One using Enterprise Portals. 26
8.2.1   Functionality.................................................................................. 26
8.2.2   User roles ..................................................................................... 27
8.3     Collaboration scenarios using mySAP technology .............................. 28
9       Price List.....................................................................................28
10      Hardware Requirements..............................................................29

# SAP -- 30 Years in the Business of Helping Businesses Grow

**12 Million Users. 60,100 Installations. 1,500 Partners. 23 Industry Solutions.**

Founded in 1972, SAP is the recognized leader in providing collaborative business solutions for all types of industries and for every major market.

Headquartered in Walldorf, Germany, SAP is the world's largest inter-enterprise software company, and the world's third-largest independent software supplier overall. SAP employs over 28,900 people in more than 50 countries. Our professionals are dedicated to providing high-level customer support and services.

**Experience, Knowledge, and Technology for Maximizing Business**

SAP has leveraged our extensive experience to deliver mySAP Business Suite, the definitive family of business solutions for today's economy. mySAP Business Suite allows employees, customers, and business partners to work together successfully -- anywhere, anytime. mySAP Business Suite is open and flexible, supporting databases, applications, operating systems, and hardware from almost every major vendor.

# Overview

## 1.1     Simple but Powerful: The Solution for Your Growing Business

For small and midsize companies eager to emerge as new leaders in their industry, taking that next step in e-business evolution is a critical decision. Their new business management software must be quick to implement, easy to use, and make the best use of their current IT infrastructure. While it must be sufficiently powerful to manage their business through its future growth, it has to be affordable enough to represent a reasonable investment today.

SAP Business One for sales-driven companies, is an easy to use product with a wide range of functionality. In addition to addressing the core operational needs of the small and midsize business, SAP Business One also provides companies the analytical tools to gain insight into an organization's operations, online alerts for collaborative event tracking and problem solving, and customizable reports that give companies the information they need in a user-friendly format.

## 1.2     A Strategic Decision for Subsidiaries of Big Enterprises

There are many good reasons to decide on SAP Business One as the integrated business solution for subsidiaries that represent sales or service centers of big enterprises. SAP is providing for full integration of the local business solutions into the enterprise's reporting and monitoring system using SAP BW,
mySAP Enterprise Portal, and data exchange of master data between different installations of SAP software in a distributed system landscape.

## 1.3     Fast Learning Curve

The user-friendly interface can be mastered in no time at all. Using the innovative Drag & Relate capabilities, the users can drag information between databases and create links on the desktop.

SAP Business One                                                          Whitepaper

The solution supports the Microsoft SQL Server database and the Microsoft Windows operating system. Its open architecture will integrate with the mySAP.com e-business platform, giving companies the adaptability to scale their applications with the growth of their business.

## 1.4      Fast Implementation

SAP Business One is easy to use. It features intuitive navigation, a familiar Microsoft Windows environment, and multiple customization tools. It is also easy to deploy and maintain, with fast implementation, high performance and scalability, robust security, and the ability to evolve into more sophisticated solutions.

The software has been successfully installed in 800 businesses globally, with the maximum implementation time being four weeks.

Case: 1:08-cv-02755-DCN  Doc #: 26-3  Filed:  04/22/09  6 of 30.  PageID #: 345

# 2      Features and Functions of SAP Business One

SAP Business One, the powerful solutions platform for small and medium-size businesses, gives you fast and easy access to all corporate information, complete reports, and useful documents for all business processes - and everything is in real-time. SAP Business One covers all divisions in the enterprise: ranging from sales, final assembly, accounting, purchasing and administration to bank transactions. Equipped with an easy to use interface, SAP Business One works as a central ERP (Enterprise Resource Planning) application with standard interfaces to internal and external data sources, handheld computers, CRM (Customer Relationship Management) applications, and other leading reporting programs. As a result, you have a comprehensive instrument for successful enterprise management.

## 2.1      User-Friendly Interface

The comfortable user interface has been developed precisely to meet customer wishes, is easy to use, and makes it possible for you to work quickly and efficiently.

## 2.2      Intelligent Data Concept

The innovative "Drag & Explore" technology gives the user easy access to all desired information by simply dragging field contents from one window to another. This is the basis of faster and more effective business decisions.



SAP Business One                                                          Whitepaper

## 2.3    Online Alert Function and work flow functions

Any user can set-up a number of alert functions for unusual events. The system then sends automatic notifications to the appropriate persons, no matter where they are, through e-mail and SMS.

## 2.4    Powerful Assistant for Report Queries

With the powerful query assistant, it is extremely easy for managers to compile information from all divisions for customer-specific reports. For generating a report, it is irrelevant from which division the data comes, because it can be simply dragged into the spreadsheets using the Drag & Drop function.

## Internal CRM Functions

SAP Business One offers a built in and integrated tool to manage your sales opportunities. This tool will enable you an effective control on your opportunities and help you generate more sales and increase your revenues. The integration to your business management gives you visibility to other aspects of your business, such as, information regarding gross profit and inventory levels.

## 2.5    Dynamic Links to Microsoft Office

By working in a pure Windows environment with the familiar and standard user interfaces and functions, you are guaranteed easy operation. Thus, every report that you generate can be converted into a personalized letter or Excel spreadsheet and sent as e-mail with a click of the mouse.

## 2.6    Document Template Generator

In the system, every document template can have its own layout. Through customer-specific selection of the necessary elements such as data, product pictures, calculations, sub-totals, and so on, relevant and convincing documents can be designed.

## 2.7    Foreign Currency and Euro Compatibility

The accounting system is capable of conducting every transaction in three currencies simultaneously: in the local currency, in the currency of the transaction, and in system currency. For foreign currency revaluation a corresponding report is available. In addition, it is possible to easily prepare reports in any international currency.

## 2.8    Client / Server Architecture

To secure critical business and system processes, a robust MS-SQL 2000 database is used. It supports an unlimited number of simultaneous user transactions. In addition, its scalability provides for expansion of business activities while simultaneously securing and controlling all business processes.

## 2.9    Standard Interfaces

The system works as a central ERP application with standard interfaces to internal and external data sources such as handheld computers, CRM applications and other leading reporting programs.

## 2.10    Table Management

The easy-to-use table management system makes it possible to easily and quickly add fields, or drop-down lists; consolidations or processes can be supplemented to any valid field.

## 2.11    Internal CRM Functions

The system provides suitable tools to recognize and manage business potential. This also includes full access to information regarding gross profit and inventory levels.

## 2.12    Multi-Language and Country Support

SAP Business One provides multiple language support. That means, that the end-user is able to select the desired language, which can be changed any time.

Independently from the language you can select the country for which the system is set up. This can be done either during the installation, or when a new company is created. This feature enables country specific features, like legal requirements or specific business requirements of this country.

SAP Business One

Whitepaper

# 3    Nine Modules for Complete Business Processes

**Financial Accounting**
SAP Business One provides a complete suite of functions you will need to run your business from the accounting point of view: General Ledger, open item management, budgets, legal and financial reporting.

**Sales and Distribution**
This application  concentrates on sales processes from pricing and order entry  to invoicing.

**Purchasing**
Purchasing  is used to manage contacts and transactions with vendors from the purchase requisition to vendor invoices.

**Business Partners**
This application  provides master data management for business partners with all relevant information about customers, resellers, and vendors, as well as management of the prospective-customer database.

**Bank Transactions**
Bank transactions include the complete financial processing such as cash receipts, checks, advance payments, bank reconciliation, etc.

**Warehouse Management**
Here, you will find all information about inventory levels, price lists, special price agreements, and warehouse transactions.

**Final Assembly**
This module makes it possible to work with product bills of material and work orders.

**Controlling**
With this module, you can automatically create profit center reports according to division or department.

**Reports**
This module makes it possible to create reports about enterprise data and information using any structure. This applies to internal analyses, inventory reports, financial reports, and accounting statements.

SAP Business One                                                      Whitepaper

## 3.1    Financial Accounting in Detail

**Chart of accounts:** SAP Business One offers a chart of accounts template for each country that you can tailor to your company's needs. You may also define a completely different chart of accounts.

**Journal entries:** Use this form to enter or find your manual journal entries. (Most of the journal entries are entered automatically from the Sales, Purchasing, and the Banks modules). Each transaction can be automatically allocated to a project or a profit center.

**Temporary journal entries:** Use this form to enter your manual journal entries into a temporary batch queue in which you can check and correct the entries before you enter them into your permanent ledger.

**Transaction templates:** With this form you can create your set of transaction templates and use them to save time and prevent mistakes while entering manual journal entries.

**Recurrent journal transactions:** With this form you can create your own journal transactions that are regularly executed in financial accounting. When you have set a frequency for every recurrent transaction, you will be automatically reminded to enter the transaction.

**Journal entry report:** This report summarizes all your journal entries.

**Exchange rate differences:** Use this form to revaluate your open items in foreign currency periodically. This form will allocate the differences and offer the right transaction to correct it.

**Trial balance report:** Use this report to view or print your account balances and transactions. You can view all your financial reports in any desired currency, and in each detailing level. Each financial report can be displayed in a quarterly or monthly view, by profit centers, projects etc.

**Profit and loss report:** This report will display your income and expenses according to legal requirements in your country. You can use this report, like any other financial report, to compare financial data between accounting periods.

**Balance sheet:** This report will display your assets and liabilities according to legal requirements in your country. **Comparative reports:** All the above-mentioned reports can be displayed in a comparative view (between months, quarters, years or any other period).

**Budget:** Here you will be able to define and track your budget. This sub menu will allow you to define your budget apportion methods, define your budget figures in any currency (local, foreign or both), and view a summarizing budget report which compares the actual versus the planned figures. The system will also send an on-line alert, whenever any budget item exceeds its monthly or yearly limit.

**Financial reports designer:** This form allows easy and quick creation of an unlimited amount of financial report templates. Using this form will allow you to design a different template for each purpose (i.e. P&L report for managers, sorted and divided in one way and for internal users in a different way)

---

SAP Business One                                                        Whitepaper

## 3.2    Sales in Detail

**Quotation**: This form will allow you to issue a price quote to your customers. From here you will be able to measure your gross profit for this quotation, your stock levels (general or by warehouse) and your customer current balance. The system also enables you to examine the last prices given to the specific customer for any item sold in this price quote at any time. After issuing the price quote it can be exported to Microsoft Word in a single click, like any other documents.

**Order**: This form will allow you to enter your customers' orders. This form will automatically reserve the items ordered and notify your storekeeper about the delivery date.

**Delivery note**: Used while transferring the purchased stock to the customer, without issuing an invoice. At the same time, this form will automatically update your stock balances.

**Return**: Use this form to record stock entries returned from your customers.

**Invoice**: This is your major sales document. This form will automatically record the journal transaction, and it will allow you to issue an automatic receipt in case the customer pays any part of his bill instantly).

**Invoice and receipt**: Use this form to record an Invoice and a receipt on the same document, in the same process.

**Credit note**: Use this form to credit your customers in any case they return goods, for example. Like in any other sales or procurement form, you can easily import the desired data from the original invoice.

**Reserve invoice**: Use this invoice whenever you want to issue an invoice without changing the stock balances.

**Document printing**: From this form, you will be able to print all your sales or procurement documents. This form will allow you to select the range, type or characters of the desired documents.

**Auto summary wizard**: This easy to use wizard will allow you to summarize into one invoice all former AR documents related to all your customers, in one automatic process. This module can be very useful to users who issue orders or delivery notes during the month and one summarized invoice for each customer at the end of the month.

**Drafts**: This form will allow printing, editing and managing documents that were saved as drafts.

## 3.3    Purchasing in Detail

**Purchase order**: This form will allow you to issue an order to your vendors for materials or services. Such an order will update the available amount for the items ordered, as well as notify the warehouse manager of the expected delivery date.

**Purchase delivery note**: This form is used whenever goods are being entered to the warehouse and the actual in-stock amount must be updated. However, it does not affect the vendor's account balance.

**Purchase return:** Use this form to record goods returned to your vendor.

**Purchase invoice:** This form is used to keep record of your vendors' Invoices. It simultaneously records a journal entry. This form will conveniently enable you to process your payments to vendors later.

**Purchase credit note:** Use this form to credit your vendor upon return of goods. Like in any other AP/AR form, you can easily import the desired data from the original invoice.

**Import file:** This module is a tool for calculating the landed value of imported goods. It helps allocate different types of costs and expenses (shipping, insurance, custom etc.) to each item's FOB cost, thus, updating its true in-stock value.

**Journal entries:** This module allows you to view all your journal entries in summary, or sort them according to different types of cross sections.

**Document printing:** From this form, you'll be able to print all your sales or procurement documents. This form will allow you to select the range, type or characteristics of the desired documents.

## 3.4    Business Partner Master Data Maintenance in Detail

**Master data management:** From this form, you can learn everything there is to know about your customers and vendors. Here you can enter valuable data like addresses, preferences, salesperson, credit terms, groups etc. You can create an unlimited amount of contact persons for each card, saving their telephone numbers, e-mail address, and any other important data. From this form, you can record a contact with your customers or vendors, send them e-mails or SMS and view all important data like your customer's sales report, detailed balance and much more. Like in any other system form, you can search an entry using each one of the form fields, utilizing all kind of search methods like "starts with", "includes", "greater than" etc.

**Definitions:** This menu allows you to set the names for customer and vendor association groups and to set the names for the master data characteristics. Those groups are easily used to cross-section (combine selections of) related customer or vendor reports.

**Contacts with customers and vendors:** Use this form to record a telephone call, a meeting or any kind of activity with your customer or vendor. You can attach system documents or any other documents to each contact. This contact will become an integrated part of your customer or vendor data.

**Opening balances:** Use this form to enter your customers and vendors opening balances. This form is useful for new users, who are migrating from another accounting application.

**Contacts summary:** This report will allow you to view all your (or your employees) open contacts, sorted by date, related for the current day or week. From this form, you'll be able to deal with tasks and contacts and close contacts or tasks that have been completed.

**Sales opportunity:** Use this form to record any sales opportunity from the first call to successful closure. This form allows defining the nature of the opportunity, source, value, predicated clo-

sure date, partners, competitors, tasks, and more. After issuing the first relevant quote, it can be linked to the opportunity for better tracking and analyzing.

**Sales pipeline analysis**: This report allows you to analyze your sales pipeline in three main dimensions: by customer, item, and agent. You'll be able to create any cross-section between these dimensions in order to get a better view (like items offered by agent with closure percentage). This report will automatically create charts to display the data graphically. You can display this report in any detailed level, and drill down from the most general level (e.g. opportunities by customer groups) to the most detailed level (a specific opportunity of a specific customer).

**Sales pipeline graph**: This report will display a dynamic sales funnel that displays all sales stages, from lead to order. By clicking on each slice you will be able to view a detailed report of each stage. In addition, you have other graphically supported options for displaying the sales process. The system will display your top 10-30 opportunities, from the creation date, to closure. This report will help you to analyze trends and buying habits easily

## 3.5     Bank Transactions in Detail

**Receipt**: Use this form to record any payment given to you by a customer such as checks, credit card payments, cash, or bank transfers. From this form, you can allocate payments to open invoices simplifying your money collection process. Issuing a receipt (or alternatively a payment or deposit) will update the general ledger.

**Payment to vendor**: Use this form to issue payments to your vendors. From this form, you can allocate payments to open purchase invoices. This form can be used for automatic check printing for vendors.

**Deposit**: From this form, you can easily deposit cash, credit card payments or checks in the bank. You'll receive a full list of your checks from which you will be able to select the checks to be deposited. Credit card payments can be deposited automatically, according to your agreements with the credit card companies.

**Deferred checks**: This form will automatically display the deferred checks that should be deposited today. From this form, you'll be able to perform the deposit.

**Checks for payment**: This form was specially designed to write checks for your vendors, employees or other creditors. From here, you will be able to write and print a check, and update the vendor balance accordingly.

**Checks Fund**: This form is used to manage all check data. This form allows you to endorse a check or cancel it.

**Credit Fund**: This form is used to manage all credit card data. This form allows you to endorse a credit voucher or cancel it.

**Deferred Credit Vouchers**: This form will automatically display the deferred credit vouchers that should be deposited today. From this form, you'll be able to perform a deposit.

**Bank pages and reconciliation**: The system is equipped with a powerful bank reconciliation module that contains:

- **External page reception**: In this form, you can type the bank account data or import the bank transactions directly from a file. This data will be used for bank comparison.

- **Reconciliation**: The system allows fully automatic bank reconciliation. You can compare debit vs. credit transactions or your data vs. the banks'.

**Reconciliation wizard**: Our wizard can save hours or even months of work for any bookkeeper: after defining reconciliation parameters, the system will recommend the right match among all options, using a unique algorithm. In this way, bookkeepers can save hours of frustrating searches for matches.

## 3.6     Warehouse Management in Detail

**Item Management**: This form will allow you to manage all your data about items within one form. Here you can enter valuable data like item name and code, barcode, item trademark, dimensions, prices and even the item's picture. Without leaving this screen, you will be able to view the item's balance, ordered amount and sales analysis.

**Definitions**: This menu allows you to set the names for the item association groups and to set the names for the item characteristics. Those groups are easily used to cross-section related item reports. From here, you can also define your warehouses, your trademarks, your measures, shipment types etc. This definitions sub-menu also allows you to define your customer/vendor unique catalogue numbers for each item. This way you'll be able to manage a unique catalogue numbers for each customer or vendor, actually using the same items.

**Item Query**: This form will give you a quick view of your item details.

**Price lists**: This comprehensive module allows you to define as many price lists as you need and attach them to each of your customers or vendors. You can easily create dynamically formulated links between one price list and another and update price lists automatically whenever your actual purchase price is changed.

**Special conditions**: Here you can record special conditions for unique customers or from unique vendors. You can also set quantity-sensitive prices, which will be changed according to quantities purchased. Each price list can be time limited, and change automatically, whenever data is changed.
In addition cash discounts can be used based on different payment terms.

**Stock accounting**: If required, all products in the warehouse can be valuated using the average price.

**General receipt/release from stock**: These two forms allow you to record a stock entry or release, which was not connected directly to an sales or procurement document.

**Transfer between warehouses**: If you use more than one warehouse you will be happy to know that you can record, in this simple form, all transfers between your warehouses.

**Stock transactions**: This menu item contains two major tasks:

- Writing opening balances for your stock items

- Updating your stocktaking data to the system

**Batches**: Batches can be assigned to products and can be classified using expiration dates or free defined characteristics. For these products batches have to be specified in sales orders, deliveries or stock movements. Batches can be tracked using a special batch report.

**Serial numbers**: They can be assigned to products have to be specified in sales orders, deliveries or stock movements.

## 3.7    Final Assembly in Detail

**Product tree (BOM) definition**: This window enables you to define a multilevel bill-of-materials, by defining the main product and indicating all raw materials that are used in its production process, with their quantities and respective warehouses.

**Work order**: Here you can record orders for production and then easily turn them into work orders, up to the final stage of finished goods. By using this work order, you will be able to instantly run a quantity check for sufficient existing stock levels.

**Open work order**: This report will summarize all the work in process at present and display all associated work orders, at a click of the mouse.

**Product check**: This report enables you, at any stage of the work process, to check the availability of all products or materials needed to complete production.

**Product tree report**: This report gives a view of all bills of material (production trees) in any desired level.

## 3.8    Controlling in Detail

**Profit centers**: This window enables you to define the various profit centers / departments of your business. In the chart of accounts, you will be able to directly associate suitable income or cost accounts to a predefined profit center.

**Overhead absorption factors**: Based on your calculations and business experience, you can define here the different allocation factors, which characterize your business activity, such as the area of the business, employee division, or income ratio. In the chart of accounts, you will easily be able to associate a suitable income or cost account, with the proper allocation factor.

**Profit centers and overhead factors table**: This report displays all profit centers and the absorption factors, in a table form, making it easy to view and adjust the figures. It also enables you to create more new profit centers and factors. As soon as you define all the costing factors, the system will allocate costs automatically between cost centers in each transaction, allowing you to get detailed costing information with no effort at all!

**Profit center reports**: This report displays a managerial profit and loss report, for each profit center, based on all its revenues and expenses, direct and indirect, according to the predefined absorption factors. You can choose a display in a yearly, or a monthly format, and compare it with last year's figures.

## 3.9    Reports in Detail

The Reports module is the systems most important module. Here, you can find all kinds of re-
ports: managerial reports, bookkeeping reports, stock reports, financial reports and decision
support reports. Each report can be exported to Microsoft Excel at a single click. The system's
data navigation system allows you to browse your data freely. Using the reports system will
save you precious time and make it possible for you to access new data and information.

**To do list**: This set of reports allows managers in your organization to quickly receive updates
of all their business irregularities such as: unpaid invoices, open price quotes or orders, etc.
Hotlink to Microsoft Word allows you to create a set of letters to each relevant customer.

**Customer/vendor debt aging**: These two reports allow you to view all your customer/vendor
debts, sorted and divided by age. By clicking on a customer line you can view a detailed report
for the customer. Hotlink to Microsoft Word allows you to create, at a single click, a set of ac-
count statuses of customer debts.

**Sales analysis**: This report allows you to analyze your sales in three main dimensions: sales by
customer, sales per item and sales per agent. You'll be able to create any cross-section be-
tween these dimensions in order to get a better view (such as items sold by agent or items
bought by customers etc). This report will automatically create charts to display the data graphi-
cally. You can display this report in any detailed level and drill down from the most summarized
level (e.g. sales by customer groups) to the most detailed report (a specific invoice of a specific
customer).

**Cash flow**: This report analyses your cash flow using all incomes and expenses such as
checks, credit cards, recurrent transactions, customer debts etc. This report can be displayed in
various levels of detail.

**Queries**: This powerful engine allows you to make any queries to your database in a simple
query language and create any report from it. You can use any data from any field in order to
create or condense a report. After building a query, it can be saved in your queries library for
future usage. Saved queries can be designed and modified using the report editor.

**Contacts summary**: This report will allow you to view all your (or your employees) open con-
tacts, sorted by date and linked to the current day or week. From this form, you'll be able to deal
with your tasks and contacts and close the contacts or tasks that have been completed.

**Bookkeeping reports**: This menu line contains all important bookkeeping reports such as:

- **Accounts and master data index**
- **General ledger report**: summarizes all ledger entries by card or account.
- **VAT report**: summarizes all your VAT obligations according to local legal requirements
- **EC Sales list**: summarizes sales to EC customers according to local legal requirements
- **Tax deduction reports**
- **Document journal**
- **Documents serial numbers review**: allows you to check the sequencing of the docu-
  ment numbers

**Financial statements**: This menu line contains all important financial reports:

- Balance sheet

- Trial balance

- Profit & loss report

- Profit centers report

**Stock reports**: This menu line contains all important stock reports such as:

- **Items index**

- **Card file generator**: summarizes all stock entries by card or by item.

- **Stock status**: displays all stock balances like item in stock, ordered quantity and available item balance. By clicking on an item line, you can view an orders' report for the item.

- **Warehouses balance report**: This report will display your items' balance per warehouse, and the total balance for each item.

- **Stock valuation**: This report will value your stock in one of the conventional methods: FIFO, LIFO or Moving Average. You can view a summary for all your items or a detailed report for each item. A special algorithm is being used to deal with a negative item balance situation.

- **Product trees report**: This report gives a view of all the bills of materials (production trees) in any desired level and different levels of detail.

**Additional Reports**: This menu line contains all other reports like:

- **Last prices report**: which displays a list of last prices given to a specific customer.

- **Inactive Customers**: which displays a list of inactive customers in a certain time frame.

**Deactivated Items**: which displays a list of non-active items in a certain time frame. This report can help you reduce stock maintenance costs.

# 4      Technology

SAP Business One is a windows based client / Server application. It is designed as a "Fat-Client" application, where the business logic runs on the end user's PC.

To secure critical business and system processes, a robust MS-SQL 2000 database is used. It supports an unlimited number of simultaneous user transactions. In addition, its scalability provides for expansion of business activities while simultaneously securing and controlling all business processes.

All database access are implemented via ODBC.



## 4.1     Version Management and Upgrade

To ensure the consistency between the client and the server application an automatic version check as well as an automatic upgrade process is part of SAP Business One, where the new client software is loaded from the server database.

## 4.2     Server Processes

Beside the server database SAP Business One runs on the server side only services for backup, e-mail connection and licensing.

# 5    Adopting SAP Business One

## 5.1    Configuration

The administration module of SAP Business One contains the basic settings of the system such
as exchange rates, system setup, permissions concept, internal mail organization, basic e-mail
and SMS settings, data import and export functions, etc.

**Select company**: In the system, you can set up an unlimited number of companies and then
use this function to select them, allocate the server while working in a network environment, and
to switch between users.

**System setup**: With this function, you can set up all company data and preferences. During the
process, the system guides you through the programs using a step-by-step list.

**Definitions**: Here you can determine all your definitions regarding users, currencies, payment
terms, sales persons, banks, commission groups etc.

**Permissions**: This comprehensive module keeps your business information safe from unau-
thorized access. You define the permissions profiles for the various users in order to protect
your corporate data from unauthorized access.

**Rates table**: In this table you can enter your foreign currency rates and indexes, or auto
download rates from the web. These rates are then used for all reports and data entry.

**Utilities**: From here you will be able to back up your, transfer data from year to year, check and
fix your data and automatically run previously defined processes (internal macro language).

**Import/export**: The system allows you to easily import and export data to and from Microsoft
Excel, and other clients or journal entries from different accounting software. You can also ex-
port any screen matrix to Microsoft Excel in a single click

**Restore**: Here we have concentrated all our maintenance tools, which allow you to maintain
your data if the need arises.

**Alarm-Management**: This screen allows you to define your personal alert profile for the online
alarm function. You can define what kind of alerts you want to receive, design personal alerts,
and define parameters for each alert. Each alert can be sent by fax, SMS, e-mail or internal
mail.

**Mail, fax and SMS center:** The system can become your exchange server, because it allows
sending any of system documents or reports by mail, fax and SMS. Messages can be sent to
internal users, and customers or vendors, either by individual send or to distribution lists.

## 5.2    User defined fields

In SAP Business One you can define any user fields you wish for all objects, (such as for example, items, business partners or orders). This enables you to manage information that is typical for your business activity. In the user-defined fields you can enter different information such as text, addresses, telephone numbers, Internet addresses, attachments, pictures, selection lists etc.

## 5.3    Formatted search

The Formatted search enables Business One users to enter values, originated by a pre-defined search process, to any field in the system (including user defined fields).

The following are examples of using formatted search:

- ❑ Automatic entering of values into fields using various objects in the system.
- ❑ Entering values into fields using a pre-defined list.
- ❑ Automatic entering of values into fields via pre-defined queries (defined by the user).
- ❑ Creating dependence between fields in the system i.e. the value in X field influence the value in Y field.
- ❑ Displaying fields that can only be displayed using queries i.e. User signature, Creation date, Open checks balance (for cards) etc.

SAP Business One                                                    Whitepaper

# 6 Enhancing the core functionality

## 6.1 API

SAP Business One provides a programming interface (API) on COM technology, that allows you to enhance the functionality, or adopt it to your requirements. The provided COM objects can be used by programming languages like Visual Basic, C / C++, JAVA.

There are two different API's, one for data interfaces and the other one to modify the user interface.

## 6.1.1 Data interface (OBS)

This API provides objects and methods to read or write the most important data objects used in SAP Business One. Both master data as bell as transactional data can be accessed. In addition also a couple of general objects are provided:

- ❑ **DBConnection**
  The DBConnection object is used to establish a connection to a SQL Server. You can use this object to access SAP Business One data or connect to a custom database created by you.

- ❑ **Company**
  The Company object represents a company database. Before you can create any business object you must create an OADM object and establish a company database connection.

- ❑ **RecordSet**
  Recordset object is used to run and contain SQL data. Use it's method DoQuery to run sql queries or stored procedures.

- ❑ **SBOBob**
  The SBObob object is an accessory that enables you to get valuable information quickly and easily. The returned data is usually a SAPbobsCOM Recordset for convenience of data manipulation.

- ❑ **Messages**
  A message object is used to send a message including attachments and links to a SAP Business One user.

- ❑ **UserFields**
  The UserFields object contains the collection of user defined data fields

- ❑ **Field**
  The Field object is the used for field data manipulation. is contains both standard and custom data access properties

- ❑ **Items**
  The Items object represents a product master data record.

- ❑ **BusinessPartners**
  The BusinessPartners object represents a customer or vendor master data record

---

© 2002 SAP AG

❑ **ProductTrees**
The ProductTrees object represents the head of a bill of material
❑ **ProductTrees_Lines**
The ProductTrees_Lines object represents the products linked to a bill of material

❑ **Documents**
The Documents object represents the header of sales and procurement document like orders, deliveries, invoices, ...

❑ **Documents_Lines**
The Documents_Lines object represents the items linked to sales and procurement document

❑ **JournalEntries**
The JournalEntries object represents financial journal postings.

## 6.1.2    User interface

This API provides objects and methods to access objects of the user interface like forms, windows controls (entry fields, check boxes, ...) or windows messages.

❑ **Application**
The Application object establishs the connection to the SAP Business One application. You can use this object to perform actions on the windows.

❑ **Form**
The Form object represents an application form. It is necessary to acces an item, which belongs to this form.

❑ **Item**
A Item object represents a windows control. The content as well as the position, size or visibility can be modified.

❑ **CheckBox**
The CheckBox object represents a checkbox control. Using the method IsChecked you can retrieve the information, if this checkbox is checked.

❑ **Matrix**
A Matrix object represents a table in a form.

❑ **ItemEvent**
The ItemEvent object is the event handler, where you have all the possibilities to develop any activity triggered by a windows event like et_FORM_LOAD or et_IS_PRESSED.

❑ **MenuItem**
Use the MenuItem instance to activate the specified menu item

❑ **MenuEvent**
Use the MenuEvent to interfere with the specific process for this event

# 7    Optional components

Beside to SAP Business One product itself SAP offers several optional packages like Internet Sales, which can be used together with SAP Business One.

## 7.1    Migration packages

### 7.1.1    Legacy data migration

During the implementation project it is necessary to load data like products, sales orders, invoices, journal entries for the legacy system. SAP offers a easy to use interface to load these data from flat files to SAP Business One.

### 7.1.2    Migration to mySAP.com

While customers use SAP Business One they will be able to grow and as a result, their requirements will be greater. In order to cover these requirements, in the future, migration from SAP Business One to SAP R/3 will be possible.

## 7.2    Internet Sales

For SAP Business One a complete sell-side solution based on the web standard J2EE will be provided. This contains the scenarios Business-to-Business and Business-to-Consumer. The web-shop communicates directly with SAP Business One, using its product catalogs, pricing, customer data. Based on the shopping carts sales orders will be created in SAP Business One.



SAP Business One                                                     Whitepaper

## 7.3    Interfacing HR applications

SAP Business One will be able to interface HR solutions like mySAP HR or other local HR solu-
tions like DATEV. HR master data maintenance as well as the payroll transactions have to be
performed in the HR application. SAP provides an open interface (XML) for the financial post-
ings, as well as the link to mySAP HR, which can be offered by partners as a hosted solution for
the SAP Business One customers. Links to other HR applications can be provided by partners.



SAP Business One                                                                         Whitepaper

# 8      Integration scenarios with mySAP.com

To overcome today's situation in a multinational enterprise for a new IT decision in every sub-
sidiary SAP provides an integration package between mySAP.com used in the headquarter and
SAP Business One used in the subsidiaries. This enables seamless integration based on the
SAP products mySAP Business Warehouse, SAP Enterprise Portals and mySAP technology.



Three different layers of integration are provided:

## 8.1    Data consolidation using mySAP BW

Today and in the future, a manager of a multinational enterprise needs an integrated information system that will enable him to efficiently and effectively utilize the data records stored  across the operational systems for decision-making and controlling process.
The answer to this business requirement is a preconfigured solution that will allow you to seam-lessly report on and monitor data coming from an SAP Business One installation.

Therefore SAP provides the required configuration package as well as the corresponding map-ping and data access modules to consolidate data from subsidiaries running SAP Business One.

## 8.2    Accessing  information  of  SAP  Business  One  using  Enterprise Portals

mySAP Enterprise Portal integrates SAP Business One with mySAP.com and external content sources and solutions. It provides a central access point to joint business tasks and distributes information to an extended business community - employees, partners, customers.

- ❑   Central access to information regardless of the location of the source - Intranet or Inter-net
- ❑   Integration of cross-boundary business processes
- ❑   Transparent and unified access to solutions that allow for inter- and intra-company col-laboration
- ❑   State-of-the-art interaction: Proactive delivery of content, easy to use point & click, time saving drag & relate

### 8.2.1   Functionality

The Business Package for SAP Business One provides portal content that can be used to cre-ate an environment in which a user can access information from one or several installations of Business One.

In a first version this portal content contains

- •   iViews that show information out of Business One and pages that contains iViews
- •   Pages that contain BW web reports
- •   Worksets that structure the delivered pages.

This first version is intended to give a well-structured overview of information from different sources (accessing different installations of SAP Business One directly or indirectly via BW).

In a later, second version the portal should also support certain business processes that require access to different systems, such as intercompany stock transfer. This requires technical enhancement: beside a portal connector for SAP Business One also an application unifier for Business One has to be developed. The enhanced, second version will contain:

- Portal Connector for SAP Business One

- Application Unifier for SAP Business One

- Enhanced iViews with active data elements

- Special iViews that act as Full Page Service and can be used to carry out a specific business transaction or report from SAP Business One.

- Navigation structure in the iPanel that provides point & click and drag & relate capabilities.

## 8.2.2    User roles

All the day-to-day activities will be carried out by users in the subsidiaries and these users will always use the primary GUI of SAP Business One. In particular these users will usually not use mySAP Enterprise Portal to access Business One.

However, if an Enterprise Portal within a global group is available, it can be used to provide system access for sales persons. This way **sales persons from a subsidiary** can use SAP Business One via remote access via an Internet Browser.

The target group of the Business Package for SAP Business One are **users within a headquarter** of a group who need information about the business of its subsidiaries and that all or some of these subsidiaries use SAP Business One.

Additionally these users need

- an entry screen that shows certain key figures, KPIs or alerts

- to drill down from aggregated information to detailed information or to drag & relate objects from a report/alert to components in the iPanel to find more information or to carry out intercompany processes

- information especially from the areas financials and sales.

Case: 1:08-cv-02755-DCN  Doc #: 26-3  Filed:  04/22/09  28 of 30.  PageID #: 367

## 8.3    Collaboration scenarios using mySAP technology

This scenario provides the integration possibilities a big enterprise needs to exchange data between the headquarter and the subsidiaries in both directions. This could include master data from a central master data server in the head office as well as financial data from a subsidiary which have to be consolidated in the head office in the central FI .

The enabling technology behind these scenarios is SAP's Exchange Infrastructure (XI) or for small networks or customers already using this technology the Business Connector. The interface package will have plug-ins for both products.

The most-wanted business scenarios will be preconfigured and delivered with the corresponding mappings and adapters and can be adapted easily by the customer, as well as enhanced with additional scenarios.



SAP Business One

Whitepaper

© 2002 SAP AG

SAP Business One                                                          Whitepaper

# SAP Business One Hardware requirements:

### Client system requirements

| Operating System | CPU | RAM | Free Disk Space | Network | Software |
|---|---|---|---|---|---|
| Windows NT4/ 2000/XP | Pentium III 450 And Above | 128 Mb And Above | At leaset 500MB Free | • UTP-RJ45 Connections. <br> • COAX Is Not Supported <br> • Intel , 3Com Nic's. <br> • Protocol : TCP/IP <br> • IPX/SPX   Is  Not  Supported | • Internet   Explorer 5.5 And Above. <br><br> • WIN 2000 - Service Pack 2 And Above |

### Server System Reguierments :

| Operating System | CPU | RAM | Free Disk Space | Network | Software |
|---|---|---|---|---|---|
| NT4 Server /Windows 2000 Server/Advanced Server | Pentium Ш Mhz600 And Above For each | 512MB | At leaset 2GB Free | • UTP-RJ45 Connections. <br> • COAX Is Not Supported <br> • Intel ,3Com Nic's. <br> • Protocol : TCP/IP <br> • IPX/SPX    Is  Not  Supported | • Internet   Explorer 5.5 And Above. <br><br> • Windows   2000 Server - SP 2 And Above <br><br> • SQL 2000 SP2 And Above. <br><br> • SQL 7.0 is not supported |

© 2002 SAP AG                                                          Page 30 of 30