# INVOICE

| Please remit to:<br>**THE IBIS GROUP™**<br>1800 West Hawthone, Suite N<br>West Chicago, Illinois 60185<br>Phone: 630/562-4040 FAX: 630/562-4640 | JAN 03 2005<br>*Where Business and Computer Technology come together*<br>630-562-4040<br>http://www.ibis1.com | Number | 000034 |
|---|---|---|---|
| | | Page | 1 |
| | | Date | 12/20/04 |

| Bill To: | HOD001<br>HODELL-NATCO INDUSTRIES, INC.<br>7825 HUB PARKWAY<br>VALLEY VIEW, OH 44125 | Ship To: | Please Mail Payment To:<br>The IBiS Group<br>1329 Horan Drive<br>Fenton, MO 63026 | INC. |
|---|---|---|---|---|

| Reference No | Invoiced | Slsp | Terms | Tax Code | Branch | |
|---|---|---|---|---|---|---|
| SAP | 12/20/04 | 001 | OTHER PMTS | OUTSTATE | 01 | |

| Item Code | Description | Price |
|---|---|---|
| SAP | 80 BUSINESS ONE LICENSES | 300000.00 |
| LESS PAYMENT RECV'D | DECEMBER 21, 2004 | -60000.00 |

| | Amount | Tax | Freight | Total Due |
|---|---|---|---|---|
| | 240000.00 | .00 | .00 | 240000.00 |

THANK YOU FOR YOUR BUSINESS!

EXHIBIT "F"