COMMONWEALTH OF )
PENNSYLVANIA )
                                 ) ss
COUNTY OF PHILADELPHIA )

## AFFIDAVIT OF MICHAEL J. MILLER

I, Michael J. Miller, having been duly sworn, depose and state as follows:

1. I make this Affidavit in support of the motion of my clients, Defendants SAP America, Inc. and SAP AG, for my *pro hac vice* admission to appear and participate fully as an attorney of record in all proceedings and other aspects of this action.

2. I am a member in good standing of the Bar of the Commonwealth of Pennsylvania (1991), the Bar of the State of New Jersey (1992), the United States Court of Appeals for the Third Circuit (2001) and the United States District Court for the Eastern District (1993) and Middle District (1996) of Pennsylvania.

3. Pursuant to Local Rule 83.5(h), my required contact information and bar registration number are as follows:

        Michael J. Miller
        Drinker Biddle & Reath LLP
        One Logan Square
        18th & Cherry Streets
        Philadelphia, PA, 19103
        (215) 988-2782 (tel.)
        (215) 988-2757 (fax)
        michael.miller@dbr.com

Pennsylvania State Bar Registration No.: 62437
New Jersey State Bar Registration No.: 032821991

4.  The foregoing is true and correct to the best of my knowledge and belief.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
Michael J. Miller

Sworn to before me and subscribed in my presence this 21st day of April, 2009.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MICHELLE L. ULASCHKIN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires August 19, 2009

_____
Notary Public

My commission expires: August 19, 2009

2