COMMONWEALTH OF )
PENNSYLVANIA )
) ss
COUNTY OF PHILADELPHIA )

## AFFIDAVIT OF THOMAS S. DOWNIE

I, Thomas S. Downie, having been duly sworn, depose and state as follows:

1. I make this Affidavit in support of the motion of my clients, Defendants SAP America, Inc. and SAP AG, for my *pro hac vice* admission to appear and participate fully as an attorney of record in all proceedings and other aspects of this action.

2. I am a member in good standing of the Bar of the Commonwealth of Pennsylvania (2004) and the United States District Court for the Eastern District of Pennsylvania (2008).

3. Pursuant to Local Rule 83.5(h), my required contact information and bar registration number are as follows:

> Thomas S. Downie
> Drinker Biddle & Reath LLP
> One Logan Square
> 18th & Cherry Streets
> Philadelphia, PA, 19103
> (215) 988-3329 (tel.)
> (215) 988-2757 (fax)
> thomas.downie@dbr.com

Pennsylvania State Bar Registration No.: 92493

4. The foregoing is true and correct to the best of my knowledge and belief.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
Thomas S. Downie

Sworn to before me and subscribed in my presence this 28th day of April, 2009.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MICHELLE L. ULASCHKIN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires August 19, 2009

Michelle L. Ulaschkin
Notary Public

My commission expires: 8/19/09