IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) | Case No. 1:08-CV-02755 |
| | ) | |
| Plaintiff, | ) | JUDGE LESLEY WELLS |
| | ) | |
| v. | ) | |
| | ) | **MOTION OF DEFENDANTS SAP** |
| SAP AMERICA, INC., *et al.*, | ) | **AMERICA, INC. AND SAP AG FOR** |
| | ) | **LEAVE TO EXCEED PAGE LIMIT** |
| Defendants. | ) | |

Pursuant to Local Rule 7.1(f), Defendants SAP America, Inc. ("SAP America") and SAP AG ("SAP AG") (collectively referred to as "SAP") respectfully request leave to file a Brief In Support of SAP's Motion To Dismiss Plaintiff's Amended Complaint Pursuant Fed. R. Civ. P. 12(b) in excess of the twenty page limit. SAP's Brief will be not more than twenty-five (25) pages.

In the interests of judicial economy, SAP America and SAP AG, collectively, have drafted a single motion to dismiss, which they intend to file on or before June 1, 2009. In an effort to file a single brief in support of a motion to dismiss, SAP America and SAP AG have been attempting to draft a single brief setting forth the arguments of both SAP America and SAP AG in a concise manner. SAP makes this request in good faith, not for any improper purpose, and in the interests of judicial economy.

For the foregoing reasons, SAP respectfully requests that this Court enter an Order granting it leave to file Brief In Support of SAP's Motion To Dismiss Plaintiff's Amended Complaint Pursuant Fed. R. Civ. P. 12(b) exceeding twenty (20) pages in length.

Respectfully submitted,


*/s/ Leo M. Spellacy, Jr., Esq.*
Hugh E. McKay, Esq. (0023017 )
Leo M. Spellacy, Jr., Esq. (0067304)
Charles W. Zepp., Esq. (0068129)
PORTER WRIGHT MORRIS & ARTHUR LLP
925 Euclid Avenue, Suite 1700
Cleveland, OH  44115-1483
(216) 443-9000 / Fax (216) 443-9011
hmckay@porterwright.com
lspellacy@porterwright.com
czepp@porterwright.com

Attorneys for Defendants,
SAP America, Inc. and SAP AG

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Leo M. Spellacy, Jr., Esq.*
Hugh E. McKay, Esq. (0023017 )
Leo M. Spellacy, Jr., Esq. (0067304)
Charles W. Zepp., Esq. (0068129)
PORTER WRIGHT MORRIS & ARTHUR LLP
925 Euclid Avenue, Suite 1700
Cleveland, OH  44115-1483
(216) 443-9000 / Fax (216) 443-9011
hmckay@porterwright.com
lspellacy@porterwright.com
czepp@porterwright.com

Attorneys for Defendants,
SAP America, Inc. and SAP AG