IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| HODELL-NATCO INDUSTRIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>SAP AMERICA, INC., et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 1:08 CV 2755<br><br>JUDGE LESLEY WELLS |
|---|---|---|

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT
## OF SAP AMERICA, INC. AND SAP AG

Pursuant to Fed. R. Civ. P. 7.1 Defendants SAP America, Inc. and SAP AG submit their Corporate Disclosures as follows:

Defendant SAP AG has no parent corporation and, to SAP AG's knowledge, no publicly held corporation owns 10% or more of SAP AG's stock. Defendant SAP America, Inc. is a wholly-owned subsidiary of parent corporation SAP AG.

Dated: May 20, 2009           Respectfully submitted,

                                         By:    */s/ Leo M. Spellacy, Jr., Esq.*
                                                Hugh E. McKay, Esq. (0023017)
                                                Leo M. Spellacy, Jr., Esq. (0067304)
                                                Charles W. Zepp., Esq. (0068129)
                                                PORTER WRIGHT MORRIS & ARTHUR LLP
                                                925 Euclid Avenue, Suite 1700
                                                Cleveland, OH 44115-1483
                                                (216) 443-9000 / Fax (216) 443-9011
                                                lspellacy@porterwright.com

                                                Attorneys for Defendants,
                                                SAP America, Inc. and SAP AG

Of Counsel:

Michael J. Miller
Thomas S. Downie
Drinker Biddle & Reath LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
Facsimile: (215) 988-2757

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of May, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Leo M. Spellacy, Jr., Esq.*
Hugh E. McKay, Esq. (0023017)
Leo M. Spellacy, Jr., Esq. (0067304)
Charles W. Zepp., Esq. (0068129)
PORTER WRIGHT MORRIS & ARTHUR LLP
925 Euclid Avenue, Suite 1700
Cleveland, OH 44115-1483
(216) 443-9000 / Fax (216) 443-9011
hmckay@porterwright.com
lspellacy@porterwright.com
czepp@porterwright.com

Attorneys for Defendants,
SAP America, Inc. and SAP AG