IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| --- | --- | --- |
| Plaintiff, | )<br>)<br>) | JUDGE WELLS |
| v. | )<br>)<br>) | **MOTION TO DISMISS**<br>**PLAINTIFF'S AMENDED** |
| SAP AMERICA, INC., et al. | )<br>) | **COMPLAINT OF DEFENDANTS**<br>**SAP AMERICA,** |
| Defendants. | )<br>) | **INC. AND SAP AG** |

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants SAP America, Inc. and SAP AG (collectively "SAP"), hereby move this Court to dismiss Plaintiff Hodell-Natco Industries Inc.'s Amended Complaint.

The reasons supporting this Motion are set forth in SAP's Memorandum in Support, incorporated herein by reference.

Respectfully submitted,

*/s/Leo M. Spellacy*
Hugh E. McKay, Esq. (0023017 )
Leo M. Spellacy, Jr., Esq. (0067304)
Charles W. Zepp., Esq. (0068129)
PORTER WRIGHT MORRIS & ARTHUR LLP
925 Euclid Avenue, Suite 1700
Cleveland, OH  44115-1483
(216) 443-9000 / Fax (216) 443-9011
hmckay@porterwright.com
lspellacy@porterwright.com
czepp@porterwright.com

Attorneys for Defendants,
SAP America, Inc. and SAP AG