# EXHIBIT A



**SAP Business One Brief**

## SAP BUSINESS ONE

### PROFITABILITY AND GROWTH FOR MIDSIZE BUSINESSES

**SAP Business One is an affordable and easy-to-implement solution designed from the ground up to address the specific needs of small and midsize businesses. Providing robust and fully integrated financial and sales management capabilities, the solution gives managers on-demand access to critical real-time information. It's the one solution designed for key decision makers that can help you do it all – make more profitable decisions, grow your business, and stay ahead of the competition.**

Running a successful small or midsize business (SMB) is more challenging than ever. With buyer spending down and the market at large playing wait-and-see, many SMBs have hit a plateau. Business owners worry that they lack sufficient control over their business operations and sales processes to optimize all available opportunities. Moreover, these companies' business systems make it difficult, if not impossible, to share information among employees or pass it to the executives who rely on it for critical decision support.

To support new growth and profitability, small and midsize businesses need an affordable, powerful business solution that makes it easy for everyone in the organization to get the information they need – in real time. Rather than separate financial, inventory, and sales management applications, SMBs need a solution that provides one complete source of customer data, state-of-the-art management control tools, and new visibility into sales processes.

Introducing SAP® Business One, the affordable and easy-to-implement solution designed from the ground up to address the specific needs of SMBs.

EXHIBIT "A" tabbies®

SAP Business One provides robust and fully integrated financial and sales management capabilities, and it gives managers on-demand access to critical real-time information for better decision making. The solution helps emerging businesses, from those with 10 to several hundred employees, to streamline their operational and managerial processes. Using one complete source of customer data, companies can use management control tools to improve efficiency and gain visibility into the sales process. Moreover, these management controls — combined with the solution's easy access to information — enable managers to retain profitable customers, identify new growth opportunities, and focus resources on the business' most important issues.

SAP Business One is easy to use for everyone in the organization — from CEO to junior-level employee. Innovative features and functions, such as the patented Drag&Relate™ system for instant analysis and reporting, provides easy access to real-time business data, which enables proactive business management.

SAP Business One is the revolutionary business software solution for emerging and dynamically growing companies like yours. It's the one solution designed for key decision makers that can help you do it all — make more profitable decisions, grow your business, and stay ahead of the competition. Take a look at the powerful new SMB solution from the largest business software vendor in the world — SAP Business One.

## ALL THE TOOLS THAT EVERY SMALL AND MIDSIZE BUSINESS NEEDS

With SAP Business One, your managers and employees will have greater and more effective access to timely, reliable information — allowing them to make smarter business decisions. Offering a wide-range of features and functions, SAP Business One provides all the tools you need to run a thriving and growing business, including:

- **Support for growth** — SAP Business One is the only solution that provides an integrated sales force automation system, which includes pipeline tracking, opportunity management, strategic selling, and contact management. An integrated approach provides a 360-degree view of each customer, which enhances critical satisfaction levels. With company-wide visibility into the sales process, businesses get more accurate understanding of their customers, which leads to improved customer relationships. Combined with leading-edge administrative features, this visibility and understanding also allows companies to more effectively control and influence the sales process, capturing greater market share in the process.
- **Comprehensive financial expertise** — The solution delivers a full financial management system that builds efficiency and productivity through such features as multicurrency, budgeting, and bank reconciliation.
- **Operational support** — A complete inventory management system — including kitting, warehouse management, and multilevel price lists — supports new efficiencies throughout the organization.
- **Management controls** — The solution provides the tools companies need to streamline operational and managerial processes, including online alerts, sales discount management, exception management, and workflow approvals. By simply dragging and relating one piece of information to another, using the patented Drag&Relate system for instant analysis and reporting, managers can create an unlimited number of reports; these reports can help managers to better focus on relationships and transactions that are critical to the business.
- **Intuitive user interface** — A user interface designed for even nontechnical executives provides every user with the tools needed to access information at both the big picture and detailed levels. As a result, SAP Business One supports an unprecedented level of executive involvement that improves the quality and accuracy of every business decision.

**THE VALUE OF SAP BUSINESS ONE: A BETTER BOTTOM LINE**

SAP Business One is the ultimate management solution for your company. By providing employees, customers, and business partners with easy access to information that supports better decision making, this powerful software enables company growth and a better bottom line – with implementation cycles and price points that meet the requirements of SMBs. Benefits to small and midsize businesses include:

- **Unparalleled ease of use** – The dramatically intuitive user interface lets employees at all levels work quickly and efficiently, giving better access to information. Providing on-demand access to critical, real-time information through streamlined data navigation and the patented Drag&Relate system for instant analysis and reporting, SAP Business One allows users to easily ask questions and get immediate, accurate results.
- **Enhanced productivity and control** – Increased employee productivity, enhanced communication with suppliers, and improved efficiency of all operations add up to unsurpassed cost control. Management control tools immediately notify managers when business rules are triggered, which streamlines processes and allows businesses to focus their resources where they have the greatest impact. The comprehensive SAP Business One solution allows users to easily communicate information, when and where it's needed, using the same integrated, high-performance solution.
- **New opportunities for success** – Fast and easy access to real-time information helps companies identify and manage new sales opportunities and quickly bring new products to market.
- **Global reach** – If your business spans the globe, your system should as well. SAP Business One is localized to each country where it is offered, allowing companies to conduct and report all business transactions in multiple currencies.
- **Unmatched expertise** – Because SAP Business One is delivered through a network of highly qualified channel partners who understand the specific challenges facing small and midsize businesses, customers receive world-class service and support.

**THE SAP COMMITMENT TO SMALL AND MIDSIZE BUSINESSES**

SAP Business One lets you run your business more efficiently by providing fast and easy access to real-time information anywhere in the system. Handle problems faster, uncover trends and find sales opportunities more effectively, and plan better than you thought possible, using a simple solution that provides powerful results.

Thousands of businesses in 15 countries are already using SAP Business One to help them manage and sustain their growth. When you choose SAP Business One, you partner with a vendor that has more than 30 years of experience and 12 million users worldwide. And because SAP Business One is built on open standards, you can easily integrate it with other systems, including the solutions available through mySAP™ Business Suite.

To learn more about how SAP Business One can power your business, visit our Web site at
**www.sap.com/smb/businessone**

**THE BEST-RUN BUSINESSES RUN SAP** 

**SAP AG**
Neurottstraße 16
69190 Walldorf
Germany
T +49/18 05/34 34 24*
F +49/18 05/34 34 20*
* Subject to charge
**www.sap.com**