UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HODELL-NATCO, INC. | CASE NO.: 1:08CV2755 |
| Plaintiff, | |
| | JUDGE WELLS |
| vs. | |
| | **RULE 26(a) INITIAL DISCLOSURES** |
| SAP AMERICA, INC., et al. | **OF LSI-LOWERY SYSTEMS INC. AND** |
| | **IBIS GROUP** |
| Defendants. | |

LSi-Lowery Systems Inc. and the former entity known as IBIS Group Inc., pursuant to Federal Rule of Civil Procedure 26(a) submits the following initial disclosures, in addition to information previously disclosed in response to discovery:

**I.     INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

1. Daniel J. Lowery – President LSi-Lowery Systems Inc.; may be contacted through the undersigned counsel.

2. Cain Woodrum, LSi-Lowery Systems Inc. employee, may be contacted through the undersigned counsel.

3. John Woodrum, V.P. Business Software Support - former LSi-Lowery Systems Inc. employee, may be contacted through undersigned counsel.

4. Joe Guagenti, former LSI Systems employee, may be contacted through undersigned counsel.

5. Gary Seeker, LSI Systems

6. Avery Myrick, LSI Systems

7. Dale Van Leeuwen, IBIS, LSI Systems

8. Patricia McGrath, LSI Systems Tech.

9. Eric Johnson, LSI Systems Tech.

    10.    Marcia Weissman, LSI Systems Tech.

    11.    Ellen Daniels, Hodell-Natco employee

    12.    Terry Phillips, Hodell-Natco IT Project Manager.

    13.    Joe Viskocky, Hodell-Natco employee.

    14.    Otto Reidl, President of Hodell-Natco.

    15.    Kevin Reidl, Chief Operating Officer of Hodell-Natco.

    16.    Paul Killingsworth, SAP.

    17.    Daniel Kraus, SAP.

    18.    Michael Sotnick, Sr. VP, SAP.

    19.    Gadi Barnea, SAP

    20.    Edward Nevuex, SAP

    21.    Manfred Weis, SAP

    22.    Dirk Boessman, SAP

    23.    Geoffrey Ashley, SAP

    24.    Ross Elliott, Accellos/Radio Beacon

**II.    PRODUCTION OF DOCUMENTS**

The following categories of documents in the possession, custody or control of LSi-Lowery, all of which are located on LSI servers or in their offices in St. Louis, Missouri, consist of:

    1.    E-Mails

    2.    Paperwork, contracts and agreements

3. Pursuant to discussions of counsel, the following search terms for electronically stored documents are proposed as non-exclusive methods of identifying documents that may lead to the discovery of relevant documents:

  i. DI-API
 ii. Performance
iii. Freeze or Freezes
 iv. Slow
  v. Open issue list

**III. COMPUTATION OF DAMAGES**

Not applicable to this party

**IV. INSURANCE AGREEMENTS**

The following policy of insurance may provide professional liability coverage applicable to some or all of the claims asserted in this action:

> Philadelphia Indemnity Insurance Company
> Professional Liability Policy
> Policy No. PHSD319209
> Effective dates 4/23/2008 through 4/23/2009
> Limit of Liability: $1,000,000.00
> Annual Aggregate: $1,000,000.00

Respectfully submitted,

/s/ Roy A. Hulme
ROY A. HULME (0001090)
REMINGER CO., L.P.A.
1400 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio  44115
Phone: 216/430-2135
Fax: 216/430-2250
E-Mail: rhulme@reminger.com
Attorney for Defendants LSi-Lowery
Systems, Inc. and The IBIS Group, Inc.

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing Rule 26(a) Initial Disclosures was served by regular mail and email the 22nd day of June, 2010 upon:

P. Wesley Lambert
James F. Koehler
Buckley King LPA
1400 Fifth Third Center
600 Superior Avenue, East
Cleveland, Ohio 44114
Attorneys for Hodell-Natco Industries, Inc.

Thomas S. Downie
Drinker, Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
Attorney for Defendants, SAP America,
Inc. and SAP AG

Charles W. Zepp
Hugh E. McKay
Leo M. Spellacy, Jr.
Porter Wright Morris & Arthur LLP
925 Euclid Avenue, Suite 1700
Cleveland, Ohio 44115
Attorneys for Defendants SAP America, Inc.
And SAP AG

                                                    /s/ Roy A. Hulme
                                                    ROY A. HULME (0001090)