UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ------------------------------------------------------- ) <br> HODELL-NATCO INDUSTRIES, INC,  ) <br> ) <br> Plaintiff,  ) <br> ) <br> -vs-  ) <br> ) <br> SAP , et al.,  ) <br> ) <br> Defendant.  ) <br> _____  ) <br> ) | CASE NO. 1:08 CV 2755 <br><br> <u>ORDER OF REFERRAL</u> |

UNITED STATES DISTRICT JUDGE LESLEY WELLS

The Court has before it a motion to dismiss the amended complaint from defendant SAP AG and SAP America, Inc.  (Doc. 36).  The parties have fully briefed the issues and it is ripe for consideration.  (Docs. 40, 41).

This matter is referred to United States Magistrate Judge White pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 72.1.  Magistrate Judge White shall consider the motion now pending before this Court and shall file a report and recommendation for its disposition.

IT IS SO ORDERED.

       /s/Lesley Wells       
UNITED STATES DISTRICT JUDGE