UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE: LESLEY WELLS |
| | ) | MAGISTRATE JUDGE: GREG WHITE |
| -vs- | ) | |
| | ) | JOINT MOTION TO |
| SAP AMERICA, INC., et al. | ) | CONTINUE ORAL ARGUMENT |
| | ) | |
| Defendants. | ) | |

Plaintiff Hodell-Natco Industries, Inc. ("Hodell"), Defendants SAP America, Inc. and SAP AG (collectively, "SAP"), and Defendants LSI-Lowery Systems, Inc. and The IBIS Group, Inc. (collectively, "LSI") jointly and through their respective undersigned attorneys, and for the reasons set forth below, move and respectfully request that the Court continue the oral argument on SAP's Motion to Dismiss the First Amended Complaint of Hodell (Doc. No. 46), which is presently set for oral argument on August 18, 2010.  (*See* Doc. No. 47).

1.  Lead counsel for each of the parties is unavailable on August 18, 2010.

2.  Counsel for Hodell, James F. Koehler and P. Wesley Lambert, are both scheduled to appear at a FINRA mediation on that date.  Additionally, Mr. Lambert has previously scheduled depositions just prior to and after August 18, 2010.

3.  Counsel for SAP, Michael J. Miller, is scheduled on a pre-paid, out-of-state, family vacation from August 17 through August 31, 2010.

4.  Counsel for LSI, Roy A. Hulme, is also scheduled on a pre-paid vacation on August 18, 2010.

5. Counsel for the parties have conferred and are mutually available beginning at 9:30 a.m., or at any other time convenient for the Court, on the following dates in September 2010: the 17th, 22nd, 23rd and 28th.

The parties thus jointly request that the Court enter the Order attached hereto.

Respectfully submitted,

*/s/* P. Wesley Lambert
JAMES F. KOEHLER (0007904)
koehler@buckleyking.com
P. WESLEY LAMBERT (0076961)
lambert@buckleyking.com
BUCKLEY KING, LPA
1400 Fifth Third Center
600 Superior Avenue, East
Cleveland, Ohio 44114-2652
(216) 363-1400
(216) 579-1020 (*facsimile*)
*Attorneys for Hodell-Natco Industries, Inc.*

*/s/* Michael J. Miller
Michael J. Miller (admitted *pro hac vice*)
Thomas S. Downie (admitted *pro hac vice*)
Drinker Biddle & Reath LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
Facsimile: (215) 988-2757
*Attorneys for SAP America, Inc. and SAP AG*

*/s/* Roy A. Hulme
Roy A. Hulme (0001090)
REMINGER CO., L.P.A.
1400 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio 44115
(216)687-1311
Facsimile: (216)430-2250
E-Mail address: rhulme@reminger.com
*Attorney for LSI-Lowery Systems, Inc. and The IBIS Group, Inc.*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 30th day of July 2010, a copy of the foregoing Joint Motion to Continue Oral Argument was filed electronically. Parties may access this filing through the Court's electronic filing system.

<u>/s/ P. Wesley Lambert</u><br>P. WESLEY LAMBERT (0076961)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE:  LESLEY WELLS |
| | ) | MAGISTRATE JUDGE:  GREG WHITE |
| -vs- | ) | |
| | ) | |
| SAP AMERICA, INC., et al. | ) | <u>NOTICE AND ORDER</u> |
| | ) | |
| Defendants. | ) | |

Pursuant to the parties' Joint Motion to Continue Oral Argument, it is hereby ordered that the Court's Notice and Order dated July 29, 2010 (Doc. No. 47) is amended such that oral argument shall now be held at _____ a.m. on September ____, 2010, before the Honorable Greg White, United States Magistrate Judge, in Courtroom 11B, United States District Court, 801 W. Superior Avenue, Cleveland, OH  44113.  The remainder of the Court's Notice and Order dated July 29, 2010 (Doc. No. 47) remains in full force and effect.

IT IS SO ORDERED.

_____
Hon. Greg White
U.S. Magistrate Judge

Dated: _____