IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC., Et al., | ) ) ) | CASE NO. 1:08 CV 2755 |
| Plaintiff, | ) ) ) | JUDGE: WELLS |
| -vs- | ) ) | **NOTICE OF APPEARANCE** |
| SAP AMERICA, INC., et al., | ) ) ) | |
| Defendants. | ) | |

To Court and All Counsel:

Please take notice of the appearance of Rafael P. McLaughlin, Reminger Co., L.P.A., 1400 Midland Building, 101 Prospect Avenue, West, Cleveland, Ohio 44115 as co-counsel for Defendants LSI-LOWERY SYSTEMS, INC. and THE IBIS GROUP, INC. in the captioned matter, along with Roy A. Hulme.

Respectfully submitted,

/s/ Rafael P. McLaughlin
RAFAEL P. McLAUGHLIN (0083017)
REMINGER CO., L.P.A.
1400 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio 44115-1093
Ph: (216) 687-1311
Fax: (216) 687-1841
E-Mail: rmclaughlin@reminger.com
Attorney for Defendants LSI-Lowery
Systems, Inc. and The IBIS Group, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Notice of Appearance was filed electronically this 16th day of August, 2010. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

              /s/ Rafael P. McLaughlin
              RAFAEL P. McLAUGHLIN (0083017)
              REMINGER CO., LPA