UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO, INC. | ) | CASE NO. 1:08CV2755 |
| | ) | |
| Plaintiff, | ) | JUDGE WELLS |
| | ) | MAGISTRATE WHITE |
| vs. | ) | |
| | ) | |
| SAP AMERICA, INC., et al., | ) | AMENDED REPORT OF PARTIES' |
| | ) | PLANNING MEETING UNDER |
| Defendants. | ) | FED.R.CIV.P.26(f) AND LR 17.3(b) |
| | ) | |
| | ) | |
| | ) | |

l.  Pursuant to Fed. R. Civ. P. 26(f) and L.R. 16.3(b), a meeting was held on November 22, 2010, and was attended by:  P. Wesley Lambert, counsel for Plaintiff; Roy A. Hulme, counsel for Defendant(s) LSI-Lowery Systems, Inc.; Gregory J. Star, counsel for Defendant, SAP America, Inc. and SAP AG.

2.  The parties:

   _X_ have exchanged the pre-discovery disclosures required by Rule 26(a)(l) and the Court's prior order; or

   ___ will exchange such disclosures

   _____ have not been required to make initial disclosures

3.  The parties recommend the following track:

   _____ Expedited  __X__ Standard  _____ Complex

   _____ Administrative  _____ Mass Tort

4.  This case:

   _X_ is suitable for electronic filing

   _____ is not suitable for electronic filing

5.  This case is suitable for one or more of the following Alternative Dispute Resolution ("ADR") mechanisms:

    \_\_\_\_\_ Early Neutral Evaluation     \_\_\_\_\_ Mediation

    \_\_\_\_\_ Summary Jury Trial     \_\_\_\_\_ Summary Bench Trial

    \_\_\_\_\_ Arbitration     __x__ Case not suitable for ADR a**t this time**

6.  The parties:

    \_\_\_\_\_ do consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636 (c).

    __X__ do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636 (c).

7.  Recommended Discovery Plan:

    (a) Describe the subjects on which discovery is to be sought and the nature and extent of discovery.

    Estimate of 10 to 12 fact witness depositions and three to five expert witness depositions. Exchange of Interrogatories, documents and electronically stored information.

    (b) Recommended Discovery cut-off date:

    | | |
    |---|---|
    | Fact discovery: | June 17, 2011 |
    | Plaintiff expert report due: | August 19, 2011 |
    | Defendant expert reports due: | September 30, 2011 |
    | Plaintiff rebuttal expert reports due: | October 28, 2011 |
    | Expert discovery to be complete: | November 30, 2011 |

8.  The parties:

    __X__ expect to use expert witnesses in this case

    \_\_\_\_\_ do not expect to use expert witnesses in this case

9.  Recommended dispositive motion date: August 12, 2011

10. Recommended cut-off date for filing any motion to amend the pleadings and/or to add additional parties: March 31, 2011

2

11.     Other matters for the attention of the Court:

    1.    <u>Pending Motion to Dismiss</u>
    2.    <u>Parties have submitted a Stipulated Protective Order as to certain confidential and trade secret information.</u>

Signatures:

| | |
|---|---|
| /s/ P. Wesley Lambert | /s/ Roy A. Hulme |
| Attorney for Plaintiff(s): | Attorney for Defendant(s): |
| | |
| Hodell-Natco Industries, Inc. | LSI-Lowery Systems, Inc. |
| | The IBIS Group, Inc. |
| | |
| | /s/ Gregory J. Star |
| | Attorney for Defendant(s) |
| | |
| | SAP America, Inc. |
| | SAP AG |

895481_1

3