UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF OHIO
Eastern Division

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE: LESLEY WELLS |
| | ) | |
| v. | ) | MAGISTRATE JUDGE: GREG WHITE |
| | ) | |
| SAP AMERICA, INC., et al. | ) | Notice of Change of Address of Counsel for |
| | ) | Plaintiff Hodell-Natco Industries, Inc. |
| Defendants. | ) | |

PLEASE TAKE NOTICE that the law firm and mailing address of the undersigned counsel of record for Plaintiff Hodell-Natco Industries, Inc., Inc. has changed. Effective immediately, please serve all pleadings and all other papers required to be served upon the undersigned counsel herein at the following mailing address:

James F. Koehler (0007904)
jkoehler@koehlerneal.com
P. Wesley Lambert (0076961)
wlambert@koehlerneal.com
KOEHLER NEAL LLC
Suite 3330 Erieview Tower
1301 East Ninth Street
Cleveland, Ohio
216.539.9370
216.916.4369   (*facsimile*)

Respectfully submitted,


*/s/ P. Wesley Lambert*
James F. Koehler (0007904)
jkoehler@koehlerneal.com
P. Wesley Lambert (0076961)
wlambert@koehlerneal.com
KOEHLER NEAL LLC
1301 East Ninth Street
Suite 3330 Erieview Tower
Cleveland, Ohio
216.539.9370
216.916.4369   (*facsimile*)
*Attorneys for Plaintiff Hodell-Natco Industries, Inc.*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 4th day of January, 2010, a copy of preceding document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

<u>/s/ *P. Wesley Lambert*</u>
P. Wesley Lambert (0076961)
