IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE WELLS |
| | ) | |
| v. | ) | |
| | ) | |
| SAP AMERICA, INC., et al. | ) | **MOTION FOR ADMISSION PRO** |
| | ) | **HAC VICE OF GREGORY J. STAR** |
| Defendants. | ) | |

Pursuant to Local Rule 83.5(h), and upon the annexed affidavit of Gregory J. Star, an attorney admitted to practice in the Commonwealth of Pennsylvania and the State of New Jersey, the undersigned respectfully moves for his admission, *pro hac vice*. In support of this motion, the following is submitted:

1. Defendants, SAP America, Inc. and SAP AG (collectively referred to herein as the "SAP Defendants") are presently represented by Hugh E. McKay, Leo M. Spellacy, Jr. and Charles W. Zepp of the law firm of Porter Wright Morris & Arthur LLP.  Messrs. McKay, Spellacy and Zepp are members of the bar of the State of Ohio, and are members of the bar of this Court, and maintain an office for the practice of law in Cleveland, Ohio.

2. SAP Defendants have also retained Gregory J. Star of Drinker Biddle & Reath LLP to represent their interests in the above-captioned proceeding.  Mr. Star's contact information is as follows:

>       Gregory J. Star
>       Drinker Biddler & Reath LLP
>       One Logan Square, Suite 2000
>       Philadelphia, PA 19103
>       Telephone:  (215)988-2734
>       Facsimile:  (215) 988-2757
>       E-Mail:  gregory.star@dbr.com
>       PA Bar Reg. No.:  89389
>       NJ Bar Reg. No.:  03849-2002

3. As is set forth in his affidavit, Mr. Star, has been and is currently a member in good standing of the Bar of the Commonwealth of Pennsylvania (2002), the Bar of the State of New Jersey (2002), the United States Court of Appeals for the Tenth Circuit (2009), the United States District Court for the Eastern District of Pennsylvania (2003), the United States District Court for the District of New Jersey (2004), and the United States District Court for the District of Colorado (2007).

4. I provided a copy of the Local Rules of this Court to Mr. Star and he agrees to abide by them and to submit to the jurisdiction of this Court for purposes of any disciplinary action that might arise out of his representation of Defendant in this case.

WHEREFORE, the undersigned respectfully requests an Order authorizing the admission of Gregory J. Star *pro hac vice*.

Dated: January 12, 2011 Respectfully submitted,

/s/Charles W. Zepp
Hugh E. McKay. (0023017)
Leo M. Spellacy, Jr. (0067304)
Charles W. Zepp, Esq. (0068129)
PORTER WRIGHT MORRIS & ARTHUR LLP
925 Euclid Avenue, Suite 1700
Cleveland, OH 44115-1483
TEL: (216) 443-9000
FAX: (216) 443-9011
hmckay@porterwright.com
lspellacy@porterwright.com
czepp@porterwright.com

*Attorneys for Defendants, SAP America, Inc. and SAP AG*

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2011 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

> */s/Charles W. Zepp*
> Charles W. Zepp, Esq. (0068129)
> PORTER WRIGHT MORRIS & ARTHUR LLP
> 925 Euclid Avenue, Suite 1700
> Cleveland, OH  44115-1483
> TEL: (216) 443-9000
> FAX: (216) 443-9011
> czepp@porterwright.com
>
> *Attorney for Defendants, SAP America, Inc. and SAP AG*