| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | ) ) ) ss |
| COUNTY OF PHILADELPHIA | ) |

## AFFIDAVIT OF GREGORY J. STAR

I, Gregory J. Star, having been duly sworn, depose and state as follows:

1. I make this Affidavit in support of the motion of my clients, Defendants SAP America, Inc. and SAP AG, for my *pro hac vice* admission to appear and participate fully as an attorney of record in all proceedings and other aspects of this action.

2. I am a member in good standing of the Bar of the Commonwealth of Pennsylvania (2002), the Bar of the State of New Jersey (2002), the United States Court of Appeals for the Tenth Circuit (2009), the United States District Court for the Eastern District of Pennsylvania (2003), the United States District Court for the District of New Jersey (2004), and the United States District Court for the District of Colorado (2007).

3. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, nor have I ever received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

4. Pursuant to Local Rule 83.5(h), my required contact information and bar registration numbers are as follows:

>Gregory J. Star
>Drinker Biddle & Reath LLP
>One Logan Square, Suite 2000
>Philadelphia, PA 19103
>(215) 988-2734 (tel.)
>(215) 988-2757 (fax)
>gregory.star@dbr.com

Pennsylvania State Bar Registration No.: 89389 (admitted October 30, 2002)
New Jersey State Bar Registration No.: 03849-2002 (admitted December 17, 2002)

4. The foregoing is true and correct to the best of my knowledge and belief.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
Gregory J. Star

Sworn to before me and subscribed in my presence this 12 day of January 2011.

_____
Notary Public

My commission expires: _____

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
RENAY L. WANGER, Notary Public
City of Philadelphia, Phila. County
My Commission Expires July 6, 2014

2