IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE WELLS |
| | ) | |
| v. | ) | **JOINT MOTION TO AMEND DATE** |
| | ) | **OF CASE MANAGEMENT** |
| SAP AMERICA, INC., et al. | ) | **CONFERENCE** |
| | ) | |
| Defendants. | ) | |
| | ) | |

The parties, by and through their undersigned attorneys, hereby jointly request that the Court reschedule the June 28, 2011 case management conference as follows:

1. On June 6, 2011, this Court issued a scheduling order setting a case management conference for June 28, 2011.

2. Lead counsel for SAP America, Inc. and SAP AG has a previously scheduled court appearance on June 28 in a matter pending in California.

3. Counsel for SAP contacted this Court and was informed that June 30 at 2:30 p.m. is an available date and time for the case management conference.

4. Lead counsel for all parties are available to attend the case management conference on June 30 at 2:30 p.m.

WHEREFORE, the parties jointly request that this Court reschedule the case management conference for June 30, 2011 at 2:30 p.m.

Respectfully submitted,

*/s/* P. Wesley Lambert
JAMES F. KOEHLER (0007904)
koehler@buckleyking.com
P. WESLEY LAMBERT (0076961)
lambert@buckleyking.com
BUCKLEY KING, LPA
1400 Fifth Third Center
600 Superior Avenue, East
Cleveland, Ohio  44114-2652
(216) 363-1400
(216) 579-1020   (*facsimile*)
*Attorneys for Hodell-Natco Industries, Inc.*

/s/Leo M. Spellacy, Jr.
Leo M. Spellacy, Jr. (0067304)
Charles W. Zepp. (0068129)
PORTER WRIGHT MORRIS & ARTHUR LLP
925 Euclid Avenue, Suite 1700
Cleveland, OH  44115-1483
(216) 443-9000 / Fax (216) 443-9011
lspellacy@porterwright.com
czepp@porterwright.com

Michael J. Miller (admitted *pro hac vice*)
Gregory J. Star (admitted *pro hac vice*)
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
 (215) 988-2700 / Fax (215) 988-2757
Michael.Miller@dbr.com
Gregory.Star@dbr.com
*Attorneys for SAP America, Inc. and SAP AG*

*/s/* Roy A. Hulme
Roy A. Hulme (0001090)
REMINGER CO., L.P.A.
1400 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio  44115
(216)687-1311
Facsimile: (216)430-2250
E-Mail address: rhulme@reminger.com
*Attorney for LSI-Lowery Systems, Inc. and The IBIS Group, Inc.*

- 2 -

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 7th day of June 2011, a copy of the foregoing Joint Motion to Amend Date of Case Management Conference was filed electronically. Parties may access this filing through the Court's electronic filing system.

                /s/Leo M. Spellacy, Jr.
                Leo M. Spellacy, Jr. (0067304)

CLEVELAND/405284v.1