IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE WELLS |
| | ) | |
| v. | ) | **JOINT MOTION FOR EXTENSION** |
| | ) | **OF TIME TO ANSWER AMENDED** |
| SAP AMERICA, INC., et al. | ) | **COMPLAINT** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, Hodell-Natco Industries, Inc. and Defendants, SAP America, Inc. and SAP AG (collectively, "SAP"), by and through their undersigned attorneys and for the reasons set forth below, hereby request that the Court enter an order allowing SAP until June 24, 2011 to answer Plaintiff's amended complaint:

1.      On June 2, 2011, this Court issued an order granting in part, and denying in part, SAP's motion to dismiss Plaintiff's amended complaint.

2.      Under Rule 12(a)(4), SAP's answer to Hodell's complaint is due within 14 days, or by June 16, 2011.

3.      Due to previous scheduling conflicts, counsel for SAP requires a brief extension of time in which to complete SAP's answer to the amended complaint.

WHEREFORE, Hodell and SAP jointly request that this Court enter an order allowing SAP until June 24, 2011 to answer Plaintiff's amended complaint:

Respectfully submitted,

/s/ P. Wesley Lambert
JAMES F. KOEHLER (0007904)
koehler@buckleyking.com
P. WESLEY LAMBERT (0076961)
lambert@buckleyking.com
BUCKLEY KING, LPA
1400 Fifth Third Center
600 Superior Avenue, East
Cleveland, Ohio  44114-2652
(216) 363-1400
(216) 579-1020   (*facsimile*)
*Attorneys for Hodell-Natco Industries, Inc.*

/s/Leo M. Spellacy, Jr.
Leo M. Spellacy, Jr. (0067304)
Charles W. Zepp. (0068129)
PORTER WRIGHT MORRIS & ARTHUR LLP
925 Euclid Avenue, Suite 1700
Cleveland, OH  44115-1483
(216) 443-9000 / Fax (216) 443-9011
lspellacy@porterwright.com
czepp@porterwright.com

Michael J. Miller (admitted *pro hac vice*)
Gregory J. Star (admitted *pro hac vice*)
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone:  (215) 988-2700
Facsimile:  (215) 988-2757
Michael.Miller@dbr.com
Gregory.Star@dbr.com

*Attorneys for SAP America, Inc. and SAP AG*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this $15^h$ day of June 2011, a copy of the foregoing Joint Motion for Extension of Time to Answer Amended Complaint was filed electronically.  Parties may access this filing through the Court's electronic filing system.

/s/Leo M. Spellacy, Jr.
Leo M. Spellacy, Jr. (0067304)