UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO, INC. | ) | CASE NO. 1:08CV2755 |
| | ) | |
| Plaintiff, | ) | JUDGE WELLS |
| | ) | MAGISTRATE WHITE |
| vs. | ) | |
| | ) | |
| SAP AMERICA, INC., et al., | ) | AMENDED REPORT OF PARTIES' |
| | ) | PLANNING MEETING UNDER |
| Defendants. | ) | FED.R.CIV.P.26(f) AND LR 17.3(b) |
| | ) | |
| | ) | |
| | ) | |

l.  Pursuant to Fed. R. Civ. P. 26(f) and L.R. 16.3(b), a meeting was held on June 16, 2011, and was attended by:  P. Wesley Lambert, counsel for Plaintiff; Roy A. Hulme, counsel for Defendant(s) LSI-Lowery Systems, Inc. and the IBIS Group, Inc.; and Gregory J. Star, counsel for Defendant, SAP America, Inc. and SAP AG.

2.  The parties:

   _X_   have exchanged the pre-discovery disclosures required by Rule 26(a)(l) and the Court's prior order; or

   ___   will exchange such disclosures

   _____   have not been required to make initial disclosures

3.  The parties recommend the following track:

   _____ Expedited  __X___ Standard  _____ Complex

   _____ Administrative  _____ Mass Tort

4.  This case:

   _X_   is suitable for electronic filing

   _____   is not suitable for electronic filing

5. This case is suitable for one or more of the following Alternative Dispute Resolution ("ADR") mechanisms:

    \_\_\_\_\_ Early Neutral Evaluation     \_\_\_\_\_ Mediation

    \_\_\_\_\_ Summary Jury Trial           \_\_\_\_\_ Summary Bench Trial

    \_\_\_\_\_ Arbitration                  \_\_x\_\_ Case not suitable for ADR a**t this time**

6. The parties:

    \_\_\_\_ do consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636 (c).

    \_\_X\_\_ do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636 (c).

7. Recommended Discovery Plan:

    (a) Describe the subjects on which discovery is to be sought and the nature and extent of discovery.

    Estimate of 12 to 15 fact witness depositions and three to five expert witness depositions. Exchange of Interrogatories, documents and electronically stored information.

    (b) Recommended Discovery cut-off date:

    | | |
    |---|---|
    | Fact discovery: | November 15, 2011 |
    | Plaintiff expert report due: | December 15, 2011 |
    | Defendant expert reports due: | January 15, 2012 |
    | Plaintiff rebuttal expert reports due: | January 30, 2012 |
    | Expert discovery to be complete: | March 1, 2012 |

8. The parties:

    \_\_X\_\_ expect to use expert witnesses in this case

    \_\_\_\_\_ do not expect to use expert witnesses in this case

9. Recommended dispositive motion date: March 15, 2012

10. Recommended cut-off date for filing any motion to amend the pleadings and/or to add additional parties: August 17, 2011

2

11.  Other matters for the attention of the Court:

Signatures:

| | |
|---|---|
| /s/ P. Wesley Lambert | /s/ Roy A. Hulme |
| Attorney for Plaintiff(s): | Attorney for Defendant(s): |
| | |
| Hodell-Natco Industries, Inc. | LSI-Lowery Systems, Inc. |
| | The IBIS Group, Inc. |

/s/ Gregory J. Star
Attorney for Defendant(s)

SAP America, Inc.
SAP AG

3

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June 2011, a copy of the foregoing was filed electronically.  Parties may access this filing through the Court's electronic filing system.

>  */s/* P. Wesley Lambert
>  P. WESLEY LAMBERT (0076961)