IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
|---|---|---|
| Plaintiff, | ) ) ) | JUDGE LESLEY WELLS |
| v. | ) ) | MAGISTRATE WHITE |
| SAP AMERICA, INC., et al. | ) ) ) | **MOTION TO EXCUSE APPEARANCE OF A PARTY REPRESENTATIVE AT CASE MANAGEMENT CONFERENCE** |
| Defendants. | ) ) | |

  Defendants, SAP America, Inc. and SAP AG (collectively, "SAP"), move this Court to excuse the appearance of a party representative at the June 30, 2011 case management conference. Plaintiff Hodell-Natco Industries, Inc. and co-defendants LSi-Lowery Systems, Inc. and the IBIS Group, Inc. consent to this request.  Further, SAP makes this motion in good faith and not for purposes of delay.

  The party representative of SAP works in Newtown Square, Pennsylvania (near Philadelphia).  SAP's representative is prepared to fully participate in the conference by telephone, and requiring SAP's representative to travel to Cleveland for the case management conference will result in substantial costs to SAP.  Accordingly, SAP respectfully requests that this Court excuse the appearance of its party representative at the June 30, 2011 case management conference.

- 2 -

Respectfully submitted,

/s/Leo M. Spellacy, Jr.
Leo M. Spellacy, Jr. (0067304)
Charles W. Zepp (0068129)
PORTER WRIGHT MORRIS & ARTHUR LLP
925 Euclid Avenue, Suite 1700
Cleveland, OH  44115-1483
(216) 443-9000 / Fax (216) 443-9011
lspellacy@porterwright.com
czepp@porterwright.com

Michael J. Miller (admitted *pro hac vice*)
Gregory J. Star (admitted *pro hac vice*)
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone:  (215) 988-2700
Facsimile:  (215) 988-2757
gregory.star@dbr.com
michael.miller@dbr.com

*Attorneys for SAP America, Inc. and SAP AG*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of June 2011, a copy of the foregoing Motion To Excuse The Appearance Of A Party Representative At The Case Management Conference was filed electronically. Parties may access this filing through the Court's electronic filing system.

/s/Leo M. Spellacy, Jr.
Leo M. Spellacy, Jr. (0067304)

405531v.v1