IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC., Et al., | ) ) ) | CASE NO. 1:08 CV 2755 |
| Plaintiff, | ) ) ) | JUDGE: WELLS |
| -vs- | ) ) ) | **MOTION OF LSI-LOWERY SYSTEMS, INC. AND THE IBIS GROUP, INC.** |
| SAP AMERICA, INC., et al., | ) ) | **TO EXCUSE PERSONAL ATTENDANCE OF CLIENT** |
| Defendants | ) ) | **FROM JUNE 30, 2011 CASE MANAGEMENT CONFERENCE** |

Now come Defendants, LSI-Lowery systems, Inc. and The IBIS Group, Inc., by and through undersigned counsel and hereby move this Court to permit participation, to the extent necessary, by company representatives to be by telephone rather than personal appearance. Their corporate representative, Dan Lowery, works and resides in St. Louis, Missouri. Its insurance carrier's representative, Mark Frombach, works and resides in Bala Cynwyd, Pennsylvania. Requiring their personal appearance for purposes of the Case Management Conference, especially in this economic climate, is neither an efficient use of resources or time, and creates unnecessary expense for the parties. Both will be available by telephone should the need arise to consult with them.

This motion has been made after consultation with counsel for all other parties, none of whom have any objection to this motion.

                                                        Respectfully submitted,

                                                /s/  *Roy A. Hulme*
ROY A. HULME (0001090)
**Reminger Co., L.P.A.**
1400 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio 44115-1093
(216) 687-1311;  Fax: (216) 687-1841
rhulme@reminger.com
*Attorney for Defendants LSI-Lowery Systems, Inc. and The IBIS Group, Inc.*

2

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing Notice of Appearance was filed electronically this 16th day of June, 2011. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

                                                             /s/ *Roy A. Hulme*
                                                        ROY A. HULME (0001090)