# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF OHIO
# Eastern Division

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE:  LESLEY WELLS |
| | ) | |
| v. | ) | Notice of Service of Subpoenas |
| | ) | |
| SAP AMERICA, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Hodell-Natco Industries, Inc. ("Hodell-Natco"), by and through undersigned counsel, provides notice of service of subpoenas pursuant to Federal Rule 45 upon the following third-parties via personal service: On June 20, 2011 Plaintiff served Defendants Indotronix International Corp., Third Wave Business Systems and Accellos, Inc.

Copies of the subpoena and affidavit of service for each defendant is attached hereto as Exhibits 1 through 3.

Respectfully submitted,

*/s/ P. Wesley Lambert*
James F. Koehler (0007904)
jkoehler@koehlerneal.com
P. Wesley Lambert (0076961)
wlambert@koehlerneal.com
KOEHLER NEAL LLC
Erieview Tower 3330
1301 East Ninth Street
Cleveland, Ohio
216.539.9370
216.916.4369 (*facsimile*)
*Attorneys for Plaintiff*
*Hodell-Natco Industries, Inc.*

CERTIFICATE OF SERVICE

    I hereby certify that on the 27th day of June, 2011, a copy of preceding document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                               /s/ *P. Wesley Lambert*
                                               P. Wesley Lambert (0076961)