**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

------------------------------------------------------------

HODELL-NATCO, INC.,

       Plaintiff,

    -vs-

SAP AMERICA, INC., et al.,

       Defendants.

------------------------------------------------------------

**CASE NO. 1:08 CV 02755**

<u>**CASE MANAGEMENT PLAN AND
SCHEDULING NOTICE**</u>

UNITED STATES DISTRICT JUDGE LESLEY WELLS

  This matter came on for a Case Management Conference on 30 June 2011. The following determinations were agreed to by the parties and lead counsel of record, and IT IS ORDERED that:

1.  TRACK ASSIGNMENT.

   This case is assigned to the <u>**standard**</u> case management track.

2.  ELECTRONIC FILING.

   This case:

   __X__   is suitable for electronic filing.

   _____   is not suitable for electronic filing because

   _____

   _____.

3.   ALTERNATIVE DISPUTE RESOLUTION ("ADR").

This case:

_____        is suitable for reference to an ADR  program.

__X__         is not suitable at this time for reference to an ADR program.

4.   MAGISTRATE JUDGE.

The parties:

_____        consent to the jurisdiction of a United States Magistrate Judge
              pursuant to 28 U.S.C. § 636(c).

__α__         do not consent at this time to the jurisdiction of a United States
              Magistrate Judge pursuant to 28 U.S. C. § 636(c).

5.   INITIAL DISCLOSURES:

The parties:

__X__         have exchanged the pre-discovery disclosures required by Rule
              26(a)(1) and the Court's prior order;

____          will exchange such disclosures by _____;

____          have not been required to make initial disclosures.

6.   AMENDMENT OF PLEADINGS due _17 August 2011_____.

Motions for leave to amend pleadings pursuant to Fed. R. Civ. P. 15(a) shall be
filed on or before above date.

7.   TELEPHONIC STATUS CONFERENCE is Wednesday, 14 September 2011 at 10:30 . m.
_COURT_____ will initiate the call.  Lead counsel must participate;
parties represented by counsel need not attend.

8.     FACT DISCOVERY CUTOFF is __15 November 2011__.

All discovery shall be completed by the above date. Discovery shall be conducted according to the guidelines set forth in Local Rule 16.2(a)(2) for cases assigned to the standard case management track.

The parties are reminded of their obligations under Fed. R. Civ. P. 26, as amended; provided, however, that initial disclosures made pursuant to Fed. R. Civ. P. 26(a)(1) need not be filed with the Court. The parties shall comply with Local Rule 37.1 before filing any motion seeking aid from the Court in discovery matters.

Unless otherwise ordered by the Court, initial disclosures, discovery depositions, interrogatories, requests for documents, requests for admissions, and answers and responses thereto shall **not** be filed with the Clerk's Office, except that discovery materials may be filed as evidence in support of a motion or for use at trial.

9.     EXPERT DISCOVERY CUTOFF is __1 March 2012__.
Plaintiff expert report due __15 December 2011__.
Defendant expert reports due __15 January 2012__.
Plaintiff rebuttal expert report due __30 January 2012__.

10.     DISPOSITIVE MOTIONS shall be filed on or before __15 March 2012__.
__10.5 TRIAL    24 SEPTEMBER 2012__
11.     PAGE LIMITATIONS.

Parties shall comply with Local Rule 7.1(f). Memoranda that exceed the page limitation shall not be filed until a motion for permission to file such memoranda is granted. Such motions are rarely granted.

12.     EXTENSIONS OF TIME AND/OR REQUESTS FOR CONTINUANCE.

Requests for extension of time or continuance must be filed no later than 14 calendar days before the scheduled matter. Before requesting an extension of time or a continuance, counsel shall request the consent of other parties, and shall state in their written motion whether consent was obtained.

- 3 -

Motions for extension of time and/or requests for continuance will not be routinely granted.

To bring this case to a prompt conclusion, counsel are instructed to confer with each other frequently.  The Court expects counsel to respond to each other's telephone or mail messages within 48 hours, except in unique circumstances.

_____
UNITED STATES DISTRICT JUDGE

Acknowledgments: