UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE: LESLEY WELLS |
| | ) | MAGISTRATE JUDGE: GREG WHITE |
| -vs- | ) | |
| | ) | JOINT MOTION FOR EXTENSION OF |
| SAP AMERICA, INC., et al. | ) | DISCOVERY SCHEDULE |
| | ) | |
| Defendants. | ) | |

Plaintiff Hodell-Natco Industries, Inc. ("Hodell"), Defendants SAP America, Inc. and SAP AG (collectively, "SAP"), and Defendants LSI-Lowery Systems, Inc. and The IBIS Group, Inc. (collectively, "LSI") jointly and through their respective undersigned attorneys, request an extension of the fact discovery cutoff in this action through and including March 31, 2012. As discussed in the parties' planning conference with the Court on November 9, 2011, issues arising during the course have discovery have rendered the current discovery period insufficient for the parties to adequately conduct discovery.

The parties do not anticipate the requested discovery cutoff extension to adversely impact the trial date currently set in this action. Accordingly, the parties jointly request that the Court enter the Order attached hereto.

Respectfully submitted,

*/s/* P. Wesley Lambert
JAMES F. KOEHLER (0007904)
lkoehler@koehlerneal.com
P. WESLEY LAMBERT (0076961)
wlambert@koehlerneal.com
KOEHLER NEAL LLC
3330 Erieview Tower, 1301 East 9th Street
Cleveland, Ohio  44114
(216) 539-9370
(216) 916-4369   (*facsimile*)
*Attorneys for Hodell-Natco Industries, Inc.*


*/s/* Michael J. Miller
Michael J. Miller (admitted *pro hac vice*)
Thomas S. Downie (admitted *pro hac vice*)
Drinker Biddle & Reath LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996
Telephone:  (215) 988-2700
Facsimile:  (215) 988-2757
*Attorneys for SAP America, Inc. and SAP AG*

*/s/* Roy A. Hulme
Roy A. Hulme (0001090)
REMINGER CO., L.P.A.
1400 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio  44115
(216)687-1311
Facsimile: (216)430-2250
E-Mail address: rhulme@reminger.com
*Attorney for LSI-Lowery Systems, Inc. and The IBIS Group, Inc.*

CERTIFICATE OF SERVICE

    I hereby certify that on this 14th day of November 2011, a copy of the foregoing was filed electronically. Parties may access this filing through the Court's electronic filing system.

                                            */s/* P. Wesley Lambert  
                                            P. WESLEY LAMBERT (0076961)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE:  LESLEY WELLS |
| | ) | MAGISTRATE JUDGE:  GREG WHITE |
| -vs- | ) | |
| | ) | |
| SAP AMERICA, INC., et al. | ) | <u>NOTICE AND ORDER</u> |
| | ) | |
| Defendants. | ) | |

Pursuant to the parties' Joint Motion for Extension of Discovery Schedule, it is hereby ordered that the fact discovery cutoff shall be extended to March 31, 2012.

IT IS SO ORDERED.

                                                                                                                _____
JUDGE LESLEY WELS
MAGISTRATE JUDGE GREG WHITE

Dated: _____