UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE: LESLEY WELLS |
| | ) | MAGISTRATE JUDGE: GREG WHITE |
| -vs- | ) | |
| | ) | <u>JOINT MOTION TO SET CASE</u> |
| SAP AMERICA, INC., et al. | ) | <u>MANAGEMENT CONFERENCE</u> |
| | ) | |
| Defendants. | ) | |

Plaintiff Hodell-Natco Industries, Inc. ("Hodell"), Defendants SAP America, Inc. and SAP AG (collectively, "SAP"), and Defendants LSI-Lowery Systems, Inc. and The IBIS Group, Inc. (collectively, "LSI") jointly and through their respective undersigned attorneys, request that the Court set a Case Management Conference to address several pending issues in this action, including the current Case Management Schedule and a discovery dispute between Hodell and SAP. The parties are generally available to participate in such a conference at the Court's convenience.

Accordingly, the parties request a Case Management Conference so that these matters, and any additional matters which may assist in the efficient administration of this action, may be addressed.

Respectfully submitted,

*/s/* P. Wesley Lambert
JAMES F. KOEHLER (0007904)
lkoehler@koehlerneal.com
P. WESLEY LAMBERT (0076961)
wlambert@koehlerneal.com
KOEHLER NEAL LLC
3330 Erieview Tower, 1301 East 9th Street
Cleveland, Ohio 44114
(216) 539-9370
(216) 916-4369 (*facsimile*)
*Attorneys for Hodell-Natco Industries, Inc.*


*/s/* Michael J. Miller
Michael J. Miller (admitted *pro hac vice*)
Thomas S. Downie (admitted *pro hac vice*)
Drinker Biddle & Reath LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
Facsimile: (215) 988-2757
*Attorneys for SAP America, Inc. and SAP AG*

*/s/* Roy A. Hulme
Roy A. Hulme (0001090)
REMINGER CO., L.P.A.
1400 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio 44115
(216)687-1311
Facsimile: (216)430-2250
E-Mail address: rhulme@reminger.com
*Attorney for LSI-Lowery Systems, Inc. and The IBIS Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March 2012, a copy of the foregoing was filed electronically. Parties may access this filing through the Court's electronic filing system.

*/s/* P. Wesley Lambert
P. WESLEY LAMBERT (0076961)
