# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF OHIO
### Eastern Division

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE: LESLEY WELLS |
| | ) | |
| v. | ) | Notice of Service of Subpoena Duces Tecum |
| | ) | |
| SAP AMERICA, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Hodell-Natco Industries, Inc. ("Hodell-Natco"), by and through undersigned counsel, provides notice of service of subpoena pursuant to Federal Rule 45 upon the third-party Vision33, Inc. via personal service on March 5, 2012.

A copy of the subpoena and the certified mail receipt for are attached hereto as Exhibit A.

                                                             Respectfully submitted,

                                                             */s/ P. Wesley Lambert*
                                                             James F. Koehler (0007904)
                                                             jkoehler@koehlerneal.com
                                                             P. Wesley Lambert (0076961)
                                                             wlambert@koehlerneal.com
                                                             KOEHLER NEAL LLC
                                                             Erieview Tower 3330
                                                             1301 East Ninth Street
                                                             Cleveland, Ohio
                                                             216.539.9370/ 216.916.4369  (*facsimile*)
                                                             *Attorneys for Plaintiff*
                                                             *Hodell-Natco Industries, Inc.*

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on the 9th day of March, 2012, a copy of preceding document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                 /s/ *P. Wesley Lambert*
                                                 P. Wesley Lambert (0076961)