Wesley Lambert
KOEHLER NEAL, LLC
3330 Erieview Tower
1301 East Ninth Street
Cleveland, OH 44114 USA
Phone: 216-539-9370
Attorney for Plaintiff, HODELL-NATCO INDUSTRIES, INC.

2012 APR -4 AM 9: 18

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| HODEL-NATCO INDUSTRIES, INC.<br><br>Plaintiff,<br><br>VS.<br><br>SAP AMERICA, INC., et al.<br><br>Defendants. | CASE NO. 1:08 cv 2755<br><br>JUDGE: LESLEY WELLS |

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
PURSUANT TO LETTERS ROGATORY

THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF OHIO, EASTERN DIVISION PRESENTS ITS COMPLIMENTS TO THE APPROPRIATE JUDICIAL AUTHORITY OF ISRAEL, AND REQUESTS INTERNATIONAL JUDICIAL ASSISTANCE TO EFFECT SERVICE OF PROCESS TO BE USED IN A CIVIL PROCEEDING BEFORE THIS COURT IN THE ABOVE CAPTIONED MATTER. THE SPECIFIC REQUEST IS FOR THE TAKING OF A DEPOSITION OF AN INDIVIDUAL WHO RESIDES IN ISRAEL.. A TRIAL IN THIS MATTER IS CURRENTLY SCHEDULED FOR DECEMBER 3, 2012.

1

**SENDER:**

    THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

    801 WEST SUPERIOR AVENUE

    CLEVELAND, OH 44113 USA

**CENTRAL AUTHORITY OF THE REQUESTED STATE:**

    THE DIRECTOR OF COURTS

    DIRECTORATE OF COURTS

    LEGAL ASSISTANCE TO FOREIGN COUNTRIES

    22 KANFEI NESHARIM

    POB 34142

    JERUSALEM 95464, ISRAEL

**PERSON TO WHOM WRITTEN RESPONSES, IF ANY, ARE TO BE MADE:**

    CLERK OF THE COURT

    THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

    801 WEST SUPERIOR AVENUE

    CLEVELAND, OH 44113 USA

**COUNSEL'S NAME, ADDRESS, TELEPHONE NUMBER AND EMAIL ADDRESS:**

    P. WESLEY LAMBERT. ESQ.

    KOEHLER NEAL, LLC

2


3330 ERIEVIEW TOWER

1301 EAST NINTH STREET

CLEVELAND, OH 44114 USA

PHONE: 216-539-9370

EMAIL: WLAMBERT@KOEHLERNEAL.COM

**SPECIFICATION OF THE DATE AND LOCATION WHERE THE DEPOSITION IS TO BE TAKEN:**

AUGUST 30, 2012 AT 9:00 A.M. @ DAVID INTERCONTINENTAL HOTEL

12 KAUFMAN STREET

TEL AVIV 61501, ISRAEL


ALTERNATE LOCATION:

TEL AVIV, HERTZELIA PITUACH – ACKERSTEIN TOWERS
11 HAMENOFIM STREET
ACKERSTEIN TOWER B
HERTZELIA PITUACH
ISRAEL, 46120


**REASON FOR URGENCY:** IT IS NECESSSARY FOR PLAINTIFF TO OBTAIN TESTIMONY FROM THE WITNESS PRIOR TO TRIAL.

**NAMES OF THE CASE AND IDENTIFYING CASE NUMBER:** HODEL-NATCO INDUSTRIES, INC. VS. SAP AMERICA, INC., et al., CASE NUMBER: 1:08 cv 2755.

**NAMES AND ADDRESS OF THE PERSON TO BE DEPOSED:**

UDI ZIV

3

8 HAPNINA STREET

43107 RA'ANANA, ISRAEL

**WITNESS IS WILLING TO BE DEPOSED**: UNKNOWN.

**METHOD OF TAKING DEPOSITION**: ORAL QUESTIONS PRESENTED BY ATTORNEY WITH STENOGRAPHER AND VIDEO TAPING. BREAKS WILL BE GIVEN AT ANY TIME REQUESTED BY THE DEPONENT.

**NATURE OF THE PROCEEDINGS**:

CIVIL COMPLAINT ALLEGING BREACH OF CONTRACT, FRAUD, AND MISREPRESENTATION BY SAP AMERICA, INC., SAP A.G., AND OTHERS, IN THE SALE OF BUSINESS SOFTWARE TO PLAINTIFF HODELL-NATCO INDUSTRIES, INC.

**NUMBER OF PEOPLE ATTENDING THE DEPOSITION**: FIVE (5)

**PURPOSE OF THE EVIDENCE SOUGHT**:
TO INQUIRE ABOUT THE WITNESS'S KNOWLEDGE RELATING TO THE SOFTWARE'S CAPABILITIES AND THE SALE OF THE SOFTWARE TO THE PLAINTIFF.

**REQUEST:**

THIS COURT REQUESTS THE ASSISTANCE DESCRIBED HEREIN AS NECESSARY IN THE INTERESTS OF JUSTICE. THE ASSISTANCE REQUESTED IS THAT THE APPROPRIATE JUDICIAL AUTHORITY OF ISRAEL MAKES SERVICE

OF PROCESS OF THE SUBPOENA FOR VIDEOTAPED DEPOSITION UPON THE BELOW NAMED PERSON AS A WITNESS IN A CIVIL PROCEEDING.

THAT THE APPROPRIATE JUDICIAL AUTHORITY OF ISRAEL ASSIST WITH INTERNATIONAL JUDICIAL ASSISTANCE TO EFFECT SERVICE OF PROCESS UPON **UDI ZIV** TO BE USED IN A CIVIL PROCEEDING BEFORE THIS COURT.

**RECIPROCITY:**

THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF OHIO, EASTERN DIVISION EXPRESSES A WILLINGNESS TO PROVIDE SIMILAR ASSISTANCE TO JUDICIAL AUTHORITIES OF ISRAEL.

**REIMBURSEMENT FOR COSTS:**

THE ATTORNEYS FOR PLAINTIFF, KOEHLER NEAL, LLC, EXPRESS A WILLINGNESS TO REIMBURSE THE JUDICIAL AUTHORITIES OF ISRAEL FOR COSTS INCURRED IN EXECUTING THE REQUESTING COURT'S LETTER OF REQUEST.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the Court issue a Letter Rogatory as prayed for herein.

P. Wesley Lambert
Koehler Neal, LLC
3330 Erieview Tower
1301 East Ninth Street
Cleveland, OH 44114
216.539.9370
ATTORNEY FOR PLAINTIFF

5