## EXEMPLIFICATION CERTIFICATE

I, _____, Clerk of THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF OHIO, EASTERN DIVISION and keeper of the records and seal of the Court certify that the documents attached are true copies of:

SUBPOENA FOR VIDEOTAPED DEPOSITION

Now remaining among the records of the Court. In testimony of this statement, I sign my name, and affix the seal of this Court at Cleveland, Ohio, this _____ day of _____ 2012.

_____
Clerk of THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

Seal of the Court

I, _____, Judge of THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF OHIO, EASTERN DIVISION certify that _____ is, and was at the date of the above certificate, Clerk of THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF OHIO, EASTERN DIVISION, duly appointed and sworn, and keeper of the records and seal of the Court, and that the above certificate of the Clerk and the Clerk's attestation is in due form of law.

_____
Judge of THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

8

I, _____, Clerk of THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF OHIO, EASTERN DIVISION and the keeper of the records and seal of the Court certify that the Honorable Judge _____ is and was on the date of the above certificate a judge of the Court, duly appointed and sworn, and that I am well acquainted with this handwriting and official signature and know and certify the signature written above to be that of the judge.

In testimony of this statement, I sign my name, and affix the seal of the Court at Cleveland, Ohio, USA, this \_\_\_\_\_ day of _____ 2012.

_____
Clerk of THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

Seal of the Court