UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **HODELL-NATCO INDUSTRIES, INC.** | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE:  LESLEY WELLS |
| | ) | |
| v. | ) | |
| | ) | Stipulated Motion for Extension of Time to File |
| **SAP AMERICA, INC., et al.** | ) | Reply in Support of Plaintiff's Motion to |
| | ) | Compel |
| Defendants. | ) | |
| | ) | |

    Plaintiff Hodell-Natco Industries, Inc. ("Hodell-Natco"), through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), requests a brief extension of seven (7) days in which to file a Reply Brief in support of its Motion to Compel filed February 24, 2012 (ECF #75).  Hodell requests an extension until April 13, 2012 in which to submit its Reply Brief.

    Counsel for Hodell-Natco has conferred with counsel for the SAP defendants, who has indicated that he consents to the requested thirty-day extension.  Counsel for Hodell-Natco submits that the requested extension is justified so that counsel may adequately address the arguments contained within defendants' Opposition.  This motion is not being interposed for purposes of delay and will not prejudice any party.

    Accordingly, based upon the foregoing, Hodell-Natco requests an extension until April 13, 2012 in which to submit its Reply Brief.

        Respectfully submitted,

        */s/* P. Wesley Lambert
        JAMES F. KOEHLER (0007904)
        jkoehler@koehlerneal.com
        P. WESLEY LAMBERT (0076961)
        wlambert@koehlerneal.com
        KOEHLER NEAL LLC
        3330 Erieview Tower, 1301 East 9th Street
        Cleveland, Ohio 44114
        (216) 539-9370/(216) 916-4369 (*facsimile*)
        *Attorneys for Hodell-Natco Industries, Inc.*

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 5th day of April, 2012, a copy of preceding document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              s/ P. Wesley Lambert
                                              P. Wesley Lambert (Ohio Bar No. 0076961)