UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------- )  CASE NO. 1:08 CV 2755
HODELL-NATCO INDUSTRIES, INC, )
                            Plaintiff, )
                            -vs- )  ORDER OF REFERRAL
SAP , et al., )
                            Defendant. )
_____ )

UNITED STATES DISTRICT JUDGE LESLEY WELLS

The Court has before it Plaintiff Hodell-Natco's motion to compel responses to discovery requests from SAP AG and SAP America, Inc., (Doc. 75), as well as Defendants LSI-Lowery Systems, Inc's and IBIS' motion to join in Hodell-Natco's motion to compel. (Doc. 79).  The parties have fully briefed the issues and have submitted position letters on the dispute.  (Docs. 81, 84, 85, 86).

This matter is referred to United States Magistrate Judge Greg White pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Civil Rule 72.1.  Magistrate Judge White shall consider and dispose of the discovery motions now pending before this Court.

       IT IS SO ORDERED.

                                                /s/Lesley Wells
                                          UNITED STATES DISTRICT JUDGE