# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC., | ) | CASE NO. 1:08-CV-02755 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE LESLEY WELLS |
| | ) | |
| SAP AMERICA, INC., *et al.*, | ) | MAGISTRATE JUDGE GREG WHITE |
| | ) | |
| Defendants. | ) | |
| | ) | **NOTICE AND ORDER** |

This matter is before the undersigned Magistrate Judge pursuant to Local Rule 72.1, for preparation of a report and recommendation regarding Plaintiff Hodell-Natco Industries Inc.'s ("Hodell") Motion to Compel Discovery (ECF No. 75) and Defendant LSi-Lowery ("LSi") Motion to Compel. (ECF No. 79.) TAKE NOTICE that the above-entitled case has been **Scheduled** for a **Telephone Status Conference** at **10 a.m. on Thursday, June 7, 2012.** Lead counsel shall participate and dial into the Court's Telephone Conference Bridge. The Court, via email, will provide counsel with instructions on accessing the Bridge. The conference will be cancelled upon withdrawal of said motions or a representation from the parties that all issues contained therein have been fully resolved.

IT IS SO ORDERED.

/s/ Greg White  
U.S. MAGISTRATE JUDGE

Date: May 22, 2012