

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE WELLS |
| | ) | |
| v. | ) | **MOTION OF DEFENDANTS, SAP** |
| | ) | **AMERICA, INC. AND SAP AG, INC.** |
| SAP AMERICA, INC., et al. | ) | **FOR APPEARANCE BY COUNSEL** |
| | ) | ***PRO HAC VICE*** |
| Defendants. | ) | |
| | ) | |

Defendants, SAP America, Inc. and SAP AG (collectively, "SAP"), by and through their undersigned counsel, respectfully move this Court, pursuant to Local Rule 83.5(h), for an Order permitting Macavan A. Baird to appear in the above captioned matter as counsel for SAP.

In support of this Motion, counsel for SAP state as follows:

1. SAP is presently represented by Hugh E. McKay, Leo M. Spellacy, Jr. and Charles W. Zepp of the law firm of Porter Wright Morris & Arthur LLP. Messrs. McKay, Spellacy and Zepp are members of the bar of the State of Ohio, and are members of the bar of this Court, and maintain an office for the practice of law in Cleveland, Ohio.

2. Petitioner Macavan A. Baird has been and is currently a member in good standing of the Bar of the Commonwealth of Pennsylvania (2007) and the United States District Court for the Eastern District of Pennsylvania (2008).

3. Mr. Baird is an associate at Drinker Biddle & Reath LLP, located at One Logan Square, Suite 2000, Philadelphia, PA, 19103. Mr. Baird's telephone number is (215) 988-3358 and facsimile number is (215) 988-2757. Mr. Baird's email address is macavan.baird@dbr.com and his Pennsylvania bar registration number is 204130.

4. Attached to and in support of this Motion, pursuant to Local Rule 83.5(h), is a Certificate of Good Standing dated June 1, 2012 indicating that Mr. Baird is an active member in good standing of the Bar of the Supreme Court of Pennsylvania.

Upon his admission *pro hac vice*, Mr. Baird will be associated with the undersigned members of the Bar of this Court.

Dated: June 7, 2012                           Respectfully submitted,

/s/ Charles W. Zepp
Hugh E. McKay (0023017)
Leo M. Spellacy, Jr. (0067304)
Charles W. Zepp, Esq. (0068129)
PORTER WRIGHT MORRIS & ARTHUR LLP
925 Euclid Avenue, Suite 1700
Cleveland, OH  44115-1483
TEL: (216) 443-9000
FAX: (216) 443-9011
hmckay@porterwright.com
czepp@porterwright.com
*Attorneys for Defendants, SAP America, Inc. and SAP AG*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2012, I caused a copy of the foregoing Motion of Defendants for Appearance by Counsel *Pro Hac Vice* be served on the following by first-class U.S. mail, postage prepaid, at the following addresses:

P. Wesley Lambert, Esq.
Koehler Neal
3330 Erieview Tower
1301 East Ninth Street
Cleveland, Ohio 44114
216-539-9375
Fax: 216-916-4369
wlambert@koehlerneal.com
*Attorney for Plaintiff*

Roy A. Hulme
Reminger & Reminger
1400 Midland Bldg.
101 Prospect Avenue, W
Cleveland, OH 44115
216-430-2135
Fax: 216-687-1841
rhulme@reminger.com
*Attorney for Defendants LSI-Lowery Systems, Inc. and The IBIS Group, Inc.*

_____
Gregory J. Star
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
Facsimile: (215) 988-2757

Attorneys for Defendants,
SAP America, Inc. and SAP AG

3