

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Macavan Alexander Baird, Esq.*

### DATE OF ADMISSION

**January 29, 2007**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  June 1, 2012

John W. Person Jr., Esq.
Deputy Prothonotary