

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Joseph Michael Kelleher V, Esq.*

#### DATE OF ADMISSION

*December 28, 2009*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  June 13, 2012

John W. Person Jr., Esq.
Deputy Prothonotary