IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HODELL-NATCO INDUSTRIES, INC.  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>SAP AMERICA, INC., et al.  )<br>)<br>Defendants.  )<br>) | CASE NO. 1:08 CV 2755<br><br>JUDGE WELLS<br><br>**ORDER AMENDING CASE DEADLINES** |

Pursuant to the parties' joint motion to Amend Case Deadlines, it is hereby ordered that the Court's Case Management Plan and Scheduling Notice (Doc. No. 71) is amended as follows:

| | |
|---|---|
| Written discovery due by | **June 29, 2012** |
| Depositions due by | **August 3, 2012** |
| Plaintiff's expert reports due by | **July 20, 2012** |
| Defendants' expert reports due by | **August 10, 2012** |
| Plaintiff's rebuttal reports due by | **August 17, 2012** |
| Dispositive motions due by | **August 31, 2012** |
| Responses to motions due by | **September 21, 2012** |
| Expert depositions due by | **September 21, 2012** |
| Replies to motions due by | **October 5, 2012** |

All other case deadlines shall remain:

| | |
|---|---|
| Pretrial conference | November 5, 2012 |
| Trial | December 3, 2012 |

IT IS SO ORDERED.

Dated: _____          _____
                                                            Hon. Lesley Wells
                                                            United States District Judge