UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------- )  CASE NO. 1:08 CV 2755
HODELL-NATCO INDUSTRIES, INC,         )
                                                                        )
                  Plaintiff,              )
                                                                        )
              -vs-                             )  <u>ORDER OF REFERRAL</u>
                                                                        )
SAP , et al.,                                             )
                                                                        )
                  Defendant.          )
_____ )
                                                                        )

UNITED STATES DISTRICT JUDGE LESLEY WELLS

The Court construes the 15 August 2012 letter from Hodell-Natco (Doc. 97) as a certification of an on-going discovery dispute and effort to compel under Fed. R. Civ. P. 37.  This matter is referred to United States Magistrate Judge Greg White pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Civil Rule 72.1.  Magistrate Judge White  shall consider and dispose of the discovery dispute now pending before this Court, altering discovery deadlines should such action prove necessary to accommodate a resolution of the dispute.

        IT IS SO ORDERED.

                                                          /s/Lesley Wells
                                           UNITED STATES DISTRICT JUDGE