# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

## MINUTES OF PROCEEDINGS--CIVIL

|  |  |
|---|---|
| Hodell-Natco Industries, Inc., | DATE:  August 23, 2012 |
| Plaintiff, | CASE NO.  1:08-cv-02755 |
|  | JUDGE LESLEY WELLS |
| vs. |  |
|  | COURT REPORTER: N/A |
| SAP America, Inc., *et al.*, |  |
|  | MAGISTRATE JUDGE GREG WHITE |
| Defendants. |  |
| Attorney for Plaintiff(s): Wesley Lambert             Laura Myers | Attorney for Defendant(s): Gregory Star                    Roy Hulme |

*PROCEEDINGS*: The Court held a telephonic conference addressing Plaintiff's letter regarding a discovery dispute, to which Defendant SAP responded.  *See* Doc. Nos. 97, 99, and 100.)  The matter was referred to this Court.  (Doc. No. 98.)  Counsel agreed to the following: (1) SAP will provide to Hodell a list of documents identified by bates number that it has already produced regarding testing results.  SAP's counsel will also confer with Tali Naim to see if she has any other information or knowledge relevant to any testing results; (2) Paul Killingsworth's video-taped deposition will be continued within the next two weeks; (3) a motion will be filed to extend the summary judgment deadline by two weeks; and, (4) counsel will confer in an attempt to resolve the other issues raised in the above-mentioned letters.  Each party will take whatever steps are appropriate to address unresolved issues.

60 minutes
Total Time

s/ Greg White
U.S. Magistrate Judge