IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| --- | --- | --- |
| Plaintiff, | ) ) ) | JUDGE WELLS |
| v. | ) ) | **ORDER** |
| SAP AMERICA, INC., et al. | ) ) ) | |
| Defendants. | ) ) | |

The Motion to Exceed Page Limitation filed by Defendants SAP America, Inc. and SAP AG (collectively "SAP") is hereby GRANTED. The SAP Defendants' memorandum in support of motion for summary judgment shall not exceed forty-five (45) pages in length.

IT IS SO ORDERED.

Dated: _____      _____
                                  Hon. Lesley Wells
                                  United States District Judge