# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| HODELL-NATCO INDUSTRIES, INC., et al. | ) CASE NO.: 1:08 CV 2755 ) ) |
| Plaintiffs, | ) JUDGE WELLS ) ) |
| vs. | ) ) **MOTION FOR EXTENSION OF** |
| SAP AMERICA, INC., et al., | ) **SUMMARY JUDGMENT FILING** ) **DEADLINE** |
| Defendants. | ) ) ) |

Now come defendants to hereby request that this Court extend the deadline for filing Motions for Summary Judgment from August 31, 2012 to September 14, 2012, and to extend the related briefing schedule for briefs in opposition, replies and responses, each by the same additional two weeks. The revised schedule would therefore be:

    Dispositive Motions Due By September 14, 2012

    Responses to Motions Due By October 5, 2012

    Replies to Motions Due By October 19, 2012

There are still discovery issues to be addressed, some of which were discussed with Magistrate Judge White during the conference call of August 23, 2012. In addition, the press of other personal and professional business has interrupted the ability of some of the defendants to appropriately prepare motions with the present schedule.

Counsel for plaintiff has been consulted for his consent to this request, but has not yet been able to express either consent or objection. With the deadline of tomorrow, this motion is therefore being filed without a position on the issue from plaintiff.

It is believed by the parties that this short extension will not adversely impact the currently scheduled trial date of December 3, 2012.

                Respectfully submitted,

/s/  Roy A. Hulme
ROY A. HULME (0001090)
REMINGER CO., L.P.A.
1400 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio  44115
P: 216/430-2135 Fax: 216/430-2250
rhulme@reminger.com
Attorney for LSi Lowery Systems, Inc.
and The IBIS Group, Inc.


/s/  Gregory J. Star
GREGORY J. STAR
DRINKER, BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA  19103
P: 215-988-2700
E-Mail: Gregory.Star@dbr.com
Attorney for Defendants SAP America,
Inc. and SAP AG

CERTIFICATE OF SERVICE

  The undersigned hereby certifies that the foregoing Motion for Extension of Summary Judgment Filing Deadline was filed electronically this 30th day of August, 2012. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

               /s/ Roy A. Hulme
               ROY A. HULME (0001090)