

### SAP Business One Brief



**SAP Business One is an affordable and easy-to-implement solution designed from the ground up to address the specific needs of small and midsize businesses. Providing robust and fully integrated financial and sales management capabilities, the solution gives managers on-demand access to critical real-time information. It's the one solution designed for key decision makers that can help you do it all – make more profitable decisions, grow your business, and stay ahead of the competition.**

Running a successful small or midsize business (SMB) is more challenging than ever. With buyer spending down and the market at large playing wait-and-see, many SMBs have hit a plateau. Business owners worry that they lack sufficient control over their business operations and sales processes to optimize all available opportunities. Moreover, these companies' business systems make it difficult, if not impossible, to share information among employees or pass it to the executives who rely on it for critical decision support.

To support new growth and profitability, small and midsize businesses need an affordable, powerful business solution that makes it easy for everyone in the organization to get the information they need – in real time. Rather than separate financial, inventory, and sales management applications, SMBs need a solution that provides one complete source of customer data, state-of-the-art management control tools, and new visibility into sales processes.

Introducing SAP® Business One, the affordable and easy-to-implement solution designed from the ground up to address the specific needs of SMBs.

EXHIBIT "A"

SAP Business One provides robust and fully integrated financial and sales management capabilities, and it gives managers on-demand access to critical real-time information for better decision making. The solution helps emerging businesses, from those with 10 to several hundred employees, to streamline their operational and managerial processes. Using one complete source of customer data, companies can use management control tools to improve efficiency and gain visibility into the sales process. Moreover, these management controls — combined with the solution's easy access to information — enable managers to retain profitable customers, identify new growth opportunities, and focus resources on the business' most important issues.

SAP Business One is easy to use for everyone in the organization — from CEO to junior-level employee. Innovative features and functions, such as the patented Drag&Relate™ system for instant analysis and reporting, provides easy access to real-time business data, which enables proactive business management.

SAP Business One is the revolutionary business software solution for emerging and dynamically growing companies like yours. It's the one solution designed for key decision makers that can help you do it all — make more profitable decisions, grow your business, and stay ahead of the competition. Take a look at the powerful new SMB solution from the largest business software vendor in the world — SAP Business One.

## ALL THE TOOLS THAT EVERY SMALL AND MIDSIZE BUSINESS NEEDS

With SAP Business One, your managers and employees will have greater and more effective access to timely, reliable information — allowing them to make smarter business decisions. Offering a wide-range of features and functions, SAP Business One provides all the tools you need to run a thriving and growing business, including:

- **Support for growth** — SAP Business One is the only solution that provides an integrated sales force automation system, which includes pipeline tracking, opportunity management, strategic selling, and contact management. An integrated approach provides a 360-degree view of each customer, which enhances critical satisfaction levels. With company-wide visibility into the sales process, businesses get more accurate understanding of their customers, which leads to improved customer relationships. Combined with leading-edge administrative features, this visibility and understanding also allows companies to more effectively control and influence the sales process, capturing greater market share in the process.
- **Comprehensive financial expertise** — The solution delivers a full financial management system that builds efficiency and productivity through such features as multicurrency, budgeting, and bank reconciliation.
- **Operational support** — A complete inventory management system — including kitting, warehouse management, and multilevel price lists — supports new efficiencies throughout the organization.
- **Management controls** — The solution provides the tools companies need to streamline operational and managerial processes, including online alerts, sales discount management, exception management, and workflow approvals. By simply dragging and relating one piece of information to another, using the patented Drag&Relate system for instant analysis and reporting, managers can create an unlimited number of reports; these reports can help managers to better focus on relationships and transactions that are critical to the business.
- **Intuitive user interface** — A user interface designed for even nontechnical executives provides every user with the tools needed to access information at both the big picture and detailed levels. As a result, SAP Business One supports an unprecedented level of executive involvement that improves the quality and accuracy of every business decision.

## THE VALUE OF SAP BUSINESS ONE: A BETTER BOTTOM LINE

SAP Business One is the ultimate management solution for your company. By providing employees, customers, and business partners with easy access to information that supports better decision making, this powerful software enables company growth and a better bottom line – with implementation cycles and price points that meet the requirements of SMBs. Benefits to small and midsize businesses include:

- Unparalleled ease of use – The dramatically intuitive user interface lets employees at all levels work quickly and efficiently, giving better access to information. Providing on-demand access to critical, real-time information through streamlined data navigation and the patented Drag&Relate system for instant analysis and reporting, SAP Business One allows users to easily ask questions and get immediate, accurate results.
- Enhanced productivity and control – Increased employee productivity, enhanced communication with suppliers, and improved efficiency of all operations add up to unsurpassed cost control. Management control tools immediately notify managers when business rules are triggered, which streamlines processes and allows businesses to focus their resources where they have the greatest impact. The comprehensive SAP Business One solution allows users to easily communicate information, when and where it's needed, using the same integrated, high-performance solution.
- New opportunities for success – Fast and easy access to real-time information helps companies identify and manage new sales opportunities and quickly bring new products to market.
- Global reach – If your business spans the globe, your system should as well. SAP Business One is localized to each country where it is offered, allowing companies to conduct and report all business transactions in multiple currencies.
- Unmatched expertise – Because SAP Business One is delivered through a network of highly qualified channel partners who understand the specific challenges facing small and midsize businesses, customers receive world-class service and support.

## THE SAP COMMITMENT TO SMALL AND MIDSIZE BUSINESSES

SAP Business One lets you run your business more efficiently by providing fast and easy access to real-time information anywhere in the system. Handle problems faster, uncover trends and find sales opportunities more effectively, and plan better than you thought possible, using a simple solution that provides powerful results.

Thousands of businesses in 15 countries are already using SAP Business One to help them manage and sustain their growth. When you choose SAP Business One, you partner with a vendor that has more than 30 years of experience and 12 million users worldwide. And because SAP Business One is built on open standards, you can easily integrate it with other systems, including the solutions available through mySAP™ Business Suite.

To learn more about how SAP Business One can power your business, visit our Web site at
www.sap.com/smb/businessone

**THE BEST-RUN BUSINESSES RUN SAP**

**SAP AG**
Neurottstraße 16
69190 Walldorf
Germany
T +49/18 05/34 34 24 *
F +49/18 05/34 34 20 *
* Subject to charge
**www.sap.com**



SAP Solution Brief

Today's economic conditions are especially challenging for small and midsize businesses. Many of these companies have reached a plateau; developing new business opportunities and enhancing profitability is a struggle unlike any before. To succeed in this environment, these companies need an integrated business solution designed expressly to meet their needs. They need an affordable, powerful solution that provides precision and control – one that makes it easy for everyone in the organization to get the decision support they need in real time. Instead of separate financial, inventory, and sales management applications, emerging and growing businesses require an integrated solution that provides one complete source of customer data, state-of-the-art management control tools, and new visibility into sales processes.

They have that in the SAP® Business One solution – the affordable and easy-to-implement solution designed from the ground up to address the specific needs of small and midsize businesses.

SAP Business One provides robust and fully integrated financial and sales management capabilities, and it gives managers on-demand access to critical, real-time information for better decision making. Whether you have 5 employees or 500, the solution helps emerging businesses streamline their operational and managerial processes. Using one complete source of customer data, companies can use management control tools to improve efficiency and gain visibility into the sales process. Moreover, these management controls – combined with the solution's easy access to information – enable managers to retain profitable customers, identify new growth opportunities, and focus resources on the business' most important issues.



SAP Business One is easy to use for everyone in the organization – from the CEO to junior-level employees. Innovative features and functions, such as the patented Drag&Relate™ feature for instant analysis and reporting, provide easy access to real-time business data. And that means proactive business management.

One of the SAP solutions for small and midsize businesses, SAP Business One is a revolutionary software solution from the largest business software vendor in the world: SAP. It's the one solution that can help you do it all – make more profitable decisions, grow your business, and stay ahead of the competition.

## ALL THE TOOLS THAT EVERY SMALL AND MIDSIZE BUSINESS NEEDS

With SAP Business One, your managers and employees have greater and more effective access to timely, reliable information so they can make smarter business decisions. Offering a wide range of features and functions, SAP Business One provides all the tools you need to run a thriving business, including the following.

### Support for Growth
SAP Business One is the only solution that provides a customer relationship management system that includes pipeline tracking, opportunity management, support knowledge base, strategic selling, and contact and contract management. An integrated approach provides a 360-degree view of each customer, which enhances critical customer satisfaction levels and finds new sales opportunities. SAP Business One also supports Internet sales, enabling business partners to efficiently and accurately exchange information about products and prices. With companywide visibility into the sales process, businesses have a more accurate understanding of their customers, which leads to improved customer relationships. Combined with leading-edge administrative features, this visibility and understanding also allows companies to more effectively control and influence the sales process, capturing greater market share in the process.

### Comprehensive Financial Expertise
The solution delivers a full financial management system that builds efficiency and productivity through such features as support for multiple currencies, budgeting, and bank reconciliation.

### Operational Support
A complete inventory management system – including kitting, warehouse management, and multilevel price lists – supports new workflow efficiencies throughout an organization.

### Management Controls
The solution provides the tools companies need to streamline operational and managerial processes, including online alerts, sales discount management, exception management, and workflow approvals. By simply dragging one piece of information on the screen and associating it with another using the patented Drag&Relate feature, managers can experience instant analysis and create an unlimited number of reports. These reports can help managers to better focus on relationships and transactions that are critical to the business.

### Intuitive User Interface
Designed for even nontechnical executives, the solution provides every user with the tools needed to access information at both the big picture and detailed levels. As a result, SAP Business One supports an unprecedented level of executive involvement that improves the quality and accuracy of every business decision.

### Scalability for Dynamic Businesses
SAP Business One can be integrated with all the solutions of mySAP™ Business Suite, allowing companies to extend the system as their organization changes and grows.

**THE VALUE OF SAP BUSINESS ONE:
A BETTER BOTTOM LINE**
SAP Business One is the ultimate management solution for your company. This powerful software supports company growth and a better bottom line – with implementation cycles and price points that meet the needs and requirements of small and midsize businesses (SMBs). Benefits to small and midsize businesses include the following.

**Unparalleled Ease of Use**
The intuitive user interface lets employees at all levels work quickly and efficiently. Through streamlined data navigation and the patented Drag&Relate feature, SAP Business One allows users to easily ask questions and get immediate, accurate results.

**Enhanced Productivity and Control**
Increased employee productivity, enhanced communication with suppliers, and improved efficiency of all operations add up to unsurpassed cost control. Companies can specify business rules that control operations; when these rules are violated, the solution notifies appropriate decision makers of the problem or takes corrective action, helping businesses to streamline processes and focus their resources where they have the greatest impact. The comprehensive SAP Business One solution allows users to easily communicate information when and where it's needed, using the same integrated, high-performance solution.

**New Opportunities for Success**
SAP Business One helps companies identify and manage new sales opportunities and quickly bring new products to market.

**Global Reach**
If your business spans the globe, your system should as well. SAP Business One is localized to each country where it is offered, allowing companies to conduct and report all business transactions in multiple currencies. By the end of the year 2003 there will be over 20 country versions available supporting multiple languages.

**Affordable Results in Weeks, not Months**
SAP Business One can be implemented rapidly with trouble-free customization. Companies typically can have the solution up and running within days, which means no interruption to your business and shorter time to benefit.

**Unmatched Expertise**
Because SAP Business One is delivered through a network of highly qualified channel partners and supported by SAP's global resources, you receive first-class service and support.

**THE SAP COMMITMENT TO SMALL AND MIDSIZE BUSINESSES**
SAP Business One can help your company achieve new business success, handle problems faster, uncover trends and find sales opportunities more effectively, and plan better than you thought possible – all using a simple solution that provides powerful results.

Hundreds of businesses around the world are already using SAP Business One to help them manage and propel their growth. When you choose SAP Business One, you select SAP – a vendor with more than 30 years of experience and 12 million users worldwide. And because SAP Business One is built on open standards, you can easily integrate it with other systems, including the solutions of mySAP Business Suite.

To learn more about how SAP Business One can power your business, visit our Web site at
www.sap.com/smb/businessone

www.sap.com/contactsap

50 059 233 (03/10)
© 2003 by SAP AG. All rights reserved. SAP, R/3, mySAP, mySAP.com, xApps, xApp, SAP NetWeaver, and other SAP products and services mentioned herein as well as their respective logos are trademarks or registered trademarks of SAP AG in Germany and in several other countries all over the world. MarketSet and Enterprise Buyer are jointly owned trademarks of SAP AG and Commerce One. All other product and service names mentioned are the trademarks of their respective companies. Printed on environmentally friendly paper.

SAP