

# PURCHASE ORDER
REPRINT

**Vendor Copy**

HODELL-NATCO INDUSTRIES, INC.
7825 HUB PARKWAY
CLEVELAND, OH 44125

| Number | 166043 |
|---|---|
| Date | 12/20/04 |
| Page | 1 |

| Vendor: 16429 | THE IBIS GROUP INC.<br>1800 WEST HAWTHORNE SUITE N<br>WEST CHICAGO, IL 60185 | Ship to: 10 ! | HODELL-NATCO INDUSTRIES, INC.<br>7825 HUB PARKWAY<br>CLEVELAND, OH 44125 |
|---|---|---|---|

| BUYER | TERMS | SHIP VIA | FOB | FREIGHT | REF# |
|---|---|---|---|---|---|
| ONR | NET 15 DAYS | | WEST CHICAGO | PREPAID | |

| Vendor Item | Item/Description | UNITS | UM | COST | UM | EXTENSION |
|---|---|---|---|---|---|---|
| | 80 USER- SOFTWARE LICENSE<br>SAP BUSINESS ONE<br>@ $3750.00/USER; $300,000.00<br><br>ACCORDING TO CONTRACT ATTACHED<br>TO BE PAID AS FOLLOWS:<br><br>DOWNPAYMENT WITH CONTRACT<br>DATE OF 12/20/04; $60,000.00<br><br>AT 150 DAYS FROM CONTRACT<br>$60,000.00<br><br>AT 300 DAYS FROM CONTRACT<br>$60,000.00<br><br>AT TIME IBIS ORDERS THE SAP<br>BUSINESS ONE LICENSES -<br>$60,000.00<br>BALANCE AT SUCCESSFUL<br>IMPLEMENTATION - $60,000.00<br><br>FUTURE COSTS FOR MORE USERS<br>@ CURRENT PRICES:<br><br>SAP BUSINESS ONE (AFTER 80<br>USERS) - $3,750.00/USER<br><br>RADIO BEACON (AFTER 100 USERS)<br>@ 1 USER INCREMENT -<br>$1,000.00/USER<br>@ 10 USERS INCREMENT -<br>$7,500.00/10 USERS<br>@ 50 USERS INCREMENT -<br>$25,000.00/50 USERS<br><br>IN-FLIGHT: WE HAVE AN | | | | | |

EXHIBIT "E"

CONTINUED

**Hadell-Notco Industries, Inc.**

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.

VENDOR NO.: 16429    NAME: The IBIS Group    PAGE: 1
DATE: 12-21-04    CHECK NO.: 354550

| INVOICE DATE | INVOICE NO. | INVOICE AMOUNT | DISCOUNT AMOUNT | AMOUNT PAID | COMMENTS |
|---|---|---|---|---|---|
| 12-20-04 | 122004 | 60,000.00 | .00 | 60,000.00 | |
| | | | | | |
| TOTALS ▶ | | 60,000.00 | .00 | 60,000.00 | |

---

**Hadell-Notco Industries, Inc.**
7825 Hub Parkway
Valley View, Ohio 44125

CHECK NUMBER: 354550
DATE: 12-21-04
AMOUNT: $60,000.00

**National City**
NATIONAL CITY BANK
ASHLAND, OHIO

VOID AFTER 180 DAYS

PAY EXACT- *** Sixty Thousand and 00/100 Dollars ***

PAY TO THE ORDER OF:
The IBIS Group
1329 Horan Drive
Fenton, MO 63026

AUTHORIZED SIGNATURE

⑈354550⑈ ⑆041203895⑆ 0145269⑈