# In The Matter Of:

*Hodell-Natco Industries, Inc. v.*
*SAP America, Inc., et al.*

*Dale Van Leeuwen*
*July 18, 2012*

# NEXTGEN|REPORTING

**Making Litigation Easier.**  NextGenReporting.com

PHILADELPHIA | 215.944.5800  NEW YORK CITY | 646.470.3376  PHOENIX | 623.224.2760  SILICON VALLEY | 650.799.8020

*Original File 07.18.12 Hodell-Natco Industries v. SAP America_et al. Witness Dale Van Leeuwen.txt*

*Min-U-Script® with Word Index*

1

1          IN THE UNITED STATES DISTRICT COURT
2               NORTHERN DISTRICT OF OHIO
                     EASTERN DIVISION
3

4    HODELL-NATCO INDUSTRIES,          )
     INC.,                             )
5                                      )
                                       )
6                    Plaintiff,        )
                                       )
7              vs.                     )  No. 1:08-cv-02755
                                       )
8    SAP AMERICA, INC., SAP AG,        )
     LSI-LOWERY SYSTEMS, INC.,         )
9    THE IBIS GROUP, INC.,             )
                                       )
10                                     )
                     Defendants.       )
11
     STATE OF ILLINOIS      )
12                          )  SS.
     COUNTY OF COOK         )
13

14          The videotaped deposition of DALE Van LEEUWEN

15   taken before April M. Metzler, Certified Shorthand

16   Reporter and Certified Realtime Reporter, at 191 North

17   Wacker Drive, Suite 3700, Chicago, Illinois, commencing

18   at 8:49 a.m. on the 18th day of July, A.D., 2012.

19

20

21

22

23

24

25

Dale Van Leeuwen - July 18, 2012

14

1    that period of time.

2         Q.    What did the non-compete preclude you from

3    doing?

4         A.    Direct competition of services and sales that

5    LSi provided, which was, you know, basically selling

6    enterprise resource planning solutions and consulting in

7    a direct competitive way to LSi.

8         Q.    Did you --

9         A.    It prohibited me from, you know, talking to or

10   accessing their customer base, so ...

11        Q.    Prior to -- prior to working with LSi, you

12   were the owner of a company called IBiS; is that

13   correct?

14        A.    The company's name, legal name was the

15   Integrated Business Solutions Group, Incorporated, which

16   was referred to as The IBiS Group, and I was --

17        Q.    And what did IBiS do?

18        A.    IBiS was a valuated reseller for what was

19   Software Solutions, then changed names to Aperum, and

20   ultimately was acquired by Infor.  The products that we

21   built our solutions on were an application called FACTS,

22   F A C T S.  It was the application that Hodell-Natco was

23   running for years.

24        Q.    When did you form IBiS?

25        A.    I formed IBiS in it -- I'm sorry -- in 1994.

Dale Van Leeuwen - July 18, 2012

15

1      Q.    Were you the -- you said you were an owner of
2  the company?
3      A.    I was the sole owner.
4      Q.    Sole owner?
5      A.    (Nodding.)
6      Q.    Are you familiar with a company by the name of
7  Hodell-Natco?
8      A.    I am.
9      Q.    How so?
10     A.    Hodell-Natco had acquired and implemented
11 facts through a company by the name of SofTech.  SofTech
12 was a former employee.  I was employed by SofTech prior
13 to starting The IBiS Group.  And SofTech ultimately went
14 out of -- went out of business, and I went to work to
15 provide services surrounding the support and ongoing
16 delivery of solutions for Hodell-Natco after SofTech
17 went out of business.
18     Q.    And was that by forming IBiS?
19     A.    Yes, sir.
20     Q.    Okay.  When Hodell-Natco acquired FACTS
21 through SofTech, were you employed by SofTech at the
22 time?
23     A.    I was, yes.
24     Q.    And were you involved in the implementation of
25 FACTS --

Dale Van Leeuwen - July 18, 2012

16

1      A.    I was.

2      Q.    -- at Hodell?

3      A.    I was.

4      Q.    Do you recall when that was?

5      A.    You're going to make me age myself.

6                  (Laughter.)

7  BY THE WITNESS:

8      A.    No, I don't know that I could be exact there.

9  I would say it was probably in early '90s, you know,

10 like '91, something like that, early '90s.  And that is

11 strictly a guess on my part.

12     Q.    I thought you said that you formed IBiS --

13     A.    In '94.

14     Q.    Oh, I thought you said '84, okay.

15     A.    I'm sorry.  I'll speak more clearly.

16     Q.    So Hodell implemented FACTS in the early 1990s

17 and was serviced by SofTech?

18     A.    Initially, yeah.

19     Q.    Initially.

20           And then SofTech went out of business, and you

21 formed IBiS as a continuation of the service to Hodell?

22     A.    Well, it wasn't just for service to Hodell.

23 There was -- there was -- SofTech left a lot of

24 customers in a very, very bad state, when they went out

25 of business; it wasn't by design for them to go out of

Dale Van Leeuwen - July 18, 2012

17

1   business.

2           So I formed a relationship with Software

3   Solutions, became an affiliate and was able to then

4   provide services and sales of the FACTS application.

5   Many of the customers that were left stranded, if you

6   will, from the result of SofTech going out of business,

7   I had acquired as customers, and Hodell was one of them.

8       Q.   Were you personally involved with the

9   implementation of FACTS at Hodell?

10      A.   Yes.

11      Q.   Okay.  And what was your --

12      A.   I was one member of a team.

13      Q.   Okay.  And what was your role with the

14  implementation of FACTS at Hodell-Natco?

15      A.   I was the implementation manager.

16      Q.   And what did that involve?

17      A.   Project management.  The -- from an

18  application perspective, ensuring that the business

19  needs and requirements were configured appropriately

20  within the business application, and that the toggle

21  switches, controls, if you will, were defined in such a

22  way to where they could operate their business.

23                  (Discussion off the record.)

24  BY THE WITNESS:

25      A.   It also included managing data conversion,

Dale Van Leeuwen - July 18, 2012

1   ensuring that that was done.  Not that I performed the

2   data conversion itself, but, you know, managing, having

3   the data conversion done, ensuring that the hardware and

4   operating system environment that peripheral devices all

5   had proper access -- printers, workstations,

6   et cetera -- that there was a successful implementation

7   of the application into their business.  That was my

8   role.

9       Q.   As part of your employment with SofTech, did

10  you form an understanding as to why Hodell-Natco was

11  acquiring and implementing FACTS?

12      A.   Yes.

13      Q.   What was your understanding as to why?

14      A.   Hodell-Natco, if you're going to limit it to

15  just that window of time, they were running on an

16  application called FastPak.  FastPak was developed by a

17  company out of California, very much faster, specific

18  vertical application.

19          Hodell-Natco, based on their business model,

20  which dealt with a lot of repackaging of products and so

21  forth, the FastPak application, as much as it was for

22  faster industry distributors, really didn't handle that

23  aspect of their business well.  FACTS was a much more

24  robust solution than the FastPak application at that

25  point in time for managing their type of fastener

Dale Van Leeuwen - July 18, 2012

19

1    environment.

2         Q.   Do you recall who you worked with at

3    Hodell-Natco on the FACTS implementation?

4         A.   Yeah.  I worked with Otto Reidl directly.

5    You're talking about Hodell-Natco employees?

6         Q.   Yes.

7         A.   Also with Mark.  I would say between Otto and

8    Mark, they were probably my primary contacts and people

9    I worked with.  Otto was very much involved during the

10   implementation.

11        Q.   Other than the implementation -- the initial

12   implementation of FACTS at Hodell -- did you maintain an

13   ongoing relationship with Hodell after the

14   implementation concluded?

15        A.   Yes.

16        Q.   In what respect?

17        A.   The implementation of any ERP system is really

18   the start of a long relationship typically.  It is a

19   marriage.  Business changes.  The application changes.

20   Technology changes.  And the relationship with

21   Hodell-Natco, I think, we both enjoyed the fact that

22   Hodell was a very impressive organization.  They grew

23   substantially through acquisition.  Their needs for

24   technology, to continue to be part of that strategy,

25   were always on the forefront.

Dale Van Leeuwen - July 18, 2012

20

1           So supporting that environment, supporting as
2    they acquired a new division or company, the conversion
3    from many times, other instances, of FastPak to FACTS,
4    was something that we did.  We trained the users.  We
5    provided a new infrastructure, servers, et cetera, to
6    support the growth within the organization.
7           We deployed new releases of FACTS.  We
8    customized the application specific to Hodell
9    requirements, as their business changed.
10          We implemented warehouse management solutions,
11   which are ancillary to the core ERP, but further added
12   to their technology platform.
13       Q.    Did you -- as part of that ongoing
14   relationship, did you become aware of Hodell's
15   day-to-day business practices and activities?
16       A.    Absolutely.
17       Q.    And what was your understanding of -- as their
18   day-to-day operations?
19       A.    Day-to-day operations at Hodell?  They're a
20   very master fastener distributor.  Those operations
21   include the acquisition of plain material to be sent out
22   for secondary process, for plating, repackaging of that
23   material into specific pack sizes, to meet the needs of
24   their customers and other fastener companies that buy
25   from them.

Dale Van Leeuwen - July 18, 2012

1   were offered by Software Solutions that would have

2   allowed them, you know, some discounting and so forth

3   for staying in the family.  So that was -- that was

4   really kind of the path that we had -- we had talked

5   about walking.

6           And, again, there wasn't -- this wasn't an

7   urgent thing.  This wasn't an epiphany.  It wasn't an

8   overnight we-have-to-do-this type of a thing, but more

9   looking to the future.

10          So that was -- that was really the direction

11  we were ultimately going.  It became obvious that

12  Software Solutions, through changing their name to

13  Aperum and the change in management, that they were

14  positioning themselves to be acquired.  Otto and I

15  talked about that.  There are certain risks associated

16  with -- any time that that type of thing takes place.

17  You know, is the directions, the focus of, you know, the

18  application going to stay the same?

19          And we were also waiting for TakeStock to

20  mature to a certain level, because it was a newer

21  application.  It didn't necessarily have the depth of

22  process at that particular point in time, okay, so it

23  was just something we were just kind of waiting to -- to

24  come to fruition.  There was no sense of urgency.

25          I received a phone call, I want to say, in

Dale Van Leeuwen - July 18, 2012

1    2004 -- in the spring of 2004 from Otto that he had been

2    approached by American Express, and American Express was

3    promoting a new SAP product called Business

4    All-In-One -- or Business One.  I'm sorry.

5            That they had come in and -- and basically

6    given an overview of the application.  I don't know at

7    that point if they had actually done a demonstration or

8    if this was just that they had come in and talked with

9    them.  But Otto was very, very excited about it.

10           He -- you know, obviously the SAP name, the

11   American Express name was very intriguing to him.  And

12   he basically directed me to as -- again, as his partner,

13   to drilldown on to the application and maybe this was

14   something that because we were in a position of really

15   wanting to adopt that next level of technology, as well

16   within our portfolio, that we should -- we should take a

17   look at that application as well.

18       Q.   Okay.  Did you follow-up on -- on Otto Reidl's

19   request?

20       A.   I did.

21       Q.   And what did you do in that respect?

22       A.   SAP had a fairly significant marketing

23   campaign strategy push going on to -- to acquire new

24   business partners, to bring them into the -- their

25   ecosystem, establish new VARs to go after vertical

25

1    it wasn't a revolutionary thing.  It was an evolutionary

2    thing.

3            We saw that, you know, through growth that

4    this was going to become limiting, so we started a very

5    cursory discovery process with TakeStock, et cetera.

6            I would say that when it -- you know, when we

7    first started talking about it again in the early 2000

8    period, they were probably in the 70-, 80-user range,

9    something like that, maybe a little bit less than that,

10   but I -- I'll be quite honest, I don't remember at what

11   date certain acquisitions took place that added users to

12   the environment.

13           But, you know, they were -- they were over 75

14   users for sure.  And when we first started talking about

15   it, when we got to the point of, you know, looking at

16   ultimately the solution of SAP, I believe, they were --

17   they were well over 100- -- 120 users or something of

18   that nature.

19       Q.   Okay.  You were talking a little bit about the

20   progressive nature of Hodell's decision to fit -- to

21   visit whether it needed to replace FACTS.  And I want

22   to -- I want you to kind of explain to me how that

23   conversation took place over the period of time between

24   when, I guess, it first began to get discussed to when a

25   decision was finally made to move on.

Dale Van Leeuwen - July 18, 2012

26

1      A.    Okay, yeah.  Again, there was an affinity, I
2   believe, to -- to the Software Solution, slash, Aperum
3   product.  You know, FACTS had done very well for
4   Hodell-Natco, and some of its limitations were really
5   around the database and the inability to get some of the
6   analytic information out of the system from a daily
7   operating -- day-in/day-out operating environment that
8   would satisfy their needs.  It wasn't progressive.  But
9   it certainly satisfied their initial requirement --
10  their immediate requirements.

11        So it was more, you know, we are scaling.  We
12  are growing, as an organization, in users.  We want to
13  participate in deeper analytics.  The technology within
14  FACTS was certainly antiquated.  It was developed in the
15  mid-'80s.  So from a technology perspective, it wasn't
16  as progressive as some of the more current applications
17  at the time.

18        So TakeStock was the name of the application
19  that then, again, SSI, Software Solutions, ultimately
20  Aperum, had developed as really its, kind of, next
21  generation or next level of application as a relational
22  database progress.  It was designed and made for scaling
23  to a much -- a much larger user base and number of users
24  operating.

25        There were technology programs in place that

Dale Van Leeuwen - July 18, 2012

27

1    were offered by Software Solutions that would have

2    allowed them, you know, some discounting and so forth

3    for staying in the family.  So that was -- that was

4    really kind of the path that we had -- we had talked

5    about walking.

6            And, again, there wasn't -- this wasn't an

7    urgent thing.  This wasn't an epiphany.  It wasn't an

8    overnight we-have-to-do-this type of a thing, but more

9    looking to the future.

10            So that was -- that was really the direction

11   we were ultimately going.  It became obvious that

12   Software Solutions, through changing their name to

13   Aperum and the change in management, that they were

14   positioning themselves to be acquired.  Otto and I

15   talked about that.  There are certain risks associated

16   with -- any time that that type of thing takes place.

17   You know, is the directions, the focus of, you know, the

18   application going to stay the same?

19            And we were also waiting for TakeStock to

20   mature to a certain level, because it was a newer

21   application.  It didn't necessarily have the depth of

22   process at that particular point in time, okay, so it

23   was just something we were just kind of waiting to -- to

24   come to fruition.  There was no sense of urgency.

25            I received a phone call, I want to say, in

1    2004 -- in the spring of 2004 from Otto that he had been

2    approached by American Express, and American Express was

3    promoting a new SAP product called Business

4    All-In-One -- or Business One.  I'm sorry.

5         That they had come in and -- and basically

6    given an overview of the application.  I don't know at

7    that point if they had actually done a demonstration or

8    if this was just that they had come in and talked with

9    them.  But Otto was very, very excited about it.

10        He -- you know, obviously the SAP name, the

11   American Express name was very intriguing to him.  And

12   he basically directed me to as -- again, as his partner,

13   to drilldown on to the application and maybe this was

14   something that because we were in a position of really

15   wanting to adopt that next level of technology, as well

16   within our portfolio, that we should -- we should take a

17   look at that application as well.

18        Q.   Okay.  Did you follow-up on -- on Otto Reidl's

19   request?

20        A.   I did.

21        Q.   And what did you do in that respect?

22        A.   SAP had a fairly significant marketing

23   campaign strategy push going on to -- to acquire new

24   business partners, to bring them into the -- their

25   ecosystem, establish new VARs to go after vertical

29

1    markets and so forth.

2            I had -- I had some conversation -- I was in,

3    actually, some conversation with Dan Lowery at the time

4    about, you know, whether it made sense for us to, you

5    know, look at that particular application.

6            I was -- I was -- at the time president of the

7    ASPA, which was the Aperum Partners Solution

8    Association.  So from a FACTS -- the FACTS community of

9    resellers, if you will, I ran that -- that organization

10   and knew Dan very well through that organization.

11           I knew his frustration was similar to mine,

12   and from a technology perspective, you know, we needed

13   to -- we needed to look at something that was

14   up-and-coming.

15           So I reached out to Dan, and we jointly -- he

16   helped me fund a trip down to Atlanta where I met with

17   SAP.  I met with Ralf Mehnert, with Chris Robinson.  I

18   believe Dan Kraus was there.  And basically resulting

19   from the conversations that I had with Dan Lowery,

20   with -- with Otto Reidl, I had put together a list of

21   questions that I had specific to the application and its

22   capability.

23           I sat down and went through that -- that list,

24   which ultimately became, really, the basis from which we

25   established what needed to be built out to establish and

Dale Van Leeuwen - July 18, 2012

1   build in InFlight Enterprise.

2            So it included questions, you know, the

3   capability of the application from a functional

4   perspective.  It included scalability of the

5   application, database technology.  You know, again, we

6   were -- we were looking for an application to utilize as

7   the foundation for building our next solution.

8            And so I had that -- that flight down to

9   Atlanta in, like I said, the spring of 2004.  I came

10  back and, you know, I reported to Dan Lowery my

11  findings.  I felt that, you know, based on the energy

12  and the information that I had collected that, you know,

13  this would be a good platform for us to move and expand

14  upon, you know, our user base.

15           With the FACTS application, you know, we were

16  really limited from between five users to about 45 to 75

17  users.  That was kind of our sweet spot, from a selling

18  perspective.

19           Now, there were customers that were running

20  with -- with a larger number of users than that, and it

21  successfully ran larger companies than that.  But from a

22  selling perspective, that was kind of our sweet spot.

23  We were looking to expand that to include, you know,

24  large organizations.

25       Q.    You mentioned something about SAP looking to

Dale Van Leeuwen - July 18, 2012

35

1   you to build a micro-vertical fastener solution?

2       A.   That is correct.

3       Q.   But once you explained to them your business

4   model and kind of your sweet spot, then they did become

5   interested in a micro-vertical for the fastener industry

6   or -- or -- is that incorrect?

7       A.   That is correct; that is correct.

8       Q.   Okay.

9       A.   And the same applied for LSi, right, they

10  weren't necessarily looking for a company to build-out

11  an equipment rental solution, as much as once they

12  identified that that was what LSi's focus was, was

13  equipment rental that they became very interested in a

14  solution built out using Business One as the platform

15  for that particular vertical market.

16      Q.   You mentioned something about a list of

17  questions you had for that meeting with SAP in the

18  spring of 2004?

19      A.   Yes.

20      Q.   How was that list of questions compiled?

21      A.   I had a document, a Word document that I had

22  put together prior to going down there.  I was looking

23  for a very specific capability within the application

24  and just to identify the depth of process and capability

25  within the application.

Dale Van Leeuwen - July 18, 2012

36

1      Q.    Do you still have that document?

2      A.    It would have been one of the documents -- if

3  I still have it, it would be one of the documents

4  related around the InFlight development solution.  And,

5  again, I'm happy to look for that.  If I have it, I'll

6  provide it.

7      Q.    If you could try to locate that, I would

8  appreciate that.

9      A.    Sure.

10      Q.    The actual formation of that list, how did you

11  go about preparing the actual questions you had?  I

12  mean, what were the questions based on?

13      A.    They were based on my knowledge of what I was

14  looking to accomplish for the vertical market that it

15  serves -- served.  It could be a question as simple as,

16  you know, are there customer partners related to

17  internal partners?  You know, do you provide for

18  secondary processing?  Is there a request-for-quote

19  process built into the application?  I was looking for

20  the depth of process and how close it would align to

21  what we would require to meet the requirements of our

22  vertical industry.

23      Q.    Were any of the questions on that list

24  specific to Hodell-Natco's search for software to

25  replace FACTS?

1          A.    Again, because we serviced the same industry

2     that they operated in, yes, they would have been

3     directly -- they were not specifically requested of

4     Hodell-Natco, as much as they would have been a

5     requirement to meet their needs as an organization.

6          Q.    Do you recall what questions those would have

7     been?

8          A.    Again, do you provide secondary processing,

9     lot control, costing-type questions?  Standard pack

10    sizes, multiple units of measure?  All of those would

11    have been questions I would have asked.  And those are

12    very specific to not just Hodell-Natco, but to the

13    industry as a whole, but certainly a requirement of

14    Hodell-Natco.

15         Q.    Did you do -- were you involved at all with,

16    for lack of a better term, pre-qualifying SAP Business

17    One as a potential option for Hodell-Natco specifically?

18         A.    Yes.

19         Q.    And in what respect?

20         A.    Once -- once I had come back and we had

21    identified, you know, those areas that the application

22    fit well and those areas where it would require

23    development to meet the needs for the specific industry,

24    I had a series of conversations with Dan, with -- with

25    Otto in regards to, you know, what those -- what those

Dale Van Leeuwen - July 18, 2012

43

1       MR. LAMBERT:  Certainly.

2       THE WITNESS:  Thank you.

3                     (A short break was had.)

4   BY MR. LAMBERT:

5       Q.   When we left off, you said something about how

6   Otto Reidl expressed to you that he expected the

7   inter- -- or expected to need at least 300 users over

8   the useful life of the replacement software?

9       A.   Mm-hmm.

10      Q.   Do you recall that?

11      A.   Yes, yes, I do.

12      Q.   Did you do anything to assure Mr. Reidl that

13  if he selected SAP Business One, the software would be

14  able to handle that kind of user capacity?

15      MR. STAR:  Objection to the form.  You can answer.

16  BY THE WITNESS:

17      A.   Okay.  The things that I did to ensure that

18  were not just for Hodell, but also for myself.  Again,

19  we were looking for a platform from which to move

20  forward with and looking to go after a larger customer

21  base.

22           So during the conversations that took place

23  down in Atlanta in the spring of 2004, I had asked the

24  question of -- of viable user count.  Also, there was

25  a -- there was a document -- I don't know if it still

Dale Van Leeuwen - July 18, 2012

44

1    exists or not -- but there was a document that

2    thoroughly defined the user range, if you will, for the

3    Business One product, and it fell well within that

4    range.  And that document, I believe -- I believe Hodell

5    had from American Express, if I remember correctly, and

6    it was an SAP document.

7              So it was -- it was communicated at that point

8    in time that the system was able to support a fairly

9    substantial user count.

10             I did not do anything past provide that

11   information to Hodell-Natco.

12        Q.   Well, let me ask you specifically.

13             Did you raise a question to anyone at SAP

14   during the spring of 2004 meeting as to the appropriate

15   user count for SAP Business One?

16        A.   Yes.

17        Q.   And what was the response?

18        A.   That it supports between three and 500 users.

19        Q.   And that was independent -- that statement was

20   made independently of the American Express document that

21   Hodell had provided you?

22        A.   That is correct.

23        Q.   Do you recall who made the statement to you

24   about Business One was appropriate for 300 [sic] to 500

25   users?

Dale Van Leeuwen - July 18, 2012

45

1        A.    It would have been one of two people.  It

2    would have been either Ralf Mehnert or Dan Kraus.

3        Q.    Do you recall what that -- what their

4    statements, as to SAP Business One user count, were

5    based upon?

6        A.    They did say that in Europe that they had

7    customers that were running with over 300 users.

8        Q.    Did they give you any names or specific

9    references?

10        A.    No, they did not.

11        Q.    Did you ask for any?

12        A.    No.

13        Q.    Why not?

14        A.    I took it at face value, based on, you know,

15    their response to me asking the question and their

16    response, as well as the document that Otto had

17    communicated.

18            There were also, as we went through the

19    discovery process of, you know, the application, and I

20    ultimately went to training and so forth, there was

21    marketing material that positioned the different

22    solutions that SAP had at the time and showed, you know,

23    overlap between, for example, Business One and Business

24    All-In-One and the mySAP Suite, and where they were best

25    positioned.  And it included basically users and

Dale Van Leeuwen - July 18, 2012

50

1   the sales cycle in helping us determine, you know, that

2   this was the right solution, that, you know, that we

3   were going to be able to, you know, meet Hodell-Natco's

4   requirements.

5           The unknown for SAP, obviously, was the

6   development effort that we had to do from a gap

7   perspective for that particular industry.  But that was

8   something that, you know, we took on.  Hodell-Natco was

9   aware of, that, you know, that -- that the finished

10  product was not developed, that there was going to have

11  to be development effort to take place, in order to meet

12  their requirements.

13          You know, so that part he could not have

14  anticipated at all.  That was an internal thing, but

15  very active in the licensing of SAP Business One and was

16  involved in volumes of users and transactions and -- you

17  know, I want to say that we actually made a trip out to

18  Hodell-Natco.  And I cannot remember that to be

19  100 percent the case, but in the back of my mind I

20  believe that we actually made a trip out there.

21          Certainly because -- there were several things

22  that were taking place.  American Express had been out

23  there.  You know, they were active in doing due

24  diligence as well as to whether or not Business One was

25  the right solution as well.

Dale Van Leeuwen - July 18, 2012

53

1      A.    Yes.

2      Q.    -- of the software to the customer; is that

3   correct?

4      A.    Yes, it is.

5      Q.    And was -- with respect to the Hodell-Natco

6   sales cycle, was SAP involved in the discovery process

7   presale?

8      MR. STAR:  Objection, form.

9   BY THE WITNESS:

10     A.    There's -- there was -- there was not a formal

11  document utilized or supplied by SAP or by ourselves in

12  doing discovery.  It's a very dynamic thing.  You know,

13  it's a very personal thing typically for a company.

14          There's a framework that we typically use in

15  identifying the requirements of different functional

16  areas.  You know, and, again, that process was done.

17  Most of it was drawing off the knowledge that had

18  already been established because of the relationship

19  with SAP, from our perspective.  From American Express'

20  perspective, they did not have that relationship with

21  Hodell-Natco, and they had -- they had done the

22  discovery of their own, where they had come in and

23  looked at the requirements of Hodell-Natco and then --

24  and had made their recommendation, also, that this was

25  the solution for them.

Dale Van Leeuwen - July 18, 2012

1      Q.   Okay.  I'm handing you what's been marked

2   previously as Exhibit 35.

3      A.   (Reviewing exhibit.)

4                    (Discussion off the record.)

5   BY THE WITNESS:

6      A.   Okay.

7      Q.   Have you ever seen Exhibit 35 before?

8      A.   Perhaps.

9      Q.   Well, Exhibit 35, I'll represent to you, was

10  produced by LSi in this litigation.

11     A.   Okay.

12     Q.   Are you familiar with the information that's

13  contained --

14     A.   Yes, yeah.

15     Q.   -- in Exhibit 35?

16     A.   Yes.

17     Q.   There's statements in Exhibit 35 with respect

18  to scalability of SAP Business One.

19     A.   Okay.

20     Q.   What's your understanding of what's meant by

21  scalability?

22     A.   A generic term, scalability means the ability

23  to grow with the company as the company grows.  It's

24  scalable, from that perspective.

25              Growth may be in volume.  It may be in user

91

1    count.  It can be a lot of things.  But it is meant to

2    imply, in my opinion, that the application will grow

3    with the company.

4         Q.   Did you, to your knowledge, rely upon

5    information contained within documents like Exhibit 35

6    in determining whether SAP Business One would be an

7    appropriate solution for Hodell-Natco?

8         MR. STAR:  Objection to form.

9    BY THE WITNESS:

10        A.   I would have to say documents like this.  I

11   can't say this specific document, because I don't recall

12   this specific document.  But I relied on literature

13   similar to this from -- provided by SAP to make that

14   assessment, yes.

15        Q.   Okay.  And the statements with respect to

16   scalability and opportunies for growth, is that part

17   of the information contained within documents like

18   Exhibit 35 that you found pertinent to Hodell-Natco's

19   purchasing decision?

20        MR. STAR:  Objection to form.

21   BY THE WITNESS:

22        A.   I'm going to have to say yes.

23        Q.   Handing you what's been marked as Exhibit 37,

24   Exhibit 37 is also a document that was produced by LSi

25   in this litigation.

Dale Van Leeuwen - July 18, 2012

92

1          Do you recall ever seeing Exhibit 37 or

2     something similar to it?

3          A.    (Reviewing exhibit.)

4               Again, specifics of this document I can't

5     speak to, but, yes, literature like this provided by

6     SAP, yes, I'm -- this was common.

7          Q.    There's a statement on the third page, and

8     it's Bates labeled LSi 422 on the bottom right-hand

9     corner.

10         A.    Okay.

11         Q.    In the left-hand column it states:    SAP

12    Business One is ideally suited for companies with

13    revenue up to $100 million or with up to 250 employees.

14         A.    Okay.

15         Q.    You see that statement?

16         A.    Mm-hmm (nodding).

17         Q.    And is that one of the -- did that form one of

18    the bases that formed your opinion that SAP would be

19    suitable for Hodell, as requiring up to 300 users?

20         MR. STAR:    Objection to form.

21    BY THE WITNESS:

22         A.    Umm --

23         Q.    Let me ask a better question.

24         A.    Okay.

25         Q.    Did you -- is this piece of information what

Dale Van Leeuwen - July 18, 2012

1  led you to believe that Business One would be suitable

2  for a company that was going to be utilizing up to 300

3  users?

4      A.   It would have been a document similar to this

5  at the time.  I remember these numbers being higher.

6  When we initially initiated conversation with SAP, in

7  regards to scalability to product, these numbers were

8  higher.  Like I said, they were -- it was -- it was

9  represented it was between three and 500 users.  So

10  this -- this would still fall well within the scale,

11  even this.  But as I mentioned, this appears to already

12  have been a revision, and there were continuous

13  revisions associated with marketing material in the

14  scalability of the application.

15      Q.   Handing you what's been previously marked as

16  Exhibit 36, which was also produced by LSi in this case.

17           Do you recall seeing this document or

18  something similar to it?

19      A.   (Reviewing exhibit.)

20           Yes.

21      Q.   Now, there's a statement in Exhibit 36 with

22  respect to five employees or 500.  Do you see that

23  statement?

24      A.   Yes.

25      Q.   Is that one of the statements you're referring

Dale Van Leeuwen - July 18, 2012

94

1    to that led you to believe that the software could

2    support up to 500 users?

3        A.    Yes.

4        MR. STAR:  Objection to form.

5    BY MR. LAMBERT:

6        Q.    And is it your understanding that that was

7    intended, when -- when literature like Exhibit 36

8    references five employees or 500 employees, that is

9    meant to reference users?

10       A.    Yes, that would have been my understanding at

11   the time, yes.

12       Q.    And why is that?  Or what's the basis for your

13   understanding that employees in this context means

14   users?

15       A.    It would, in my opinion, be a

16   misrepresentation to say, you know, that I've got a

17   company of a thousand employees and I'm scaling to a

18   company of a thousand employees, but really you're only

19   allowed to use ten users.  That would be inappropriate.

20   So, to me, a proper representation would be that users

21   and employees utilizing the system would be synonymous.

22       Q.    Would it also be synonymous with concurrent

23   users?

24       MR. STAR:  Objection to form.

25   BY MR. LAMBERT:

1    effort that was going to complete that gap.

2         Q.    Just so we have a clear record, am I correct

3    that the gaps are lack of functionality, that Hodell

4    would want to run its business, that just weren't

5    available in the base --

6         A.    That is correct.

7         Q.    -- Business One application?

8         A.    That is correct.

9         Q.    And that the purpose of the InFlight

10   development was to fill those gaps for Hodell, correct?

11        A.    That is correct; that is correct.

12        Q.    You were asked a series of questions about

13   your comment that you believe that Business One was

14   suitable for anywhere from -- a company anywhere from

15   three up to 500 users.  I was a little bit unclear as to

16   a portion of your testimony, I'll tell you.

17             And I'm just going to try to clarify it this

18   way.

19        A.    Sure.

20        Q.    Is it your contention that somebody from SAP,

21   an SAP employee, actually told you that Business One was

22   suitable for a company with three to up to 500 users?

23        A.    Yes.

24        Q.    Is that your contention?

25        A.    Yes.

Dale Van Leeuwen - July 18, 2012

198

1          Q.    Who do you believe told you that?

2          A.    Dan Carr and Ralf Mehnert, both, at

3     independent times told --

4          Q.    Dan Carr?

5          A.    Yes -- oh, I'm sorry, not Dan Carr.  Dan

6     Kraus.

7          Q.    Dan Kraus, Dan Kraus told you it.

8                And you also believe Ralf Mehnert-Meland told

9     you that?

10         A.    That is correct.

11         Q.    Did they tell you that at the same time?

12         A.    No.

13         Q.    When did Dan Kraus tell you that?

14         A.    I believe that that was at the FKOM meeting

15    that I attended.

16         Q.    When was that?

17         A.    I don't remember.

18         Q.    How many FKOM meetings have you attended?

19         A.    Just one, for Business One, during that period

20    of time.  I've attended many since then.

21         Q.    So there would be one meeting that you'd be

22    thinking of specifically, right?

23         A.    Yeah, where Dan communicated that to me.

24         Q.    How did he communicate it to you?

25         A.    Just in a conversation, as it related to the

1    market that we were trying to penetrate with our

2    development and our -- with our product specific to the

3    industries that we were going after.

4         Q.   Is this a one-on-one conversation, just

5    yourself and Dan Kraus?

6         A.   I -- I don't know if Tim Lowe was there or

7    not.

8         Q.   And you can't recall when that meeting

9    occurred?

10        A.   I don't --

11        Q.   You can't recall?

12        A.   FKOM usually happens in February.

13        Q.   But you --

14        A.   So ...

15        Q.   Well, I want to be clear.  It's an important

16   piece of the case.  If you have a recollection of it,

17   I'd like to know it.  If you don't, I'd like know that

18   as well.

19            Am I correct, as you sit here today, you have

20   no specific recollection of when this FKOM meeting took

21   place, where you believe Dan Kraus told you Business One

22   can support anywhere up to 500 users; is that correct?

23        A.   I cannot tell you the date of the FKOM

24   meeting, that is correct.

25        Q.   Can you tell me where that meeting took place?

1       A.    I believe it was Las Vegas.

2       Q.    Can you tell me the year?

3       A.    It would have been 2004, I believe.

4       Q.    You believe this was around February of that

5   year?

6       A.    I don't remember.  I think it's in one of

7   these documents.  If you want, I can review them.

8       Q.    Is the FKOM meeting different than the partner

9   meeting, or would that have been the same thing?

10      A.    If this is right, it was -- in Las Vegas

11  January 19th, 2004.

12      Q.    What document number are you looking at there?

13      MR. HULME:   33.

14  BY MR. STAR:

15      Q.    So you believe 33 are the notes that you took.

16  And I believe you said you typed them up on the plane

17  right back from Las Vegas.  These were your notes,

18  right?

19      A.    Yes.

20      Q.    Is there anywhere in here where you say that

21  Business One is suitable for up to 500 users?

22      A.    No.  I didn't think it pertinent, because it

23  was on marketing material that was handed to me during

24  that meeting.

25      Q.    This meeting took place apparently

Dale Van Leeuwen - July 18, 2012

201

```
 1    January 19th through the 21st of 2004; is that right?
 2         A.    (Nodding.)
 3         Q.    On which one of those days did you actually
 4    have this conversation with Dan Kraus?
 5         A.    I have no idea.
 6         MR. LAMBERT:   I'm sorry.  I couldn't hear that.
 7         THE WITNESS:   I have no idea.  I don't know which
 8    of those days that it took place.
 9    BY MR. STAR:
10         Q.    Do you recall the setting in which it took
11    place?  Was it during a meetings in a hallway?  Was it
12    over a dinner?  Was it over a drink?
13         A.    I believe --
14         Q.    Can you recall any of those details?
15         A.    I believe we were sitting down and we were
16    talking about -- you know, we were talking about LSi.
17    We were -- and equipment rental.  We were talking
18    about -- we were talking about InFlight development,
19    how -- you know, I was really looking for, again, a
20    platform that allowed us to scale well past where we
21    were currently at, as far as customers that we were
22    reaching out to -- which, you know -- and, again, we've
23    talked about the sweet spot that we were selling into.
24              So we wanted to expand our capability, go
25    after larger fastener organizations as well.
```

Dale Van Leeuwen - July 18, 2012

202

1  Q. How long did the conversation last?

2  A. A half-hour.

3  Q. What time of day was it?

4  A. I have no idea.  I don't know if it was before

5 lunch, after lunch.  I have no idea.

6  Q. I want to be clear.  Is it your sworn

7 testimony here today that you have an express specific

8 recollection of Dan Kraus during a meeting sometime

9 between January 19th and January 21 of 2004 telling you

10 specifically that Business One was suitable for up to

11 500 users and that he used the word users when he spoke

12 to you?

13  A. I -- I believe the conversation was what we

14 were looking to scale to, and I probably used the word

15 users without any type of push back whatsoever.

16    I said, you know, We're looking for a solution

17 that will meet these particular requirements.  And

18 before we go and spend the dollars in investment and

19 development, we want to ensure that this is going to be

20 a solution that will support this.

21  Q. Well, earlier your testimony was that Dan

22 Kraus told you this could suit a company from three to

23 500 users.  But right now your testimony seems to have

24 changed, and what you're saying is you don't recall

25 Mr. Kraus using the phrase 500 users, but that you think

Dale Van Leeuwen - July 18, 2012

203

1    you may have mentioned it to him, and he just simply

2    didn't object; is that right?

3         MR. HULME:  Wait, wait, wait.  Objection, form and

4    assuming facts not in evidence.

5    BY THE WITNESS:

6         A.   We had an open conversation in regards to what

7    we were looking to accomplish within The IBiS Group, in

8    our development, what LSi was looking to accomplish with

9    their equipment rental module.  And the conversation

10   around the scalability of SAP came up from a feature

11   functionality perspective, as well as a perspective of

12   being a solution for subsidiaries of much larger

13   organizations.

14        One of the considerations was Heads and

15   Threads was currently running the SAP Business Suite,

16   you know, could we have subsidiaries of Heads and

17   Threads running Business All-In-One, and we absolutely

18   talked about scalability.

19        Now, scalability, as far as users, we talked

20   about the number of users being between one and 500.

21   Whether I said it or he said it, the conversation was

22   had between the two of us that the SAP system, the

23   Business One system, could support that user level.

24        Q.   Right.

25        But as you sit here right now, you can't

Dale Van Leeuwen - July 18, 2012

204

1      pinpoint whether you said 500 users or Mr. Kraus said

2      500 users, right?  You just don't recall?

3          A.    You're correct, yes, you're correct.  We had

4      an open conversation.

5          Q.    You also mentioned that -- well, let's stay

6      with Mr. Kraus.

7                At any other time did you have a conversation

8      or any other communication with Mr. Kraus where he told

9      you that Business One was good for up to 500 users?

10         A.    Not that I can recall.

11         Q.    When I asked you who at SAP told you 500

12     users, you identified Kraus and Mehnert-Meland.

13         A.    Yes.

14         Q.    Let's talk about Mehnert-Meland.

15               When do you believe -- strike that.

16               How did Mehnert-Meland convey to you that

17     Business One was good for up to 500 users?

18         A.    That conversation was a bit different.  That

19     conversation -- I mean, I can -- I don't remember the

20     building.  I remember where we were standing.  We were

21     standing at the top of a set of elevators, and we had

22     approximately a 45-minute conversation in regards to

23     addressing those questions that I had written down as

24     far as feature functionality, to try to identify how

25     much effort would have to go into developing that

1   solution, that we had talked about the American Express
2   relationship.

3           And I specifically asked the question of
4   scalability as far as user count. The reason was we had
5   just lost a -- an opportunity at Great Lakes Fasteners,
6   which was a fairly significant user count. And I asked
7   him, you know, what is the system able to handle from
8   user perspective? He said between three and 500 users.

9       Q.   When exactly did that conversation take place?
10      A.   That was in the trip in Atlanta.
11      MR. LAMBERT: I'm sorry. What?
12      THE WITNESS: The trip to Atlanta.
13  BY MR. STAR:
14      Q.   That's the late spring of 2004?
15      A.   I believe that's correct, yes.
16      Q.   And it's your testimony that Mr. Meland
17  specifically told you that Business One could handle up
18  to 500 users?
19      A.   Yes.
20      Q.   You have a precise recollection of him using
21  the word users, saying 500 users?
22      A.   Yes.
23      Q.   You were also asked questions about whether
24  you conveyed to Hodell that Business One was suitable
25  for up to 500 users. And I believe your testimony was

1   that you did tell Otto Reidl that Business One was good

2   for up to 500 users.  Am I right about that?

3       A.    Otto -- Otto Reidl had approached me with,

4   again, the American Express literature and conversation.

5   He wanted me to verify that, and I believe it was really

6   the result of the going down to Atlanta where I came

7   back and conferred with him that, yes, my understanding

8   is, is that American Express is representing these

9   correctly, the system will support up to 500 users.

10      Q.    500 users?

11      A.    Mm-hmm (nodding).

12      Q.    So you told that to Otto?

13      A.    (Nodding.)

14      Q.    Yes?

15      A.    Yes.

16      Q.    When did you tell Otto?

17      A.    After coming back from Atlanta.

18      Q.    Sometime in 2004?

19      A.    Yes.

20      Q.    How did you do it, in person, over the phone?

21      A.    Over the phone.

22      Q.    Otto testified, to the extent that there was a

23  conversation, a conference call between yourself, folks

24  from American Express, and Otto where he was told that

25  Business One was good for up to 500 users.  Do you