UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION
CASE NO. 1:08-CV-02755

HODELL-NATCO INDUSTRIES, INC., )
)
      Plaintiff, )
)
vs. )
)
SAP AMERICA, INC., et al., )
)
      Defendants. )

VIDEOTAPED DEPOSITION OF

DANIEL FRANCIS KRAUS

(Taken by Plaintiff)

Huntersville, North Carolina

Wednesday, June 27, 2012

Reported in Stenotype by
V. Dario Stanziola, CSR (N.J.), RPR, CRR

```
 1                      APPEARANCES

 2   ON BEHALF OF THE PLAINTIFF:

 3           P. WESLEY LAMBERT, Esquire
             Koehler Neal LLC
 4           3330 Erieview Tower
             1301 East Ninth Street
 5           Cleveland, Ohio 44114
             (216) 539-9370
 6           wlambert@koehlerneal.com

 7   ON BEHALF OF THE DEFENDANTS
     SAP AMERICA, INC. and SAP AG:
 8
             GREG STAR, Esquire
 9           JOE KELLEHER, Esquire
             Drinker Biddle & Reath LLP
10           One Logan Square, Suite 2000
             Philadelphia, Pennsylvania 19103
11           (215) 988-2863
             gregory.star@dinklebiddle.com
12           joseph.kelleher@drinklebiddle.com

13   ON BEHALF OF THE DEFENDANTS LSI and IBIS:

14           ROY A. HULME, Esquire
             Reminger
15           101 West Prospect Avenue, Suite 1400
             Cleveland, Ohio 44115
16           (216) 687-1311
             rhulme@reminger.com

17
     Also Present:
18
             KEVIN REIDL
19
             DeANDRAE SHIVERS, Video Specialist
20

21

22

23

24

25
```

1  VIDEOTAPED DEPOSITION OF DANIEL FRANCIS
2  KRAUS, a witness called on behalf of the Plaintiff,
3  before V. Dario Stanziola, CSR (N.J.), RPR, CRR,
4  Notary Public, in and for the State of North
5  Carolina, held at the Courtyard by Marriott, 16700
6  Northcross Drive, Huntersville, North Carolina, on
7  Wednesday, June 27, 2012, commencing at 7:08 a.m.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1  2001. And then it was dissolved in 2003 when I
2  worked -- went to work for SAP. And it was
3  reincorporated in 2009 when I left SAP.
4      Q. Why did you -- why did you leave Leading
5  Results in 2001 -- 2003 and go to SAP?
6      A. Because I had a couple of friends who
7  were there, Ralf Mehnert-Meland was one of them. I
8  got to understand what SAP was doing as far as
9  bringing Business One into the U.S. It was an
10 opportunity to help a very large company get a
11 foothold in the U.S. with a product that they were
12 releasing here for the first time.
13     Q. What was the -- the status of Business
14 One's footprint in the United States when you joined
15 SAP in 2003?
16     A. There were three employees. No
17 customers. And a nonlocalized product, which means
18 that it wasn't set up to run specifically for the
19 U.S. market when I first joined. And that would
20 have been March of 2003.
21     Q. What was your actual job title with SAP
22 upon joining in 2003?
23     A. Director of Business One channel.
24     Q. What does that mean?
25     A. I was responsible for finding partners

Page 14

```
 1   and building the strategy for taking the product to
 2   market.  Because SAP made the decision when they
 3   brought the product into the U.S. that they weren't
 4   going to sell it directly, they wanted to go
 5   through a reseller channel.
 6        Q.   Does SAP sell Business One direct -- or at
 7   the time did SAP sell Business One directly in
 8   Europe?
 9        A.   Don't know the answer to that. Don't
10   remember.
11        Q.   How many people did you have reporting to
12   you in March 2003?
13        A.   Two.
14        Q.   Who were they?
15        A.   Ralf Mehnert-Meland and Chris Robinson.
16        Q.   What was Ralf's title?
17        A.   Don't remember.
18        Q.   How about Chris?
19        A.   Chris was hired to do partner recruiting,
20   and that's what he did.  He was -- I don't know the
21   exact title, but his function was partner
22   recruiting.
23        Q.   When you joined SAP in March 2003, had any
24   sales of SAP Business One actually been made in the
25   United States?
```