# In The Matter Of:

*Hodell-Natco Industries, Inc. v.*
*SAP America, Inc., et al.*

*Daniel J. Lowery*
*February 8, 2012*

# NEXTGEN|REPORTING

**Making Litigation Easier.**          NextGenReporting.com

PHILADELPHIA | 215.544.5800   NEW YORK CITY | 646.470.3376   PHOENIX | 623.224.2760   SILICON VALLEY | 650.799.8920

1

1                    UNITED STATES DISTRICT COURT
2                     NORTHERN DISTRICT OF OHIO
3                          EASTERN DIVISION

    HODELL-NATCO            )   Case No. 1:08 CV 2755
4   INDUSTRIES, INC.,       )
                            )   Judge:  Lesley Wells
5          Plaintiff,       )   Magistrate Judge:
                            )        Greg White
6     vs.                   )
                            )   VOLUME I
7   SAP AMERICA, INC., et   )
    al.,                    )
8                           )
           Defendants.      )
9   _____

10

11

       THE VIDEOCONFERENCE DEPOSITION OF DANIEL J. LOWERY
12

13

          DATE:      Wednesday, February 8, 2012
14
          TIME:      3:48 p.m.
15
          PLACE:     Reminger & Reminger
16                   1400 Midland Building
                     101 Prospect Avenue, West
17                   Cleveland, Ohio  44115

18

19

20

21

22   _____

23   NEXTGEN
     REPORTING
24

25   Registered Professional Reporters

Daniel J. Lowery - February 8, 2012

28

 1    there was a development of an In-Flight for

 2    SAP Business One?

 3         A.    We called that In-Flight

 4    Enterprise.

 5         Q.    Okay.  Was it designed to

 6    accomplish the same end goal for customers

 7    that were using SAP Business One, as it was

 8    accomplishing for FACTS?

 9         A.    Yes.

10         Q.    And what was that?

11         A.    Well, it was a -- a specialty for

12    the fastener industry, although Dale sold it

13    to nonfastener companies as well, because it

14    had -- he had developed some strong inventory,

15    management techniques and things, but he had

16    developed certain functionality in it that was

17    specific to the fasteners, like secondary

18    processing, you send bolts out to have them

19    chromed.  I don't know if that's an accurate,

20    you know, you got to track those while they're

21    out there, and then they become a different

22    part number sort of.

23         Q.    Okay.

24         A.    You know, there are just

25    peculiarities in the fastener industry that

Daniel J. Lowery - February 8, 2012

29

1    that product took care of.

2         SAP came along, and the biggest benefit

3    we saw in SAP was it had a full relational

4    database, which means once your data is in

5    there, you can come at it, get reports many

6    different ways, without writing reports from

7    scratch all the time.

8         Q.   Okay.

9         A.   Very powerful, very powerful.  So

10   we felt that, when we put the deal together

11   with Otto and Kevin, and you know, we say,

12   okay, let's write a glove fit and do it from

13   scratch, and then we can take it to the next

14   level and take over the world.

15        Q.   So is it fair to say that while

16   IBiS had a version of In-Flight running for

17   FACTS, that wasn't usable for integration into

18   Business One?

19        A.   The intellectual knowledge was,

20   but written in a different language, different

21   -- you couldn't say just unplug it and plug

22   it.  Is that where you're going with that?

23        Q.   I'm sure you know a lot more

24   about how it works than me.

25        A.   Not much.  You couldn't --

Daniel J. Lowery - February 8, 2012

1          Q.    It's different code.  It's the
2     same --
3          A.    Totally different.
4          Q.    -- concept, but it's different
5     code?
6          A.    You have to write from scratch on
7     SAP.  There was no way to take anything, other
8     than the intellectual knowledge.
9          Q.    Of what you wanted the end result
10     to be?
11          A.    Of what you wanted it, right,
12     so --
13          Q.    Okay.
14          A.    -- total different programming,
15     everything.
16          Q.    Do you know when LSi acquired
17     IBiS?
18          A.    I believe so.  May 2004.
19          Q.    Was there a merger agreement, or
20     asset purchase agreement, or anything that was
21     drafted?
22          A.    Yes.
23          Q.    Do you know if that's been
24     produced?
25          MR. HULME:  Yeah.

Daniel J. Lowery - February 8, 2012

```
 1          MR. LAMBERT:  It has?

 2          MR. HULME:  That for sure has been.

 3          MR. LAMBERT:  Okay.

 4          THE WITNESS:  Then yes.

 5   BY MR. LAMBERT:

 6          Q.  Was LSi an SAP partner at the

 7   time?

 8          MR. STAR:  Objection to form.  You can

 9   answer.

10          THE WITNESS:  Huh?

11          MR. STAR:  I'm just stating an

12   objection.  You can go ahead and answer.

13          MR. HULME:  Unless I tell you don't

14   answer, don't answer -- then answer

15   everything.

16          THE WITNESS:  Okay.

17          MR. HULME:  If I say don't answer it,

18   then don't answer it.

19          THE WITNESS:  Was LSi a partner when I

20   bought -- an SAP partner when I bought IBiS?

21   BY MR. LAMBERT:

22          Q.  Correct.

23          A.  Yes, I believe so.  Yes.  I

24   believe I was -- I signed partner agreements

25   December 2003?  I can't talk to him.  I think
```

Daniel J. Lowery - February 8, 2012

32

1     I'm right.   December 2003 was when I became a

2     partner.

3             Q.    Was IBiS an SAP partner when you

4     -- when LSi acquired IBiS?

5             A.    I believe so.

6             Q.    Was LSi selling Business One at

7     the time you acquired IBiS?

8             A.    Had not sold any, but yes, we

9     were in the process of ramping up.

10            Q.    Okay.   Is it fair to say that, I

11    guess, the primary objective in acquiring IBiS

12    was to partner with Mr. Van Leeuwen and his

13    entity to build this In-Flight vertical

14    integration to use for Business One?

15            A.    Certainly important.   Just as

16    important though was the install base that was

17    already in place for the FACTS side too.

18            Q.    Okay.

19            A.    That was a revenue stream that I

20    was buying.   Maintenance that the customers

21    paid and all that sort of thing, so it just

22    was a -- a beautiful fit.   It was just a great

23    fit, but yes, when the SAP thing rolled out,

24    that was a -- yeah, we thought the whole world

25    was going to be ours.

Daniel J. Lowery - February 8, 2012

34

1          A.    That's exactly correct.

2          Q.    Had they -- had they penetrated

3    that market at the time you first got

4    involved?

5          A.    They were just starting this

6    program.  This program was brand new.  I think

7    in 2003.  I mean, I was one of the first guys

8    to sign up.  Dale was right there with me.  He

9    -- and we had done that independently.  Yeah.

10   It was just fresh.  I mean, SAP had bought

11   this package from Israel, and they were going

12   to roll that out in the United States, so we

13   were -- we jumped at that chance.

14         THE REPORTER:  We jumped at the?

15         THE WITNESS:  We jumped at that chance.

16         THE REPORTER:  Okay.

17         THE WITNESS:  After talking to --

18   Dan Kraus was the primary seller of this

19   relationship, so after you talk to him and

20   heard his sales pitch, you just -- you just

21   knew it was going to be good.

22   BY MR. LAMBERT:

23         Q.    I have gathered from what you

24   have just said, that you didn't seek SAP out,

25   they sought you out?

Case: 1:08-cv-02755-DCN  Doc #: 105-9  Filed: 09/06/12  9 of 36.  PageID #: 1587

55

1    SAP for -- have any sales goals that LSi was

2    to meet for SAP Business One?

3           A.    Well, they had a sales award

4    trip, if you achieved a certain amount of

5    revenue, and a certain amount of new accounts.

6    Initially they were -- everybody was measured

7    by new accounts, and then as it sort of

8    matured a little bit, they wanted revenue.  So

9    you -- they changed the target.  That's how a

10   company sets their goals.  Every company does

11   that.

12          Q.    All right.

13          A.    If you didn't meet your goals,

14   you just didn't go on the trip.  They had a

15   top ten club trip that everybody tried to get

16   to.

17          Q.    What was your understanding as an

18   SAP partner of what you were authorized to do

19   on behalf of SAP?

20          A.    Well, find a company with needs

21   that could be met by SAP Business One.  And

22   then, you know, normal selling to get into the

23   account, become one of the bidders, if they're

24   out to bid, learn their business, learn their

25   -- what they're needing, what their pain

Daniel J. Lowery - February 8, 2012

56

```
 1   points are --
 2           Q.   What their --
 3           A.   -- presentation.  You know, what
 4   they're looking for.  And then if SAP Business
 5   One could meet those, you prepare a proposal
 6   and present them.
 7           Q.   Okay.
 8           A.   So our job was to sell and
 9   evangelize Business One.
10           Q.   And to your knowledge, that was
11   with the express -- at the express
12   authorization and direction of SAP America,
13   Inc.?
14           A.   Yes.
15           MR. STAR:  Objection to form.
16           THE WITNESS:  Well, yeah.  Who else --
17   why else would I be doing it?
18   BY MR. LAMBERT:
19           Q.   Did SAP authorize LSi to refer to
20   itself as an SAP business partner?
21           A.   Yes.
22           Q.   Did SAP encourage the use of that
23   term?
24           A.   Yes.
25           Q.   Why is that?
```

Daniel J. Lowery - February 8, 2012

1          A.    Those letters carried weight, got

2    you in the door.  You wanted your letterhead

3    to have SAP on it.  Being an authorized

4    partner for SAP was prestigious.

5          Q.    Were you authorized to use SAP's

6    logo on your letterhead?

7          A.    Yes.

8          Q.    Where did you get the actual logo

9    from to place on your letterhead?

10         A.    They supplied it.

11         Q.    Did they supply the letterhead,

12   or did they supply just a JPEG, a logo or

13   something to that --

14         A.    Somehow -- I don't know if I knew

15   what a JPEG was back then, but -- but somehow

16   we got it.  It was either an artwork or

17   something, but it was for the express purpose

18   of creating your letterhead.

19         Q.    Okay.  Did you see a benefit in

20   referring to LSi as an SAP partner?

21         A.    Absolutely.

22         Q.    And why is that?

23         A.    Well, again, SAP is a very

24   prestigious three letter acronym.  Just like

25   when I worked for IBM, you could always get in

Daniel J. Lowery - February 8, 2012

58

1   the door by having an IBM business card.  Same

2   went for SAP.

3        Q.   Was it your intent to create an

4   impression with potential customers of a

5   partnership between LSi and SAP for the

6   marketing and sale of Business One?

7        A.   Oh, absolutely.  That's what we

8   hoped that the kickoff, had it happened, was

9   going to do to, you know, blast us out into

10  the community, big bang kind of a theory.  And

11  I mean, that would -- that would have been a

12  neat deal, but the whole thing was the

13  piggyback on SAP's credibility.

14       Q.   It's fair to say that during the

15  sales process of Business One to Hodell, you

16  made -- you, or Mr. Van Leeuwen, or people

17  associated with your entities, made certain

18  statements to Hodell about what the software,

19  Business One software could or could not do,

20  correct?

21       A.   Yes.

22       Q.   To your knowledge, is there --

23  would there have been any reason for Hodell to

24  think that the statements that LSi or IBiS

25  were making were not those, also those of SAP?

Daniel J. Lowery - February 8, 2012

59

```
 1          A.    I didn't hear that last part.

 2          Q.    Would there have been -- during

 3    the sales process, would there have been any

 4    reason for Hodell to know, or to think, that

 5    the statements relating to the software's

 6    capacity being made by LSi or IBiS were not

 7    also those of SAP?

 8          A.    No.

 9          (Whereupon, Exhibit 30 was marked for

10    identification.)

11          MR. LAMBERT:    I see everyone else with

12    a copy.

13    BY MR. LAMBERT:

14          Q.    The court reporter has handed you

15    what's been marked as Exhibit 30.    If you

16    could take a look at that and let me know when

17    you're finished.

18          A.    Okay.

19          MR. LAMBERT:    That's for you.    You can

20    have that.

21          MR. OTTO REIDL:    I'm sorry.    I thought

22    it was the court reporter's.    I got that.

23          THE WITNESS:    Okay.

24    BY MR. LAMBERT:

25          Q.    Finished?
```

Daniel J. Lowery - February 8, 2012

64

1        A.    In my head, it was $200 million

2    in revenue on down.  But there -- you know,

3    show me the customer, and I'll show you

4    whether it's an SMB, is what it boiled down

5    to.  If you walked into a place, and they

6    might be doing $500 million a year, but only

7    had 50 employees, that probably fell under the

8    B1 space, if that's possible.

9        Q.    Okay.  If you turn to page 8 of

10   that agreement.

11       A.    Uh-huh.

12       Q.    The Bate stamp at the bottom

13   right-hand corner is LSI-23.

14       A.    Okay, what was it again?  Where

15   we going?

16       Q.    LSI-23.

17       A.    Okay.

18       Q.    I'm looking at Section 2.10.

19       A.    All right.

20       Q.    Titled Authorized Extensions and

21   Restrictions of Ownership and Support of

22   Extensions.  Follow me?

23       A.    I see what you're reading.

24       Q.    Okay.

25       A.    Do you want me to read that

Daniel J. Lowery - February 8, 2012

 1    thing?

 2           Q.   No.  I mean, if you need to to

 3    answer my question, but --

 4           A.   What --

 5           Q.   -- my question is, also in this

 6    agreement, SAP authorized LSi to develop

 7    extensions for add-ons to Business One,

 8    correct?

 9           A.   Yes.

10           Q.   And -- and is that what In-Flight

11    Enterprise was?

12           A.   And that was what?

13           Q.   Is that the same thing as what

14    In-Flight Enterprise was --

15           A.   Yes.

16           Q.   -- an extension or add-on?

17           A.   Yes.

18           Q.   That's what they're referring to

19    in Section 2.10, correct?

20           A.   Correct.

21           Q.   And --

22           A.   You have certain requirements,

23    yes, but once you do these things here, you

24    have to execute the SDK agreement and all that

25    sort of thing.

Daniel J. Lowery - February 8, 2012

66

1          Q.    Well, my question is, I guess,

2    more general.  Did SA -- in order for you to

3    be authorized to develop an extension like

4    In-Flight Enterprise, which I'll refer to as

5    IFE sometimes, did you have to get SAP's

6    approval to do so before you could go into

7    development?

8          A.    Yes, by those requirements right

9    there.

10         Q.    Okay.  On the next page, there is

11   an -- under Section 4, Marketing?

12         A.    Uh-huh.

13         Q.    4.3, let's see, to me required

14   LSi to maintain customer leads in a system

15   maintained by SAP.

16         A.    Okay.

17         Q.    Did LSi participate in -- in

18   maintaining its sales leads in an

19   SAP-maintained database?

20         A.    To my knowledge.

21         Q.    Who was responsible for reporting

22   those sales leads to SAP for LSi?

23         A.    My salesman, my SAP salesman,

24   Tim Lowe.

25         Q.    Was Tim Lowe a -- the salesman

1    would be owned and controlled by SAP?

2          A.    I would say only in -- if I

3    defaulted, and they had to bail me out, or

4    something like that, it would flip over to

5    that, but I don't know.  I just don't know.

6          Q.    Okay.

7          A.    I'm sorry.  Because this gets

8    into some -- and every software manufacturer

9    handles this differently, so I'm a little

10   confused as to it.

11         Q.    Can you turn to Section 6.4?

12         A.    Okay.

13         Q.    Take a look at that and let me

14   know when you're finished.

15         A.    Okay.

16         Q.    Section 6.4 uses the term

17   extension.  To your understanding, is -- was

18   In-Flight Enterprise an extension as it's

19   being used in here?

20         A.    Yes.  To my understanding, yes.

21         Q.    Okay.  I want to focus on the

22   following statement in Section 6.4, which

23   reads, "All extensions developed by licensee

24   hereunder shall be subject to the prior

25   approval and certification by SAP, in

Daniel J. Lowery - February 8, 2012

1    accordance with SAP's (or applicable SAP

2    affiliated companies) then current interface

3    and/or complimentary software certification

4    process."

5         Did I read that correctly?

6         A.    Yes.

7         Q.    My interpretation of that, and

8    correct me if yours is different, is that SAP,

9    pursuant to your agreement with SAP, SAP had

10   to approve and sign off on the In-Flight

11   Enterprise software for it to be implemented

12   at a customer's location?

13        A.    When you developed, let me just,

14   programs, add-on programs, you had to use the

15   SDK toolkit.

16        Q.    Okay.

17        A.    Once you developed using that, as

18   I understood it, then that was the

19   certification process.

20        Q.    Okay.  Well, can you --

21        A.    I don't remember seeing a piece

22   of paper signed by SAP saying you're now

23   certified to do this or that, but I --

24        Q.    Well, let's ask a more basic

25   question.  Did SAP, at any point in time,

Daniel J. Lowery - February 8, 2012

1    review IFE as it was being developed?  And by

2    review, I mean look at the code and see how

3    it's being written?

4              A.    Well, let me answer it I know on

5    the very front end, when Dale first started

6    architecting this, I mean, everything was back

7    and forth with SAP, technical people that they

8    talked to at that time, as to what is the best

9    language to use, what is the best approach to

10   use.

11             Q.    With regard to In-Flight

12   specifically?

13             A.    With regard to the In-Flight

14   development.

15             Q.    Do you know who they were

16   interfacing with at SAP?

17             A.    Eddie Neveux, I know, Dan Kraus,

18   Geoff Ashley was in it.  I mean, it was lots

19   and lots of consults.  So when Dale locked in

20   on C++, because we had to know what type of

21   person to hire.  Joe Guagenti, you'll see his

22   name, he was our lead programmer, our lead

23   technical person, and he was a -- we had to

24   find the guy with the skills to write this.

25   This was a big project.  So lots of

Daniel J. Lowery - February 8, 2012

1  interaction with SAP on the front end.  Did
2  they look at the code?
3          Q.    Let me narrow down the time frame
4  too, because I know they eventually, someone
5  at SAP, or hired by SAP, eventually did look
6  at In-Flight code, correct?
7          A.    Yes.
8          Q.    I'm talking about before it was
9  -- before Hodell went live, did anyone at SAP
10  ever review the In-Flight code?
11          A.    I mean, I remember Joe saying he
12  was sending sample codes to SAP, getting --
13  does this look good, does this look good, that
14  type of thing.  Who Joe was talking to?  Joe
15  was technical, so I'm sure Eddie Neveux was
16  involved in it.  I mean, he was kind of the
17  technical guy.  Another fellow was Ralph
18  Mehnert something or other.
19          Q.    Ralph Mehnert-Meland?
20          A.    Yes.
21          Q.    Hyphenated name?
22          A.    Hyphenated name.
23          Q.    This was during the development
24  of In-Flight Enterprise before it was
25  installed at Hodell and before Hodell went

Case: 1:08-cv-02755-DCN Doc #: 105-9 Filed: 09/06/12 21 of 36. PageID #: 1599

1        Q.   Okay.

2             MR. LAMBERT:  Can we go off the record?

3             (Whereupon, a brief off-the-record

4    discussion was held at 6:26.)

5             (Whereupon, Exhibit 36 was marked for

6    identification.)

7    BY MR. LAMBERT:

8             Q.   For the record, we have taken the

9    last page of Exhibit 35, upon realization it's

10   not part of Exhibit 35, and made it

11   Exhibit 36.  The Bates label of that document

12   is LSI-430.

13            Mr. Lowery, is this your handwriting up

14   at the top, 2004, two thousand -- or -5?

15            A.   Yes.

16            Q.   Why did you put that on there?

17            A.   Preparation for this meeting

18   today.

19            Q.   In preparation for this

20   deposition?

21            A.   Yeah.  Well, not this deposition,

22   but the case.  I was looking for examples of

23   where they referenced how many users or

24   employees in this case.

25            Q.   So is it fair to say that 2004-5

Daniel J. Lowery - February 8, 2012

118

```
 1   is on here because it's your belief that you
 2   -- this is information you had in your
 3   possession in 2004 or 2005?
 4           A.    When I received this, yeah.
 5           Q.    Okay.  And there is a -- some
 6   lines and a star next to some text.
 7           A.    That's my stars.
 8           Q.    Okay.  Why did you highlight that
 9   area?
10           A.    Because it was -- it mentioned 5
11   employees or 500.
12           Q.    Why is that important to you?
13           A.    Well, again, if -- if it's --
14   this was in preparation for this lawsuit.  I
15   was looking for ammunition that says, hey, we
16   were always told this thing had plenty of
17   horsepower.  This -- this piece of paper is
18   one example of that.
19           Q.    Well, why is -- why is 5 to 500
20   employees important?
21           A.    Well, again, to me, that's users.
22           Q.    Okay.
23           A.    And when --
24           Q.    Is it because that --
25           A.    We're going to plow through a lot
```

Daniel J. Lowery - February 8, 2012

1  of emails here tomorrow that is going to say

2  you are tapping out at 120 users, and that was

3  never the objective.

4           Q.   Is it fair to say that you were

5  looking for statements that had made, had been

6  made by SAP referencing 5 to 500 employees as

7  backup for statements that you made to LSi,

8  saying that the software -- or statements that

9  you made to Hodell, saying that the software

10 could support 5 to 500 employees?

11          A.   Yes.

12          Q.   Okay.  How about this will be the

13 last one for today.

14          (Whereupon, Exhibit 37 was marked for

15 identification.)

16          MR. OTTO REIDL:  I didn't want to give

17 it to you upside down.  Sorry

18          THE REPORTER:  Oh, okay.

19          MR. OTTO REIDL:  I didn't know where

20 the top was.  Still don't.

21 BY MR. LAMBERT:

22          Q.   The court reporter has handed you

23 what's been marked as Exhibit 36.  Can you

24 review that --

25          MR. HULME:  Seven.

Daniel J. Lowery - February 8, 2012

1   collaterals, and I'm not sure back then we had

2   the ability to download them, or if they just

3   mailed them and we ordered them. I mean, this

4   is the type of thing you'd order a hundred of

5   and mail them out.

6          Q.   Is it fair to say that this is

7   information that SAP provided to you --

8          A.   Correct.

9          Q.   -- with the intention of it being

10  provided to potential customers?

11         A.   Correct.

12         Q.   Is it fair to say you don't

13  recall the specific person you received it

14  from?

15         A.   I do not.

16         Q.   Turn to the page that is labeled

17  LSI-422 at the bottom.

18         A.   (Doing as indicated.) Okay.

19         Q.   There is some text with a bracket

20  and a star next to it.

21         A.   Uh-huh.

22         Q.   Can you read that for me?

23         A.   SAP One, Business One, is ideally

24  suited for companies with revenues up to 100

25  million, or with up to 250 employees.

Daniel J. Lowery - February 8, 2012

127

1    going to Business One.  So I would say this is

2    probably not part of that, but --

3          Q.   Okay.  Well, let's mark that as

4    Exhibit 38.

5          (Whereupon, Exhibit 38 was marked for

6    identification.)

7    BY MR. LAMBERT:

8          Q.   For the record, Exhibit 38, we

9    have taken out of Exhibit 37.  It's a one-page

10   document bearing the Bates label LSI-425.

11   Do you recall seeing this document before?

12         A.   Yes.

13         Q.   Is that your -- there is some

14   handwriting, or a line drawn on this text in

15   the left-hand column.

16         A.   Correct.

17         Q.   Was that put there by you?

18         A.   Yes.

19         Q.   Why?

20         A.   Again, 5 to 500 employees.

21   Probably did that to highlight that on this

22   document, in preparation for this lawsuit.

23         Q.   Again, as backup to you for the

24   reason that you told Hodell that -- that the

25   software could support 5 to 500 employees?

128

1          A.    Right.

2          Q.    Right?  I'm sorry, I didn't hear

3   you.

4          A.    Well, I think the number they use

5   is 300 users or something.

6          Q.    Okay.

7          A.    But yeah, I mean, this was common

8   knowledge, yes.

9          Q.    It's a -- there is a reference to

10  an ROI calculator.

11         A.    Uh-huh.

12         Q.    Is it your understanding that to

13  a -- to a company purchasing SAP Business One,

14  gauging its return on that investment would be

15  important to the company?

16         A.    Yes.

17         Q.    Okay.

18         MR. LAMBERT:  Off the record.

19         (Whereupon, at 6:41, the deposition was

20  continued until the following morning.)

21

22

23

24

25

Daniel J. Lowery - Vol. 2 - February 9, 2012

292

1          Q.    And he says, about halfway

2     through the first paragraph, things are

3     particularly dire in Reno and Houston.  We've

4     lost one sales employee in Reno, due to the

5     strain.  He had been with the company for five

6     plus years, correct?

7          A.    Correct.  That's what it says.

8          Q.    Passing along information to you

9     that Hodell's beginning to lose key employees

10    based upon software performance, correct?

11         A.    That's what he says.

12         Q.    Did you pass that information

13    along to SAP?

14         A.    Did I pass that along to who,

15    SAP?

16         Q.    Yes.

17         A.    Yes.

18         (Whereupon, Exhibit 69 was marked for

19    identification.)

20         THE WITNESS:  To Sotnick.  Looks like

21    you start from the last page in this one.

22    Okay.  So I started this whole thing with an

23    email to Udi Ziv, copy everybody, told him

24    what we did, says why aren't they fixing

25    performance.  So I must have found out that

```
 1  Udi Ziv was important in this whole thing.
 2  Okay.  And then the next thing is, Kraus to
 3  Udi Ziv, and any help you can give Lowery is
 4  appreciated.  Dirk's team is currently working
 5  with LSi and Accellos, which is Radio Beacon.
 6  Customer is at the large end of the B1 target
 7  and was sold with the understanding that a
 8  complete test -- so ah, so here he goes.  Here
 9  is Kraus.  Unfortunately, the partner only
10  tested the --
11          THE REPORTER:  Wait.  Wait.  Wait.  If
12  you're going to say it, I need to hear you.
13          THE WITNESS:  Well, he said, customer
14  is at the large end -- this is Dan Kraus
15  talking to Udi Ziv.  This is in April.  The
16  customer is at the large end of the B1 target
17  and was sold with the understanding that
18  complete testing would be done prior to go
19  live.  Unfortunately, the partner only tested
20  the functionality and never did a load
21  performance.  It is the load that is hurting
22  us here, due to the SQL connections and table
23  locks.  If we don't get this resolved, we will
24  likely end up taking a return from the
25  customer and putting the partner out of
```

1  business.  Well, he was right there.  I think
2  there is some ideas on the table with Daniel
3  or Dirk's team, so again, we'd appreciate any
4  -- by the way, McDermott's email -- email
5  address for Bill McDermott in the original
6  message is invalid, so I think you all --
7         And then Udi replies, I honestly do not
8  know what to tell you.  Someone had told --
9  someone has sold to the wrong customer, which
10 is way above any sane B1 sweet spot.  120
11 users.  And obviously they're experiencing
12 severe performance issues.  I cannot commit to
13 resolving this.
14        I don't think I've ever seen that one
15 before.  Okay.  Why -- did it take the
16 customers two and a half years to get
17 implemented or did they start late?  Kraus
18 says to Udi, this customer was sold in 2004,
19 before there was any announced or understood
20 issue.
21        MR. STAR:  Is there an actual question
22 pending?
23        THE WITNESS:  Yes.  Oh.
24 BY MR. LAMBERT:
25        Q.   There isn't, but I was --

Daniel J. Lowery - Vol. 2 - February 9, 2012

295

1          A.    Sure.  Go ahead.  You want to ask
2    a question?
3          Q.    I was eventually going to.  I was
4    letting you review it as much -- if you want
5    to first.
6          A.    Well, I was just reading it.
7          Q.    Let me know when you're ready.
8          A.    I don't believe I have seen any
9    of this.  This is new stuff.  Okay.  All
10   right.
11         Q.    I wanted to ask you about your
12   email to Udi Ziv, that I guess started this
13   whole chain.
14         A.    Yep.
15         Q.    Why were you emailing Mr. Ziv at
16   this point?
17         A.    Try to break some glass for
18   Hodell, get some people involved.  Where we at
19   here?  April 11th?
20         Q.    Correct.
21         A.    I must have been frustrated that
22   nothing was happening.  I wanted Udi Ziv -- I
23   must have found out he was important in this
24   whole thing.
25         Q.    Do you know how he was important,

Daniel J. Lowery - Vol. 2 - February 9, 2012

296

 1    because I haven't seen a title for him
 2    anywhere?
 3             A.    Well, he was important enough to
 4    know, or he can clearly state this never
 5    should have been sold.
 6             Q.    You just don't know his job
 7    title?
 8             A.    I don't know what his job title
 9    is, but -- probably, maybe product manager
10    something, I'm guessing, over in Israel.
11             Q.    But he was in-house with SAP,
12    correct?
13             A.    He was what?
14             Q.    He was in-house with SAP,
15    correct?
16             A.    Does that mean employee of?
17             Q.    Yeah.
18             A.    Yeah.
19             Q.    Told him that Hodell was running
20    on 120 users, correct?
21             A.    Correct.
22             Q.    I heard you reading some of the
23    information that he was telling or providing
24    to Dan Kraus in response to your email,
25    correct?

1         A.    Right.

2              Q.    Was any of that information

3    communicated back to you?

4              A.    No.    These were internals, yeah.

5    These all came from SAP.    I never saw these.

6    These would have been fun to have back then.

7              Q.    Why is that?

8              A.    Brought them over to Otto, and we

9    would have said, hey, what is going on?    We

10   would have rattled the cages even more.

11             You see, what Kraus is trying to do now

12   -- okay.    Udi says, this should have never

13   been sold, so Kraus, at this point, probably

14   says, I got to save my job.    The only way to

15   do this --

16             Q.    At this point -- at this point,

17   couldn't have Hodell rolled back to their old

18   system?

19             A.    Had we known it, I don't know,

20   not without a lot of work, but that's an

21   interesting darn question.    I don't know.    I'd

22   like to sit down and ask Otto that offline or

23   something, but ....

24             Q.    Well, do you recall it ever being

25   discussed whether Hodell should roll back to

 1   FACTS, rather than continue on Business One?
 2          A.    It's a very difficult thing to
 3   do, I remember that, from a technical
 4   standpoint.
 5          Q.    My question is --
 6          A.    Jon Woodrum would know the
 7   answers.  I mean, Kevin may know the answers,
 8   but I don't know, but it was a very difficult
 9   thing, I know that.
10          Q.    But do you recall it being
11   discussed as an option?
12          A.    I don't think so.
13          Q.    Okay.
14          A.    If it was, it was never -- I was
15   never in on it, where there is -- but had we
16   all known, had I known what a hard line
17   Udi Ziv took on an internal email right here,
18   that could have precipitated a meeting with
19   Hodell, and let's all talk and see what we
20   want to do.  That's the first time anybody
21   ever said that.  Hmm.
22          THE WITNESS:  You got a copy of that
23   one?
24          MR. HULME:  Uh-huh.
25          THE WITNESS:  I mean, this is a very

299

```
 1  important email, in my eyes, that should --
 2          MR. HULME:  Wait for a question.
 3          THE WITNESS:  Huh?
 4          MR. HULME:  Wait for a question now.
 5          THE WITNESS:  Oh, okay.  That we should
 6  have seen.  Okay.
 7          MR. HULME:  Green tag.
 8          THE WITNESS:  Okay.  Let me continue
 9  here.  This has got me upset.  Here we are in
10  April, the month after we went live, we got
11  the head guy, this Udi Ziv, whoever, you can
12  find his title, and he's saying this should
13  never have been sold?  If we had known that at
14  that time, that would have been a very darn
15  interesting piece of information to have,
16  because we went on beating this thing for --
17  I'm thinking out loud here -- I mean, actively
18  trying to fix the problems well into December
19  of '07, I'm guessing.  Because you sent me an
20  email in January saying you're going to go to
21  another software product.  I'm thinking out
22  loud here.  I mean, we were seriously trying
23  to get help, at least well into the late part
24  of '07.  And here in April, probably the
25  product manager says this should never have
```

Daniel J. Lowery - Vol. 2 - February 9, 2012

300

1   been sold.  That's -- that's beyond horrible.

2   BY MR. LAMBERT:

3           Q.   Do you recall receiving a reply

4   from Mr. Ziv?

5           A.   I don't know.  I'm too pissed

6   right now.  I don't know.  I can probably tell

7   you.  Give me like ten minutes on my computer.

8   Thousands and thousands of hours that we

9   continued to throw at this.

10          MR. HULME:  Let's take a break.

11          THE WITNESS:  You going to let me calm

12  down?

13          MR. HULME:  Yeah.

14          THE WITNESS:  Well, that just upset me.

15          MR. HULME:  Well, I can tell.

16          (Whereupon, a break was taken from 1:50

17  until 1:52.)

18          MR. LAMBERT:  Back on.

19  BY MR. LAMBERT:

20          Q.   Mr. Lowery, has anyone ever told

21  you that the volume of records maintained by

22  Hodell exceeded any volume that had been

23  tested on Business One?

24          A.   No.

25          Q.   No one's ever told you that?

Daniel J. Lowery - Vol. 2 - February 9, 2012

1          A.    You mean has anyone ever told me

2     that the volumes being tested -- are you going

3     back to my testing or something?

4          Q.    No.   I'm saying, has anyone ever

5     told you whether the amount of data maintained

6     by Hodell --

7          A.    Exceeded?

8          Q.    -- exceeded the amount of data

9     that had been tested as being supportable by

10    Business One?

11         A.    Not until five minutes ago.

12         Q.    Had anyone told you -- has anyone

13    ever told you that the number of users being

14    utilized by Hodell exceeded the amount that

15    had been tested for SAP Business One by SAP?

16         A.    Prior to me reading that?

17         Q.    Yes.

18         A.    No.

19         Q.    By that, you mean Exhibit 69,

20    correct?

21         A.    Yes.

22         Q.    Okay.   When was the first time

23    you heard of a "sweet spot" for Business One?

24         A.    The what?   My ears are not the

25    best.   You said when was the first time I