# In The Matter Of:

*Hodell-Natco Industries, Inc. v.*
*SAP America, Inc., et al.*

*Edward Neveux*
*March 15, 2012*

**NEXTGEN|REPORTING**

Making Litigation Easier.  NextGenReporting.com

PHILADELPHIA | 215.944.5800   NEW YORK CITY | 646.470.3376   PHOENIX | 623.224.2760   SILICON VALLEY | 650.799.8020

*Original File 2012-01662.txt*
*Min-U-Script® with Word Index*

```
                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF OHIO
                         EASTERN DIVISION


HODELL-NATCO                )   Case No. 1:08 CV 2755
INDUSTRIES, INC.,           )
                            )   Judge:  Lesley Wells
         Plaintiff,         )   Magistrate Judge:
                            )       Greg White
   vs.                      )
                            )       VOLUME I
SAP AMERICA, INC., et       )
al.,                        )
                            )
         Defendants.        )
```

AUDIOVISUAL DEPOSITION OF EDWARD NEVEUX

DATE:  Thursday, March 15, 2012
TIME:  9:17 a.m.
PLACE: Residence Inn
       91 Hall Street
       Concord, New Hampshire


NEXTGEN REPORTING

Registered Professional Reporters

|   |   |   |
|---|---|---|
| 1 |   | written better than it was to try to address |
| 2 |   | the performance issues it was having. |
| 3 | Q | Okay. When Ralf is referencing the data set |
| 4 |   | issue at Hodell, do you know specifically |
| 5 |   | what data set issue he's talking about? |
| 6 | A | I don't know how to answer that. I want to |
| 7 |   | say, no, I don't specifically know, but I |
| 8 |   | would think it would be in reference to, |
| 9 |   | again, going back to the original e-mails, |
| 10 |   | that the overall size of the data that LSi |
| 11 |   | had at the time from Hodell was working with, |
| 12 |   | which initially in 2006 we said was over the |
| 13 |   | limits. That's what I believe he's referring |
| 14 |   | to in the data set when he's referring to the |
| 15 |   | data being too large. |
| 16 | Q | Ralf's conclusion or his summary is, quote, |
| 17 |   | "Hodell just has too much data. SAP Business |
| 18 |   | One cannot handle it, and there is no fix in |
| 19 |   | sight. I believe we need to find a way to |
| 20 |   | get customer off SAP Business One," unquote. |
| 21 | A | Yes, sir. |
| 22 | Q | Was that your conclusion at this time also? |
| 23 | A | No. I mean, it wouldn't have been anywhere |
| 24 |   | in my, you know, frame of reference, because |
| 25 |   | I don't really deal with it to say, you know, |

| | | |
|---|---|---|
| 1 | | unless he could give us a hundred percent, |
| 2 | | that we know we can handle data sets as large |
| 3 | | as Hodell, then this wasn't going to be a |
| 4 | | solution for them. |
| 5 | Q | Okay. Finishing off that sentence you just |
| 6 | | read, it says, "As this core issue is a |
| 7 | | Business One issue in its own base code." |
| 8 | | What did you mean by that? |
| 9 | A | I believe what I was saying there is that |
| 10 | | there were already -- well, we already knew |
| 11 | | there were performance issues in large data |
| 12 | | sets just in Business One itself; that, you |
| 13 | | know, the issue itself was just part of |
| 14 | | Business One's core code. I mean, it was |
| 15 | | part of Business One. |
| 16 | | So unless he could guarantee, which is |
| 17 | | really, I guess you could say -- unless he |
| 18 | | could guarantee 2007A was able to handle |
| 19 | | larger data sets and he knew that for a fact |
| 20 | | and it was somewhere in writing, then I was |
| 21 | | saying this isn't going to be a solution for |
| 22 | | Hodell. |
| 23 | Q | Okay. How long had you known that large data |
| 24 | | sets was an issue in Business One's core |
| 25 | | code? Was it since you started at SAP? |

| | | |
|---|---|---|
| 1 | A | Yes -- well, again, you can code any way. |
| 2 | | It's basically -- I don't want to say |
| 3 | | criticizing. What she's saying was, as I |
| 4 | | was, because we physically didn't have the |
| 5 | | code, why are they doing these things in |
| 6 | | these areas. |
| 7 | Q | And then you replied to her e-mail, right, on |
| 8 | | the -- |
| 9 | A | First page. |
| 10 | Q | -- first page, right? |
| 11 | A | Yes. |
| 12 | Q | And again reiterated the issues with Hodell's |
| 13 | | environment, including the database size, |
| 14 | | right? |
| 15 | A | Yes, sir. |
| 16 | Q | And then two paragraphs down, you also |
| 17 | | reference performance degradation as more |
| 18 | | users come up onto the system, correct? |
| 19 | A | Yes. |
| 20 | Q | How did you come to that conclusion? |
| 21 | A | I think it was just based on, you know, being |
| 22 | | there. I don't remember. I think I was |
| 23 | | there not real early, but early in the |
| 24 | | morning, when there were fewer users. |
| 25 | | And as the day progressed, some more |

users came onto the system, and they were specifically in the areas where, you know, we already knew of performance issues, such as sales orders and so forth, where In-Flight also affected that.

And then at that point we started to notice some performance degradation, but in the paragraph above it, I did say, "Personally, the performance that I witnessed yesterday was not as bad as I thought."

I actually thought when I went to Hodell, very nice people, but I thought I was going to get my head chewed off, because, you know, all the e-mails prior to that, where the performance was just so bad. And I mean, I actually thought that the system was unusable.

And for the people that I sat with -- and I definitely didn't sit with anybody. I just tried to sit with some key people doing key things on software where In-Flight was being used, you know, while I expected to see it just lock up, stop, and, you know, you wouldn't be able to do anything. You know, performance was a bit of a nuisance, but it

```
 1         wasn't like they couldn't work on the system,
 2         at least from what I saw on that particular
 3         day.
 4    Q    Do you have an opinion one way or the other
 5         as to whether it was acceptable, whether the
 6         performance of the system was acceptable from
 7         a customer's point of view?
 8    A    That's a personal opinion.  I sat there
 9         trying to be objective, because I worked for
10         many other software companies, and while I
11         felt to myself it was a bit of a nuisance, I
12         didn't feel like, if I were sitting in that
13         particular chair doing that work, that I
14         would not be able to do my day-to-day work.
15              I mean, I totally expected, you know,
16         really bad things, and I didn't see it that
17         way.
18    Q    Do you have any reason to disagree with
19         Hodell's point of view that the system was
20         unacceptable for based upon what they had
21         purchased?
22              MR. STAR:  Objection to form.
23              You can answer it.
24    A    From my personal opinion, I guess how they --
25         I guess as them, and I'm not them.  But I
```

| | | |
|---|---|---|
| 1 | | talking to another programmer. |
| 2 | Q | Okay. Well, did Apollo find any -- in the |
| 3 | | parts of the code that Apollo did get to |
| 4 | | review, do you recall them finding any issues |
| 5 | | with it? |
| 6 | A | I remember two things. I remember saying |
| 7 | | that for what they did get -- but, you know, |
| 8 | | they couldn't tell, because they didn't get |
| 9 | | everything. They got bits and pieces. |
| 10 | | I remember them saying that the coding |
| 11 | | was good, but they did find places which did |
| 12 | | fall in line with what we recommended, we |
| 13 | | being SAP, where they felt that LSi could |
| 14 | | still improve on their code to give better |
| 15 | | performance out of their code. |
| 16 | Q | You do end up making the statement to them in |
| 17 | | the second paragraph though, that the add-on |
| 18 | | code is by no means the only factor with |
| 19 | | respect to performance, correct? |
| 20 | A | Right, because I mentioned infrastructure, |
| 21 | | and that was based on the visit there. I |
| 22 | | felt that there were two things. There was |
| 23 | | the actual add-on code from LSi, being |
| 24 | | In-Flight, and then I said I believe that |
| 25 | | there was infrastructure issues there, which |