

DEPOSITION EXHIBIT 24

## HODELL - NATCO INDUSTRIES INC.
### CONSOLIDATED
### CALENDAR YEAR 2002

| CONDENSED INCOME SUMMARY | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEP | OCT | NOV | DEC | ANNUAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GROSS SALES | 1,792,606 | 2,149,590 | 2,101,944 | 2,235,646 | 2,163,538 | 2,109,587 | 2,194,304 | 2,213,777 | 2,081,426 | 2,238,877 | 1,797,512 | 1,785,322 | 24,864,129 |
| SALES DEDUCTIONS | (25,008) | (25,148) | (27,106) | (33,858) | (27,480) | (27,481) | (27,138) | (32,616) | (55,826) | (34,266) | (25,517) | (38,386) | (379,830) |
| NET SALES | 1,767,597 | 2,124,442 | 2,074,838 | 2,201,788 | 2,136,058 | 2,082,106 | 2,167,166 | 2,181,161 | 2,025,600 | 2,204,611 | 1,771,996 | 1,746,937 | 24,484,299 |
| COST OF PRODUCT SOLD | 989,899 | 1,186,999 | 1,157,892 | 1,207,650 | 1,179,424 | 1,113,509 | 1,172,275 | 1,178,201 | 1,079,186 | 1,195,489 | 956,740 | 938,234 | 13,355,497 |
| PRODUCT MARGIN | 777,699 | 937,443 | 916,946 | 994,139 | 956,634 | 968,597 | 994,891 | 1,002,960 | 946,414 | 1,009,122 | 815,256 | 808,703 | 11,128,803 |
| PROD MARGIN PERCENT | 44.0% | 44.1% | 44.2% | 45.2% | 44.8% | 46.5% | 45.9% | 46.0% | 46.7% | 45.8% | 46.0% | 46.3% | 45.5% |
| OTHER COST OF SALES | 411,407 | 492,049 | 479,229 | 509,767 | 496,087 | 477,680 | 506,028 | 509,205 | 482,200 | 496,182 | 435,801 | 370,858 | 5,666,492 |
| TOTAL COST OF SALES | 1,401,305 | 1,679,047 | 1,637,121 | 1,717,417 | 1,675,511 | 1,591,189 | 1,678,303 | 1,687,406 | 1,561,386 | 1,691,671 | 1,392,541 | 1,309,091 | 19,021,989 |
| GROSS PROFIT | 366,292 | 445,394 | 437,718 | 484,371 | 460,547 | 490,916 | 488,853 | 493,755 | 464,214 | 512,939 | 379,455 | 437,845 | 5,462,310 |
| GROSS PROFIT PERCENT | 20.7% | 21.0% | 21.1% | 22.0% | 21.6% | 23.6% | 22.6% | 22.6% | 22.9% | 23.3% | 21.4% | 25.1% | 22.3% |
| SALES & ADMIN EXPENSE | 375,785 | 461,214 | 431,580 | 447,931 | 461,711 | 435,619 | 450,199 | 426,346 | 433,606 | 448,220 | 357,176 | 377,491 | 5,106,878 |
| INTEREST EXPENSE | 38,493 | 51,144 | 53,337 | 49,918 | 52,673 | 48,745 | 48,090 | 51,178 | 46,167 | 50,560 | 46,711 | 48,207 | 585,223 |
| OPERATING PROFIT | (47,986) | (66,964) | (47,200) | (13,478) | (53,837) | 6,552 | (9,425) | 16,231 | (15,559) | 14,160 | (24,431) | 12,148 | (229,791) |
| OTHER INCOME / ( EXPENSE) | 6,744 | 5,569 | 10,345 | 15,010 | 8,453 | 6,559 | 6,285 | 10,047 | 7,064 | 6,399 | 5,333 | 4,534 | 92,342 |
| PROFIT BEFORE TAX | (41,243) | (61,394) | (36,855) | 1,532 | (45,385) | 13,111 | (3,140) | 26,278 | (8,496) | 20,559 | (19,098) | 16,682 | (137,448) |
| PERCENT TO NET SALES | -2.3% | -2.9% | -1.8% | 0.1% | -2.1% | 0.6% | -0.1% | 1.2% | -0.4% | 0.9% | -1.1% | 1.0% | -0.6% |
| LABOR AND PRODUCTION STATISTICS: | | | | | | | | | | | | | |
| WORK DAYS | 22 | 20 | 20 | 22 | 22 | 20 | 22 | 22 | 20 | 23 | 19 | 19 | 251 |
| WAREHOUSE EMPLOYEES | 67 | 78 | 72 | 72 | 73 | 76 | 74 | 70 | 73 | 72 | 69 | 69 | 72 |
| OFFICE EMPLOYEES | 44 | 55 | 56 | 55 | 56 | 56 | 54 | 54 | 53 | 51 | 49 | 49 | 53 |
| OUTSIDE SALES EMPLOYEES | 1 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| OFFICE EMPLOYEES ( CORP. ) | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 |
| TOTAL POPULATION | 121 | 145 | 140 | 139 | 141 | 144 | 140 | 136 | 138 | 135 | 130 | 130 | 137 |
| TOTAL HOURS WORKED - HRLY | 10,380 | 9,946 | 9,645 | 10,379 | 10,774 | 9,861 | 10,575 | 10,525 | 9,786 | 11,213 | 9,213 | 8,521 | 120,816 |
| OVERTIME HRS WORKED-HRLY | 361 | 419 | 386 | 477 | 342 | 435 | 461 | 502 | 310 | 483 | 452 | 268 | 4,896 |
| POUNDS SHIPPED | 1,177,562 | 1,569,665 | 1,496,805 | 1,637,879 | 1,626,247 | 1,591,561 | 1,572,655 | 1,621,401 | 1,437,387 | 1,571,828 | 1,259,838 | 1,274,796 | 17,837,624 |
| POUNDS SHIPPED / HOUR WKD | 113.4 | 157.8 | 155.2 | 157.8 | 150.9 | 161.4 | 148.7 | 154.0 | 146.9 | 140.2 | 136.7 | 149.6 | 147.6 |
| POUNDS SHIPPED / WORKDAY | 53,526 | 78,483 | 74,840 | 74,449 | 73,920 | 79,578 | 71,484 | 73,700 | 71,869 | 68,340 | 66,307 | 67,095 | 71,066 |
| AVERAGE SALES / WORKDAY | 80,345 | 106,222 | 103,742 | 100,081 | 97,094 | 104,105 | 98,508 | 99,144 | 101,280 | 95,853 | 93,263 | 91,944 | 97,547 |
| AVG PROD MARGIN / WORKDAY | 35,350 | 46,872 | 45,847 | 45,188 | 43,483 | 48,430 | 45,222 | 45,589 | 47,321 | 43,875 | 42,908 | 42,563 | 44,338 |
| AVERAGE SALES / EMPLOYEE | 14,608 | 14,651 | 14,820 | 15,840 | 15,149 | 14,459 | 15,480 | 16,038 | 14,678 | 16,330 | 13,631 | 13,438 | 179,263 |
| AVG PROD MARGIN / EMPLOYEE | 6,427 | 6,465 | 6,550 | 7,152 | 6,785 | 6,726 | 7,106 | 7,375 | 6,858 | 7,475 | 6,271 | 6,221 | 81,480 |
| AVG SELLING PRICE / POUND | 1.501 | 1.353 | 1.386 | 1.344 | 1.313 | 1.308 | 1.378 | 1.345 | 1.409 | 1.403 | 1.407 | 1.370 | 1.373 |
| AVERAGE COST / POUND | 0.919 | 0.841 | 0.864 | 0.823 | 0.802 | 0.783 | 0.823 | 0.816 | 0.841 | 0.847 | 0.848 | 0.827 | 0.834 |
| SELLING PRICE MINUS COST | 0.582 | 0.512 | 0.522 | 0.521 | 0.511 | 0.525 | 0.555 | 0.529 | 0.569 | 0.555 | 0.558 | 0.543 | 0.539 |
| AVERAGE S.T. HOURLY RATE | 9.899 | 9.943 | 9.981 | 9.920 | 9.802 | 9.675 | 9.751 | 9.646 | 9.748 | 9.747 | 9.723 | 9.711 | 9.788 |
| NEW ORDERS BOOKED: | | | | | | | | | | | | | |
| INCOMING ORDERS | 5,762 | 6,103 | 6,110 | 6,850 | 6,596 | 6,111 | 6,558 | 6,711 | 6,220 | 6,934 | 5,479 | 4,991 | 74,425 |
| INCOMING ORDERS - VALUE | 1,846,641 | 2,111,808 | 1,962,836 | 2,275,739 | 2,121,575 | 2,119,560 | 2,231,357 | 2,254,865 | 2,086,193 | 2,280,872 | 1,961,883 | 1,624,570 | 24,877,900 |
| AVERAGE ORDER VALUE | 320 | 346 | 321 | 332 | 322 | 347 | 340 | 336 | 335 | 329 | 358 | 325 | 334 |

CONFIDENTIAL

## HODELL - NATCO INDUSTRIES INC.
### CONSOLIDATED
### CALENDAR YEAR 2003

| CONDENSED INCOME SUMMARY | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | ANNUAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GROSS SALES | 2,193,094 | 1,838,163 | 2,155,853 | 2,023,468 | 2,158,967 | 2,223,673 | 2,352,853 | 2,269,570 | 2,312,915 | 2,409,104 | 1,916,106 | 1,899,917 | 25,753,684 |
| SALES DEDUCTIONS | (28,555) | (53,338) | (41,189) | (38,374) | (46,334) | (21,908) | (37,269) | (45,291) | (24,637) | (26,424) | (117,875) | (33,638) | (515,032) |
| NET SALES | 2,164,539 | 1,784,826 | 2,114,664 | 1,985,094 | 2,112,633 | 2,201,765 | 2,315,584 | 2,224,278 | 2,288,079 | 2,382,680 | 1,798,231 | 1,866,279 | 25,238,652 |
| COST OF PRODUCT SOLD | 1,134,339 | 973,759 | 1,151,517 | 1,085,961 | 1,160,918 | 1,224,428 | 1,275,317 | 1,239,502 | 1,271,363 | 1,323,000 | 1,047,899 | 1,027,584 | 13,915,587 |
| PRODUCT MARGIN | 1,030,200 | 811,067 | 963,147 | 899,133 | 951,715 | 977,338 | 1,040,267 | 984,777 | 1,016,715 | 1,059,680 | 750,333 | 838,695 | 11,323,066 |
| PROD MARGIN PERCENT | 47.6% | 45.4% | 45.5% | 45.3% | 45.0% | 44.4% | 44.9% | 44.3% | 44.4% | 44.5% | 41.7% | 44.9% | 44.9% |
| OTHER COST OF SALES | 477,059 | 455,646 | 486,968 | 466,548 | 477,318 | 510,346 | 549,548 | 510,050 | 505,254 | 555,297 | 469,566 | 512,299 | 5,975,899 |
| TOTAL COST OF SALES | 1,611,398 | 1,429,405 | 1,638,486 | 1,552,509 | 1,638,237 | 1,734,774 | 1,824,865 | 1,749,551 | 1,776,618 | 1,878,297 | 1,517,464 | 1,539,882 | 19,891,486 |
| GROSS PROFIT | 553,141 | 355,420 | 476,178 | 432,585 | 474,397 | 466,992 | 490,719 | 474,727 | 511,461 | 504,383 | 280,767 | 326,396 | 5,347,166 |
| GROSS PROFIT PERCENT | 25.6% | 19.9% | 22.5% | 21.8% | 22.5% | 21.2% | 21.2% | 21.3% | 22.4% | 21.2% | 15.6% | 17.5% | 21.2% |
| SALES & ADMIN EXPENSE | 443,478 | 383,128 | 402,979 | 405,585 | 402,277 | 400,215 | 439,559 | 414,934 | 473,377 | 468,686 | 345,681 | 362,763 | 4,942,663 |
| INTEREST EXPENSE | 45,012 | 46,206 | 38,151 | 36,674 | 37,922 | 36,306 | 43,047 | 35,304 | 40,854 | 37,568 | 39,462 | 37,048 | 473,554 |
| OPERATING PROFIT | 64,651 | (73,914) | 35,048 | (9,674) | 34,198 | 30,471 | 8,113 | 24,488 | (2,771) | (1,871) | (104,376) | (73,414) | (69,051) |
| OTHER INCOME / ( EXPENSE ) | (2,621) | 8,694 | (852) | 12,087 | 1,187 | 5,333 | (370) | (2,621) | 5,165 | 5,153 | (2,511) | 22,422 | 51,067 |
| PROFIT BEFORE TAX | 62,030 | (65,220) | 34,196 | 2,413 | 35,385 | 35,804 | 7,743 | 21,867 | 2,395 | 3,282 | (106,887) | (50,992) | (17,984) |
| PERCENT TO NET SALES | 2.9% | -3.7% | 1.6% | 0.1% | 1.7% | 1.6% | 0.3% | 1.0% | 0.1% | 0.1% | -5.9% | -2.7% | -0.1% |
| LABOR AND PRODUCTION STATISTICS | | | | | | | | | | | | | |
| WORK DAYS | 22 | 20 | 21 | 21 | 21 | 21 | 22 | 21 | 21 | 23 | 18 | 20 | 251 |
| WAREHOUSE EMPLOYEES | 68 | 73 | 72 | 71 | 71 | 73 | 75 | 77 | 74 | 76 | 79 | 78 | 74 |
| OFFICE EMPLOYEES | 50 | 51 | 51 | 50 | 51 | 52 | 53 | 53 | 55 | 56 | 56 | 58 | 53 |
| OUTSIDE SALES EMPLOYEES | 2 | 2 | 2 | 2 | 2 | 1 | 2 | 2 | 2 | 2 | 2 | 1 | 2 |
| OFFICE EMPLOYEES ( CORP. ) | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 |
| TOTAL POPULATION | 129 | 135 | 134 | 132 | 133 | 135 | 139 | 141 | 140 | 143 | 146 | 146 | 138 |
| TOTAL HOURS WORKED - HRLY | 10,420 | 9,649 | 10,816 | 9,761 | 9,974 | 10,846 | 11,355 | 10,620 | 10,759 | 11,311 | 9,480 | 10,002 | 124,992 |
| OVERTIME HRS WORKED-HRLY | 310 | 256 | 281 | 165 | 322 | 442 | 342 | 402 | 330 | 341 | 196 | 208 | 3,593 |
| POUNDS SHIPPED | 1,507,975 | 1,317,679 | 1,567,355 | 1,519,457 | 1,552,911 | 1,666,386 | 1,724,774 | 1,662,867 | 1,662,246 | 1,765,789 | 1,369,707 | 1,322,700 | 18,639,846 |
| POUNDS SHIPPED / HOUR WKD | 144.7 | 136.6 | 144.9 | 155.7 | 155.7 | 153.6 | 151.9 | 156.6 | 154.5 | 156.1 | 144.5 | 132.2 | 149.1 |
| POUNDS SHIPPED / WORKDAY | 68,544 | 65,884 | 74,636 | 72,355 | 73,948 | 79,352 | 78,399 | 79,184 | 79,155 | 76,773 | 76,095 | 66,135 | 74,262 |
| AVERAGE SALES / WORKDAY | 98,388 | 89,241 | 100,698 | 94,528 | 100,602 | 104,846 | 105,254 | 105,918 | 108,956 | 103,595 | 99,902 | 93,314 | 100,552 |
| AVG PROD MARGIN / WORKDAY | 46,827 | 40,553 | 45,864 | 42,816 | 45,320 | 46,540 | 47,285 | 46,894 | 48,415 | 46,073 | 41,685 | 41,935 | 45,112 |
| AVERAGE SALES / EMPLOYEE | 16,779 | 13,221 | 15,781 | 15,039 | 15,884 | 16,309 | 16,659 | 15,775 | 16,343 | 16,662 | 12,317 | 12,783 | 182,828 |
| AVG PROD MARGIN / EMPLOYEE | 7,986 | 6,008 | 7,188 | 6,812 | 7,156 | 7,240 | 7,484 | 6,984 | 7,262 | 7,410 | 5,139 | 5,744 | 81,934 |
| AVG SELLING PRICE / POUND | 1.435 | 1.355 | 1.349 | 1.306 | 1.360 | 1.321 | 1.343 | 1.338 | 1.376 | 1.349 | 1.313 | 1.411 | 1.354 |
| AVERAGE COST / POUND | 0.831 | 0.825 | 0.823 | 0.797 | 0.842 | 0.828 | 0.837 | 0.828 | 0.845 | 0.846 | 0.860 | 0.890 | 0.837 |
| SELLING PRICE MINUS COST | 0.604 | 0.530 | 0.526 | 0.509 | 0.518 | 0.493 | 0.506 | 0.510 | 0.531 | 0.503 | 0.453 | 0.521 | 0.517 |
| AVERAGE S.T. HOURLY RATE | 9.650 | 9.651 | 9.667 | 9.428 | 9.855 | 9.742 | 9.662 | 9.705 | 9.779 | 9.778 | 9.797 | 9.824 | 9.740 |
| NEW ORDERS BOOKED | | | | | | | | | | | | | |
| INCOMING ORDERS | 6,470 | 5,695 | 6,243 | 6,467 | 6,357 | 6,551 | 6,816 | 6,134 | 6,619 | 7,214 | 5,653 | 5,611 | 75,830 |
| INCOMING ORDERS - VALUE | 2,444,471 | 2,072,658 | 2,149,835 | 2,184,989 | 2,095,964 | 2,372,717 | 2,375,162 | 2,276,887 | 2,455,580 | 2,571,024 | 1,996,784 | 1,882,330 | 26,878,401 |
| AVERAGE ORDER VALUE | 378 | 364 | 344 | 338 | 330 | 362 | 348 | 371 | 371 | 356 | 353 | 335 | 354 |

CONFIDENTIAL

HODL032392

### HODELL - NATCO INDUSTRIES INC.
#### CONSOLIDATED
#### CALENDAR YEAR 2004

| CONDENSED INCOME SUMMARY | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | ANNUAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GROSS SALES | 2,170,924 | 2,233,901 | 3,017,242 | 2,866,913 | 2,805,232 | 2,845,427 | 2,801,515 | 3,246,461 | 2,916,455 | 2,733,806 | 2,644,883 | 2,637,580 | 32,920,339 |
| SALES DEDUCTIONS | (38,384) | (43,331) | (39,695) | (70,367) | (54,076) | (46,112) | (47,189) | (54,562) | (47,036) | (49,360) | (67,639) | (89,815) | (657,566) |
| NET SALES | 2,132,540 | 2,190,570 | 2,977,547 | 2,796,545 | 2,751,157 | 2,799,315 | 2,754,326 | 3,181,899 | 2,869,419 | 2,684,446 | 2,577,244 | 2,547,765 | 32,262,773 |
| COST OF PRODUCT SOLD | 1,182,452 | 1,220,877 | 1,644,858 | 1,536,245 | 1,507,502 | 1,530,385 | 1,536,786 | 1,799,509 | 1,631,723 | 1,517,828 | 1,440,820 | 1,439,403 | 17,988,388 |
| PRODUCT MARGIN | 950,088 | 969,692 | 1,332,689 | 1,260,301 | 1,243,655 | 1,268,930 | 1,217,540 | 1,382,390 | 1,237,696 | 1,166,619 | 1,136,424 | 1,108,361 | 14,274,385 |
| PROD MARGIN PERCENT | 44.6% | 44.3% | 44.8% | 45.1% | 45.2% | 45.3% | 44.2% | 43.4% | 43.1% | 43.5% | 44.1% | 43.5% | 44.2% |
| OTHER COST OF SALES | 480,244 | 506,710 | 578,225 | 578,356 | 562,143 | 622,691 | 563,150 | 595,757 | 575,633 | 590,681 | 586,157 | 570,644 | 6,810,391 |
| TOTAL COST OF SALES | 1,662,696 | 1,727,588 | 2,223,083 | 2,114,601 | 2,069,644 | 2,153,077 | 2,099,935 | 2,395,266 | 2,207,356 | 2,108,509 | 2,026,977 | 2,010,047 | 24,798,778 |
| GROSS PROFIT | 469,843 | 462,982 | 754,465 | 681,945 | 681,512 | 646,239 | 654,391 | 786,633 | 662,063 | 575,937 | 550,267 | 537,718 | 7,463,994 |
| GROSS PROFIT PERCENT | 22.0% | 21.1% | 25.3% | 24.4% | 24.8% | 23.1% | 23.8% | 24.7% | 23.1% | 21.5% | 21.4% | 21.1% | 23.1% |
| SALES & ADMIN EXPENSE | 444,472 | 415,937 | 497,369 | 474,281 | 473,026 | 517,859 | 528,320 | 529,497 | 494,304 | 465,410 | 459,755 | 439,295 | 5,739,526 |
| INTEREST EXPENSE | 39,296 | 39,558 | 39,488 | 39,440 | 38,815 | 38,654 | 40,595 | 42,709 | 42,604 | 41,686 | 41,549 | 41,827 | 486,328 |
| OPERATING PROFIT | (13,924) | 7,487 | 217,607 | 168,224 | 169,671 | 89,716 | 85,476 | 214,427 | 125,155 | 68,842 | 48,863 | 56,598 | 1,238,140 |
| OTHER INCOME / ( EXPENSE ) | 9,437 | 323 | (16,999) | (18,371) | (32,911) | (15,414) | (2,974) | (42,768) | (8,127) | (2,376) | (5,579) | (4,095) | (139,853) |
| PROFIT BEFORE TAX | (4,487) | 7,810 | 200,609 | 149,853 | 136,760 | 74,302 | 82,502 | 171,659 | 117,028 | 66,466 | 43,284 | 52,501 | 1,098,287 |
| PERCENT TO NET SALES | -0.2% | 0.4% | 6.7% | 5.4% | 5.0% | 2.7% | 3.0% | 5.4% | 4.1% | 2.5% | 1.7% | 2.1% | 3.4% |
| LABOR AND PRODUCTION STATISTICS | | | | | | | | | | | | | |
| WORK DAYS | 21 | 20 | 23 | 21 | 20 | 22 | 21 | 22 | 21 | 21 | 20 | 20 | 252 |
| WAREHOUSE EMPLOYEES | 76 | 78 | 82 | 81 | 85 | 86 | 92 | 91 | 84 | 86 | 90 | 90 | 85 |
| OFFICE EMPLOYEES | 56 | 55 | 56 | 58 | 59 | 61 | 64 | 62 | 62 | 62 | 60 | 59 | 60 |
| OUTSIDE SALES EMPLOYEES | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| OFFICE EMPLOYEES ( CORP. ) | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 |
| TOTAL POPULATION | 143 | 144 | 149 | 150 | 155 | 158 | 167 | 164 | 157 | 159 | 161 | 160 | 156 |
| TOTAL HOURS WORKED - HRLY | 10,626 | 10,166 | 12,913 | 12,010 | 11,392 | 13,239 | 12,883 | 13,220 | 12,348 | 12,505 | 12,303 | 11,627 | 145,231 |
| OVERTIME HRS WORKED-HRLY | 255 | 334 | 653 | 779 | 623 | 682 | 494 | 695 | 534 | 851 | 540 | 424 | 6,860 |
| POUNDS SHIPPED | 1,515,596 | 1,601,614 | 1,973,785 | 1,955,293 | 1,821,903 | 1,857,587 | 1,791,031 | 2,067,602 | 1,979,989 | 1,693,610 | 1,661,781 | 1,612,597 | 21,532,388 |
| POUNDS SHIPPED / HOUR WKD | 142.6 | 157.5 | 152.9 | 162.8 | 159.9 | 140.3 | 139.0 | 156.4 | 160.3 | 135.4 | 135.1 | 138.7 | 148.3 |
| POUNDS SHIPPED / WORKDAY | 72,171 | 80,081 | 85,817 | 93,109 | 91,095 | 84,436 | 85,287 | 93,982 | 94,285 | 80,648 | 83,089 | 80,630 | 85,446 |
| AVERAGE SALES / WORKDAY | 101,550 | 109,528 | 129,459 | 133,169 | 137,558 | 127,242 | 131,158 | 144,632 | 136,639 | 127,831 | 128,862 | 127,388 | 128,027 |
| AVG PROD MARGIN / WORKDAY | 45,242 | 48,485 | 57,943 | 60,014 | 62,183 | 57,679 | 57,978 | 62,836 | 58,938 | 55,553 | 56,821 | 55,418 | 56,644 |
| AVERAGE SALES / EMPLOYEE | 14,913 | 15,212 | 19,984 | 18,644 | 17,749 | 17,717 | 16,493 | 19,402 | 18,277 | 16,883 | 16,008 | 15,924 | 207,256 |
| AVG PROD MARGIN / EMPLOYEE | 6,644 | 6,734 | 8,944 | 8,402 | 8,024 | 8,031 | 7,291 | 8,429 | 7,883 | 7,337 | 7,059 | 6,927 | 91,698 |
| AVG SELLING PRICE / POUND | 1.407 | 1.368 | 1.509 | 1.430 | 1.510 | 1.507 | 1.538 | 1.539 | 1.449 | 1.585 | 1.551 | 1.580 | 1.498 |
| AVERAGE COST / POUND | 0.855 | 0.853 | 0.916 | 0.876 | 0.917 | 0.919 | 0.952 | 0.950 | 0.905 | 0.999 | 0.962 | 0.995 | 0.925 |
| SELLING PRICE MINUS COST | 0.552 | 0.515 | 0.592 | 0.554 | 0.593 | 0.588 | 0.586 | 0.589 | 0.544 | 0.586 | 0.589 | 0.585 | 0.573 |
| AVERAGE S.T. HOURLY RATE | 9.860 | 9.987 | 9.879 | 10.061 | 9.999 | 9.996 | 9.935 | 9.772 | 10.051 | 9.961 | 9.939 | 10.572 | 10.017 |
| NEW ORDERS BOOKED | | | | | | | | | | | | | |
| INCOMING ORDERS | 6,241 | 6,107 | 7,546 | 6,947 | 6,581 | 7,258 | 6,990 | 7,104 | 6,723 | 6,853 | 6,129 | 5,619 | 79,898 |
| INCOMING ORDERS - VALUE | 2,371,944 | 2,627,110 | 3,038,645 | 2,942,131 | 2,690,083 | 2,874,877 | 2,933,441 | 3,051,857 | 2,977,343 | 2,713,318 | 3,062,594 | 2,722,526 | 34,005,869 |
| AVERAGE ORDER VALUE | 380 | 430 | 403 | 424 | 409 | 396 | 420 | 430 | 443 | 408 | 500 | 485 | 426 |

**HODELL - NATCO INDUSTRIES INC.**
CONSOLIDATED
CALENDAR YEAR 2005

| CONDENSED INCOME SUMMARY | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | ANNUAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GROSS SALES | 2,790,082 | 2,656,717 | 3,481,103 | 2,925,850 | 3,042,251 | 3,526,021 | 3,001,298 | 3,570,947 | 3,160,040 | 3,257,382 | 2,973,326 | 3,197,601 | 37,582,618 |
| SALES DEDUCTIONS | (45,741) | (54,530) | (59,590) | (93,319) | (57,614) | (45,422) | (56,250) | (53,961) | (60,047) | (39,656) | (49,144) | (39,710) | (654,983) |
| NET SALES | 2,744,341 | 2,602,187 | 3,421,513 | 2,832,531 | 2,984,636 | 3,480,598 | 2,945,048 | 3,516,987 | 3,099,993 | 3,217,726 | 2,924,182 | 3,157,891 | 36,927,634 |
| COST OF PRODUCT SOLD | 1,581,185 | 1,479,084 | 1,928,964 | 1,598,541 | 1,673,947 | 1,994,066 | 1,659,714 | 1,983,807 | 1,759,134 | 1,838,056 | 1,680,515 | 1,870,244 | 21,047,256 |
| PRODUCT MARGIN | 1,163,156 | 1,123,104 | 1,492,550 | 1,233,990 | 1,310,689 | 1,486,532 | 1,285,334 | 1,533,180 | 1,340,859 | 1,379,670 | 1,243,667 | 1,287,647 | 15,880,378 |
| PROD MARGIN PERCENT | 42.4% | 43.2% | 43.6% | 43.6% | 43.9% | 42.7% | 43.6% | 43.6% | 43.3% | 42.9% | 42.5% | 40.8% | 43.0% |
| OTHER COST OF SALES | 558,721 | 605,486 | 632,169 | 603,506 | 614,025 | 659,120 | 577,255 | 649,064 | 619,387 | 656,904 | 655,495 | 813,587 | 7,644,721 |
| TOTAL COST OF SALES | 2,139,907 | 2,084,570 | 2,561,133 | 2,202,047 | 2,287,972 | 2,653,186 | 2,236,969 | 2,632,871 | 2,378,521 | 2,494,959 | 2,336,011 | 2,683,831 | 28,691,977 |
| GROSS PROFIT | 604,435 | 517,618 | 860,381 | 630,484 | 696,665 | 827,412 | 708,079 | 884,116 | 721,472 | 722,767 | 588,171 | 474,060 | 8,235,657 |
| GROSS PROFIT PERCENT | 22.0% | 19.9% | 25.1% | 22.3% | 23.3% | 23.8% | 24.0% | 25.1% | 23.3% | 22.5% | 20.1% | 15.0% | 22.3% |
| SALES & ADMIN EXPENSE | 510,077 | 464,500 | 531,770 | 478,479 | 528,773 | 527,735 | 523,769 | 560,362 | 581,932 | 516,437 | 509,559 | 382,314 | 6,095,705 |
| INTEREST EXPENSE | 44,763 | 42,763 | 45,815 | 33,285 | 52,662 | 49,727 | 47,285 | 50,802 | 50,119 | 50,681 | 46,075 | 47,863 | 561,840 |
| OPERATING PROFIT | 49,595 | 10,354 | 282,796 | 118,720 | 115,230 | 249,950 | 137,025 | 272,952 | 109,421 | 155,649 | 32,538 | 43,884 | 1,578,113 |
| OTHER INCOME / ( EXPENSE) | 14,955 | 5,331 | (41,613) | (25,118) | (31,264) | (46,527) | (28,561) | (46,894) | (24,032) | (40,473) | (9,331) | (13,335) | (286,862) |
| PROFIT BEFORE TAX | 64,550 | 15,685 | 241,184 | 93,602 | 83,966 | 203,423 | 108,465 | 226,058 | 85,388 | 115,176 | 23,207 | 30,549 | 1,291,251 |
| PERCENT TO NET SALES | 2.4% | 0.6% | 7.0% | 3.3% | 2.8% | 5.8% | 3.7% | 6.4% | 2.8% | 3.6% | 0.8% | 1.0% | 3.5% |
| LABOR AND PRODUCTION STATISTICS | | | | | | | | | | | | | |
| WORK DAYS | 21 | 20 | 22 | 21 | 21 | 22 | 20 | 23 | 21 | 21 | 20 | 22 | 254 |
| WAREHOUSE EMPLOYEES | 89 | 85 | 87 | 86 | 85 | 90 | 93 | 89 | 85 | 87 | 90 | 93 | 89 |
| OFFICE EMPLOYEES | 57 | 55 | 56 | 56 | 57 | 59 | 58 | 58 | 59 | 61 | 60 | 59 | 58 |
| OUTSIDE SALES EMPLOYEES | 5 | 5 | 5 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| OFFICE EMPLOYEES ( CORP. ) | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| TOTAL POPULATION | 161 | 155 | 158 | 158 | 158 | 165 | 167 | 163 | 160 | 164 | 166 | 168 | 162 |
| TOTAL HOURS WORKED - HRLY | 12,120 | 11,763 | 12,934 | 12,061 | 12,573 | 13,723 | 12,087 | 13,644 | 11,695 | 12,960 | 12,703 | 12,956 | 151,216 |
| OVERTIME HRS WORKED-HRLY | 610 | 591 | 598 | 639 | 596 | 775 | 460 | 691 | 722 | 985 | 1,022 | 772 | 8,260 |
| POUNDS SHIPPED | 1,711,262 | 1,612,279 | 1,948,149 | 1,772,116 | 1,766,198 | 2,040,756 | 1,763,234 | 2,111,990 | 1,930,090 | 1,959,441 | 1,782,343 | 1,864,446 | 22,262,304 |
| POUNDS SHIPPED / HOUR WKD | 141.2 | 137.1 | 150.6 | 146.9 | 140.5 | 148.7 | 145.9 | 154.8 | 165.0 | 151.2 | 140.3 | 143.9 | 147.2 |
| POUNDS SHIPPED / WORKDAY | 81,489 | 80,614 | 88,552 | 84,386 | 84,105 | 92,762 | 88,162 | 91,826 | 91,909 | 93,307 | 89,117 | 84,748 | 87,647 |
| AVERAGE SALES / WORKDAY | 130,683 | 130,109 | 155,523 | 134,882 | 142,126 | 158,209 | 147,252 | 152,912 | 147,619 | 153,225 | 146,209 | 143,541 | 145,384 |
| AVG PROD MARGIN / WORKDAY | 55,388 | 56,155 | 67,843 | 58,761 | 62,414 | 67,570 | 64,267 | 66,660 | 63,850 | 65,699 | 62,183 | 58,529 | 62,521 |
| AVERAGE SALES / EMPLOYEE | 17,046 | 16,788 | 21,655 | 17,927 | 18,890 | 21,095 | 17,635 | 21,577 | 19,375 | 19,620 | 17,616 | 18,797 | 227,465 |
| AVG PROD MARGIN / EMPLOYEE | 7,225 | 7,246 | 9,447 | 7,810 | 8,296 | 9,009 | 7,697 | 9,406 | 8,380 | 8,413 | 7,492 | 7,665 | 97,819 |
| AVG SELLING PRICE / POUND | 1.604 | 1.614 | 1.756 | 1.598 | 1.690 | 1.706 | 1.670 | 1.665 | 1.606 | 1.642 | 1.641 | 1.694 | 1.659 |
| AVERAGE COST / POUND | 1.011 | 1.010 | 1.086 | 0.990 | 1.045 | 1.066 | 1.020 | 1.023 | 0.999 | 1.033 | 1.049 | 1.186 | 1.044 |
| SELLING PRICE MINUS COST | 0.593 | 0.604 | 0.670 | 0.608 | 0.645 | 0.640 | 0.650 | 0.642 | 0.607 | 0.609 | 0.592 | 0.508 | 0.615 |
| AVERAGE S.T. HOURLY RATE | 10.014 | 10.293 | 10.307 | 10.677 | 10.291 | 10.520 | 10.199 | 10.300 | 10.534 | 10.475 | 10.371 | 10.356 | 10.354 |
| NEW ORDERS BOOKED | | | | | | | | | | | | | |
| INCOMING ORDERS | 4,844 | 6,426 | 7,250 | 6,763 | 6,735 | 7,291 | 6,354 | 7,558 | 6,780 | 7,170 | 6,506 | 5,842 | 79,519 |
| INCOMING ORDERS - VALUE | 2,872,955 | 2,946,016 | 3,309,718 | 3,012,667 | 2,969,833 | 3,470,760 | 3,029,393 | 3,666,902 | 3,074,888 | 4,669,205 | 3,146,764 | 3,139,847 | 39,308,927 |
| AVERAGE ORDER VALUE | 593 | 458 | 457 | 445 | 441 | 476 | 477 | 485 | 454 | 651 | 484 | 537 | 494 |

CONFIDENTIAL

## HODELL - NATCO INDUSTRIES INC.
### CONSOLIDATED
### CALENDAR YEAR 2006

| CONDENSED INCOME SUMMARY | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | ANNUAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GROSS SALES | 3,695,701 | 3,636,420 | 3,833,304 | 3,266,666 | 3,818,725 | 3,765,351 | 3,290,777 | 4,034,637 | 3,466,192 | 3,807,256 | 3,203,290 | 3,147,245 | 42,965,574 |
| SALES DEDUCTIONS | (68,200) | (73,433) | (73,180) | (57,134) | (71,365) | (85,743) | (75,896) | (76,750) | (62,317) | (77,745) | (79,769) | (81,068) | (882,600) |
| NET SALES | 3,627,501 | 3,562,987 | 3,760,124 | 3,209,531 | 3,747,359 | 3,679,608 | 3,214,881 | 3,957,888 | 3,403,875 | 3,729,522 | 3,123,521 | 3,066,176 | 42,082,974 |
| COST OF PRODUCT SOLD | 2,034,143 | 2,016,203 | 2,141,920 | 1,809,808 | 2,118,195 | 2,115,895 | 1,847,717 | 2,284,818 | 1,929,860 | 2,153,831 | 1,780,333 | 1,772,717 | 24,005,441 |
| PRODUCT MARGIN | 1,593,358 | 1,546,784 | 1,618,204 | 1,399,723 | 1,629,164 | 1,563,714 | 1,367,163 | 1,673,069 | 1,474,015 | 1,575,691 | 1,343,189 | 1,293,459 | 18,077,534 |
| PROD MARGIN PERCENT | 43.9% | 43.4% | 43.0% | 43.6% | 43.5% | 42.5% | 42.5% | 42.3% | 43.3% | 42.2% | 43.0% | 42.2% | 43.0% |
| OTHER COST OF SALES | 722,978 | 725,866 | 759,332 | 689,453 | 742,854 | 736,570 | 693,322 | 751,132 | 694,008 | 668,167 | 639,640 | 649,034 | 8,492,358 |
| TOTAL COST OF SALES | 2,757,122 | 2,742,069 | 2,901,252 | 2,499,261 | 2,861,049 | 2,852,465 | 2,541,039 | 3,035,950 | 2,623,868 | 2,841,999 | 2,419,973 | 2,421,752 | 32,497,798 |
| GROSS PROFIT | 870,380 | 820,918 | 858,872 | 710,270 | 886,310 | 827,143 | 673,841 | 921,937 | 780,007 | 887,523 | 703,549 | 644,425 | 9,585,176 |
| GROSS PROFIT PERCENT | 24.0% | 23.0% | 22.8% | 22.1% | 23.7% | 22.5% | 21.0% | 23.3% | 22.9% | 23.8% | 22.5% | 21.0% | 22.8% |
| SALES & ADMIN EXPENSE | 568,701 | 560,410 | 585,449 | 597,052 | 596,122 | 623,834 | 573,490 | 644,076 | 590,797 | 641,513 | 626,356 | 481,956 | 7,089,860 |
| INTEREST EXPENSE | 58,250 | 47,726 | 48,603 | 51,586 | 48,300 | 44,650 | 59,359 | 62,406 | 59,988 | 72,040 | 61,954 | 54,319 | 667,181 |
| OPERATING PROFIT | 245,428 | 212,782 | 224,820 | 61,633 | 241,887 | 158,559 | 40,992 | 215,456 | 129,222 | 173,970 | 15,239 | 108,148 | 1,828,135 |
| OTHER INCOME / ( EXPENSE ) | (33,758) | (36,050) | (40,398) | (4,958) | (52,504) | (37,077) | (5,977) | (32,579) | (18,557) | (37,749) | (475) | (21,102) | (321,183) |
| PROFIT BEFORE TAX | 211,671 | 176,732 | 184,421 | 56,675 | 189,384 | 121,482 | 35,014 | 182,877 | 110,666 | 136,222 | 14,763 | 87,046 | 1,506,952 |
| PERCENT TO NET SALES | 5.8% | 5.0% | 4.9% | 1.8% | 5.1% | 3.3% | 1.1% | 4.6% | 3.3% | 3.7% | 0.5% | 2.8% | 3.6% |
| LABOR AND PRODUCTION STATISTICS | | | | | | | | | | | | | |
| WORK DAYS | 22 | 20 | 23 | 19 | 22 | 22 | 20 | 23 | 20 | 22 | 20 | 18 | 251 |
| WAREHOUSE EMPLOYEES | 97 | 99 | 105 | 102 | 100 | 99 | 93 | 91 | 96 | 95 | 95 | 95 | 97 |
| OFFICE EMPLOYEES | 56 | 57 | 58 | 57 | 58 | 57 | 57 | 59 | 61 | 63 | 66 | 64 | 59 |
| OUTSIDE SALES EMPLOYEES | 7 | 8 | 9 | 9 | 9 | 9 | 9 | 8 | 12 | 12 | 11 | 11 | 11 |
| OFFICE EMPLOYEES ( CORP. ) | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| TOTAL POPULATION | 170 | 174 | 182 | 178 | 177 | 175 | 169 | 168 | 179 | 180 | 182 | 180 | 177 |
| TOTAL HOURS WORKED - HRLY | 14,889 | 15,034 | 16,373 | 14,279 | 15,293 | 14,375 | 12,524 | 15,072 | 13,354 | 14,677 | 13,404 | 12,798 | 172,073 |
| OVERTIME HRS WORKED-HRLY | 1,058 | 2,057 | 1,402 | 1,542 | 1,155 | 785 | 649 | 1,252 | 952 | 1,235 | 861 | 1,011 | 13,958 |
| POUNDS SHIPPED | 2,086,071 | 1,920,708 | 2,113,054 | 1,807,882 | 2,189,884 | 2,176,195 | 1,853,578 | 2,133,185 | 1,772,618 | 1,971,783 | 1,592,069 | 1,695,115 | 23,312,148 |
| POUNDS SHIPPED / HOUR WKD | 140.1 | 127.8 | 129.1 | 126.6 | 143.2 | 151.4 | 148.0 | 141.5 | 132.7 | 134.3 | 118.8 | 132.5 | 135.5 |
| POUNDS SHIPPED / WORKDAY | 94,822 | 96,035 | 91,872 | 95,152 | 99,540 | 98,918 | 92,679 | 92,747 | 88,631 | 89,627 | 79,603 | 94,173 | 92,877 |
| AVERAGE SALES / WORKDAY | 164,886 | 178,149 | 163,484 | 168,923 | 170,335 | 167,255 | 160,744 | 172,082 | 170,194 | 169,524 | 156,176 | 170,343 | 167,661 |
| AVG PROD MARGIN / WORKDAY | 72,425 | 77,339 | 70,357 | 73,670 | 74,053 | 71,078 | 68,358 | 72,742 | 73,701 | 71,622 | 67,159 | 71,859 | 72,022 |
| AVERAGE SALES / EMPLOYEE | 21,338 | 20,477 | 20,660 | 18,031 | 21,172 | 21,026 | 19,023 | 23,559 | 19,016 | 20,720 | 17,162 | 17,034 | 237,160 |
| AVG PROD MARGIN / EMPLOYEE | 9,373 | 8,890 | 8,891 | 7,864 | 9,204 | 8,936 | 8,090 | 9,959 | 8,235 | 8,754 | 7,380 | 7,186 | 101,885 |
| AVG SELLING PRICE / POUND | 1.739 | 1.855 | 1.779 | 1.775 | 1.711 | 1.691 | 1.734 | 1.855 | 1.920 | 1.891 | 1.962 | 1.809 | 1.805 |
| AVERAGE COST / POUND | 1.061 | 1.154 | 1.100 | 1.099 | 1.070 | 1.076 | 1.108 | 1.177 | 1.197 | 1.182 | 1.197 | 1.154 | 1.128 |
| SELLING PRICE MINUS COST | 0.678 | 0.701 | 0.679 | 0.676 | 0.641 | 0.615 | 0.627 | 0.679 | 0.723 | 0.710 | 0.765 | 0.655 | 0.677 |
| AVERAGE S.T. HOURLY RATE | 10.245 | 10.279 | 10.532 | 10.357 | 10.434 | 10.390 | 10.394 | 10.452 | 10.618 | 10.600 | 10.523 | 10.543 | 10.447 |
| NEW ORDERS BOOKED | | | | | | | | | | | | | |
| INCOMING ORDERS | 7,453 | 6,747 | 7,836 | 6,445 | 7,612 | 7,545 | 6,693 | 8,022 | 7,159 | 7,986 | 7,039 | 6,191 | 86,728 |
| INCOMING ORDERS - VALUE | 3,232,447 | 3,115,320 | 3,833,982 | 3,292,911 | 3,514,735 | 3,692,619 | 3,320,017 | 3,943,124 | 3,337,825 | 3,795,107 | 3,346,723 | 3,235,068 | 41,659,878 |
| AVERAGE ORDER VALUE | 434 | 462 | 489 | 511 | 462 | 489 | 496 | 492 | 466 | 475 | 475 | 523 | 480 |

**CONFIDENTIAL**

**HODL032395**

**HODELL - NATCO INDUSTRIES INC.**
**CONSOLIDATED**
**CALENDAR YEAR 2007**

| CONDENSED INCOME SUMMARY | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEP | OCT | NOV | DEC | ANNUAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GROSS SALES | 3,556,200 | 3,290,776 | | | | | | | | | | | 6,846,976 |
| SALES DEDUCTIONS | (60,848) | (59,878) | | | | | | | | | | | (120,726) |
| NET SALES | 3,495,353 | 3,230,898 | | | | | | | | | | | 6,726,251 |
| COST OF PRODUCT SOLD | 1,981,414 | 1,842,880 | | | | | | | | | | | 3,824,294 |
| PRODUCT MARGIN | 1,513,939 | 1,388,018 | | | | | | | | | | | 2,901,956 |
| PROD MARGIN PERCENT | 43.3% | 43.0% | | | | | | | | | | | 43.1% |
| OTHER COST OF SALES | 686,129 | 611,878 | | | | | | | | | | | 1,298,006 |
| TOTAL COST OF SALES | 2,667,543 | 2,454,758 | | | | | | | | | | | 5,122,301 |
| GROSS PROFIT | 827,810 | 776,140 | | | | | | | | | | | 1,603,950 |
| GROSS PROFIT PERCENT | 23.7% | 24.0% | | | | | | | | | | | 23.8% |
| SALES & ADMIN EXPENSE | 682,207 | 594,419 | | | | | | | | | | | 1,276,626 |
| INTEREST EXPENSE | 65,657 | 75,612 | | | | | | | | | | | 141,268 |
| OPERATING PROFIT | 79,946 | 106,109 | | | | | | | | | | | 186,056 |
| OTHER INCOME / ( EXPENSE ) | 4,706 | (27,833) | | | | | | | | | | | (23,127) |
| PROFIT BEFORE TAX | 84,653 | 78,276 | | | | | | | | | | | 162,928 |
| PERCENT TO NET SALES | 2.4% | 2.4% | | | | | | | | | | | 2.4% |
| **LABOR AND PRODUCTION STATISTICS** | | | | | | | | | | | | | |
| WORK DAYS | 22 | 20 | | | | | | | | | | | 42 |
| WAREHOUSE EMPLOYEES | 92 | 91 | | | | | | | | | | | 92 |
| OFFICE EMPLOYEES | 65 | 65 | | | | | | | | | | | 65 |
| OUTSIDE SALES EMPLOYEES | 11 | 11 | | | | | | | | | | | 11 |
| OFFICE EMPLOYEES ( CORP. ) | 10 | 10 | | | | | | | | | | | 10 |
| TOTAL POPULATION | 178 | 177 | | | | | | | | | | | 178 |
| TOTAL HOURS WORKED - HRLY | 13,771 | 12,874 | | | | | | | | | | | 26,645 |
| OVERTIME HRS WORKED-HRLY | 866 | 1,003 | | | | | | | | | | | 1,869 |
| POUNDS SHIPPED | 1,787,748 | 1,761,234 | | | | | | | | | | | 3,548,982 |
| POUNDS SHIPPED / HOUR WKD | 129.8 | 136.8 | | | | | | | | | | | 133.2 |
| POUNDS SHIPPED / WORKDAY | 81,261 | 88,062 | | | | | | | | | | | 84,500 |
| AVERAGE SALES / WORKDAY | 158,880 | 161,545 | | | | | | | | | | | 160,149 |
| AVG PROD MARGIN / WORKDAY | 68,815 | 69,401 | | | | | | | | | | | 68,094 |
| AVERAGE SALES / EMPLOYEE | 19,637 | 18,254 | | | | | | | | | | | 37,894 |
| AVG PROD MARGIN / EMPLOYEE | 8,505 | 7,842 | | | | | | | | | | | 16,349 |
| AVG SELLING PRICE / POUND | 1.955 | 1.834 | | | | | | | | | | | 1.895 |
| AVERAGE COST / POUND | 1.210 | 1.123 | | | | | | | | | | | 1.167 |
| SELLING PRICE MINUS COST | 0.745 | 0.712 | | | | | | | | | | | 0.729 |
| AVERAGE S.T. HOURLY RATE | 10.608 | 10.719 | | | | | | | | | | | 10.664 |
| **NEW ORDERS BOOKED** | | | | | | | | | | | | | |
| INCOMING ORDERS | 7,554 | 6,646 | | | | | | | | | | | 14,200 |
| INCOMING ORDERS - VALUE | 4,157,603 | 3,040,068 | | | | | | | | | | | 7,197,671 |
| AVERAGE ORDER VALUE | 550 | 457 | | | | | | | | | | | 507 |

CONFIDENTIAL

HODL032396

START of SAP 01

## HODELL-NATCO INDUSTRIES INC.
### CONSOLIDATED
### CALENDAR YEAR 2007

| CONDENSED INCOME SUMMARY | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | ANNUAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GROSS SALES | 3,556,201 | 3,290,776 | 3,108,148 | 3,414,924 | 3,720,441 | 3,089,652 | 3,223,614 | 3,770,094 | 3,131,563 | 3,701,651 | 3,335,102 | 2,951,603 | 40,899,769 |
| SALES DEDUCTIONS | (60,848) | (59,878) | (58,207) | (88,187) | (104,043) | (104,231) | (91,312) | (131,273) | (59,844) | (45,512) | (64,710) | (113,187) | (981,233) |
| NET SALES | 3,495,353 | 3,230,898 | 3,049,940 | 3,326,737 | 3,616,398 | 2,985,421 | 3,138,302 | 3,638,821 | 3,071,719 | 3,656,139 | 3,270,393 | 2,838,415 | 39,918,536 |
| COST OF PRODUCT SOLD | 1,981,414 | 1,842,880 | 1,706,988 | 1,695,306 | 2,069,196 | 2,016,272 | 1,774,480 | 2,131,355 | 1,705,851 | 2,092,879 | 1,874,673 | 1,683,320 | 22,774,616 |
| PRODUCT MARGIN | 1,513,939 | 1,388,018 | 1,342,952 | 1,431,431 | 1,547,202 | 1,569,149 | 1,363,822 | 1,507,466 | 1,365,868 | 1,563,260 | 1,395,719 | 1,155,095 | 17,143,920 |
| PROD MARGIN PERCENT | 43.3% | 43.0% | 44.0% | 43.0% | 42.8% | 43.8% | 43.5% | 41.4% | 44.5% | 42.8% | 42.7% | 40.7% | 42.9% |
| OTHER COST OF SALES | 686,129 | 611,878 | 677,600 | 664,007 | 790,858 | 798,397 | 663,304 | 727,357 | 685,934 | 792,146 | 711,334 | 657,171 | 8,444,114 |
| TOTAL COST OF SALES | 2,667,543 | 2,454,758 | 2,384,588 | 2,559,313 | 2,860,053 | 2,812,670 | 2,437,784 | 2,858,712 | 2,371,785 | 2,885,025 | 2,586,007 | 2,340,491 | 31,218,729 |
| GROSS PROFIT | 827,810 | 776,140 | 665,352 | 767,424 | 756,344 | 772,751 | 700,518 | 780,109 | 699,934 | 771,114 | 684,386 | 497,924 | 8,699,807 |
| GROSS PROFIT PERCENT | 23.7% | 24.0% | 21.8% | 23.1% | 20.9% | 21.6% | 22.3% | 21.4% | 22.8% | 21.1% | 20.9% | 17.5% | 21.8% |
| SALES & ADMIN EXPENSE | 682,207 | 594,419 | 628,387 | 577,694 | 647,634 | 587,865 | 620,922 | 649,895 | 600,466 | 655,433 | 504,679 | 560,667 | 7,410,269 |
| OPERATING PROFIT | 145,603 | 181,721 | 36,965 | 189,730 | 108,710 | 184,886 | 79,596 | 130,214 | 99,468 | 115,681 | 79,707 | (62,743) | 1,289,538 |
| INTEREST EXPENSE | 65,657 | 75,612 | 70,816 | 64,340 | 73,327 | 76,278 | 67,013 | 67,479 | 70,299 | 72,161 | 66,685 | 69,004 | 838,671 |
| OTHER (INCOME) / EXPENSE | (4,706) | 27,833 | (1,616) | 27,625 | (2,487) | 12,482 | (1,862) | (7,437) | (677) | 9,111 | 7,052 | (39,054) | 26,264 |
| PROFIT BEFORE TAX | 84,653 | 78,276 | (32,235) | 97,765 | 37,871 | 96,126 | 14,445 | 70,171 | 29,846 | 34,408 | 5,969 | (92,693) | 424,603 |
| PERCENT TO NET SALES | 2.4% | 2.4% | -1.1% | 2.9% | 1.0% | 2.7% | 0.5% | 1.9% | 1.0% | 0.9% | 0.2% | -3.3% | 1.1% |
| **LABOR AND PRODUCTION STATISTICS** | | | | | | | | | | | | | |
| WORK DAYS | 22 | 20 | 22 | 20 | 22 | 21 | 21 | 23 | 19 | 23 | 20 | 18 | 251 |
| WAREHOUSE EMPLOYEES | 92 | 91 | 90 | 89 | 90 | 89 | 89 | 89 | 91 | 90 | 87 | 86 | 89 |
| OFFICE EMPLOYEES | 65 | 65 | 64 | 65 | 64 | 64 | 63 | 64 | 65 | 65 | 65 | 88 | 65 |
| OUTSIDE SALES EMPLOYEES | 11 | 11 | 12 | 12 | 11 | 11 | 13 | 12 | 13 | 12 | 13 | 12 | 12 |
| OFFICE EMPLOYEES (CORP.) | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| TOTAL POPULATION | 178 | 177 | 176 | 176 | 175 | 174 | 175 | 175 | 179 | 177 | 175 | 176 | 176 |
| TOTAL HOURS WORKED - HRLY | 13,771 | 12,874 | 13,638 | 12,693 | 13,814 | 12,899 | 13,224 | 14,941 | 12,158 | 14,246 | 12,589 | 11,679 | 158,526 |
| OVERTIME HRS WORKED-HRLY | 865 | 1,003 | 1,230 | 858 | 1,160 | 864 | 973 | 1,409 | 659 | 1,200 | 953 | 953 | 12,358 |
| POUNDS SHIPPED | 1,787,746 | 1,761,234 | 1,598,847 | 1,788,831 | 2,080,504 | 1,882,244 | 1,648,809 | 1,938,438 | 1,885,817 | 1,959,283 | 1,698,935 | 1,455,282 | 21,103,982 |
| POUNDS SHIPPED / HOUR WKD | 129.8 | 136.8 | 117.2 | 140.9 | 149.2 | 145.9 | 124.5 | 129.7 | 130.4 | 137.5 | 130.2 | 124.6 | 133.1 |
| POUNDS SHIPPED / WORKDAY | 81,261 | 88,062 | 72,675 | 89,442 | 93,659 | 89,631 | 78,419 | 84,280 | 83,464 | 85,187 | 81,947 | 80,849 | 84,080 |
| AVERAGE SALES / WORKDAY | 158,880 | 161,545 | 138,634 | 166,337 | 164,382 | 170,734 | 149,443 | 158,210 | 161,669 | 158,963 | 163,520 | 157,690 | 159,038 |
| AVG PROD MARGIN / WORKDAY | 68,815 | 69,401 | 61,043 | 71,572 | 70,327 | 74,721 | 64,944 | 65,542 | 71,888 | 67,968 | 69,786 | 64,172 | 68,302 |
| AVERAGE SALES / EMPLOYEE | 19,637 | 18,254 | 17,329 | 18,902 | 20,665 | 20,606 | 17,933 | 20,793 | 17,160 | 20,656 | 18,688 | 16,127 | 228,703 |
| AVG PROD MARGIN / EMPLOYEE | 8,505 | 7,842 | 7,630 | 8,133 | 8,841 | 9,018 | 7,793 | 8,614 | 7,631 | 8,832 | 7,976 | 6,563 | 97,363 |
| AVG SELLING PRICE / POUND | 1.955 | 1.834 | 1.908 | 1.860 | 1.755 | 1.905 | 1.906 | 1.877 | 1.837 | 1.866 | 1.995 | 1.850 | 1.892 |
| AVERAGE COST / POUND | 1.210 | 1.123 | 1.181 | 1.166 | 1.132 | 1.200 | 1.185 | 1.195 | 1.204 | 1.190 | 1.252 | 1.285 | 1.191 |
| SELLING PRICE MINUS COST | 0.745 | 0.712 | 0.726 | 0.694 | 0.623 | 0.705 | 0.721 | 0.682 | 0.733 | 0.676 | 0.743 | 0.666 | 0.700 |
| AVERAGE S.T. HOURLY RATE | 10.608 | 10.719 | 10.808 | 10.774 | 10.808 | 10.862 | 10.729 | 11.030 | 10.841 | 10.963 | 11.135 | 11.007 | 10.869 |
| **NEW ORDERS BOOKED** | | | | | | | | | | | | | |
| INCOMING ORDERS | 7,554 | 6,646 | 6,025 | 5,089 | 7,516 | 6,950 | 6,378 | 7,558 | 6,447 | 7,731 | 6,756 | 5,303 | 82,453 |
| INCOMING ORDERS - VALUE | 4,157,763 | 3,040,068 | 4,905,072 | 4,535,138 | 3,536,891 | 3,674,244 | 3,423,470 | 3,885,961 | 3,433,383 | 4,211,268 | 3,606,264 | 3,577,733 | 46,447,087 |
| AVERAGE ORDER VALUE | 550 | 457 | 611 | 891 | 524 | 529 | 498 | 514 | 542 | 545 | 534 | 675 | 563 |

HODL032397

CONFIDENTIAL

## HODELL - NATCO INDUSTRIES INC.
### CONSOLIDATED
### CALENDAR YEAR 2008

| CONDENSED INCOME SUMMARY | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | ANNUAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GROSS SALES | 3,453,691 | 3,566,401 | 3,503,805 | 3,619,192 | 3,633,403 | 4,034,757 | 4,099,662 | 3,848,168 | 3,810,116 | 4,157,376 | 3,057,080 | 3,093,450 | 43,877,103 |
| SALES DEDUCTIONS | (68,458) | (47,818) | (59,918) | (24,400) | (55,744) | (76,965) | (67,848) | (89,578) | (71,857) | (55,187) | (44,334) | (48,044) | (710,151) |
| NET SALES | 3,385,233 | 3,518,584 | 3,443,887 | 3,594,792 | 3,577,660 | 3,957,791 | 4,031,814 | 3,758,590 | 3,738,260 | 4,102,189 | 3,012,746 | 3,045,406 | 43,166,952 |
| COST OF PRODUCT SOLD | 1,926,299 | 2,047,870 | 1,996,726 | 2,058,379 | 2,041,141 | 2,261,468 | 2,308,178 | 2,173,724 | 2,150,493 | 2,332,338 | 1,718,697 | 1,729,471 | 24,745,784 |
| PRODUCT MARGIN | 1,458,934 | 1,470,714 | 1,447,161 | 1,536,413 | 1,536,519 | 1,696,323 | 1,722,636 | 1,584,866 | 1,587,767 | 1,769,851 | 1,294,049 | 1,315,935 | 18,421,168 |
| PROD MARGIN PERCENT | 43.1% | 41.8% | 42.0% | 42.7% | 42.9% | 42.9% | 42.7% | 42.2% | 42.5% | 43.1% | 43.0% | 43.2% | 42.7% |
| OTHER COST OF SALES | 785,088 | 762,180 | 695,824 | 777,487 | 742,637 | 743,939 | 750,321 | 792,395 | 774,883 | 861,186 | 659,683 | 610,631 | 8,956,253 |
| TOTAL COST OF SALES | 2,711,387 | 2,810,049 | 2,692,549 | 2,835,866 | 2,783,778 | 3,005,407 | 3,059,499 | 2,966,119 | 2,925,377 | 3,193,524 | 2,378,380 | 2,340,102 | 33,702,037 |
| GROSS PROFIT | 673,846 | 708,535 | 751,337 | 758,926 | 793,882 | 952,385 | 972,315 | 792,471 | 812,883 | 908,665 | 634,366 | 705,305 | 9,464,915 |
| GROSS PROFIT PERCENT | 19.9% | 20.1% | 21.8% | 21.1% | 22.2% | 24.1% | 24.1% | 21.1% | 21.7% | 22.2% | 21.1% | 23.2% | 21.9% |
| SALES & ADMIN EXPENSE | 672,096 | 616,071 | 616,449 | 641,438 | 628,529 | 654,003 | 679,191 | 633,318 | 640,086 | 694,274 | 589,392 | 600,797 | 7,663,642 |
| OPERATING PROFIT | 1,750 | 92,464 | 134,889 | 117,488 | 167,353 | 298,382 | 293,124 | 159,153 | 172,797 | 214,391 | 44,974 | 104,508 | 1,801,273 |
| INTEREST EXPENSE | 68,024 | 62,200 | 69,315 | 68,918 | 70,182 | 68,403 | 58,047 | 63,752 | 60,881 | 65,872 | 60,761 | 57,727 | 774,082 |
| OTHER (INCOME) / EXPENSE | (13,582) | 6,437 | 7,324 | 9,688 | 14,813 | 32,744 | 54,946 | 10,818 | 12,109 | 32,106 | (12,804) | 3,400 | 157,799 |
| PROFIT BEFORE TAX | (52,691) | 23,826 | 58,249 | 38,882 | 82,557 | 197,235 | 180,131 | 84,583 | 99,807 | 116,414 | (2,983) | 43,382 | 869,393 |
| PERCENT TO NET SALES | -1.6% | 0.7% | 1.7% | 1.1% | 2.3% | 5.0% | 4.5% | 2.3% | 2.7% | 2.8% | -0.1% | 1.4% | 2.0% |
| **LABOR AND PRODUCTION STATISTICS** | | | | | | | | | | | | | |
| WORK DAYS | 22 | 21 | 20 | 22 | 21 | 21 | 22 | 21 | 21 | 23 | 18 | 20 | 252 |
| WAREHOUSE EMPLOYEES | 90 | 91 | 90 | 87 | 87 | 87 | 88 | 86 | 89 | 83 | 83 | 84 | 87 |
| OFFICE EMPLOYEES | 67 | 68 | 69 | 67 | 67 | 69 | 67 | 67 | 66 | 65 | 68 | 68 | 67 |
| OUTSIDE SALES EMPLOYEES | 12 | 13 | 13 | 13 | 12 | 12 | 12 | 12 | 13 | 12 | 12 | 11 | 12 |
| OFFICE EMPLOYEES ( CORP. ) | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| TOTAL POPULATION | 179 | 182 | 182 | 177 | 176 | 178 | 177 | 175 | 178 | 170 | 173 | 173 | 177 |
| TOTAL HOURS WORKED-HRLY | 13,968 | 13,165 | 12,238 | 12,915 | 12,679 | 12,187 | 12,815 | 12,845 | 13,191 | 13,263 | 10,608 | 9,873 | 149,746 |
| OVERTIME HRS WORKED-HRLY | 1,043 | 914 | 652 | 845 | 742 | 555 | 672 | 1,013 | 601 | 909 | 592 | 177 | 8,714 |
| POUNDS SHIPPED | 1,750,171 | 1,652,248 | 1,707,882 | 1,823,315 | 1,696,709 | 1,924,398 | 1,866,250 | 1,800,596 | 1,598,638 | 1,834,665 | 1,467,897 | 1,211,923 | 20,334,692 |
| POUNDS SHIPPED / HOUR WKD | 125.3 | 125.5 | 139.6 | 141.2 | 133.8 | 157.9 | 145.6 | 140.2 | 121.2 | 138.3 | 138.4 | 122.8 | 135.8 |
| POUNDS SHIPPED / WORKDAY | 79,553 | 78,678 | 85,394 | 82,878 | 80,796 | 91,638 | 84,830 | 85,743 | 76,126 | 79,768 | 81,550 | 60,596 | 80,693 |
| AVERAGE SALES / WORKDAY | 153,874 | 167,552 | 172,194 | 163,400 | 170,365 | 188,466 | 183,264 | 178,980 | 178,012 | 178,356 | 167,375 | 152,270 | 171,297 |
| AVG PROD MARGIN / WORKDAY | 66,315 | 70,034 | 72,358 | 69,837 | 73,168 | 80,777 | 78,302 | 75,470 | 75,608 | 76,950 | 71,892 | 65,797 | 73,100 |
| AVERAGE SALES / EMPLOYEE | 18,912 | 19,333 | 18,922 | 20,310 | 20,328 | 22,235 | 22,779 | 21,478 | 21,001 | 24,131 | 17,415 | 17,604 | 244,341 |
| AVG PROD MARGIN / EMPLOYEE | 8,150 | 8,081 | 7,951 | 8,680 | 8,730 | 9,530 | 9,732 | 9,056 | 8,920 | 10,411 | 7,480 | 7,607 | 104,271 |
| AVG SELLING PRICE / POUND | 1.934 | 2.130 | 2.016 | 1.972 | 2.109 | 2.057 | 2.160 | 2.087 | 2.338 | 2.236 | 2.052 | 2.513 | 2.123 |
| AVERAGE COST / POUND | 1.228 | 1.380 | 1.299 | 1.273 | 1.349 | 1.308 | 1.369 | 1.362 | 1.520 | 1.460 | 1.301 | 1.601 | 1.364 |
| SELLING PRICE MINUS COST | 0.706 | 0.750 | 0.717 | 0.699 | 0.760 | 0.749 | 0.791 | 0.726 | 0.818 | 0.776 | 0.751 | 0.912 | 0.759 |
| AVERAGE S.T. HOURLY RATE | 11.005 | 11.013 | 11.085 | 11.162 | 11.346 | 11.342 | 11.307 | 11.366 | 11.405 | 11.496 | 11.736 | 11.776 | 11.336 |
| **NEW ORDERS BOOKED** | | | | | | | | | | | | | |
| INCOMING ORDERS | 7,057 | 6,569 | 6,820 | 7,041 | 6,682 | 6,510 | 6,504 | 6,325 | 6,253 | 6,994 | 5,232 | 4,769 | 76,756 |
| INCOMING ORDERS - VALUE | 4,003,464 | 3,651,208 | 3,449,249 | 3,950,507 | 3,892,024 | 4,302,842 | 4,244,145 | 4,067,547 | 4,006,994 | 4,395,045 | 3,102,804 | 3,515,152 | 46,580,982 |
| AVERAGE ORDER VALUE | 567 | 556 | 506 | 561 | 582 | 661 | 653 | 643 | 641 | 628 | 593 | 737 | 607 |

**CONFIDENTIAL**

HODL032398

## HODELL - NATCO INDUSTRIES INC.
### CONSOLIDATED
### CALENDAR YEAR 2009

| CONDENSED INCOME SUMMARY | JAN | FEB | MAR | APR | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | ANNUAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GROSS SALES | 3,208,041 | 2,873,520 | 2,863,912 | | | | | | | | | | 8,945,473 |
| SALES DEDUCTIONS | (35,360) | (48,961) | (51,704) | | | | | | | | | | (136,025) |
| NET SALES | 3,172,682 | 2,824,558 | 2,812,207 | | | | | | | | | | 8,809,447 |
| COST OF PRODUCT SOLD | 1,844,959 | 1,657,129 | 1,626,611 | | | | | | | | | | 5,128,698 |
| PRODUCT MARGIN | 1,327,723 | 1,167,430 | 1,185,597 | | | | | | | | | | 3,680,749 |
| PROD MARGIN PERCENT | 41.8% | 41.3% | 42.2% | | | | | | | | | | 41.8% |
| OTHER COST OF SALES | 696,517 | 671,681 | 648,206 | | | | | | | | | | 2,016,404 |
| TOTAL COST OF SALES | 2,541,475 | 2,328,809 | 2,274,817 | | | | | | | | | | 7,145,101 |
| GROSS PROFIT | 631,207 | 495,749 | 537,390 | | | | | | | | | | 1,664,346 |
| GROSS PROFIT PERCENT | 19.9% | 17.6% | 19.1% | | | | | | | | | | 18.9% |
| SALES & ADMIN EXPENSE | 618,207 | 558,937 | 455,643 | | | | | | | | | | 1,632,786 |
| OPERATING PROFIT | 13,000 | (63,188) | 81,748 | | | | | | | | | | 31,560 |
| INTEREST EXPENSE | 51,657 | 50,636 | 54,037 | | | | | | | | | | 156,330 |
| OTHER (INCOME) / EXPENSE | (69,939) | (3,578) | 25,280 | | | | | | | | | | (48,237) |
| PROFIT BEFORE TAX | 31,282 | (110,245) | 2,430 | | | | | | | | | | (76,533) |
| PERCENT TO NET SALES | 1.0% | -3.9% | 0.1% | | | | | | | | | | -0.9% |
| LABOR AND PRODUCTION STATISTICS | | | | | | | | | | | | | |
| WORK DAYS | 21 | 20 | 20 | | | | | | | | | | 61 |
| WAREHOUSE EMPLOYEES | 84 | 81 | 78 | | | | | | | | | | 81 |
| OFFICE EMPLOYEES | 67 | 68 | 66 | | | | | | | | | | 67 |
| OUTSIDE SALES EMPLOYEES | 11 | 11 | 12 | | | | | | | | | | 11 |
| OFFICE EMPLOYEES ( CORP. ) | 10 | 10 | 10 | | | | | | | | | | 10 |
| TOTAL POPULATION | 172 | 170 | 166 | | | | | | | | | | 169 |
| TOTAL HOURS WORKED - HRLY | 12,995 | 10,785 | 10,393 | | | | | | | | | | 34,172 |
| OVERTIME HRS WORKED-HRLY | 855 | 379 | 494 | | | | | | | | | | 1,728 |
| POUNDS SHIPPED | 1,329,987 | 1,208,561 | 1,207,625 | | | | | | | | | | 3,746,173 |
| POUNDS SHIPPED / HOUR WKD | 102.3 | 112.1 | 116.2 | | | | | | | | | | 109.6 |
| POUNDS SHIPPED / WORKDAY | 63,333 | 60,428 | 60,381 | | | | | | | | | | 61,413 |
| AVERAGE SALES / WORKDAY | 151,080 | 141,228 | 140,610 | | | | | | | | | | 144,417 |
| AVG PROD MARGIN / WORKDAY | 63,225 | 58,371 | 59,280 | | | | | | | | | | 60,340 |
| AVERAGE SALES / EMPLOYEE | 18,446 | 16,615 | 16,941 | | | | | | | | | | 52,024 |
| AVG PROD MARGIN / EMPLOYEE | 7,719 | 6,867 | 7,142 | | | | | | | | | | 21,737 |
| AVG SELLING PRICE / POUND | 2.385 | 2.337 | 2.329 | | | | | | | | | | 2.352 |
| AVERAGE COST / POUND | 1.522 | 1.544 | 1.541 | | | | | | | | | | 1.535 |
| SELLING PRICE MINUS COST | 0.863 | 0.794 | 0.788 | | | | | | | | | | 0.816 |
| AVERAGE S.T. HOURLY RATE | 11.605 | 11.462 | 11.511 | | | | | | | | | | 11.527 |
| NEW ORDERS BOOKED | | | | | | | | | | | | | |
| INCOMING ORDERS | 5,851 | 5,432 | 5,409 | | | | | | | | | | 16,692 |
| INCOMING ORDERS - VALUE | 3,541,463 | 2,986,191 | 2,570,789 | | | | | | | | | | 9,098,444 |
| AVERAGE ORDER VALUE | 605 | 550 | 475 | | | | | | | | | | 545 |

**CONFIDENTIAL**

HODL032399

HODL032400

CONFIDENTIAL