## SAPB1 effect on Productivity

| Year | Pounds | Employees | Temps | Total Workers | Annualized lbs/employee | Warehouse $ | S&GA $ | Temps Cost | Total $ cost | Annualized $COST/EMPL |
|---|---|---|---|---|---|---|---|---|---|---|
| 2,002 | 17,837,624 | 137 | 4.3 | 141.3 | 126,224 | 1,899,631.35 | 3,274,382.30 | 129,503.76 | 5,303,517.41 | 37,529 |
| 2,003 | 18,639,846 | 138 | 4.4 | 142.4 | 130,920 | 1,939,660.56 | 3,185,497.56 | 131,273.79 | 5,256,431.91 | 36,919 |
| 2,004 | 21,532,388 | 156 | 4.0 | 160.0 | 134,539 | 2,359,674.77 | 3,918,511.21 | 121,354.37 | 6,399,540.35 | 39,986 |
| 2,005 | 22,262,304 | 162 | 6.8 | 168.8 | 131,917 | 2,646,474.17 | 4,311,127.30 | 202,813.47 | 7,160,414.94 | 42,429 |
| 2,006 | 23,312,148 | 177 | 9.2 | 186.2 | 125,202 | 2,988,872.28 | 5,022,754.14 | 275,890.24 | 8,287,516.66 | 44,510 |
| 2007 ytd FEB. | 3,548,982 | 178 | 5.5 | 183.5 | 116,021 | 483,349.06 | 931,737.76 | 27,672.97 | 1,442,759.79 | 47,166 |
| 2,007 | 21,103,982 | 176 | 10.8 | 186.8 | 113,000 | 2,905,155.50 | 5,225,727.21 | 322,851.19 | 8,453,733.90 | 45,265 |
| 2007 MAR to DEC YTD | 17,555,000 | 176 | 11.8 | 187.8 | 112,168 | 2,421,806.44 | 4,293,989.45 | 295,178.22 | 7,010,974.11 | 44,797 |
| 2,008 | 20,334,692 | 177 | 7.3 | 184.3 | 110,311 | 2,835,081.79 | 5,661,423.93 | 220,197.94 | 8,716,703.66 | 47,286 |
| 2009 ytd MARCH | 3,746,173 | 169 | 3.9 | 172.9 | 86,660 | 650,375.20 | 1,227,071.34 | 29,352.82 | 1,906,799.36 | 44,110 |
| FACTS avg. | 20,813,034 | 163.70 | FACTS | | 127,138 | 2,455,735 | 4,217,117 | 171,146 | 6,843,998.67 | 41,807 |
| SAP avg. 25 MO. | 19,985,215 | 184.36 | 157.19 | | 108,406 | 2,835,486 | 5,367,593 | 261,470 | 8,464,549.02 | 45,914 |
| Extra SAP employees during SAP use | | 27.16 | 27.16 | | | SAP Lost Productivity Cost | | | $2,598,173 | 45,914 |

The above cost is to get back to FACTS productivity.

| est. Training & Implementation Cost of SAPB1 (FACTS): | | Cost ($) |
|---|---|---|
| 2002 TO 2006 avg Lbs/Empl. | 129,692 | |
| Proj. 2007 Feb YTD empl. | 179.8 | |
| Actual 2007 Feb YTD empl. | 186.2 | |
| est. SAPB1 T&E effect | 6.4 | 50,674 |


DEPOSITION EXHIBIT 25

| Year | SAPB1 effect on Productivity Outside Service | MISC. Temps Cost in Outside Service | % of Total O/S |
|---|---|---|---|
| 2,002 | 166,730.75 | | |
| 2,003 | 169,009.59 | | |
| 2,004 | 156,238.75 | | |
| 2,005 | 261,113.98 | 209,157.55 | 80.1 |
| 2,006 | 355,197.32 | 251,342.38 | 70.8 |
| 2007 ytd FEB. | 35,627.81 | | |
| 2,007 | 415,657.60 | 301,988.67 | 72.7 |
| 2007 MAR to DEC YTD | 380,029.79 | | |
| 2,008 | 283,495.77 | 247,131.70 | 87.2 |
| 2009 ytd MARCH | 37,790.55 | | |
| | | avg. | 77.7 |