

**Partner Brief**
**June 2004**

All material contained herein is strictly confidential • All rights reserved • SAP AG 2004

# INTRODUCING:

# SAP® BUSINESS ONE 2004



DEPOSITION EXHIBIT 35



THE BEST-RUN BUSINESSES RUN SAP

LSI-000426

All material contained herein is strictly confidential • All rights reserved • SAP AG 2004

#### EXECUTIVE SUMMARY

SAP® Business One is an affordable, easy-to-implement business management solution designed specifically to meet the needs of emerging and dynamically growing small and midsize companies.

SAP Business One gives managers on-demand access to critical real-time information through one single system containing financial, customer relationship management, manufacturing, and management control capabilities.

SAP Business One is the one solution that enables rapid employee productivity, while empowering managers to make better business decisions and stay ahead of the competition.

## SAP® BUSINESS ONE

#### PROFITABILITY AND GROWTH FOR SMALL AND MIDSIZE BUSINESSES

Today's uncertain economic conditions can be intensely challenging for small and midsize businesses (SMBs). Many have reached a plateau; developing new business opportunities and enhancing profitability is a struggle unlike any experienced before. To succeed in this environment, SMBs need an integrated business management solution designed expressly to deliver:

- comprehensive support for their business needs
- functionality that allows SMBs to serve customers more effectively
- the flexibility to easily accommodate new requirements
- the scalability to support business growth

In short, small and midsize businesses need an affordable, powerful solution that provides precision and control – one that makes it easy for everyone in the organization to get the information they need in real time, wherever it may reside. SAP Business One is an ideal choice. Instead of separate financial, manufacturing, and customer relationship management (CRM) applications, SAP Business One provides an integrated solution with one complete source of customer data, state-of-the-art management control tools and new visibility into sales processes.

SAP Business One is easily used by everyone in an organization – from the CEO to entry-level employees. Innovative features and functions, such as the patented Drag & Relate™ feature for instant analysis and reporting, provide easy access to real-time business data. And that means proactive management of the business.

## INTRODUCING: SAP BUSINESS ONE 2004

SAP Business One 2004 offers expanded capabilities for added success, and is easier to use than ever. It remains the only business management solution for small and midsize businesses that fully integrates all critical functionality in one single system. Highlights include:



LSI-000427

All material contained herein is strictly confidential • All rights reserved • SAP AG 2004

**Enhanced manufacturing capabilities for small businesses**

In five easy steps, companies can now manage material planning and define planning scenarios based on a wide range of criteria. They can also easily do "what if" analyses by selecting any combination of planning variables such as forecasts, open sales order, open production orders and stock levels. New features include:

- An MRP wizard that gives users a full material planning process with the flexibility to create custom scenarios -- such as the inclusion of holidays in planning, planning horizon and planning intervals
- The integration of new manufacturing processes into a company's sales and purchasing system, to catalyze business expansion
- Recommendation reports that can facilitate "make versus buy" decision-making, and automate work and purchase orders
- Support for more manufacturing processes requiring an enhanced, multi-level bill of materials.

**Enhanced productivity with Outlook Integration**

SAP Business One is now integrated with Microsoft Outlook, enabling seamless communication that can span the organization and myriad business functions. Companies can transparently convert e-mails to significantly enhance productivity in ways including:

- Using SAP Business One to capture all relevant customer communications, such as requests for quotes, and easily refer to them throughout the sales cycle without re-entering the data
- Synchronizing calendar, contacts and tasks to save time and simplify scheduling
- Using Outlook, or any mobile device connected to Outlook, to access the right information at the right time. This includes up-to-the-minutes access to the most recent transactions when meeting with customers, vendors and partners.

**Increased insight for customer relationship management**

SAP Business One has always uniquely offered fully integrated customer relationship management capabilities. The CRM capabilities in SAP Business One 2004 have been enhanced to allow users to:

- Use a fully integrated calendar to check availability and schedule service and sales groups for meetings and tasks -- thereby eliminating investments in other workgroup servers
- Track, compare, and analyze win/loss activity to provide real-time optimization of sales opportunities and business trends
- Easily run new sales automation reports, including lead allocation reports that show how and when leads were allocated, and opportunity statistics that show which sales activities were successful as sorted by customer, customer group, territory or sales item.

# THE VALUE OF SAP BUSINESS ONE

SAP Business One gives small and midsize firms easy access to the timely, reliable information they need to manage a thriving business and make effective decisions.

**Unparalleled ease of use**

Designed for non-technical users, the intuitive user interface in SAP Business One helps employees at all levels work more efficiently. Streamlined data navigation and the Drag & Relate tool make it easy for SAP Business One users to get immediate, highly accurate results.

**Greater support for growth**

SAP Business One is the only solution that provides native CRM functions for pipeline tracking, opportunity management, service management, strategic selling, and contact and contract management. It is also the only solution with a knowledge base for support and problem resolution. The integrated sales approach in SAP Business One provides a 360-degree view of each customer that --



LSI-000428

All material contained herein is strictly confidential • All rights reserved • SAP AG 2004

combined with leading-edge administrative tools – helps companies enhance customer satisfaction, maximize new sales opportunities and improve their bottom lines.

### Enhanced productivity and control
SAP Business One helps companies communicate information when and where it is needed – using a single integrated, high-performance solution throughout the organization. The result is increased productivity, enhanced contact with suppliers, improved operational efficiency and better cost control. Companies can specify the business rules that control their operations; when these rules are violated, appropriate decision-makers can be notified via online alerts for corrective action. With these capabilities, firms can streamline their business processes and focus resources where they will have the greatest impact – such as sales discount management, exception management and work flow approvals.

### Management insight and scalability
By simply dragging one piece of information on the SAP Business One screen over to another using the Drag & Relate tool, managers get instant data analysis and can create a broad range of reports that address key relationships and transactions in the business. By integrating SAP Business One with the solutions of mySAP™ Business Suite, companies can extend the system to subsidiaries as their organizations grow.

### Broad functionality, with a global reach
SAP Business One delivers a full financial-management system that encourages efficiency and productivity by supporting multiple currencies, budgeting and bank reconciliation. A complete inventory-control system – including warehouse management and multi-level price lists – supports new workflow efficiencies throughout an organization. With SAP Business One, small manufacturers can more effectively balance inventory supply with customer demand, eliminating waste during production by more carefully weighing whether to make or buy what they need.

The many country-specific features in SAP Business One let companies conduct and report business transactions in multiple languages and currencies. More than 35 country-specific versions are available.

### Affordable results in weeks, not months
Small and midsize companies can implement SAP Business One with many customized features within weeks – for a more rapid return on their investment.

# THE SAP COMMITMENT

SAP Business One can help companies achieve new business success, handle problems faster, discover trends and find sales opportunities more effectively, and plan better than they thought possible – all using a simple solution that provides powerful results.

Today, thousands of businesses around the world use SAP Business One to help manage and propel their growth. When they chose SAP Business One, they selected SAP – the business application market leader with more than 30 years of experience and 12 million users worldwide. And because SAP Business One is built on open standards, it can easily integrate with other systems, including the solutions of mySAP Business Suite.

To learn more about how SAP Business One, visit the SAP Web site at www.sap.com/smb/businessone



LSI-000429