



## CONTENTS

Executive Summary --------------------------- 3
About SAP -------------------------------- 3
Key Differentiators ------------------------- 4
Business Benefits -------------------------- 5
Support for Business Processes --------------- 6
Overview of Functional Areas ----------------- 7
Financial Management ----------------------- 8
Customer Relationship Management ------------ 10
Sales ----------------------------------- 11
Purchasing ------------------------------ 12
Material Requirements Planning --------------- 13
Inventory Control ------------------------- 14
Service Call Management -------------------- 16
Microsoft Office Integration ----------------- 17
Alerts and Approvals ----------------------- 18
User-Defined Personalization and Configuration - 19
Reporting ------------------------------- 20
Excel-Based Reporting (XL Reporter) ----------- 21
The SAP Business One Architecture ------------ 22
Software Development Kit ------------------- 23
Learn More ------------------------------ 24

LSI-000422



## EXECUTIVE SUMMARY

The SAP® Business One application is an affordable, integrated business management solution designed specifically for small and midsize enterprises. For the first time, business owners of small and midsize enterprises can leverage a single application to automate business processes and deliver an accurate, unified picture of critical, up-to-the-minute business information across all functional business areas. This 360-degree visibility into sales, finance, purchasing, warehouse management, and manufacturing, among others, enables you to make confident decisions, thus increasing the profitability of your business, and achieve new levels of control.

SAP Business One is delivered by a worldwide network of qualified SAP business partners. The partners leverage SAP's worldwide expertise to provide services and support on a local level. With more than 1,300 partners and 300 partner solutions delivering industry- and market-specific expertise, you can easily enhance and extend SAP Business One functionality to meet your specific requirements.

SAP Business One is ideally suited for companies with revenue up to US$100 million or with up to 250 employees. Implemented in many markets, it is optimized for companies in the retail, wholesale, basic manufacturing (discrete and process), and professional-services industries. Further, if your business is a subsidiary, customer, or supplier of a global organization already benefiting from SAP enterprise software, you can take advantage of preconfigured integrations to streamline the implementation process and quickly realize the benefits of SAP Business One.

## ABOUT SAP

SAP is recognized as the leading provider of collaborative business solutions for all types of industries in every major market. With over 12 million users in 120+ countries, 100,000+ installations, and more than 1,600 partners worldwide, SAP is the world's largest interenterprise software company and the third-largest independent software supplier.

For over 30 years, SAP has specialized in what it does best – delivering industry-leading business solutions that enable organizations to respond to day-to-day challenges. That experience and stability is one of the primary reasons why businesses large and small choose SAP.

While SAP solutions were once seen as the sole preserve of large companies, that perception and reality has changed. With annual R & D spending of over US$1.2 billion, SAP has reengineered its solution portfolios to meet the specific needs of every size and type of business across multiple industries, resulting in powerful business solutions like SAP Business One. More than 11,000 small and midsize businesses have discovered the power and simplicity of SAP Business One. Isn't it time you did the same?



LSI-000423



# KEY DIFFERENTIATORS

The SAP Business One application is a breakthrough in business management software for small and midsize enterprises and offers the following key differentiators.

### Comprehensive Functionality
SAP Business One automates all core business functions including customer relationship management (CRM), Web-based access, campaign management and prospecting, manufacturing, and financial management. Embedded CRM functionality seamlessly integrates sales, support, e-commerce, and other customer-facing processes across the organization.

### Powerful Reporting Tools and Analyses
Unique query and reporting tools allow you to select virtually any item in a report to see all the relevant details. The software's reporting functionality uses a standard Microsoft Excel interface to simplify report creation.

### Workflow-Based Alerts
SAP Business One provides workflow-based alerts that monitor, notify, and take action based on specific events. Any breach of predefined business policies triggers an immediate notification of the event. SAP Business One goes an extra step and automatically initiates a workflow process to direct resources and prompts a response to the event.

### Easy to Use
SAP Business One is a flexible yet powerful application that is designed with the end user in mind so even those with limited technical skills find it easy to use. An intuitive user interface and a Microsoft Windows environment significantly reduce the learning curve.

### Flexible and Adaptable
SAP Business One gives everyone in your organization the freedom to easily add fields, change forms, and personalize queries and reports. You can add new functionality quickly as the needs of the business change over time.

### Drag&Relate™
SAP Business One gives people at all levels end-to-end visibility of operations. The Drag&Relate™ feature instantly places information and transactions in an understandable format, and lets you drill down into the information to research and answer questions.

### Backed by SAP
SAP Business One is from the world's leading provider of business software solutions, with more than 30 years of experience and over 12 million users worldwide.



Figure 1: The Integrated Office with SAP Business One

### Integrated and Certified Vertical Solutions
SAP partners provide rich, integrated vertical functionality for SAP Business One. Over 300 independent software vendor solutions are currently available. Their quality is closely monitored by SAP to ensure the best customer experience possible. Many of the solutions have been reviewed by SAP to gain certification for the product to be integrated into SAP Business One.

LSI-0004724

# BUSINESS BENEFITS

There has never been a better time to realize the benefits of SAP Business One. With a best-in-class solution at the right price for your growing business, it has the power to help you boost productivity, cut costs, seize opportunities, and anticipate challenges as never before.

**Increase Revenue**
Fast and easy access to real time information from anywhere in the application helps you identify new sales opportunities, bring new products to market quickly, and provide business-building levels of customer support and service.

**Reduce Costs**
Say goodbye to costly upgrades and repetitive customizations associated with efforts to maintain software compatibility.

**Run on One Solution**
SAP Business One includes the following integral components: accounting, customer relationship management, sales, manufacturing, purchasing, banking, and inventory. Fully integrated solutions from SAP's independent software partners complement existing SAP Business One functionality and further address your specific business needs.

**Improve Customer Relationships**
Customer relationship management arms your team with relevant company-wide data for stronger sales and support.

**Future-Proof Your IT Investment**
Why put up with solutions you'll outgrow? Eradicate slow software performance, outdated information, limits on data storage, and restrictions on the number of simultaneous users and locations.

**Gain Clearer Insight Instantly**
For unprecedented day-to-day control, use dashboards to deliver up-to-the-minute snapshots of key performance indicators.

**Be Alert to Critical Information**
SAP Business One features powerful alert functionality that is easy to establish.

**Improve Efficiency**
One centralized data repository dramatically boosts efficiency and provides the right information to the right people to eliminate redundant data entry.

**Access Local Support**
A worldwide network of qualified business partners provides unsurpassed local support.

**Get Up and Running Quickly**
Take advantage of preconfigured settings that support best business practices and enable easy implementation so you can get up and running quickly.

**Support Multicurrency Transactions**
Conduct business transactions and report in multiple currencies.

**Speak the Language of Your Customer**
With the support of more than 25 languages and more than 40 countries, you can communicate with customers and vendors worldwide.

**Integrate SAP Business One with Microsoft Office**
SAP Business One is fully integrated with the Microsoft Office suite of products. This enables seamless communication within your organization and includes functionality such as sharing contacts, appointments, and tasks.

**Integrate SAP Business One with mySAP Business Suite**
SAP Business One features an open architecture that seamlessly integrates with the mySAP Business Suite family of business applications and with more than 300 applications from independent software vendors.



