## Microsoft Outlook

**From:** jwoodrum@lsistl.com
**Sent:** Friday, January 12, 2007 8:12 AM
**To:** kreidi@hodell-natco.com
**Cc:** jguagenti@lsichi.com; mweissman@lsichi.com; dlowery@lsistl.com
**Subject:** Status, Jan 22, and "To let you know"...

1. From Eric's end of day

Here is the status for 2007/01/11.

Radio Beacon.
Still down.

Data Conversion.
The Master Data pass has been completed (until further notice).
I've debugged the Open Transaction Pass and am in the process of inserting the data here to very correctness.  Tomorrow, I'll insert the data at Hodell.

2.  We have all efforts and resources on planning for you to cut off next week to go live Jan 22.
     Radio Beacon is reserved and all 5 IC's (including Ashish).

     I know we want to see the Stress test today and as a  satisfied checkpoint.

     I met with Marcia, Eric, and Joe yesterday and all feel the 22nd is doable, manageable and readiness acceptable (knowing that we do
     have items  to complete in the days between now and then).
     I've asked/had each of the IC's go through the documents that affect quantities and test (with screen print captures) affect on
     SAP and In-flight before - after quantities.  We have a full set of good document examples and many variations of the processes.
     They can't/ don't represent every possible scenario of course, but give us a good audit and status of functionality.

     I don't want to sound as if I am trying to push something through regardless what, but I am pushing to move forward if it can be
     managed at a business acceptable level for going live.  One almost has to push and will go live with caution and
     a sharp eye and assignment of support.  We're committed to staying as close as necessary  following the start up for
     demand action needs...which there will be.

     The list of items I'm seeing from Dan contain a few bugs to fix but a lot of further review, how to set up, understanding, etc.
      I reviewed each of the items with Cain and Marcia yesterday.
     We have an internal list of bugs we have deemed "have to be fixed" before go live as well, but  we can have them cleaned up
     even with new ones popping up here and there.

     Your decision, of course.  You may want to talk to Marcia and Joe first hand.
      No doubt we could continue in a review mode and have fewer last minute/have to fix before go live issues, but the other thing that
     happens if the "push" is slacked off, is that the productivity and energy slackens and ultimately the "go live" cut off period comes up again with
     similar last minute "have to be done items."  I once called on a company who had been setting up/testing for 2 years on FACTS with another affiliate.
     Somehow, they switched support to us.  We grabbed the project and they were live within a couple weeks (and have been for several years since).
     Perhaps a different scope, but the fact remains the same, and that is it takes a push, commitment, and some risk, to enact the go live process.

1



DEPOSITION EXHIBIT 55

HODL009495

It most likely won't be possible to continue to just roll "go live"
from one week to the next.  Up to this point we have had all resources on this project to
bring it to implementation start up readiness (and rightfully so -- it is that
important to both of us).  We have been fortunate that the Stl IC's, RB and
Ashish could  "roll" with us.  All have made exceptions and prioritized this project
to do this because of the magnitude and importance of the project.
We know H-N has made the same exceptions, efforts and priority.

We have today and all of next week to continue on any items that needs to be ready
before 1/22.
Eric plans to have the "final pass" sample records to you today.
Cain and Marcia will continue to work with and respond to Dan's list.
Joe* is planning to work on bugs and a little more on EDI with Nancy...he said bout 4
hours.
    *He has is looking at and addressing as many possibilities as he can before the
stress test today to have found the cause and resolved the
            screen refresh issue.

In recap, I feel we have to let RB and the IC's know by end of day, today if we are
planning on Jan 22.
If you say plan on it, we will.  We have the resources in hand to make every effort to
accomplish this and the team here
feels we should plan and do what it takes to accomplish it.
I don't feel we can commit to a 1/22 go live with that planning directive pending a
decision next week.

3.  To let you know...
I will be away from the office this afternoon.
Joe is going to let me know about the stress test.

I would like to have  a "plan for" or "don't plan for" 1/22 from you today if you
could let Joe or Marcia know and they can get word to me.
If possible maybe I can conf in.

Thank you so much.
This is a world class project and product.

Jon Woodrum
VP Business Software Support
LSi 636-349-4556 St Louis
LSi 630-444-7616 Chicago
jwoodrum@lsistl.com

HODL009496