## Microsoft Outlook

| | |
|---|---|
| **From:** | jwoodrum@lsistl.com |
| **Sent:** | Friday, January 12, 2007 12:08 PM |
| **To:** | Kevin Reidl |
| **Cc:** | dlowery@lsistl.com; jguagenti@lsichi.com |
| **Subject:** | RE: Status, Jan 22, and "To let you know"... |

OK.
I understand where you are coming from on all points.
I don't evaluate #3 in the same way you are seeing it and feel it can unnecessarily
prolonging the go live, i.e. "not working" because of set up, procedure, bad data in the
test db, etc.,  vs In-Flight coding logic is
quite different.   I don't see the quantity of code logic corrections that
would not let us plan to go live Jan 22.

But, no arm twisting.  Seriously and respectfully.
We will do everything we can to satisfy your comfort level and go live preference.
I know in advance that we cannot commit to Jan 22 if waiting until sometime next week to
make that decision because I don't have control of all the necessary resources to do that.
If I tell them today to plan on it, all resources will commit to it.  Otherwise some will
commit to other tasks for that week, e.g. RB , the Stl IC's, Ashish.

We're right with you.  Our goals are the same.  We will not cut back on our efforts and
resources necessary to complete the project for the start up readiness requirements.

Thank you.

Next touch point after the stress test today.


Jon Woodrum
VP Business Software Support
LSi 636-349-4556 St Louis
LSi 630-444-7616 Chicago
jwoodrum@lsistl.com



                    "Kevin Reidl"
                    <kreidl@hodell-na
                    tco.com>                                                    To
                                         <jwoodrum@lsistl.com>
                    01/12/2007 10:10                                           cc
                    AM                   <dlowery@lsistl.com>, "'Dan O.
                                         Reidl'" <dreidl@hodell-natco.com>
                                                                         Subject
                                         RE: Status, Jan 22, and "To let you
                                         know"...




Jon,

Thanks for the update.

DEPOSITION EXHIBIT 57
PENGAD 800-631-6989

                              1

HODL009500

As I've stated earlier, when you can show me that the system is working (including all of the major components), I will commit to a go-live date.

A week or two ago I sent you and Dan L. a note that stated there were 3 critical components that need to be satisfied before going live. At the time we were scheduled to go live, but only 1 of the components had been tested to that point.  Subsequently, there were problems with the remaining 2.

1.    Data conversion:  This one is very close, close enough that it would not keep me from deciding to go live.

2.    Stress Test:  To our disappointment, this one failed.  Since the initial failures we've come a long way.  I believe the original "lock-up" issue has been addressed.  Remaining issues are the display refresh (pseudo "lock-up") situation, and substantial delays in processing (system is very slow, almost to the point of lock-up, in certain parts of the application - mostly InFlight apps).

3.    HNI Process Testing:  Based on our findings over the past week, this one also failed.  The base SAPBO applications work fine, however, the major components of the InFlight program do not (i.e. IP's, Whse Transfers, Inflight portions of the Item Master record). Dan has been updating your team with a list of issues we've found. As we continue to test and learn about these processes, we'll continue to log issues that we find and share them with you.  Certain issues are certainly related to training & understanding, but many of the listed issues relate to things just "not working".

So from where I stand, only 1 of 3 critical components has been satisfied. I simply cannot commit to going live until I see that all 3 have been satisfied.  This is not to say that everything must work perfectly (I know it will not on day 1).  However, the 3 critical components must be addressed to the point where they will not be a concern on day 1.

I am not downplaying your team's efforts on this project, as they have been outstanding. But I think we were behind the 8-ball from the beginning.
That is, I feel that Otto and I made bad decisions in approving status reports on this project early on.  We did not know what we were looking at and thought the project was much further along than it was.  We released funds prematurely and did not stay on top of the project at an early stage.
Since you got involved, it has been a mad dash to "catch up".

We're close and getting closer all the time, but I'm not ready to commit to a go-live date until I see more.  I would like to see how today's stress test goes, and would welcome a conversation with you after it is complete.

Thanks,
Kevin


-----Original Message-----
From: jwoodrum@lsistl.com [mailto:jwoodrum@lsistl.com]
Sent: Friday, January 12, 2007 8:12 AM
To: kreidl@hodell-natco.com
Cc: jguagenti@lsichi.com; mweissman@lsichi.com; dlowery@lsistl.com
Subject: Status, Jan 22, and "To let you know"...

1. From Eric's end of day

Here is the status for 2007/01/11.

Radio Beacon.
Still down.

Data Conversion.

2

The Master Data pass has been completed (until further notice).
I've debugged the Open Transaction Pass and am in the process of inserting the data here
to very correctness. Tomorrow, I'll insert the data at Hodell.

2. We have all efforts and resources on planning for you to cut off next week to go live
Jan 22.
    Radio Beacon is reserved and all 5 IC's (including Ashish).

    I know we want to see the Stress test today and as a satisfied checkpoint.

    I met with Marcia, Eric, and Joe yesterday and all feel the 22nd is doable,
manageable and readiness acceptable (knowing that we do
    have items to complete in the days between now and then).
    I've asked/had each of the IC's go through the documents that affect quantities and
test (with screen print captures) affect on
    SAP and In-flight before - after quantities. We have a full set of good document
examples and many variations of the processes.
    They can't/ don't represent every possible scenario of course, but give us a good
audit and status of functionality.

    I don't want to sound as if I am trying to push something through regardless what,
but I am pushing to move forward if it can be
    managed at a business acceptable level for going live. One almost has to push and
will go live with caution and
    a sharp eye and assignment of support. We're committed to staying as close as
necessary following the start up for
    demand action needs...which there will be.

    The list of items I'm seeing from Dan contain a few bugs to fix but a lot of further
review, how to set up, understanding, etc.
    I reviewed each of the items with Cain and Marcia yesterday.
    We have an internal list of bugs we have deemed "have to be fixed"
before go live as well, but we can have them cleaned up
    even with new ones popping up here and there.

    Your decision, of course. You may want to talk to Marcia and Joe first hand.
    No doubt we could continue in a review mode and have fewer last minute/have to fix
before go live issues, but the other thing that
    happens if the "push" is slacked off, is that the productivity and energy slackens
and ultimately the "go live" cut off period comes up again with
    similar last minute "have to be done items." I once called on a company who had
been setting up/testing for 2 years on FACTS with another affiliate.
    Somehow, they switched support to us. We grabbed the project and they were live
within a couple weeks (and have been for several years since).
    Perhaps a different scope, but the fact remains the same, and that is it takes a
push, commitment, and some risk, to enact the go live process.

    It most likely won't be possible to continue to just roll "go live"
from one week to the next. Up to this point we have had all resources on this project to
    bring it to implementation start up readiness (and rightfully so -- it is that
important to both of us). We have been fortunate that the Stl IC's, RB and
    Ashish could "roll" with us. All have made exceptions and prioritized this project
to do this because of the magnitude and importance of the project.
    We know H-N has made the same exceptions, efforts and priority.

    We have today and all of next week to continue on any items that needs to be ready
before 1/22.
    Eric plans to have the "final pass" sample records to you today.
    Cain and Marcia will continue to work with and respond to Dan's list.
    Joe* is planning to work on bugs and a little more on EDI with Nancy...he said bout 4
hours.
    *He has is looking at and addressing as many possibilities as he can before the
stress test today to have found the cause and resolved the
                screen refresh issue.

    In recap, I feel we have to let RB and the IC's know by end of day, today if we are
planning on Jan 22.

3

If you say plan on it, we will.  We have the resources in hand to make every effort to
accomplish this and the team here
    feels we should plan and do what it takes to accomplish it.
    I don't feel we can commit to a 1/22 go live with that planning directive pending a
decision next week.

3.  To let you know...
    I will be away from the office this afternoon.
    Joe is going to let me know about the stress test.

    I would like to have  a "plan for" or "don't plan for" 1/22 from you today if you
could let Joe or Marcia know and they can get word to me.
    If possible maybe I can conf in.

Thank you so much.
This is a world class project and product.

Jon Woodrum
VP Business Software Support
LSi 636-349-4556 St Louis
LSi 630-444-7616 Chicago
jwoodrum@lsistl.com

4