### Microsoft Outlook

From: dlowery@lsistl.com
Sent: Tuesday, January 16, 2007 2:53 PM
To: Jwoodrum@lsistl.com
Cc: kreidl@hodell-natco.com
Subject: Dan Lowery - Kevin Call

Jon:

Here are some questions I asked and his answers.

Q. Are we close or are there many open issues.
A. We are close. The open issues are way down from what we had. We have about ten issues to resolve.

Q. How is performance, response time?
A. I think it is OK. We are running good in most areas that used to run slow, but there are spots that drag down. I am not sure if those are big issues to resolve or not. We have not tested on the big database yet so that will be important.

Q. Could we go live tomorrow as is?
A. No. My managers do not feel we can run as is.
(I don't recall what specifics his managers are finding that do not work as they hoped.)

Having you and Marcia up there is fine as long as it is not billable.


Dan

7/30/2011



DEPOSITION EXHIBIT 58

HODL009659