| | |
|---|---|
| **To:** | Kraus, Daniel[daniel.kraus@sap.com] |
| **From:** | Sotnick, Michael |
| **Sent:** | Thur 4/12/2007 3:35:01 PM |
| **Importance:** | Normal |
| **Sensitivity:** | None |
| **Subject:** | RE: Dan Lowery - Hodell Natco |

Since Udi is communicating just with you…it is you that should respond. The 'cheeky' part of me wants you to respond as follows: "Too bad I didn't know the limitations of the product in 2004".

We both know that is not the right response so let's go with a variation of your note combined with some of my thoughts -- perhaps the following:

Udi,
While we have built a solid go-to-market B1 team…the reality (as you know) is that we are funded purely as a sales team. As such, there is no mechanism (financial or otherwise) to execute 100k reimbursements. We have instituted controls….<insert the pre go-live comments below>.

I suggest you close in a way that leaves the door open for Udi to elect to reimburse this customer if he believes it is the only successful path.

What do you think?
Best/
Michael

| | |
|---|---|
| **From:** | Kraus, Daniel |
| **Sent:** | Thursday, Apr 12, 2007 12:17 PM |
| **To:** | Sotnick, Michael |
| **Subject:** | RE: Dan Lowery - Hodell Natco |

I'd like you to respond to Udi on this one (or suggest a response to me)… My initial thought is below, but I don't think it is quite the right way to put it….

There is no incentive to my team to take 100K return. We never put a reimbursement program in place that would have made sense for us to do anything other than insist the partner test this completely before go live, which is what we did do.

Thx

Dan

**Dan Kraus**
Vice President, SAP Business One
T +1 978 562-4161
Assistant: Lori Lawson - lo.lawson@sap.com - 416-302-8394

DEPOSITION EXHIBIT 69

CONFIDENTIAL

SAP00005570

| | |
|---|---|
| **From:** | Ziv, Udi |
| **Sent:** | Thursday, April 12, 2007 3:12 PM |
| **To:** | Kraus, Daniel |
| **Subject:** | RE: Dan Lowery - Hodell Natco |

Too bad we didn't stop the implementation of B1 before it started…

---

**From:** Kraus, Daniel
**Sent:** Thursday, April 12, 2007 22:03
**To:** Ziv, Udi
**Cc:** Killingsworth, Paul; Sotnick, Michael; Boessmann, Dirk; Stenfeldt, Niels
**Subject:** RE: Dan Lowery - Hodell Natco

Thanks.

It took 2.5 years because the partner - Lowery - was converting a vertical solution they have for a very micro vertical (fastener distribution) to work with Business One and it took that long to make the switch over.

Dan

**Dan Kraus**
Vice President, SAP Business One
T +1 978 562-4161
Assistant: Lori Lawson - lo.lawson@sap.com - 416-302-8394

---

| | |
|---|---|
| **From:** | Ziv, Udi |
| **Sent:** | Thursday, April 12, 2007 3:00 PM |
| **To:** | Kraus, Daniel |
| **Cc:** | Killingsworth, Paul; Sotnick, Michael; Boessmann, Dirk; Stenfeldt, Niels |
| **Subject:** | RE: Dan Lowery - Hodell Natco |

I will look into this and get back to you.

BTW - did it take the customer 2.5 years to get implemented or did they start late?

Udi

---

**From:** Kraus, Daniel
**Sent:** Thursday, April 12, 2007 21:53
**To:** Ziv, Udi
**Cc:** Killingsworth, Paul; Sotnick, Michael; Boessmann, Dirk; Stenfeldt, Niels
**Subject:** RE: Dan Lowery - Hodell Natco

Udi, this customer was sold in 2004 before their was any announced or understood issue. The issue has been identified (we think) to one set of locking issues that actually affects another 8-10 customers that run the same ISV add on. We need a commitment to figure out a way to get this issue solved. If that doesn't work, you have my commitment to then look at reimbursment.

Dan

**Dan Kraus**
Vice President, SAP Business One
T +1 978 562-4161
Assistant: Lori Lawson - lo.lawson@sap.com - 416-302-8394

| From: | Ziv, Udi |
|---|---|
| Sent: | Thursday, April 12, 2007 2:51 PM |
| To: | Kraus, Daniel |
| Cc: | Killingsworth, Paul; Sotnick, Michael; Boessmann, Dirk; Stenfeldt, Niels |
| Subject: | RE: Dan Lowery - Hodell Natco |

Hi Dan,

I honestly do not know what to tell you... Someone had sold to the wrong customer, which is WAY above any sane B1 sweet spot (120 users!!!), and obviously they are experiencing severe performance issues. I can not commit to resolving this issue, and although the IBD team is looking into the matter, I should probably direct them to move away from this issue and concentrate on the volume of regular customers.

If any of my people talk to the customer, the only thing we can say is that the situation is beyond the normal B1 conditions, and we will do our best to help, but will not commit to resolving the issue.

Bottom line - I recommend that:
- We go for a reimbursement
- We debrief the whole process that got us to having this customer in the first place.

Best regards,

Udi

-----Original Message-----
From: Kraus, Daniel
Sent: Thursday, April 12, 2007 00:15
To: Ziv, Udi
Cc: Killingsworth, Paul; Sotnick, Michael
Subject: RE: Dan Lowery - Hodell Natco

Udi,

Any help you can provide to Lowery is appreciate. Dirk's team is currently working with both Lowery and Accellos (another ISV) to try and find a solution to this issues. The customer is at the large end of the B1 target and was sold with the understanding that complete testing would be done prior to go live. Unfortunately, the partner only tested

CONFIDENTIAL

the functionality and never did a load performance. It is the load that is hurting us here due to sql connections and table locks.

If we don't get this resolved, we will likely end up taking a return from the customer, and putting the partner out of business. I think there are some ideas on the table with Daniel (on Dirk's team), so again, we'd appreciate any encouragement.

Thanks

Dan

(BTW, the email address for Bill McDermott in the original message isn't valid, so I think only you got this)


Dan Kraus
Vice President, SAP Business One
T +1 978 562-4161
Assistant: Lori Lawson - lo.lawson@sap.com - 416-302-8394


-----Original Message-----
From: dlowery@lsistl.com [mailto:dlowery@lsistl.com]
Sent: Wednesday, April 11, 2007 4:34 PM
To: Ziv, Udi
Cc: Kraus, Daniel; Killingsworth, Paul; Sotnick, Michael; bill_mcdermott@sap.com
Subject: Dan Lowery - Hodell Natco


Udi:

- We are a SAP Business One reseller in St. Louis
- We have installed a 120 user B1 deal at Hodell Natco in Cleveland with an add-on we developed called In-Flight Enterprise.
- We went live March 1, 2007 and are experiencing extreme system performance issues. Large customer orders take 2 hours to enter into the system, etc.

- Customer wants to talk to an executive at SAP who can answer the following questions:
    a. Why is it taking SAP so long to fix the performance problem?
    b. When can he expect a fix to be delivered to his company by SAP?

He is losing hundreds of thousands of dollars a month from lost orders, lost customers, and extra employees to get workload out.

They are close to throwing the system out and want to talk to an executive at SAP to ensure they know how serious they are.
If they throw the system out, they will for sure get legal with us all.

Can you help?

CONFIDENTIAL

SAP00005573

Dan Lowery
President
LSi-Lowery Systems Inc.
314-315-4366

CONFIDENTIAL

SAP00005574