To: 'dlowery@lsistl.com'[dlowery@lsistl.com]; Ziv, Udi[udi.ziv@sap.com]
Cc: 'jwoodrum@lsistl.com'[jwoodrum@lsistl.com]; Sotnick, Michael[michael.sotnick@sap.com]; Stenfeldt, Niels[niels.stenfeldt@sap.com]; Mehnert-Meland, Ralf[ralf.mehnert-meland@sap.com]; Ashley, Geoffrey[geoffrey.ashley@sap.com]
From: Kraus, Daniel
Sent: Sun 4/15/2007 4:11:13 PM
Importance: Normal
Sensitivity: None
Subject: Re: Dan Lowery - 2nd SOS from Partner for Help
Categories: urn:content-classes:message

Dan,

Your development team and others have been told that this is outside the sweet spot a number of times. When Hodell purchased, there was no such definition, but in the 2 years since we have shared this information both directly with your team around HN and in general at FKOM, Summer sales meeting and through the use of the online qualification tool.

This is also why Geoff Ashley, Ralf's team, the solution architechs and I have all been so forthright about full testing before go live.

Dan
Dan Kraus
SAP America
781-738-2255 (c)
978-562-4161 (o)

Sent from Wireless


-----Original Message-----
From: dlowery@lsistl.com <dlowery@lsistl.com>
To: Ziv, Udi
CC: jwoodrum@lsistl.com <jwoodrum@lsistl.com>; Kraus, Daniel; Sotnick, Michael; Seligmann, Rodney; Stenfeldt, Niels
Sent: Sun Apr 15 15:13:03 2007
Subject: RE: Dan Lowery - 2nd SOS from Partner for Help

Udi:

Thank you for the quick response? But...

Hope I don't sound stupid, but I don't understand, "As you know, this customer's environment is far outside the sweet spot of Business One (with 120 users, etc.), and therefore we anticipate that such performance issues will come up."
I don't understand that at all, and never heard that before.

The whole reason they bought SAP was because it was supposed to scale to their growth. They are planning more acquisitions, adding more users and this was their known objective since day one, two plus years ago by everyone SAP included.

Why did SAP let us go this long before telling us this was not the product for Hodell? I just spend $ 1 million developing this product to SAP specifications. What am I supposed to do now?

More importantly, what am I supposed to tell Hodell? This is unbelievable.


DEPOSITION EXHIBIT 78

CONFIDENTIAL

SAP00012365

Dan Lowery
President
314-315-4366

——"Ziv, Udi" <udi.ziv@sap.com> <mailto:udi.ziv@sap.com> wrote: ——

To: <dlowery@lsistl.com> <mailto:dlowery@lsistl.com>
From: "Ziv, Udi" <udi.ziv@sap.com> <mailto:udi.ziv@sap.com>
Date: 04/13/2007 10:40AM
cc: "Kraus, Daniel" <daniel.kraus@sap.com> <mailto:daniel.kraus@sap.com> , "Sotnick, Michael" <michael.sotnick@sap.com> <mailto:michael.sotnick@sap.com> , "Seligmann, Rodney" <rodney.seligmann@sap.com> <mailto:rodney.seligmann@sap.com> , "Stenfeldt, Niels" <niels.stenfeldt@sap.com> <mailto:niels.stenfeldt@sap.com>
Subject: RE: Dan Lowery - 2nd SOS from Partner for Help

Dan,

As you know, this customer's environment is far outside the sweet spot of Business One (with 120 users, etc.), and therefore we anticipate that such performance issues will come up.

Having said that, we believe we have identified the issue that may be causing this specific performance problem, but there is no real way to verify this until we use it for real in the customer's environment. The fix will be included in the April patch, scheduled for the end of the month. I know it is late for the customer, but presenting a hotfix for such an issue is too risky, and may make the situation even worse (as we can not perform the same amount of testing on a hotfix).

Best regards,

Udi

From: dlowery@lsistl.com [mailto:dlowery@lsistl.com]
Sent: Thursday, April 12, 2007 23:03
To: Ziv, Udi
Cc: Kraus, Daniel; Sotnick, Michael ; Seligmann, Rodney
Subject: RE: Dan Lowery - 2nd SOS from Partner for Help

CONFIDENTIAL                                                                                         SAP00012366

Udi:

Thank you for responding. As you can tell, we are in a bad spot, so any expediency is greatly appreciated.

Dan Lowery
President
011-314-315-4366

"Ziv, Udi" <udi.ziv@sap.com> <mailto:udi.ziv@sap.com>

04/12/2007 02:19 PM

To

<dlowery@lsistl.com> <mailto:dlowery@lsistl.com>

cc

"Kraus, Daniel" <daniel.kraus@sap.com> <mailto:daniel.kraus@sap.com> , " Sotnick, Michael " <michael.sotnick@sap.com> <mailto:michael.sotnick@sap.com> , "Seligmann, Rodney" <rodney.seligmann@sap.com> <mailto:rodney.seligmann@sap.com>

Subject

RE: Dan Lowery - 2nd SOS from Partner for Help

Dan,

I am looking into the matter and will get back to you as soon as possible with what can be done.

Best regards,

Udi

CONFIDENTIAL

SAP00012367

---

From: dlowery@lsistl.com [mailto:dlowery@lsistl.com]
Sent: Thursday, April 12, 2007 18:49
To: Ziv, Udi
Cc: Kraus, Daniel; Sotnick, Michael ; Seligmann, Rodney
Subject: Dan Lowery - 2nd SOS from Partner for Help

Udi:

I have a customer that need you to call him with me. He is red hot at the performance of SAP B1, and wants to know:

1. Why is it taking so long for SAP to fix the problem?
2. When will he receive his fix?

It takes two hours to key in a large order and scales down from there. He is bleeding money and is threatening to throw out the system.

Hodell-Natco Inc in Cleveland .

Please call me:

Dan Lowery
President
LSi-Lowery Systems Inc.
314-315-4366

CONFIDENTIAL
SAP00012368