| | |
|---|---|
| From: | dlowery@lsistl.com |
| To: | Kraus, Daniel |
| CC: | Sotnick, Michael; Killingsworth, Paul; Seligmann, Rodney |
| Sent: | 7/3/2007 6:54:08 AM |
| Subject: | [JUNK]RE: Dan Lowery - Fw: Hodell Performance Testing-SAP Responses |
| Attachments: | ATT564664.gif |

Dan, Rodney and Mike:

The primary issue at Hodell is the first item below. It is from the list of seven slowdown areas LSi documented for SAP.
**"Edit orders with 200 lines and then update - document 1014252"**
**If this could be fixed, I believe Hodell would hang with us as this causes them most grief.** Thus the reply from SAP's Miki Zilberstein is not good news.

Regarding open LSi InFlight issues, there are currently no significant open items on the bug list. From an application point, InFlight is clean. The most recent, Inventory accuracy, was hit hard operationally and code wise by Jon and his staff and that area is very tight.   I believe we would get concurrance from the customer in a calm conversation.

Hope Gadi can find something.

Dan



"Kraus, Daniel" <daniel.kraus@sap.com>

07/02/2007 09:25 PM

To <dlowery@lsistl.com>, "Seligmann, Rodney" <rodney.seligmann@sap.com>, "Sotnick, Michael" <michael.sotnick@sap.com>
cc "Killingsworth, Paul" <paul.killingsworth@sap.com>
Subject RE: Dan Lowery - Fw: Hodell Performance Testing-SAP Responses

Dan,

We have not received any legal notice from Hodell. We have identified some areas of speed improvement (as previously disclosed) and with Gadi on site later this week, we hope to identify more. This is a short term solution and our goal is to get HN stabilized to the point where we can have a logical and non-emergency conversation as to next steps. At their current growth rate and transaction volume, I personally believe HN will scale out of B1 before we can scale the product to them, but the market, companies and technology always change, so never say never.

If we are both sued, our atty's may decide to work together or may go it alone, but we will not represent a partner in a suit. You do have to have your own council. From past conversations with Kevin, I believe his biggest concern right now, outside of pure B1 speed, are the bugs in Inflyte and the turn around time to get them fixed.

Finally, I am not sure what you mean by  "The response below, especially point number one, if not resolved, would be viewed as bad by Hodell Natco."  I am not sure which point #1 you are reacting to.

Hope this helps clarify our situation.


DEPOSITION EXHIBIT 91

Confidential

SAP00000696

Best/

Dan Kraus

Dan Kraus
Vice President, SAP Business One
T +1 978 562-4161
Assistant: Lori Lawson - lo.lawson@sap.com - 416-302-8394

-----Original Message-----
From: dlowery@lsistl.com [mailto:dlowery@lsistl.com]
Sent: Monday, July 02, 2007 12:28 PM
To: Kraus, Daniel; Seligmann, Rodney; Sotnick, Michael
Cc: Killingsworth, Paul
Subject: Dan Lowery - Fw: Hodell Performance Testing-SAP Responses


Dan, Rodney or Michael:

Speaking as your business partner, I am looking for your direction.
Factors:
  The response below, especially point number one, if not resolved, would
  be viewed as bad by Hodell Natco.
  The email from Hodell's owners last Friday saying I will be contacted by
  their attorneys worries me a bit..
3.  And finally, Gadi's trip to Hodell this week to review their situation. Hopefully he will find something to resolve performance, however, if not...

My questions?
1. Where do you see Hodell at this point? Have you received similar legal
emails from Hodell?
2. How does SAP assist when a partner is sued? Does SAP offer legal services to a partner?
3. Are we dealing with this together or am I to prepare legally to go it alone?

Please let me know.

Dan


----- Forwarded by Dan Lowery/LSI on 07/02/2007 10:38 AM -----

          Cain Woodrum/LSI


          07/02/2007 10:10
To
          AM                      Jon Woodrum/LSI@LSI

cc
                                  Dan Lowery/LSI@LSI, Marcia

                                  Weissman/Ibis@Ibis, Joe

                                  Guagenti/Ibis@Ibis, Eric

                                  Johnson/Ibis@Ibis


Subject
                                  Hodell Performance Testing-SAP

                                  Responses

Confidential

SAP00000697

I received the following message response from SAP while I was out last week.

These 3 messages appear that there will be no immediate action taken to enhance/cure the performance.

I did not close the SAP messages. I wanted to wait to see if we wanted to
reply.

(Embedded image moved to file: pic23281.jpg)

Cain Woodrum
LSi-Lowery Systems, Inc.
636-349-4556  Phone
636-349-1438  Fax
cwoodrum@lsistl.com

Confidential

SAP00000698