Dan Lowery - Hodell

Dan Lowery o daniel.kraus  08/03/2007 08:21 AM

Cc: michael.sotnick, rodney seligmann, Tkkellett, Jwoodrum

Dan:

You forgot we caused that bridge to fall in MN, and the Titanic to sink.

Dan

---

I am telling you we don't have an answer yet. Dan, your approval on getting code held up a week. Getting the event monitor loaded at the client held us up another 3 days. Your team did not use some of the coding advise around the event filters provided to you during coded. You took the customer live without sufficient load testing and you are trying to dump this on SAP.

We are working to help this situation and we don't have an answer yet. I am not making commitments or promises we can't keep. End of story.

We will continue to grind this out and see where we can improve on the SAP side.

Dan



DEPOSITION EXHIBIT 94

LSI-000196