**To:** Kraus, Daniel[daniel.kraus@sap.com]; Sotnick, Michael[michael.sotnick@sap.com]
**From:** Mehnert-Meland, Ralf
**Sent:** Mon 4/16/2007 6:08:03 PM
**Importance:** Normal
**Sensitivity:** None
**Subject:** RE: Dan Lowery - Performance Issues at Hodell-Natco
**Categories:** urn:content-classes:message

If it works in the fastener industry, then yes. We will check.

I also proposed to roll them back to your old system.


Ralf Mehnert-Meland
Director, Business Development
SAP Business One
SAP America, Inc.
3999 West Chester Pike
Newtown Square, PA 19073 USA
T:     +1 218 233 4689
F:         +1 610 661 0723
M:        +1 610 909 9325
E:     ralf.mehnert-meland@sap.com
www.sap.com/SME

-----Original Message-----
From: Kraus, Daniel
Sent: Monday, April 16, 2007 5:06 PM
To: Mehnert-Meland, Ralf; Sotnick, Michael
Subject: RE: Dan Lowery - Performance Issues at Hodell-Natco

Isn't Tryarc building a solution for wholesale distribution in A1. Would this be a place to go?

Dan


Dan Kraus
Vice President, SAP Business One
T +1 978 562-4161
Assistant: Lori Lawson - lo.lawson@sap.com - 416-302-8394


-----Original Message-----
From: Mehnert-Meland, Ralf
Sent: Monday, April 16, 2007 5:46 PM
To: Sotnick, Michael; Kraus, Daniel
Cc: Ashley, Geoffrey; Killingsworth, Paul; Weis, Manfred; Neveux, Edward
Subject: FW: Dan Lowery - Performance Issues at Hodell-Natco

Michael/Dan:

Here an update. Geoff, Paul, Eddy, Manfred, please correct and add as needed.

1. There are basically two issues relating to performance with SAP Business One: 1) performance

EXHIBIT NO. 157
WITNESS: NEVEUX
DATE: 3/15/18

degrades with SSP add-on products accessing SAP Business One, and 2) performance degrades with large datasets.

2. Hodell has both issues. They experienced performance issue when Lowery tested the dataset against the Hodell data on SAP Business One standalone a year ago. With the addition of the Lowery add-on and the now even increased data, performance is seriously degraded.

3. The upcoming April fix may resolve the add-on performance issue. We are getting more detail on that - Eddy has been in communication with Dirk Boessmann on Udi's team. It likely does not resolve the dataset issue. Resolving the dataset issue is not an easy fix - so, even if development started today, we likely are talking months. This is an issue that has been known for years.

Summary: Hodell just has too much data. SAP Business One cannot handle it and there is no fix in sight. I believe we need to find a way to get the customer off SAP Business One.

As we said before - and can prove by emails - Lowery knew about this a year ago. But that is a different discussion. Customer issue needs to be addressed first.

By the way, we have not shared this with Dan Lowery yet. I need your guidance on how you want to proceed.

Ralf


Ralf Mehnert-Meland
Director, Business Development
SAP Business One
SAP America, Inc.
3999 West Chester Pike
Newtown Square, PA 19073 USA
T:      +1 218 233 4689
F:             +1 610 661 0723
M:            +1 610 909 9325
E:      ralf.mehnert-meland@sap.com
www.sap.com/SME

---

Von: dlowery@lsistl.com [mailto:dlowery@lsistl.com]
Gesendet: Montag, 16. April 2007 19:58
An: Ziv, Udi
Cc: jwoodrum@lsistl.com; Ziv, Udi; Lacko, Dusan; Boessmann, Dirk; Kraus, Daniel; Sotnick, Michael; Seligmann, Rodney; Ashley, Geoffrey; jguagenti@lsichi.com
Betreff: Dan Lowery - Performance Issues at Hodell-Natco


Thank you for this information. This helps.

Udi:
I need someone from SAP to make a call at Hodell with me Tuesday, 4-17-2007 CDT USA.
The message being:
1. What is the April patch description, and what is the timeframe to deliver and install
2. What we have found out about Hodell and B1. Namely; the transaction volumes of Hodell are pushing the upper limits of B1, which were not were not thought to be a problem when Hodell purchased B1.

CONFIDENTIAL

SAP00004601