**To:** Kraus, Daniel[daniel.kraus@sap.com]; Boessmann, Dirk[dirk.boessmann@sap.com]; Mehnert-Meland, Ralf[ralf.mehnert-meland@sap.com]; Weis, Manfred[manfred.weis@sap.com]; Neveux, Edward[edward.neveux@sap.com]; Sotnick, Michael[michael.sotnick@sap.com]; Ziv, Udi[udi.ziv@sap.com]; Stenfeldt, Niels[niels.stenfeldt@sap.com]
**From:** Ashley, Geoffrey
**Sent:** Tue 4/17/2007 11:30:02 AM
**Importance:** Normal
**Sensitivity:** None
**Subject:** RE: Summary of Hodell call
**Categories:** urn:content-classes:message

There will NOT be a solution in All-In-One without some very substantial customizations to incorporate the In-Flight solution that drove this initial purchase. There was a two-year development cycle with the In-Flight solution that was already well defined by that point.

That is why I was trying to determine if there would be a way to use the Business One solutions as an interface to an All-In-One engine? This might be impossible but it may be the only way to salvage this.

But even that is going to take significant work that the customer is not going to pay for.

g

Geoff Ashley
Director of Sales, SAP Business One
SAP America Inc.
3 Van De Graaff Drive
4th Floor
Burlington, MA 01803
Office:   +1 781.852.9072
Fax:      +1 610.492.0687
Mobile: +1 404.200.3547
geoffrey.ashley@sap.com <mailto:geoffrey.ashley@sap.com>
www.sap.com/smb <http://www.sap.com/smb>

EXHIBIT NO 159
WITNESS: Neveux
DATE: 3/15/12

"Complex problems have simple, easy to understand, WRONG answers."


-----Original Message-----
From: Kraus, Daniel
Sent: Tuesday, April 17, 2007 11:18 AM
To: Ashley, Geoffrey; Boessmann, Dirk; Mehnert-Meland, Ralf; Weis, Manfred; Neveux, Edward; Sotnick, Michael; Ziv, Udi; Stenfeldt, Niels
Subject: Re: Summary of Hodell call

We very simply need to figure out if there is a solution in A1 for this customer or if we jsut refund our license fees. There is no go-forward path here with Business One. The partner clearly has misrepresented the solution.

Dan
Dan Kraus
SAP America
781-738-2255 (c)

CONFIDENTIAL                                                                                                                                       SAP00004633

978-562-4161 (o)

Sent from Wireless

-----Original Message-----
From: Ashley, Geoffrey
To: Boessmann, Dirk; Mehnert-Meland, Ralf; Weis, Manfred; Kraus, Daniel; Neveux, Edward
Sent: Tue Apr 17 11:09:48 2007
Subject: Summary of Hodell call

We had a call with Hodell this morning. The call was not productive, nor could it have been since the timing and message was forced by the VAR instead of allowing us the opportunity to communicate clearly on the options available, the way to deliver this message, and the damage control we would need to take.

1. LSI commented that they originally sold this "solution" to Hodell as something that was designed for companies of "250 million in revenue" with up to 500 users. There was stunned silence on the phone from the SAP team as Hodell confirmed that this was their understanding of what was purchased.

2. Hodell currently has 120 users. They expect to grow at 17% compounded growth per year. They expect to be a 300 users in the short-term (next couple of years).

3. They mentioned that this solution has already cost them their profit "for the year." They are throwing out numbers like $750,000 in losses already. They are losing customers and employees.

4. Dirk did an excellent job under stressful conditions. He has set the expectations that this environment is MUCH larger than we were lead to believe and that we cannot make any statements as to performance without some extensive, additional testing and/or analysis.

5. LSI read off a code that they are experiencing. According to an e-mail from Eddy, this is NOT handled by the patch. In other words, they may be an exercise in futility if the primary cause for the problem (or one primary cause) is not going to be mitigated.

6. Geoff tried to mention the concept of dispersing the solution across multiple platforms. The idea being that we might be able to "save" this solution by using Business One (and In-flight) as a user interface for All-In-One. But before I could go anywhere with my thought process it was shot down by LSI. They claimed that the issue is not hardware as they "tested" the hardware and SQL-server. This is not what I was trying for.

7. LSI stated that they (in effect) did NOT test this environment with anything approaching the number of users, or the load being placed on the system. Jon stated that they used around 20-users to test most of it, and the most they ever had try and log on was 80. But he also stated that the 80-user number did not stress the system as they were not processing orders, making payments, etc.

8. The call was left with SAP going back to executive management to determine if we have a solution or not. We committed to "over communicating" where we are in order to keep Hodell in the loop. There are no specific next steps with timeframes defined.

PS: Please forward if I left anyone off the e-mail trail. Ralf, please add anything I missed.

geoff

Geoff Ashley

CONFIDENTIAL                                                                                                     SAP00004634

Director of Sales, SAP Business One

SAP America Inc.

3 Van De Graaff Drive

4th Floor

Burlington, MA 01803

Office:   +1 781.852.9072

Fax:      +1 610.492.0687

Mobile: +1 404.200.3547

geoffrey.ashley@sap.com <mailto:geoffrey.ashley@sap.com <mailto:geoffrey.ashley@sap.com> >

www.sap.com/smb
<file:///C:/Documents%20and%20Settings/i807180/Application%20Data/Microsoft/Signatures/www.sap.com/smb>  <http://www.sap.com/smb <http://www.sap.com/smb> >


"Complex problems have simple, easy to understand, WRONG answers."

CONFIDENTIAL

SAP00004635