**To:** Bagnoli, Gianluigi[gianluigi.bagnoli@sap.com]; Neveux, Edward[edward.neveux@sap.com]; Mehnert-Meland, Ralf[ralf.mehnert-meland@sap.com]
**Cc:** Stenfeldt, Niels[niels.stenfeldt@sap.com]
**From:** Kraus, Daniel
**Sent:** Wed 6/13/2007 9:32:25 AM
**Importance:** Normal
**Sensitivity:** None
**Subject:** RE: Review of Hodell Natco / Inflight Interface
**Categories:** urn:content-classes:message

I have also pushed this to Monty and Dirk to have IBD continue their work here. I appreciate the coordinated effort.

Dan

Dan Kraus
Vice President, SAP Business One
T +1 978 562-4161
Assistant: Lori Lawson - lo.lawson@sap.com - 416-302-8394

EXHIBIT NO. 161
WITNESS: Neveux
DATE: 3/15/15

-----Original Message-----
From: Bagnoli, Gianluigi
Sent: Wednesday, June 13, 2007 3:35 AM
To: Neveux, Edward; Kraus, Daniel; Mehnert-Meland, Ralf
Cc: Stenfeldt, Niels
Subject: RE: Review of Hodell Natco / Inflight Interface

Eddy -

I think you are right. If the performance issues are in B1 business logic, then the same issues will be in the DI API, as it is built on top of the same logic.

From the numbers I see, the customer is simply outside of the area B1 is supposed to cover. The only quick-and-dirty trick that comes into my mind is to see whether some data could be kept outside of the B1 DB. But as we are talking about Items and Business Partners, that will likely end-up in a mess with tons of hidden issues that will come out later.

The alternative is to see whether Dev can come up with a patch that mitigates some of the issues. But again: that means adapting the system for a different target ...

In short: I don't have any problem in involving you in a review of the solution, as this is very part of our job. And if this is the case, then I will look for a right back-up from Dev in Israel. But I just want to set the expectations clear.

Gianluigi

-----Original Message-----
From: Neveux, Edward
Sent: Wednesday, June 13, 2007 4:12 AM
To: Kraus, Daniel; Mehnert-Meland, Ralf; Bagnoli, Gianluigi

Cc: Stenfeldt, Niels
Subject: Re: Review of Hodell Natco / Inflight Interface

Gianluigi,

Do you have any thoughts on the email below. I do not think that we will find to much if anything with respect to the DI API. What we know is that the data set used by Hodell for Business Partners and Items alone is in the 100,000+ area of records and will only continue to grow. There are performance issues with this data set WITHOUT any add-on installed as stated by the partner and the customer. This was an issue from the onset. Since the performance issues manifested themselves in Business One by itself (no add-ons) I do not see how we will get any better performance using the API without possibly involving development?

-------------------
Eddy Neveux
Solution Architect
SAP Business One


----- Original Message -----
From: Kraus, Daniel
To: Neveux, Edward; Mehnert-Meland, Ralf
Cc: Stenfeldt, Niels
Sent: Tue Jun 12 18:48:53 2007
Subject: Review of Hodell Natco / Inflight Interface

All,

Who would be the best person to review the interface and possible issues with the Inflight/Radio Beacon/ Business One set up that is at Hodell Natco. In addition for looking for performance issues in B1, we want to review the architecture of the interface with the DI API and the systems to see what we can do there. The US has some funds to pay for some of this research or travel costs. Please advise.

Thx

Dan

Dan Kraus
Vice President, SAP Business One
SAP America Inc.
3 Van De Graaff Drive, 4th Floor
Burlington, MA 01803
T +1 978 562-4161
M +1 781 738-2255
F +1 610 661-0740