| | |
|---|---|
| To: | Neveux, Edward[edward.neveux@sap.com] |
| Cc: | Bagnoli, Gianluigi[gianluigi.bagnoli@sap.com] |
| From: | MARTINEZ GEA, Maria Trinidad |
| Sent: | Wed 10/17/2007 9:52:46 AM |
| Importance: | Normal |
| Sensitivity: | None |
| Subject: | RE: Re: Hodell |
| Categories: | urn:content-classes:message |



EXHIBIT NO. 167
WITNESS: Neveux
DATE: 3/15/12

Incredible, they are one of the cases where everything seems to be accorded to have bad performances
43Gig for the database is really too much
+ Citrix
+ Bad coding in addons
++++++

They need to clean everything step by step!

But at least you didn't lost the time by going there, you saw many different things ;o)

---

| | |
|---|---|
| From: | Neveux, Edward |
| Sent: | mercredi 17 octobre 2007 15:45 |
| To: | MARTINEZ GEA, Maria Trinidad |
| Cc: | Bagnoli, Gianluigi |
| Subject: | RE: Re: Hodell |

Trinidad,

Thank you for looking at this. Actually the partner was NOT on site at Hodell yesterday. The individual that was going to be there, Joe from the partner, was not there because his wife fell ill and had to go to the hospital. I did not have access to the source code as it was not on-site at Hodell. I did speak with Joe a few times on the phone, but that was just to ask questions about what I was seeing in the log file. The environment is a citrix environment where all users as well as remote users access Business One via Citrix. There ARE MANY issues with this environment that I found yesterday even though that was not what I was there for as well as the company data file is 43 Gig and the log file for that company is 93 Gig ... yes GIG!

Personally the performance that I witnessed yesterday was not as bad as I thought. There is some delay from time to time and certainly where InFlight is used which is on the .Documents object for Sales Orders, Quotations, Invoices, etc and specifically on the matrix portion of those forms. There is a lot of moving by the InFlight add-on between user defined fields in the matrix. The cursor actually moves between columns in a line as it is validating data for the line as well as when the Add button id clicked for the document, there is a status bar notification that states that the add-on is validating data. These are where the issues seem to be from a "performance" standpoint as far as code.

Other issues related to performance are the size of the data as well as we found out that as users come onto the Hodell system, performance starts to degrade, i.e. in the morning where there are less users, the issues seem less. Personally for the most part I did not think that the performance was all that bad, but Hodell stated (of course) that it was "not a typical busy day".

To your point in number 1, yes they are capturing the KEY_DOWN event in the matrix. They actually re-

use the same filters for all events even if they know that they do not need to listen to that event on a form.

To your question in number 2, what is happening here is per Joe, "since sap changed their code to where it used to handle a string to handling an integer", they did not change the code to accommodate this, they trap the error, pull the data out, convert it from string to integer and then push that data back into Business One. So instead of changing their code to accommodate SAP changing certain fields to int instead of string, this is how they deal with "converting the data", which is also an issue and as you can see, the logs do not show how long this takes.

As far as the number of columns on the matrix ... there are many! To your point 2 below, they need to store the variables, which I do not believe they are and I will have to tell them this again as we stated before.

I do not have the source code as stated and did not see it as the partner was not on site and the code is offsite. Possibly that is the next step for me. I do not know as there are so many other issues with the infrastructure, that I think that they compound on each other as well as the code.

Eddy

---

**From:** MARTINEZ GEA, Maria Trinidad
**Sent:** Wednesday, October 17, 2007 9:19 AM
**To:** Neveux, Edward
**Subject:** RE: Re: Hodell


Hi Eddy,

What where your conclusions? Did you had a look to their code?
I'm really interested in knowing more about their specific case, I'm curious now.

There are many points that let me think their code is a very big mess... or I'm missing something in their development

1. I think they are listening for the KEY_DOWN item event. This event is fired too often and shouldn't be used... unless there is no other way round. Are they listening these events for the forms with matrixes???
Ex at lines around 13669 - CharPressed

2. There are some lines repeated too many times and I don't know why. Here you have some samples of the most repeated (I give the number of the lines), most of them are while managing the UI events.

a. Some Exceptions are thrown quite often, is it normal?
LSilBiSUI.MenuSAP.AddMenuItemByID
LSilBiSUI.UserData.ConvertToInt
LSilBiSUI.Items.AddItem

b. MenuEventClass.get_MenuUID after a Menu event
2295 - 2984 => 650 times for a unique event!!!!!
4867 - 5566 => 700 times!!!
8950 - 9639
What are they doing it so many times per each Menu event?????

c. FormClass.get_TypeEx
6187 - 6282 => 95
6297 - 6404 => 107
6429 - 6524 => 96

CONFIDENTIAL

SAP00004427

6537 - 6644 => 107

...

Why do they need to ask so many times the same parameter? I suppose their events management is not centralized and they ask for the same parameter to the UI API the whole time.
It is curious but the number of times is quite similar...

c.

| | | |
|---|---|---|
| ColumnsClass | Item | 0 |
| ColumnClass | get_TitleObject | 15 |
| ColumnTitleClass | get_Caption | 0 |

3052 - 3887 => How many columns per matrix?
Should keep the columns needed and only ask for the lines per each row...

```
        Dim oColItemCells, oColQuantityCells As
SAPbouiCOM.Cells
        Dim cellItem, cellQuantity As SAPbouiCOM.EditText
        oColItemCells = oMtx.Columns.Item("1").Cells
        oColQuantityCells = oMtx.Columns.Item("11").Cells

    loop
        cellItem = oColItemCells.Item(i).Specific
        cellItem.Value = "1"
        cellQuantity = oColQuantityCells.Item(i).Specific
        cellQuantity.Value = "2"
    end loop
```

d.

| | | |
|---|---|---|
| ColumnClass | get_ValidValues | 16 |
| ValidValuesClass | Add | 0 |

60022 - 60509 => 500 lines!!!
What for ????

I hope it serves and it is not too late.
If you need my help for something please call me, I'm not connected to Internet when I'm at home (and I don't have a Black Berry ;o)

Regards
Trinidad.

---

**From:** Neveux, Edward
**Sent:** mardi 16 octobre 2007 18:46
**To:** MARTINEZ GEA, Maria Trinidad
**Subject:** Re: Hodell
**Importance:** High

Trinidad,

I hope all is well with you.

Attached is the latest log from the .Net Profiler that I just did. I am in the process of going through it now, but wanted to get your opinion.

Thank you for all of your help!

Eddy

<< File: B1ProfilerLog_2007101675425.zip >>

CONFIDENTIAL

SAP00004429