# In The Matter Of:

*Hodell-Natco Industries, Inc. v.*
*SAP America, Inc., et al.*

---

*Geoffrey Ashley*
*March 16, 2012*

---

# NEXTGEN|REPORTING

Making Litigation Easier.  NextGenReporting.com

PHILADELPHIA | 215.944.5800  NEW YORK CITY | 646.470.3376  PHOENIX | 623.224.2760  SILICON VALLEY | 650.799.8020

*Original File 2012-01663.TXT*
*Min-U-Script® with Word Index*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HODELL-NATCO INDUSTRIES, INC., | ) Case No. 1:08 CV 2755 ) |
| Plaintiff, | ) Judge: Lesley Wells ) Magistrate Judge: ) Greg White |
| vs. | ) ) VOLUME I |
| SAP AMERICA, INC., et al., | ) ) ) |
| Defendants. | ) |

AUDIOVISUAL DEPOSITION OF GEOFFREY ASHLEY

DATE: Friday, March 16, 2012
TIME: 9:24 a.m.
PLACE: Residence Inn
91 Hall Street
Concord, New Hampshire

NEXTGEN REPORTING

Registered Professional Reporters

```
 1    Q    The Business One software package, as I
 2         understand it, was throughout 2005, 2006 and
 3         actually even into 2007, targeted on the
 4         small to medium-sized companies; is that
 5         correct?
 6    A    That's correct.
 7    Q    And by definition, again, that SAP uses for
 8         the small to mid-size or medium size is 10
 9         million, 50 million is generally considered
10         small business; is that correct?
11    A    That's correct.
12    Q    And then 50 million to 500 million is
13         generally considered a medium-sized business?
14    A    Correct.
15    Q    Do you know one way or the other where
16         Hodell-Natco fits in either of those two
17         ranges?  Where they fit when they were sold?
18    A    Well, it's impossible to say, because it
19         includes too many variables.
20    Q    No, I just said:  Do they fit in small or
21         medium, or do you know?
22              MR. STAR:  He's talking about the
23         revenue side.
24    A    Oh, yeah.  From a marketing standpoint, they
25         would fit in a medium size.
```

Geoffrey Ashley - March 16, 2012

231

1  Q   Okay. That's what I'm saying. So this --
2      from a marketing standpoint, the Business One
3      product was targeted for the Hodell-Natco
4      size company?
5  A   From a marketing standpoint, correct.
6  Q   Right. Okay. Would you go to Exhibit 81,
7      please, at the top of the first page?
8          THE COURT REPORTER: Could I just have
9      one minute?
10         MR. HULME: Sure.
11 A   Um-hum.
12 Q   It's an e-mail from Dan Lowery to you, Dirk
13     and Ralf, right?
14 A   Correct.
15 Q   In that Mr. Lowery states, "Here is the
16     decision criteria used when they made the
17     decision to buy SAP." They're referring to
18     Hodell's experience.
19 A   Right.
20 Q   "First, Hodell is viewed as one of the best
21     ranked companies in the industry, well
22     respected by all."
23         Do you have any reason to disagree with
24     that statement?
25 A   I do not.