# In The Matter Of:

*Hodell-Natco Industries, Inc. v.*
*SAP America, INC., et al.*

---

*Jay Paul Sheldon*
*June 28, 2012*

---

# NEXTGEN|REPORTING

**Making Litigation Easier.**    NextGenReporting.com

PHILADELPHIA | 215.944.5800    NEW YORK CITY | 646.470.3376    PHOENIX | 623.224.2760    SILICON VALLEY | 650.799.8020

1

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF OHIO
 2                      EASTERN DIVISION

 3                      -   -   -

 4   HODELL-NATCO INDUSTRIES, INC.    :
                                      :
 5          vs.                       : NO. 1:08 CV 2755
                                      :
 6   SAP AMERICA, INC., et al.        :

 7

 8

 9                      -   -   -
10                   June 28, 2012
                        -   -   -
11

12              Oral deposition of JAY PAUL SHELDON,
     taken pursuant to Notice, was held at Epicor, 19
13   West College Avenue, Yardley, Pennsylvania,
     commencing at 8:30 a.m., on the above-date, before
14   DIANNE NAULTY, a Federally-Approved, Registered
     Professional Reporter and Notary Public in and for
15   the Commonwealth of Pennsylvania.

16

17                      -   -   -

18

19

20                   NextGen Reporting
21         999 Old Eagle School Road, Suite 118
                Wayne, Pennsylvania  19087
22                    215.494.7650

23

24
```

23

1   Lovelace come today.  And we were going to ask him

2   a number of questions about the sales cycle and

3   things like that.

4                What I will do is ask you some of

5   the questions that I was hoping to ask him.  And

6   if you just have no personal knowledge, just let

7   me know and we'll move onto the next question.

8   I'm just trying to save us a situation where we

9   have to bring him out here for a day or even take

10  his time on a video if we can get the information

11  from you.  Then that might just be good enough.

12               Is that okay?

13      A.       Okay.

14      Q.       Do you have any idea when the

15  contract with Hodell was signed?

16      A.       Not from memory, no.

17      Q.       I think you had said earlier that

18  you thought the project had started -- when did

19  the project start?

20      A.       If -- I do remember when they went

21  live, because my customer -- my customer -- my

22  wife bought a brand-new car that day when I was

23  out of town.  That was March 30th of 2009.  And if

24  memory serves, I think it was a year-long project.

Jay Paul Sheldon - June 28, 2012

24

1   So I'm guessing it would have been March of 2008
2   or thereabouts.  I would say the first quarter of
3   2008.
4           Q.      Do you know how long it was
5   expected to run?
6           A.      I do recall that there was some
7   language in the contract itself that specified
8   that April 1 was the target date.
9           Q.      Of which year, sir?
10          A.      Of 2009.  And we can't practically
11  take a customer live in the middle of the week, so
12  that March 30th was a Monday.  So it was actually
13  two days before that specified date.
14          Q.      So it's your understanding that the
15  go live was on time?
16          A.      Yes.  Technically the go live was
17  two days early because the contract specified
18  April 1 and we hit March 30.
19          Q.      It's my understanding that there
20  was a rather protracted sales cycle with this
21  account.  Are you familiar with any of the RFP's
22  or RFI's or any of the web exercises that happened
23  before the contract was signed?
24                  MR. FLOCOS:  Objection.