# In The Matter Of:

*Hodell-Natco Industries, Inc. v.*
*SAP America, Inc., et al.*

*Kevin Reidl*
*Vol. 2*
*July 31, 2012*

# NEXTGEN|REPORTING

**Making Litigation Easier.**                    NextGenReporting.com

PHILADELPHIA | 215.944.5800   NEW YORK CITY | 646.470.3376   PHOENIX | 623.224.2760   SILICON VALLEY | 650.799.8920

*Original File kreidl2_1.TXT*
*Min-U-Script® with Word Index*

181

1                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF OHIO
2                          EASTERN DIVISION

3
      HODELL-NATCO            )     Case No. 1:08 CV 2755
4     INDUSTRIES, INC.,       )
                              )     Judge:  Lesley Wells
5          Plaintiffs,        )     Magistrate Judge:
                              )     Greg White
6          vs.                )
                              )
7     SAP AMERICA, INC.,      )     Volume II
      et al.,                 )
8                             )
           Defendants.        )
9     _____

10

11
            VIDEOCONFERENCE DEPOSITION OF KEVIN REIDL
12

13
            DATE:     Tuesday, July 31, 2012
14
            TIME:     9:04 a.m.
15
            PLACE:    Reminger & Reminger
16                    1400 Midland Building
                      101 Prospect Avenue, West
17                    Cleveland, Ohio  44115

18

19

20

21

22     _____

23     NEXTGEN                    Angela A. O'Neill, RPR
       REPORTING                  6729 Ross Road
24                                Rockford, Ohio  45882
                                  (419) 302-4039
25     Registered Professional Reporters

281

1    the testing, whether it's off site or on site.

2              Q.    Do you believe that Hodell had

3    any specific role or responsibility with

4    respect to testing before go live?

5              MR. LAMBERT:    Objection.

6              THE WITNESS:    I believe that in

7    conjunction with LSi, we -- we did have a role

8    of testing the system.

9    BY MR. STAR:

10             Q.    What -- what testing did you

11   understand needed to be done before go live?

12             A.    Well, there was lots of different

13   testing.  I mean, generally speaking, LSi had

14   a lot of testing to do of their -- their

15   product and how the interface worked.  There

16   was stress testing, and then there was, you

17   know, testing the system to make sure everyone

18   can do their tasks.

19             Q.    Would you agree that at some

20   point the plan was, whether it was Hodell by

21   itself or in connection with LSi, at some

22   point before the go live, there was a -- a

23   plan in place to actually put users on the

24   system as it would look at the time of go

25   live?

282

1           A.    Yes.

2           Q.    What was that plan?

3           A.    The plan was to get as many -- as

4    many users as we could on the system to test

5    -- test its capabilities, and its -- I think

6    we called it stress testing.

7           Q.    Who came up with that plan?

8           A.    I don't recall.  It may -- it was

9    probably LSi and us combined.

10          Q.    At LSi, was that Marcia Weissman,

11   or was it somebody else that had came up with

12   that plan?

13          A.    May have been Marcia, may have

14   been Jon.

15          Q.    Jon Woodrum?

16          A.    Right.

17          Q.    Did you receive any direction

18   from LSi as to how you were supposed to run

19   stress testing?

20          A.    I -- I believe they helped us

21   coordinate how that should be done.

22          Q.    What was your understanding of

23   what exactly should be done to stress test the

24   system before go live?

25          A.    Generally speaking, we would get

1   users on the system, doing their jobs in the

2   computer system, and simulate and hour or two

3   of using the system.

4         Q.    To your recollection, did Hodell

5   ever get all of its users on the system at one

6   time to stress test it before go live?

7         A.    Yes, a few times.

8         Q.    When did that occur?

9         A.    I believe in January -- when did

10  we go live?

11        Q.    Testimony has been sometime in

12  the first or early second week of March,

13  sometime around March 8th, I think.

14        A.    I ask, because I get confused

15  between the P21 and SAP.  Okay.  So it would

16  have been January, February and perhaps early

17  March.

18        Q.    It's January --

19        A.    Of 2007.

20        Q.    Okay.  So you believe that

21  throughout that period, or three particular

22  dates in January and February or March you did

23  the stress testing?

24        A.    I -- I believe throughout that

25  period we did a number of stress tests.  I

284

1    can't tell you specifically how many.

2            Q.    How many users got on the system

3    during the stress tests?

4            A.    I can't tell you that.  I don't

5    have that data.  I know that I repeatedly sent

6    out emails to all users and our general

7    managers, instructing everyone to get on the

8    system for, you know, this set period of time.

9            Q.    Do you know if that in fact

10   happened?

11           A.    I believe so.

12           Q.    What makes you believe that that

13   happened?  What is your basis for that?

14           A.    Because I believe our general

15   managers were coordinating the stress testing

16   at their facilities and would confirm that

17   they had users on the system.

18           Q.    How many facilities did you have

19   at this time in January of 2007?

20           A.    I think we had seven.

21           Q.    Were employees in all seven

22   facilities supposed to log on to the SAP

23   system to stress test it at the same exact

24   time?

25           A.    Yes.  We would have scheduled

1    time periods.

2          Q.    What time periods were those?

3    Were those in the morning, before work

4    started, were they in the afternoon?

5          A.    That's a very detailed question.

6    I think there was emails that I sent out.  If

7    you could produce those, I would be willing to

8    discuss that.

9          Q.    When these stress tests happened,

10   were you on the system yourself?

11         A.    At times I was.  I can't tell you

12   that I was on for every stress testing.

13         Q.    Did you set parameters for the

14   types of transactions that people should enter

15   during the stress test periods?

16         A.    I believe we -- we told them do

17   your normal job.  For instance, what you did

18   the last two hours, repeat the next two hours

19   type of thing.

20         Q.    And it's your belief that they

21   actually did that kind of testing, right?

22         A.    I believe so.

23         Q.    Okay.  Marcia Weissman testified

24   to the effect that after the go live happened,

25   she was told by people at Hodell, including

1   on the project early on.  Why did you come to

2   that conclusion?

3           A.    Well, let me read this.  Based on

4   this message, it says that we thought the

5   project was further along than it was, and I'm

6   just assuming that means at the time of status

7   updates.

8           Q.    And those were status updates you

9   received from LSi?

10          A.    I believe so, regarding the

11  functionality of -- of the In-Flight product.

12          Q.    Did you personally feel that the

13  solution had been sufficiently tested in your

14  environment before you went live?

15          A.    In our --

16          Q.    MR. LAMBERT:  Objection.

17          THE WITNESS:  -- environment before it

18  went live?  I think so.  I think I made it

19  clear to our team that we were going to do

20  stress testing, and I think I also asked LSi

21  to test in our environment as well.

22  BY MR. STAR:

23          Q.    And did LSi do that testing in

24  your environment?

25          A.    I don't recall.

1          Q.   Who at LSi did you ask to do that

2     testing?

3          A.   It would have been Jon Woodrum,

4     I'm pretty sure.

5          Q.   Did you ask Jon to, for instance,

6     come on site and run testing?

7          A.   No.  I think they would have been

8     able to accomplish that from off site.

9          Q.   What -- what happened when the

10    solution went live?

11         A.   When the solution --

12         MR. LAMBERT:  Objection.

13         THE WITNESS:  That's --

14         MR. LAMBERT:  You want to specify that

15    a little bit?

16         THE WITNESS:  -- a broad question.  Is

17    there anything specific?

18    BY MR. STAR:

19         Q.   What happened when the solution

20    went live?

21         A.   Well, we had all the users log

22    in.

23         MR. LAMBERT:  Same objection.

24    BY MR. STAR:

25         Q.   Okay.