# In The Matter Of:

*Hodell-Natco Industries, Inc. v.*
*SAP America, Inc., et al.*

*Otto Reidl*

*Vol. 1*

*February 7, 2012*

# NEXTGEN|REPORTING

**Making Litigation Easier.**      NextGenReporting.com

PHILADELPHIA | 215.944.9800   NEW YORK CITY | 646.470.3376   PHOENIX | 623.224.2760   SILICON VALLEY | 650.799.8020

*Original File Reidl, Otto - Vol. 1.txt*
*Min-U-Script® with Word Index*

1

1          UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF OHIO
2                EASTERN DIVISION

3
HODELL-NATCO            )   Case No. 1:08 CV 2755
4  INDUSTRIES, INC.,       )
                       )   Judge:  Lesley Wells
5        Plaintiff,        )   Magistrate Judge:
                       )      Greg White
6    vs.                   )
                       )   VOLUME I
7  SAP AMERICA, INC., et   )
al.,                    )
8                        )
        Defendants.       )
9  _____

10

11

        THE VIDEOCONFERENCE DEPOSITION OF OTTO REIDL
12

13
        DATE:     Tuesday, February 7, 2012
14
        TIME:     9:57 a.m.
15
        PLACE:    Reminger & Reminger
16                1400 Midland Building
                  101 Prospect Avenue, West
17                Cleveland, Ohio  44115

18

19

20

21

22  _____

23  NEXTGEN
REPORTING
24

25  Registered Professional Reporters

Otto Reidl - Vol. 1 - February 7, 2012

47

```
 1          A.   I don't know for sure.
 2          Q.   Okay.  You go on in this
 3   paragraph 13 to conclude, thus, SAP's
 4   "partners" are agents of SAP, having assented
 5   to act on behalf of and subject to the control
 6   of SAP.
 7          Is it correct that Hodell presently takes
 8   the view that SAP business partners were the
 9   actual agents of SAP?
10          MR. LAMBERT:  Objection.
11   BY MR. STAR:
12          Q.   You can answer.
13          MR. LAMBERT:  It's a legal -- agents is
14   a legal term that was inserted in the
15   complaint.  Obviously if you can testify as to
16   your layman's understanding of the
17   relationship between SAP and its business
18   partners, then you can do so.
19          THE WITNESS:  Could you repeat that
20   question again, please?
21   BY MR. STAR:
22          Q.   Sure.
23          A.   I'm sorry.
24          Q.   You agree with me that Hodell
25   contends in this litigation that LSi was
```

Otto Reidl - Vol. 1 - February 7, 2012

48

1    acting as the "agent" of SAP America and SAP

2    AG when it was marketing Business One to

3    Hodell, correct?

4            A.    Correct.

5            Q.    Okay.  And what you say here is

6    that, in paragraph 13, that they're acting --

7    LSi is acting on behalf of and subject to the

8    control of the SAP Defendants.  Do you see

9    that?

10           A.    Yes.

11           Q.    What evidence do you have that

12   LSi was acting on behalf and subject to the

13   control of SAP?

14           A.    The literature that I mentioned

15   earlier, that they are one in the same.

16   They're a team.

17           Q.    And by the literature, you're

18   talking about the SAP Solution Brief that's

19   mentioned in this paragraph 13?

20           A.    No, because this references

21   All-in-One, instead of Business One.

22           Q.    Okay.  So what literature are you

23   referring to?

24           A.    Some of the other exhibits that

25   we have provided.

Otto Reidl - Vol. 1 - February 7, 2012

```
 1              Q.    Can you identify any one
 2    specifically?
 3              A.    I don't have them with me.
 4              Q.    Other than the literature, is
 5    there anything else, any other information
 6    that you have, that led Hodell to believe that
 7    SAP -- that LSi was acting on behalf of and
 8    subject to the control of the SAP Defendants?
 9              A.    The business partner agreement.
10              Q.    What document is that you're
11    referring to?
12              A.    LSi stated to us they were a
13    business partner chosen by SAP America to
14    provide vertical integration capability into
15    the fastener industry, fastener distribution
16    market.
17              Q.    When you say LSi represented that
18    to you, who from LSi made that representation?
19              A.    Dale Van Leeuwen of IBiS.
20              Q.    When was that representation
21    made?
22              A.    Sometime in 2003, late in 2003,
23    or early in 2004.
24              Q.    You mentioned a business partner
25    agreement.  Did you actually see a document
```

Otto Reidl - Vol. 1 - February 7, 2012

51

1          Q.    Sure.  You mentioned that you had

2     a conversation with Mr. Van Leeuwen in late

3     2003 or early 2004.

4          A.    Correct.

5          Q.    Okay.  What did Mr. Van Leeuwen

6     relate to you during that conversation?

7          A.    He indicated that he had explored

8     possible software alternatives for us for the

9     replacement of FACTS.  He had come up with SAP

10    Business One, and we had told him, I told him

11    that we ourselves had done some work and were

12    taking a look at SAP Business One in that

13    time.

14         Q.    Mr. Van -- for whom was

15    Mr. Van Leeuwen working in late '03, early

16    '04?

17         A.    I believe at that time, it was

18    his own company, IBiS.

19         Q.    How many different software

20    products did IBiS distribute at that point in

21    time, if you know?

22         A.    I think they were a reseller for

23    FACTS, TakeStock, another product from

24    Software Solutions and SAP Business One.

25         Q.    So they were not an exclusive

```
 1   the office and in the warehouse, to streamline
 2   the warehouse management and accounting
 3   system, synchronization, to provide some of
 4   the other ancillary capabilities, EDI, faxing
 5   of invoices, emailing of invoices, and
 6   generally linking to an office cap --
 7   Microsoft capability.
 8          Q.    What efforts did Hodell undertake
 9   in 2003 to search for a new software product?
10          A.    It actually started well before
11   that.  In 1998, one of our IT people and I
12   visited Prophet 21 headquarters in
13   Pennsylvania.
14          Q.    Where in Pennsylvania are they?
15          A.    I want to say Yardley.
16          Q.    Okay.
17          A.    We spent a day and a half
18   reviewing the software.  In '99, that same
19   individual and I visited the Software Solution
20   headquarters in Georgia to take a look at
21   TakeStock, their Windows version.
22          Q.    Take, T-A-K-E?
23          A.    T-A-K-E.
24          Q.    Okay.
25          A.    S-T-O-C-K.
```

Otto Reidl - Vol. 1 - February 7, 2012

80

1        Q.    TakeStock.    Okay.

2        A.    At that time, the company that

3    owned it was called Software Solutions.    It's

4    now called Infor, I-N-F-O-R.

5            In 2000, that same individual and I

6    visited Computer Insights' headquarters in

7    Chicago owned by Denny Cowhey.    We spent a day

8    and a half reviewing that software.

9            In 2002, we -- Kevin, Mark and I, spent

10   -- Mark Betts, the individual who had traveled

11   with me to the other locations -- spent three

12   days at IBiS facilities in Illinois, suburb of

13   Chicago, reviewing TakeStock again.

14       Q.    At that point in time, IBiS was a

15   distributor of TakeStock?

16       A.    Yes.

17       Q.    Did you review Business One

18   during that meeting with IBiS in 2002?

19       A.    Not at that time.    And then in

20   2002, we also had another session with P21.

21       Q.    Also in Yardley?

22       A.    In -- no.    In -- in our offices.

23       Q.    Who from P21 came to your office

24   in 2002?

25       A.    Krentz, I believe is his name.

```
 1            Q.    Was the last name, Krentz?

 2            A.    Krentz, K-R-E-N-T-Z.  I believe

 3    that's his name.

 4            Q.    Was that the same individual you

 5    had met with in 1998?

 6            A.    No.  No.  No.  We actually were

 7    at their headquarters.  We had a dem -- day

 8    and a half demonstration with very -- a whole

 9    group of people.

10            Q.    Okay.  All right.  So you

11    mentioned in 2002, P21 and this fellow named

12    Krentz came to Ohio to meet with you.  Any

13    other efforts?

14            A.    Yes.  We also looked at IST --

15            Q.    When was that?

16            A.    -- and Navision.

17            Q.    When was that?

18            A.    A number of times at -- at --

19    primarily at the fastener trade show in

20    Nevada --

21            Q.    So you -- --

22            A.    -- where I spent a number of

23    hours at their booth in demonstrations.  And

24    at one time, they also came to visit us in our

25    offices.  I do not recall the specific time.
```

Otto Reidl - Vol. 1 - February 7, 2012

82

1          Q.    Okay.  You said it was IST?

2          A.    IST, Information System

3    Technologies.

4          Q.    And --

5          A.    It's -- the acronym is IST.

6          Q.    Okay.

7          A.    Yeah.  They're a provider of a

8    software-related package for the fastener

9    industry.

10         Q.    Okay.  And I think you said

11   something to the effect of Navision?

12         A.    Navision, yes.

13         Q.    How do you spell that?

14         A.    That's another.  N-A-V-I-S-I-O-N.

15         Q.    Okay.

16         A.    And the IST software is, I

17   believe, using the same operating system as

18   Navision, or related to it.

19         Q.    Okay.  Other than those, any

20   other meetings with any other software

21   companies?

22         A.    Yes, three or four others that --

23         Q.    You don't recall --

24         A.    -- did not -- would not be in the

25   final ranking.

83

```
 1          Q.   As of 2003, which vendors was
 2   Hodell considering, which software packages
 3   was Hodell considering during its search for
 4   software solution?  Were all of these in the
 5   running, or had you narrowed the list down?
 6          A.   We had the list down to possibly
 7   a version of Navision, Navision I guess is the
 8   -- I'm not sure what the correct pronunciation
 9   is, and Computer Insights and P21, with P21
10   probably being the highest ranking of those.
11          Q.   Why was it the highest ranking?
12          A.   Because of their extensive
13   exposure to the fastener industry.
14          Q.   Was -- when was the first time
15   that Hodell started to consider Business One?
16          A.   Early in 2003.  There was a
17   Microsoft-sponsored conference in Cleveland,
18   downtown Cleveland, I believe in public hall,
19   which I attended with one of our other
20   employees.  And at that facility, Navision was
21   promoted, and I do not recall for certain if
22   that's where I made a contact with American
23   Express at a booth, but I recall getting a
24   package of American Express in a clear plastic
25   binder, SAP pen.  And shortly after that, I
```

Case: 1:08-cv-02755-DCN Doc #: 105-37 Filed: 09/06/12 12 of 42. PageID #: 1772

```
 1    were contracting with SAP in the development
 2    agreement?
 3              A.    Because we were dealing with the
 4    business partner.
 5              Q.    Okay.  Well, let's look at the
 6    development agreement.  It's Exhibit D to the
 7    complaint, sir.
 8              A.    Which is it again?
 9              Q.    D.
10              A.    D?
11              Q.    David.
12              A.    Got it.
13              Q.    This is the development
14    agreement.  It's a two-page document that
15    makes up Exhibit D; is that correct?
16              A.    Correct.
17              Q.    You signed this document on
18    December 20th, 2004 as the president of
19    Hodell?
20              A.    Correct.
21              Q.    Okay.  You read this document
22    before you signed it?
23              A.    Correct.
24              Q.    Okay.  Do you see anywhere in
25    here that indicates that either SAP America or
```

101

1    here for SAP America or SAP AG, correct?

2          A.    Correct.

3          Q.    Yet you understood at the time

4    you signed this agreement, December 20, 2004,

5    that Business One was a product owned by SAP,

6    correct?

7          A.    Correct.

8          Q.    Why didn't you insist then that

9    somebody from SAP -- strike that.

10         Why didn't you insist then that SAP

11   America or -- and/or SAP AG actually be made a

12   party to this agreement in December 2004?

13         A.    Item 4 indicates that SAP has

14   agreed that Hodell-Natco will receive 80 user

15   licenses of SAP Business One for the balance

16   of the payment.

17         Q.    Okay.  What led you to believe

18   that SAP had actually made any agreement with

19   Hodell?

20         A.    This agreement.

21         Q.    This -- this item in -- number 4,

22   on page 2 of the development agreement, that's

23   what you're referring to?

24         A.    Correct.

25         Q.    Okay.  But, again, at this point

112

1  employees limits a system, if they're not

2  users.

3          Q.    Okay.  So prior to you looking

4  for and finding information on the internet,

5  which also occurred before December 23rd,

6  2005, you're telling me it was Hodell's belief

7  that Business One could support up to 500

8  users?

9          A.    We were told that.

10         Q.    By whom?

11         A.    By LSi and by American Express.

12         Q.    Who at LSi told you that -- that

13  Business One could support up to 500 users?

14         A.    Dale Van Leeuwen.

15         Q.    When did he tell you that?

16         A.    December 3rd, 2003.

17         Q.    How do you remember that date so

18  specifically?

19         A.    At that point -- at that meeting,

20  I stated to American Express and Dale Van

21  Leeuwen, who was on a teleconference with us,

22  the other -- the American Express people were

23  in our facility.  We had a ten-year compounded

24  growth rate at that point that was in excess

25  of ten percent per year.  We were -- if we

1    continued that pace, in the next ten years, we

2    would exceed 300 users, with productivity

3    improvements promised, and all the literature

4    that we had and efficiencies, 300 users would

5    carry us.  We did not want to be doing an

6    implementation of software that would not be

7    viable for the next decade.  And I was assured

8    by both parties that 300 users is -- the

9    system is capable of supporting 300 users.

10            Q.    Which --

11            A.    I said I would not proceed unless

12   that was -- assurance was made.

13            Q.    Well, which was it, that

14   Mr. Van Leeuwen told you it was 500 users or

15   300 users?

16            A.    He said he had information that

17   indicated 500.

18            Q.    Okay.  What specific information

19   did he tell you he had?

20            A.    A SAP document.

21            Q.    What SAP document?

22            A.    I don't --

23            Q.    Did you ask for that document?

24            A.    We subsequent -- we had documents

25   of our own that indicated that, 500 employees.

Otto Reidl - Vol. 1 - February 7, 2012

114

1        Q.   Okay.  We're referring right now
2    to a conversation that you had with
3    Mr. Van Leeuwen on December 3rd, 2003, that
4    also involved American Express, who you said
5    was at your actual office?
6        A.   Yes.
7        Q.   Mr. Van Leeuwen was on a
8    conference --
9        A.   Yes.
10       Q.   -- right?
11       A.   Correct.
12       Q.   Okay.  Your testimony is that
13   Van Leeuwen says during that conversation that
14   Business One can support up to 500 users, and
15   you also said, I believe, that Van Leeuwen
16   referenced a document from SAP that had that
17   information, right?
18       A.   Correct.
19       Q.   Okay.  My question to you is, did
20   you obtain that document from Mr. Van Leeuwen
21   at any time prior to December 23rd, 2005?
22       A.   I believe we already had such a
23   document.
24       Q.   You had a document that actually
25   said Business One can support 500 users?

Case: 1:08-cv-02755-DCN Doc #: 105-37 Filed: 09/06/12 17 of 42. PageID #: 1777

1          A.    It said 500 employees.

2          Q.    Five hundred employees.  Well,

3    you just said earlier, sir, that you don't

4    understand what the number of employees has to

5    do with the number of users.  What did you

6    mean by that?

7          A.    No.  What I said was, nonuser

8    employees have nothing to do with capacity,

9    therefore, a logical assumption would be that

10   the number of employees specified that define

11   capacity of the system is users.

12         Q.    I see.  So when you would read in

13   a document that Business One could support an

14   organization up to 500 employees, you just

15   assumed that that meant 500 users; is that

16   right?

17         A.    Correct.

18         Q.    Okay.  That's an awful big

19   assumption to make without further

20   investigating; wouldn't you agree?

21         A.    I did investigate it.

22         Q.    With whom?

23         A.    I confronted SA -- American

24   Express and IBiS, and asked for specific

25   confirmation that it could handle 300 users.

Otto Reidl - Vol. 1 - February 7, 2012

116

1          Q.    And what did they give you as

2   specific confirmation, sir?

3          A.    It will handle 300 users.

4          Q.    That's all they said?

5          A.    Correct.

6          Q.    Who said it?

7          A.    I -- Dale Van Leeuwen said he had

8   a document that talked about 500 users, but

9   300 users was within the system capability.

10         Q.    Well, I think you just said

11  that Dale Van Leeuwen was referencing a

12  document that said that it could handle up to

13  500 employees, not users, correct?

14         A.    At that time, he said users, but

15  we had a document that said employees.

16         Q.    But you just assumed that

17  employees meant users, right?

18         A.    That's a very logical assumption.

19         Q.    You didn't actually contact

20  anybody at SAP?

21         A.    Yes, I did.

22         Q.    An employee --

23         A.    The SAP business partner.

24         Q.    Let me finish the question.  You

25  did not actually contact any person employed

 1    IBiS would order the software?  Did you just

 2    have no understanding of what they would do?

 3            A.    They would order 80 user

 4    licenses.

 5            Q.    Goes on to say that the -- the

 6    $60,000 payment will be for 40 licenses of SAP

 7    Business One.  The remaining $60,000 purchase

 8    price balance for the 40 -- 41st through 80th

 9    license will be due on successful

10    implementation.  Do you see that?

11            A.    Yes.

12            Q.    Is there any mention in this

13    document of the purchase of 40 additional CRM

14    user licenses from SAP?

15            A.    No.

16            Q.    In fact, you understood that

17    through the development agreement, one of the

18    things that you were going to be paying IBiS

19    or LSi to do was actually to purchase 80 user

20    licenses of Business One from SAP, correct?

21            A.    Correct.

22            Q.    Okay.  And that actually

23    happened, right?

24            A.    Yes.

25            Q.    Okay.  And the way that that

124

```
 1   happened was that you had -- Hodell had paid
 2   money to LSi or IBiS, and then LSi or IBiS
 3   actually paid money to SAP, after Hodell
 4   signed the license agreement in December 2005,
 5   correct?
 6           MR. LAMBERT:  Objection.
 7           THE WITNESS:  Correct.
 8   BY MR. STAR:
 9           Q.   Okay.  So Hodell, you would
10   agree, actually did receive the user licenses
11   that it thought it would receive from SAP,
12   correct?
13           A.   I'm sorry, could you repeat that
14   question?
15           Q.   Sure.  You would agree then that
16   Hodell actually received the user licenses
17   that it had paid for from SAP, correct?
18           A.   Right.
19           Q.   Okay.  Off the record for a
20   second.
21                (Whereupon, an off-the-record
22   discussion was held, and a lunch break was
23   taken from 12:26 until 1:27.)
24           MR. STAR:  Back on.
25
```

Otto Reidl - Vol. 1 - February 7, 2012

129

1          MR. LAMBERT:  Can we go off the record

2    for a second?

3          MR. STAR:  Sure.

4          (Whereupon, an off-the-record

5    discussion was held from 1:32 to 1:33.)

6    BY MR. STAR:

7          Q.   Let's go back on the complaint,

8    if we can, sir.  Paragraph 18 of the complaint

9    indicates that Hodell was provided with a

10   document called the SAP Business One Brief.

11   Do you see that?

12         A.   Hold on a second, please.

13         Q.   Sure.

14         A.   One more page.  Okay.

15         Q.   You agree that this paragraph 18

16   references a document called the SAP Business

17   One Brief and alleges that Hodell was given

18   that document sometime in 2003?

19         A.   Correct.

20         Q.   Okay.  Do you know who gave that

21   document to Hodell, sir?

22         A.   It was probably American Express.

23         Q.   Do you know when in 2003 you were

24   given this document?

25         A.   Not the specific time, no.

1          Q.    The document referenced is the

2    document attached as Exhibit A to the

3    complaint, correct?

4          A.    I'm sorry?

5          Q.    The document referenced in

6    paragraph 18 is -- is the document that you

7    have attached as Exhibit A to the complaint;

8    is that right?

9          MR. HULME:  Exhibit what?

10         MR. STAR:  A.

11         MR. HULME:  Oh, A.

12         THE WITNESS:  Correct.

13   BY MR. STAR:

14         Q.    Is there any statement or

15   representation in this document that Hodell

16   now contends constitutes a misrepresentation

17   by SAP?

18         MR. LAMBERT:  Objection.

19         THE WITNESS:  When you describe a

20   system capacity by number of employees and

21   don't state which ones are users and which

22   ones aren't users, the only assumption you can

23   make if you're defining capacity is that --

24   are users.

25

1   BY MR. STAR:

2          Q.    Where are you referring to

3   specifically in this document, sir?

4          A.    Ten to several hundred employees.

5          Q.    Okay.  So you're looking at the

6   second page of this business brief, first

7   paragraph, upper left corner?

8          A.    Correct.

9          Q.    Yes?  Where it says, the solution

10  helps emerging businesses, from those with ten

11  to several hundred employees, to streamline

12  their operational and managerial processes?

13         A.    (Witness nods head.)

14         Q.    Yes?

15         A.    Yes.

16         Q.    Okay.  So you believe that that

17  statement was a misrepresentation by SAP?

18         A.    Yes.

19         Q.    What -- what information in that

20  statement do you believe was incorrect or

21  false?

22         A.    It's misleading if you're

23  defining a system capacity by using employees

24  which are nonusers.  It has no bearing on the

25  capacity limitation.  So if you're stating

1  that it's a limitation, then you're saying

2  users by inference.

3      Q.   Were -- was Hodell misled by that

4  statement at the time it received the

5  statement in 2003?

6      A.   Yes.

7      Q.   In what way?

8      A.   That the user capacity is well

9  above what we were starting with.

10     Q.   What do you mean?

11     A.   We're starting with 120 users.

12 We bought 80 original licenses.  We signed the

13 agreement at the time.  We ended up with

14 supposed 120 users, when this stated there

15 were several hundred.

16     Q.   This -- you believe this stated

17 in the first paragraph on the second page of

18 this SAP Business One Brief, you believe that

19 this stated that there were -- that the

20 software could support several hundred users;

21 is that correct?

22     A.   Yes.  Yes.

23     Q.   Even though the word used is

24 employees and not users, correct?

25     A.   Employee has no bearing on the

135

```
 1            THE WITNESS:  No.
 2    BY MR. STAR:
 3            Q.   Paragraph 19 of the complaint
 4    discusses an event on October 1st, 2003, where
 5    you say that you personally received an email
 6    from Heather Devereuax, D-E-V-E-R-E-U-A-X,
 7    from -- I'll show it to you --
 8    biz2bizmarketing.com, containing attachments
 9    relating to SAP Business One, the American
10    Express Edition.
11            What exactly did you receive from
12    Ms. Devereuax?
13            A.   They -- what is the document
14    called, a white paper, I believe.
15            Q.   And that's what's attached to
16    your complaint as Exhibit B; is that right?
17            A.   Let me take a look.  Well, which
18    exhibit is that?
19            Q.   B.
20            A.   E as in?
21            Q.   B, as in boy?
22            A.   B?
23            Q.   Yes.
24            A.   I believe that was the
25    attachment.
```

136

1          Q.    Okay.   What was

2    biz2bizmarketing.com, if you know?

3          A.    I don't know what her

4    relationship is to American Express.   I just

5    received that document from her.

6          Q.    Had you had prior contact with

7    Ms. Devereaux that would have prompted her

8    sending you this document?

9          A.    Not that I recall.   It may have

10   been at a -- at a conference, the MI --

11   Microsoft conference.   I'm not positive.

12         Q.    That's the conference you

13   mentioned that took place here in Cleveland?

14         A.    Yes.   I don't know for sure if

15   that's how she got my name.

16         Q.    She attached to her email the

17   document that you have here, which is -- has

18   the title of the American Express Edition, is

19   that right, this document that is behind her

20   email --

21         A.    Yeah.

22         Q.    -- in Exhibit B?

23         A.    Yes.

24         Q.    Yes?

25         A.    Yes.

1    you contend that Ms. Vitantonio,

2    V-I-T-A-N-T-O-N-I-O, of American Express sent

3    you that document on October 16, 2003.

4         If you flip to Exhibit C of the complaint,

5    is that the document you recall receiving on

6    October 16th, 2003?

7         A.    Which exhibit is that?

8         Q.    C.

9         A.    C.   Correct.

10        Q.    Okay.  Is there any

11   representation or statement in this document,

12   this is the SAP Business One white paper

13   attached as Exhibit C, that Hodell currently

14   contends constitutes a misrepresentation

15   either by American Express or SAP concerning

16   the Business One software?

17        MR. LAMBERT:  Objection.

18        THE WITNESS:  Since we never

19   implemented their software, I have no way of

20   telling you.

21   BY MR. STAR:

22        Q.    So to be clear, as we sit here

23   today, Hodell does not believe that there is

24   any information that was represented to it

25   through Exhibit C to the complaint, that it --

142

1          A.    An excerpt from the document.

2          Q.    What page of the document are you

3    on, sir?

4          A.    Page 2 -- page 6 maybe.

5          Q.    You looking at Section 2 on page

6    6, the first sentence?

7          A.    I -- I'm referring to page 9 of

8    the complaint, SAP Business One, the powerful

9    solutions platform for small and medium-size

10   business gives you fast and easy access to all

11   corporate information.

12         Q.    Okay.  And you believe presently

13   that that statement was a misrepresentation

14   about the capabilities of Business One?

15         A.    Yes.

16         Q.    Why?

17         A.    Because the system was incredibly

18   slow.

19         Q.    Did you take this at the time to

20   be a representation about how this Business

21   One system would perform for Hodell

22   specifically?

23         A.    Yes.

24         Q.    Is it your testimony that when

25   Hodell received this Business One white paper

Otto Reidl - Vol. 1 - February 7, 2012

143

1  in 2003, that it actually relied on this

2  particular statement?

3          A.    We relied on the whole series of

4  statements, from various meetings and

5  documents, and you know, marketing information

6  to help us make a decision.

7          Q.    Okay.  But right now I'm asking

8  you about this statement, because you

9  identified this as one you believe was false

10  back in 2003.  My question to you is, is it

11  Hodell's position today that in 2003, it

12  relied on this statement?

13          A.    Not necessarily this particular

14  document.

15          Q.    Okay.

16          A.    But that -- that kind of

17  statement was in a number of documents.

18          Q.    So that we're clear, is it your

19  testimony now that Hodell did not rely on this

20  particular statement at Section 2, page 6 of

21  this Business One white paper that you have

22  identified?

23          A.    It is among a group of pieces of

24  information we had to help us rely on this.

25          Q.    I understand your testimony is

1    presentation specifically for Hodell?

2          A.    I do not recall.

3          Q.    How did you register or sign up

4    to participate in the webinar?

5          A.    That's nine years ago.  I do not

6    remember.

7          Q.    Okay.  You say the demonstration,

8    the webinar and demonstration was presented

9    jointly by SAP, American Express and IBM.

10   What evidence do you have that SAP

11   participated in any way in the presentation of

12   this webinar?

13         A.    They were represented by their

14   business partner, American Express.

15         Q.    Okay.  Was, to your knowledge,

16   anybody actually employed by SAP involved in

17   any way with this webinar?

18         MR. LAMBERT:  Objection.

19         THE WITNESS:  I don't know.

20   BY MR. STAR:

21         Q.    Do you recall who did the

22   speaking during this webinar?

23         A.    I believe it was somebody from

24   American Express.  I do not know for certain.

25         Q.    Was Hodell's name mentioned at

1    vertical market space also included the

2    integration of other software with SAP

3    Business One, including the In-Flight

4    Enterprise application and Radio Beacon

5    synchronization.  My question to you is, what

6    did it mean to you at the time that there was

7    going to be the In-Flight Enterprise

8    application and Radio Beacon synchronization?

9    What did you understand that to mean?

10          A.    That is what makes it a viable

11   product in the fastener distribution industry.

12          Q.    That's -- that is what makes what

13   a viable product, Business One?

14          A.    SAP Business One.

15          Q.    Your view, Hodell's view that --

16   was that Business One by itself was not

17   sufficient for Hodell's needs, correct?

18          A.    Absolutely.

19          Q.    Okay.  And why?

20          A.    Because it didn't have a

21   warehouse management system, and it did not

22   have the idiosyncrasies of the fastener

23   distribution industry inherent in the base

24   package.

25          Q.    So what needed to be done to make

1    Business One a suitable product for Hodell?

2           A.    Basically, the adaptations as

3    spelled out in the details of the In-Flight

4    project.

5           Q.    And when you say the In-Flight

6    project, you're referring to the terms of the

7    development agreement; is that right?

8           A.    The development that was inherent

9    that -- in that development agreement.

10          Q.    Well, let's turn to that document

11   again, sir.  Again, that's Exhibit D to the

12   complaint.  It's D.

13          A.    D.

14          Q.    Development agreement shows,

15   under the heading Project Description, that

16   it's going to be the development of the IBiS

17   Group's In-Flight Enterprise application and

18   its integration into SAP Business One software

19   for Hodell-Natco.  Do you see that?

20          A.    Yes.

21          Q.    Okay.  Was it your understanding

22   that as of the date of this development

23   agreement in December 2004, that the In-Flight

24   Enterprise application did not even exist at

25   that time, correct?

Otto Reidl - Vol. 1 - February 7, 2012

162

1           A.    Correct.

2                 Q.    Okay.  And this was going to be a

3     brand new application to be developed by

4     IBiS/LSi for Hodell, correct?

5           A.    Not absolutely.

6                 Q.    Okay.  What is wrong with that

7     statement?

8           A.    Because IBiS had worked on the

9     enhancements to FACTS to make it a product for

10    use in the fastener industry, so they had

11    extensive experience on the aspects of the

12    fastener industry that needed to be

13    incorporated in this, so it wasn't a complete

14    start from scratch.

15                Q.    Okay.  Understood that your view

16    there then is that IBiS or LSi would -- would

17    already be hitting the ground running, because

18    they had some experience working for Hodell in

19    the past, correct?

20          A.    Compared to somebody else

21    starting from scratch.

22                Q.    Right.  But you would agree that

23    they had to build this application essentially

24    from the start, it didn't exist --

25          A.    Correct.

164

1    an implementation for Hodell, correct?

2         A.   It was meant to be a -- a package

3    for the vertical integration component of an

4    add-on for SAP Business One, to give them

5    access to the fastener industry.

6         Q.   Okay.  Let me ask my question

7    again.  Hodell understood that no company

8    anywhere in the world had actually implemented

9    SAP Business One with the In-Flight add-on as

10   of December of 2004, correct?

11        A.   Correct.

12        Q.   And that's necessarily true

13   because the In-Flight add-on simply did not

14   exist at that time, correct?

15        A.   Correct.

16        Q.   And is it your testimony that the

17   purpose -- part of the purpose in entering

18   into the development agreement, was that you

19   were trying to, in cooperation with LSi,

20   develop an application that could be re-sold

21   to other fastener companies like Hodell; is

22   that right?

23        A.   That they could resell.

24        Q.   Well, that -- and Hodell would

25   see some profit from that, correct?

Otto Reidl - Vol. 1 - February 7, 2012

165

1         A.   Yes, because we're the ones

2    taking the risk up front.

3         Q.   Okay.  So in other words, this

4    was a joint venture between Hodell and LSi to

5    develop this add-on, that could then be

6    re-sold by LSi, to both the profit of LSi and

7    Hodell, correct?

8         A.   Not a joint venture.  They were

9    doing the development.  We bought the

10   licenses.  We agreed to pay for those up

11   front, so that they would have money to

12   develop this for their marketing.

13        Q.   And if this application were

14   successful, and it was then sold to other

15   fastener companies, Hodell stood to gain from

16   that, correct?

17        A.   Yes, for the first 100 users, I

18   believe.

19        Q.   Okay.  And --

20        A.   First 500 users.

21        Q.   What did Hodell stand to gain

22   from that?

23        A.   A reduction in the cost of our

24   SAP licenses, by a refund.

25        Q.   How much of a refund?

**Otto Reidl - Vol. 1 - February 7, 2012**

1          A.    Against a -- as a credit, I

2     believe, against maintenance.

3          Q.    How much of a refund?

4          A.    Of $200 per user, up to 500

5     users.

6          Q.    So up to $100,000?

7          A.    Correct.

8          Q.    What about if this was a

9     tremendously successful product, and you sold

10    -- or LSi was able to resell this In-Flight

11    application to numerous different companies

12    around the world, would it -- would Hodell

13    have expected to see some profit from that?

14         A.    No.

15         Q.    Not at all?

16         A.    Not at all.  You -- off the

17    record, may I say something?

18         MR. HULME:  Ask your lawyer.

19         THE WITNESS:  Oh, okay.

20         MR. LAMBERT:  We'll talk about that at

21    a break.

22         THE WITNESS:  The comment is we

23    wouldn't benefit from another development, but

24    the more people that use something, the

25    stronger the product becomes, and you

Otto Reidl - Vol. 1 - February 7, 2012

182

1           MR. LAMBERT:  Just a continuing

2     qualification that this is directed to Otto

3     Reidl personally, and not as a representative

4     of the company.

5           THE WITNESS:  Right.

6           MR. LAMBERT:  You can answer.

7           THE WITNESS:  There were -- we had

8     indication that SAP Business One had problems

9     with other large add-ons, in file lockage and

10    speed.

11    BY MR. STAR:

12          Q.   Okay.  So you're --

13          A.   Through not -- verbal

14    communication from SAP business partner.

15          Q.   Okay.

16          A.   Since confirmed in emails from

17    SAP.

18          Q.   My question is a little bit

19    different though.  Is there any particular

20    aspect of SAP Business One that you believe

21    caused a delay in the go live date?  Or was

22    that only -- did that only, that delay only

23    occur because of the attempted integration

24    with the In-Flight add-on?

25          A.   The In-Flight add-on brought to

Otto Reidl - Vol. 1 - February 7, 2012

183

1    the surface some problems with applets, large

2    applets in SAP Business One, with the DI API,

3    the data interface.

4         Q.   If all that Hodell was going to

5    actually install was just Business One,

6    without any add-ons, how long would that have

7    taken?

8         MR. LAMBERT:  Objection.

9         THE WITNESS:  We never tested that.  I

10   have no way of confirming.

11   BY MR. STAR:

12        Q.   You don't know if it would have

13   taken a month or taken a year, right?

14        A.   The implementation, meaning the

15   day you first turn on the computer, or when

16   you have it working?

17        Q.   When you have it working.  If all

18   you were going to install was Business One by

19   itself.

20        A.   For 120 users, never, with our

21   database.

22        Q.   Okay.

23        A.   Now, that's what I know now.

24        Q.   Why do you say it would never

25   work with your database?

 1    between 5 and 500 users.  Do you see that?

 2              A.    Yes.

 3              Q.    Okay.  You did not have this

 4    document, though, before you signed the

 5    license agreement, right?

 6              A.    Absolutely not.

 7              Q.    Okay.  You don't even know who

 8    authored this document, correct?

 9              A.    At this point, I do not.

10              Q.    Okay.  Other than this document,

11    are you aware of any other writing that states

12    that Business One could support 500 users?

13              A.    I need you to rephrase, repeat

14    that question.

15              Q.    Other than this document, are you

16    -- are you aware of any other writing that

17    states that Business One could support 500

18    users?

19              A.    We were advised by our LSi, IBiS

20    business -- SAP Business One, the business

21    partner, that they had documents that stated 5

22    -- up to 500 users.

23              Q.    I'm asking if you know of any

24    particular document, other than this one, that

25    you can identify that states that Business One

Otto Reidl - Vol. 1 - February 7, 2012

1      Q.   In paragraph 26, you say that on

2  December 19th of 2003, at 3:30 p.m., you

3  received a phone call from Vitantonio and

4  Eric Worth.  Was Mr. Worth also from American

5  Express?

6      A.   Correct.

7      Q.   You go on to say here that it was

8  expressly discussed, and left you with the

9  assurance that SAP Business One had sufficient

10  capability to serve a business the size of

11  Hodell.  What does -- what exactly was

12  represented to you during that December 19,

13  2003 phone call?

14      A.   That it was scaleable up to our

15  growth requirements for the next ten years.

16      Q.   Did you specifically convey to

17  Ms. Vitantonio, or Mr. Worth, the requirements

18  of Hodell over the -- over the next ten years?

19      A.   The requirement was spelled out

20  to Ms. Vitantonio on the December 3rd meeting.

21      Q.   And what exactly did you tell

22  Ms. Vitantonio on December 3rd, 2003?

23      A.   I spelled all that out before.

24      Q.   It's the information you already

25  testified to earlier?

1          A.    Correct.

2                Q.    Did you tell her the number of

3     users that Hodell expected to have?

4                A.    I would like to know how many

5     more times I'm supposed to answer this

6     question.

7                Q.    Did you tell her it, sir?

8                A.    Yes.

9                Q.    What did you say exactly?

10               A.    I told her and Dale Van Leeuwen,

11    who was on the extension, on the conference

12    call, that our company had been growing at a

13    compounded rate of in excess of ten percent

14    per year for the previous ten years.

15    Mr. Van Leeuwen was aware of that growth,

16    because he was with us during that time.  And

17    based on our growth and user requirements, and

18    our desire not to have to implement another

19    software in the next decade, other than the

20    one we're trying to choose now, that we would

21    need 300 users.  And I needed assurance before

22    I go any further.

23               Q.    But you never sent anything in

24    writing to Ms. Vitantonio, or any of her

25    colleagues at American Express, that conveyed

Otto Reidl - Vol. 2 - February 8, 2012

434

1    about?

2             A.    The amount of progress by the

3    time that that payment was to be made.

4             Q.    It's my understanding that you

5    had to approve the progress that had been made

6    before you would go live with the system?

7             A.    Correct.

8             Q.    What do you recall about that

9    decision and the decision to go live with the

10   system?

11            A.    Again, I would have to defer to

12   Kevin --

13            Q.    Okay.

14            A.    -- because he was into that day

15   in, day out.

16            Q.    Okay.  Was your -- was it your

17   recollection that when the decision was made

18   to go live with it, it had been tested on a

19   small number of users?  Or do you know?

20            A.    I believe so.

21            Q.    Okay.  And to your knowledge, was

22   the entire package, the -- the Radio Beacon

23   and the In-Flight and the SAP packaged, did it

24   seem to be acceptable with the small number of

25   users?