UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

Case No. 1:08-CV-02755

---

VIDEOCONFERENCE DEPOSITION OF: ROSS ELLIOTT - April 3, 2012

---

HODELL-NATCO INDUSTRIES, INC.,

Plaintiff,

v.

SAP AMERICA, INC., et al.,

Defendants.

---

    PURSUANT TO NOTICE, the videoconference deposition of ROSS ELLIOTT was taken on behalf of the Plaintiff at 90 South Cascade Avenue, Suite 1000, Colorado Springs, Colorado 80903, on April 3, 2012, at 9:05 a.m., before Jennifer Windham, Certified Shorthand Reporter and Notary Public within Colorado.

```
 1                    A P P E A R A N C E S
 2    For the Plaintiff:
 3              P. WESLEY LAMBERT, ESQ.
                Koehler Neal, LLC
 4              Erieview Tower 3330
                1301 East Ninth Street
 5              Cleveland, Ohio 44114

 6
      For the Defendants SAP America, Inc., and SAP A.G.:
 7
                MACAVAN A. BAIRD, ESQ.
 8              Drinker Biddle & Reath, LLP
                One Logan Square
 9              Suite 2000
                Philadelphia, Pennsylvania 19103
10

11
      For the Defendant LSi-Lowery, Inc.:
12
                ROY A. HULME, ESQ.
13              Reminger
                1400 Midland Building
14              101 Prospect Avenue West
                Cleveland, Ohio 44115
15

16    For the Deponent:

17              JONATHAN S. BENDER, ESQ.
                Holland & Hart, LLP
18              555 17th Street
                Suite 3200
19              Denver, Colorado 80202

20
      Also Present:
21
                Doris Silva
22

23

24

25
```

1    Q.    Could you just briefly summarize your
2    current job title and job responsibilities?
3    A.    Yeah. I am executive vice president and
4    chief technology officer of Accellos, and at that job,
5    I'm responsible for the product direction of our
6    software solutions.
7    Q.    How long have you been in that position?
8    A.    Since we started the company in 2006.
9    Q.    Would you classify your job
10   responsibilities as being more on the technical side
11   of things or on the sales side?
12   A.    Technical.
13   Q.    Technical?
14   A.    Technical. Definitely.
15   Q.    It's my understanding that Radio Beacon
16   was purchased by Accellos at some point in the last
17   few years?
18   A.    We bought Radio Beacon on September 30
19   of 2006.
20   Q.    So you were not with Radio Beacon prior
21   to 2006?
22   A.    Correct.
23   Q.    Can you just briefly describe for the
24   record what Radio Beacon's products or service is?
25   A.    Radio Beacon when we bought it was a

1  warehouse management system designed to automate the
2  accurate capture and movement of goods in a warehouse.
3       Q.   Is that still the function it performs
4  or have you changed since then?
5       A.   Well, it's been expanded since then, but
6  that's fundamentally still the function that it
7  performs.  And the Radio Beacon --
8       Q.   Is that the function -- okay.  Is that
9  the function that it was designed to perform during
10 all times you were involved with the Hodell project?
11      A.   Yes.
12      Q.   Do you have any professional
13 certifications or licenses?
14      A.   No.
15      Q.   Have you ever heard of SAP Business One?
16      A.   Yes.
17      Q.   Is that a piece of software that you
18 encounter frequently in your job?
19      A.   We are SAP Business One partners, so we
20 have -- we do see them from time to time through our
21 business enterprises.
22      Q.   When you say "partner," does that mean
23 you're a reseller of SAP Business One?
24      A.   No.  We are what they call a solution
25 provider.

Page 12

1  Q. What does that mean?
2  A. That means we build software that works
3  alongside of SAP Business One. We do not resell it.
4  Q. What other pieces of software have you
5  built that incorporate or work alongside of Business
6  One?
7  MR. BENDER: Object to the form. Go
8  ahead.
9  A. The -- the warehouse management suite is
10 the product that we offer through the SAP channel.
11 Q. (BY MR. LAMBERT) So Radio Beacon, is
12 that what you're referring to?
13 A. The product formerly known as Radio
14 Beacon, correct.
15 Q. Okay. It goes by a different name now.
16 A. It goes by the name of Accellos One
17 Warehouse today.
18 Q. When did that switch?
19 A. Probably 2007, late 2007, early 2008.
20 Q. And that's the only product that you're
21 aware of that Accellos works with to incorporate into
22 Business One?
23 A. Yes.
24 Q. Has Accellos ever been a reseller of SAP
25 Business One?