UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE: LESLEY WELLS |
| | ) | |
| -vs- | ) | PLAINTIFF HODELL-NATCO |
| | ) | INDUSTRIES, INC.'S MOTION FOR |
| SAP AMERICA, INC., et al. | ) | JUDGMENT ON THE PLEADINGS, OR |
| | ) | ALTERNATAIVELY, FOR SUMMARY |
| Defendants. | ) | JUDGMENT |

Plaintiff Hodell-Natco Industries, Inc. ("Hodell"), through undersigned counsel and pursuant to Fed.R.Civ.P. 12(c) and 56(a), respectfully moves this Court for Judgment on the Pleadings, or, alternatively, for Summary Judgment on the Counterclaim filed by defendants LSi-Lowery Systems, Inc. ("LSi"), and The IBIS Group, Inc. ("IBIS,") (collectively "the LSi Defendants").

As set forth in the attached Memorandum in Support, Hodell submits that LSi has failed to properly plead its Counterclaim, requiring dismissal under Fed.R.Civ.P. 12(c). Alternatively, Hodell submits that no material issue of fact exists that the LSi Defendants are not entitled to the relief requested in their Counterclaim. Accordingly, Hodell requests an Order of this Court granting Hodell Summary Judgment against the LSi Defendants on their Counterclaim against Hodell and dismissing the Counterclaim with prejudice.

A Memorandum in Support is attached hereto and incorporated herein.

>Respectfully submitted,
>
>*/s/* P. Wesley Lambert
>JAMES F. KOEHLER (0007904)
>lkoehler@koehlerneal.com
>P. WESLEY LAMBERT (0076961)
>wlambert@koehlerneal.com
>KOEHLER NEAL LLC
>3330 Erieview Tower, 1301 East 9th Street
>Cleveland, Ohio  44114
>(216) 539-9370
>(216) 916-4369   (*facsimile*)
>*Attorneys for Hodell-Natco Industries, Inc.*

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(f)

Pursuant to Local Rule 7.1(f), the undersigned hereby certifies that Plaintiff's Motion for Summary Judgment complies with the page limitation of twenty (20) pages for Standard Track cases.

>*/s/* P. Wesley Lambert
>P. WESLEY LAMBERT (0076961)

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September, 2012, a copy of the foregoing was filed electronically.  Parties may access this filing through the Court's electronic filing system.

>*/s/* P. Wesley Lambert
>P. WESLEY LAMBERT (0076961)

2