IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE WELLS |
| | ) | |
| v. | ) | **MOTION FOR SUMMARY JUDGMENT** |
| | ) | **AS TO PLAINTIFF'S CLAIMS BY SAP** |
| SAP AMERICA, INC., et al. | ) | **AMERICA, INC. AND SAP AG** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to Fed. R. Civ. P. 56, Defendants SAP America, Inc. and SAP AG (collectively "SAP"), hereby move for summary judgment as to Plaintiff Hodell-Natco Industries Inc.'s remaining claims.

The reasons supporting this Motion are set forth in SAP's Memorandum in Support, incorporated herein by reference, along with exhibits thereto.

    Respectfully submitted,

    /s/ Gregory J. Star
    Michael J. Miller (admitted *pro hac vice*)
    Gregory J. Star (admitted *pro hac vice*)
    Drinker Biddle & Reath LLP
    One Logan Square, Suite 2000
    Philadelphia, PA 19103-6996
    Telephone:  (215) 988-2700
    Facsimile:  (215) 988-2757
    *Attorneys for SAP America, Inc. and SAP AG*