**EXHIBIT C**

# In The Matter Of:

*Hodell-Natco Industries, Inc. v.*
*SAP America, Inc., et al.*

*Kevin Reidl*
*July 30, 2012*



**Making Litigation Easier.**   NextGenReporting.com

PHILADELPHIA | 215.944.5800   NEW YORK CITY | 646.470.3376   PHOENIX | 623.224.2760   SILICON VALLEY | 650.799.8020

*Original File kreidl.txt*

## Page 1

```
           UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF OHIO
                  EASTERN DIVISION

HODELL-NATCO          )   Case No. 1:08 CV 2755
INDUSTRIES, INC.,     )
                      )   Judge: Lesley Wells
    Plaintiffs,       )   Magistrate Judge:
                      )   Greg White
    vs.               )
                      )
SAP AMERICA, INC.,    )   Volume I
et al.,               )
                      )
    Defendants.       )



       VIDEOCONFERENCE DEPOSITION OF KEVIN REIDL


       DATE:    Monday, July 30, 2012

       TIME:    1:59 p.m.

       PLACE:   Reminger & Reminger
                1400 Midland Building
                101 Prospect Avenue, West
                Cleveland, Ohio  44115







NEXTGEN                 Angela A. O'Neill, RPR
REPORTING               6729 Ross Road
                        Rockford, Ohio  45882
                        (419) 302-4039
Registered Professional Reporters
```

## Page 2

```
APPEARANCES:

ON BEHALF OF THE PLAINTIFF:

MR. P. WESLEY LAMBERT, ESQ.
Koehler, Neal, LLC
3330 Erieview Tower
1301 East Ninth Street
Cleveland, Ohio 44114
(216) 539-9370
wlambert@koehlerneal.com


ON BEHALF OF THE DEFENDANT SAP AMERICA, SAP AG:

MR. GREGORY J. STAR, ESQ.
Drinker, Biddle, Reath
One Logan Square
Suite 2000
Philadelphia, Pennsylvania 19103
(215) 988-2734
Gregory.Star@dbr.com


ON BEHALF OF THE DEFENDANT LSI:

MR. ROY A. HULME, ESQ.
Reminger & Reminger
1400 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio 44115
(216) 687-1311
rhulme@reminger.com
```

## Page 3

```
                WITNESS INDEX

                                            PAGE

DIRECT EXAMINATION
KEVIN REIDL
BY MR. STAR .....................             4


                EXHIBIT INDEX

Deposition -

Exhibit 10  11/1/04 Email                    165

Exhibit 195 1/24/01 Unsigned Letter           37

Exhibit 196 11/3/05 Email                    177

Exhibit 291 Development Agreement            159

Exhibit 310 Third Revised Notice of Dep        5

Exhibit 311 7/11/03 Email Chain               46

Exhibit 312 7/15/03 Email Chain               60

Exhibit 313 10/15/04 Email                   167
```

## Page 4

KEVIN REIDL,
called as a witness herein, having been first duly
sworn, as hereinafter certified, was examined and
testified as follows:
DIRECT EXAMINATION OF KEVIN REIDL
BY MR. STAR:
Q. Good afternoon, sir.
   MR. STAR: Let's start by marking the
deposition notice as Exhibit 310.
(Whereupon, Exhibit 310 was marked for
identification.)
   BY MR. STAR:
Q. Before we go through this,
   Mr. Reidl, have you ever had your deposition
   taken before?
A. No, I haven't.
Q. Okay. You sat through a bunch of
   them, so you're familiar --
A. I have, yes.
Q. -- with the rules, right?
A. Correct.
Q. Okay. Most important being that
   you and I let each other talk and finish out
   what we're saying before we try to talk over
   each other.

Hodell-Natco Industries, Inc. v.
SAP America, Inc., et al.

Kevin Reidl
July 30, 2012

Page 5

1  A. Right.
2  Q. Okay. If you don't understand my
3  question, please let me know. You have seen
4  me and heard me ask enough questions,
5  sometimes you realize that I might confuse
6  something in a question. Please feel free to
7  correct me, or let me know that you don't
8  understand. Okay?
9  A. Okay.
10 Q. What's marked as Exhibit 310 is a
11 copy of a third revised notice of deposition.
12 Have you seen this before?
13 A. Yes.
14 Q. All right. You understand that
15 you're here in part today to respond to some
16 of the categories that are identified in this
17 deposition notice, correct?
18 A. Correct.
19 Q. And your testimony in part is as
20 the corporate representative of Hodell-Natco,
21 correct?
22 A. Yes.
23 Q. What is your current position
24 with Hodell?
25 A. I'm the president of the company.

Page 6

1  Q. How long have you served as
2  president?
3  A. A year and a half.
4  Q. When did you first join the
5  organization?
6  A. In 1999.
7  Q. When you joined in 1999, what was
8  your role?
9  A. No real defined role really, just
10 general management, get to know the company.
11 Q. In 1999, what was the -- I'm
12 going to be asking you a broad question here,
13 so if you need to -- need me to break this
14 down, I will. What was the management
15 structure of Hodell in 1999? Who was the
16 president and was there a board of directors,
17 for instance?
18 A. Otto Reidl was -- was the
19 president, and we had a vice president of
20 sales.
21 Q. Who was that?
22 A. Mike Lamboy. He's still with the
23 company. We have a VP of finance,
24 Floyd Lesti, who is -- retired about a year
25 ago.

Page 7

1  Q. Okay.
2  A. Bill Rex, who is one of the
3  shareholders, at the time was acting as
4  operations manager.
5  Q. Anybody else you can think of in
6  1999?
7  A. That is primarily the -- the
8  management team, was the management team.
9  Q. So sometime in early 2011, you
10 took over as president of the organization?
11 A. Yes.
12 Q. Between 1999, when you had just a
13 general management role, and your time when
14 you took over as president, did you have any
15 title changes --
16 A. Yes.
17 Q. -- between that period?
18 A. Two.
19 Q. Okay.
20 A. I took over as general manager of
21 the Cleveland operation, and I was given that
22 responsibility probably around 2001 or
23 thereabouts.
24 Q. How many people were you
25 overseeing at that point?

Page 8

1  A. Oh, about 50 to 60.
2  Q. And you had another title shift
3  after 2001?
4  A. Yes. In about 2000 -- about
5  2005, I was promoted to executive vice
6  president.
7  Q. And at that point in time, what
8  was the management structure? Was your father
9  still president?
10 A. He was.
11 Q. Okay. Was there still a vice
12 president of sales?
13 A. There was.
14 Q. Okay. Was there still a vice
15 president of finance?
16 A. Yes.
17 Q. Any other vice presidents at that
18 point in time?
19 A. There were two gentlemen that
20 were promoted to regional vice presidents at
21 the same time I was promoted.
22 Q. Who are they?
23 A. Roger Parisher, who is down in
24 Houston, Texas and Brandon Liebhard, who's in
25 Reno, Nevada.

Page 89

1  A.  Sure.
2  Q.  Take Stock, was that a product
3      that you were going to acquire through IBiS
4      and Mr. Van Leeuwen, or was that outside of
5      what his services were going to be?
6  A.  That would have been through
7      IBiS.
8  Q.  Besides Take Stock, was there any
9      other software you looked at?
10 A.  Yes, Navision, Prophet 21,
11     Computer Insights, I believe a product called
12     IST. Those were all looked at at various
13     times.
14 Q.  Navision, was that a product that
15     you were going to get through IBiS, or was
16     that separate for Mr. --
17 A.  I think that was separate.
18 Q.  -- the implementation separate?
19 A.  I think.
20 Q.  Did Mr. Van Leeuwen know you were
21     looking at Navision?
22 A.  I believe he did, yes.
23 Q.  Okay. Prophet 21 would have been
24     separate from Mr. Van Leeuwen, correct?
25 A.  Yes.

Page 90

1  Q.  Did he know you were looking at
2      Prophet 21?
3  A.  I believe so. I can't say with
4      certainty.
5  Q.  You mentioned Computer Insights
6      and IST. Are those two separate things, or is
7      IST the product from Computer Insights?
8  A.  I believe they are two separate
9      things, two separate companies, two separate
10     products.
11 Q.  Did -- were either of those
12     products going to come through Mr. Van Leeuwen
13     and IBiS, or were those separate from him?
14 A.  They were both separate.
15 Q.  Did he know that you were looking
16     at those other two products?
17 A.  I believe he did.
18 Q.  What is your basis for saying you
19     knew -- that Mr. Van Leeuwen knew you were
20     looking at these other products from other
21     vendors?
22 A.  We had open discussions with him
23     about, you know, the software we were on and
24     the need to move to the next product. And he
25     would ask what we're looking at, and we would

Page 91

1      say we're looking at this and that and the
2      other one.
3  Q.  He wanted to keep your business?
4      MR. HULME: Objection, foundation.
5      THE WITNESS: I would expect that he
6      would.
7      BY MR. STAR:
8  Q.  You -- you had the sense that he
9      wanted to keep your business?
10 A.  I had the sense that, yeah, he
11     wanted to keep our business. He saw us as a
12     trusted customer and saw the opportunity to
13     help us out.
14 Q.  You mentioned you went to some
15     trade shows and -- and saw some of the
16     software that way. Did you go to any trade
17     show where Business One was discussed?
18 A.  I was at a trade show where --
19     where LSi was representing Business One.
20 Q.  When was that?
21 A.  Probably in 2004. It may have
22     been '05 or '06, but one of those three.
23 Q.  Okay.
24 A.  I believe my father went to some
25     kind of trade show where Business One was

Page 92

1      represented.
2  Q.  You don't have any specific --
3  A.  I don't have --
4  Q.  -- firsthand knowledge of that?
5  A.  -- any specific firsthand
6      knowledge, but it would have probably been in
7      2002 or 3.
8  Q.  Okay. Do you have knowledge of
9      what Hodell's hardware and network looked like
10     back in -- computer hardware and computer
11     network looked like back in 2003?
12 A.  2003, yes. I'm not an IT expert,
13     I'll make that disclaimer right now, but I
14     have a rough knowledge, yes.
15 Q.  Can you -- can you tell me what
16     the basic architecture of the Hodell computer
17     hardware and network looked like back in 2003?
18 A.  2003, we would have had a FACTS
19     server and database for to run the FACTS,
20     F-A-C-T-S, software.
21 Q.  Uh-huh.
22 A.  We would have had a Radio Beacon
23     server, Radio Beacon database, a Radio Beacon
24     handheld server. That's the server that runs
25     the scanners. We had a Citrix MetaFrame

Hodell-Natco Industries, Inc. v.  
SAP America, Inc., et al.

Kevin Reidl  
July 30, 2012

Page 101

1 A. Yes.
2 Q. -- when the development agreement
3 was signed, right?
4 A. Yes.
5 Q. Okay. Did you personally obtain
6 any information about the Business One product
7 from Dan Lowery? Did he give you any
8 information?
9 A. Yes.
10 Q. What information did Dan Lowery
11 give you specifically about Business One?
12 A. He gave us information on the --
13 the number of users that the system could
14 handle.
15 Q. When did Mr. Lowery give you
16 information about the number of users the
17 system could handle?
18 A. That would have been early on in
19 our discussions.
20 Q. Do you believe --
21 A. I can't say specifically what
22 month in 2004, but it would have been in 2004.
23 Q. It would have been in 2004 prior
24 to signing the development agreement?
25 A. Yes.

Page 102

1 Q. Do you recall how Mr. Lowery gave
2 you that information?
3 A. I believe in conference calls.
4 Q. Did he give you any of that
5 information in writing, or was this all over
6 the telephone?
7 A. I believe this was over the
8 telephone and conference calls.
9 Q. And what specifically do you
10 recall Mr. Lowery saying in 2004 about the
11 number of users?
12 A. I recall -- the number I recall
13 is 5 to 500 users.
14 Q. Do you recall Mr. Lowery saying
15 specifically that Business One could support 5
16 to 500 users?
17 A. To the best of my recollection,
18 yes, 5 to 500. It could have been 300. 5 to
19 300, or 10 to 300.
20 Q. Could it have been employees and
21 not users, or did he specifically --
22 A. It was users.
23 Q. He specifically used the word
24 users?
25 A. He specifically used the word

Page 103

1 users.
2 Q. Had he said that the software
3 could support up to 300 employees, would that
4 have been a nonstarter for Business One in
5 your view?
6 A. No, because employees and users
7 applied the same when it came to the
8 marketing.
9 Q. How many employees did you, or
10 strike that. How many users did you in 2004
11 expect to have on a new software solution?
12 A. At least 80. At least 80.
13 Q. Okay. Did you have any
14 expectation that you were going to have more
15 than 80 users back in 2004?
16 A. In 2004, yes. We knew that we
17 were growing at a pretty good clip, and we
18 would need to add users over time as we grew
19 organically and through acquisition.
20 Q. How many users in 2004 did you
21 expect you might have in the future?
22 A. Up to 300 users.
23 Q. So if you had information that
24 the software was for companies with up to 250
25 employees, yet you had expectations of up to

Page 104

1 300 users, would that have made Business One a
2 nonstarter for you?
3 A. Up to 250 employees, no.
4 Wouldn't have made it a nonstarter, because we
5 would have considered users.
6 Q. Well, you say you were -- had
7 expectations of up to 300 users, right?
8 A. Right, over the useful lifespan
9 of the product.
10 Q. If you were aware of information
11 that said that Business One was suitable for
12 companies with up to 250 users, would that
13 have made Business One a nonstarter for you?
14 A. I don't believe so. I think that
15 was --
16 Q. If you were aware of information
17 that Business One was good for up to 100
18 users, would that have made it a non -- would
19 that have made Business One a nonstarter for
20 you?
21 A. In 2004?
22 Q. Yes.
23 A. Yes. If -- if it was represented
24 as capable of 100, up to 100 users, that would
25 have been an issue in 2004.

Page 105

1 Q. In fact, if you had information
2 that said it's good for up to 100 users, you
3 wouldn't have acquired the software, right?
4 A. I don't believe so.
5 Q. You -- and you wouldn't have
6 acquired it, because you had at least 80 users
7 to begin with, right?
8 A. Right.
9 Q. And you were expecting to go up
10 to about 300 users, correct?
11 A. Over the useful lifespan of the
12 product, which was roughly ten years.
13    MR. STAR: You need a break?
14    MR. LAMBERT: I'm good for awhile.
15    BY MR. STAR:
16 Q. In 2004, when you were looking at
17 new software before you had to make a decision
18 to enter into an agreement with the
19 development agreement that we see, did you
20 have specific selection criteria from your
21 software?
22 A. It had to be scaleable, it had to
23 have an integrated warehouse management
24 system, either through the same provider or
25 through a certified integration. Had to give

Page 106

1 us the type of database that we were looking
2 for. I think it's called relational database.
3 Q. Uh-huh.
4 A. We preferred a sequel database,
5 because it was very friendly for analysis and
6 reporting. It had to meet certain
7 functionality with regards to pack sizes for
8 products, secondary processing, bills and
9 materials.
10 Q. Anything else?
11 A. Those would be the major ones
12 that I can think of.
13 Q. Were these criteria written down
14 anyplace?
15 A. Probably not.
16 Q. And you did not use an outside
17 third-party vendor to help you with the
18 selection process, or to develop these
19 criteria, correct?
20 A. Correct.
21 Q. You did that just yourself and
22 your father, and reporting your thoughts or
23 your decisions to your brother Dan to
24 Bill Rex, correct?
25 A. Correct.

Page 107

1 Q. You were relying on outside
2 people like Mr. Van Leeuwen to provide you
3 with information, right?
4    MR. HULME: Objection, form and
5 foundation.
6    THE WITNESS: We were relying on
7 Mr. Van Leeuwen, Prophet 21, Navision, IST, to
8 provide information.
9    BY MR. STAR:
10 Q. When you were -- you mentioned
11 you were getting information from both
12 Mr. Van Leeuwen and Mr. Lowery in 2004 about
13 Business One. When you were getting that
14 information, did you have any understanding as
15 to whether either Mr. Van Leeuwen or
16 Mr. Lowery, or their organizations, were
17 actually part of what is called the SAP
18 Channel Partner Program?
19 A. Um, yes.
20 Q. What did you understand?
21 A. We understood that IBiS had
22 joined the partner program in 2003, and that
23 LSi had subsequently joined that program.
24 Q. So when you're having
25 conversations with Mr. Lowery, for instance,

Page 108

1 in 2004, prior to signing the development
2 agreement in December of that year, were you
3 under the understanding that his organization,
4 LSi, was actually a Business One reseller?
5 A. We were of the understanding that
6 they were a business partner of -- of SAP,
7 yes.
8 Q. And what -- what, if anything,
9 led you to that understanding?
10 A. Multiple discussions we had.
11 They were using SAP's logo on the letterhead
12 and the proposal.
13 Q. Who was?
14 A. LSi.
15 Q. Okay.
16 A. And --
17 Q. Do you know --
18 A. I believe they would --
19 Q. Sorry.
20 A. -- they would need authorization
21 to do so.
22 Q. Do you have an actual
23 understanding as to when LSi became an SAP
24 channel partner?
25 A. I don't. I would say sometime in

Hodell-Natco Industries, Inc. v.  
SAP America, Inc., et al.

Kevin Reidl  
July 30, 2012

Page 117

1  I think your answer was that you didn't recall
2  doing that?
3  A. Correct.
4  Q. Okay. Do you know if anybody
5  else from Hodell made a visit to a company
6  that was running Business One prior to
7  December of 2004?
8  A. I don't recall.
9  Q. The decision to actually go
10 forward with an acquisition of Business One,
11 that was a decision made sometime in 2004,
12 correct?
13 A. Yes.
14 Q. In connection with that decision
15 to go forward with Business One, did Hodell
16 perform any kind of business case or -- or ROI
17 analysis?
18 A. I believe there was an ROI
19 analysis done by my father. I can't speak for
20 him specifically, but I believe there was.
21 Q. Do you have a specific
22 recollection of seeing that document?
23 A. I don't have a specific
24 recollection.
25 Q. Do you have any recollection of

Page 118

1  -- of personally playing any part in preparing
2  the -- the ROI analysis?
3  A. No, but I believe at one point
4  there was an ROI document, SAP ROI document
5  that came into play in that.
6  Q. Do you know when that was?
7  A. My guess is it would have been in
8  2004.
9  Q. Do you know where we could find
10 that today, if anywhere?
11 A. The SAP document, I think, has
12 been produced.
13 Q. And does it have a particular
14 title?
15 A. I think it's like ROI calculator
16 or something like that. I don't know -- I
17 don't know if we produced that, or LSi or SAP,
18 or what. I remember seeing that. But my
19 guess is that -- because that may have come
20 into play during that, but I don't want to
21 speak for my father on his -- on ROI
22 calculations that he would have done.
23 Q. Okay. I'm just trying to find
24 out though if you have any personal knowledge
25 of a business case or return on investment

Page 119

1  analysis that was done specifically for or by
2  Hodell concerning its purchase of Business
3  One?
4  A. Again, I -- I believe it was
5  done. That's the best of my recollection.
6  Q. I asked you about the criteria,
7  one of the -- that you had for going onto a
8  new software platform. One of them was
9  scaleability. What did you mean by
10 scaleability?
11 A. The software would have to grow
12 with our business.
13 Q. What did that mean for you to --
14 A. So --
15 Q. Sorry, go ahead.
16 A. -- in terms of number of users,
17 number of item records, number of customer
18 records, number of vendor records, so the --
19 it would have to be scaleable based on the
20 number of users, first and foremost, but also
21 the size of the database. It would have to be
22 able to grow with our business at least over a
23 ten-year period. And that was represented to
24 us by LSi and IBiS.
25 Q. In 2004?

Page 120

1  A. Yeah, 2004 many times, yes. From
2  SAP through IBiS and LSi.
3  Q. And so I have this right, the
4  scaleability as it pertains to the number of
5  users, you expected initially to have 80
6  users, and then to grow to somewhere around
7  300 during the ten-year period that would be
8  the useful life of the software?
9  A. That was an estimate of 300, yes.
10 Q. And as far as the size of the
11 database, number of records, et cetera, what
12 did you expect to need as far as scaleability
13 in that perspective?
14 A. Well, our -- our database size
15 had grown since I had first come on board in
16 '99, in terms of number of customers, number
17 of vendors, number of items, so that database,
18 not the -- not the database, the software
19 system had to scale appropriately and had to
20 be able to manage that size of a database.
21 Q. Concerning the number of users
22 specifically, what did you do, if anything, to
23 confirm the information that you had received
24 from Van Leeuwen and Lowery?
25 A. The information that we received

NextGen Reporting  
(215) 944-5800

(30) Pages 117 - 120

Hodell-Natco Industries, Inc. v.
SAP America, Inc., et al.

Kevin Reidl
July 30, 2012

Page 129

1  correct?
2  A. I wouldn't call it a beta site.
3  Q. Why not?
4  A. Because they were building the
5  same functionality into a -- into a new
6  software.
7  Q. But they hadn't actually built
8  that yet, right?
9  A. Correct.
10 Q. You were going to be the very
11 first customer to actually run this new
12 In-Flight program along with Business One,
13 correct?
14 A. Yes.
15 Q. And -- and you also needed
16 additional functionality that In-Flight wasn't
17 going to have, correct?
18 A. Say that again.
19 Q. Well, sure. You also needed to
20 have functionality that was available through
21 Radio Beacon, right?
22 A. Correct.
23 Q. What was the functionality that
24 Radio Beacon had that you needed, that you
25 couldn't get either through Business One or

Page 130

1  through the In-Flight development?
2  A. The warehouse management system,
3  the wireless scanning.
4  Q. Did you have any understanding as
5  to whether the Radio Beacon program, with that
6  functionality, had been running in another
7  location along with the Business One program?
8  A. Yes. I believe Dale and Dan had
9  -- had represented that that integration had
10 already been built.
11 Q. Did you check that with Radio
12 Beacon?
13 A. I don't recall if we did or not.
14 Q. Did you go to any customer that
15 was running Business One with Radio Beacon to
16 make sure that that actually worked?
17 A. I don't think we did.
18 Q. So you relied just on information
19 you got from Lowery and Van Leeuwen, correct?
20 A. We may have been given
21 information by Radio Beacon, Ross Elliott as
22 well.
23 Q. Do you recall or you're
24 speculating that you might have gotten
25 information?

Page 131

1  A. It's a long time ago. We may
2  have.
3  Q. But you don't -- just so we're
4  clear. You don't have a specific recollection
5  of getting information from Mr. Elliott, or
6  anybody else at Radio Beacon, before you
7  entered into the development agreement in
8  December of 2004, right?
9  A. I don't have any specific
10 recollection.
11 Q. I asked you earlier about your --
12 your business process with respect to sales
13 orders in 2003. Was that substantially the
14 same in 2004 as it had been in 2003, you were
15 still running the FACTS software?
16 A. I believe so.
17 Q. Okay. At what point did you stop
18 running the FACTS software and go on to a new
19 platform?
20 A. The day before we went live on
21 Business One.
22 Q. So that would have been March 7th
23 of 2007; is that right?
24 A. What date did we go live? I
25 don't --

Page 132

1  Q. I think you went live March 8,
2  2007.
3  A. Is it March 8th or March 2nd?
4  Q. I thought it was the 8th. Well,
5  it was up --
6  A. It was the day before.
7  Q. Okay. So it was up until
8  sometime in early March 2007, right?
9  A. Yes.
10 Q. Was the way that you were putting
11 in sales orders the same as of that time in
12 March 2007, as it had been back in 2003 and
13 2004?
14 A. For the most part. Over that
15 time, email had grown a little bit, but we
16 still had a lot of call-in type orders, so
17 yes, we were typing them in.
18 Q. You mentioned that when you were
19 looking at new software, you were -- you were
20 willing to change your processes to match
21 functionality that might be in the software,
22 if it was a better way of doing business. Did
23 you engage in any kind of analysis of whether
24 you should make changes in your business
25 processes when you went to the new software?

Hodell-Natco Industries, Inc. v.  
SAP America, Inc., et al.

Kevin Reidl  
July 30, 2012

Page 145

1  A. The functionality in In-Flight
2  Enterprise.
3  Q. Which was?
4  A. The --
5  Q. I'm sorry, go ahead.
6  A. The functionality of In-Flight
7  Enterprise, the fact that Radio Beacon had
8  already had an integration built and working.
9  That was the main components.
10 Q. As of December 2004, is it fair
11 to say you had no confidence in the Radio
12 Beacon product?
13     MR. LAMBERT: Objection.
14     THE WITNESS: It's not.
15     BY MR. STAR:
16 Q. Why not?
17 A. The Radio Beacon product was
18 robust. It was a good tool, and I held --
19 held that feeling throughout while we were
20 using it, even though, as you're going to show
21 me emails, at times I said this product is, or
22 this integration isn't working for us, or this
23 Radio Beacon solution isn't working for us.
24 It was, again, as I stated earlier, it was
25 that integration with the FACTS product that I

Page 146

1  believe was the problem. Radio Beacon itself
2  was a robust tool, and that integration had
3  already been built with SAP Business One.
4  Q. At any point in time, did Radio
5  Beacon function as you expected it would for
6  Hodell?
7     MR. LAMBERT: Objection. You talking
8  about with FACTS or --
9     MR. STAR: At any point in time.
10    MR. LAMBERT: -- an earlier --
11    THE WITNESS: Okay. I believe late in
12 the time period that we had -- we were on
13 Business One, it was working, probably not at
14 a hundred percent, but pretty good. Of the --
15 of the components that we had, that seemed to
16 be working pretty good.
17    BY MR. STAR:
18 Q. And when was this?
19 A. It would have been late in -- in
20 the cycle.
21 Q. This is 2007, 2008?
22 A. I would say late 2007, maybe --
23 maybe 2008, to the best of my recollection.
24 Q. So as of March of 2007, Hodell
25 started to run its business on the Business

Page 147

1  One software with In-Flight and Radio Beacon,
2  correct?
3  A. Correct.
4  Q. How long did Hodell run its
5  business on that software platform?
6  A. We ran it until, I want to say
7  around March 30th of 2009.
8  Q. And at that point, you went over
9  to the Prophet 21 software?
10 A. Yes.
11 Q. So you ran Business One
12 effectively for -- well, strike that. You ran
13 the Business One solution with Radio Beacon
14 and In-Flight add-ons for two years?
15 A. Yes, but not effectively.
16 Q. I asked you earlier about the --
17 off the record.
18 (Whereupon, an off-the-record
19 discussion was held at 5:24.)
20    MR. STAR: Back on.
21    BY MR. STAR:
22 Q. So you ran the -- the Business
23 One software for a two-year period?
24 A. Yes, approximately.
25 Q. I asked you earlier about the

Page 148

1  business functions in general that -- the
2  business processes that Hodell was able to run
3  on the FACTS software up through March of
4  2007, when it switched to Business One. Now
5  with respect to the Business One software with
6  the In-Flight, Radio Beacon add-ons, can you
7  give me an overview of what business
8  processes, what aspects of Hodell's business
9  were actually operating using the SAP Business
10 One software with In-Flight and Radio Beacon?
11 A. What processes were operating?
12 Q. Uh-huh.
13 A. What do you mean by operating?
14 Q. Well, I asked you what you were
15 -- how you -- you were using FACTS, and you
16 told me you were using it for your sales
17 processes, your order taking, your inventory,
18 your accounting, finances, and that you were
19 doing your warehouse management on FACTS
20 without wireless scanners, which you then
21 added with Radio Beacon, right?
22 A. (Witness nods head.)
23 Q. I'm -- I'm asking you in that
24 same vein what were you doing, what business
25 functions were you -- were you running using

Page 197

1 specifically.
2 A. I --
3 Q. If you have an estimate, you can
4 give me that.
5 A. I don't know, but I -- I would
6 estimate between 100 and 150 thin clients or
7 PCs.
8 (Whereupon, at 9:20, there was a knock
9 at the door.)
10 THE WITNESS: PCs could operate as thin
11 clients. They could deliver the desktop just
12 like a thin client could.
13 BY MR. STAR:
14 Q. All right. As of the end of
15 2004, do you know how many licenses Hodell had
16 with FACTS software?
17 A. End of 2004?
18 Q. Yeah.
19 A. I don't specifically.
20 Q. Let me show you what we
21 previously marked as Exhibit 24. These are
22 Hodell consolidated financial statements from
23 2002 through the end of 2000 -- through March
24 of 2009. If you look at the statement for
25 2004, which is Hodell 32393.

Page 198

1 A. Okay.
2 Q. It shows a total employee
3 population as of December 2004 of 160 people.
4 Do you see that?
5 A. Yes.
6 Q. As of the end of 2004, do you
7 know whether Hodell had 160 licenses for
8 FACTS?
9 A. I do not. I don't believe we
10 would have had 160 licenses.
11 Q. You would have had something less
12 than that?
13 A. We would have had something less
14 than that. Maybe 100, if I had to guess.
15 Q. Why would you have --
16 A. Maybe.
17 Q. -- only around 100 FACTS
18 licenses, if you had 160 employees?
19 A. Because we had some users in the
20 warehouse that -- that would repack and
21 wouldn't use the computer.
22 Q. So the number of employees and
23 the number of users at Hodell at the end of
24 2004 were two different things, right?
25 A. Number of -- to the best of my

Page 199

1 recollection.
2 Q. Go to the next page. It's the
3 balance -- it's the consolidated statement
4 from 2005. And it shows as of -- it's a
5 little bit difficult to read, but it shows as
6 of December 2005, the total population of 168
7 employees. At the end of 2005, you were still
8 running the FACTS software, right?
9 A. Right.
10 Q. How many licenses did you have
11 for the FACTS software as of the end of 2005?
12 A. Again, I -- I would speculate
13 100, 80. I don't know.
14 Q. So 80 to 100 licenses for FACTS
15 at the end of 2005?
16 A. I would speculate. It --
17 specifically say, I don't know. I would
18 speculate.
19 Q. You're not sure exactly, I
20 understand that, but you're sure that you had
21 more employees than you had users on the FACTS
22 system at the end of 2005, correct?
23 A. I believe so.
24 Q. If you go to the next page, it's
25 2006. It shows at the end of 2006, a total

Page 200

1 employee population of 180. Do you see that?
2 A. Yes.
3 Q. Do you know how many of those 180
4 employees were actually users of the FACTS
5 system at the end of 2006?
6 A. I don't.
7 Q. It was something less than 180?
8 A. I believe so.
9 Q. Was it less than 100?
10 A. I don't know.
11 Q. Was it more than a 100?
12 A. I don't know. Is there -- do we
13 have a document that shows the number of users
14 in FACTS?
15 Q. Not that I'm aware of.
16 A. I'm not aware of one either.
17 Q. Okay. And at the -- as of the
18 end of 2006, you were running your business
19 using the FACTS software, correct?
20 A. That's correct.
21 Q. You hadn't yet gone live on the
22 SAP solution, correct?
23 A. Correct.
24 Q. So based on this testimony, is it
25 your understanding that the number of

Hodell-Natco Industries, Inc. v.  
SAP America, Inc., et al.

Kevin Reidl - Vol. 2  
July 31, 2012

Page 253

1 Q. Okay. Did you review this
2   document with anybody else at Hodell?
3 A. I believe briefly with Otto.
4 Q. Did you read the whole thing
5   before you signed it?
6 A. Yes.
7 Q. Did it give you any concern when
8   you read the -- the entire document before you
9   signed it?
10 A. It appeared to be pretty standard
11   software licensing stuff, where no one's
12   accountable for anything.
13 Q. And you understood when you read
14   it in December of 2005 that this was pretty
15   standard software licensing language, correct?
16 A. From my recollection.
17 Q. Okay. Did you wonder at the time
18   why you hadn't seen a document, or been asked
19   to sign a document like this back in December
20   of 2004?
21 A. I don't recall. I -- I just know
22   that for the -- for the release of those 40
23   licenses, this had to be signed.
24 Q. Back in December of 2004, and
25   before signing this agreement, and the license

Page 254

1   agreement in December of 2005, did you have
2   any expectation that Hodell actually had the
3   legal right to use any of SAP's software?
4     MR. LAMBERT: I'll object. Form.
5     THE WITNESS: Yes, I believe we had the
6   right to use their software, because we had
7   purchased 80 licenses in 2004.
8     BY MR. STAR:
9 Q. What is your basis besides --
10   well, strike that.
11   What is your basis for saying that
12   before signing this license agreement in
13   December of 2005, Hodell had the right to use
14   SAP's software?
15 A. Well, we --
16     MR. LAMBERT: Objection.
17     THE WITNESS: -- we purchased 80
18   licenses from their business partner.
19     BY MR. STAR:
20 Q. Through the development
21   agreement?
22 A. Through the development
23   agreement, which specified 80 SAP Business One
24   licenses.
25 Q. Let's -- let's look at the

Page 255

1   license agreement.
2 A. Okay.
3 Q. You signed it December 23, 2005,
4   correct?
5 A. Correct.
6 Q. Is that your handwriting on the
7   front, where you fill in the date, and the
8   name of your company and the address?
9 A. Yes.
10 Q. You see under the definition
11   section, for instance, in 1.7, it spells out
12   the details of what's proprietary information?
13   Do you see that?
14     MR. LAMBERT: Objection.
15     THE WITNESS: 1.7?
16     BY MR. STAR:
17 Q. Yes.
18 A. Yeah. It -- just give me a
19   minute to read it, if you can. (Doing as
20   indicated.) Yes.
21 Q. No language like that appears
22   anywhere in the development agreement, does
23   it?
24 A. I don't believe so.
25 Q. You see Section 2 of the license

Page 256

1   agreement is titled License Grant? You agree
2   with me that no language like that is found
3   anywhere in the development agreement?
4 A. I don't believe so.
5     MR. LAMBERT: Objection.
6     BY MR. STAR:
7 Q. You don't believe it's found in
8   the development agreement?
9 A. I don't believe it's found in the
10   development agreement.
11 Q. Section 6 of the agreement is
12   titled Proprietary Rights. You agree with me
13   that there is no language like that found in
14   the development agreement?
15     MR. LAMBERT: Objection, form.
16     THE WITNESS: I don't believe so.
17     BY MR. STAR:
18 Q. You don't believe that language
19   is in the development agreement?
20 A. Well, I can look back. I don't
21   -- I don't believe it's in the development
22   agreement.
23 Q. Those sections that we just
24   looked at, they're a part of what you, back in
25   December of 2005, considered to be pretty

Hodell-Natco Industries, Inc. v.  
SAP America, Inc., et al.

Kevin Reidl - Vol. 2  
July 31, 2012

Page 281

1. the testing, whether it's off site or on site.
2. Q. Do you believe that Hodell had
3. any specific role or responsibility with
4. respect to testing before go live?
5.    MR. LAMBERT: Objection.
6.    THE WITNESS: I believe that in
7. conjunction with LSi, we -- we did have a role
8. of testing the system.
9.    BY MR. STAR:
10. Q. What -- what testing did you
11. understand needed to be done before go live?
12. A. Well, there was lots of different
13. testing. I mean, generally speaking, LSi had
14. a lot of testing to do of their -- their
15. product and how the interface worked. There
16. was stress testing, and then there was, you
17. know, testing the system to make sure everyone
18. can do their tasks.
19. Q. Would you agree that at some
20. point the plan was, whether it was Hodell by
21. itself or in connection with LSi, at some
22. point before the go live, there was a -- a
23. plan in place to actually put users on the
24. system as it would look at the time of go
25. live?

Page 282

1. A. Yes.
2. Q. What was that plan?
3. A. The plan was to get as many -- as
4. many users as we could on the system to test
5. -- test its capabilities, and its -- I think
6. we called it stress testing.
7. Q. Who came up with that plan?
8. A. I don't recall. It may -- it was
9. probably LSi and us combined.
10. Q. At LSi, was that Marcia Weissman,
11. or was it somebody else that had came up with
12. that plan?
13. A. May have been Marcia, may have
14. been Jon.
15. Q. Jon Woodrum?
16. A. Right.
17. Q. Did you receive any direction
18. from LSi as to how you were supposed to run
19. stress testing?
20. A. I -- I believe they helped us
21. coordinate how that should be done.
22. Q. What was your understanding of
23. what exactly should be done to stress test the
24. system before go live?
25. A. Generally speaking, we would get

Page 283

1. users on the system, doing their jobs in the
2. computer system, and simulate and hour or two
3. of using the system.
4. Q. To your recollection, did Hodell
5. ever get all of its users on the system at one
6. time to stress test it before go live?
7. A. Yes, a few times.
8. Q. When did that occur?
9. A. I believe in January -- when did
10. we go live?
11. Q. Testimony has been sometime in
12. the first or early second week of March,
13. sometime around March 8th, I think.
14. A. I ask, because I get confused
15. between the P21 and SAP. Okay. So it would
16. have been January, February and perhaps early
17. March.
18. Q. It's January --
19. A. Of 2007.
20. Q. Okay. So you believe that
21. throughout that period, or three particular
22. dates in January and February or March you did
23. the stress testing?
24. A. I -- I believe throughout that
25. period we did a number of stress tests. I

Page 284

1. can't tell you specifically how many.
2. Q. How many users got on the system
3. during the stress tests?
4. A. I can't tell you that. I don't
5. have that data. I know that I repeatedly sent
6. out emails to all users and our general
7. managers, instructing everyone to get on the
8. system for, you know, this set period of time.
9. Q. Do you know if that in fact
10. happened?
11. A. I believe so.
12. Q. What makes you believe that that
13. happened? What is your basis for that?
14. A. Because I believe our general
15. managers were coordinating the stress testing
16. at their facilities and would confirm that
17. they had users on the system.
18. Q. How many facilities did you have
19. at this time in January of 2007?
20. A. I think we had seven.
21. Q. Were employees in all seven
22. facilities supposed to log on to the SAP
23. system to stress test it at the same exact
24. time?
25. A. Yes. We would have scheduled

Page 285

time periods.
Q. What time periods were those?
Were those in the morning, before work started, were they in the afternoon?
A. That's a very detailed question. I think there was emails that I sent out. If you could produce those, I would be willing to discuss that.
Q. When these stress tests happened, were you on the system yourself?
A. At times I was. I can't tell you that I was on for every stress testing.
Q. Did you set parameters for the types of transactions that people should enter during the stress test periods?
A. I believe we -- we told them do your normal job. For instance, what you did the last two hours, repeat the next two hours type of thing.
Q. And it's your belief that they actually did that kind of testing, right?
A. I believe so.
Q. Okay. Marcia Weissman testified to the effect that after the go live happened, she was told by people at Hodell, including

Page 286

yourself, that the stress testing did not actually happen in the way that you have described. Do you disagree with her testimony at all --
MR. HULME: Objection, form --
BY MR. STAR:
Q. -- to that effect?
MR. HULME: -- and foundation.
MR. LAMBERT: Same objection.
THE WITNESS: I believe we tested the system numerous times with as many users as we can get on the system.
BY MR. STAR:
Q. And when you tested -- and -- and let me step back. How many users could you get on the system during the testing?
A. Well, we had 120 licenses. I don't -- I don't recall specifically, but I know that we could get up to 120.
Q. Well, do you know if at any time during the stress testing that you did you had 120 people on the system at the same exact time?
A. I don't specifically know that.
Q. Do you know whether during any of

Page 287

the stress testing that you did, you had 100 users on the system at the exact same time?
A. I don't know that. I would -- I would venture to say we had somewhere between 80 and 100.
Q. What makes you say that?
A. Because I think that's roughly the number we had -- the number of people we had using the system at the time.
Q. So it's your belief, as we sit here today, that during this stress testing, Hodell actually put somewhere between 80 and 100 users on the SAP system at the same exact time, running the kinds of transactions that they would normally do during the day?
A. To the best of my recollection.
Q. What did you find during that stress testing, as far as the performance of the solution?
A. Well, initial -- the initial tests didn't go well. There was -- immediately we saw system lockups and system freezes and very slow performance.
Q. When was that?
A. I don't know specifically. It

Page 288

would have been the end of 2006, or -- let me restate that. It would have been late 2000 and -- late December 2006, or early January 2006, to the best of my -- 2007, to the best of my recollection.
Q. Did those problems, in your opinion, get rectified completely before you actually went live?
A. I believe many of them were addressed and improved upon.
Q. What was the final stress test? Strike that. Do you know when the final stress test took place before go live?
A. I do not.
Q. Do you know what the status was of the performance of the system during the final test, stress test, before go live?
A. I know that it had improved significantly since the initial stress tests.
Q. Were there still performance issues that you saw?
A. I don't recall. But I -- if you have documents, I'm sure we can review them.
Q. This is a document previously marked as Exhibit 144. These are emails from

Page 289

1  November 14, 2006. The first one is an email
2  from Keith Winn to Avery Myrick. Do you see
3  that?
4  A. Yes.
5  Q. Okay. Keith writes -- and Keith
6  was employed by Hodell at that time?
7  A. Yes.
8  Q. He was the IT manager for Hodell
9  at that point?
10 A. No.
11 Q. What was his job?
12 A. Network administrator. He was
13 handling various components of IT.
14 Q. Okay. He writes here, in the
15 second paragraph, Kevin and I did a little
16 test running SAP without In-Flight. SAP ran
17 very nicely. We installed In-Flight, and SAP
18 began to crawl. Do you see that?
19 A. Yes.
20 Q. Is he referring to you or Kevin
21 Evanoski, do you know?
22 A. I do not recall.
23 Q. Okay. Do you recall back in
24 November of 2006 running a test like that
25 described here by Mr. Winn, where you ran SAP

Page 290

1  by itself without In-Flight?
2  A. I don't recall.
3  Q. Do you have any reason to
4  disagree with Mr. Winn's statement that when
5  he ran this little test, running SAP without
6  In-Flight, that SAP ran very nicely? Any
7  reason to disagree with that?
8  A. No, but it -- two people on the
9  system doesn't do anything.
10 Q. Where do you get that there were
11 only two people on the system?
12 A. Well, he says Kevin and I did a
13 little test running SAP.
14 Q. What does that mean to you?
15 A. That implies Kevin and I. It
16 implies two people.
17 Q. Okay. But you have no knowledge
18 as to whether this was part of the actual
19 stress testing or additional users were put on
20 the system?
21 A. I don't believe this was part of
22 the stress testing, no.
23 Q. Did -- to your knowledge, did
24 Hodell ever run a stress test with just the
25 SAP software running, without the In-Flight

Page 291

1  and Radio Beacon add-ons?
2  A. I do not recall.
3  Q. Just looking back at this
4  document, you don't know the details of the
5  tests that Mr. Winn ran, do you?
6  A. No.
7  Q. You don't know if he ran just two
8  users on the system?
9  A. I would assume that two users
10 were running the system.
11 Q. You don't know that for sure
12 though, correct?
13 A. I -- based on his sentence saying
14 Kevin and I did a little test, a little -- you
15 know, Kevin -- first of all, Kevin and I, that
16 means two people, and a little test means not
17 a big test.
18 Q. Well, was -- was it you that ran
19 this test with Mr. Winn?
20 A. Again, I don't know if it was
21 Kevin Evanoski or I. If -- I don't know when
22 Kevin -- I think I testified I wasn't sure
23 when Kevin Evanoski left -- left. I believe
24 Kevin was gone by then, so it would have been
25 myself.

Page 292

1  Q. So you don't have any personal
2  knowledge as to whether Mr. Winn's test was
3  just with two users, or whether it involved
4  more than two users, correct?
5  A. Again, I'm going to say I believe
6  it involved two users.
7  Q. You're just extrapolating off
8  this document, but you don't have actual
9  personal knowledge of what Mr. Winn did, do
10 you?
11    MR. LAMBERT: Then why are you asking
12 him about it? I mean --
13    MR. STAR: Because I want him -- I want
14 him to answer the question, that's why.
15    MR. LAMBERT: He's answering you to the
16 best of his knowledge.
17    THE WITNESS: I'm answering you to the
18 best of my knowledge.
19    MR. STAR: Well, he -- he -- don't
20 answer for him.
21    BY MR. STAR:
22 Q. You don't have any direct
23 personal knowledge of the test that Mr. Winn
24 did, correct?
25 A. No. I -- I -- I'm reading this

Hodell-Natco Industries, Inc. v.
SAP America, Inc., et al.

Kevin Reidl - Vol. 2
July 31, 2012

Page 405

1  the order?
2  A. At the time of shipment.
3  Q. During the time that you were on
4  Business One, March '07 to March '09, were
5  there inventory shortages that Hodell
6  experienced?
7  A. Yes, I believe so.
8  Q. Can you explain what those were?
9  A. Lost product.
10 Q. What do you mean by that?
11 A. Product that was lost that wasn't
12 being accurate, locations weren't being
13 accurately reflected in the system.
14 Q. So you actually had products in
15 your warehouse, but you just couldn't find
16 them?
17 A. Right. We certainly had issues
18 with inventory processing and the costing of
19 that, as we had discussed earlier.
20 Q. Were you actually unable to
21 fulfill any orders because of any problems you
22 were having with your inventory during
23 March 2007 through March 2009?
24 A. I believe so. And if you ask me
25 for a specific incident, I -- I personally

Page 406

1  can't give you that specific incident. There
2  may be others within our organization that
3  could.
4  Q. Who within the organization would
5  be able to give that information?
6  A. Possibly our general managers,
7  possibly our sales employees.
8  Q. They haven't provided that
9  information to you though, correct?
10 A. Not that I know of. Can we take
11 a quick break?
12 Q. Yeah.
13 (Whereupon, a break was taken from 3:35
14 until 3:44.)
15    BY MR. STAR:
16 Q. Between 2002 and 2009, did Hodell
17 have any turnover at its management or
18 operations level, for instance, its warehouse
19 managers?
20    MR. HULME: Objection, form.
21    THE WITNESS: Between 2002 and 2009?
22    BY MR. STAR:
23 Q. Yeah, if you know.
24 A. I don't believe we had any
25 turnover at that level.

Page 407

1  Q. Are you familiar with the term
2  fill rate?
3  A. Yes.
4  Q. What does that mean to you?
5  A. Fill rate of our orders. If on
6  the first shipment, what percentage of that
7  order shipped complete.
8  Q. Does that also have to do with
9  whether you've actually completely filled an
10 order that was -- that was taken and were able
11 to satisfy the order, or does it only refer to
12 the initial shipment, and whether that had
13 100 percent of what was ordered?
14 A. What I'm referring to is line
15 item fill rate, so if it was a 100-line order,
16 and we shipped 95 lines, it would be a 95
17 percent fill rate.
18 Q. Okay. And that -- that
19 additional 5 percent, five line items might
20 ship at a later date?
21 A. Yeah. That would be a backorder.
22 Q. Okay. Did Hodell experience any
23 issues with collections during the period of
24 2002 through March 2007? Was that an issue
25 for Hodell?

Page 408

1  A. Collections can always be an
2  issue with customers, depending on whether
3  you're getting payments from them or not.
4  2002 to 2007, I don't recall any major
5  collections issues. There may have been a few
6  bankruptcies with customers, that sort of
7  thing.
8  Q. From March 2007 through
9  March 2009, did Hodell experience any kind of
10 new or different issues with respect to
11 collections for its customers?
12 A. I believe we did. I believe we
13 had issues with customers not receiving
14 invoices, and so we would see that they're
15 45 days past due, and make a call, and only to
16 find out that they had never received the
17 invoice, that type of thing.
18 Q. Did Hodell have to issue any
19 credit memos to customers during the period of
20 March 2009 through -- March 2007 through
21 March 2009?
22 A. Yes. Credit memos, we -- they
23 are always a component of our business.
24 Q. And where on, for instance, the
25 2008 consolidated statement that we've been

Hodell-Natco Industries, Inc. v.
SAP America, Inc., et al.

Kevin Reidl - Vol. 2
July 31, 2012

Page 449

1  minutes.
2  (Whereupon, a break was taken from 4:36
3  until 4:40.)
4    BY MR. STAR:
5  Q.  Getting there.
6  A.  Okay.
7  Q.  You had a chance to review the
8  document that is marked as number 326?
9  A.  Yes, I have.
10 Q.  I'm interested in your email on
11 Friday, December 18th, 2009, to Bill Patton
12 and others, including Michael Lovelace. Do
13 you see that email?
14 A.  Yes.
15 Q.  Who is Bill Patton?
16 A.  I believe he -- he's the VP of
17 support for Activant.
18 Q.  At the time you wrote this email,
19 you had been on Prophet 21 for how long?
20 A.  Since March 30th -- 30th of 2009.
21 Q.  You write in that email, I was
22 advised yesterday that there has been a
23 negative 2000 -- $200,000 impact in bottom
24 line profits directly related to our
25 historical low levels of productivity since

Page 450

1  going live on this software on April 1, 2009.
2  Do you see that?
3  A.  Yes.
4  Q.  Was that true?
5  A.  I -- to the best of my
6  recollection, I would have received that
7  information from Otto.
8  Q.  So you agree that you had -- that
9  Hodell's historic low level of productivity
10 occurred sometime after going live on its
11 software with Prophet 21, correct?
12 A.  I can't say with certainty.
13 That's what I typed. I --
14 Q.  Well, when was your --
15 A.  -- probably.
16 Q.  When was Hodell's lowest point of
17 productivity?
18 A.  I don't specifically recall.
19 Q.  You refer to historic low level
20 of productivity since going live on the
21 software. Am I correct to take that to mean
22 that Hodell's lowest productivity level ever
23 occurred after you went live on Prophet 21?
24 A.  It may have been. Again, the --
25 the economy was impacting us in the second and

Page 451

1  third, or started impacting us in the second
2  and third quarter.
3  Q.  How would the economy impact your
4  productivity, if at all?
5  A.  Sales levels dropping.
6  Q.  What was the $200,000 impact in
7  bottom line profits that you were mentioning
8  here?
9  A.  Again, I believe that was
10 something relayed to me by Otto. I don't
11 specifically recall.
12 Q.  Well, I'm trying to understand
13 what -- what the meaning of your sentence here
14 was. Were you telling Prophet 21 that Hodell
15 had -- had suffered historical low levels of
16 productivity because of Prophet 21?
17 A.  Not necessarily. I'm advising
18 them that we had historical low levels of
19 productivity.
20 Q.  Well, if in your view, wasn't
21 because of Prophet 21, why would you tell
22 people at Activant any of that information?
23 A.  Because I wanted them to know
24 that it probably was a component of our
25 productivity problem. I was being assertive

Page 452

1  to push them to get through a meeting, things
2  done.
3  Q.  So you're being assertive, but
4  not necessarily telling them the truth?
5    MR. LAMBERT: Objection.
6    THE WITNESS: No. I -- I don't believe
7  I specifically say that that impact in bottom
8  line profits is directly related to -- to
9  Prophet 21. But I -- I believe I imply that a
10 component of it is, by that sentence, by
11 reading that sentence.
12   BY MR. STAR:
13 Q.  What component of it was related
14 to Prophet 21?
15 A.  I don't know specifically.
16 Q.  What would your productivity
17 levels have been -- have been, had you
18 remained on SAP?
19   MR. LAMBERT: Objection.
20   THE WITNESS: I don't know.
21   BY MR. STAR:
22 Q.  Would they have been better or
23 worse than where you got to with Prophet 21?
24 A.  I don't know. We weren't on SAP.
25 We had to switch, because the system didn't

Hodell-Natco Industries, Inc. v.
SAP America, Inc., et al.

Kevin Reidl - Vol. 2
July 31, 2012

Page 453

1 work.
2 Q. Although you ran your business on
3 it for two years, right?
4 A. Not effectively. We were always
5 waiting on it.
6 Q. How many orders did you ship in
7 November of 2009, do you know?
8 A. I don't know.
9 Q. What -- you mention here
10 historical low levels of productivity. What
11 exactly did you mean by historical low levels
12 of productivity?
13 A. Probably the lowest productivity
14 levels we had had.
15 Q. And how would you have measured
16 that at the time that you wrote this email?
17 A. Again, if you read the beginning
18 of that sentence, I was advised.
19 Q. What information was given to you
20 that went into this email?
21 A. I can tell you what I wrote. I
22 was advised yesterday that it was a negative
23 200,000 K impact on bottom line profits.
24 Q. Who gave you that advice?
25 A. Again, I believe it was Otto.

Page 454

1 Q. What did he tell you?
2 A. Probably told me that there was a
3 negative 200 K impact on bottom line profits.
4 Q. Did he blame it on Prophet 21?
5 A. I don't know.
6 Q. Did he blame your historical low
7 levels of productivity on Prophet 21?
8 A. I don't -- it was a component,
9 but I don't believe anyone believed it was the
10 full component. I believe economic impact --
11 Q. Okay.
12 A. -- was.
13 Q. Yet, am I correct that Hodell's
14 position today is that the alleged decline in
15 productivity that Hodell had during the period
16 of time it was on Business One is directly and
17 fully attributable to the SAP software? Is
18 that your contention today?
19 A. Yes, because that was a -- a
20 market in the '07 to '09 period, for the
21 period of time that we were on SAP, was a time
22 in which the economy was growing from -- in
23 terms of our business. So if it was growing,
24 and the only major change that had happened,
25 the economy is growing, and the only major

Page 455

1 change that had happened was a switch in the
2 software, yes, then it would be attributable
3 to the software.
4 Q. Is there any other reason that
5 forms the basis of -- of that opinion, that
6 whatever product -- alleged productivity
7 losses you had in -- during the period of time
8 you were on SAP, were directly and fully
9 attributable to SAP? Anything else that --
10 that --
11 MR. LAMBERT: Objection.
12 BY MR. STAR:
13 Q. -- forms the basis?
14 A. I'm not going to testify on --
15 MR. LAMBERT: Let me object first.
16 THE WITNESS: Yeah.
17 MR. LAMBERT: I'm going to object to
18 the scope of the designation. There was
19 another witness that's previously testified
20 and was designated specifically for this
21 purpose --
22 MR. STAR: He's the president of the
23 company. I don't care what capacity he -- he
24 testifies in.
25 MR. LAMBERT: You can testify if you

Page 456

1 have personal knowledge of --
2 MR. HULME: Whoa. Whoa. One person at
3 a time.
4 MR. LAMBERT: -- sufficient to answer
5 the question, but Otto was designated on this
6 topic specifically, so --
7 MR. STAR: Yeah. Well, when Otto --
8 when I asked Otto about Prophet 21, and what
9 happened on Prophet 21, he said he couldn't
10 answer those questions. He'd have to punt
11 that to Kevin.
12 MR. LAMBERT: I'm not asking him about
13 Prophet 21.
14 MR. STAR: So I don't really care. I
15 mean, we've got documents here, and I'm trying
16 to get answers to the questions.
17 BY MR. STAR:
18 Q. And I want to know why you tell
19 Prophet 21 in 2009 that you suffered a
20 $200,000 loss and had your historically worse
21 productivity level ever on that software, yet
22 you don't attribute that fully to Prophet 21,
23 yet your alleged productivity losses between
24 March 2007 and March 2009, while you were on
25 Business One, and had your best years ever,