**EXHIBIT G**

| | | |
|---|---|---|
| "Otto Reidl" <oreidl@hodell-natco.com> | To | "Dale Van Leeuwen" <dale@ibis-group.com> |
| | cc | "Kevin H. Reidl" <kreidl@hodell-natco.com>, "Daniel J. Lowery" <dlowery@isisil.com> |
| 05/19/2005 10:54:50 AM #2005-05-19T10:54:50.0000000-04:00 | bcc | |
| 05/19/2005 10:55:03 AM #2005-05-19T10:55:03.0000000-04:00 | Subject | SAP Development |

Attachments: Signed 150 day release on SAP Business One Development 51905.pdf

Hello Dale,
I hope you are doing well in your fight!!!
Attached is the signed release of our option for a
downpayment refund. (I
made one small change, "interracial" to "integral" in
paragraph one.)
Having signed that release, I need to comment further.
Although a lot of
thought has gone into the fastener specific SAPBO
development effort, I
won't get a warm fuzzy until I sense a lot of actual
program development
progress. We have been struggling with an antiquated,
dysfunctional product
combination for too long. With Hodell-Natco's financial
commitment on this
project, I would expect absolute top priority for Hodell-
Natco's SAPBO
implementation. Am I right?
Regards,
Otto Reidl



DEPOSITION EXHIBIT #297 07-18-2012

LSI01569814





1860 Hawthorne Lane
Suite N
West Chicago Illinois, 60185
Phone 630 562-4040 Fax 630 562-4640
http://www.fastener-software.com

Hodell-Natco SAP Project

May 17, 2005

Dear Otto,

First I would like to thank you once again for your team's contribution of time and direction on our last teleconference call. Each time we all come together on this project, I see why the IBiS Group has always held Hodell in such high regard as a customer and an integral part of its overall strategy into the Fastener Industry.

As a result of our last meeting and progress review; I hope you feel as I do, that we demonstrated a thorough execution of our game plan and a dedication to the project that shows us to be on target to our projections.

As a quick update to the project since our meeting:
- Eric Johnson, Joe Guagenti and Gary Seeker have all just returned from an additional one week SAP Software Development Kit training class on the latest version of Business One. In talking with Eric, he felt the class was outstanding and really went to assist the team develop even stronger core knowledge of the tools available from SAP.
- Also, we have taken in many resumes for the additional programmer we discussed during the meeting, and also have a known talent that may move from the JD Edwards development world to SAP Business One.

We have two milestones coming up within our contract that I would like to discuss prior to their mark:
- *If at the 150-day review, Hodell feels, through the fault of IBIS the project is substantially behind schedule, Hodell can request a refund of their $60,000 first payment and a release from this agreement.* I look to your confirmation that we have satisfied Hodell-Natco's requirement to eliminate this option being executed.
- The next item would be the second installment of $60,000.00 towards the 180,000.00 advance in the development effort. This milestone is also set for the 150-day mark and is dependent on the prior progress review. Again I look for your confirmation that we have satisfied your requirement to progress past this milestone. If this is the case we would look for this installment the last week of May, 2005

As the programmers work through the development effort and we see the strength of the tools that will be made available to Hodell through this effort, we become even more excited over the solution. Additionally the team is continued to be impressed with SAP and their efforts to progress the product. One of the latest tools SAP added is the Business One XL Reporter. This tool allows you to develop very impressive reports from the SAP data. I have included a sample PDF that show just one sample of the capability this addition to the base product brings. (that is right, it is part of the base product and no additional charge).

*The Integrated Business Solutions Group, Inc.*
*Where Business and Computer Technology Come Together ®*

1

LSI01569815





1800 Hawthorne Lane
Suite N
West Chicago Illinois, 60185
Phone: 630-562-4040 Fax: 630-562-4840
http://www.fastener-software.com

Hodell-Natco SAP Project Page 2

We look forward to our continued partnership, and meeting our next set of milestones together.

Sincerely,

Daniel J. Lowery
President


150-Day Acceptance:

_____Otto Reidl_____

Mr. Otto Reidl
President

Date: _May 19, 2005_

LSI01569816