**EXHIBIT H**

HP, IBM Bundles Target SMBs - News news from Channel Insider    Page 1 of 3



Channel News and Analysis
Channel Insider

OmniDigital

EMPOWERING THE NEXT GENERATION CHANNEL

HOME  BLOG  NEWS  REVIEWS  INTERVIEWS  TECH ANALYSIS  COMMENTARY  SPECIAL REPORTS  VIDEOS  TECH DIRECT  WHITE PAPERS  WEBCASTS  NEWSLETTERS

Home ▸ Channel News and Analysis ▸ HP, IBM Bundles Target SMBs                    SEARCH [ci]:

### [ci] deep dives:

HP, IBM Bundles Target SMBs
in Channel News and Analysis

Managed Services
Distribution
Careers
Linux and Unix
Computer Networking
Printers
Security
SMB Partner
Storage
Servers
Solution Builder
Messaging/Collaboration
Dell Reseller
Microsoft Partner

Share

DATE: 2004-10-11 | By Jeffrey Burt
Article Rating: ★★★★★ / 0
Article Views: 1442

More Channel News and Analysis Coverage

<<Previous Channel News and Analysis News        Next Channel News and Analysis News >>

### sponsored links

- Start the New Year with business intelligence—it's a smart move.
- IE Securing Smartphones & Tablets for Dummies Book from Sophos
- Visit the Internet Infrastructure Service Center today!
- 5 New Technologies That Will Change Enterprise IT
- Build an IT Infrastructure That Delivers the Future

HP is working with software makers to create bundles of their most popular small- and midsize-business applications preinstalled on HP systems, while IBM is bringing its Power 5 design to the SMB segment through its Express architecture.

Top-tier OEMs are looking to bundle hardware, software and services as a way of winning customers in the highly competitive and rapidly growing SMB space.

The result will be that users will get access to the latest technology packaged in a way that won't strain their tight budgets or small IT staffs.

At the TechXNY show here last week, Hewlett-Packard Co. officials outlined a plan to extend their 1-year-old Smart Office strategy. The Palo Alto, Calif., company will work with software makers to create bundles of their most popular small- and midsize-business applications preinstalled on HP systems and sold through resellers and systems integrators.

HP is extending its Partner Reach program with Microsoft Corp. through a channel education initiative. In addition, HP and SAP AG have pilot programs under way in eight countries where the companies' resellers are offering low-end HP ProLiant servers with SAP's Business One and MySAP All-in-One business software. Business One targets customers with 50 or fewer employees.

HP is entering a pilot test with a handful of resellers to offer Intuit Inc.'s QuickBooks accounting software on HP desktops and servers, officials said. HP is also bundling Avaya Inc.'s IP Office communications application with ProLiant servers. Distributors will integrate the technology, and resellers will bring it to SMB customers.

HP estimates that 90 percent of its $23 billion SMB business comes from the channel. "It's about helping out the channel go to places they can't go to today," said Nigel Ball, vice president of HP's SMB Solutions group.

HP's SMB customers say the company's focus on the channel is important to businesses that have limited resources and IT staffs and thus depend on systems integrators and resellers to answer myriad IT questions.

"I'm a one-man IT shop," said Todd Zantow, network administrator for Prairie Clinic, a hospital in Sauk City, Wis. "I try to be proficient in all areas, but I know I can't be an expert in all areas. So I need to know I have someone I can call and get some answers."

For its part, IBM is bringing its Power 5 design to the SMB segment through its Express architecture, which is intended to enable users to easily order, configure and install the systems.

The company last week rolled out the two-way p5 520 and four-way p5 550 Express servers, which are installed with the AIX operating system and integrated with IBM storage and middleware, according to officials. There is also an optional virtualization feature



### Related Content

Articles    Latest How-To    Multimedia

Connect with the The Future of IT Architecture blog (sponsor)

1. IBM Unveils New Social Media Initiatives for Business Partners, Customers (2012-01-...)
2. IBM Closes in on Acquisition of Platform Computing, Snaps Up Green Hat (2012-01-10)
3. IBM's New Program Tries to Lure Customers Away from the ...
4. HP Appoints New Head of SMB Sales And Strategy (2009-01-22)
5. HP rolls out new SMB bundle in Total Care offerings (2009-09-30)
6. Dell Launches New Equal Logic Storage Solutions for SMBs (2009-06-18)
7. IBM Launches Cloud Computing Tools, SmartCloud Foundation (2011-10-12)



### [ci] chatter

Follow                      < Prev | Next >
@ChannelInsider

- Microsoft System Center 2012 Bridges Hybrid Cloud - Microsoft rolled out the release candidate for System Center 201... http://t.co/TZjavg3V
- CRM Opportunity 2012 Goes Mobile and Social - Customer Relationship Management technology is spreading past its init... http://t.co/tEA9GO7K
- Konica Minolta Unveils Managed IT, Managed Print Services - The technology platform is a collaboration between Pharos ... http://t.co/OqoVEoy8
- Valuable Social Media Lessons, Sponsored by Verizon and Netflix http://t.co/2Wipp1Ox
- Novell Launches ZenWorks Application Virtualization Platform http://t.co/Zb1uHQm4
- QNAP Updates TurboNAS Storage Platform - The new NAS series, available in 2, 4, 5, 6, or 8-drive versions, is powere... http://t.co/AnhJD8
- The State of Cloud Computing: Getting Real in 2012 - While the hype around cloud computing was in full swing in 2010... http://t.co/DrKsz3Lx
- MSP Peak 10 Is Tim Tebow's Pick for Web Infrastructure, Security http://t.co/87PcNW9
- ViewSonic Launches Android, Windows-Based Tablets - The ViewPad 10pi, running Windows 7 Professional, features dual... http://t.co/mOO-M4d3
- Interesting, from RPC: Former Microsoft Exec Ray ...

http://www.channelinsider.com/c/a/News/HP-IBM-Bundles-Target-SMBs/         1/19/2012

**CONFIDENTIAL**                                              **HODL039870**