# EXHIBIT I

Activate your FREE memhership today | Log-in

| SAP | MANUFACTURING ERP | DATA MGMT | CRM | ORACLE | LEARNING GUIDES |
|---|---|---|---|---|---|

**SAP**

ADVERTISEMENT

HOME | NEWS | TOPICS | BLOGS | TIPS | ASK THE EXPERTS | MULTIMEDIA | WHITE PAPERS | PRODUCT DEMOS

SEARCH this site and the web [                ] [SEARCH] Search Powered by Google          SITE INDEX

ADVERTISEMENT

Home > SAP News > Business One gets CRM, MRP juice

## SAP News:                                                                    ✉ EMAIL THIS

### Business One gets CRM, MRP juice

By Ellen O'Brien, News Editor
14 Oct 2004 | SearchSAP.com

Digg This!    StumbleUpon    Del.icio.us

SAP today announced an updated version of its Business One suite for small and
medium-sized customers that puts them in direct competition with Microsoft's
Navision, according to one industry analyst.

The new Business One release is built on technology SAP acquired from Top
Manage Financial Solutions. Instead of a scaled-down mySAP ERP solution,
Business One was developed specifically for companies with less than 250
employees, according to a SAP.

"For very light, non-complex manufacturing sites, Business One is a comparable
product to Microsoft's Navision," said Gartner Inc. analyst Yvonne Genovese.

**For more information**

Hear from one Business One
customer

Is SAP too big for SMBs?

Business One now offers manufacturers
new opportunities for material requirements
planning (MRP), and allows CRM
customers to access a fully integrated
calendar to schedule sales and service for
tasks and meetings, according to SAP. The
new Business One release is also
integrated with Microsoft Outlook, making it
simpler for users to retrieve relevant e-mails from customers and partners.

One advantage to the newly integrated Business One package, Genovese said, is
that it can tap SAP's integration platform, NetWeaver.

"They have really tied it into NetWeaver," Genovese said. Large SAP customers
with satellite divisions are ones that could benefit from the new product, she said.

"It gives new integration—within satellite divisions— for those customers who have
already bought into the SAP ecosystem," Genovese sad. For non-SAP shops,
Business One is a competitive alternative to the range of SMB offerings that were



DEPOSITION
EXHIBIT
16