# EXHIBIT J

# ERP Software

## Latest news on ERP software

**November 01, 2005**

## New SAP Business One 2005

SAP has just released new functionality for their starter ERP package.Aimed at companies who are looking for 10-100 users.

Enhanced usability -- ***SAP Business One 2005*** users can adapt the working environment to their own requirements by changing the size and type of the on-screen font. Enhanced online help offers detailed information on processes and procedures. Plus, improvements to the installer tool facilitate implementation and support.

Improved reporting -- Already powerful report capabilities now include new periodic financial reports and reports on customer account statements. A new inspection report enables a better review and monitoring of a company's warehouse transactions. Plus, the XL Reporter has been seamlessly integrated into SAP Business One 2005 -- providing enhanced functions for reports and financial analyses. Reports can be generated easily via an interface to Microsoft Excel and Drag&Drop functionality.

Expanded support for international trade -- SAP Business One 2005 includes multi-language support. This is particularly useful if a company collaborates with international business partners or is based in a multilingual country, such as Switzerland or Canada. In addition, sales documents can be processed using a range of selection criteria. For instance, delivery notes can be converted into invoices based on document number, total, recipient code, payment method, and a range of other criteria.

Bank reconciliation -- All payment transaction processes such as receipts, check issue, check receipt, credit card payments, and account reconciliation can be handled with SAP Business One 2005. A new bank reconciliation process also fulfills special requirements in the United States, Canada, the United Kingdom, Australia, New Zealand, and South Africa.

Enhanced SDK -- Using an API programming interface based on COM technology, partners or customers can use the standard configuration of SAP Business One or make their own additional adjustments. The API is supplied in the form of an enhanced Software Development Kit (SDK). In addition, the SAP Developer Network will be expanded to support the SAP Business One developer community.

SAP

Posted at 10:59 AM in SAP ERP | Permalink

### Comments

SAP Business One release 2007 are due to release soon in SA. SAP has done extensive work on the bank reconciliation module.

Cornel Schoeman
Britton Solutions
http://www.businessone.co.za

Posted by: Cornel Schoeman | September 05, 2007 at 05:16 PM

I am looking for a way in SAP Business One to set up a default GL expense account number that would automatically populate in the GL field when entering an A/P Invoice

Posted by: Clinton Boyd | November 27, 2007 at 02:35 PM

I am looking for a way in SAP Business One to set up a default GL expense account number that would automatically populate in the GL field when entering an A/P Invoice

Posted by: Clinton Boyd | November 27, 2007 at 03:14 PM

The comments to this entry are closed.




HODL00494