**EXHIBIT L**

Aug-09-2010 1:38 AM SAP 781-852-9001 1/1

V4.0 V0333E 12/22/2005

# SAP Business One — BUSINESS SAP PARTNER

| Customer Name: Hodell-Natco | Cust # (If Known) | | SAP Business One |
|---|---|---|---|
| Date: 12/22/05 | | Input Cells | LSI |

## SAP Business One

| SAP Business One | QUANTITY | USD List Price | Local Currency | Total $ List Price |
|---|---|---|---|---|
| Professional User (includes SFA/CRM) | 00 <Minimum of 2 Prof. Users> | $ 3,750 | $ 3,750 | $ 300,000 |

## Supplementary Products

| Supplementary Products | QUANTITY | USD List Price | Local Currency | Total $ List Price |
|---|---|---|---|---|
| CRM Users (incl. Sales and Service) (one of 4 for each Professional User) [Enter same qty in both Sales and Service Users columns] | | $ 1,875 | $ 1,875 | $ - |
| Add-on User (Basic) | | $ 375 | $ 375 | $ - |
| Software Development Kit (1 kit per maximum 20 users) (Available only to qualified partners and subject to separate license agreement) | | $ 10,000 | $ 10,000 | $ - |
| Data Migration Workbench | | $ 3,000 | $ 3,000 | $ - |

### TOTALS

| Discounts(s) | | |
|---|---|---|
| Named Users | $ | 300,000 |
| SDK | $ | - |
| Data Migration Wkbh | $ | - |
| Other1: | | |
| Other2: | | |
| Subtotal | $ | 300,000 |

| Mark Database Option if desired to the right with an "x" | Database: | |
|---|---|---|
| MS SQL | MS SQL | $ |
| Sybase | Sybase | $ |
| DB2 | DB2 | $ |
| | Total List | $ 300,000 |

| TOTAL LIST | $ | 300,000 |
|---|---|---|
| Standard Discount % <see read sheet> | | 0% |
| Standard Discount $ | $ | - |
| Standard Net | $ | 300,000 |

| Other Discounts SAP is sharing* | 0% | $ - |
|---|---|---|
| Other Discounts Partner Only | 0% | $ - |

*Written approval from Channel Manager required!

**NET LICENSE FEES** $ 300,000

| Partner Margin Level: | | Annual Product Sales $ to SAP | | | |
|---|---|---|---|---|---|
| | | Level 3 $200,00+ | Level 2 $150,000-$199,999 | Level 1 $100,000-$149,999 | Level 0 <$100,000 |
| Royalty Splits: | Partner Margin | Total to SAP | Total to Business Partner | | Total |
| SAP Products | 60% | $ 105,000 | $ 195,000 | | $ 300,000 |
| Standard Volume Discount | 35% | | | | |
| Other Partner Discount | 0% | | | | |
| Non-Standard Discount (Shared) | 65% | | | | |
| Non-Standard Discount (SAP Only) | 0% | | | | |
| Non-Standard Discount (Partner Only) | 100% | | | | |
| Third Party Products (Database) | 0% | | | | |
| Standard Volume Discount | 0% | | | | |
| **NET LICENSE FEE** | | $ 105,000 | $ 195,000 | | $ 300,000 |
| 60% Due on Signing | | $ 52,500 | | Checks payable to: SAP America, Inc, Bay Colony Corporate Center, 950 Winter Street, Waltham, MA 02451, Attn: Stacey Kern OR email Credit Card Form to miltdowns@sap.com or fax form to 810-422-5799. In all cases, email this spreadsheet to miltdowns@sap.com along with Channel manager's approval. | |

| MAINTENANCE | Maint. Base | 17% Maint. | $ to SAP |
|---|---|---|---|
| | $ 300,000 | $ 51,000 | $ 45,900 |
| | BOOKING MONTH (1-12): | 12 | |
| | PRO-RATED 1ST YEAR MAINTENANCE | $ 51,000 | $ 45,900 |
| | | | *Due net 30* |

SAP Confidential

CONFIDENTIAL  SAP00000432

DEPOSITION EXHIBIT 138