**EXHIBIT M**

# In The Matter Of:
*Hodell-Natco Industries, Inc. v.*
*SAP America, Inc, et al.*

---

*Terry Phillips*
*August 2, 2012*

---

# NEXTGEN|REPORTING
Making Litigation Easier.  NextGenReporting.com

PHILADELPHIA | 215.944.5800  NEW YORK CITY | 646.470.3376  PHOENIX | 623.224.2760  SILICON VALLEY | 650.799.8020

Original File 08.02.12 Hodell-Natco Industries_Inc. v. SAP America_Inc_et al. Witness Terry Phillips.txt
Min-U-Script® with Word Index

Hodell-Natco Industries, Inc. v.  
SAP America, Inc, et al.

Terry Phillips  
August 2, 2012

**Page 1**

```
         IN THE UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF OHIO
                  EASTERN DIVISION

HODELL-NATCO        )
INDUSTRIES, INC.,   )   Judge: Lesley Wells
                    )   Magistrate Judge:
       Plaintiff,   )      Greg White
                    )
   vs.              )   No. 1:08 CV 2755
                    )
SAP AMERICAN, INC., )
ET AL.,             )
                    )
       Defendants.  )

               - - -

   VIDEOCONFERENCE DEPOSITION OF TERRY PHILLIPS

DATE:  Thursday, August 2, 2012
TIME:  10:00 a.m.
PLACE: Reminger & Reminger
       1400 Midland Building
       101 Prospect Avenue, West
       Cleveland, Ohio 44115


NEXT GEN                      Susan E. Ingraham
REPORTING                705 Harbor Point Drive
                             Celina, Ohio 45822
Registered Professional Reporters  (419) 733-0987
```

**Page 2**

```
APPEARANCES:

ON BEHALF OF THE PLAINTIFF:

  MR. P. WESLEY LAMBERT, ESQ.
  Koehler, Neal, LLC
  3330 Erieview Tower
  1301 East Ninth Street
  Cleveland, Ohio 44114
  (216) 539-9370
  wlambert@koehlerneal.com

ON BEHALF OF THE DEFENDANT SAP AMERICAN, SAP AG:

  MR. GREGORY J. STAR, ESQ.
  Drinker, Biddle, Reath
  One Logan Square
  Suite 2000
  Philadelphia, Pennsylvania 19103
  (215) 988-2734
  Gregory.Star@dbr.com

ON BEHALF OF THE DEFENDANT LSI:

  MR. ROY A. HULME, ESQ.
  Reminger & Reminger
  1400 Midland Building
  101 Prospect Avenue, West
  Cleveland, Ohio 44115
  (216) 687-1311
  rhulme@reminger.com

               - - -
```

**Page 3**

```
                    WITNESS INDEX

                                              PAGE

DIRECT EXAMINATION
TERRY PHILLIPS
BY MR. STAR .........................      4 & 109

EXAMINATION
BY MR. HULME ........................     77 & 110

EXAMINATION
BY MR. LAMBERT ......................         92


                    EXHIBIT INDEX

EXHIBIT NO.          DESCRIPTION            PAGE

Deposition 335    E-mail chain 3/17/08        71
```

**Page 4**

1   TERRY PHILLIPS,
2 called as a witness herein, having been first duly
3 sworn, as hereinafter certified, was examined and
4   testified as follows:
5 DIRECT EXAMINATION OF TERRY PHILLIPS
6   BY MR. STAR:
7 Q. Good morning, Mr. Phillips, my
8   name's Greg Star, I'm an attorney for the law
9   firm called Drinker, Biddle and Reath in
10  Philadelphia, and I represent SAP America and
11  SAP AG in connection with a lawsuit filed by
12  Hodell-Natco against SAP and LSi.
13     Do you understand you're here to
14  give a deposition today in that case?
15 A. Yes.
16 Q. Okay. Have you ever given a
17  deposition before?
18 A. No.
19 Q. Couple ground rules. It's fairly
20  easy. I'll be asking you questions, you will
21  be giving me answers. If you don't understand
22  a question, let me know. Okay?
23 A. Okay.
24 Q. Yes? I always like to do that
25  first because people always just nod their

Page 21

1 Q. What's your basis for that? Did
2 you do it yourself, did you think somebody else
3 did that?
4 A. I don't recall.
5 Q. What exactly did you personally
6 perceive with respect to the performance
7 issues, the slowness that you identified prior
8 to Go-Live?
9 A. What did I perceive? Can you
10 elaborate?
11 Q. Sure. I'm trying to find out what
12 you personally witnessed.
13 A. What I personally witnessed. So,
14 yeah, in most of the testing with large user
15 groups, I noticed that the SAP slash InFlight
16 side of it was very slow.
17 Q. What do you mean by very slow?
18 A. I remember trying to test a
19 ten-line sales order, I believe, entering a
20 ten-line sales order and it taking like
21 15 minutes or something absurd like that.
22 Q. And that was not an acceptable
23 amount of time?
24 A. No.
25 Q. Okay. When do you recall testing

Page 22

1 the ten-line sales order that took 15 minutes?
2 A. I don't recall.
3 Q. But you're sure it was before the
4 Go-Live on the SAP solution; right?
5 A. Correct.
6 Q. Other than this sales order, were
7 there other processes that you personally
8 witnessed being slow before the Go-Live?
9 A. I mean, yeah. The entire system
10 as far as SAP and InFlight is concerned was
11 slow.
12 Q. So it was with sales orders;
13 right?
14 A. Uh-huh.
15 Q. Yes?
16 A. Yes.
17 Q. Purchase orders?
18 A. Yes.
19 Q. What other functions?
20 A. Basically anything that you would
21 need to do in the system. I mean, any function
22 that was in SAP Business One or InFlight added
23 onto the system was very slow to begin with.
24 Q. Okay. So is it fair to say that
25 in your personal view based on what you

Page 23

1 personally witnessed before the Go-Live of this
2 solution, you saw slowness around this entire
3 system; is that true?
4 A. Not around the entire system,
5 slowness around SAP and InFlight.
6 Q. Okay. So what do you carve out of
7 that, the Radio Beacon portion?
8 A. The Radio Beacon portion, specific
9 functions within the warehouse weren't very
10 slow.
11 Q. Were you there at Hodell at the
12 time Hodell went live on the Business One
13 solution with InFlight and Radio Beacon?
14 A. Yes.
15 Q. Between the time of the stress
16 testing that took place and the Go-Live on the
17 solution, was there any performance
18 improvements with respect to speed?
19 A. Sure.
20 Q. What were those improvements?
21 A. Yeah, you know, I don't know exact
22 numbers, but, I mean, there was performance
23 increase over time. You know, we would come
24 back to LSi with the, through our testing, this
25 is slow, that is slow, and they would, they

Page 24

1 would try and fix issues. But the overall, I
2 mean, we never got to a point where it was as
3 fast as it should have been.
4 Q. Okay. What I'm interested in
5 knowing is what was your, what did you see the
6 system doing right before Go-Live? Was there,
7 was there still slow performance that was
8 unacceptable to Hodell before Go-Live or was
9 the performance across the board completely
10 acceptable?
11 A. No, it was not completely
12 acceptable.
13 Q. What part of the performance just
14 prior to Go-Live was not acceptable to Hodell?
15 A. The speed. I'm sure that there
16 were some issues with functionality, but the
17 majority of the issue was with performance
18 speed of the system.
19 Q. Okay. So talking about what you
20 personally saw just before the Go-Live on this
21 solution and pertaining to the speed issues,
22 what specifically are you referring to that was
23 unacceptable with respect to speed?
24 A. The system in general. I mean,
25 SAP Business One and InFlight. And the reason

**Page 25**

1 why I say those two is because the two, when
2 you have both of them running, it was hard to
3 distinguish between the two because it was an
4 add-on. But both of those, the entire system
5 was lagging.
6 Q. So just before Go-Live, for
7 instance, did you personally witness the sales
8 order process and see how long it would take to
9 enter, for instance, a ten-line item order?
10 A. Sure. I mean, we ran through all
11 those tests --
12 Q. Okay. What did you see when you
13 ran those tests right before you went live?
14 A. I don't recall the exact numbers,
15 but I believe that it was somewhat faster, but
16 it was still very slow.
17 Q. And you say very slow. Was it to
18 a point where it was acceptable performance for
19 Hodell or was it still completely unacceptable
20 at that point?
21 A. It was still unacceptable.
22 Q. What about the purchase order
23 process, did you test that right before Go-Live
24 and personally witness what the performance
25 was?

**Page 26**

1 A. I want to say that we tested the
2 same, you know, test cases that we did at any
3 other time, which would have been most of the
4 major functionality in the system.
5 Q. Is it fair to say that in your
6 personal experience, based on what you
7 witnessed, that although there had been some
8 improvements in performance and speed of this
9 system from the earlier stress test up to the
10 time of Go-Live, that right before the time of
11 Go-Live, you personally knew that the speed and
12 performance was unacceptable to Hodell; is that
13 fair?
14 A. It's fair.
15 Q. Did you tell anybody at Hodell
16 that you thought the speed and performance was
17 unacceptable right before Go-Live?
18 A. Sure. I mean, everyone knew the
19 results of the tests. Yeah, I voiced my
20 opinion.
21 Q. Okay. Who did you voice your
22 opinion to?
23 A. Kevin, the project manager at, or
24 I'm sorry, I don't know if it was Marcia.
25 Q. Marcia Weissman?

**Page 27**

1 A. Marcia Weissman. Yeah, I don't
2 recall other people, but I did voice my
3 opinion.
4 Q. And what exactly was your opinion
5 at that time just before Go-Live?
6 A. That the system was still very
7 slow.
8 Q. Did you have an opinion that you
9 reached just before Go-Live as to whether
10 Hodell should actually go live or if Hodell
11 should wait?
12 A. Yes. I thought that we should
13 wait and try to work out the issues.
14 Q. Did you express that opinion to
15 anybody?
16 A. Yeah, I expressed it to Kevin and
17 the LSi side.
18 Q. What do you recall telling Kevin
19 Reidl specifically with respect to your opinion
20 that Hodell should wait and not go live?
21 A. Other than that, I don't remember
22 specifically what was said.
23 Q. Okay. The decision, though, was
24 made to go live over -- even though you held
25 the opinion that Hodell should wait; correct?

**Page 28**

1 A. Yeah.
2 Q. And what transpired with respect
3 to the solution right after Go-Live?
4 A. What transpired with respect to
5 the solution?
6 Q. Better question is what did you
7 personally witness the solution doing right
8 after Go-Live so far as performance and speed
9 issues?
10 A. The same as before we went live,
11 slow.
12 Q. Slow. Was it slower, was it
13 faster, was it about the same?
14 A. I don't recall, you know, what the
15 difference was right before we went live. I
16 want to say that it was probably the same.
17 Q. Do you remember what month in 2007
18 you actually got your degree from Regis
19 University in computer science?
20 A. I believe it was June or July.
21 Q. So do you recall when Hodell went
22 live on the Business One system?
23 A. I believe it was March.
24 Q. Of 2007?
25 A. Yes, I believe so.

Page 29

1 Q. Okay. So you were at that point
2 just about done with your studies at Regis to
3 get your computer science degree?
4 A. Yes.
5 Q. Okay. Did Hodell fund in any way
6 your education at Regis?
7 A. No.
8 Q. They knew you were taking classes
9 at Regis to become computer science?
10 A. Yes.
11 Q. Okay. Was there anybody else, to
12 your knowledge, at Hodell that held a computer
13 science degree at the time of the Go-Live in
14 March of 2007?
15 A. No.
16 Q. Do you have an understanding of
17 why Kevin Reidl didn't take your advice and
18 wait and not go live in March of 2007?
19 A. No.
20 Q. You say that right after the
21 Go-Live, you saw the same speed and performance
22 issues that you had experienced before Go-Live.
23 Was that a surprise to you in any way?
24 A. No.
25 Q. Why not?

Page 30

1 A. Because nothing was done at LSi or
2 SAP, to my knowledge, to speed it up.
3 Q. So you personally fully expected
4 that the problems that you witnessed just
5 before Go-Live would still exist at Hodell when
6 you turn the switch and you went live on the
7 solution; correct?
8 A. I don't know. I don't recall what
9 LSi was saying that they were going to do about
10 the situation, because at this point it was in
11 their hands to, you know, find a solution.
12 Q. Well, what was your expectation?
13 Did you expect that when you went live, when
14 Hodell went live on the system that you would
15 see performance issues, speed issues with the
16 system?
17 A. Yeah, I thought that that was
18 going to be the case.
19 Q. And why did you think that?
20 A. Because we had those issues right
21 before Go-Live when we were testing.
22 Q. And those were the issues that you
23 made Kevin Reidel and others within Hodell
24 aware of?
25 A. Correct.

Page 31

1 Q. While Hodell was running on the
2 FACTS software, do you personally know how long
3 it would take on the FACTS software to enter
4 any particular kind of sales order, for
5 instance, a ten-line sales order?
6 A. Sure. It was very fast, but the
7 FACTS system was a different type of system
8 than SAP.
9 Q. Okay. When you say very fast,
10 what do you mean?
11 A. Almost instantaneous. There was
12 no lag. When you entered a line on the sales
13 order, there was no lag.
14 Q. Did you or anybody at Hodell, to
15 your knowledge, ever do any study of exactly
16 how fast FACTS was processing sales orders?
17 A. I don't think so. I mean, other
18 than visually seeing.
19 Q. So it's just -- so far as you know
20 the only feedback that you or others at Hodell
21 had with respect to the speed of the FACTS
22 system was just personally observing how
23 quickly the system reacted; is that true?
24 A. Correct. I mean, it was that
25 noticeable. You could just visibly see the

Page 32

1 difference.
2 Q. Prior to going live on the SAP
3 solution, did you create any study or document
4 of exactly how long the different SAP processes
5 were taking to complete, versus what had been
6 done on FACTS?
7 A. I don't recall. I don't think so.
8 Q. But in your view, the slowness
9 issues that you saw before Go-Live were just
10 perceptible to the human eye; right?
11 A. Sure.
12 Q. Okay. And you understand, based
13 on your experiences as a person with a computer
14 science degree and working in this field that
15 there can be different performance issues in a
16 computer system, but as long as they're not
17 perceptible to the user, it usually doesn't
18 make a difference; right?
19    MR. LAMBERT: Objection.
20 A. Sure.
21 Q. Okay. Do you have any information
22 as to how long it took a user on the FACTS
23 system to enter a sales order?
24    MR. LAMBERT: Objection.
25 A. I don't recall. I mean, like I

Page 57

1  testing within the company. I mean, for
2  instance, I mean, entering a sales order with
3  our terms and all of our data can only really
4  be done truly by us.
5  Q. And was that done by Hodell?
6  A. Yes.
7  Q. Before going live?
8  A. Yes.
9  Q. And you did that before going live
10 and you saw all those performance problems that
11 you talked about earlier today; right?
12 A. Yes.
13 Q. Okay. Would you agree that some
14 responsibility then falls to the end user, to
15 Hodell in this situation, for making a decision
16 to go live even though it was fully aware of
17 these performance problems before it went live?
18     MR. LAMBERT: Objection, form,
19 foundation.
20 A. I don't know what the conversation
21 was between those who made the decision at
22 Hodell and LSi, SAP, I don't know what was
23 promised or anything like that, so. But, yeah,
24 I mean, sure, some of the responsibility does
25 fall on us for going ahead with implementation.

Page 58

1  Q. And your recommendation at the
2  time was that you should not, that Hodell
3  should not go forward with the Go-Live with
4  that speed and performance issue that you had
5  seen just before going live; right?
6  A. Yeah, I recommended that we should
7  wait and have LSi fix some of the issues.
8     Can we take a quick break?
9  Q. Yes, sure.
10    (Thereupon, a short break was taken.)
11 Q. (By Mr. Star) Just prior to the
12 Go-Live on the SAP system, Hodell was still
13 running the FACTS solution; correct?
14 A. Yes.
15 Q. Was there any reason why Hodell
16 had to get off that system at any particular
17 time, if you know?
18 A. I don't, I don't recall.
19 Q. Hodell was actually running its
20 business using FACTS?
21 A. Yes, before we went, I mean, we
22 moved to SAP.
23 Q. Do you recall there being any kind
24 of desperate performance issue with FACTS or
25 something that was forcing Hodell to get off of

Page 59

1  that software and Go-Live on Business One?
2  A. Desperate? No, I don't recall.
3  Q. During the time you were in
4  college working toward your computer science
5  degree, did you take any classes with respect
6  to software implementation projects, project
7  management, those sorts of topics?
8  A. Yeah, my degree was, it had a lot
9  of project management and.
10 Q. Did you have a specific emphasis
11 during your degree on project management?
12 A. Sure, yeah, my degree did cover
13 project management.
14 Q. Had you taken project management
15 related courses prior to the time Hodell went
16 live in March, 2007?
17 A. Yes.
18 Q. Did you learn during those courses
19 what the basic relationship is between a
20 systems integrator or systems implementer and
21 the client?
22 A. Yes.
23 Q. And what did you learn in general?
24 A. What did I learn in general?
25 Q. Yeah, how does that relationship

Page 60

1  work in general in the software implementation
2  field?
3     MR. LAMBERT: Objection.
4  A. Yeah, I mean, I don't recall
5  exactly what the relationship is.
6  Q. Do you recall learning in those
7  courses that in general some of the
8  responsibility for the implementation falls
9  onto the client, the end user?
10 A. Sure.
11 Q. Those were things like making sure
12 they've tested the solution in their own
13 environment because they are the only ones that
14 can actually do that?
15 A. Sure.
16 Q. Okay. And you knew this before
17 Hodell went live?
18 A. Yeah, we did do that before we
19 went live.
20 Q. To your knowledge, was there
21 anybody else at Hodell who had taken those
22 specific kinds of courses besides yourself
23 prior to going live on the Business One
24 solution?
25 A. To my knowledge, no, I don't know