**EXHIBIT N**

| | | |
|---|---|---|
| CN=Avery Myrick/O=LSI <amyrick@lsistl.com> | To | CN=Jon Woodrum/O=LSI@LSI <jwoodrum@lsistl.com>;CN=Dan Lowery/O=LSI@LSI <dlowery@lsistl.com> |
| | cc | |
| 11/14/2006 09:23:44 AM #2006-11-14T09:23:44.0000000-05:00 | bcc | |
| | Subject | Fw: RB Plug-in and S-L-O-W InFlight |

fyi

Avery Myrick
Vice President Tech Services
LSi-Lowery Systems Inc
amyrick@lsistl.com
Office (636) 349-4556
Cell (314) 616-3993
FAX (636) 349-1438

----- Forwarded by Avery Myrick/LSI on 11/14/2006 08:23 AM -----

"Keith R Winn" <kwinn@hodell-natco.com>

11/14/2006 07:26 AM

| | |
|---|---|
| To | <amyrick@lsistl.com> |
| cc | |
| Subject | RB Plug-in and S-L-O-W InFlight |

Can I get an update on the RB add-on? I understand that I am not to contact RB directly so I can not assist you in moving them along.

I installed the Gig Switch last night. Everything seems to be working nicely. Kevin and I did a little test running SAP without InFlight. SAP ran very nicely. We installed InFlight and SAP began to crawl. If I remember there was a meeting scheduled yesterday afternoon to discuss this with LSI. What came out of that meeting? Can I get an update?

On Sunday we had discussed the disk back up of SAP Data. Is there some part I need to play? If so, I need to do this before 4:00pm on 11/16 as I will be traveling and then involved in the back up set up on 11/20-21.

Thanks for your help, please call me today. People are getting anxious. If you do not catch me at me desk, please call my cell. Thank you!!!

Keith R Winn



DEPOSITION EXHIBIT 144

LSI01070047

Case: 1:08-cv-02755-DCN Doc #: 110-15 Filed: 09/07/12 3 of 3. PageID #: 2359

Hodell-Natco Industries
Network Administrator
Direct Phone: 216/525-6713
Office Phone: 216/447-0165

LSI01070048