## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO.: 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE WELLS |
| vs. | ) | |
| | ) | |
| SAP AMERICA, INC., et al., | ) | **NOTICE OF FILING DEPOSITION** |
| | ) | **TRANSCRIPT OF UDI ZIV  TAKEN** |
| Defendants. | ) | **6-25-12** |
| | ) | |
| | ) | |
| | ) | |

Notice is hereby given that the Defendants, LSi-Lowery Systems, Inc. and The IBIS Group, Inc., by and through its attorney, Roy Hulme of Reminger Co., L.P.A. is herewith filing the deposition transcript of Udi Ziv taken June 25, 2012.

Respectfully submitted,

/s/  Roy A. Hulme
ROY A. HULME (0001090)
REMINGER CO., L.P.A.
101 West Prospect Avenue, Suite 1400
Cleveland, Ohio  44115
Phone: 216/430-2135 Fax: 216/430-2250
E-Mail: rhulme@reminger.com
Attorney for LSi Lowery Systems, Inc. and
The IBIS Group, Inc.

<u>CERTIFICATE OF SERVICE</u>

    The undersigned hereby certifies that the foregoing Notice of Filing Deposition Transcript of Udi Ziv was filed electronically this 12th day of September, 2012.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing system.

                /s/ Roy A. Hulme
                ROY A. HULME (0001090)