UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE:  LESLEY WELLS |
| | ) | |
| -vs- | ) | JOINT MOTION FOR EXTENSION OF |
| | ) | SUMMARY JUDGMENT AND EXPERT |
| SAP AMERICA, INC., et al. | ) | DISCOVERY SCHEDULES |
| | ) | |
| Defendants. | ) | |

Plaintiff Hodell-Natco Industries, Inc. ("Hodell"), Defendants SAP America, Inc. and SAP AG (collectively, "SAP"), and Defendants LSI-Lowery Systems, Inc. and The IBIS Group, Inc. (collectively, "LSI") jointly and through their respective undersigned attorneys, request an extension of the summary judgment briefing and expert discovery cutoff in this action as follows:

(1) Plaintiff's Summary Judgment Opposition due on or before October 12, 2012;

(2) Defendants' Reply Briefs due on or before October 26, 2012;

(3) Discovery related to technology experts shall be concluded on or before November 16, 2012;

(4) Parties will defer discovery related to damages experts until the establishment of a trial date and trial schedule.

The parties submit that the requested schedule is in the interests of justice, and is necessitated by the need to accommodate witness schedules in order to conclude depositions set in this action. The parties further submit that the requested schedule is not interposed for

purposes of delay, and that the parties have jointly discussed and agreed to the requested schedule.

Respectfully submitted,

*/s/* P. Wesley Lambert
JAMES F. KOEHLER (0007904)
lkoehler@koehlerneal.com
P. WESLEY LAMBERT (0076961)
wlambert@koehlerneal.com
KOEHLER NEAL LLC
3330 Erieview Tower, 1301 East 9th Street
Cleveland, Ohio 44114
(216) 539-9370
(216) 916-4369 (*facsimile*)
*Attorneys for Hodell-Natco Industries, Inc.*


*/s/* Gregory J. Star
Michael J. Miller (admitted *pro hac vice*)
Gregory J. Star (admitted *pro hac vice*)
Drinker Biddle & Reath LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
Facsimile: (215) 988-2757
*Attorneys for SAP America, Inc. and SAP AG*

*/s/* Roy A. Hulme
Roy A. Hulme (0001090)
REMINGER CO., L.P.A.
1400 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio 44115
(216)687-1311/Facsimile: (216)430-2250
E-Mail address: rhulme@reminger.com
*Attorney for LSI-Lowery Systems, Inc. and The IBIS Group, Inc.*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 1st day of October, 2012, a copy of the foregoing was filed electronically.  Parties may access this filing through the Court's electronic filing system.

*/s/* P. Wesley Lambert
P. WESLEY LAMBERT (0076961)