Form 10          FEDERAL RULES OF CIVIL PROCEDURE

## FORM 10. COMPLAINT TO RECOVER A SUM CERTAIN

(Caption—See Form 1.)

1. (Statement of Jurisdiction—See Form 7.)

*(Use one or more of the following as appropriate and include a demand for judgment.)*

  (a) *On a Promissory Note*

2. On *date,* the defendant executed and delivered a note promising to pay the plaintiff on *date* the sum of $_____ with interest at the rate of ___ percent. A copy of the note [is attached as Exhibit A] [is summarized as follows: _____.]

3. The defendant has not paid the amount owed.

  (b) *On an Account*

2. The defendant owes the plaintiff $_____ according to the account set out in Exhibit A.

  (c) *For Goods Sold and Delivered*

2. The defendant owes the plaintiff $_____ for goods sold and delivered by the plaintiff to the defendant from *date* to *date*.

  (d) *For Money Lent*

2. The defendant owes the plaintiff $_____ for money lent by the plaintiff to the defendant on *date*.

  (e) *For Money Paid by Mistake*

2. The defendant owes the plaintiff $_____ for money paid by mistake to the defendant on *date* under these circumstances: *describe with particularity in accordance with Rule 9(b)*.

  (f) *For Money Had and Received*

2. The defendant owes the plaintiff $_____ for money that was received from *name* on *date* to be paid by the defendant to the plaintiff.

*Demand for Judgment*

Therefore, the plaintiff demands judgment against the defendant for $_____, plus interest and costs.

(Date and sign—See Form 2.)

(Added Apr. 30, 2007, eff. Dec. 1, 2007.)

EXHIBIT 1