UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE: LESLEY WELLS |
| | ) | |
| -vs- | ) | JOINT MOTION OF HODELL-NATCO |
| | ) | INDUSTRIES, INC. AND THE LSI |
| SAP AMERICA, INC., et al. | ) | DEFENDANTS FOR EXTENSION OF |
| | ) | SUMMARY JUDGMENT SCHEDULE |
| Defendants. | ) | |

Plaintiff Hodell-Natco Industries, Inc. ("Hodell"), and Defendants LSI-Lowery Systems, Inc. and The IBIS Group, Inc. (collectively, "LSI") jointly and through their respective undersigned attorneys, request an extension of the summary judgment briefing schedule solely as it pertains to the Summary Judgment Brief filed by LSi (ECF #105) in this action as follows:

(1) Plaintiff's Opposition to LSi's Summary Judgment Motion Opposition will be due on or before October 19, 2012;

(2) LSi's Reply Brief will be due on or before November 2, 2012;

The parties submit that the requested schedule is in the interests of justice, and has necessitated by the need to accommodate witness schedules in order to conclude depositions set in this action. The parties further submit that the requested schedule is not interposed for purposes of delay, that the parties have jointly discussed and agreed to the requested schedule, and that the requested extension is brief and will not impact the Court's trial schedule, as this action is not currently set for trial.

Respectfully submitted,

*/s/* P. Wesley Lambert
JAMES F. KOEHLER (0007904)
lkoehler@koehlerneal.com
P. WESLEY LAMBERT (0076961)
wlambert@koehlerneal.com
KOEHLER NEAL LLC
3330 Erieview Tower, 1301 East 9th Street
Cleveland, Ohio 44114
(216) 539-9370
(216) 916-4369 (*facsimile*)
*Attorneys for Hodell-Natco Industries, Inc.*


*/s/* Roy A. Hulme
Roy A. Hulme (0001090)
REMINGER CO., L.P.A.
1400 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio 44115
(216)687-1311/Facsimile: (216)430-2250
E-Mail address: rhulme@reminger.com
*Attorney for LSI-Lowery Systems, Inc. and The IBIS Group, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of October, 2012, a copy of the foregoing was filed electronically. Parties may access this filing through the Court's electronic filing system.

*/s/* P. Wesley Lambert
P. WESLEY LAMBERT (0076961)