UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE: LESLEY WELLS |
| | ) | |
| -vs- | ) | |
| | ) | **UNOPPOSED MOTION TO EXCEED** |
| SAP AMERICA, INC., et al. | ) | **PAGE LIMITS** |
| | ) | |
| Defendants. | ) | |

Plaintiff Hodell-Natco Industries, Inc. ("Hodell"), through its undersigned counsel and pursuant to Local Rule 7.1(f), moves this Court for an Order permitting to Hodell to file a Brief in Opposition to the Motion for Summary Judgment of SAP America, Inc. and SAP AG ("SAP") not to exceed Fifty (50) pages. While Hodell will endeavor to stay within the standard page limitations for this case, it submits that the factually-complex nature of this case merits a deviation from the standard page limitations. The undersigned counsel for Hodell has conferred with counsel for SAP, who has indicated he does not oppose this Motion.

In support of this Motion, Hodell states that SAP sought and obtained leave to file a Motion of similar length, and has raised a number of legal and factual arguments which must be addressed. Additionally, the factual record in this case vast, and Hodell's response will require citation to multiple factual references in support. Finally, Hodell submits that, this case, which involves complex issues surrounding a failed business software implementation, warrants an extension of the page limitations.

Accordingly, Hodell requests leave to file a Brief in Opposition to SAP's Motion for Summary Judgment not to exceed Fifty (50) pages in length.

Respectfully submitted,

*/s/* P. Wesley Lambert
JAMES F. KOEHLER (0007904)
lkoehler@koehlerneal.com
P. WESLEY LAMBERT (0076961)
wlambert@koehlerneal.com
KOEHLER NEAL LLC
3330 Erieview Tower, 1301 East 9th Street
Cleveland, Ohio 44114
(216) 539-9370
(216) 916-4369 (*facsimile*)
*Attorneys for Hodell-Natco Industries, Inc.*

3

CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of October, 2012, a copy of foregoing was filed electronically.  Parties may access the document through the Court's electronic filing system.

*/s/* P. Wesley Lambert
P. WESLEY LAMBERT (0076961)
Koehler Neal
3330 Erieview Tower
1301 East Ninth Street
Cleveland, OH 44114
216-539-9375
Fax: 216-916-4369
wlambert@koehlerneal.com
Attorney for Plaintiff
