UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE: LESLEY WELLS |
| | ) | |
| -vs- | ) | |
| | ) | **UNOPPOSED MOTION TO EXCEED** |
| SAP AMERICA, INC., et al. | ) | **PAGE LIMITS** |
| | ) | |
| Defendants. | ) | |

Plaintiff Hodell-Natco Industries, Inc. ("Hodell"), through its undersigned counsel and pursuant to Local Rule 7.1(f), moves this Court for an Order permitting to Hodell to file a Brief in Opposition to the Motion for Summary Judgment of LSi-Lowery Systems, Inc. and The IBIS Group, Inc. ("IBIS") not to exceed Forty-Five (45) pages. While Hodell will endeavor to stay within the standard page limitations for this case, it submits that the factually-complex nature of this case merits a deviation from the standard page limitations. The undersigned counsel for Hodell has conferred with counsel for LSi, who has indicated he does not oppose this Motion.

In support of this Motion, Hodell states that LSi has raised a number of legal and factual arguments which must be addressed, and which would merit a deviation from the standard track page limits. Additionally, the factual record in this case vast, and Hodell's response will require citation to multiple factual references in support. Finally, Hodell submits that, this case, which involves complex issues surrounding a failed business software implementation, warrants an extension of the page limitations.

Accordingly, Hodell requests leave to file a Brief in Opposition to LSi's Motion for Summary Judgment not to exceed Forty-Five (45) pages in length.

Respectfully submitted,

*/s/* P. Wesley Lambert
JAMES F. KOEHLER (0007904)
jkoehler@koehlerneal.com
P. WESLEY LAMBERT (0076961)
wlambert@koehlerneal.com
KOEHLER NEAL LLC
3330 Erieview Tower, 1301 East 9th Street
Cleveland, Ohio  44114
(216) 539-9370
(216) 916-4369   (*facsimile*)
*Attorneys for Hodell-Natco Industries, Inc.*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 15th day of October, 2012, a copy of foregoing was filed electronically. Parties may access the document through the Court's electronic filing system.

<u>/s/ P. Wesley Lambert</u>
P. WESLEY LAMBERT (0076961)