# In The Matter Of:

*Hodell-Natco Industries, Inc., v.*
*SAP America, Inc., et al.*

*Jon Woodrum*
*June 19, 2012*

**NEXTGEN|REPORTING**
Making Litigation Easier   NextGenReporting.com
PHILADELPHIA | 215.944.5800   NEW YORK CITY | 646.470.3376   PHOENIX | 623.224.2760   SILICON VALLEY | 650.799.8020

*Original File 06.19.12 Hodell-Natco Industries_Inc._v. SAP America_Inc._et al. Witness Jon Woodrum.txt*
*Min-U-Script® with Word Index*

Case: 1:08-cv-02755-DCN Doc #: 159-1 Filed: 10/19/12 2 of 2. PageID #: 11016
Case: 1:08-cv-02755-LW Doc #: 145 Filed: 10/11/12 52 of 309. PageID #: 6404

Jon Woodrum - June 19, 2012

```
                                                              51
 1   should?
 2       Q    Yes.
 3       A    Definitely.
 4       Q    So just to make sure I understand, does that
 5   mean that at that time you believed that Hodell should
 6   leave Business One with In-Flight?
 7       A    Yes.
 8       Q    Did that opinion ever change between then and
 9   now?
10       A    No.
11       Q    Do you have any experience with -- Strike
12   that.
13            At the time you left Earnst and Associates, did
14   you work with any Business One customers?
15       A    No.
16       Q    Did you work with any customers that were
17   using any other SAP products?
18       A    No.
19       Q    So broadening the time frame here, are you
20   personally aware of any problems that Hodell has had
21   with software at any time, other than the problems with
22   Business One and In-Flight?
23       A    No.
24       Q    Okay.  I believe you said earlier that before
25   you came to LSi you were involved with the development
```