# In The Matter Of:

*Hodell-Natco Industries, Inc. v.*
*SAP America, Inc., et al.*

*Daniel J. Lowery*
*Vol. 2*
*February 9, 2012*

**NEXTGEN|REPORTING**
Making Litigation Easier.  NextGenReporting.com
PHILADELPHIA | 215.944.5800   NEW YORK CITY | 646.470.9376   PHOENIX | 623.224.2760   SILICON VALLEY | 650.799.8020

*Original File Lowery, Daniel J. - Vol. 2.txt*
*Min-U-Script® with Word Index*

Page 266

1 Q. What was discussed on that call?
2 A. The implementation it seems.
3 Well, if Radio Beacon was on there, I'm sure
4 it was about Radio Beacon. Paul Killingsworth
5 was on there. Paula Hendley, whoever that is.
6 I don't know who that is. And at LSi, we had
7 everybody. Avery will send you a recap with
8 the plan, so we must have been -- I don't know
9 specifically. Everyone's in the boat. Radio
10 Beacon and SAP are anxious to resolve and are
11 supplying great people.
12 Q. You don't recall who Paula
13 Hendley was?
14 A. I don't.
15 Q. So your testimony, or would you
16 agree with me that the installation and
17 operation of the SAP Business One software at
18 Hodell was a failure, correct?
19 MR. STAR: Objection to form.
20 THE WITNESS: No. I mean, they ran
21 their business on it for two years.
22 BY MR. LAMBERT:
23 Q. You would agree with me it did
24 not work as it was supposed to work, correct?
25 MR. HULME: You mean at -- what point

Page 267

1 in time are you talking about?
2 THE WITNESS: Yeah.
3 BY MR. LAMBERT:
4 Q. Ever?
5 A. Ever?
6 Q. Right.
7 A. Okay. Are you talking about SBO
8 or In-Flight?
9 Q. I'm talking about SAP Business
10 One.
11 A. I agree that the SAP Business One
12 DI API problems were unacceptable.
13 Q. And they were never fixed, right?
14 A. Not to -- no. No.
15 Q. When did the number of users on
16 the SAP Business One system start being
17 discussed between you and -- and SAP?
18 A. As being a problem?
19 Q. Yes.
20 A. Oh, probably shortly after go
21 live.
22 Q. And why did it come up?
23 A. In my opinion, it was a way for
24 Kraus and Sotnick to run for cover.
25 Q. Well, in what regard?

Page 268

1 A. They weren't going to fix the
2 problem. They had to find something else to
3 blame it on. I mean, we have documentation
4 that SAP is not going to fix the problem.
5 Probably the most legitimate one is from Miki
6 Zilberstein.
7 (Whereupon, Exhibit 61 was marked for
8 identification.)
9 THE WITNESS: Where we at here?
10 September of 2007. Okay. Okay.
11 MR. LAMBERT: What number is that?
12 THE WITNESS: Sixty-one.
13 BY MR. LAMBERT:
14 Q. Have you reviewed Exhibit 61?
15 A. Have I, yeah. I'm on it right
16 now. I have seen it, right here.
17 Q. What is -- what is Exhibit 61?
18 A. It looks like it's a -- a message
19 guide for field sales and partners.
20 Q. Well, on the front, what is it?
21 A. Pardon me?
22 Q. It's an email from you to --
23 A. Oh, it's an email from me to
24 Kevin with an attachment, copying Otto. This
25 was what is announced today, so on

Page 269

1 September 19th, 2007.
2 Q. Why were you sending it to Otto
3 and Kevin?
4 A. Well, let's see. What does it
5 say? Okay. My guess would be to let them
6 know the new typical number of employees that
7 they are recommending SAP Business One be sold
8 into, which would be under 100, 10 to 100
9 employees, fewer than 50 users. And this came
10 out September 2007. So this -- SAP at this
11 point was trying to prevent future Hodells
12 from happening.
13 Q. Okay. My question was, why did
14 you send it to Otto and Kevin in September of
15 2007?
16 A. The kimono is open. I mean, they
17 -- if I felt this was significant to know,
18 they should have felt this was significant to
19 know.
20 Q. Okay.
21 A. I found it interesting. I'm sure
22 they found it interesting.
23 Q. If you turn to the first page of
24 that document, it's called a message guide for
25 field sales partners --

# In The Matter Of:
*Hodell-Natco Industries, Inc. v.*
*SAP America, Inc., et al.*

*Daniel J. Lowery*
*Vol. 4*
*March 8, 2012*

**NEXTGEN|REPORTING**

Making Litigation Easier.     NextGenReporting.com

PHILADELPHIA | 215.944.5800   NEW YORK CITY | 646.470.3376   PHOENIX | 623.284.2750   SILICON VALLEY | 650.799.8020

*Original File Lowery, Daniel J. - Vol. 4.txt*
*Min-U-Script® with Word Index*

Page 832

BY MR. LAMBERT:
Q. Did not?
   MR. HULME: What is the question?
   THE WITNESS: It's my understanding --
   BY MR. LAMBERT:
Q. I got it backwards.
A. -- that Hodell did not do what?
Q. You keep making reference to 100 licenses, 80 that Hodell purchased and 20 that were given by SAP. And my question is, are you disregarding the 40 that it referenced on Exhibit 155?
A. All right. I don't quite understand Exhibit 155, is what I guess I'm saying.
Q. Okay.
A. They got 80, and they paid for 80. And then later on, after go live, they got another 20 from Hodell, or from SAP.
Q. For free?
A. For free. I guess. I was not involved in that.
Q. So you don't have any knowledge of the 40 CRM user licenses --
A. I really don't.

Page 833

Q. -- referenced in Exhibit 155?
A. I don't. And that's why I asked, wasn't -- I don't know for sure, but I kind of remember somebody asking me a question about Otto wanting a year-end tax thing or something.
Q. You don't know for sure --
A. I don't know for sure.
Q. -- what that was for?
A. I don't know for sure.
Q. Okay.
A. All I know for sure is they had 80 and then 20.
Q. You made several statements today and yesterday that Hodell was running its business on Business One, correct?
A. Correct.
Q. Are you suggesting that in any way it's inappropriate for Hodell to eventually decide to abandon the Business One In-Flight software and move to a different package?
A. Do I feel it's inappropriate for them to abandon it?
Q. Well, is that what you're

Page 834

suggesting when you say that they were running their business on it?
A. No. What I was suggesting is is we delivered our part of that contract.
Q. Which was?
A. In-Flight integrated into SAP Business One.
Q. You don't feel any responsibility for the fact that Business One itself didn't work?
   MR. STAR: Objection to form.
   THE WITNESS: That was outside of our control. We had no access to the source code of Business One. And we tried everything humanly possible to -- to get it resolved.
   BY MR. LAMBERT:
Q. Well, In-Flight was only useful to the extent that it was incorporated into Business One, correct?
A. In-Flight --
Q. Had no usefulness to Hodell on its own, correct?
A. Without SAP?
Q. Right.
A. Correct.

Page 835

Q. So that if Hodell wasn't running its business, could not run its business on Business One, In-Flight, in fact, would not deliver what was promised, correct?
   MR. STAR: Objection.
   THE WITNESS: In-Flight -- In-Flight was what?
   BY MR. LAMBERT:
Q. Hodell -- if you agree with me that Hodell could not run its business on Business One as it functioned, which I think we're in agreement on, correct?
   MR. HULME: Objection, form.
   THE WITNESS: I don't understand it.
   BY MR. LAMBERT:
Q. Do you agree with me that the performance of Business One was unacceptable at Hodell-Natco?
A. I do.
Q. Okay. Do you agree with me that Hodell-Natco had every right eventually to abandon Business One and move to a different software package?
A. Sure.
Q. Okay. I don't have anything