# In The Matter Of:

*Hodell-Natco Industries, Inc. v.*
*SAP America, Inc., et al.*

*Joseph Guagenti*
*July 20, 2012*

**NEXTGEN|REPORTING**

Making Litigation Easier.  NextGenReporting.com

PHILADELPHIA | 215.944.5800   NEW YORK CITY | 646.470.3376   PHOENIX | 623.224.2760   SILICON VALLEY | 650.799.8020

*Original File 07.20.12 Hodell-Natco Industries_Inc. v. SAP America_Inc._et al. Witness Joseph Guagenti.txt*
*Min-U-Script® with Word Index*

### Page 57

1    At any point in time after the go-live in
2    March 2007 did you reach any conclusions that the
3    performance problems Hodell was experiencing were caused
4    in any way by the InFlight add-on?
5  A. Yes, they were.
6  Q. What conclusion did you reach in that regard?
7  A. That some of the techniques that we were using
8    really were kind of antiquated and --
9  Q. Why -- why do you say that?
10 A. Well, there was just a different style that we
11   needed to use in order to increase the performance of
12   the add-on itself. The add-on did cause drastic
13   slowdowns in many areas. One of the issues that we were
14   just talking about with the multiple lines on a sales
15   order, that was due in part because of the add-on
16   InFlight. It was causing a slowdown with the system.
17 Q. What other factors, if you know, were
18   contributing to the slowdown of a multiple-line order --
19   line item sales orders?
20 A. The slowdowns were caused by the methods in
21   which we needed to retrieve data from SAP. We needed to
22   go through the -- what they call the COM object, in
23   order to ask SAP questions and then SAP return us those
24   results.
25       And going through the COM object was slow,

### Page 58

1    communicating with that, it was slow. But there was
2    many different types of techniques that we could have
3    used in order to, you know, definitely make the number
4    of calls that we made to SAP a lot less. I mean, we
5    were calling, like, every millisecond and we could have
6    been calling every minute.
7  Q. Okay. The fact that your InFlight was calling
8    back to the SAP database every millisecond increased the
9    volume of throughput information and slowed it down; is
10   that right?
11 A. That is correct, both on -- both not just from
12   a network standpoint, but also from a physical PC
13   standpoint.
14 Q. You mentioned this COM object. Is the way
15   that that's communicated with through the DIAPI?
16 A. Correct.
17 Q. Did you ever come to understand -- strike
18   that.
19       Were you able to resolve these issues and work
20   around the problems you were experiencing?
21 A. A lot of them we did start to resolve, before
22   the project was pulled, by implementing different
23   techniques in order to retrieve or store the data inside
24   the add-on, so that we would not have to make the calls
25   to SAP to get the information.

### Page 59

1  Q. When was the project pulled?
2  A. The day we were let go, which was, what,
3    September 2000- ...
4  Q. 2008?
5  A. '8.
6  Q. When you say the project was pulled, what do
7    you mean by that?
8  A. Well, we were all let go. So, essentially, at
9    that point in time the project died, because there was
10   nobody working on it.
11 Q. Okay. So LSi shut down its SAP practice; is
12   that right?
13 A. Correct.
14 Q. Let go all of its SAP internal resources,
15   right?
16 A. Correct.
17 Q. At that point the support being offered to
18   Hodell for its Business One and InFlight implementation
19   was being done by your Business One team for LSi in
20   Chicago, right?
21 A. Can you state that again? Because I didn't --
22 Q. Sure.
23       As of the time that you -- that you left LSi,
24   the support that Hodell was receiving concerning the
25   implementation and the InFlight add-on, that was being

### Page 60

1    provided by your team for LSi here in the Chicago area,
2    right?
3  A. Correct, right up 'til the date of
4    termination.
5  Q. So once you were all terminated by LSi, Hodell
6    had no support for its InFlight add-on, correct?
7  A. They did not. With the exception that I did
8    help Keith Winn on the side to -- to get some data
9    across for -- for some new application that they were
10   going to use or something. I don't recall what the
11   circumstances were, but I did help out Keith Winn and
12   Hodell with additional work after termination.
13 Q. Did -- to your knowledge, did Hodell know that
14   LSi was shutting down its SAP practice?
15 A. I did not know that information.
16 Q. Did it come as a surprise to you that LSi shut
17   down its SAP practice?
18 A. Yes, it did.
19 Q. You didn't have advanced notice from Dan
20   Lowery about that?
21 A. No. He just drove down -- he drove to Chicago
22   from Saint Louis one day and came in and said, Sorry,
23   but you're all -- I'm closing down the SAP practice.
24 Q. Came [sic] completely out of the blue to you?
25 A. Yes, it did.

**Page 61**

1 Q. Did he help you get a job?
2 A. No, he did not.
3 Q. He just let you all go. That was it?
4 A. Yes.
5 Q. What are your feelings about Dan Lowery today?
6 A. I -- I talk to him once in a while. I'll send
7 e-mails to him once in a while. Really neutral, I'd
8 have to say. I mean, he was very upset with me, because
9 that same day that he fired all of us, I already had set
10 up -- I already had gotten jobs for everybody else
11 through somebody else I had already known in the SAP
12 channel.
13 Q. Those were jobs at AchieveIT?
14 A. Yes, it was.
15 Q. Did you take a position at AchieveIT?
16 A. Yes, I did.
17 Q. We'll come back to that.
18     At the time you were let go from LSi, did you
19 have any personal knowledge as to whether Hodell was
20 planning to stay on the SAP solution with InFlight or
21 whether they had made a selection to go to a different
22 software product?
23 A. No, not at that point in time, no, I don't
24 believe I did.
25 Q. Okay. You came to know that sometime later?

**Page 62**

1 A. Yes.
2 Q. When did you come to know that information?
3 A. Again, it would just have been later, just in
4 general conversations. I was on to something new, so it
5 wasn't really in the forefront of my mind as to what
6 Hodell was up to.
7     I believe -- I believe, like I said, when I
8 talked to Keith Winn, they were going over to a new
9 system, maybe 20 -- Profit 20 or -- I don't know what it
10 was. But, you know, he asked me for help with getting
11 data from SAP and, you know. So I assumed he was going
12 to another system, but I -- I didn't --
13 Q. Did Keith Winn tell you why Hodell was going
14 to a new system?
15 A. I believe he said it was because of the
16 slowdown issue or the slowness -- slow issues that were
17 taking place in --
18 Q. And when did that conversation take place, do
19 you recall?
20 A. That would have been sometime after, I think,
21 termination.
22 Q. As of the time that you left LSi in the fall
23 of 2008, did you have personal knowledge as to the --
24 strike that.
25     As of the time you left Hodell -- or left LSi

**Page 63**

1 in the fall of 2008, what was the status of Business One
2 with InFlight add-on at Hodell? Was it a running
3 application? Was it functional for them?
4     MR. LAMBERT: Objection.
5     BY THE WITNESS:
6 A. I'm not -- I'm not sure if it -- because,
7 again, I'm not sure that we ever went to go-live. I
8 thought we were still in the state of testing,
9 developing, debugging. So I don't --
10 Q. So --
11 A. I don't recall the go-live, so I'm sorry.
12 Q. So do you know whether as -- whether Hodell
13 was running its business on SAP Business One with
14 InFlight at any point in time?
15 A. No, I don't recall.
16 Q. Do you have any knowledge as to whether, from
17 2007 through 2008 and into 2009, if Hodell was running
18 some system other than Business One?
19 A. I do not recall any of that information.
20 Q. As of the time you left LSi in the fall of
21 2008, were there still performance issues that you were
22 aware of with respect to Business One with the InFlight
23 add-on?
24 A. I believe there was still -- still open
25 issues.

**Page 64**

1 Q. Okay. And what were those open issues, as of
2 that time?
3 A. I believe it was still evaluating some of the
4 slowdown issues that we were having in the InFlight
5 add-on -- was one of them. And I think additional
6 functionality that we were adding in.
7 Q. So you were building new functionality that
8 Hodell wanted?
9 A. I don't believe it was just for Hodell. I
10 believe at the time it was also for another client
11 called Fast-Rite.
12 Q. The performance issues that you knew of as of
13 the time you left in 2008, were those -- the ones that
14 you identified related to the communication ob- -- the
15 com object and the DIAPI?
16 A. That was some of them, yes.
17 Q. What others, if you know?
18 A. Still like, I think, the PCs, the older PCs.
19 I don't know what had transpired with the network,
20 whether a lot of those issues were resolved. I just did
21 the one on-site visit, and, again, that's not my forte,
22 so I just report the information and I move on to
23 something else.
24 Q. You don't have firsthand knowledge, though, of
25 whether Hodell made improvements, for instance, to its