# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **HODELL-NATCO INDUSTRIES, INC.** | ) | **CASE NO. 1:08 CV 2755** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE: LESLEY WELLS** |
| | ) | |
| v. | ) | |
| | ) | **UNOPPOSED MOTION FOR LEAVE TO** |
| **SAP AMERICA, INC., et al.** | ) | **FILE CORRECTED BRIEF IN OPPOSITION** |
| | ) | **TO THE SAP DEFENDANTS' MOTION FOR** |
| **Defendants.** | ) | **SUMMARY JUDGMENT** |
| | ) | |

Plaintiff Hodell-Natco Industries, Inc. ("Hodell-Natco"), through undersigned counsel, requests leave of this Court to file a corrected Brief in Opposition to the Motion for Summary Judgment filed by defendants SAP America, Inc. and SAP AG ("SAP").

Plaintiff requests leave to file a corrected brief to correct certain pagination references solely as it pertains to the Deposition of Geoffrey Ashley cited in Plaintiff's Opposition (ECF #155).  Specifically, after its original transcription, Mr. Ashley's deposition transcript was corrected by the court reporter to remove certain spelling errors, which apparently resulted in an adjustment to the pagination of Mr. Ashley's deposition, in some instances by a page or more. The citations to Mr. Ashley's deposition in Plaintiff's Opposition are to the prior pagination. Accordingly, Plaintiff seeks to provide the Court with the corrected page references so that it may more easily reference Mr. Ashley's deposition testimony in the filed transcript.

Counsel for SAP and the LSi defendants are aware of the pagination references, and have indicated they have no objection to the requested leave.  Accordingly, upon the granting of this Motion, counsel for Hodell will file a corrected version of Plaintiff's Opposition in order to provide the Court with the corrected deposition page cites.

Respectfully submitted,

*/s/ P. Wesley Lambert*
JAMES F. KOEHLER (0007904)
jkoehler@koehlerneal.com
P. WESLEY LAMBERT (0076961)
wlambert@koehlerneal.com
KOEHLER NEAL LLC
3330 Erieview Tower, 1301 East 9th Street
Cleveland, Ohio  44114
(216) 539-9370/(216) 916-4369   (*facsimile*)
*Attorneys for Hodell-Natco Industries, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 22nd day of October, 2012, a copy of preceding document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                    */s/ P. Wesley Lambert*
                                    P. Wesley Lambert (Ohio Bar No. 0076961)