IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| HODELL-NATCO INDUSTRIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>SAP AMERICA, INC., et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 1:08 CV 2755<br><br>JUDGE WELLS<br><br>**ORDER** |
|---|---|---|

The Motion to Exceed Page Limitation filed by Defendants SAP America, Inc. and SAP AG (collectively "SAP") is hereby GRANTED. The SAP Defendants' reply memorandum in further support of their motion for summary judgment shall not exceed thirty-five (35) pages in length.

IT IS SO ORDERED.

Dated: 10/30/2012

Hon. Lesley Wells
United States District Judge