IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
|---|---|---|
| Plaintiff, | ) ) ) | JUDGE WELLS |
| v. | ) ) | **JOINT MOTION TO** |
| SAP AMERICA, INC., et al. | ) ) ) | **SEAL TRANSCRIPTS** |
| Defendants. | ) ) ) | |
| | | |

    Defendants SAP America, Inc. and SAP AG (collectively "SAP"), Defendants The IBIS Group and LSI-Lowery Systems, Inc., (collectively "LSI Defendants") and Plaintiff Hodell-Natco Industries, Inc. ("Hodell"), by and through their undersigned attorneys, hereby jointly request that the Court enter an order, in the form of the proposed order attached hereto, sealing all deposition transcripts that have been filed in their entirety in this matter. In support of this motion, counsel state as follows:

    1.    This civil action is a complex case involving a software implementation.

    2.    Each of the parties has filed a motion for summary judgment on one or more of the claims and/ or cross-claims in this action. These motions are currently pending before the Court.

    3.    In support of their respective positions on the pending motions the LSI Defendants and Hodell have filed more than a dozen transcripts, in their entirety, of depositions taken in this case.

    4.    The parties agree that although these transcripts should be available to this Court, the transcripts should not be publicly available.

    5.    Accordingly, the parties jointly request that this Court enter an order sealing all

deposition transcripts[1] that have been filed in their entirety, pursuant to the Protective Order (D.E. 56) entered in this case.

      WHEREFORE, the parties jointly request that this Court enter an order, in the form attached hereto, directing the Clerk of Court to seal the deposition transcripts identified therein that have been individually filed in this matter.

      Respectfully submitted,

/s/ Charles W. Zepp
Leo M. Spellacy, Jr. (0067304)
Charles W. Zepp (0068129)
PORTER WRIGHT MORRIS & ARTHUR LLP
925 Euclid Avenue, Suite 1700
Cleveland, OH  44115-1483
(216) 443-9000 / Fax (216) 443-9011
czepp@porterwright.com

/s/ Gregory J. Star
Michael J. Miller (admitted *pro hac vice*)
Gregory J. Star (admitted *pro hac vice*)
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone:  (215) 988-2700
Facsimile:  (215) 988-2757
*Attorneys for SAP America, Inc. and SAP AG*

/s/ P. Wesley Lambert
James F. Koehler (0007904)
P. Wesley Lambert (0076961)
Koehler Neal LLC
3330 Erieview Tower, 1301 East 9th Street
Cleveland, OH  44114
Fax: (216) 916-4369

---

[1] The parties seek an order sealing the following Docket Entries, all of which are complete deposition transcripts: 106, 107, 108, 111, 112, 113, 114, 115, 116, 117, 118, 119, 120, 121, 123, 124, 125, 126, 127, 128, 129, 130, 136, 137, 138, 139, 140, 141, 142, 143, 144, 145, 146, 147, 148, 149, 150, 151, 152, 153, and 154.

wlambert@koehlerneal.com
*Attorneys for Hodell-Natco Industries, Inc.*


/s/ Roy A. Hulme
Roy A. Hulme (0001090)
REMINGER CO., L.P.A.
1400 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio  44115
(216) 687-1311
Facsimile: (216)430-2250
rhulme@reminger.com
*Attorneys for LSI-Lowery Systems, Inc. and The IBIS Group, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 31st day of October 2012, a copy of the foregoing Joint Motion to Seal was filed electronically. Parties may access this filing through the Court's electronic filing system.

                                                  /s/ Macavan A. Baird
                                                  Macavan A. Baird (admitted *pro hac vice*)