IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE WELLS |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SAP AMERICA, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

  The Joint Motion to Seal filed by Defendants SAP America, Inc. and SAP AG (collectively "SAP") is hereby GRANTED. The Clerk of Court is hereby directed to seal the following documents:

  D.E. 106, D.E. 107, D.E. 108, D.E. 111, D.E. 112, D.E. 113, D.E. 114, D.E. 115, D.E. 116, D.E. 117, D.E. 118, D.E. 119, D.E. 120, D.E. 121, D.E. 123, D.E. 124, D.E. 125, D.E. 126, D.E. 127, D.E. 128, D.E. 129, D.E. 130, D.E. 136, D.E. 137, D.E. 138, D.E. 139, D.E. 140, D.E. 141, D.E. 142, D.E. 143, D.E. 144, D.E. 145, D.E. 146, D.E. 147, D.E. 148, D.E. 149, D.E. 150, D.E. 151, D.E. 152, D.E. 153, and D.E. 154.

  IT IS SO ORDERED.

  Dated: _____      _____
                         Hon. Lesley Wells
                         United States District Judge