IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HODELL-NATCO INDUSTRIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>SAP AMERICA, INC., et al.<br><br>Defendants. | CASE NO. 1:08 CV 2755<br><br>JUDGE WELLS<br><br>**ORDER** |

The Joint Motion to Seal filed by Defendants SAP America, Inc. and SAP AG (collectively "SAP") is hereby GRANTED. The Clerk of Court is hereby directed to seal the following documents:

D.E. 106, D.E. 107, D.E. 108, D.E. 111, D.E. 112, D.E. 113, D.E. 114, D.E. 115, D.E. 116, D.E. 117, D.E. 118, D.E. 119, D.E. 120, D.E. 121, D.E. 123, D.E. 124, D.E. 125, D.E. 126, D.E. 127, D.E. 128, D.E. 129, D.E. 130, D.E. 136, D.E. 137, D.E. 138, D.E. 139, D.E. 140, D.E. 141, D.E. 142, D.E. 143, D.E. 144, D.E. 145, D.E. 146, D.E. 147, D.E. 148, D.E. 149, D.E. 150, D.E. 151, D.E. 152, D.E. 153, and D.E. 154.

IT IS SO ORDERED.

Dated: 11/2/12

Hon. Lesley Wells
United States District Judge