IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---------------------------------------------------------
HODELL-NATCO INDUSTRIES, INC.   : CASE NO. 1:08 CV 2755
                  Plaintiff,    :
       -vs-                     :
                                :
SAP AMERICA INC., et al         :
                                : ORDER REFERRING CASE TO
                  Defendants    : MAGISTRATE JUDGE GREG WHITE
                                :
---------------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

      The Court has before it three motions for summary judgment filed by the defendants. (Related Docs. #105, #109 and #110). The parties have fully briefed the issues and it is ripe for consideration.

      Pursuant to 28 U.S.C. § 636(b)(1)(B) this case is referred to Magistrate Judge Greg White. Magistrate Judge White shall consider the motions now pending before this Court and shall file a Report and Recommendation for disposition.

      In addition, Magistrate Judge White shall determine all non-dispositive motions, except those specifically exempted by 28 U.S.C. § 636(b)(1)(A).

      IT IS SO ORDERED.

                                         /s/Lesley Wells
                                         UNITED STATES DISTRICT JUDGE