UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE: LESLEY WELLS |
| | ) | |
| -vs- | ) | **NOTICE OF WITHDRAWAL** |
| | ) | |
| SAP AMERICA, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

Please take notice that Laura A. Myers is no longer associated with Koehler Neal, LLP and accordingly should be removed as counsel for plaintiff, Hodell-Natco Industries, Inc.

Respectfully submitted,

/s/ P. Wesley Lambert
JAMES F. KOEHLER (0007904)
lkoehler@koehlerneal.com
P. WESLEY LAMBERT (0076961)
wlambert@koehlerneal.com
KOEHLER NEAL LLC
3330 Erieview Tower, 1301 East 9th Street
Cleveland, Ohio  44114
(216) 539-9370
(216) 916-4369  (*facsimile*)
*Attorneys for Hodell-Natco Industries, Inc.*