## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of December 2012, a copy of the Notice of Withdrawal was filed electronically. Parties may access the document through the Court's electronic filing system.

/s/ P. Wesley Lambert
P. WESLEY LAMBERT (0076961)
Koehler Neal
3330 Erieview Tower
1301 East Ninth Street
Cleveland, OH 44114
216-539-9375
Fax: 216-916-4369
wlambert@koehlerneal.com
Attorney for Plaintiff