UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HODELL-NATCO INDUSTRIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 1:08 CV 2755 |
| v. ) | |
| ) | JUDGE: LESLEY WELLS |
| SAP AMERICA, INC., et al. ) | MAGISTRATE JUDGE: GREG WHITE |
| ) | |
| Defendants. ) | |

**MEMORANDUM JOINING STIPULATED PROTECTIVE ORDER**

Philadelphia Insurance Companies, by and through its undersigned counsel, hereby joins the Stipulated Protective Order (Doc #58) filed by the parties on January 4, 2011.  The undersigned states that he fully understands the Stipulated Protective Order and agrees to abide by its obligations and conditions, including maintaining all materials provided by counsel in this litigation in separate and identifiable file with restricted access.  Counsel understands that this Memorandum entitles it only to the summary judgment pleadings previously filed under seal in this action, without inclusion of the exhibits.

BROWN & JAMES, P.C.

*/s/ Steven H. Schwartz*

Steven H. Schwartz          #36436 Mo.
sschwartz@bjpc.com
800 Market Street, Suite 1100
St. Louis, MO 63101-2501
314.421.3400
Fax: 314.421.3128

**Attorney for Philadelphia Insurance Companies**

#11000796