**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**MINUTES OF PROCEEDINGS--CIVIL**

DATE: February 1, 2013

Hodell-Natco Industries, Inc.,

Plaintiff,                     CASE NO.  1:08-cv-02755

vs.

                               COURT REPORTER: N/A
SAP America, Inc., *et al.*,

                               MAGISTRATE JUDGE GREG WHITE
Defendants.

Attorney for Plaintiff(s): Wes Lambert          Attorney for Defendant(s): Greg Star
                    James Koehler                                        Roy Hulme

*PROCEEDINGS*: The Court held an in-person settlement conference.  No settlement was reached.  At the parties' request, the Court will schedule oral arguments concerning the pending motions for summary judgment.

3 hours
Total Time

                                        /s/ Greg White
                                        U.S. Magistrate Judge