UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE: LESLEY WELLS |
| | ) | MAGISTRATE JUDGE: GREG WHITE |
| -vs- | ) | |
| | ) | **UNOPPOSED MOTION FOR** |
| SAP AMERICA, INC., et al. | ) | **EXTENSION OF TIME TO RESPOND TO** |
| | ) | **DEFENDANTS' MOTION *IN LIMINE* TO** |
| Defendants. | ) | **PRECLUDE THE EXPERT TESTIMONY** |
| | ) | **AND OPINIONS OF G. WILLIAM** |
| | | **KENNEDY** |

Plaintiff Hodell-Natco Industries, Inc.., through undersigned counsel, hereby requests a brief extension until March 20, 2013 in which to oppose the Motion *in Limine* filed by defendants SAP America, Inc. and SAP AG (collectively "SAP") to exclude the expert testimony and opinions of G. William Kennedy (ECF #176). The undersigned counsel has conferred with counsel for SAP, who has indicated he has no objection to the requested extension.

No party will be prejudiced by the requested extension, and as noted above, SAP has no objection to this request. Accordingly, plaintiff requests an extension until March 20, 2013 in which to oppose SAP's Motion *In Limine*.

Respectfully submitted,


*/s/* P. Wesley Lambert
JAMES F. KOEHLER (0007904)
jkoehler@koehlerneal.com
P. WESLEY LAMBERT (0076961)
wlambert@koehlerneal.com
KOEHLER NEAL LLC
3330 Erieview Tower, 1301 East 9th Street
Cleveland, Ohio  44114
(216) 539-9370
(216) 916-4369   (*facsimile*)
*Attorneys for Hodell-Natco Industries, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March 2013, a copy of the foregoing was filed electronically.  Parties may access the document through the Court's electronic filing system.

*/s/* P. Wesley Lambert  
P. WESLEY LAMBERT (0076961)
