**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**MINUTES OF PROCEEDINGS--CIVIL**

|  |  |
|---|---|
|  | DATE: February 28, 2013 |
| Hodell-Natco Industries, Inc., |  |
| Plaintiff, | CASE NO.  1:08-cv-02755 |
| vs. |  |
|  | COURT REPORTER: Sue Trischan |
| SAP America, Inc., *et al.*, |  |
|  | MAGISTRATE JUDGE GREG WHITE |
| Defendants. |  |
| Attorney for Plaintiff(s): Wes Lambert<br>James Koehler | Attorney for Defendant(s): Greg Star<br>Roy Hulme |

*PROCEEDINGS*:  The Court heard oral arguments concerning three pending motions for summary judgment.  (ECF Nos. 105, 109, and 110.)

2 hours 15 minutes
Total Time

/s/ Greg White
U.S. Magistrate Judge