UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE: LESLEY WELLS |
| | ) | MAGISTRATE JUDGE: GREG WHITE |
| -vs- | ) | |
| | ) | |
| SAP AMERICA, INC., et al. | ) | **UNOPPOSED MOTION TO EXCEED** |
| | ) | **PAGE LIMITS** |
| Defendants. | ) | |

Plaintiff Hodell-Natco Industries, Inc. ("Hodell"), through its undersigned counsel and pursuant to Local Rule 7.1(f), moves this Court for an Order permitting to Hodell to file a Brief in Opposition to the SAP Defendants' Motion *in Limine* to Preclude the Expert Testimony and Opinions of G. William Kennedy (ECF #176) not to exceed thirty (30) pages.  While Hodell will endeavor to stay within the standard page limitations for this case, it submits that the factually-complex nature of this case merits a deviation from the standard page limitations.  The undersigned counsel for Hodell has conferred with counsel for SAP, who has indicated he does not oppose this Motion.

In support of this Motion, Hodell states that SAP seeks to exclude Dr. Kennedy's opinion on a variety of bases, which requires Dr. Kennedy to recite and explain his opinion on each measure of damages set forth in his Report.  The legal and factual arguments which must be addressed, and complexity of the issues raised, merit a deviation from the standard track page limits.  Accordingly, Hodell requests leave to file a Brief in Opposition to the SAP Defendants' Motion *in Limine* not to exceed thirty (30) pages in length.

        Respectfully submitted,

        */s/* P. Wesley Lambert
        JAMES F. KOEHLER (0007904)
        jkoehler@koehlerneal.com
        P. WESLEY LAMBERT (0076961)
        wlambert@koehlerneal.com
        KOEHLER NEAL LLC
        3330 Erieview Tower, 1301 East 9th Street
        Cleveland, Ohio  44114
        (216) 539-9370
        (216) 916-4369   (*facsimile*)
        *Attorneys for Hodell-Natco Industries, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of March 2013, a copy of foregoing was filed electronically. Parties may access the document through the Court's electronic filing system.

/s/ P. Wesley Lambert
P. WESLEY LAMBERT (0076961)