UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE:  LESLEY WELLS |
| | ) | MAGISTRATE JUDGE: GREG WHITE |
| -vs- | ) | |
| | ) | |
| SAP AMERICA, INC., et al. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| Defendants. | ) | |

Please take notice that, pursuant to Local Rule 83.9 of the United States District Court for the Northern District of Ohio, Timothy J. Fitzgerald of the law firm Koehler Neal LLC hereby enters his appearance as counsel for Plaintiff Hodell-Natco Industries, Inc. in the above-captioned matter.  Mr. Fitzgerald's name should be added to the service list of all further orders and judgments, notices, briefs, and motions filed in this matter and service should be sent to him at the firm's office and/or e-mail address below.  James F. Koehler and P. Wesley Lambert shall remain counsel of record for Plaintiff Hodell-Natco Industries, Inc.

Respectfully submitted,

*/s/* Timothy J. Fitzgerald
JAMES F. KOEHLER (0007904)
jkoehler@koehlerneal.com
TIMOTHY J. FITZGERALD (0042734)
tfitzgerald@koehlerneal.com
P. WESLEY LAMBERT (0076961)
wlambert@koehlerneal.com
KOEHLER NEAL LLC
3330 Erieview Tower, 1301 East 9th Street
Cleveland, Ohio  44114
(216) 539-9370
(216) 916-4369   (*facsimile*)
*Attorneys for Plaintiff Hodell-Natco Industries, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June 2013, a copy of foregoing was filed electronically. Parties may access the document through the Court's electronic filing system.

/s/ Timothy J. Fitzgerald
TIMOTHY J. FITZGERALD (0042734)