IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
|---|---|---|
| Plaintiff, | ) ) ) | JUDGE WELLS |
| v. | ) ) | **UNOPPOSED MOTION FOR EXTENSION OF TIME TO OBJECT TO REPORT AND RECOMMENDATION** |
| SAP AMERICA, INC., et al. | ) ) | |
| Defendants. | ) ) | |

Defendants SAP America, Inc. and SAP AG (collectively, "SAP"), by and through their undersigned attorneys and for the reasons set forth below, hereby request that the Court enter an order allowing SAP until August 5, 2013, to file objections to the Court's Report and Recommendation (ECF No. 182):

1. On September 7, 2012, SAP filed a motion for summary judgment. (ECF No. 110)

2. On June 13, 2013, Magistrate Judge White issued a Report and Recommendation denying SAP's motion.  (ECF No. 182).  Under 28 U.S.C. § 636(b)(1)(C) and Rule 72.3(b), any objections to the Report and Recommendation are due within 14 days of the date it was issued, or by June 27, 2013.

3. SAP believes there are several pertinent objections to the Report and Recommendation.  However, due to extensive professional and personal obligations over the next month, SAP requests an extension of time until August 5, 2013, to file its objections.

4. Counsel for plaintiff, Hodell-Natco Industries, Inc., consents to the extension sought herein, as does counsel for co-defendants, LSi-Lowery Systems, Inc. and The IBIS Group, Inc.

5. The reasons for the extension are that lead counsel in this matter, Michael Miller and Gregory Star, as well as Macavan Baird, are involved with representing a client in a large

international arbitration that is pending in Paris, France. The arbitration matter has involved several weeks of hearing over the last few months, and requires the filing of a significant legal brief on June 28, 2013.

6. Mr. Miller and Mr. Star are then required to be in Paris, France the from July 15 through July 22, 2013 in order to appear at additional arbitration hearings in this matter and which require significant advance preparation.

7. Additionally, Mr. Star has a pre-paid vacation scheduled from July 1 through July 8, 2013.

8. SAP's request for an extension is consistent with the multiple extensions the parties have granted each other through the course of this litigation. (*See*, *e.g.*, ECF Nos. 38, 83, 177).

WHEREFORE, SAP requests that this Court enter an order allowing SAP until August 5, 2013 to object to the Court's Report and Recommendation (ECF No. 182) on SAP's motion for summary judgment.

Respectfully submitted,

/s/ Gregory J. Star
Michael J. Miller (admitted *pro hac vice*)
Gregory J. Star (admitted *pro hac vice*)
Macavan A. Baird (admitted *pro hac vice*)
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
Facsimile: (215) 988-2757

*Attorneys for SAP America, Inc. and SAP AG*

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 18th day of June 2013, a copy of the foregoing Unopposed Motion for Extension of Time to Object to the Report and Recommendation (ECF No. 182) addressing SAP's Motion for Summary Judgment was filed electronically.  Parties may access this filing through the Court's electronic filing system.

                                       /s/ Macavan A. Baird
                                       Macavan A. Baird (admitted *pro hac vice*)