UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE:  LESLEY WELLS |
| | ) | MAGISTRATE JUDGE:  GREG WHITE |
| -vs- | ) | |
| | ) | **JOINT MOTION FOR EXTENSION TO** |
| SAP AMERICA, INC., et al. | ) | **FILE OBJECTIONS TO THE** |
| | ) | **MAGISTRATE'S REPORT AND** |
| Defendants. | ) | **RECOMMENDATION** |

Plaintiff Hodell-Natco Industries, Inc. ("Hodell") and Defendants LSI-Lowery Systems, Inc. and The IBIS Group, Inc. (collectively, "LSI"), jointly and through their respective undersigned attorneys, request that the Court enter an Order allowing Hodell and LSi until August 5, 2013 in which to file their respective objections to the Report and Recommendation dated June 13, 2013 (ECF No.183).  The basis for this request is as follows:

    1.    On September 6, 2013, LSi filed a Motion for Summary Judgment against Hodell. (ECF No. 105)

    2.    On September 7, 2012, Hodell filed a Motion for Judgment on the Pleadings, or Alternatively, for Summary Judgment as to the LSi defendants' counterclaims. (ECF No. 109)

    3.     On June 13, 2013, Magistrate Judge White issued a Report and Recommendation that LSi's Motion for Summary Judgment be denied.  (ECF No. 183).  In that same Report and Recommendation, Magistrate Judge White recommended that Hodell's Motion for Judgment on Pleadings, or Alternatively, for Summary Judgment be denied.  Under 28 U.S.C. § 636(b)(1)(C) and

Rule 72.3(b), any objections to the Report and Recommendation are due within 14 days of the date it was issued, or by June 27, 2013.

4. Hodell has not yet determined whether it intends to submit any objections to the Report and Recommendation. In the event Hodell elects to file objections, Hodell submits that such objections should be due on the same day as the SAP defendants' objections, which are currently due by August 5, 2013 pursuant to a Motion previously granted by this Court on June 19, 2013.

5. For the same reasons, LSi also requests that its objections be due on the same day as Hodell's and SAP's – August 5, 2013.

6. Counsel for the SAP defendants consent to the extension sought herein.

WHEREFORE, Hodell and LSi jointly request that this Court enter an order allowing Hodell and LSi until August 5, 2013 to file their objections, if any, to the Report and Recommendation (ECF No. 183) addressing LSi's Motion for Summary Judgment (ECF No. 105) and Hodell's Motion for Judgment on the Pleadings, or Alternatively, for Summary Judgment (ECF No. 109).

Respectfully submitted,

*/s/* P. Wesley Lambert
JAMES F. KOEHLER (0007904)
jkoehler@koehlerneal.com
TIMOTHY J. FITZGERALD (0042734)
tfitzgerald@koehlerneal.com
P. WESLEY LAMBERT (0076961)
wlambert@koehlerneal.com
KOEHLER NEAL LLC
3330 Erieview Tower, 1301 East 9th Street
Cleveland, Ohio  44114
(216) 539-9370
(216) 916-4369   (*facsimile*)
*Attorneys for Plaintiff Hodell-Natco Industries, Inc.*

*/s/* Roy A. Hulme
Roy A. Hulme (0001090)
REMINGER CO., L.P.A.
1400 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio  44115
(216)687-1311
Facsimile: (216)430-2250
E-Mail address: rhulme@reminger.com
*Attorney for LSI-Lowery Systems, Inc. and The IBIS Group, Inc.*

CERTIFICATE OF SERVICE

    I hereby certify that on this 24th day of June, 2013, a copy of the foregoing was filed electronically. Parties may access this filing through the Court's electronic filing system.

                                       */s/* P. Wesley Lambert
                                       P. WESLEY LAMBERT (0076961)