IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| HODELL-NATCO INDUSTRIES, INC. ) | CASE NO. 1:08 CV 02755 |
| --- | --- |
| ) | |
| Plaintiff, ) | JUDGE WELLS |
| ) | |
| v. ) | **ORDER AMENDING THE DEADLINE FOR** |
| ) | **SUBMISSION OF MOTIONS IN LIMINE** |
| SAP AMERICA, INC., et al. ) | **CONCERNING DAMAGES EXPERT** |
| ) | **TESTIMONY** |
| Defendants. ) | |
| ) | |

Pursuant to the parties' Joint Motion to Amend the Deadline for Submission of Motions in Limine Concerning Damages Expert Testimony, it is hereby ordered that the Trial Order (Docket No. 193) is amended as follows:

1. SAP shall have until July 23, 2014 to supplement its pending motion in limine concerning Hodell's damages expert, G. William Kennedy, and Hodell shall then have until July 30, 2014 to file a response; and

2. Hodell shall have until August 22, 2014 to file a motion in limine concerning the testimony of SAP's rebuttal damages expert, Geoffrey Osborne, and SAP shall have until August 29, 2014 to file a response.

IT IS SO ORDERED.

Dated: July 8, 2014

Hon. Lesley Wells
United States District Judge