UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE:  LESLEY WELLS |
| | ) | |
| -vs- | ) | **NOTICE OF FILING DEPOSITION OF** |
| | ) | **BROOKS HILLIARD** |
| SAP AMERICA, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

Please take notice that plaintiff Hodell-Natco Industries, Inc., has filed the deposition transcript of Brooks Hilliard taken on November 2, 2012.  Mr. Hilliard's deposition transcript is attached hereto.

Respectfully submitted,

*/s/* P. Wesley Lambert
JAMES F. KOEHLER (0007904)
jkoehler@koehlerneal.com
TIMOTHY J. FITZGERALD (0042734)
tfitzgerald@koehlerneal.com
P. WESLEY LAMBERT (0076961)
wlambert@koehlerneal.com
KOEHLER NEAL LLC
3330 Erieview Tower, 1301 East 9th Street
Cleveland, Ohio  44114
(216) 539-9370
(216) 916-4369   (*facsimile*)
*Attorneys for Plaintiff Hodell-Natco Industries, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July 2014, a copy of the foregoing was filed electronically using the Court's electronic filing system.  Parties may access the document through the Court's electronic filing system.

/s/ P. Wesley Lambert
P. WESLEY LAMBERT (0076961)