IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| Plaintiff, | ) ) ) | JUDGE WELLS |
| v. | ) ) ) | **MOTION TO EXCEED PAGE LIMITATION ON NON-DISPOSITIVE MOTION MEMORANDA** |
| SAP AMERICA, INC., et al. | ) ) | |
| Defendants. | ) ) ) | |

Defendants SAP America, Inc. and SAP AG (collectively "SAP"), by and through their undersigned attorneys, hereby request that the Court enter an order, in the form of the proposed order attached hereto, granting SAP's Motion to Exceed the Page Limitation on Non-Dispositive Motion Memoranda.  On July 16, 2014, Plaintiff Hodell-Natco Industries, Inc. ("Hodell") filed a Motion *in Limine* to Preclude Expert Testimony and Opinions of Brooks Hilliard.  Hodell's motion attacks all eight of the opinions expressed by Mr. Hilliard in his expert report as well as three of his background sections.  In the interests of judicial economy, SAP America and SAP AG, collectively, have drafted a memorandum in opposition to Hodell's motion, which they intend to file on July 28, 2014.  SAP's memorandum will not be more than thirty (30) pages.  SAP makes this request in good faith, not for any improper purpose, and in the interest of judicial economy.

WHEREFORE, the SAP requests that this Court enter an order in the form attached hereto, granting permission to exceed the page limit for non-dispositive motion memoranda.

                                            Respectfully submitted,

                                            /s/ Gregory J. Star
                                            Gregory J. Star
                                            Drinker Biddle & Reath LLP
                                            One Logan Square, Suite 2000
                                            Philadelphia, PA 19103-6996
                                            Telephone: (215) 988-2700
                                            Facsimile: (215) 988-2757
                                            *Attorney for SAP America, Inc. and SAP AG*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of July 2014, a copy of the foregoing Motion to Exceed Page Limitation on Non-Dispositive Motion Memoranda was filed electronically. Parties may access this filing through the Court's electronic filing system.

                                          /s/ Gregory J. Star
                                          Gregory Star

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| HODELL-NATCO INDUSTRIES, INC. Plaintiff, v. SAP AMERICA, INC., et al. Defendants. | ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 1:08 CV 2755 JUDGE WELLS **ORDER** |
|---|---|---|

The Motion to Exceed Page Limitation on Non-Dispositive Motion Memoranda filed by Defendants SAP America, Inc. and SAP AG (collectively "SAP") is hereby GRANTED. The SAP Defendants' memorandum in opposition to Hodell's Motion in Limine to Exclude Brooks Hilliard shall not exceed thirty (30) pages in length.

IT IS SO ORDERED.

Dated: _____    _____
                                                            Hon. Lesley Wells
                                                            United States District Judge