IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| HODELL-NATCO INDUSTRIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>SAP AMERICA, INC., et al.<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 1:08 CV 2755<br><br>JUDGE WELLS<br><br>**ORDER** |
|---|---|---|

The Motion to Exceed Page Limitation on Non-Dispositive Motion Memoranda filed by Defendants SAP America, Inc. and SAP AG (collectively "SAP") is hereby GRANTED. The SAP Defendants' memorandum in opposition to Hodell's Motion in Limine to Exclude Brooks Hilliard shall not exceed thirty (30) pages in length.

IT IS SO ORDERED.

Dated: *August 12, 2014*

*/s/ Lesley Wells*
Hon. Lesley Wells
United States District Judge