IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------
HODELL-NATCO INDUSTRIES, INC,   : CASE NO. 1:08 CV 02755
                                :
                     Plaintiff, : ORDER GRANTING MOTION FOR
                                : LEAVE TO WITHDRAW AS COUNSEL
        -vs-                    :
                                :
SAP AMERICA, INC., et al.,      :
                                :
                    Defendants. :
------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

Before the Court is a motion for leave to withdraw as counsel for defendants LSi-Lowery Systems, Inc. and The IBIS Group, Inc. (collectively hereinafter, "defendants"), filed by Roy A. Hulme and his firm Reminger Co., L.P.A. The motion is granted.

A corporation or other business entity may not appear in federal court except through a licensed attorney. Doherty v. Am. Motors Corp., 728 F.2d 334, 340 (6th Cir. 1984). Therefore, on or before 12 September 2014, the defendants shall obtain, and make an appearance through, new counsel. Failure to make the required appearance

within the time ordered may result in entry of judgment against the defendants and dismissal of any pending crossclaim or counterclaim.

IT IS SO ORDERED.

/s/ Lesley Wells
UNITED STATES DISTRICT JUDGE

Date: 12 August 2014