UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE: LESLEY WELLS |
| | ) | |
| -vs- | ) | **PLAINTIFF'S WITNESS LIST** |
| | ) | |
| SAP AMERICA, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Hodell-Natco Industries, Inc., through undersigned counsel and pursuant to the Court's Trial Order filed May 1, 2014 [ECF #193] and Fed. R. Civ. P. 26(a)(3), submits the following list of witnesses Plaintiff expects to call to testify at the trial of this matter set for November 17, 2014:

A.   **Fact Witnesses Expected to be Called at Trial.**

Plaintiff expects that the testimony of certain witnesses as identified below may be presented by deposition (including by video) in the event Plaintiff is unable to secure the witness's in-person testimony. Plaintiff reserves the right to present the in-person testimony of any witness listed below to the extent possible:

1. Otto Reidl (expected to testify in person)(May be contacted through Plaintiff's counsel)

2. Kevin Reidl (expected to testify in person) (May be contacted through Plaintiff's counsel)

3. Daniel Lowery (cross) (testimony may be presented by videotape deposition if the witness is unavailable to testify in person) (Represented by Chris Kellett; Carmody MacDonald P.C.. 120 S. Central Avenue, Suite 1800, St. Louis, MO 63105 (314) 854-8635 – May be contacted through counsel)

    4.      Dale Van Leeuwen (cross) (testimony expected to be presented by videotape deposition) (40W037 Red Hawk Court, St. Charles, IL 60175, (303) 827-9946)

    5.      Edward Neveux (cross) (expect to testify in person per agreement of SAP) (Represented by counsel for SAP)

    6.      Geoffrey Ashley (cross) (testimony expected to be presented by videotape deposition) (Represented by counsel for SAP)

    7.      Paul Killingsworth (cross) (expected to testify in person per agreement of SAP) (Represented by counsel for SAP)

    8.      Daniel Kraus (cross) (testimony expected to be presented by videotape deposition) (Represented by counsel for SAP)

    9.      Udi Ziv (cross) (testimony expected to be presented by videotape deposition) (8 Hapnina Street, 43107 Ra'anana, Israel)(Represented by counsel for SAP)

    10.      Joseph Vislocky (expected to testify in person)(14715 Teal Dr., Chardon, Ohio 44024, (216) 780-8878)

    11.      Ralf Mehnert-Meland (cross) (testimony expected to be presented by videotape deposition) (Represented by counsel for SAP)

    12.      Jon Woodrum (cross) (testimony expected to be presented by videotape deposition) (represented by Schultz & Associates, 640 Cepi Drive, Suite A, 18 Chesterfield, Missouri 63005)

    13.      Jaime Clark (expected to testify in person)( 7825 Hub Pkwy, Cleveland, OH 44125)

**B.**     **Expert Witnesses:**

    1.      Helmuth Guembel (Expert Witness)(expected to testify in person) (Postfach 77, CH-7550 Scuol, Switzerland, +41-81-8600310)

    2.      Dr. G. William Kennedy (Expert Witness)(expected to testify in person) (28 State Street, 28th Floor, Boston, MA 02109, (617) 925-4059)

**C.**     **Witnesses That May be Called if the Need Arises:**

Plaintiff expects that the testimony of certain witnesses as identified below may be presented by deposition (including by video) in the event Plaintiff is unable to secure the witness's in-person testimony. Plaintiff reserves the right to present the in-person testimony of

any witness listed below to the extent possible:

1. Jay Sheldon (testimony expected to be presented by deposition)

2. Michael Lovelace (testimony expected to be presented by deposition)

3. Ross Elliot (testimony expected to be presented by deposition) (90 South Cascade Avenue, Suite 1200, Colorado Springs, CO 80903, (719) 433-7000)

4. Terry Phillips (expected to testify in person) 618 Tuxedo Ave., Brooklyn Heights, Ohio 44131

5. Damon Hacker, Vestige, Ltd. (expected to testify in person) (800) 314-4357; 23 Public Square, Medina, OH 44256)

6. Ellen (Daniels) Fick (expected to testify in person)( 884 Bryce Rd., Kent, OH. 44240)

7. Joseph Guagenti (cross) (testimony expected to be presented by videotape deposition)

8. Eric Johnson (cross)(testimony expected to be presented by videotape deposition)

9. SAP custodian of records

10. Any rebuttal witnesses

11. Any witness called or identified by Defendants SAP America, Inc., SAP AG, LSi-Lowery Systems, Inc., or The IBIS Group, Inc.

Plaintiff reserves the right to amend this witness list prior to the commencement of trial.

Respectfully submitted,

*/s/* P. Wesley Lambert
JAMES F. KOEHLER (0007904)
jkoehler@koehlerneal.com
TIMOTHY J. FITZGERALD (0042734)
tfitzgerald@koehlerneal.com
P. WESLEY LAMBERT (0076961)
wlambert@koehlerneal.com
KOEHLER NEAL LLC
3330 Erieview Tower, 1301 East 9th Street
Cleveland, Ohio 44114
(216) 539-9370/(216) 916-4369  (*facsimile*)
*Attorneys for Plaintiff Hodell-Natco Industries, Inc.*

3

CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September, 2014, a copy of the foregoing was filed electronically using the Court's electronic filing system. Parties may access the document through the Court's electronic filing system.

>*/s/* P. Wesley Lambert
>P. WESLEY LAMBERT (0076961)