UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE:  LESLEY WELLS |
| | ) | |
| -vs- | ) | **PLAINTIFF'S EXHIBIT LIST** |
| | ) | |
| SAP AMERICA, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Hodell-Natco Industries, Inc., through undersigned counsel and pursuant to the Court's Trial Order filed May 1, 2014 [ECF #193] and Fed. R. Civ. P. 26(a)(3), identifies the following Exhibits Plaintiff expects to present at the trial of this matter set for November 17, 2014:

| Number | Description | Deposition Exhibit No. | Bates Number |
|---|---|---|---|
| 1 | Oct 14, 2004 IBIS Letter | Dep. Exhibit 9 | |
| 2 | IBIS-SAP Letter | Dep. Exhibit 11 | |
| 3 | IBIS Responses to Requests for Admission | Dep. Exhibit 29 | |
| 4 | Jan 2004 FKOM Notes | Dep. Exhibit 33 | |
| 5 | SAP ROI Calculator | Dep. Exhibit 38 | |
| 6 | May 17, 2005 Letter | Dep. Exhibit 41 | |

| 7 | Lowery June 8, 2006 Email[1] | Dep. Exhibit 53 | |
| 8 | Reidl 3/13/07 Email | Dep. Exhibit 60 | |
| 9 | Lowery 3/20/07 Email | Dep. Exhibit 66 | |
| 10 | Lowery 4/7/07 Email | Dep. Exhibit 67 | |
| 11 | Ziv 4/12/07 Email | Dep. Exhibit 69 | |
| 12 | Elliot 4/13/07 Email | Dep. Exhibit 70 | |
| 13 | Van Leeuwen 7/30/04 Email | Dep. Exhibit 71 | |
| 14 | 3/15/04 LSi Press Release | Dep. Exhibit 73 | |
| 15 | 2005 B1 Lead Qualification Call Guide | Dep. Exhibit 74 | |
| 16 | Ziv 4/15/07 Email | Dep. Exhibit 77 | |
| 17 | Lowery 4/16/07 Email | Dep. Exhibit 79 | |
| 18 | Lowery 4/17/07 Email | Dep. Exhibit 81 | |
| 19 | Kraus 4/25/07 Email | Dep. Exhibit 83 | |
| 20 | Lowery 5/14/07 Email | Dep. Exhibit 87 | |

---

[1] Certain exhibits may consist of email strings that contain one or more emails in addition to the email referenced in the Exhibit Description herein.  To the extent an Exhibit Description references a particular email by date and sender, the description is for point of reference only and Plaintiff reserves the right to introduce all or part of the entire email string as evidence.

| 21 | Killingsworth 6/6/07 Email | Dep. Exhibit 89 | |
| 22 | Lowery 6/6/07 Email | Dep. Exhibit 90 | |
| 23 | Woodrum 7/14/07 Email | Dep. Exhibit 92 | |
| 24 | Lowery 7/27/07 Email | Dep. Exhibit 93 | |
| 25 | Lowery 9/5/07 Email | Dep. Exhibit 97 | |
| 26 | Lowery 9/14/07 Email | Dep. Exhibit 101 | |
| 27 | Lowery 9/17/07 Email | Dep. Exhibit 103 | |
| 28 | Lowery 9/17/07 Email | Dep. Exhibit 104 | |
| 29 | Sotnick 11/16/07 Email | Dep. Exhibit 109 | |
| 30 | Lowery 12/28/07 Email | Dep. Exhibit 113 | |
| 31 | 7/17/06 Sizing Transaction Volumes | Dep. Exhibit 119 | |
| 32 | 1/30/06 Notes | Dep. Exhibit 123 | |
| 33 | SAP B1 Statement of Direction Release 2005 | Dep. Exhibit 124 | |
| 34 | Statement of Direction SAP Business One | Dep. Exhibit 129 | |
| 35 | SAP Business Co-Innovation | Dep. Exhibit 130 | |
| 36 | SAP Business One Quick reference Guide | Dep. Exhibit 131 | |

| 37 | SAP Business Partner Coop Marketing Guide | Dep. Exhibit 134 | |
| 38 | Barnea 1/25/06 Email | Dep. Exhibit 141 | |
| 39 | Lowery 3/15/07 Email | Dep. Exhibit 147 | |
| 40 | Kraus 4/16/07 Email | Dep. Exhibit 157 | |
| 41 | Mehnert-Meland 4/17/07 Email | Dep. Exhibit 158 | |
| 42 | Ashley 4/17/07 Email | Dep. Exhibit 159 | |
| 43 | Weiss 4/18/07 Email | Dep. Exhibit 160 | |
| 44 | Kraus 6/13/07 Email | Dep. Exhibit 161 | |
| 45 | Neveux 6/18/07 Email | Dep. Exhibit 162 | |
| 46 | Kraus 9/26/07 Email | Dep. Exhibit 163 | |
| 47 | Ashley 12/29/11 Email | Dep. Exhibit 173 | |
| 48 | Ashley 1/3/12 Email | Dep. Exhibit 174 | |
| 49 | Ashley 1/2/06 Memo | Dep. Exhibit 177 | |
| 50 | Ashley 2/10/06 Email | Dep. Exhibit 178 | |
| 51 | Ziv 4/25/07 Email | Dep. Exhibit 247 | |
| 52 | Kraus 3/13/07 Email | Dep. Exhibit 253 | |

| 53 | Sotnick 9/24/07 Email | Dep. Exhibit 259 | |
| 54 | Sotnick 10/31/07 Email | Dep. Exhibit 262 | |
| 55 | Kraus 10/1/07 Email | Dep. Exhibit 267 | |
| 56 | Lowery 2/7/06 Email | Dep. Exhibit 292 | |
| 57 | Lowery 3/3/06 Email | Dep. Exhibit 294 | |
| 58 | Guagenti 3/13/06 Email | Dep. Exhibit 306 | |
| 59 | SAP Business One Brief | Dep. Exhibit 314 | |
| 60 | Boessmann 4/24/07 Email | Dep. Exhibit 402 | |
| 61 | SAP Partner Branding Guide | Dep. Exhibit 425 | |
| 62 | Killingsworth 10/22/07 Email | Dep. Exhibit 426 | |
| 63 | "Run With SAP Business One" | Dep. Exhibit 428 | |
| 64 | Killingsworth 4/26/07 Email | Dep. Exhibit 431 | |
| 65 | Shamia 9/29/05 Email | Dep. Exhibit 432 | |
| 66 | SAP Business One-Opportunity Qualification Tool | Dep. Exhibit 435 | |
| 67 | Opportunity Qualification Tool Advanced Topics | Dep. Exhibit 436 | |
| 68 | Kraus 5/21/07 Email | Dep. Exhibit 438 | |

| 69 | Boessmann 5/22/07 Email | Dep. Exhibit 439 | |
| 70 | Woodrum 6/8/07 Email | Dep. Exhibit 441 | |
| 71 | Lacko 9/28/07 Email | Dep. Exhibit 444 | |
| 72 | Fuerst 9/27/07 Email | Dep. Exhibit 446 | |
| 73 | US Customer Visits and Partner Event August, 2005 | Dep. Exhibit 448 | |
| 74 | SAP Business One SDK Performance Results | Dep. Exhibit 450 | |
| 75 | SAP Business One Sizing Guide | Dep. Exhibit 453 | |
| 76 | Killingsworth 3/25/08 Email | Dep. Exhibit 457 | |
| 77 | Press Fact Sheet Oct. 2003 | Dep. Exhibit 34 | |
| 78 | Lowery 11/2/03 Email | Dep. Exhibit 40 | |
| 79 | Woodrum 1/12/07 Email | Dep. Exhibit 55 | |
| 80 | Table of B1 Sales | Dep. Exhibit 75 | |
| 81 | Lowery 9/16/07 Email | Dep. Exhibit 102 | |
| 82 | Lowery 11/8/07 Email | Dep. Exhibit 108 | |
| 83 | Kraus 1/31/06 Email | Dep. Exhibit 118 | |
| 84 | Notes Sept. 13-14, 2004 | Dep. Exhibit 127 | |

| 85 | Myrick 3/14/06 Email | Dep. Exhibit 143 | |
| 86 | Ashley 4/16/07 Email | Dep. Exhibit 180 | |
| 87 | Woodrum 5/24/05 Email | Dep. Exhibit 215 | |
| 88 | Bilas 3/14/06 Notes | Dep. Exhibit 217 | |
| 89 | Woodrum 12/22/06 Email | Dep. Exhibit 227 | |
| 90 | Development Agreement | Dep. Exhibit 291 | |
| 91 | Reidl 5/19/05 Email | Dep. Exhibit 297 | |
| 92 | SAP-LSi Software Marketing and Distribution Agreement | Dep. Exhibit 30 | |
| 93 | Hodell Financial Statements Years Ended 2010 and 2009 | | HODL030667-HODL030681 |
| 94 | Hodell Consolidated Financial Information | Dep. Exhibit 24 | HODL032391-HODL032399 |
| 95 | PCBC Asset Purchase Agreement and Documentation | | HODL032366, HODL032253, HODL032254-032304 |
| 96 | Pinnacle Capital Top Ten Deals of the Year | | HODL040692-HODL040703; HODL040710-HODL040729 |
| 97 | Hodell Financial Statements for the Years Ended 2006 and 2007 | | HODL030622-HODL030636 |
| 98 | Hodell Financial Statements for the Years Ended 2007 and 2008 | | HODL030637-HODL030651 |

| 99 | Hodell Financial Statements for the Years Ended 2008 and 2009 | | HODL030652-HODL030666 |
|---|---|---|---|
| 100 | Compendium of Hodell Expenses Related to SAP Business One Costs | | *See* attached Exhibit A: Kennedy Report Schedule 8; HODL040000-HODL040401 |
| 101 | Compendium of all documents provided to and reviewed by Dr. G. William Kennedy as identified on the attached Exhibit B. | | |
| 102 | SAP Business One 2004C Release notes published May 2005 | | |
| 103 | SAP Business One 2007A Release Notes September 2006 | | |
| 104 | SAP Business One Statement of Direction January 2009 | | |
| 105 | SAP Business One Statement of Direction 2007, November 2006, version 2.0 released March 29, 2006 | | |
| 106 | Presentation by Andreas Wolfinger, SAP AG, Vice President Head of Global Product Management June 2012 | | |
| 107 | Presentation by Torsten Hopmeier, CIO Weidmüller dated March 2, 2006 "Business One – Entscheidungskriterien und Praxiserfahrungen" | | |
| 108 | Computer World Article available at http://www.computerwoche.de/a/weidmueller-laesst-saps-business-one- einfuehren,554731 | | |
| 109 | November 2, 1005 SAP Business One 2005 Article | Dep. Exhibit 5 | |
| 110 | Otto Reidl notes dated October 14, 2004 | Dep. Exhibit 8 | |

| 111 | SAP Market Strategy Article | Dep. Exhibit 14 | |
| 112 | Otto Reidl notes dated April 17, 2007 | Dep. Exhibit 18 | |
| 113 | Otto Reidl notes dated May 11, 2007 | Dep. Exhibit 19 | |
| 114 | Email chain beginning with Sotnick email dated November 16, 2007 | Dep. Exhibit 21 | |
| 115 | Notes of January 11, 2008 conference call | Dep. Exhibit 22 | |
| 116 | "SAP B1 Effect on Productivity" | Dep. Exhibit 25 | |
| 117 | LSi Answer to First Amended Complaint | Dep. Exhibit 27 | |
| 118 | LSi Defendants' Answers to SAP Discovery Requests | Dep. Exhibit 28 | |
| 119 | LSi SAP PartnerEdge Channel Agreement | Dep. Exhibit 31 | |
| 120 | SAP Business One Software Development License Kit | Dep. Exhibit 32 | |
| 121 | SAP Business One Press Fact Sheet October 2003 | Dep. Exhibit 34 | |
| 122 | SAP Business One Partner Brief June 2004 | Dep. Exhibit 35 | |
| 123 | SAP Business One Solution Brief | Dep. Exhibit 36 | |
| 124 | SAP Business One informational bulletin | Dep. Exhibit 37 | |
| 125 | Compendium of SAP Annual Reports (2004 to present) | | |
| 126 | SAP Business One Solution Brief (Exhibit A to First Amended Complaint) | | |

| 127 | Devereaux 10/1/03 with American Express Edition Attachment (Exhibit B to First Amended Complaint) | | |
|-----|---------------------------------------------------------------------------------------------------|---|---|
| 128 | SAP Business One Whitepaper (Exhibit C to First Amended Complaint) | | |
| 129 | 12/20/04 Purchase Order and Invoice (Exhibits E and F to First Amended Complaint) | | |
| 130 | SAP B1 Procedure Manual dated October 2006. | | |
| 131 | Email string beginning with J. Woodrum 12-11-06 | Dep. Exhibit 54 | |
| 132 | Email string beginning with K. Reidl 3-8-07 | Dep. Exhibit 59 | |
| 133 | Email string with attachment 9-19-07 | Dep. Exhibit 61 | |
| 134 | Email string beginning with J. Woodrum 3-15-07 | Dep. Exhibit 64 | |
| 135 | Email string with attachment beginning with K. Reidl 3-20-07 | Dep. Exhibit 65 | |
| 136 | SAP maintenance schedule and software license agreement | Dep. Exhibit 252 | |
| 137 | Email string beginning with Daniel Ferenci starting 3-16-07 | Dep. Exhibit 429 | |
| 138 | SAP performance requirements definition document | Dep. Exhibit 244 | |
| 139 | Email string beginning with Jon Woodrum's forward starting on 5-22-07 | Dep. Exhibit 440 | |
| 140 | Email string beginning with Lowery starting on 9-4-07 | Dep. Exhibit 443 | |
| 141 | Email string beginning with J. Woodrum 4-12-07 | Dep. Exhibit 68 | |

| 142 | LSI customer spreadsheet | Dep. Exhibit 72 | |
| 143 | Email string beginning with J. Woodrum 4-16-07 | Dep. Exhibit 76 | |
| 144 | Email string beginning with Lowery 4-12-07 | Dep. Exhibit 78 | |
| 145 | Email string beginning with Guagenti 3-13-06 | Dep. Exhibit 80 | |
| 146 | Email string beginning with O. Reidl 4-25-07 | Dep. Exhibit 82 | |
| 147 | Email string beginning with K. Reidl 4-25-07 | Dep. Exhibit 84 | |
| 148 | Email from Lowery 4-25-07 | Dep. Exhibit 85 | |
| 149 | Email from Lowery 4-26-07 | Dep. Exhibit 86 | |
| 150 | Email string beginning with Lowery 5-22-07 | Dep. Exhibit 88 | |
| 151 | Email string beginning with Kraus 7-2-07 | Dep. Exhibit 91 | |
| 152 | Email string beginning with Lowery 8-3-07 | Dep. Exhibit 94 | |
| 153 | Email string beginning with D. Lacko 8-8-07 | Dep. Exhibit 95 | |
| 154 | Email from Lowery 9-5-07 | Dep. Exhibit 96 | |
| 155 | Email string beginning with Lowery 9-5-07 | Dep. Exhibit 98 | |
| 156 | Email string beginning with Lowery 9-7-07 | Dep. Exhibit 99 | |
| 157 | Email from Dan Lowery 9-14-07 | Dep. Exhibit 100 | |

| 158 | Email string beginning with M. Sotnick 9-20-07 | Dep. Exhibit 105 | |
| 159 | Email string beginning with Lowery 9-21-07 | Dep. Exhibit 106 | |
| 160 | Email with attachment from Lowery 9-16-07 | Dep. Exhibit 110 | |
| 161 | Email from Lowery 9-26-08 | Dep. Exhibit 115 | |
| 162 | Email string beginning with Killingsworth 10-9-07 | Dep. Exhibit 445 | |
| 163 | Email string beginning with Gillespie 12-10-07 | Dep. Exhibit 447 | |
| 164 | SAP messages service – test description | Dep. Exhibit 449 | |
| 165 | SAP Business One SDK performance results | Dep. Exhibit 450 | |
| 166 | SAP performance report 2005-SPI Vs 2005 | Dep. Exhibit 451 | |
| 167 | Email string beginning with Dan Lowery 5-11-07 | Dep. Exhibit 455 | |
| 168 | Email string between Daniel Kraus and Naama Aharoni starting 6-6-07 | Dep. Exhibit 454 | |
| 169 | Email string beginning with Ovadia 4-9-07 | Dep. Exhibit 458 | |
| 170 | Email string beginning with Killingsworth 11-1-07 | Dep. Exhibit 460 | |
| 171 | Email string beginning with Gillespie 1-14-08 with attachment SAP Business One best practice system setup and sizing | Dep. Exhibit 461 | |
| 172 | Email string beginning with Kevin Reidl 5-8-00 | Dep. Exhibit 266 | |

| | | | |
|---|---|---|---|
| 173 | Notice of Videotape Deposition of Defendants SAP America, Inc. and SAP A.G. | Dep. Exhibit 281 | |
| 174 | Email string beginning with Kratus 3-16-07 | Dep. Exhibit 254 | |
| 175 | Email string with attachment beginning with T. Singleton 10-8-08 | Dep. Exhibit 116 | |
| 176 | SAP Business One sizing guide | Dep. Exhibit 122 | |
| 177 | Sizing Dell PowerEdge servers for SAP Business One | Dep. Exhibit 125 | |
| 178 | SAP Business One – standard configurations version 6.5 | Dep. Exhibit 126 | |
| 179 | Letter to Dan Lowery 8-1-05 | Dep. Exhibit 128 | |
| 180 | Memo regarding Hodell's Business One implementation | Dep. Exhibit 132 | |
| 181 | Email string beginning with J. Woodrum 4-16-07 | Dep. Exhibit 156 | |
| 182 | Email string beginning with S. Fuerst 10-10-07 | Dep. Exhibit 164 | |
| 183 | Email from E. Neveux 10-17-07 | Dep. Exhibit 166 | |
| 184 | Email string beginning with E. Neveux 10-17-07 | Dep. Exhibit 168 | |
| 185 | Email string beginning with P. Killingsworth 10-11-07 | Dep. Exhibit 169 | |
| 186 | B1 product direction 2005 and roadmap February 2005 | Dep. Exhibit 171 | |
| 187 | Email from G. Ashley with attachment 1-19-09 | Dep. Exhibit 172 | |
| 188 | Email string beginning with G. Ashley 12-22-05 | Dep. Exhibit 176 | |

| 189 | Email from Lowery 10-25-06 | Dep. Exhibit 52 | |
| 190 | Email string beginning with Van Leeuwen 2-9-06 | Dep. Exhibit 50 | |
| 191 | First Amended Complaint with Exhibits | Dep. Exhibit 3 | |
| 192 | Email string beginning with P. Killingsworth 9-13-07 | Dep. Exhibit 42 | |
| 193 | Email string beginning with O. Reidl 12-28-04 | Dep. Exhibit 44 | |
| 194 | Hodell purchase order from IBIS 12-20-04 | Dep. Exhibit 45 | |
| 195 | Invoice from IBIS 12-20-04 | Dep. Exhibit 46 | |
| 196 | Email string beginning with Lowery 7-21-05 | Dep. Exhibit 49 | |
| 197 | Email string beginning with T. Steffner 6-1-06 | Dep. Exhibit 51 | |
| 198 | SAP In-Flight development and Hodell-Natco implementation 3-16-06 | Dep. Exhibit 121 | |
| 199 | Power Point beginning with Dan Carr, CDI | Dep. Exhibit 175 | |
| 200 | Email from Paul Killingsworth 10-25-07 | Dep. Exhibit 284 | |
| 201 | Email string beginning with Killingsworth with attached license spreadsheet 9-13-07 | Dep. Exhibit 258 | |
| 202 | Email string beginning with Killingsworth 4-10-07 | Dep. Exhibit 403 | |
| 203 | Email string beginning with Lowery 2-27-06 | Dep. Exhibit 293 | |
| 204 | Email attachment from Dal Van Leeuwen – SAP Business One – In Flight Enterprise | Dep. Exhibit 296 | |

| | | | |
|---|---|---|---|
| | Development Map | | |
| 205 | Email string beginning with Woodrum 4-3-07 | Dep. Exhibit 206 | |
| 206 | Email string beginning with Elliott 3-16-07 | Dep. Exhibit 203 | |
| 207 | Email string beginning with Brian Jamieson 3-7-07 | Dep. Exhibit 182 | |
| 208 | Email from Rodion Pronin 3-13-07 | Dep. Exhibit 183 | |
| 209 | Email string beginning with Rodion Pronin 3-13-07 | Dep. Exhibit 184 | |
| 210 | Email string beginning with Lowery 3-13-07 | Dep. Exhibit 185 | |
| 211 | Email string beginning with Woodrum 3-12-07 | Dep. Exhibit 186 | |
| 212 | Email string with top from D. Boessmann 3-16-07 | Dep. Exhibit 254 | |
| 213 | Email string with top from M. Sotnick 4-16-07 | Dep. Exhibit 255 | |
| 214 | Email string with top from M. Sotnick 10-1-07 | Dep. Exhibit 261 | |
| 215 | Email string with top from S. Fuerst 11-2-07 | Dep. Exhibit 263 | |
| 216 | Email string with top from R. Woodson 12-4-07 | Dep. Exhibit 264 | |
| 217 | Email string with top from M. Sotnick 1-10-08 | Dep. Exhibit 265 | |
| 218 | Email string with top from P. Killingsworth 5-20-08 | Dep. Exhibit 266 | |
| 219 | SAP Business One software marketing and distribution agreement | Dep. Exhibit 30 | |

15

| 220 | SAP Business One 'Sweet Spot' overview for partners | Dep. Exhibit 240 | |
| 221 | Email from Gilad Gruber 4-18-05 | Dep. Exhibit 241 | |
| 222 | Power Point titled 'Update on B1 Business Cases' | Dep. Exhibit 242 | |
| 223 | Power Point titled 'SAP Business One 2006 Plan' 12-13-05 | Dep. Exhibit 243 | |
| 224 | Power Point titled 'B1 Performance requirements document version 1.0' 1-4-06 | Dep. Exhibit 244 | |
| 225 | Email from Kraus 4-13-07 | Dep. Exhibit 245 | |
| 226 | Email from G. Ashley 4-16-07 | Dep. Exhibit 246 | |
| 227 | Power Point titled 'Quality Gate, planning to development' 1-12-06 | Dep. Exhibit 248 | |
| 228 | Power Point titled 'Moving B1 Forward' 3-17-06 | Dep. Exhibit 250 | |
| 229 | Email from Gadi Shamia 3-13-06 | Dep. Exhibit 251 | |
| 230 | Dale VanLeeuwen subpoena for deposition | Dep. Exhibit 290 | |
| 231 | Email string beginning with Eric Johnson 3-16-07 | Dep. Exhibit 187 | |
| 232 | Email string beginning with Lowery (forward of msg. sent 4-11-07 to Udi)  4-12-07 | Dep. Exhibit 188 | |
| 233 | Email string beginning with Lorenzo Zecca 4-16-07 | Dep. Exhibit 189 | |
| 234 | Email from Anatoliy Boyko to Rodion Pronin and Ross Elliot dated 4-26-07 | Dep. Exhibit 191 | |
| 235 | Email string between Dan Lowery and Ross Elliott 5-27-07 | Dep. Exhibit 193 | |

| 236 | SAP Partner Edge Opportunity Qualification Tool | Exhibit 400 | |
| 237 | 2003 SAP Annual Report | Dep. Exhibit 400 | |
| 238 | 2004 SAP Annual Report | Dep. Exhibit 421 | |
| 239 | 2005 SAP Annual Report | Dep. Exhibit 422 | |
| 240 | 2006 SAP Annual Report | Dep. Exhibit 423 | |
| 241 | 2007 SAP Annual Report | Dep. Exhibit 424 | |
| 242 | Killingsworth email to Sotnick 1/10/08 | Dep. Exhibit 456 | |
| 243 | Email string with 7/6/07 email from Lowery to Woodrum | Dep. Exhibit 152 | |
| 244 | SAP Business One Order Entry Form | Dep. Exhibit 138 | |
| 245 | 12/20/05 IBIS Invoice | Dep. Exhibit 155 | |
| 246 | Killingsworth to Sotnick email chain dated Oct. 29, 2007 | Dep. Exhibit 427 | |
| 247 | Killingsworth/Boessmann email chain dated March 23, 2007 | Dep. Exhibit 429 | |
| 248 | SAP Business One Bullet Points | Dep. Exhibit 434 | |
| 249 | Killingsworth email to K. Reidl dated May 14, 2007 | Dep. Exhibit 437 | |
| 250 | Barnea/Weis email dated July 8, 2007 | Dep. Exhibit 442 | |
| 251 | Sotnick/Kraus/Killingsworth Emails dated Sept. 4, 2007 | Dep. Exhibit 443 | |

| 252 | SAP Testing Observations | Dep. Exhibit 452 | |
| 253 | Summary of Hodell P21 Expenditures While on Business One | | Beg. Bates No. HODL01388 |
| 254 | Chart of SAP Business One Implementation Costs | | Beg. Bates No. HODL01400 |
| 255 | Chart of Hodell Expenditures for P21 System | | Beg Bates No. HODL01451 |
| 256 | O. Reidl Phone Call Notes with Dale Van Leeuwen Sept. 6, 2007 | | HODL00088 |
| 257 | Reidl January 2, 2007 email re Stress Tests | Dep. Exhibit 299 | |
| 258 | Reidl January 5, 2007 email re SAP Business Process Testing | Dep. Exhibit 300 | |
| 259 | Winn January 5, 2007 email re Stress Testing | Dep. Exhibit 301 | |
| 260 | SAP B1 Five Year Payback | | HODL040730-HODL040731 |
| 261 | Hodell Reviewed Financial Statements 1998-2010 | | |
| 262 | Hodell Monthly Income Statements 2002-2009 | | |
| 263 | PCBC Tax Returns 2004-2008 | | HODL032305-HODL032360 |
| 264 | PCBC Financial Statement Comparatives | | HODL032361-HODL032366 |
| 265 | PCBC Income History | | HODL032367 |
| 266 | Hodell-Natco Acquisition Impact on Net Sales and Income | | HODL032371-HODL032376 |

| 267 | Hodell IT Cost Spreadsheet | | HODL032377 |
|---|---|---|---|
| 268 | Hodell Booking and Sales Charts with Supporting Data | | HODL032401-HODL032451 |
| 269 | Charts and Spreadsheet of Hodell Sales With and Without Acquisitions with Supporting Data | | HODL032452-HODL032484 |
| 270 | E-mail, 12/9/07, to Jon Woodrum from Dan Lowery | Dep. Exhibit 218 | |
| 271 | E-mail, 12/28/07, to Killingsworth | Dep. Exhibit 219 | |
| 272 | E-Mail, 4/17/2007 from Ashley to Boessmann, others | Dep. Exhibit 151 | |
| 273 | E-mail, 2/22/08, from Jon Woodrum to Dan Lowery | Dep. Exhibit 221 | |
| 274 | E-mail chain, 11/26/05, from Jon Woodrum to Kevin Reidl | Dep. Exhibit 226 | |
| 275 | E-mail, 1/17/07, from Jon Woodrum to Kevin Reidl and others | Dep. Exhibit 228 | |
| 276 | E-mail, 3/27/07, from Jon Woodrum to Paul Killingsworth and others | Dep. Exhibit 229 | |
| 277 | Elliot email to Krantz and others, 4/25/07 | Dep. Exhibit 190 | |
| 278 | Elliot email to Krenke and others, 5/22/07 | Dep. Exhibit 192 | |
| 279 | "Building Winning Solution with ISV Solutions" | Dep. Exhibit 401 | |
| 280 | All documents relied upon by Dr. G. William Kennedy as identified in his Expert Report | | |
| 281 | All documents relied upon by Helmuth Guembel as identified in his Expert Report | | |

| | | | |
|---|---|---|---|
| 282 | Discovery responses (Interrogatories, Requests for Admission and Requests for Production of Documents) provided by Defendants SAP America, Inc. and SAP AG | | |
| 283 | Discovery responses (Interrogatories, Requests for Admission and Requests for Production of Documents) provided by Defendants LSi-Lowery Systems, Inc. and the IBIS Group, Inc. | | |
| 284 | Discovery responses (Interrogatories, Requests for Admission and Requests for Production of Documents) provided by Plaintiff Hodell-Natco Industries, Inc. | | |
| 285 | All documents provided to and relied upon by the SAP Defendants' Expert witnesses | | |
| 286 | All financial records and documentation pertaining to Hodell-Natco Industries, Inc. produced by Plaintiff | | |
| 287 | All spreadsheets relating to Plaintiff's damages previously produced and, to the extent necessary, all underlying financial records relating to such spreadsheets | | |
| 288 | All documents produced pursuant to subpoena by Accellos (including ACC0001 to ACC000422) | | |
| 289 | To the extent necessary, any and all documents produced by Defendants SAP America, Inc. and SAP AG in discovery | | |
| 290 | To the extent necessary, any and all documents produced by Defendants LSi-Lowery Systems, Inc. and the IBIS Group, Inc. in discovery | | |
| 291 | To the extent necessary, any and all documents produced by Plaintiff Hodell-Natco Industries, Inc. in discovery | | |

| 292 | Expert Report of Dr. G. William Kennedy and supporting exhibits and schedules | | |
|-----|-------------------------------------------------------------------------------|--|--|
| 293 | Expert Report of Helmuth Guembel and supporting exhibits and schedules | | |

Plaintiff reserves the right to amend this Exhibit List prior to the commencement of trial.

Respectfully submitted,

/s/ P. Wesley Lambert
JAMES F. KOEHLER (0007904)
jkoehler@koehlerneal.com
TIMOTHY J. FITZGERALD (0042734)
tfitzgerald@koehlerneal.com
P. WESLEY LAMBERT (0076961)
wlambert@koehlerneal.com
KOEHLER NEAL LLC
3330 Erieview Tower, 1301 East 9th Street
Cleveland, Ohio 44114
(216) 539-9370
(216) 916-4369   (*facsimile*)
*Attorneys for Plaintiff Hodell-Natco Industries, Inc.*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 24th day of September, 2014, a copy of the foregoing was filed electronically using the Court's electronic filing system.  Parties may access the document through the Court's electronic filing system.

*/s/* P. Wesley Lambert
P. WESLEY LAMBERT (0076961)
