Hodell-Natco Industries, Inc., vs. SAP America, Inc., SAP AG, LSi-Lowery Systems, Inc., and The IBIS Group, Inc.    Schedule 8

List of SAP Business One Costs

**EXHIBIT A TO PLAINTIFF'S EXHIBIT LIST**

| Bates Start | Date | Cost | Year |
|---|---|---|---|
| HODL040000 | 12/21/2004 | 60,000.00 | -3 |
| HODL040002 | 5/20/2005 | 60,000.00 | -2 |
| HODL040004 | 11/10/2005 | 60,000.00 | -2 |
| HODL040006 | 12/21/2005 | 97,500.00 | -2 |
| HODL040009 | 1/30/2006 | 37,500.00 | -1 |
| HODL040011 | 6/20/2006 | 1,200.00 | -1 |
| HODL040014 | 6/20/2006 | 51,000.00 | -1 |
| HODL040016 | 7/20/2006 | 11,550.00 | -1 |
| HODL040026 | 7/31/2006 | 1,468.16 | -1 |
| HODL040030 | 8/10/2006 | 6,084.31 | -1 |
| HODL040033 | 8/31/2006 | 5,623.92 | -1 |
| HODL040037 | 9/11/2006 | 225.00 | -1 |
| HODL040040 | 9/29/2006 | 3,666.10 | -1 |
| HODL040044 | 10/30/2006 | 15,049.20 | -1 |
| HODL040059 | 11/10/2006 | 5,112.46 | -1 |
| HODL040064 | 11/20/2006 | 6,525.00 | -1 |
| HODL040067 | 11/30/2006 | 10,451.78 | -1 |
| HODL040072 | 12/15/2006 | 37,158.21 | -1 |
| HODL040088 | 12/29/2006 | 17,746.85 | -1 |
| HODL040105 | 1/15/2007 | 14,812.50 | 0 |
| HODL040117 | 1/31/2007 | 8,387.24 | 0 |
| HODL040123 | 2/9/2007 | 1,396.45 | 0 |
| HODL040126 | 2/20/2007 | 3,825.00 | 0 |
| HODL040136 | 2/19/2007 | 75,000.00 | 0 |
| HODL040139 | 2/28/2007 | 27,000.00 | 0 |
| HODL040141 | 3/9/2007 | 11,125.00 | 0 |
| HODL040148 | 4/24/2007 | 34,457.89 | 0 |
| HODL040174 | 4/30/2007 | 53,794.50 | 0 |
| HODL040189 | 5/10/2007 | 1,350.00 | 0 |
| HODL040191 | 5/21/2007 | 225.00 | 0 |
| HODL040197 | 5/30/2007 | 37.50 | 0 |
| HODL040200 | 6/11/2007 | 13,183.19 | 0 |
| HODL040214 | 6/20/2007 | 3,646.35 | 0 |
| HODL040223 | 6/29/2007 | 262.50 | 0 |
| HODL040226 | 7/10/2007 | 970.00 | 0 |
| HODL040232 | 7/20/2007 | 1,575.00 | 0 |
| HODL040241 | 7/31/2007 | 2,147.50 | 0 |
| HODL040256 | 8/10/2007 | 637.50 | 0 |
| HODL040260 | 8/20/2007 | 2,437.50 | 0 |
| HODL040265 | 8/31/2007 | 3,037.50 | 0 |
| HODL040277 | 9/20/2007 | 6,758.10 | 0 |
| HODL040282 | 9/28/2007 | 975.00 | 0 |
| HODL040286 | 10/19/2007 | 262.50 | 0 |
| HODL040290 | 10/31/2007 | 712.50 | 0 |

List of SAP Business One Costs

| | | | |
|---|---|---|---|
| HODL040296 | 11/9/2007 | 750.00 | 0 |
| HODL040299 | 11/30/2007 | 14,352.91 | 0 |
| HODL040309 | 12/10/2007 | 10,037.50 | 0 |
| HODL040313 | 12/27/2007 | 637.50 | 0 |
| HODL040318 | 1/10/2008 | 225.00 | 1 |
| HODL040321 | 1/21/2008 | 2,475.00 | 1 |
| HODL040327 | 1/31/2008 | 150.00 | 1 |
| HODL040330 | 2/11/2008 | 1,050.00 | 1 |
| HODL040337 | 2/20/2008 | 2,887.50 | 1 |
| HODL040347 | 3/10/2008 | 412.50 | 1 |
| HODL040350 | 3/20/2008 | 525.00 | 1 |
| HODL040355 | 4/10/2008 | 1,500.00 | 1 |
| HODL040359 | 4/21/2008 | 1,040.00 | 1 |
| HODL040365 | 4/30/2008 | 280.00 | 1 |
| HODL040368 | 5/12/2008 | 27,560.00 | 1 |
| HODL040374 | 5/20/2008 | 680.00 | 1 |
| HODL040377 | 5/30/2008 | 320.00 | 1 |
| HODL040382 | 6/30/2008 | 80.00 | 1 |
| HODL040384 | 7/21/2008 | 360.00 | 1 |
| HODL040391 | 8/20/2008 | 120.00 | 1 |
| HODL040394 | 9/10/2008 | 1,080.00 | 1 |
| HODL040397 | 10/10/2008 | 40.00 | 1 |
| HODL040400 | 9/19/2008 | 10,000.00 | 1 |

**TOTAL Cash Outflow** $ 832,440.12

Note:
1 "Cost" measures the cost, as given by the summary invoice with the noted Bates #