# EXHIBIT B TO PLAINTIFF'S EXHIBIT LIST

| Exhibit 2: Documents Received | | |
|---|---|---|
| *Starting Bates Number* | *Pages* | *Description* |
| HODL030385.pdf | 1 | Acquisition of Assembly Fasteners, Incorporated By Hodell-Natco Industries, Inc. on August 6, 2001 [Title Page] |
| HODL030386.pdf | 1 | Acquisition of Assembly Fasteners, Incorporated By Hodell-Natco Industries, Inc. on August 6, 2001 [Title Page] |
| HODL030387.pdf | 2 | Acquisition of Assembly Fasteners, Incorporated By Hodell-Natco Industries, Inc. on August 6, 2001 [Table of Contents] |
| HODL030389.pdf | 1 | Section A [Blank page] |
| HODL030390.pdf | 8 | Asset Purchase Agreement between Hodell-Natco and AFI Acquisition as of August 6, 2001 |
| HODL030398.pdf | 1 | Section B [Blank page] |
| HODL030399.pdf | 9 | Employment Agreement between Hodell-Natco and Gwen Herron [undated] |
| HODL030408.pdf | 1 | Section C [Blank page] |
| HODL030409.pdf | 6 | Voluntary Repossession Agreement by Assembly Fasteners Incorporated as of August 2, 2001 |
| HODL030415.pdf | 1 | Section D [Blank page] |
| HODL030416.pdf | 26 | Building Lease between Alex Marinin and Marie Marinin and Hodell-Natco as of July __, 2001 |
| HODL030442.pdf | 1 | Section E [Blank page] |
| HODL030443.pdf | 1 | Warranty Bill of Sale between AFI Acquisition and Hodell-Natco on August 6, 2001 |
| HODL030444.pdf | 1 | Section F [Blank page] |
| HODL030445.pdf | 1 | Demand Cognovit Note between AFI Acquisition and Hodell-Natco on August 6, 2001 |
| HODL030446.pdf | 13 | Hodell-Natco Industries, Inc. Financial Statements, December 31, 1995 |
| HODL030459.pdf | 13 | Hodell-Natco Industries, Inc. Financial Statements, December 31, 1996 |
| HODL030472.pdf | 1 | Hodell-Natco Industries, Inc. Financial Statements, December 31, 1997 [Cover page only] |
| HODL030473.pdf | 1 | Letter (May 5, 1998) concerning lease of 7825 Hub Parkway building |
| HODL030474.pdf | 2 | Letter (April 17, 1998) concerning audit approval of 1997 financials |
| HODL030476.pdf | 13 | Hodell-Natco Industries, Inc. Financial Statements, December 31, 1997 |
| HODL030489.pdf | 15 | Hodell-Natco Industries, Inc. Financial Statements, December 31, 1998 |
| HODL030504.pdf | 15 | Hodell-Natco Industries, Inc. Financial Statements, December 31, 1999 |
| HODL030519.pdf | 14 | Hodell-Natco Industries, Inc. Financial Statements, December 31, 2000 |
| HODL030533.pdf | 14 | Hodell-Natco Industries, Inc. Financial Statements, December 31, 2001 |
| HODL030547.pdf | 15 | Hodell-Natco Industries, Inc. Financial Statements, December 31, 2002 |
| HODL030562.pdf | 15 | Hodell-Natco Industries, Inc. Financial Statements, December 31, 2003 |
| HODL030577.pdf | 15 | Hodell-Natco Industries, Inc. Financial Statements, December 31, 2004 |
| HODL030592.pdf | 15 | Hodell-Natco Industries, Inc. Financial Statements, December 31, 2005 and 2004 |
| HODL030607.pdf | 15 | Hodell-Natco Industries, Inc. Financial Statements, December 31, 2006 and 2005 |
| HODL030622.pdf | 15 | Hodell-Natco Industries, Inc. Financial Statements, December 31, 2007 and 2006 |
| HODL030637.pdf | 15 | Hodell-Natco Industries, Inc. Financial Statements, December 31, 2008 and 2007 |
| HODL030652.pdf | 15 | Hodell-Natco Industries, Inc. Financial Statements, December 31, 2009 and 2008 |
| HODL030667.pdf | 15 | Hodell-Natco Industries, Inc. Financial Statements, December 31, 2010 and 2009 |
| HODL030682.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 01/31/04 |
| HODL030696.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 02/29/04 |
| HODL030710.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 03/31/04 |
| HODL030724.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 04/30/04 |
| HODL030738.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 05/31/04 |
| HODL030752.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 06/30/04 |
| HODL030766.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 07/31/04 |
| HODL030780.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 08/31/04 |
| HODL030794.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 09/30/04 |
| HODL030808.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 10/31/04 |
| HODL030822.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 11/30/04 |
| HODL030836.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 12/31/04 |
| HODL030850.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 01/31/06 |
| HODL030864.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 02/28/06 |
| HODL030878.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 03/31/06 |
| HODL030892.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 04/30/06 |
| HODL030906.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 05/31/06 |
| HODL030920.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 06/30/06 |
| HODL030934.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 07/31/06 |
| HODL030948.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 08/31/06 |
| HODL030962.pdf | 16 | Statement of Financial Position; Statement of Revenues & Expenditures as of 09/30/06 |
| HODL030978.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 10/31/06 |
| HODL030992.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 11/30/06 |
| HODL031006.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 12/31/06 |
| HODL031020.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 01/31/07 |
| HODL031034.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 02/28/07 |
| HODL031048.pdf | 7 | Balance Sheet; Profit & Loss Statement as of 03/31/07 |
| HODL031055.pdf | 9 | Balance Sheet Comparison; Profit & Loss Statement Comparison as of 04/30/07 |
| HODL031064.pdf | 9 | Balance Sheet Comparison; Profit & Loss Statement Comparison as of 05/31/07 |
| HODL031073.pdf | 9 | Balance Sheet Comparison; Profit & Loss Statement Comparison as of 06/30/07 |
| HODL031082.pdf | 9 | Balance Sheet Comparison; Profit & Loss Statement Comparison as of 07/31/07 |
| HODL031091.pdf | 9 | Balance Sheet Comparison; Profit & Loss Statement Comparison as of 08/31/07 |
| HODL031100.pdf | 9 | Balance Sheet Comparison; Profit & Loss Statement Comparison as of 09/30/07 |
| HODL031109.pdf | 9 | Balance Sheet Comparison; Profit & Loss Statement Comparison as of 10/31/07 |
| HODL031118.pdf | 9 | Balance Sheet Comparison; Profit & Loss Statement Comparison as of 11/30/07 |
| HODL031127.pdf | 9 | Balance Sheet Comparison; Profit & Loss Statement Comparison as of 12/31/07 |
| HODL031136.pdf | 9 | Balance Sheet Comparison; Profit & Loss Statement Comparison as of 01/31/08 |
| HODL031145.pdf | 9 | Balance Sheet Comparison; Profit & Loss Statement Comparison as of 02/29/08 |
| HODL031154.pdf | 9 | Balance Sheet Comparison; Profit & Loss Statement Comparison as of 03/31/08 |
| HODL031163.pdf | 9 | Balance Sheet Comparison; Profit & Loss Statement Comparison as of 04/30/08 |
| HODL031172.pdf | 9 | Balance Sheet Comparison; Profit & Loss Statement Comparison as of 05/31/08 |
| HODL031181.pdf | 9 | Balance Sheet Comparison; Profit & Loss Statement Comparison as of 06/30/08 |
| HODL031190.pdf | 9 | Balance Sheet Comparison; Profit & Loss Statement Comparison as of 07/31/08 |

| File | Pages | Description |
|---|---|---|
| HODL031199.pdf | 9 | Balance Sheet Comparison; Profit & Loss Statement Comparison as of 08/31/08 |
| HODL031208.pdf | 9 | Balance Sheet Comparison; Profit & Loss Statement Comparison as of 09/30/08 |
| HODL031217.pdf | 9 | Balance Sheet Comparison; Profit & Loss Statement Comparison as of 10/31/08 |
| HODL031226.pdf | 9 | Balance Sheet Comparison; Profit & Loss Statement Comparison as of 11/30/08 |
| HODL031235.pdf | 9 | Balance Sheet Comparison; Profit & Loss Statement Comparison as of 12/31/08 |
| HODL 031244.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 01/31/96 |
| HODL 031258.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 02/29/96 |
| HODL 031272.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 03/31/96 |
| HODL 031286.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 04/30/96 |
| HODL 031300.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 05/31/96 |
| HODL 031314.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 06/30/96 |
| HODL 031328.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 07/31/96 |
| HODL 031342.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 08/31/96 |
| HODL 031356.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 09/30/96 |
| HODL 031370.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 10/31/96 |
| HODL 031384.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 11/30/96 |
| HODL 031398.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 12/31/96 |
| HODL 031412.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 01/31/98 |
| HODL 031426.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 02/28/98 |
| HODL 031440.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 03/31/98 |
| HODL 031454.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 04/30/98 |
| HODL 031468.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 05/31/98 |
| HODL 031482.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 06/30/98 |
| HODL 031496.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 07/31/98 |
| HODL 031510.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 08/31/98 |
| HODL 031524.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 09/30/98 |
| HODL 031538.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 10/31/98 |
| HODL 031552.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 11/30/98 |
| HODL 031566.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 12/31/98 |
| HODL 031580.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 01/31/00 |
| HODL 031594.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 02/29/00 |
| HODL 031608.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 03/31/00 |
| HODL 031622.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 04/30/00 |
| HODL 031636.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 05/31/00 |
| HODL 031650.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 06/30/00 |
| HODL 031664.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 07/31/00 |
| HODL 031678.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 08/31/00 |
| HODL 031692.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 09/30/00 |
| HODL 031706.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 10/31/00 |
| HODL 031720.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 11/30/00 |
| HODL 031734.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 12/31/00 |
| HODL 031748.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 01/31/02 |
| HODL 031762.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 02/28/02 |
| HODL 031776.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 03/31/02 |
| HODL 031790.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 04/30/02 |
| HODL 031804.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 05/31/02 |
| HODL 031818.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 06/30/02 |
| HODL 031832.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 07/31/02 |
| HODL 031846.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 08/31/02 |
| HODL 031860.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 09/30/02 |
| HODL 031874.pdf | 14 | Statement of Financial Position; Statement of Revenues & Expenditures as of 10/31/02 |
| HODL 031888.pdf | 16 | Statement of Financial Position; Statement of Revenues & Expenditures as of 11/30/02 |
| HODL 031904.pdf | 12 | Statement of Financial Position; Statement of Revenues & Expenditures as of 12/31/02 |
| HODL 031916.pdf | 10 | Consolidated Summary Financial Statements as of 01/31/10 |
| HODL 031926.pdf | 10 | Consolidated Summary Financial Statements as of 02/28/10 |
| HODL 031936.pdf | 10 | Consolidated Summary Financial Statements as of 03/31/10 |
| HODL 031946.pdf | 10 | Consolidated Summary Financial Statements as of 04/30/10 |
| HODL 031956.pdf | 10 | Consolidated Summary Financial Statements as of 05/31/10 |
| HODL 031966.pdf | 10 | Consolidated Summary Financial Statements as of 06/30/10 |
| HODL 031976.pdf | 10 | Consolidated Summary Financial Statements as of 07/31/10 |
| HODL 031986.pdf | 10 | Consolidated Summary Financial Statements as of 08/31/10 |
| HODL 031996.pdf | 10 | Consolidated Summary Financial Statements as of 09/30/10 |
| HODL 032006.pdf | 10 | Consolidated Summary Financial Statements as of 10/31/10 |
| HODL 032016.pdf | 10 | Consolidated Summary Financial Statements as of 11/30/10 |
| HODL 032026.pdf | 11 | Consolidated Summary Financial Statements as of 12/31/10 |
| HODL 032037.pdf | 10 | Consolidated Summary Financial Statements as of 01/31/11 |
| HODL 032047.pdf | 9 | Consolidated Summary Financial Statements as of 02/28/11 |
| HODL 032056.pdf | 10 | Consolidated Summary Financial Statements as of 03/31/11 |
| HODL 032066.pdf | 10 | Consolidated Summary Financial Statements as of 04/30/11 |
| HODL 032076.pdf | 10 | Consolidated Summary Financial Statements as of 05/31/11 |
| HODL 032086.pdf | 10 | Consolidated Summary Financial Statements as of 06/30/11 |
| HODL 032096.pdf | 10 | Consolidated Summary Financial Statements as of 07/31/11 |
| HODL 032106.pdf | 10 | Consolidated Summary Financial Statements as of 08/31/11 |
| HODL 032116.pdf | 10 | Consolidated Summary Financial Statements as of 09/30/11 |
| HODL 032126.pdf | 1 | HNII Acquisitions Information 1/1997 to 2009 |
| HODL 032127.pdf | 1 | HNII Acquisitions and NCB Loan Officer Information 1/1997 - 2009 |
| HODL 032128.pdf | 1 | Acquisition impact on HNII 1996 to 2006 |
| HODL 032129.pdf | 6 | Statement of Revenues & Expenditures: Summary Statement of Income as of 12/31/2006 |
| HODL 032135.pdf | 3 | Statement of Revenues & Expenditures: Summary Statement of Income as of 12/31/1996 |

| File | Pages | Description |
|---|---|---|
| HODL 032138.pdf | 1 | Pacific Coast Bolt Corporation Comparative Income Statement 2005-2008 p1 |
| HODL 032139.pdf | 1 | Pacific Coast Bolt Corporation Comparative Income Statement 2005-2008 p2 |
| HODL 032140.pdf | 1 | Pacific Coast Bolt Corporation Comparative Income Statement 2005-2008 p3 |
| HODL 032141.pdf | 1 | Pacific Coast Bolt Corporation Balance Sheet Comparatives 2005-2008 p1 |
| HODL 032142.pdf | 1 | Pacific Coast Bolt Corporation Balance Sheet Comparatives 2005-2008 p2 |
| HODL 032143.pdf | 1 | Form 1120S - U.S. Income Tax Return for an S-Corporation -- PCBC 2008 p1 |
| HODL 032144.pdf | 1 | Form 1120S - U.S. Income Tax Return for an S-Corporation -- PCBC 2008 p2 |
| HODL 032145.pdf | 1 | Form 1120S - U.S. Income Tax Return for an S-Corporation -- PCBC 2008 p3 |
| HODL 032146.pdf | 1 | Form 1120S - U.S. Income Tax Return for an S-Corporation -- PCBC 2008 p4 |
| HODL 032147.pdf | 1 | Form 4562 - Depreciation and Amortization -- PCBC 2008 p1 |
| HODL 032148.pdf | 1 | Form 4562 - Depreciation and Amortization -- PCBC 2008 p2 |
| HODL 032149.pdf | 1 | PCBC -- Untitled summary of various expenses (page 8) |
| HODL 032150.pdf | 1 | PCBC -- Untitled summary of various expenses (page 9) |
| HODL 032151.pdf | 1 | PCBC -- Untitled summary of various expenses (page 10) |
| HODL 032152.pdf | 1 | PCBC -- Untitled summary of various expenses (page 11) |
| HODL 032153.pdf | 1 | PCBC -- Untitled summary of various expenses (page 12) |
| HODL 032154.pdf | 5 | Spreadsheet: "Branch of HNII View" |
| HODL 032159.pdf | 1 | Fastener Distribution Company Valuation -- Purchase Price Multiples |
| HODL 032160.pdf | 1 | Pinnacle Capital Corporation Cover Letter to Valuation Report |
| HODL 032161.pdf | 24 | Pinnacle Capital Corporation Valuation Report |
| HODL 032185.pdf | 2 | Exhibit 1.03-1: Asset Purchase Agreement By and Among Armadillo Bolt, Inc.; Don and Mary Dubose; and Hodell-Natco Industries, Inc. |
| HODL 032187.pdf | 1 | Section 1.04: Payment of Purchase Price |
| HODL 032188.pdf | 4 | Cognovit Promissory Note |
| HODL 032192.pdf | 5 | Action Stainless Income Statement and Balance Sheet (9/30/1997) |
| HODL 032197.pdf | 8 | Simon Master & Sidlow Independent Auditors' Report |
| HODL 032205.pdf | 4 | Hodell-Natco Industries, Inc. Authorization to wire transfer $1,395,863 to American National Bank and Trust |
| HODL 032209.pdf | 1 | Exhibit H |
| HODL 032210.pdf | 6 | August 3, 2001 HNII Operning and August 2, 2001 Closing AFI Balance Sheet |
| HODL 032216.pdf | 4 | Summary Management Inquiry, 7/23/01 + Form 1120S for Assembly Fasteners, Inc. (2000) |
| HODL 032220.pdf | 1 | Exhibit 1.03-1: Asset Purchase Agreement By and Among Hodell-Natco Industries, Inc.; J. Richard Sawtell and Sharron Sawtell; Co-Trustees of the Sawtell Family 1989 Trust; Brandon Liebhard and Robert C. Anderson; and Bonanza Nut & Bolt, Inc. |
| HODL 032221.pdf | 6 | Bonanza Nut & Bolt, Inc. Interim Balance Sheet as of January 31, 2002 |
| HODL 032227.pdf | 3 | Final Accounting for WCC |
| HODL 032230.pdf | 3 | May 05, 2003 Irrevocable Documentary Letter of Credit to Willow Investment Company |
| HODL 032233.pdf | 1 | Western Chain Co. Sales for the Period Jan 1, 2002 - Dec 31, 2002 |
| HODL 032234.pdf | 3 | Exhibit 1.03-2: Asset Purchase Agreement By and Among Hodell-Natco Industries, Inc.; Missouri Threaded Products, Inc; and Marc Boguslaw |
| HODL 032237.pdf | 4 | Missouri Bolt and Missouri Alloy Inventory |
| HODL 032241.pdf | 6 | CFSI Asset Purchase; Authorization to Wire Transfer $706,000; 1.03 to 1.05 of H-N Asset Purchase Agreement |
| HODL 032247.pdf | 4 | Construction Fasteners Supply Inc. Income Statement and Balance Sheet (4/30/07) |
| HODL 032253.pdf | 1 | Comments on 1st Draft of Asset Purchase Agreement |
| HODL 032254.pdf | 51 | Track Changes Version of Asset Purchase Agreement. April 30, 2009. |
| HODL 032363.pdf | 3 | PCBC Income Statement 2005 - 2008 |
| HODL 032366.pdf | 1 | PCBC Acquisition Details. |
| HODL 032350.pdf | 11 | PCBC Tax Return 2008 |
| HODL 032391.pdf | 10 | Staffing Info for Productivity Calculation |
| HODL 040692.pdf | 4 | 2008 Fastener Industry Transactions |
| HODL 040696.pdf | 4 | 2009 Fastener Industry Transactions |
| HODL 040700.pdf | 4 | 2010 Fastener Industry Transactions |
| Pages from HODL01386 | 4 | Non-Disclosure and Confidentiality Agreement between Otto Riedl and Leroy Gardner |
| HODL 040710.pdf | 30 | News on Acquisitions and other significant events |
| HODL 040730.pdf | 2 | SAP B1 5-Year Payback. |
| HODL 040000.pdf | 401 | Invoices, checks, and accounts payable documentation documenting SAP Business One licensing and implementation costs |
| HODL 040402.pdf | 289 | Monthly financial statements, FY 2010 through May 2012 |
| N/A |  | Hodell-Natco Industries, Inc. vs. SAP America, Inc., First Amended Complaint, dated April 2009. |
| N/A |  | *Calculating Lost Profits, Practice Aid 06-4*, American Institute of Certified Public Accountants, Business Valuation and Forensic & Litigation Services Section, 2006. |
| N/A |  | Trugman, Gary R. *Understanding Business Valuation*. |
| N/A |  | *Mergerstat Review 2012.* |
| N/A |  | Damoradan, Aswath. *Investment Valuation: Tools and Techniques for Determining the Value of Any Asset.* |
| N/A |  | *Cost of Capital, Applications and Examples,* Fourth Edition, Pratt, Shannon P., and Grabowski, Roger J., 2010. |
| N/A |  | *Valuation, Measuring and Managing the Value of Companies*, Second Edition, Copeland, Tom, Koller, Tim, and Murrin, Jack, |
| N/A |  | International Glossary of Business Valuation Terms, *AICPA Statement on Standards for Valuation Services No. 1.* |