IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>SAP AMERICA, INC., et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 1:08 CV 2755<br><br>JUDGE WELLS |

**TRIAL EXHIBIT LIST OF SAP AMERICA, INC. AND SAP AG**

SAP America, Inc. and SAP AG, through their undersigned counsel, and pursuant to this Court's pretrial order and Fed. R. Civ. P 26(a)(3), hereby identify the exhibits they expect to present at trial if the need arises.  SAP America, Inc. and SAP AG reserve the right to modify this list as needed.

| **Trial Exhibit No.** | **Date** | **Deposition Exhibit No.** | **Description** | **Bates Range** |
|---|---|---|---|---|
| SAP 001 | 01/24/2001 | 195 | Correspondence from O. Reidl to D. Van Leeuwen, D. Jeffries, and K. Kelly | LSI01320353-LSI01320354 |
| SAP 002 | 2002-2009 | 24 | Hodell – Natco Industries Inc. Condensed Income Summary for Calendar Years 2002-2009 | HODL032391-HODL032400 |
| SAP 003 | 2003 | 13 | Customer Successes with SAP Business One:  Solutions for Small and Midsize Businesses | HODL00453-HODL00481 |
| SAP 004 | 07/11/2003 | 311 | Email chain between D. Van Leeuwen and K. Reidl | HODL003314-HODL003315 |
| SAP 005 | 07/24/2003 | 312 | Email chain between O. Reidl, D. Van Leeuwen and K. Reidl | HODL003349-HODL003351 |

| SAP 006 | 12/19/2003 | 30 | SAP Business One Software Marketing and Distribution Agreement | LSI-000016-LSI-000054 |
|---|---|---|---|---|
| SAP 007 | 12/31/2003 | 32 | Limited Term SAP Business One Software Development Kit License (v.2.0) | LSI-000001-LSI-000015 |
| SAP 008 | 02/06/2004 | 17 | Handwritten Notes of Otto Reidl | HODL00729 |
| SAP 009 | 04/02/2004 | 126, 334 | SAP Business One – Standard Configurations for the IBM eserver xSeries platform | N/A |
| SAP 010 | 07/00/2004 | 453 | SAP Business One Sizing Guide | N/A |
| SAP 011 | 08/00/2004 | 122 | SAP Business One Sizing Guide | LSI-009755 |
| SAP 012 | 10/14/2004 | 8 | Handwritten Notes of Otto Reidl | HODL00108 |
| SAP 013 | 10/14/2004 | 9 | Correspondence from D. Van Leeuwen and D. Lowery to O. Reidl and K. Reidl | HODL00109 |
| SAP 014 | 11/01/2004 | 10 | Email from D. Lowery to O. Reidl, K. Reidl, D. Van Leeuwen and J. Woodrum | HODL00161 |
| SAP 015 | 12/24/2004 | 291 | Hodell-Natco Industries, Inc., Inflight Enterprise Development Agreement | N/A |
| SAP 016 | 2005 | 131 | SAP Business One Quick Reference Guide for use by SAP Channel Partners Only | LSI-007049 |
| SAP 017 | 01/17/2005 | 137 | Email chain between D. Kraus, D. Lowery, and D. Van Leeuwen | SAP00000336 |
| SAP 018 | 04/25/2005 | 124 | SAP Business One Statement of Direction Release 2005 | N/A |
| SAP 019 | 05/09/2005 | 214 | Email chain between J. Woodrum, D. Van Leeuwen and D. Lowery | LSI02069474-LSI02069477 |
| SAP 020 | 05/19/2005 | 297 | Email from O. Reidl to D. Van Leeuwen, K. Reidl and D. Lowery attaching Signed 150-day release on SAP Business One Development | LSI01569814-LSI01569816 |

2

| SAP 021 | 08/00/2005 | 448 | US Customer Visits and Partner Event | SAP00024335-SAP00024355 |
|---|---|---|---|---|
| SAP 022 | 09/00/2005 | 450 | SAP Business One SDK Performance Results Solution Management | SAP00024258-SAP00024267 |
| SAP 023 | 10/31/2005 | 12 | Handwritten Notes of Otto Reidl | HODL00174 |
| SAP 024 | 11/01/2005 | 5 | ERP Software: Latest news on ERP software, New SAP Business One 2005 | HODL00494 |
| SAP 025 | 11/03/2005 | 196 | Email chain between A. Poidomani to K. Reidl, et al. | HODL003561-HODL003563 |
| SAP 026 | 12/22/2005 | 138 | SAP Business One Order Entry Forms | SAP00000432-SAP00000433 |
| SAP 027 | 12/23/2005 | 316 | SAP Business One Software License Agreement between SAP America, Inc. and Hodell-Natco Industries | SAP00000434-SAP00000438 |
| SAP 028 | 01/25/2006 | 141 | Email chain between G. Barnea, A. Myrick and M. Weis | LSI01057161-LSI01057166 |
| SAP 029 | 02/27/2006 | 142 | Email chain between D. Lowery, A. Myrick and J. Woodrum, attaching | LSI01057508-LSI01057510 |
| SAP 030 | 03/00/2006 | 129 | Statement of Direction SAP Business One | N/A |
| SAP 031 | 03/03/2006 | 294 | Email chain between D. Lowery, A. Myrick et al. | N/A |
| SAP 032 | 03/03/2006 | 293 | Email chain between D. Lowery, A. Myrick et al. | N/A |
| SAP 033 | 03/13/2006 | 306 | Email chain between J. Guagenti, A. Myrick et al. | LSI01057798 |
| SAP 034 | 03/13/2006 | 308 | Email chain between A. Myrick, J. Guagenti et al. | LSI01057801 |
| SAP 035 | 03/14/2006 | 143 | Email chain between A. Myrick to J. Guagenti | LSI01057845-LSI01057846 |

| SAP 036 | 03/14/2006 | 217 | IBIS In-Flight – SAP Business One Product Add-on Status Meeting | LSI02086786-LSI02086788 |
| SAP 037 | 03/16/2006 | 121 | SAP In-Flight Development and Hodell-Natco Implementation | N/A |
| SAP 038 | 04/25/2006 | 318 | Email chain between J. Woodrum, K. Reidl, et al. | HODL006028-HODL006030 |
| SAP 039 | 05/00/2006 | 125 | A. Arthur, Dell Power Solutions, *Sizing Dell PowerEdge Servers for SAP Business One* (May 2006) | N/A |
| SAP 040 | 07/17/2006 | 119 | Sizing Transaction Volumes | LSI-010069 |
| SAP 041 | 10/14/2006 | 198 | Email from J. Woodrum to R. Elliott | LSI02102107-LSI02102109 |
| SAP 042 | 11/00/2006 | 283 | SAP Statement of Direction:  SAP Business One | |
| SAP 043 | 11/14/2006 | 144 | Email chain between A. Myrick, J. Woodrum, D. Lowery and K. Winn | LSI01070047-LSI01070048 |
| SAP 044 | 11/14/2006 | 145 | Email from J. Woodrum, K. Reidl, D. Lowery, M. Weissman, J. Guagenti, A. Myrick | HODL008081 |
| SAP 045 | 12/11/2006 | 54 | Email chain between K. Reidl, J. Woodrum, D. Lowery et al. | HODL008887-HODL008889 |
| SAP 046 | 12/22/2006 | 227 | Email chain between J. Woodrum, K. Reidl, amyrick@lsistl.com et al. | HODL009060-HODL009060 |
| SAP 047 | 01/02/2007 | 299 | Email chain between K. Reidl, K. Winn et al. | N/A |
| SAP 048 | 01/05/2007 | 301 | Email from K. Winn to All Users | N/A |
| SAP 049 | 01/05/2007 | 300 | Email chain between D. Reidl, K. Reidl, et al. | N/A |
| SAP 050 | 01/12/2007 | 56 | Email chian between K. Reidl, J. Woodrum, D. Lowery, O. Reidl et al. | HODL009497-HODL009499 |

| SAP 051 | 01/16/2007 | 146 | Email chain between K. Reidl, J. Woodrum, D. Lowery and O. Reidl | HODL009651-HODL009653 |
| SAP 052 | 02/01/2007 | 31 | SAP PartnerEdge Channel Agreement VAR between SAP America, Inc. and Lowery Systems, Inc. | LSI-000056-LSI-000119 |
| SAP 053 | 02/05/2007 | 47 | Email from D. Lowery to K. Reidl and J. Woodrum | HODL010078 |
| SAP 054 | 02/16/2007 | 202 | Email chain between D. Lowery, K. Reidl, J. Woodrum and R. Elliott | LSI02110199-LSI02110203 |
| SAP 055 | 04/13/2007 | 68 | Email chain between K. Reidl, J. Woodrum et al. | HODL015419-HODL015421 |
| SAP 056 | 04/16/2007 | 157 | Email chain between R. Mehnert-Meland to D. Kraus, M. Sotnick et al. | SAP00004601 |
| SAP 057 | 04/17/2007 | 151 | Email chain between M. Weis, P. Killingsworth, G. Ashley, et al. | SAP00002279-SAP00002280 |
| SAP 058 | 04/17/2007 | 159 | Email chain between G. Ashley, D. Kraus, D. Boessmann et al. | SAP00004633-SAP00004635 |
| SAP 059 | 04/18/2007 | 160 | Email chain between M. Weis, R. Mehnert-Meland, G. Ashley, et al. | SAP00010143-SAP00010146 |
| SAP 060 | 04/23/2007 | 302 | Email from M. Weissman to J. Woodrum, D. Lowery, et al. | LSI01074120 |
| SAP 061 | 04/25/2007 | 303 | Email from E. Johnson to J. Guagenti, J. Woodrum | LSI01353251-LSI01353253 |
| SAP 062 | 05/14/2007 | 87 | Email from D. Lowery to K. Reidl and O. Reidl | HODL015733 |
| SAP 063 | 05/22/2007 | 320 | Email chain between K. Reidl, J. Woodrum and D. Lowery | LSI02121661-LSI02121663 |
| SAP 064 | 05/22/2007 | 321 | Email chain between K. Reidl, J. Woodrum and D. Lowery | HODL015836-HODL015838 |
| SAP 065 | 06/06/2007 | 89 | Email from P. Killingsworth to K. Reidl, O. Reidl et al. | SAP00002850 |

5

| | | | | |
|---|---|---|---|---|
| SAP 066 | 06/08/2007 | 441 | Email from C. Woodrum to D. Kraus, D. Boessmann et al., attaching document entitled "Areas of SAP Performance Testing" | SAP00015462-SAP00015470 |
| SAP 067 | 09/13/2007 | 258 | Email chain between D. Kraus, R. Seligmann, N. Stenfeldt et al. | SAP00001064 – SAP00001072 |
| SAP 068 | 09/14/2007 | 307 | Email chain between P. Killingsworth, D. Kraus et al. | SAP00011741-SAP00011744 |
| SAP 069 | 09/28/2007 | 260 | Email chain between D. Kraus, N. Stenfeldt et al. | SAP00011834 – SAP00011836 |
| SAP 070 | 10/11/2007 | 165 | Email chain between G. Barnea to E. Neveux, attaching Results and Hodell Site Visit Summary | SAP00005988-SAP00005991 |
| SAP 071 | 10/17/2007 | 167 | Email chain between M. Trinidad Martinez Gea, E. Neveux, G. Bagnoli | SAP00004427, SAP00004429 |
| SAP 072 | 10/17/2007 | 166 | Email from E. Neveux to P. Killingsworth et al. | SAP00003167-SAP00003168 |
| SAP 073 | 10/19/2007 | 168 | Email chain between E. Neveux, G. Bagnoli et al. | SAP00004430-SAP00004433 |
| SAP 074 | 11/01/2007 | 304 | Email chain between E. Johnson, T. Phillips, et al. | LSI02140460-LSI02140462 |
| SAP 075 | 11/02/2007 | 263 | Email chain between S. Fuerst, D. Shah, M. Sotnick et al., attaching Budget Approval Guidelines | SAP00002942 – SAP00002944 |
| SAP 076 | 11/05/2007 | 305 | Email chain between E. Johnson, D. Lowery, J. Guagenti, et al. | LSI01359656-LSI01359660 |
| SAP 077 | 11/06/2007 | 153 | Email from D. Lowery to J. Guagenti, J. Woodrum, Joe@lsichi.com | N/A |
| SAP 078 | 11/16/2007 | 21 | Email chain between M. Sotnick, O. Reidl, K. Reidl, D. Lowery et al. | SAP00002731-SAP00002734 |
| SAP 079 | 12/04/2007 | 264 | Email chain between R. Woodson to M. Sotnick, D. Kraus et al. | SAP00005351 – SAP00005352 |
| SAP | 12/12/2007 | 330 | Email chain between K. Murphy and J. Vislocky | N/A |

6

| | | | | |
|---|---|---|---|---|
| 080 | | | | |
| SAP 081 | 12/13/2007 | 210 | Email chain between A. Boyko, R. Elliott, B. Jamieson et al. | ACC000360-ACC000361 |
| SAP 082 | 12/28/2007 | 113 | Email chain between D. Lowery, M. Sotnic, J. Woodrum et al. | SAP00002829-SAP00002831 |
| SAP 083 | 12/28/2007 | 331 | Email chain between K. Murphy and J. Vislocky | N/A |
| SAP 084 | 01/10/2008 | 265 | Email chain between M. Sotnick and P. Killingsworth | SAP00012912 |
| SAP 085 | 03/03/2008 | 332 | Email from K. Murphy to J. Vislocky | N/A |
| SAP 086 | 03/25/2008 | 457 | Email chain between P. Killingsworth and J. Gillespie | SAP00014307-SAP00014309 |
| SAP 087 | 05/20/2008 | 266 | Email chain between P. Killingsworth, D. Kraus, R. Woodson and C. Mandala | SAP00003324 – SAP00003326 |
| SAP 088 | 06/27/2008 | 317 | Master Customer Agreement: Activant Products and Services with Hodell-Natco Industries, Inc.; Amendment to Master Customer Agreement | HODL039901-HODL039952 |
| SAP 089 | 09/16/2008 | 273 | Email chain between J. Sheldon, M. Lovelace et al. | N/A |
| SAP 090 | 09/19/2008 | 281 | Activant Business Analysis for Hodell-Natco Industries, Inc. | N/A |
| SAP 091 | 05/04/2009 | 278 | Hodell Natco Consulting Application | N/A |
| SAP 092 | 05/06/2009 | 276 | Email from J. Vislocky to T. Phillips, E. Daniels, and K. Reidl. | HODL038362-HODL038363 |
| SAP 093 | 05/22/2009 | 274 | Email chain between J. Sheldon, J. Vislocky and F. Gafford | N/A |
| SAP 094 | 05/22/2009 | 277 | Email chain between J. Snow, K. Reidl, J. Sheldon et al. | N/A |

| SAP 095 | 07/01/2009 | 280 | Email chain between F. Gafford, J. Vislock, J. Sheldon and T. Phillips | N/A |
|---|---|---|---|---|
| SAP 096 | 07/31/2009 | 279 | Hodell-Natco Wholesale Distribution Division Application Consulting Department: Trip Report | N/A |
| SAP 097 | 08/26/2009 | 275 | Email chain between J. Vislocky, J. Sheldon et al. | N/A |
| SAP 098 | 09/25/2009 | 325 | Email chain between K. Reidl, K. Crusco, R. Caldwell and J. Vislocky | HODL03108; HODL03110 |
| SAP 099 | 12/21/2009 | 326 | Email chain between K. Reidl, B. Patton, M. Lovelace et al. | HODL03136-HODL03139 |
| SAP 100 | 01/15/2010 | 327 | Email chain between J. Vislocky and J. Sheldon | N/A |
| SAP 101 | 02/06/2012 | 4 | Pages from www.hodell-natco.com | N/A |
| SAP 102 | N/A | 11 | Required items to purchase and implementation of SAP Business One | HODL00163 |
| SAP 103 | N/A | 120 | Information on Jon Woodrum | N/A |
| SAP 104 | N/A | 130 | Business Co-Innovation | LSI-006991 |
| SAP 105 | N/A | 459 | Spreadsheet of Business One customers | N/A |
| SAP 106 | N/A | N/A | Spreadsheet entitled "B1 Customers Global 50+ users" | 2SAP00000001 |
| SAP 107 | N/A | N/A | Spreadsheet entitled "B1 Customers Global 100+ users" | 2SAP00000002 |
| SAP 108 | 9/13-14/2004 | 127 | Partner Meeting | N/A |

8

        Respectfully submitted,

        /s/ Gregory J. Star
        Gregory J. Star (admitted *pro hac vice*)
        Drinker Biddle & Reath LLP
        One Logan Square, Suite 2000
        Philadelphia, PA 19103-6996
        Telephone:  (215) 988-2700
        Facsimile:  (215) 988-2757
        *Attorney for SAP America, Inc. and SAP AG*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of September 2014 a copy of the foregoing Trial Exhibit List of SAP America, Inc. and SAP AG was filed and served electronically on Hodell-Natco Industries, Inc. via ECF and was sent by First Class Mail to the following parties:

**LSI-Lowery Systems, Inc.**
c/o Timothy K. Kellett
911 Washington Ave., Suite 400
St. Louis, MO 63101

**IBIS Group, Inc**
c/o John T. Grobe
1749 Naperville Road, Suite 203
Wheaton, IL 60187

/s/ Gregory J. Star
Gregory J. Star (admitted *pro hac vice*)