IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>SAP AMERICA, INC., et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 1:08 CV 2755<br><br>JUDGE WELLS |

---

**TRIAL WITNESS LIST OF SAP AMERICA, INC. AND SAP AG**

---

SAP America, Inc. and SAP AG (collectively, "SAP"), through their undersigned counsel and pursuant to this Court's pretrial order and Fed. R. Civ. P. 26(a)(3), hereby identify the witnesses they expect to present and/or call if the need arises.  SAP America, Inc. and SAP AG reserve the right to call as needed on cross-examination any party and any witness listed by the other parties and/or to counter-designate deposition testimony for witnesses identified by the other parties.

A.      Fact Witnesses SAP Expects to Call at Trial

1.   Terry Phillips (former IT Project Manager, Hodell-Natco Industries, Inc.); SAP expects to present Mr. Phillips live at trial; 618 Tuxedo Avenue, Brooklyn Heights, Ohio  4413;

2.   Marcia Weissman (former Implementation Consultant, LSi-Lowery Systems, Inc., The IBIS Group, Inc.); SAP expects to present Ms. Weissman's deposition testimony at trial; 18169 Big Oaks Road, Gages Lake, IL  60030;

3.  Joseph Guagenti (former Technical Service Director & Lead Programmer, LSi-Lowery Systems, Inc.); SAP expects to present Mr. Guagenti's deposition testimony at trial; 1330 Brook Streert, Apt. G, St. Charles, IL  60174;

4.  Edward Neveux (Solution Architect, SAP Business One); SAP expects to present Mr. Neveux live at trial; 29 Groton Drive, Concord New Hampshire  03301;

5.  Dan Kraus (former V.P. SAP Business One); SAP expects to present Mr. Kraus live at trial but reserves the right to present his deposition testimony at trial; 10238 Edgecliff Road, Huntersville, NC  28078;

6.  Geoffrey Ashley  (former Director North Amer. Sales, SAP Business One); SAP expects to present Mr. Ashley live at trial but reserves the right to present his deposition testimony at trial; 11 Ministerial Road, Bedford, NH  03110; (603) 472-3664;

7.  Paul Killingsworth  (Director Solution Experts & Customer Relations, SAP Business One – corporate designee and fact witness); SAP expects to present Mr. Killingsworth live at trial; 5215 N. O'Connor Blvd., Ste. 800 Irving, TX  75039; (972) 375-1163;

8.  Ralf Mehnert-Meland  (former Director Business Development & Director Global ISV Channel, SAP Business One); SAP expects to present Mr. Mehnert-Meland live at trial but reserves the right to present his deposition testimony at trial; 102 Broadway Fargo, ND  58102; (701) 893-2000;

9.  Jay Sheldon (Implementation Project Manager, Epicor Software Solutions); SAP expects to present Mr. Sheldon's deposition testimony at trial; 9100 Shelbyville Road, Ste. 250, Louisville, KY  40222;

10. Michael Lovelace  (Sales, Epicor Software Solutions); SAP expects to present Mr. Lovelace live at trial; 4700 Duke Dr., Ste. 190, Mason, OH  45040;

11. Penelope Vitantonio (Marketing Manager, SAP America); SAP expects to present Ms. Vitantonio live at trial; 6100 Oak Tree Blvd., Ste. 200, Independence, OH  44131.

12. Dan Lowery (President, Owner LSi-Lowery Systems, Inc.); it is presently unclear whether LSi or its representatives will attend trial.  SAP reserves the right to present Mr. Lowery's testimony live or through deposition, or if the need arises; 1143 Melvyn Lane, Elyria, OH  44035; and

13. Dale VanLeeuwen (former Owner, The IBIS Group, Inc.); it is presently unclear whether IBIS or its representatives will attend trial.  SAP reserves the right to present Mr. Van Leeuwen's testimony live or through deposition, or if the need arises; 40037 Red Hawk Court, Saint Charles, IL  60175.

B.    Expert Witnesses SAP Expects to Call at Trial

1.  Brooks Hilliard; SAP expects to present Mr. Hillard live at trial; 11811 North Tatum Blvd., Ste. 3031 Phoenix, AZ  85028; (602) 264-9263; and

2.  Geoffrey H. Osborne; SAP expects to present Mr. Osborne live at trial; 2 Great Woods Lane, Malvern, PA  19103; (267) 330-3040.

C.    Fact Witnesses SAP May Call at Trial If the Need Arises

1.  Otto Reidl (CEO of Hodell-Natco Industries, Inc. – corporate designee and fact witness); SAP expects to call Mr. Reidl live at trial if the need arises; 1363 Homestead Creek Drive, Broadview Heights, OH  44147;

2.  Kevin Reidl (President of Hodell-Natco Industries, Inc. – corporate designee and fact witness); SAP expects to call Mr. Reidl live at trial if the need arises; 510 River Road, Hinckley, OH  44233;

3.  Ellen Daniels (Purchasing Manager, Hodell-Natco Industries, Inc.); SAP expects to call

    Ms. Daniels live at trial if the need arises; 884 Bryce Road, Kent, Ohio  44240; and

4.  Joseph Vislocky (IT Director, Hodell-Natco Industries, Inc.); SAP expects to call Mr.

    Vislocky live at trial if the need arises; 14715 Teal Drive, Chardon, Ohio  44024.


Respectfully submitted,

/s/ Gregory J. Star

Gregory J. Star (admitted *pro hac vice*)
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone:  (215) 988-2700
Facsimile:  (215) 988-2757
*Attorney for SAP America, Inc. and SAP AG*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September, 2014, a copy of the foregoing Trial

Witness List of SAP America, Inc. and SAP AG was filed and served electronically on Hodell-

Natco Industries, Inc. via ECF and was sent by First Class Mail to the following parties:

**LSI-Lowery Systems, Inc.**
c/o Timothy K. Kellett
911 Washington Ave., Suite 400
St. Louis, MO 63101

**IBIS Group, Inc**
c/o John T. Grobe
1749 Naperville Road, Suite 203
Wheaton, IL 60187

/s/ Gregory J. Star
Gregory J. Star (admitted *pro hac vice*)