UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE:  LESLEY WELLS |
| | ) | |
| -vs- | ) | **JOINT MOTION TO MODIFY TRIAL** |
| | ) | **ORDER DEADLINES** |
| SAP AMERICA, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Hodell-Natco Industries, Inc. ("Hodell") and Defendants SAP America, Inc. and

SAP AG ("SAP"), jointly and through their respective undersigned attorneys (collectively the

"Parties"), request that the Court modify certain deadlines set forth in its Trial Order [ECF #193]

as follows:

1.      Joint Trial Brief due on or before October 8, 2014.

2.      Objections to Exhibit Lists shall be filed and served on or before October 7, 2014.

3.      Responses to Objections to Exhibits Lists shall be filed on or before October 14,

2014.

The Parties intend to leave all remaining dates set forth in the Court's Trial Order intact.

Respectfully submitted,

*/s/* P. Wesley Lambert
JAMES F. KOEHLER (0007904)
jkoehler@koehlerneal.com
TIMOTHY J. FITZGERALD (0042734)
tfitzgerald@koehlerneal.com
P. WESLEY LAMBERT (0076961)
wlambert@koehlerneal.com
KOEHLER NEAL LLC
3330 Erieview Tower, 1301 East 9th Street
Cleveland, Ohio  44114
(216) 539-9370
(216) 916-4369   (*facsimile*)
*Attorneys for Plaintiff Hodell-Natco Industries, Inc.*

and

*/s/ Gregory J. Star*
Michael J. Miller (admitted pro hac vice)
Gregory J. Star (admitted pro hac vice)
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone:  (215) 988-2700
Facsimile:  (215) 988-2757
*Attorneys for SAP America, Inc. and SAP AG*

2

CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October, 2014, a copy of the foregoing was filed electronically.  Parties may access this filing through the Court's electronic filing system.  A copy of the foregoing was also sent by Email and First Class Mail to the following parties:

**LSI-Lowery Systems, Inc.**
c/o Chris Kellett
cpk@carmodymacdonald.com

**IBIS Group, Inc**
c/o John T. Grobe
1749 Naperville Road, Suite 203
Wheaton, IL 60187

*/s/* P. Wesley Lambert
P. WESLEY LAMBERT (0076961)

3