IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| --- | --- | --- |
| Plaintiff, | ) ) ) | JUDGE WELLS |
| v. | ) ) | **MOTION *IN LIMINE* NO. 2:** |
| SAP AMERICA, INC., et al. | ) ) | **TO STRIKE JAMIE CLARKE FROM PLAINTIFF'S WITNESS LIST AND** |
| Defendants. | ) ) | **PRECLUDE HIM FROM TESTIFYING AT TRIAL** |

Defendants SAP America, Inc. and SAP AG (collectively "SAP") hereby request that the Court enter an order, in the form of the proposed order attached hereto, granting SAP's Motion *in Limine* No. 2 to Strike Jamie Clarke from Plaintiff's Witness List and Preclude Him from Testifying at Trial.

The reasons supporting this Motion are set forth in SAP's Memorandum in Support, incorporated herein by reference.

Respectfully submitted,

/s/ Gregory J. Star
Michael J. Miller (admitted *pro hac vice*)
Gregory J. Star (admitted *pro hac vice*)
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone:  (215) 988-2700
Facsimile:  (215) 988-2757
*Attorneys for SAP America, Inc. and SAP AG*