IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE WELLS |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SAP AMERICA, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

AND NOW, this _____ day of _____, 2014, upon consideration of the SAP Defendants' Motion *in Limine* No. 2 to Strike Jamie Clarke from Plaintiff's Witness List and Preclude Him from Testifying at Trial, and any response thereto, it is hereby

**ORDERED** that the SAP Defendants' Motion is **GRANTED**; and it is further **ORDERED** that:

1) Jamie Clarke is STRICKEN from Plaintiff's Witness List; and

2) Plaintiff is precluded from offering the testimony of Jamie Clarke at trial.

BY THE COURT:

Dated: _____  _____
Hon. Lesley Wells
United States District Judge