# EXHIBIT C

Case: 1:08-cv-02755-DCN  Doc #: 220-6  Filed:  10/01/14  2 of 4.  PageID #: 13046



 Advanced  

Home Profile Connections Jobs Interests   Business Services Try Premium for free

Find Compliance Staff Now - Specialized Finance & Accounting Staffing - Work with us today. | **Read More »**

# Jamie Clarke
Business Development Manager at Hodell-Natco Industries

Cleveland/Akron, Ohio Area | Wholesale

| | |
|---|---|
| Current | Hodell-Natco Industries, Inc., Hodell-Natco Industries |
| Previous | Hodell-Natco Industries, Hodell-Natco Industries, Inc. |
| Education | Kent State University |

Send Jamie InMail

**500+**
connections

www.linkedin.com/pub/jamie-clarke/12/883/281

**Background**

 **Experience**

**Business Development Manager** 
Hodell-Natco Industries, Inc.
2013 – Present (1 year)

Develop new long term strategic partnerships with major new customer

**Senior Account Manager**
Hodell-Natco Industries
October 2006 – Present (8 years)

**Senior Account Manager**
Hodell-Natco Industries
August 2006 – July 2013 (7 years)

Managed complex major accounts

**Sales Manager Cleveland**
Hodell-Natco Industries, Inc.
January 2000 – September 2006 (6 years 9 months)

 **Skills**

**Top Skills**

| | | |
|---|---|---|
| 22 | Sales |  |
| 20 | Cold Calling | |
| 17 | Sales Operations | |
| 14 | Sales Management | |
| 8 | New Business Development | |
| 8 | Purchasing | |
| 6 | Inventory Management | |
| 5 | Key Account Management | |

### People Similar to Jamie

**Annettee Stapleton**
Account Manager at OraPharma/inVentiv He…
**Connect**

### People Also Viewed

 **Ellen Flick**
Quotation Coordinator at Ramco Specialties

 **Danielle Reidl**
Marketing Consultant at Hodell-Natco Industries, Inc.

 **Jason Biondi**
CPO Manufacturing Manager at Joy Global

 **Cindy Bridges**
Production Inventory Control Coordinator at Ariel Corporation

 **Scott Brownfield**
President/CEO at Raging Wolf Solutions

 **Danijela Stefan**
Buyer at Hodell-Natco Industries, Inc.

 **Hope Vallorani**
Regional Buyer at MedCare Equipment Company

 **Nicole Craig-Wilson**
Recent Information Technology Graduate

 **Lou Flores**
Sale and Marketing Manager

 **Dan Reidl**
Vice President Purchasing at Hodell-Natco Industries, Inc.

Case: 1:08-cv-02755-DCN  Doc #: 220-6  Filed: 10/01/14  3 of 4.  PageID #: 13047



Jamie also knows about...

| 3 Management | 3 Negotiation | 3 Microsoft Office | 3 Forecasting |
| 3 Strategic Partnerships | 3 Contract Negotiation | 2 Account Management | |
| 2 B2B | 2 Project Management | 1 Sales Process | 1 Selling |
| 1 Sales Presentations | 1 Solution Selling | Customer Service | Inventory Control |

See 1+

### Education

**Kent State University**
1987 – 1989

### Groups

   

**North America - Mfg, Wholesale & Distribution**
282 members
Join

**Sales Excellence - Sales Professionals Network**
19,979 members
Join

**Steel Tank Institute/Steel Plate Fabricators Association**
281 members
Join

**Procurement Professionals (#1 supply chain & sourcing group) Business. Networking. Jobs.**
278,001 members
Join

  

**B2B Sales Connections**
16,277 members
Join

**Midstream Oil & Gas**
20,527 members
Join

**Electric Power Substation's Engineering**
3,058 members
Join

See 31 more

### Following

### Influencers

   

**Richard Branson**
Founder at Virgin...
Follow

**Deepak Chopra MD (official)**
Founder, Chopra...
Follow

**James Caan**
Serial Entrepreneur...
Follow

**T. Boone Pickens**
Founder, Chairman...
Follow

 

**Anthony (Tony) Robbins**
Chairman at Anthony...
Follow

**Daniel Burrus**
Best-Selling...
Follow

Case: 1:08-cv-02755-DCN  Doc #: 220-6  Filed: 10/01/14  4 of 4.  PageID #: 13048

| | Search for people, jobs, companies, and more...  Advanced |    |

Home　　Profile　　Connections　　Jobs　　Interests　　　　　　　　　　　　　　　　　Business Services　　Try Premium for free

### News

   

**Leadership & Manag…**　**Big Ideas & Innovation**　**Entrepreneurship &…**　**Customer Experience**
8,090,008 followers　　7,215,939 followers　　5,042,266 followers　　1,456,698 followers
Follow　　　　　　　Follow　　　　　　　Follow　　　　　　　Follow



**Real Estate**
99,573 followers
Follow

### Companies

   

**CONSOL Energy**　**PGH Wong Engineering Inc.**　**TTMA - Truck Trailer Manufacturers Association**　**Marcellus Shale Coalition**
Oil & Energy　　Construction　　Transportation/Trucking/Railroad　　Oil & Energy
Follow　　　　　Follow　　　　　Follow　　　　　Follow

  

**Mitsubishi Electric Power Products, Inc.**　**AREVA T&D**　**MAC Trailer**　See 19 more
Electrical/Electronic Manufacturing　　Electrical/Electronic Manufacturing　　Transportation/Trucking/Railroad
Follow　　　　　Follow　　　　　Follow

### Schools



**Kent State University**
Cleveland/Akron, Ohio Area
Follow

---

Help Center | About | Press | Blog | Careers | Advertising | Talent Solutions | Small Business | Mobile | Developers | Language | **Upgrade Your Account**

LinkedIn Corporation © 2014 | User Agreement | Privacy Policy | Community Guidelines | Cookie Policy | Copyright Policy | Send Feedback