IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| HODELL-NATCO INDUSTRIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>SAP AMERICA, INC., et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 1:08 CV 2755<br><br>JUDGE WELLS<br><br>**ORDER** |
|---|---|---|

AND NOW, this _____ day of _____, 2014, upon consideration of the SAP Defendants' Motion *in Limine* No. 3 to Preclude Plaintiff from Asserting a Request for Punitive Damages, and any response thereto, it is hereby **ORDERED** that the SAP Defendants' Motion is **GRANTED**; and that:

1)  Plaintiff's claim for punitive damages is struck; and

2)  Plaintiff is precluded from arguing an entitlement to punitive damages to the jury.

BY THE COURT:

Dated: _____    _____
                                                        Hon. Lesley Wells
                                                        United States District Judge