## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October, 2014, a copy of the foregoing Motion *in Limine* No. 3 to Preclude Plaintiff From Asserting a Request for Punitive Damages, and that copies of the Motion and supporting Memorandum of Law have been sent to Hodell-Natco Industries, Inc. via electronic mail pursuant to Fed. R. Civ. P. 5(b)(2)(E) and via First Class Mail pursuant to Fed. R. Civ. P. 5(b)(2)(F) to the following:

**LSI-Lowery Systems, Inc.**
c/o Timothy K. Kellett
911 Washington Ave., Suite 400
St. Louis, MO 63101

**IBIS Group, Inc**
c/o John T. Grobe
1749 Naperville Road, Suite 203
Wheaton, IL 60187

/s/ Gregory J. Star
Gregory J. Star (admitted *pro hac vice*)