IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| --- | --- | --- |
| Plaintiff, | ) ) ) | JUDGE WELLS |
| v. | ) ) | **MOTION *IN LIMINE* NO. 4:** |
| SAP AMERICA, INC., et al. | ) ) | **TO PRECLUDE PLAINTIFF FROM EXPANDING ITS FRAUD CLAIMS** |
| Defendants. | ) ) ) ) | **AND MAKING ASSERTIONS OF FRAUDULENT CONDUCT BEYOND THE SCOPE OF ITS FIRST AMENDED COMPLAINT** |

Defendants SAP America, Inc. and SAP AG (collectively "SAP") hereby request that the Court enter an order, in the form of the proposed order attached hereto, granting Motion *in Limine* No. 4 to Preclude Plaintiff from Expanding its Fraud Claims and Making Assertions of Fraudulent Conduct Beyond the Scope of its First Amended Complaint.

The reasons supporting this Motion are set forth in SAP's Memorandum in Support, incorporated herein by reference.

Respectfully submitted,

/s/ Gregory J. Star
Michael J. Miller (admitted *pro hac vice*)
Gregory J. Star (admitted *pro hac vice*)
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone:  (215) 988-2700
Facsimile:  (215) 988-2757
*Attorneys for SAP America, Inc. and SAP AG*