IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE WELLS |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SAP AMERICA, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

AND NOW, this _____ day of _____, 2014, upon consideration

of the SAP Defendants' Motion *in Limine* No. 4 to Preclude Plaintiff from Expanding its Fraud

Claims and Making Assertions of Fraudulent Conduct Beyond the Scope of its First Amended

Complaint, and any response thereto, it is hereby **ORDERED** that the SAP Defendants' Motion

is **GRANTED**;  and that:

　　1)　　Plaintiff is precluded at trial from making claims, asserting arguments, and/or
presenting evidence that SAP (or the other defendants) owed and violated a duty of disclosure, or
that any failure to disclose amounted to fraud; and

　　2)　　Plaintiff is precluded at trial from making claims, asserting arguments, and/or
presenting evidence that SAP (or the other defendants) made misrepresentations after the License
Agreement was signed in December 2005, or that this amounted to fraud.

BY THE COURT:

Dated: _____

_____
Hon. Lesley Wells
United States District Judge