## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October, 2014, a copy of the foregoing Motion *in Limine* No. 4 to Preclude Plaintiff from Expanding its Fraud Claims and Making Assertions of Fraudulent Conduct Beyond the Scope of its First Amended Complaint was filed electronically and that copies of the Motion and supporting Memorandum of Law and exhibits have been sent to Hodell-Natco Industries, Inc. via electronic mail pursuant to Fed. R. Civ. P. 5(b)(2)(E) and via First Class Mail pursuant to Fed. R. Civ. P. 5(b)(2)(F) to the following:

**LSI-Lowery Systems, Inc.**
c/o Timothy K. Kellett
911 Washington Ave., Suite 400
St. Louis, MO 63101

**IBIS Group, Inc**
c/o John T. Grobe
1749 Naperville Road, Suite 203
Wheaton, IL 60187

/s/ Gregory J. Star
Gregory J. Star (admitted *pro hac vice*)