# EXHIBIT A

```
                                                                    1

 1              UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF OHIO
 2                    EASTERN DIVISION

 3
   HODELL-NATCO              )  Case No. 1:08 CV 2755
 4 INDUSTRIES, INC.,         )
                             )  Judge:  Lesley Wells
 5       Plaintiff,          )  Magistrate Judge:
                             )      Greg White
 6   vs.                     )
                             )  VOLUME I
 7 SAP AMERICA, INC., et     )
   al.,                      )
 8                           )
         Defendants.         )
 9 _____

10

11
          THE VIDEOCONFERENCE DEPOSITION OF OTTO REIDL
12

13
       DATE:     Tuesday, February 7, 2012
14
       TIME:     9:57 a.m.
15
       PLACE:    Reminger & Reminger
16               1400 Midland Building
                 101 Prospect Avenue, West
17               Cleveland, Ohio  44115

18

19

20

21

22 _____

23 NEXTGEN
   REPORTING
24

25 Registered Professional Reporters
```

NextGen Reporting
(215) 944-5800

1  the license agreement in 2005, was it your
2  personal belief that you had any sort of
3  special relationship with SAP, either SAP
4  America, or SAP AG, or did you feel that you
5  were just dealing with them as a business
6  customer, or -- not the right word -- let me
7  ask the question again.
8        At the time that you signed the license
9  agreement in December of 2005, did Hodell
10 believe that it had any special relationship
11 with SAP America, or SAP AG, such that it was
12 in a position of trust or confidence with SAP?
13       MR. LAMBERT:  Objection.
14       THE WITNESS:  I don't believe it was a
15 special relationship.  I believe a company of
16 SAP's stature requires an up and up
17 relationship with all their clients.
18 BY MR. STAR:
19     Q.  So you'd agree that when you
20 signed the license agreement, you had nothing
21 more than a business to business, or arm's
22 length relationship between Hodell and SAP,
23 correct?
24     A.  Correct.
25     Q.  Let's go off the record for a

                                                                         239

1                  UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF OHIO
2                        EASTERN DIVISION

3   HODELL-NATCO              ) Case No. 1:08 CV 2755
    INDUSTRIES, INC.,         )
4                             ) Judge:  Lesley Wells
          Plaintiff,          ) Magistrate Judge:
5                             )     Greg White
      vs.                     )
6                             ) VOLUME II
    SAP AMERICA, INC., et     )
7   al.,                      )
                              )
8        Defendants.          )
    _____

9

10

11    THE CONTINUED VIDEOCONFERENCE DEPOSITION OF OTTO REIDL

12

13       DATE:     Wednesday, February 8, 2012

14       TIME:     9:41 a.m.

15       PLACE:    Reminger & Reminger
                   1400 Midland Building
16                 101 Prospect Avenue, West
                   Cleveland, Ohio  44115
17

18

19

20

21

22  _____

23  NEXTGEN
    REPORTING
24

25  Registered Professional Reporters

1  direct conversations with SAP, other than
2  visits by Mr. Sotnick, were with Kevin.
3  BY MR. STAR:
4      Q.  So you have no personal
5  recollection or --
6      A.  I don't recall any specific
7  conversation where that topic was discussed.
8      Q.  Did you personally ever consider,
9  you personally, ever consider switching from
10 the Business One platform to the All-in-One
11 platform?
12     A.  Did I consider it?
13     Q.  Yes, sir.
14     A.  Think about it, meaning I was
15 willing to do it, or reviewed the possibility?
16     Q.  Well, you can use the word
17 considered as you feel -- as you deem fit.
18 The question stands.  The word has its
19 ordinary meaning.
20     A.  At that point, I had zero
21 confidence in SAP at this date.
22     Q.  As of April of 2007?
23     A.  (Witness nods head.)
24     Q.  Yes?
25     A.  Correct.