IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE WELLS |
| | ) | |
| v. | ) | **MOTION *IN LIMINE* NO. 6:** |
| | ) | |
| SAP AMERICA, INC., et al. | ) | **TO PRECLUDE PLAINTIFF AND CO-** |
| | ) | **DEFENDANTS FROM OFFERING** |
| Defendants. | ) | **EVIDENCE OR TESTIMONY THAT** |
| | ) | **THE IBIS GROUP WAS AN** |
| | | **AUTHORIZED MARKETER OR** |
| | | **DISTRIBUTOR OF BUSINESS ONE** |

Defendants SAP America, Inc. and SAP AG (collectively "SAP") hereby request that the Court enter an order, in the form of the proposed order attached hereto, granting SAP's Motion *in Limine* No. 6 to Preclude Plaintiff and Co-Defendants from Offering Evidence or Testimony that the IBIS Group Was an Authorized Marketer or Distributor of Business One.

The reasons supporting this Motion are set forth in SAP's Memorandum in Support, incorporated herein by reference.

                 Respectfully submitted,

                 /s/ Gregory J. Star
                 Michael J. Miller (admitted *pro hac vice*)
                 Gregory J. Star (admitted *pro hac vice*)
                 Drinker Biddle & Reath LLP
                 One Logan Square, Suite 2000
                 Philadelphia, PA 19103-6996
                 Telephone:  (215) 988-2700
                 Facsimile:  (215) 988-2757
                 *Attorneys for SAP America, Inc. and SAP AG*