IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE WELLS |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SAP AMERICA, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    On this the _____ day of _____, 2014, upon consideration of the SAP Defendants' Motion *in Limine* No. 6 to Preclude Plaintiff and Co-Defendants from Offering Evidence or Testimony that the IBIS Group Was an Authorized Marketer or Distributor of Business One, and any responses thereto, it is hereby **ORDERED** that said motion is **GRANTED**, and that:

    1)    The IBIS Group was not a reseller of Business One;

    2)    The IBIS Group was not authorized to market Business One or to make representations about Business One; and

    3)    Hodell is precluded from offering argument, testimony, or documents at trial suggesting that any representations it received from the IBIS Group or Dale Van Leeuwen prior to IBIS's merger with LSi in May 2004 are attributable to SAP or relevant to Hodell's claims against SAP; and to the extent Hodell otherwise establishes that such evidence is admissible, the evidence is only admissible as against the IBIS Group and the jury will be instructed accordingly at trial.

                                                            BY THE COURT:

Dated: _____

                                                            Hon. Lesley Wells
                                                            United States District Judge