## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October, 2014, a copy of the foregoing Motion *in Limine* No. 6 to Preclude Plaintiff and Co-Defendants from Offering Evidence or Testimony that the IBIS Group Was an Authorized Marketer or Distributor of Business One was filed electronically and that copies of the Motion and supporting Memorandum of Law and exhibits have been sent via electronic mail to Hodell-Natco Industries, Inc. pursuant to Fed. R. Civ. P. 5(b)(2)(E) and via First Class Mail to the following pursuant to Fed. R. Civ. P. 5(b)(2)(F):

**LSI-Lowery Systems, Inc.**
c/o Timothy K. Kellett
911 Washington Ave., Suite 400
St. Louis, MO 63101

**IBIS Group, Inc**
c/o John T. Grobe
1749 Naperville Road, Suite 203
Wheaton, IL 60187

/s/ Gregory J. Star
Gregory J. Star (admitted *pro hac vice*)