IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| --- | --- | --- |
| Plaintiff, | ) ) ) | JUDGE WELLS |
| v. | ) ) | **MOTION *IN LIMINE* NO. 7:** |
| SAP AMERICA, INC., et al. | ) ) | **TO PRECLUDE PLAINTIFF FROM ASSERTING THAT** |
| Defendants. | ) ) ) | **MISREPRESENTATIONS WERE MADE BY AMERICAN EXPRESS** |

Defendants SAP America, Inc. and SAP AG (collectively "SAP") hereby request that the Court enter an order, in the form of the proposed order attached hereto, granting their Motion *in Limine* No. 7 to Preclude Plaintiff from Asserting That Misrepresentations Were Made By American Express.

The reasons supporting this Motion are set forth in SAP's Memorandum in Support, incorporated herein by reference.

        Respectfully submitted,

        /s/ Gregory J. Star
        Michael J. Miller (admitted *pro hac vice*)
        Gregory J. Star (admitted *pro hac vice*)
        Drinker Biddle & Reath LLP
        One Logan Square, Suite 2000
        Philadelphia, PA 19103-6996
        Telephone:  (215) 988-2700
        Facsimile:  (215) 988-2757
        *Attorneys for SAP America, Inc. and SAP AG*