IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| HODELL-NATCO INDUSTRIES, INC. </br></br>Plaintiff, </br></br>v. </br></br>SAP AMERICA, INC., et al. </br></br>Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) | CASE NO. 1:08 CV 2755 </br></br>JUDGE WELLS </br></br>**ORDER** |
|---|---|---|

AND NOW, this _____ day of _____, 2014, upon consideration of the SAP Defendants' Motion *in Limine* No. 7 to Preclude Plaintiff from Asserting That Misrepresentations Were Made By American Express, and any response thereto, it is hereby **ORDERED** that Defendants' Motion is **GRANTED**, and that Plaintiff is precluded from offering argument, testimony, or documents at trial suggesting that it received misrepresentations from American Express.

BY THE COURT:

Dated: _____    _____
　　　　　　　　　　　　　　　　　　Hon. Lesley Wells
　　　　　　　　　　　　　　　　　　United States District Judge