# EXHIBIT B

2/6/04
AR.

tel call from Penny
American Express

$ 582,000. — ballpark

I told Penny that this is basically the end of our interest. She asked where we have to be and I responded "at most half".

I told her it was nice knowing her but we can't afford this pkg & will have to shop alternative software.



DEPOSITION EXHIBIT 17