IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| HODELL-NATCO INDUSTRIES, INC. ) | CASE NO. 1:08 CV 2755 |
| Plaintiff, ) | |
| v. ) | JUDGE WELLS |
| SAP AMERICA, INC., et al. ) | |
| Defendants. ) | |

_____

**OBJECTIONS OF SAP AMERICA, INC. AND SAP AG TO PLAINTIFF'S WITNESS LIST**
_____

Defendants SAP America, Inc. and SAP AG (collectively, "SAP"), by and through undersigned counsel and pursuant to the Court's Trial Order filed May 1, 2014 [ECF No. 193], hereby object to the following witnesses listed on Plaintiff Hodell-Natco Industries, Inc.'s list of witnesses it expects to call to testify at the trial of this matter set for November 17, 2014:

- **"Jaime Clark."**  SAP objects to this testimony for the reasons set forth in SAP's Motion *in Limine* No. 2.

- **Udi Ziv**.  SAP objects to this testimony for the reasons set forth in SAP's Motion *in Limine* No. 5.

- **Dr. G. William Kennedy**.  SAP objects to this testimony for the reasons set forth in SAP's Motion in Limine to Preclude the Expert Testimony and Opinions of G. William Kennedy.  *See* Doc. Nos. 176, 181, 199, 203.

- **SAP custodian of records**.  SAP objects to this testimony.  Hodell has not identified a specific person or a basis for why this testimony might be necessary.

- **Damon Hacker**.  SAP specifically reserves the right to object to this testimony.

SAP reserves its right to object to additional witnesses and/or testimony and to amend this list of objections in the future as may become necessary.

Respectfully submitted,

/s/ Gregory J. Star
Michael J. Miller (admitted *pro hac vice*)
Gregory J. Star (admitted *pro hac vice*)
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
Facsimile: (215) 988-2757
*Attorneys for SAP America, Inc. and SAP AG*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of October, 2014, a copy of the foregoing SAP America, Inc.'s and SAP AG's Objections to Plaintiff's Witness List was filed electronically and that a copy has been sent via electronic mail to Hodell-Natco Industries, Inc. pursuant to Fed. R. Civ. P. 5(b)(2)(E) and via First Class Mail to the following pursuant to Fed. R. Civ. P. 5(b)(2)(F):

**LSI-Lowery Systems, Inc.**
c/o Timothy K. Kellett
911 Washington Ave., Suite 400
St. Louis, MO 63101

**IBIS Group, Inc**
c/o John T. Grobe
1749 Naperville Road, Suite 203
Wheaton, IL 60187

/s/ Gregory J. Star
Gregory J. Star (admitted *pro hac vice*)