IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE LESLEY WELLS |
| | ) | |
| v. | ) | |
| | ) | |
| SAP AMERICA, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF'S OBJECTIONS TO THE TRIAL EXHIBIT LIST OF DEFENDANTS
SAP AMERICA, INC. AND SAP AG**

Plaintiff Hodell-Natco Industries, Inc., through undersigned counsel, submits the following Objections to the Trial Exhibit List [ECF #212] filed by Defendants SAP America, Inc. and SAP AG ("Defendants" or "SAP").

**GENERAL OBJECTIONS**

1. Plaintiff objects to all exhibits for which a proper foundation has not been laid. Plaintiff specifically reserves the right to raise objections regarding foundation at the trial of this matter.

2. Plaintiff objects to all exhibits not marked at depositions taken in this matter, and specifically reserves the right to object to any such exhibits at the trial of this matter.

3. Plaintiff specifically reserves the right to raise at trial any objection to any exhibit or witness testimony proffered by any party on the grounds of relevance, hearsay, authenticity, or other grounds depending upon how such exhibits may be used, introduced, or offered at trial.

4. Plaintiff reserves the right to object to any exhibit depending upon the purpose for which it is offered at trial, and objects to any exhibit to the extent it is used for a purpose that is the subject of any motion in limine filed, or to be filed by Hodell.

5. Plaintiff reserves the right to object to the introduction of any exhibits or witness testimony on any basis that may become apparent during the course of trial including, without limitation, the grounds of parol evidence, hearsay and authenticity.

6. Plaintiff reserves the right to withdraw, amend, or supplement any of the objections made below prior to or during the trial of this matter.

| Trial Exhibit No. | Date | Deposition Exhibit No. | Description | Bates Range | Objection |
|---|---|---|---|---|---|
| SAP 001 | 01/24/2001 | 195 | Correspondence from O. Reidl to D. Van Leeuwen, D. Jeffries, and K. Kelly | LSI01320353-LSI01320354 | Relevance Fed.R.Evid. 402, 403 |
| SAP 002 | 2002-2009 | 24 | Hodell – Natco Industries Inc. Condensed Income Summary for Calendar Years 2002-2009 | HODL032391-HODL032400 | |
| SAP 003 | 2003 | 13 | Customer Successes with SAP Business One: Solutions for Small and Midsize Businesses | HODL00453-HODL00481 | Hearsay; Relevance; Foundation Fed.R.Evid. 402, 403, 404, 802 |
| SAP 004 | 07/11/2003 | 311 | Email chain between D. Van Leeuwen and K. Reidl | HODL003314-HODL003315 | Relevance; Improper Character Evidence Fed.R.Evid. 402, 403, 404 |
| SAP 005 | 07/24/2003 | 312 | Email chain between O. Reidl, D. Van Leeuwen and K. Reidl | HODL003349-HODL003351 | Relevance; Improper Character Evidence Fed.R.Evid. 402, 403, 404 |

| SAP 006 | 12/19/2003 | 30 | SAP Business One Software Marketing and Distribution Agreement | LSI-000016-LSI-000054 | |
|---|---|---|---|---|---|
| SAP 007 | 12/31/2003 | 32 | Limited Term SAP Business One Software Development Kit License (v.2.0) | LSI-000001-LSI-000015 | |
| SAP 008 | 02/06/2004 | 17 | Handwritten Notes of Otto Reidl | HODL00729 | Hearsay Fed.R.Evid. 802 |
| SAP 009 | 04/02/2004 | 126, 334 | SAP Business One – Standard Configurations for the IBM eServer xSeries platform | N/A | |
| SAP 010 | 07/00/2004 | 453 | SAP Business One Sizing Guide | N/A | |
| SAP 011 | 08/00/2004 | 122 | SAP Business One Sizing Guide | LSI-009755 | |
| SAP 012 | 10/14/2004 | 8 | Handwritten Notes of Otto Reidl | HODL00108 | Hearsay Fed.R.Evid. 802 |
| SAP 013 | 10/14/2004 | 9 | Correspondence from D. Van Leeuwen and D. Lowery to O. Reidl and K. Reidl | HODL00109 | |
| SAP 014 | 11/01/2004 | 10 | Email from D. Lowery to O. Reidl, K. Reidl, D. Van Leeuwen and J. Woodrum | HODL00161 | Hearsay Fed.R.Evid. 802 |
| SAP 015 | 12/24/2004 | 291 | Hodell-Natco Industries, Inc., Inflight Enterprise Development Agreement | N/A | |
| SAP 016 | 2005 | 131 | SAP Business One Quick Reference Guide for use by SAP Channel Partners Only | LSI-007049 | |

3

| SAP 017 | 01/17/2005 | 137 | Email chain between D. Kraus, D. Lowery, and D. Van Leeuwen | SAP00000336 | |
|---|---|---|---|---|---|
| SAP 018 | 04/25/2005 | 124 | SAP Business One Statement of Direction Release 2005 | N/A | |
| SAP 019 | 05/09/2005 | 214 | Email chain between J. Woodrum, D. Van Leeuwen and D. Lowery | LSI02069474-LSI02069477 | Hearsay, Relevance Fed.R.Evid. 402, 802 |
| SAP 020 | 05/19/2005 | 297 | Email from O. Reidl to D. Van Leeuwen, K. Reidl and D. Lowery attaching Signed 150-day release on SAP Business One Development | LSI01569814-LSI01569816 | |
| SAP 021 | 08/00/2005 | 448 | US Customer Visits and Partner Event | SAP00024335-SAP00024355 | |
| SAP 022 | 09/00/2005 | 450 | SAP Business One SDK Performance Results Solution Management | SAP00024258-SAP00024267 | |
| SAP 023 | 10/31/2005 | 12 | Handwritten Notes of Otto Reidl | HODL00174 | Hearsay Fed.R.Evid. 802 |
| SAP 024 | 11/01/2005 | 5 | ERP Software: Latest news on ERP software, New SAP Business One 2005 | HODL00494 | Hearsay Fed.R.Evid. 802 |
| SAP 025 | 11/03/2005 | 196 | Email chain between A. Poidomani to K. Reidl, et al. | HODL003561-HODL003563 | Relevance; Character Evidence; Hearsay Fed.R.Evid. 402, 43, 404, 802 |
| SAP 026 | 12/22/2005 | 138 | SAP Business One Order Entry Forms | SAP00000432-SAP00000433 | Hearsay Fed.R.Evid. 802 |
| SAP 027 | 12/23/2005 | 316 | SAP Business One Software License Agreement between | SAP00000434-SAP00000438 | |

4

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  | SAP America, Inc. and Hodell-Natco Industries |  |  |
| SAP 028 | 01/25/2006 | 141 | Email chain between G. Barnea, A. Myrick and M. Weis | LSI01057161-LSI01057166 |  |
| SAP 029 | 02/27/2006 | 142 | Email chain between D. Lowery, A. Myrick and J. Woodrum, attaching | LSI01057508-LSI01057510 | Relevance; Hearsay Fed.R.Evid. 402, 802 |
| SAP 030 | 03/00/2006 | 129 | Statement of Direction SAP Business One | N/A |  |
| SAP 031 | 03/03/2006 | 294 | Email chain between D. Lowery, A. Myrick et al. | N/A | Hearsay Fed.R.Evid. 802 |
| SAP 032 | 03/03/2006 | 293 | Email chain between D. Lowery, A. Myrick et al. | N/A | Hearsay Fed.R.Evid. 802 |
| SAP 033 | 03/13/2006 | 306 | Email chain between J. Guagenti, A. Myrick et al. | LSI01057798 | Hearsay Fed.R.Evid. 802 |
| SAP 034 | 03/13/2006 | 308 | Email chain between A. Myrick, J. Guagenti et al. | LSI01057801 | Hearsay Fed.R.Evid. 802 |
| SAP 035 | 03/14/2006 | 143 | Email chain between A. Myrick to J. Guagenti | LSI01057845-LSI01057846 | Hearsay Fed.R.Evid. 802 |
| SAP 036 | 03/14/2006 | 217 | IBIS In-Flight – SAP Business One Product Add-on Status Meeting | LSI02086786-LSI02086788 |  |
| SAP 037 | 03/16/2006 | 121 | SAP In-Flight Development and Hodell-Natco Implementation | N/A |  |
| SAP 038 | 04/25/2006 | 318 | Email chain between J. Woodrum, K. Reidl, et al. | HODL006028-HODL006030 | Hearsay Fed.R.Evid. 802 |
| SAP 039 | 05/00/2006 | 125 | A. Arthur, Dell Power Solutions, *Sizing Dell PowerEdge Servers for SAP Business One* (May 2006) | N/A | Hearsay Fed.R.Evid. 802 |

5

| | | | | | |
|---|---|---|---|---|---|
| SAP 040 | 07/17/2006 | 119 | Sizing Transaction Volumes | LSI-010069 | |
| SAP 041 | 10/14/2006 | 198 | Email from J. Woodrum to R. Elliott | LSI02102107-LSI02102109 | Relevance; Hearsay Fed.R.Evid. 402, 802 |
| SAP 042 | 11/00/2006 | 283 | SAP Statement of Direction: SAP Business One | | |
| SAP 043 | 11/14/2006 | 144 | Email chain between A. Myrick, J. Woodrum, D. Lowery and K. Winn | LSI01070047-LSI01070048 | Hearsay Fed.R.Evid. 802 |
| SAP 044 | 11/14/2006 | 145 | Email from J. Woodrum, K. Reidl, D. Lowery, M. Weissman, J. Guagenti, A. Myrick | HODL008081 | Hearsay Fed.R.Evid. 802 |
| SAP 045 | 12/11/2006 | 54 | Email chain between K. Reidl, J. Woodrum, D. Lowery et al. | HODL008887-HODL008889 | |
| SAP 046 | 12/22/2006 | 227 | Email chain between J. Woodrum, K. Reidl, amyrick@lsistl.com et al. | HODL009060-HODL009060 | Hearsay Fed.R.Evid. 802 |
| SAP 047 | 01/02/2007 | 299 | Email chain between K. Reidl, K. Winn et al. | N/A | Relevance; foundation Fed.R.Evid. 402, 802 |
| SAP 048 | 01/05/2007 | 301 | Email from K. Winn to All Users | N/A | |
| SAP 049 | 01/05/2007 | 300 | Email chain between D. Reidl, K. Reidl, et al. | N/A | |
| SAP 050 | 01/12/2007 | 56 | Email chain between K. Reidl, J. Woodrum, D. Lowery, O. Reidl et al. | HODL009497-HODL009499 | |

6

| | | | | | |
|---|---|---|---|---|---|
| SAP 051 | 01/16/2007 | 146 | Email chain between K. Reidl, J. Woodrum, D. Lowery and O. Reidl | HODL009651-HODL009653 | |
| SAP 052 | 02/01/2007 | 31 | SAP PartnerEdge Channel Agreement VAR between SAP America, Inc. and Lowery Systems, Inc. | LSI-000056-LSI-000119 | |
| SAP 053 | 02/05/2007 | 47 | Email from D. Lowery to K. Reidl and J. Woodrum | HODL010078 | Relevance; Hearsay Fed.R.Evid. 402, 802 |
| SAP 054 | 02/16/2007 | 202 | Email chain between D. Lowery, K. Reidl, J. Woodrum and R. Elliott | LSI02110199-LSI02110203 | |
| SAP 055 | 04/13/2007 | 68 | Email chain between K. Reidl, J. Woodrum et al. | HODL015419-HODL015421 | |
| SAP 056 | 04/16/2007 | 157 | Email chain between R. Mehnert-Meland to D. Kraus, M. Sotnick et al. | SAP00004601 | |
| SAP 057 | 04/17/2007 | 151 | Email chain between M. Weis, P. Killingsworth, G. Ashley, et al. | SAP00002279-SAP00002280 | Hearsay Fed.R.Evid. 802 |
| SAP 058 | 04/17/2007 | 159 | Email chain between G. Ashley, D. Kraus, D. Boessmann et al. | SAP00004633-SAP00004635 | |
| SAP 059 | 04/18/2007 | 160 | Email chain between M. Weis, R. Mehnert-Meland, G. Ashley, et al. | SAP00010143-SAP00010146 | |
| SAP 060 | 04/23/2007 | 302 | Email from M. Weissman to J. Woodrum, D. Lowery, et al. | LSI01074120 | Hearsay Fed.R.Evid. 802 |
| SAP 061 | 04/25/2007 | 303 | Email from E. Johnson to J. Guagenti, J. Woodrum | LSI01353251-LSI01353253 | Relevance; Hearsay Fed.R.Evid. 402, 802 |
| SAP | 05/14/2007 | 87 | Email from D. Lowery to K. Reidl | HODL015733 | |

7

| | | | | | |
|---|---|---|---|---|---|
| 062 | | | and O. Reidl | | |
| SAP 063 | 05/22/2007 | 320 | Email chain between K. Reidl, J. Woodrum and D. Lowery | LSI02121661-LSI02121663 | Hearsay Fed.R.Evid. 802 |
| SAP 064 | 05/22/2007 | 321 | Email chain between K. Reidl, J. Woodrum and D. Lowery | HODL015836-HODL015838 | Hearsay Fed.R.Evid. 802 |
| SAP 065 | 06/06/2007 | 89 | Email from P. Killingsworth to K. Reidl, O. Reidl et al. | SAP00002850 | |
| SAP 066 | 06/08/2007 | 441 | Email from C. Woodrum to D. Kraus, D. Boessmann et al., attaching document entitled "Areas of SAP Performance Testing" | SAP00015462-SAP00015470 | Hearsay; Foundation Fed.R.Evid. 802 |
| SAP 067 | 09/13/2007 | 258 | Email chain between D. Kraus, R. Seligmann, N. Stenfeldt et al. | SAP00001064 – SAP00001072 | Hearsay Fed.R.Evid. 802 |
| SAP 068 | 09/14/2007 | 307 | Email chain between P. Killingsworth, D. Kraus et al. | SAP00011741-SAP00011744 | Hearsay Fed.R.Evid. 802 |
| SAP 069 | 09/28/2007 | 260 | Email chain between D. Kraus, N. Stenfeldt et al. | SAP00011834 – SAP00011836 | Hearsay Fed.R.Evid. 802 |
| SAP 070 | 10/11/2007 | 165 | Email chain between G. Barnea to E. Neveux, attaching Results and Hodell Site Visit Summary | SAP00005988-SAP00005991 | Hearsay Fed.R.Evid. 802 |
| SAP 071 | 10/17/2007 | 167 | Email chain between M. Trinidad Martinez Gea, E. Neveux, G. Bagnoli | SAP00004427, SAP00004429 | Hearsay Fed.R.Evid. 802 |
| SAP 072 | 10/17/2007 | 166 | Email from E. Neveux to P. Killingsworth et al. | SAP00003167-SAP00003168 | Hearsay Fed.R.Evid. 802 |
| SAP 073 | 10/19/2007 | 168 | Email chain between E. Neveux, G. Bagnoli et al. | SAP00004430-SAP00004433 | Hearsay Fed.R.Evid. 802 |

8

| | | | | | |
|---|---|---|---|---|---|
| SAP 074 | 11/01/2007 | 304 | Email chain between E. Johnson, T. Phillips, et al. | LSI02140460-LSI02140462 | Hearsay; Relevance Fed.R.Evid. 402, 802 |
| SAP 075 | 11/02/2007 | 263 | Email chain between S. Fuerst, D. Shah, M. Sotnick et al., attaching Budget Approval Guidelines | SAP00002942 – SAP00002944 | |
| SAP 076 | 11/05/2007 | 305 | Email chain between E. Johnson, D. Lowery, J. Guagenti, et al. | LSI01359656-LSI01359660 | Hearsay Fed.R.Evid. 802 |
| SAP 077 | 11/06/2007 | 153 | Email from D. Lowery to J. Guagenti, J. Woodrum, Joe@lsichi.com | N/A | Hearsay Fed.R.Evid. 802 |
| SAP 078 | 11/16/2007 | 21 | Email chain between M. Sotnick, O. Reidl, K. Reidl, D. Lowery et al. | SAP00002731-SAP00002734 | |
| SAP 079 | 12/04/2007 | 264 | Email chain between R. Woodson to M. Sotnick, D. Kraus et al. | SAP00005351 – SAP00005352 | |
| SAP 080 | 12/12/2007 | 330 | Email chain between K. Murphy and J. Vislocky | N/A | Hearsay; Relevance Fed.R.Evid. 802 |
| SAP 081 | 12/13/2007 | 210 | Email chain between A. Boyko, R. Elliott, B. Jamieson et al. | ACC000360-ACC000361 | Hearsay Fed.R.Evid. 802 |
| SAP 082 | 12/28/2007 | 113 | Email chain between D. Lowery, M. Sotnic, J. Woodrum et al. | SAP00002829-SAP00002831 | Hearsay Fed.R.Evid. 802 |
| SAP 083 | 12/28/2007 | 331 | Email chain between K. Murphy and J. Vislocky | N/A | Hearsay Fed.R.Evid. 802 |
| SAP 084 | 01/10/2008 | 265 | Email chain between M. Sotnick and P. Killingsworth | SAP00012912 | Hearsay Fed.R.Evid. 802 |
| SAP 085 | 03/03/2008 | 332 | Email from K. Murphy to J. Vislocky | N/A | Hearsay Fed.R.Evid. 802 |

| | | | | | |
|---|---|---|---|---|---|
| SAP 086 | 03/25/2008 | 457 | Email chain between P. Killingsworth and J. Gillespie | SAP00014307-SAP00014309 | Hearsay Fed.R.Evid. 802 |
| SAP 087 | 05/20/2008 | 266 | Email chain between P. Killingsworth, D. Kraus, R. Woodson and C. Mandala | SAP00003324 – SAP00003326 | Hearsay Fed.R.Evid. 802 |
| SAP 088 | 06/27/2008 | 317 | Master Customer Agreement: Activant Products and Services with Hodell-Natco Industries, Inc.; Amendment to Master Customer Agreement | HODL039901-HODL039952 | Relevance; Hearsay Fed.R.Evid. 402, 802 |
| SAP 089 | 09/16/2008 | 273 | Email chain between J. Sheldon, M. Lovelace et al. | N/A | Relevance; Hearsay Fed.R.Evid. 402, 802 |
| SAP 090 | 09/19/2008 | 281 | Activant Business Analysis for Hodell-Natco Industries, Inc. | N/A | Relevance; Hearsay Fed.R.Evid. 402, 802 |
| SAP 091 | 05/04/2009 | 278 | Hodell Natco Consulting Application | N/A | Relevance; Hearsay Fed.R.Evid. 402, 802 |
| SAP 092 | 05/06/2009 | 276 | Email from J. Vislocky to T. Phillips, E. Daniels, and K. Reidl. | HODL038362-HODL038363 | Relevance; Hearsay Fed.R.Evid. 402, 802 |
| SAP 093 | 05/22/2009 | 274 | Email chain between J. Sheldon, J. Vislocky and F. Gafford | N/A | Relevance; Hearsay Fed.R.Evid. 402, 802 |
| SAP 094 | 05/22/2009 | 277 | Email chain between J. Snow, K. Reidl, J. Sheldon et al. | N/A | Relevance; Hearsay Fed.R.Evid. 402, 802 |
| SAP 095 | 07/01/2009 | 280 | Email chain between F. Gafford, J. Vislock, J. Sheldon and T. Phillips | N/A | Relevance; Hearsay Fed.R.Evid. 402, 802 |

| | | | | | |
|---|---|---|---|---|---|
| SAP 096 | 07/31/2009 | 279 | Hodell-Natco Wholesale Distribution Division Application Consulting Department: Trip Report | N/A | Relevance; Hearsay Fed.R.Evid. 402, 802 |
| SAP 097 | 08/26/2009 | 275 | Email chain between J. Vislocky, J. Sheldon et al. | N/A | Relevance; Hearsay Fed.R.Evid. 402, 802 |
| SAP 098 | 09/25/2009 | 325 | Email chain between K. Reidl, K. Crusco, R. Caldwell and J. Vislocky | HODL03108; HODL03110 | Relevance; Hearsay Fed.R.Evid. 402, 802 |
| SAP 099 | 12/21/2009 | 326 | Email chain between K. Reidl, B. Patton, M. Lovelace et al. | HODL03136-HODL03139 | Relevance; Hearsay Fed.R.Evid. 402, 802 |
| SAP 100 | 01/15/2010 | 327 | Email chain between J. Vislocky and J. Sheldon | N/A | Relevance; Hearsay Fed.R.Evid. 402, 802 |
| SAP 101 | 02/06/2012 | 4 | Pages from www.hodell-natco.com | N/A | Relevance; Hearsay Fed.R.Evid. 402, 802 |
| SAP 102 | N/A | 11 | Required items to purchase and implementation of SAP Business One | HODL00163 | |
| SAP 103 | N/A | 120 | Information on Jon Woodrum | N/A | Relevance; Hearsay Fed.R.Evid. 402, 802 |
| SAP 104 | N/A | 130 | Business Co-Innovation | LSI-006991 | |
| SAP 105 | N/A | 459 | Spreadsheet of Business One customers | N/A | Relevance; Untimely produced; lack of foundation; Hearsay Fed.R.Evid. 402, 802 |

11

| SAP 106 | N/A | N/A | Spreadsheet entitled "B1 Customers Global 50+ users" | 2SAP00000001 | Relevance; Untimely produced; lack of foundation; Hearsay Fed.R.Evid. 402, 802 |
|---|---|---|---|---|---|
| SAP 107 | N/A | N/A | Spreadsheet entitled "B1 Customers Global 100+ users" | 2SAP00000002 | Relevance; Untimely produced; lack of foundation; Hearsay Fed.R.Evid. 402, 802 |
| SAP 108 | 9/13-14/2004 | 127 | Partner Meeting | N/A | |

Respectfully submitted,

/s/ P. Wesley Lambert
P. WESLEY LAMBERT (0076961)
wlambert@koehlerneal.com
KOEHLER NEAL LLC
3330 Erieview Tower
1301 East 9th Street
Cleveland, Ohio 44114
(216) 539-9370
(216) 916-4369 (facsimile)
*Attorneys for Plaintiff Hodell-Natco Industries, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of October, 2014 a copy of the foregoing Objections to the Trial Exhibit List of SAP America, Inc. and SAP AG was filed and served electronically upon counsel for SAP, and was sent by Email and First Class Mail to the following parties:

**LSI-Lowery Systems, Inc.**
c/o Chris Kellett
cpk@carmodymacdonald.com

**IBIS Group, Inc**
1800 W. Hawthorne Lane, Suite N
W. Chicago, IL 60185

/s/ P. Wesley Lambert
P. Wesley Lambert (0076961)