IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HODELL-NATCO INDUSTRIES, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAP AMERICA, INC., et al. ) <br> ) <br> Defendants. ) <br> ) | CASE NO. 1:08 CV 2755 <br><br> JUDGE WELLS |

**SUPPLEMENTAL TRIAL EXHIBIT LIST OF SAP AMERICA, INC. AND SAP AG**

SAP America, Inc. and SAP AG, through their undersigned counsel, and pursuant to this Court's pretrial order and Fed. R. Civ. P. 26(a)(3), hereby supplement their Trial Exhibit List with the following additional exhibits they expect to present at trial or/if the need arises.  SAP America, Inc. and SAP AG reserve the right to modify this list as needed in response to those exhibits identified by the other parties.

| Trial Exhibit No. | Date | Deposition Exhibit No. | Description | Bates Range |
|---|---|---|---|---|
| SAP 109 | 09/20/1999 | N/A | Correspondence from L. Goodwin to O. Reidl, attaching Software Solutions, Inc. Customer Registration Agreement, dated September 30, 1991 | HODL039953-HODL039954 |
| SAP 110 | 06/23/2003 | N/A | Email chain between P. Boudreau, M. Betts, K. Reidl and E. Johnson | HODL003283 |
| SAP 111 | 10/13/2003 | N/A | Email chain between P. Boudreau, K. Reidl and D. Van Leeuwen | HODL003373 |
| SAP 112 | 10/29/2003 | N/A | Email chain between P. Boudreau, K. Reidl and D. Van Leeuwen | HODL003415 |

| SAP 113 | 12/03/2003 | N/A | Email from D. Van Leeuwen to K. Reidl and O. Reidl | HODL003418 |
|---|---|---|---|---|
| SAP 114 | 12/03/2003 | N/A | Email chain between K. Reidl, O. Reidl and D. Van Leeuwen | HODL003419 |
| SAP 115 | 12/04/2003 | N/A | Email from P. Vitantonio to O. Reidl, K. Reidl, D. Van Leeuwen et al. | HODL000092 |
| SAP 116 | 12/05/2003 | N/A | Email chain between O. Reidl, M. Betts, P. Vitantonio, K. Reidl, D. Van Leeuwen et al. | HODL003425-HODL003426 |
| SAP 117 | 01/21/2004 | N/A | Email from O. Reidl to D. Van Leeuwen | HODL003427 |
| SAP 118 | 02/05/2004 | N/A | Email from O. Reidl to D. Van Leeuwen | HODL003428 |
| SAP 119 | 02/09/2004 | N/A | Email chain between O. Reidl and D. Van Leeuwen | HODL003429 |
| SAP 120 | 02/09/2004 | N/A | Email chain between O. Reidl and D. Van Leeuwen | HODL003430 |
| SAP 121 | 04/14/2004 | N/A | Email from O. Reidl to D. Van Leeuwen | HODL003432 |
| SAP 122 | 04/14/2004 | N/A | Email chain between O. Reidl and D. Van Leeuwen | HODL003433-HODL003434 |
| SAP 123 | 05/01/2004 | N/A | Email from O. Reidl to D. Van Leeuwen | HODL003435 |
| SAP 124 | 05/10/2004 | N/A | Email from D. Van Leeuwen to K. Reidl | HODL003436 |
| SAP 125 | 05/11/2004 | N/A | Email from O. Reidl to D. Van Leeuwen | HODL003438 |
| SAP 126 | 05/11/2004 | N/A | Email from O. Reidl to D. Van Leeuwen | HODL003439 |
| SAP 127 | 06/14/2004 | N/A | Email from M. Betts to D. Van Leeuwen and K. Reidl | HODL003440 |
| SAP 128 | 08/26/2004 | N/A | Email from O. Reidl to D. Van Leeuwen | HODL003444 |

| SAP 129 | 08/30/2004 | N/A | Email chain between D. Van Leeuwen and K. Reidl | HODL003445 |
| SAP 130 | 10/06/2004 | N/A | Email chain between O. Reidl, D. Lowery, K. Reidl and D. Van Leeuwen | HODL003450 |
| SAP 131 | 10/12/2004 | N/A | Email chain between O. Reidl, D. Lowery, K. Reidl and D. Van Leeuwen | HODL003452-HODL003453 |
| SAP 132 | 10/13/2004 | N/A | Top Level Tasks as of Wed 10/13/04 – Inflight Enterprize Development | HODL00110 |
| SAP 133 | 10/14/2004 | N/A | Email from D. Van Leeuwen to O. Reidl, K. Reidl and D. Lowery, with attachments | HODL003454 |
| SAP 134 | 10/14/2004 | N/A | Attachment: Task Usage as of Wed 10/13/04 – Inflight Enterprize Development | HODL003455-HODL003468 |
| SAP 135 | 10/14/2004 | N/A | Attachment: SAP Development and Deployment Letter | HODL003469 |
| SAP 136 | 10/14/2004 | N/A | Attachment: Top Level Tasks as of Wed 10/13/04 – Inflight Enterprize Development | HODL003470 |
| SAP 137 | 10/18/2004 | N/A | Email chain between O. Reidl, D. Lowery, K. Reidl and D. Van Leeuwen | HODL003475 |
| SAP 138 | 10/18/2004 | N/A | Email chain between O. Reidl, D. Lowery, K. Reidl and D. Van Leeuwen | HODL003476 |
| SAP 139 | 11/01/2004 | N/A | Email from D. Van Leeuwen to O. Reidl, K. Reidl and D. Lowery, with attachment | HODL003477 |
| SAP 140 | 11/01/2004 | N/A | Attachment: SAP Business One Deployment Budget | HODL003478 |
| SAP 141 | 11/03/2004 | N/A | O. Reidl Handwritten note | HODL000160 |
| SAP 142 | 11/04/2004 | N/A | Email chain between D. Lowery, D. Kraus and D. Van Leeuwen | LSI02057477-LSI02057478 |
| SAP 143 | 11/08/2004 | N/A | Email from D. Van Leeuwen to O. Reidl, K. Reidl and D. Lowery | HODL000152-HODL000153 |

| | | | | |
|---|---|---|---|---|
| SAP 144 | 11/08/2004 | N/A | Email from D. Van Leeuwen to O. Reidl and K. Reidl, with attachments | HODL003482 |
| SAP 145 | 11/08/2004 | N/A | Attachment: Pointech B1 Mobile Case Study | HODL003483-HODL003484 |
| SAP 146 | 11/08/2004 | N/A | Attachment: Pointech B1 Mobile Sales | HODL003485-HODL003486 |
| SAP 147 | 11/11/2004 | N/A | Email from O. Reidl to D. Lowery, D. Van Leeuwen, W. Rex and K. Reidl, with attachment | HODL003489 |
| SAP 148 | 11/11/2004 | N/A | Attachment: In-Flight Development and Implementation Agreement between Hodel and IBIS | HODL003490-HODL003491 |
| SAP 149 | 11/23/2004 | N/A | Email chain between O. Reidl, K. Reidl, D. Lowery and D. Van Leeuwen, with attachment | HODL020797_B |
| SAP 150 | 11/23/2004 | N/A | Attachment: In-Flight Development and Implementation Agreement between Hodel and IBIS, dated Nov. 11, 2004 | HODL020798_B-HODL020800_B |
| SAP 151 | 12/15/2004 | N/A | Email chain between O. Reidl, K. Reidl, D. Lowery and D. Van Leeuwen, with attachment | HODL003502 |
| SAP 152 | 07/31/2005 | N/A | Email from J. Woodrum to D. Lowery, with attachment | LSI0207855 |
| SAP 153 | 08/01/2005 | N/A | Attachment: Draft correspondence Re: Repositioning and Responsibilities | LSI0207856-LSI0207858 |
| SAP 154 | 10/13/2005 | N/A | Email chain between D. Van Leeuwen, K. Reidl et al. | HODL003547-HODL003548 |
| SAP 155 | 10/26/2005 | N/A | Email chain between D. Kraus, T. Steffner, K. Lorenz, Jr. et al. | SAP00000332-SAP00000333 |
| SAP 156 | 12/22/2005 | 295 | Email from D. Lowery to T. Steffner, T. Lowe, D. Van Leeuwen, attaching SBOUS Pricing Royalty Spreadsheet | LSI01579159-LSI01579163 |
| SAP 157 | 01/24/2006 | N/A | Email chain between G. Barnea, A. Myrik et al. | LSI0157138-LSI0157142 |

| SAP 158 | 03/20/2006 | N/A | Memorandum Re:  SAP In-Flight Enterprise Development and Hodell-Natco Implementation | HODL00184-HODL00186 |
|---|---|---|---|---|
| SAP 159 | 06/08/2006 | N/A | Email chain between J. Woodrum and K. Reidl | HODL006070-HODL006072 |
| SAP 160 | 12/20/2006 | N/A | Email from K. Reidl to C. Woodrum and C. Wong | HODL008998 |
| SAP 161 | 01/11/2007 | N/A | Email chain between D. Reidl, C. Woodrum, M. Weissman et al. | HODL009475-HODL009476 |
| SAP 162 | 2008 | N/A | Fastener Industry Transactions | HODL040692-HODL040731 |
| SAP 163 | N/A | N/A | O. Reidl Handwritten note | HODL00107 |
| SAP 164 | N/A | N/A | A Complete Solution for Distributors | LSI00894312-LSI00894316 |
| SAP 165 | 02/28/2003 | N/A | Email from D. Van Leeuwen to K. Reidl | HODL003172 |
| SAP 166 | 01/12/2007 | 57 | Email from J. Woodrum to K. Reidl | HODL009500-HODL009503 |
| SAP 167 | 11/01/2006 | N/A | Email from M. Weissman to J. Woodrum | HODL008024-HODL008025 |
| SAP 168 | 06/25/2007 | N/A | Email from D. Lowery to J. Woodrum | LSI-000176 |
| SAP 169 | 09/18/2004 | N/A | Email from D. Lowery to D. Kraus | LSI-000457-LSI-000462 |
| SAP 170 | 11/16/2007 | N/A | Email from D. Lowery to Otto & K. Reidl | HODL018497-HODL018498 |
| SAP 171 | 12/16/2009 | N/A | Email from J. Woodrum to D. Lowery | LSI-02183718-LSI-02183719 |
| SAP 172 | 11/19/2007 | N/A | Email from K. Reidl to O. Reidl | HODL023892 |
| SAP 173 | 10/15/2004 | N/A | Email from O. Reidl to William Rex & K. Reidl | HODL003473-HODL003474 |

| | | | | |
|---|---|---|---|---|
| SAP 174 | 12/26/2007 | N/A | SAP Sizing Estimate for Hodell-Natco | HODL024641-HODL024668 |
| SAP 175 | 12/20/2004 | N/A | Copy of  Purchase Order & Check | HODL00613-HODL00615 |
| SAP 176 | 11/03/2006 | N/A | Letter from K. Reidl to D. Lowery | HODL010171 |
| SAP 177 | 09/20/1991 | N/A | Letter from SOF-TEK to O. Reidl | HODL039953-HODL039954 |
| SAP 178 | 03/09/2007 | N/A | Email from K. Reidl to cle@hodell-natco.com | HODL022799 |
| SAP 179 | 01/02/2008 | N/A | Email from K. Reidl to cle@hodell-natco.com | HODL018681-HODL018682 |
| SAP 180 | 03/16/2009 | N/A | Email from S. Marks to K. Reidl | HODL024741-HODL024742 |
| SAP 181 | 05/15/2007 | N/A | Email from K. Reidl to J. Woodrum, D. Lowery & R. Elliott | LSI-02121404-LSI-02121404 |
| SAP 182 | 10/20/2003 | 7 | SAP Business One | HODL00535 |
| SAP 183 | 9/10/2004 | N/A | Notes from D. Van Leeuwen & D. Lowery meeting | HODL00111-HODL00112 |
| SAP 184 | 01/11/2008 | N/A | Notes from telephone call between Dan Krause & Paul Killingsworth | HODL00265 |
| SAP 185 | N/A | N/A | Notes | HODL00149-HODL-00150 |
| SAP 186 | 05/17/2005 | 140 | Email from J. Woodrum to D. Lowery | LSI-01054380-LSI-01054381 |
| SAP 187 | 01/23/2008 | N/A | Email from O. Reidl to D. Lowery & K. Reidl | HODL018785-HODL018787 |
| SAP 188 | 1/16/2007 | 58 | Email from D. Lowery to J. Woodrum | HODL009659 |
| SAP 189 | 5/11/2007 | N/A | Notes from D. Lowery, J. Guagenti, J. Woodrum & Avery telephone conference | HODL00248 |
| SAP 190 | 08/10/2007 | N/A | Notes from D. Lowery & J. Woodrum telephone conference | HODL00250 |
| SAP 191 | 12/14/2005 | N/A | Email from D. Kraus to T. Steffner | SAP00000329-SAP00000330 |
| SAP 192 | 12/10/2004 | N/A | Fax from D. Lowery to Dale Jeffries | LSI-000286-LSI-000288 |

| SAP 193 | 06/06/2006 | N/A | Email from D. Lowery to O. Reidl | HODL006066-HODL006068 |
|---|---|---|---|---|
| SAP 194 | 12/08/2006 | N/A | Email from J. Woodrum to D. Lowery | HODL008866-HODL008869 |
| SAP 195 | 01/05/2007 | N/A | Handwritten notes | HODL00402 |
| SAP 196 | 02/16/2007 | N/A | Email from M. Weissman to K. Reidl | HODL010272-HODL010273 |
| SAP 197 | 03/13/2006 | N/A | Email from E. Neveux to R. Mehnert-Meland | SAP00004034-SAP00004035 |
| SAP 198 | 12/11/2006 | N/A | Email from J. Woodrum to K. Reidl | HODL008890-HODL008893 |
| SAP 199 | 05/18/2004 | N/A | Stock Purchase Agreement | LSI-000349-LSI-000369 |
| SAP 200 | 10/26/2005 | 136 | Email chain between D. Kraus, T. Steffner, K. Lorenz, Jr. et al. | SAP00000334 |
| SAP 201 | 5/16/2005 | 139 | Email chain between J. Woodrum, A. Myrick, D. Lowery et al. | LSI01054376-LSI01054377 |
| SAP 202 | 10/10/2005 | 216 | Email from J. Woodrum to D. Lowery, D. VanLeeuwen and A. Myrick | LSI01056174 |
| SAP 203 | 6/26/2007 | 224 | Email chain between D. Lowery, J. Woodrum, K. Reidl and M. Weissman et al. | LSI-000407-LSI-000410 |

Respectfully submitted,

/s/ Gregory J. Star
Gregory J. Star (admitted *pro hac vice*)
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone:  (215) 988-2700
Facsimile:  (215) 988-2757
*Attorney for SAP America, Inc. and SAP AG*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of October, 2014, copies of the foregoing Supplemental Trial Exhibit List of SAP America, Inc. and SAP AG was filed and served electronically on Hodell-Natco Industries, Inc. via ECF and was sent by First Class Mail pursuant to Fed. R. Civ. P. 5(b)(2)(F) to the following parties:

**LSI-Lowery Systems, Inc.**
c/o Timothy K. Kellett
911 Washington Ave., Suite 400
St. Louis, MO 63101

**IBIS Group, Inc.**
c/o Dale Van Leeuwen
1800 W. Hawthorne Lane, Suite N
West Chicago, IL 60185

/s/ Gregory J. Star
Gregory J. Star (admitted *pro hac vice*)