# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

## MINUTES OF PROCEEDINGS--CIVIL

| | |
|---|---|
| | DATE: June 16, 2012 |
| Hodell-Natco Industries, Inc., | |
| Plaintiff, | CASE NO. 1:08-cv-02755 |
| vs. | |
| | COURT REPORTER: N/A |
| SAP America, Inc., *et al.*, | |
| | MAGISTRATE JUDGE GREG WHITE |
| Defendants. | |
| Attorney for Plaintiff(s): Wesley Lambert | Attorney for Defendant(s): Gregory Star |
| | Macavan Baird |

*PROCEEDINGS*: The Court held a telephone status conference. Defendant SAP America, Inc.'s ("SAP") efforts in response to Plaintiff Hodell-Natco Industries, Inc.'s ("Hodell") Motion to Compel (ECF No. 75) are ongoing. Counsel for SAP indicated that it had not received requested documents concerning Hodell's acquisition and implementation of replacement software, including internal communications related to said activities. The parties agreed that Plaintiff would run a document search concerning this request with the following parameters: (1) Plaintiff's search would be limited to the documents of Kevin Reidl, a principal of Plaintiff, and Terry Philips, who oversaw the technical aspects of the implementation; and (2) the search would encompass the time period from January 1, 2008 until May 31, 2009.

35 minutes
Total Time

/s/ Greg White
U.S. Magistrate Judge