UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE:  LESLEY WELLS |
| | ) | |
| -vs- | ) | **STIPULATED MOTION TO MODIFY** |
| | ) | **TRIAL ORDER DEADLINE TO FILE** |
| SAP AMERICA, INC., et al. | ) | **JOINT TRIAL BRIEF** |
| | ) | |
| Defendants. | ) | |

Plaintiff Hodell-Natco Industries, Inc. ("Hodell") hereby submits this stipulated motion requesting that the Court modify the deadline for the filing of the Joint Trial Brief, currently due on October 8, 2014.  Counsel for Hodell and Counsel for Defendants SAP America, Inc. and SAP AG have been working to finalize the sections of the Joint Trial Brief regarding the stipulated facts and joint statement of the facts.  However, those sections have not yet been completed and undersigned counsel and counsel for Defendants SAP America, Inc. and SAP AG have conferred and they concur and stipulate that one (1) additional day is needed to finalize the stipulated facts and joint statement of the facts and that the Joint Trial Brief can be filed with the Court on October 9, 2014.

WHEREFORE, it is respectfully requested that this stipulated motion be granted.

Respectfully submitted,

*/s/ Timothy J. Fitzgerald*
JAMES F. KOEHLER (0007904)
jkoehler@koehlerneal.com
TIMOTHY J. FITZGERALD (0042734)
tfitzgerald@koehlerneal.com
P. WESLEY LAMBERT (0076961)
wlambert@koehlerneal.com
KOEHLER NEAL LLC
3330 Erieview Tower, 1301 East 9th Street
Cleveland, Ohio  44114
(216) 539-9370
(216) 916-4369   (*facsimile*)
*Attorneys for Plaintiff Hodell-Natco Industries, Inc.*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 8th day of October, 2014, a copy of the foregoing was filed electronically.  Parties may access this filing through the Court's electronic filing system.  A copy of the foregoing was also sent by Email and First Class Mail to the following parties:

**LSI-Lowery Systems, Inc.**
c/o Chris Kellett
cpk@carmodymacdonald.com

**IBIS Group, Inc**
c/o John T. Grobe
1749 Naperville Road, Suite 203
Wheaton, IL 60187

*/s/* Timothy J. Fitzgerald
TIMOTHY J. FITZGERALD (0042734)
P. WESLEY LAMBERT (0076961)