IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE WELLS |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SAP AMERICA, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

AND NOW, this 10th day of October, 2014, upon consideration of the Plaintiff's Motion *in Limine* to Preclude Introduction of Issues Raised By Plaintiff During Other ERP Implementations, and the response thereto by the SAP Defendants, it is hereby **ORDERED** that the Plaintiff's Motion is **DENIED**.

BY THE COURT:

Dated: 10 October 2014

Hon. Lesley Wells
United States District Judge