UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE: LESLEY WELLS |
| | ) | |
| -vs- | ) | **RESPONSES TO THE SAP** |
| | ) | **DEFENDANTS' OBJECTIONS TO** |
| SAP AMERICA, INC., et al. | ) | **PLAINTIFF'S EXHIBIT LIST** |
| | ) | |
| Defendants. | ) | |

Plaintiff Hodell-Natco Industries, Inc., through undersigned counsel and pursuant to the

Court's Trial Order filed May 1, 2014 [ECF #193] (as modified) and Fed. R. Civ. P. 26(a)(3),

responds to the Objections to Hodell's Trial Exhibit List filed by Defendants SAP America, Inc.

and SAP AG ("SAP") as follows:

I.  **RESPONSES TO CERTAIN GENERAL OBJECTIONS:**

  A.  **Objections as to Relevance** (Trial Exhibit Nos. 4, 5, 6, 7, 8, 11, 12, 13, 16, 19, 22, 23, 24, 25, 27, 28, 29, 32, 39, 49, 51, 53, 61, 65, 83, 111, 124, 125, 127, 128, 134, 137, 138, 144, 147, 149, 151, 152, 157, 158, 159, 161, 163, 166, 167, 169, 171, 174, 175, 181, 190, 192, 202, 204, 207, 210, 212, 213, 220, 221, 222, 223, 224, 225, 227, 228, 230, 233, 234, 237, 238, 239, 240, 241, 243, 248, 252, 256, 278):

As to any document objected to on Relevance grounds, Hodell submits the Exhibit is relevant to one or more issues in the litigation which include whether Hodell reasonably relied upon information provided by SAP and its business partners in purchasing Business One and related software; whether Business One was suitable for Hodell's business, whether SAP knew or was reckless/negligent in not knowing that Business One could not be successfully deployed in Hodell's environment, whether SAP mislead Hodell into remaining running Business One when it knew the problems Hodell was experiencing could not be fixed, the existence and amount of damages suffered by Hodell, and/or the availability of punitive damages. Hodell submits that these documents have a tendency to make a fact of consequence in this case more or less probable (Fed.R.Evid. 401). Most, if not all of SAP's objections on grounds of relevance go to the weight the jury may credit the exhibit but not to its admissibility.

     **B.**    <u>**Objections on Hearsay Grounds**</u> (Trial Exhibit Nos. 4, 5, 7, 8, 10, 13, 16, 19, 22, 23, 24, 25, 26, 27, 28, 29, 32, 39, 47, 48, 53, 55, 59, 65, 83, 100, 101, 111, 116, 127, 128, 134, 135, 147, 149, 151, 152, 154, 157, 158, 159, 161, 169, 171, 192, 198, 199, 202, 207, 211, 212, 213, 214, 220, 221, 223, 224, 225, 227, 231, 232, 233, 234, 243, 256, 276, 278, 280, 281, 285, 292, 293)

As to any objections on hearsay grounds, Hodell submits that it will be able to establish that the Exhibit or information contained therein is not hearsay as defined in Fed.R.Evid. 801 or is admissible for a non-hearsay purpose, or that Hodell will be able to establish the foundation for one or more exceptions to the rule against hearsay under Fed.R.Evid. 803, 804, 805, 806 or 807.

     **C.**    <u>**Objections as to Authenticity**</u>  (Trial Exhibit Nos. 198, 199, 256, )

As to any objections on authenticity grounds, Hodell submits that either the document was produced by a party in discovery (and therefore is not required to be authenticated) or that Hodell will be able to establish at trial that the document is what Hodell claims it to be under Fed.R.Evid. 901 through one or more witnesses identified on Hodell's Trial Witness List [ECF #210].

     **D.**    <u>**Objections as to Personal Knowledge**</u> (Trial Exhibit Nos. 8, 10, 16, 19, 27, 28, 29, 32, 39, 53, 55, 65, 102, 103, 104, 105, 106, 107, 108, 134, 138, 166, 174, 180, 199, 211, 220, 221, 223, 224, 225, 231, 232, 233, 234, 243, 248, 252, 256, 278)

As to any objections to trial exhibits based upon an alleged lack of personal knowledge of persons testifying based upon the exhibit, Hodell submits that it will be able to establish the sufficient personal knowledge of a witness at trial to permit admission of the exhibit through one or more witnesses identified on Hodell's Trial Witness List [ECF #210]. Most, if not all of SAP's objections on grounds of personal knowledge go to the weight the jury may credit the exhibit but not to its admissibility.

     **E.**    <u>**Objections Based Upon Motions in Limine Filed by SAP**</u> (Trial Exhibit Nos. 6, 11, 12, 16, 51, 93, 97, 98, 99, 124, 127, 128, 144, 181, 204, 220, 221, 222, 223, 224, 225, 227, 228, 229, 256, 261, 290, )

As to any objections made by SAP in reliance upon Motions *in Limine* filed by it, those Motions have been denied by the Court pursuant to entries dated October 11, 2014.  Hodell expressly incorporates by reference its Oppositions to the Motions *in Limine* filed by SAP.  [ECF Nos. 235, 236, 237, 239, 241, 242, 243].

     **F.**    <u>**Objections to Exhibits Which Require a Foundation**</u>

As to SAP's Objections to each trial exhibit, Hodell submits that it will be able to lay a proper foundation that the document is relevant and admissible through one or more witnesses identified on Hodell's Trial Witness List [ECF #210].

## II.     RESPONSES TO SPECIFIC OBJECTIONS

Hodell incorporates by reference its Responses to General Objections stated above.  In the interest of judicial economy, Hodell will not restate each such Response with respect to each Trial Exhibit objected to by SAP as set forth below.  Additionally, Hodell reserves the right to amend or supplement these Responses at or before trial, and specifically reserves the right to argue for the admissibility of the Exhibits objected to by SAP on additional or different grounds than stated herein.  In the event the Court elects to resolve any objections to admissibility outside the context of a trial, Hodell expressly requests leave to supplement these Responses in order to set forth all potential grounds for admissibility.

| Number | Description | Deposition Exhibit No. | Bates Number | Response to SAP Objections |
|---|---|---|---|---|
| 4 | Jan 2004 FKOM Notes | Dep. Exhibit 33 | | See Responses to General Objections.  Document is relevant to show, *inter alia*, notice to LSi and to corroborate testimony by LSi representatives regarding Business One capabilities.  The jury will not be confused by Mr. Van Leeuwen's testimony and it will not cause any material delay in the proceedings.  The document will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. |
| 5 | SAP ROI Calculator | Dep. Exhibit 38 | | See Responses to General Objections.  Representatives of LSi will testify that they relied upon Exhibit 38 in representing to Hodell that Business One could support up to 500 users. The document will be offered for non-hearsay purposes and/or will otherwise qualify for one or |

| | | | | |
|---|---|---|---|---|
| | | | | more exceptions to the hearsay rule. |
| 6 | May 17, 2005 Letter | Dep. Exhibit 41 | | See Responses to General Objections and Opposition to Motion *in Limine* No. 7. Document is relevant to the issue of whether LSi and/or IBIS were acting as an actual or apparent agent of SAP and whether Hodell's reliance was reasonable. |
| 7 | Lowery June 8, 2006 Email | Dep. Exhibit 53 | | See Responses to General Objections.  Document is relevant to issue of knowledge of potential implementation issues not disclosed to Hodell, and to whether SAP adequately supervised LSi's activities. |
| 8 | Reidl 3/13/07 Email | Dep. Exhibit 60 | | See Responses to General Objections.  Relevant to show knowledge of LSi, and subsequently SAP, of impact non-performing software was having on Hodell.  The document will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. |
| 10 | Lowery 4/7/07 Email | Dep. Exhibit 67 | | See Responses to General Objections.  See Response regarding Trial Exhibit 8. |
| 11 | Ziv 4/12/07 Email | Dep. Exhibit 69 | | See Responses to General Objections re Motions *in Limine*, and Hodell's Opposition to SAP's Motion *in Limine* No. 5. |

| 12 | Elliot 4/13/07 Email | Dep. Exhibit 70 | | See Responses to General Objections re Motions *in Limine*, and Hodell's Opposition to SAP's Motion *in Limine* No. 5. |
| 13 | Van Leeuwen 7/30/04 Email | Dep. Exhibit 71 | | See Responses to General Objections.  Foundation for exhibit will be apparent through testimony of Mr. Van Leeuwen and Mr. Lowery.  The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule.  Document and internal statements therein may be used to show effect on LSi as to why it proceeded with SAP partnership; document will be used to show that SAP had knowledge of Hodell sales process and statements are made by employee/agents of defendant SAP. |
| 16 | Ziv 4/15/07 Email | Dep. Exhibit 77 | | See Responses to General Objections re Motions *in Limine*, and Hodell's Opposition to SAP's Motion *in Limine* No. 5.  The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. |
| 19 | Kraus 4/25/07 Email | Dep. Exhibit 83 | | See Responses to General Objections.  Document is statements of employees/agents of parties and relevant to show knowledge by LSi/SAP on impact software was having on Hodell's business.  Hodell will |

| | | | | |
|---|---|---|---|---|
| | | | | be able to lay foundation at trial. |
| 22 | Lowery 6/6/07 Email | Dep. Exhibit 90 | | See Responses to General Objections.  The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. |
| 23 | Woodrum 7/14/07 Email | Dep. Exhibit 92 | | See Responses to General Objections.  The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. |
| 24 | Lowery 7/27/07 Email | Dep. Exhibit 93 | | See Responses to General Objections.  The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. |
| 25 | Lowery 9/5/07 Email | Dep. Exhibit 97 | | See Responses to General Objections.  The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. |
| 26 | Lowery 9/14/07 Email | Dep. Exhibit 101 | | See Responses to General Objections.  The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more |

| | | | | |
|---|---|---|---|---|
| | | | | exceptions to the hearsay rule. |
| 27 | Lowery 9/17/07<br><br>Email | Dep. Exhibit<br><br>103 | | See Responses to General Objections.  The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. As to relevance and unfair prejudice objections, the jury may decide whether to credit or discredit Mr. Lowery's assessment of the situation, and SAP has not identified undue prejudice that outweighs the relevance of this document. Further, the document is not offered to prove character of SAP. |
| 28 | Lowery 9/17/07<br><br>Email | Dep. Exhibit<br><br>104 | | See Responses to General Objections.  The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. As to relevance and unfair prejudice objections, the jury may decide whether to credit or discredit Mr. Lowery's assessment of the situation, and SAP has not identified undue prejudice that outweighs the relevance of this document. Further, the document is not offered to prove character of SAP.  SAP has only objected to a portion of the Exhibit. |

| 29 | Sotnick<br><br>11/16/07 Email | Dep. Exhibit<br><br>109 | | See Responses to General Objections.  The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. Hodell will establish relevance, including the issue of SAP's awareness of Hodell's losses and the admission of SAP's employee/agent that Business One would not work. |
| 32 | 1/30/06 Notes | Dep. Exhibit<br><br>123 | | See Responses to General Objections.  The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. |
| 39 | Lowery 3/15/07<br><br>Email | Dep. Exhibit<br><br>147 | | See Responses to General Objections. The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. |
| 47 | Ashley 12/29/11<br><br>Email | Dep. Exhibit<br><br>173 | | See Responses to General Objections.  The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. The emails are admissible under Fed.R.Evid. 807.  Mr. Ashley was deposed and admitted sending these emails and making the statements reflected in these emails.  SAP employee |

| | | | | |
|---|---|---|---|---|
| | | | | Paul Killingsworth admitted to deleting the email sent to him reflected on this Exhibit. |
| 48 | Ashley 1/3/12<br><br>Email | Dep. Exhibit<br><br>174 | | See Responses to General Objections. The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. The emails are admissible under Fed.R.Evid. 807.  Mr. Ashley was deposed and admitted sending these emails and making the statements reflected in these emails. |
| 49 | Ashley 1/2/06<br><br>Memo | Dep. Exhibit<br><br>177 | | See Responses to General Objections. |
| 51 | Ziv 4/25/07<br><br>Email | Dep. Exhibit<br><br>247 | | See Responses to General Objections re Motions *in Limine* and Hodell's Opposition to SAP's already-denied Motion *in Limine* No. 5. |
| 53 | Sotnick 9/24/07<br><br>Email | Dep. Exhibit<br><br>259 | | See Responses to General Objections. The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. SAP does not dispute that the Exhibit contains internal communications among SAP employees and/or agents relating specifically to the Hodell Business One implementation and contains admissions of these employee/agents.  SAP may |

| | | | | |
|---|---|---|---|---|
| | | | | offer contrary or explanatory evidence at trial but its self-serving explanations do not permit exclusion of relevant evidence. |
| 55 | Kraus 10/1/07 Email | Dep. Exhibit 267 | | See Responses to General Objections. Document is relevant and admissible to show that SAP was aware of Hodell's contention that it was losing money and suffering financial harm during 2007 while running Business One, and therefore relevant to issue of punitive damages and fraud, as Hodell will contend that SAP has knowledge of Hodell's losses but mislead Hodell to remain running Business One anyway; K. Reidl will confirm statements at trial and in any event, statements may be offered other than for their truth.  The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule.  SAP does not dispute that the Exhibit contains internal communications among SAP employees and/or agents relating specifically to the Hodell Business One implementation and contains admissions of these employee/agents.  SAP may offer contrary or explanatory evidence at trial but its self-serving explanations do not permit exclusion of relevant evidence. |

| 59 | SAP Business One Brief | Dep. Exhibit 314 | | See Responses to General Objections. The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. Hodell will lay foundation for Trial Exhibit 59 at trial through one or more witnesses identified on its Trial Witness List [ECF #210] and document may be used other than to prove the truth of the statements made therein; i.e., to explain and support why Hodell believed Business One was appropriate for its business. |
| --- | --- | --- | --- | --- |
| 61 | SAP Partner Branding Guide | Dep. Exhibit 425 | | Relevant to the issue of agency/apparent agency in that SAP authorized resellers such as LSi to use SAP's logo in connection with the reseller's business and that resellers leveraged SAP's name in selling Business One to customers, including Hodell |
| 65 | Shamia 9/29/05 Email | Dep. Exhibit 432 | | Document is subject to one or more exceptions to the hearsay rule and may otherwise be offered for purposes other than for the truth of the matter asserted therein; Document is relevant to show that SAP knew that Business One was being marketed to inappropriate customers and failed to control the activities of its resellers and/or local markets; Statements were made by SAP employees and are being offered against SAP and thus are not hearsay |

| 81 | Lowery 9/16/07 Email | Dep. Exhibit 102 | | See response to Trial Exhibit 27. |
|---|---|---|---|---|
| 83 | Kraus 1/31/06 Email | Dep. Exhibit 118 | | The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. SAP does not dispute that the Exhibit contains communications among SAP and LSi employees and/or agents relating specifically to the Hodell Business One implementation and contains admissions of these employee/agents.  Document is relevant to show SAP knowledge of Hodell and size of deal.  Relevant to motive. |
| 93 | Hodell Financial Statements Years Ended 2010 and 2009 | | HODL030667-HODL030681 | Motion *in Limine* No. 1 has been denied.  Hodell's Opposition to Motion *in Limine* No. 1 [ECF #233] is expressly incorporated herein. |
| 97 | Hodell Financial Statements for the Years Ended 2006 and 2007 | | HODL030622-HODL030636 | Motion *in Limine* No. 1 has been denied.  Hodell's Opposition to Motion *in Limine* No. 1 [ECF #233] is expressly incorporated herein. |
| 98 | Hodell Financial Statements for the Years Ended 2007 and 2008 | | HODL030637-HODL030651 | Motion *in Limine* No. 1 has been denied.  Hodell's Opposition to Motion *in Limine* No. 1 [ECF #233] is expressly incorporated herein. |
| 99 | Hodell Financial Statements for the Years Ended | | HODL030652-HODL030666 | Motion *in Limine* No. 1 has been denied.  Hodell's Opposition to Motion *in Limine* No. 1 [ECF #233] is expressly |

| | | | |
|---|---|---|---|
| | 2008 and 2009 | | | incorporated herein. |
| 100 | Compendium of Hodell Expenses Related to SAP Business One Costs | | *See* attached Exhibit A: Kennedy Report Schedule 8; HODL040000-HODL040401 | Documents have been produced to SAP for several years and have been reviewed by SAP's damages expert.  Hodell will be able to lay foundation through testimony of witnesses identified on Hodell's Trial Witness List.  To the extent SAP is unwilling to stipulate, Hodell reserves the right to enter each invoice/proof of payment as an individual exhibit if ordered to do so by the Court. |
| 101 | Compendium of all documents provided to and reviewed by Dr. G. William Kennedy as identified on the attached Exhibit B. | | | Documents have been produced to SAP for several years and have been reviewed by SAP's damages expert.  Hodell will be able to lay foundation through testimony of witnesses identified on Hodell's Trial Witness List.  To the extent SAP is unwilling to stipulate, Hodell reserves the right to enter each underlying document as an individual exhibit if ordered to do so by the Court. |
| 102 | SAP Business One 2004C Release notes published May 2005 | | | See Responses to General Objections. |
| 103 | SAP Business One 2007A Release Notes September 2006 | | | See Responses to General Objections. |
| 104 | SAP Business One Statement of Direction January 2009 | | | See Responses to General Objections. |

| 105 | SAP Business One Statement of Direction 2007, November 2006, version 2.0 released March 29, 2006 | | | See Responses to General Objections. |
|-----|-----|-----|-----|-----|
| 106 | Presentation by Andreas Wolfinger, SAP AG, Vice President Head of Global Product Management June 2012 | | | See Responses to General Objections. |
| 107 | Presentation by Torsten Hopmeier, CIO Weidmüller dated March 2, 2006 "Business One – Entscheidungskriterien und Praxiserfahrungen" | | | See Responses to General Objections.  SAP's English language document has been waived as SAP had notice of this Exhibit at the time of Mr. Guembel's deposition and for years thereafter and did not object.  Evid.R. 604 has no application to this document. |
| 108 | Computer World Article available at http://www.computerwoche.de/a/weidmueller-laesst-saps-business-one-einfuehren,554731 | | | See Responses to General Objections.  SAP's English language document has been waived as SAP had notice of this Exhibit at the time of Mr. Guembel's deposition and for years thereafter and did not object.  Evid.R. 604 has no application to this document. |
| 111 | SAP Market Strategy Article | Dep. Exhibit 14 | | Hodell will lay foundation and relevance of document through Daniel Lowery. The document, and any out-of-court statements contained within the document, |

| | | | | |
|---|---|---|---|---|
| | | | | will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. |
| 116 | "SAP B1 Effect on Productivity" | Dep. Exhibit 25 | | See Rule 1006.  Underlying data has been produced. |
| 124 | SAP Business One informational bulletin | Dep. Exhibit 37 | | Daniel Lowery testified that he relied upon information contained in Exhibit 37 or documents like it as a basis to believe that Business One would be suitable for Hodell, and thus this information formed the basis for his belief; Hodell will be able to establish one or more exceptions to the hearsay rule at trial, or alternatively, the document will be admitted for purposes other than for proving the truth of the matters asserted therein |
| 125 | Compendium of SAP Annual Reports (2004 to present) | | | SAP is aware of its own annual reports and should not need Hodell to identify them.  SAP's annual reports are identified as a source of information regarding Business One in the Amended Complaint [ECF #26] and the annual reports contain public statements as to Business One. Additionally, the financial information contained within the annual reports is relevant to the issue of punitive damages. |
| 126 | SAP Business One Solution Brief (Exhibit A to First Amended Complaint) | | | See Responses to General Objections. |

15

| 127 | Devereaux 10/1/03 with American Express Edition Attachment (Exhibit B to First Amended Complaint) | | | Motion in Limine No. 7 has been denied.  Hodell incorporates by reference is Opposition to Motion in Limine No. 7 [ECF #243].  Hodell will be able to establish one or more exceptions to the hearsay rule at trial and/or will be able to offer the document for purposes other than for proving the truth of the matter therein; i.e., for explaining why Hodell ultimately made the decision to purchase Business One |
|---|---|---|---|---|
| 128 | SAP Business One Whitepaper (Exhibit C to First Amended Complaint) | | | Motion in Limine No. 7 has been denied.  Hodell incorporates by reference is Opposition to Motion in Limine No. 7 [ECF #243].  Hodell will be able to establish one or more exceptions to the hearsay rule at trial and/or will be able to offer the document for purposes other than for proving the truth of the matter therein; i.e., for explaining why Hodell ultimately made the decision to purchase Business One |
| 129 | 12/20/04 Purchase Order and Invoice (Exhibits E and F to First Amended Complaint) | | | See Responses to General Objections. |
| 130 | SAP B1 Procedure Manual dated October 2006. | | | This document was produced to SAP as Bates No. HODL996 through HODL1350 |

| 134 | Email string beginning with J. Woodrum 3-15-07 | Dep. Exhibit 64 | | See Responses to General Objections. |
|---|---|---|---|---|
| 135 | Email string with attachment beginning with K. Reidl 3-20-07 | Dep. Exhibit 65 | | Hodell will lay foundation and relevance of document at trial. The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. |
| 137 | Email string beginning with Daniel Ferenci starting 3-16-07 | Dep. Exhibit 429 | | See Responses to General Objections. |
| 138 | SAP performance requirements definition document | Dep. Exhibit 244 | | See Responses to General Objections. |
| 144 | Email string beginning with Lowery 4-12-07 | Dep. Exhibit 78 | | Motion *in Limine* No. 5 has been denied. Hodell incorporates by reference its Opposition to that Motion. [ECF #241] |
| 145 | Email string beginning with Guagenti 3-13-06 | Dep. Exhibit 80 | | See Responses to General Objections. |
| 147 | Email string beginning with K. Reidl 4-25-07 | Dep. Exhibit 84 | | Hodell will lay foundation and relevance of document at trial. The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. |

| 149 | Email from Lowery 4-26-07 | Dep. Exhibit 86 | | See Responses to General Objections. |
|---|---|---|---|---|
| 151 | Email string beginning with Kraus 7-2-07 | Dep. Exhibit 91 | | See Responses to General Objections. |
| 152 | Email string beginning with Lowery 8-3-07 | Dep. Exhibit 94 | | See Responses to General Objections. |
| 154 | Email from Lowery 9-5-07 | Dep. Exhibit 96 | | See Responses to General Objections. |
| 157 | Email from Dan Lowery 9-14-07 | Dep. Exhibit 100 | | See Responses to General Objections. |
| 158 | Email string beginning with M. Sotnick 9-20-07 | Dep. Exhibit 105 | | See Responses to General Objections. |
| 159 | Email string beginning with Lowery 9-21-07 | Dep. Exhibit 106 | | See Responses to General Objections. |
| 161 | Email from Lowery 9-26-08 | Dep. Exhibit 115 | | See Responses to General Objections. |
| 163 | Email string beginning with Gillespie 12-10-07 | Dep. Exhibit 447 | | Hodell will lay foundation and relevance of document at trial. The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. SAP has proposed introducing evidence of other customer implementations [See SAP Opp. to Hodell Motion *in Limine* re Other "Large Business One Customers." [ECF #232] and thus should not be permitted to rely upon this objection or its unfounded "subsequent |

| | | | | |
|---|---|---|---|---|
| | | | | remedial measures" objection. |
| 166 | SAP performance report 2005-SPI Vs 2005 | Dep. Exhibit 451 | | See Responses to General Objections.  Document was produced by SAP near the conclusion of fact discovery and Hodell was deprived of the opportunity to conduct discovery into the document. |
| 167 | Email string beginning with Dan Lowery 5-11-07 | Dep. Exhibit 455 | | See Responses to General Objections. |
| 169 | Email string beginning with Ovadia 4-9-07 | Dep. Exhibit 458 | | Hodell will lay foundation and relevance of document at trial. The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. SAP has proposed introducing evidence of other customer implementations [See SAP Opp. to Hodell Motion *in Limine* re Other "Large Business One Customers." [ECF #232] and thus should not be permitted to rely upon this objection or its unfounded "subsequent remedial measures" objection. |
| 171 | Email string beginning with Gillespie 1-14-08 with attachment SAP Business One best practice system setup and sizing | Dep. Exhibit 461 | | Hodell will lay foundation and relevance of document at trial. The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. SAP has proposed introducing |

| | | | | |
|---|---|---|---|---|
| | | | | evidence of other customer implementations [See SAP Opp. to Hodell Motion *in Limine* re Other "Large Business One Customers." [ECF #232] and thus should not be permitted to rely upon this objection or its unfounded "subsequent remedial measures" objection. |
| 174 | Email string beginning with Kratus 3-16-07 | Dep. Exhibit 254 | | See Responses to General Objections. |
| 175 | Email string with attachment beginning with T. Singleton 10-8-08 | Dep. Exhibit 116 | | See Responses to General Objections. |
| 180 | Memo regarding Hodell's Business One implementation | Dep. Exhibit 132 | | See Responses to General Objections. |
| 181 | Email string beginning with J. Woodrum 4-16-07 | Dep. Exhibit 156 | | See Responses to General Objections re Motions *in Limine*, and Hodell's Opposition to SAP's Motion *in Limine* No. 5. |
| 190 | Email string beginning with Van Leeuwen 2-9-06 | Dep. Exhibit 50 | | See Responses to General Objections. |
| 192 | Email string beginning with P. Killingsworth 9-13-07 | Dep. Exhibit 42 | | Hodell will lay foundation and relevance of document at trial. The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. |

| 194 | Hodell purchase order from IBIS 12-20-04 | Dep. Exhibit 45 | | |
|-----|-----|-----|-----|-----|
| 198 | SAP In-Flight development and Hodell-Natco implementation 3-16-06 | Dep. Exhibit 121 | | See Responses to General Objections. Hodell will lay foundation and relevance of document at trial. The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. |
| 199 | Power Point beginning with Dan Carr, CDI | Dep. Exhibit 175 | | See Responses to General Objections. |
| 202 | Email string beginning with Killingsworth 4-10-07 | Dep. Exhibit 403 | | Hodell will lay foundation and relevance of document at trial. The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. SAP has proposed introducing evidence of other customer implementations [See SAP Opp. to Hodell Motion *in Limine* re Other "Large Business One Customers." [ECF #232] and thus should not be permitted to rely upon this objection or its unfounded "subsequent remedial measures" objection. |
| 204 | Email attachment from Dal Van Leeuwen – SAP Business One – In Flight Enterprise | Dep. Exhibit 296 | | See Responses to General Objections re Motions *in Limine*, and Hodell's Opposition to SAP's Motion *in Limine* No. 6. |

| | Development Map | | | |
|---|---|---|---|---|
| 207 | Email string beginning with Brian Jamieson 3-7-07 | Dep. Exhibit 182 | | Hodell will lay foundation and relevance of document at trial. The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. SAP has proposed introducing evidence of other customer implementations [See SAP Opp. to Hodell Motion *in Limine* re Other "Large Business One Customers." [ECF #232] and thus should not be permitted to rely upon this objection or its unfounded "character evidence" objection. |
| 209 | Email string beginning with Rodion Pronin 3-13-07 | Dep. Exhibit 184 | | |
| 210 | Email string beginning with Lowery 3-13-07 | Dep. Exhibit 185 | | See Response to Objection to Trial Exhibit 8. |
| 211 | Email string beginning with Woodrum 3-12-07 | Dep. Exhibit 186 | | See Responses to General Objections. Hodell will lay foundation and relevance of document at trial. The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. |

| 212 | Email string with top from D. Boessmann 3-16-07 | Dep. Exhibit 254 | | Hodell will lay foundation and relevance of document at trial. The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. SAP has proposed introducing evidence of other customer implementations [See SAP Opp. to Hodell Motion *in Limine* re Other "Large Business One Customers." [ECF #232] and thus should not be permitted to rely upon this objection or its unfounded "character evidence" objection. |
| 213 | Email string with top from M. Sotnick 4-16-07 | Dep. Exhibit 255 | | See Responses to General Objections. Hodell will lay foundation and relevance of document at trial. The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. |
| 214 | Email string with top from M. Sotnick 10-1-07 | Dep. Exhibit 261 | | See Responses to General Objections. Hodell will lay foundation and relevance of document at trial. The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. |

| 220 | SAP Business One 'Sweet Spot' overview for partners | Dep. Exhibit 240 | | See Responses to General Objections and Responses re Motions *in Limine*, and Hodell's Opposition to SAP's Motion *in Limine* No. 5.  Hodell will lay foundation and relevance of document at trial.  The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. |
| 221 | Email from Gilad Gruber 4-18-05 | Dep. Exhibit 241 | | See Responses to General Objections.  Hodell will lay foundation and relevance of document at trial. The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule.  See Responses to General Objections re Motions *in Limine*, and Hodell's Opposition to SAP's Motion *in Limine* No. 5. |
| 222 | Power Point titled 'Update on B1 Business Cases' | Dep. Exhibit 242 | | See Responses to General Objections and Responses re Motions *in Limine*, and Hodell's Opposition to SAP's Motion *in Limine* No. 5.  Hodell will lay foundation and relevance of document at trial.  SAP admits the document pre-dates the Hodell implementation and therefore is not a "subsequent" remedial measure, and in any even can be used for purposes other than to prove negligence. |

| 223 | Power Point titled 'SAP Business One 2006 Plan' 12-13-05 | Dep. Exhibit 243 | | See Responses to General Objections. Hodell will lay foundation and relevance of document at trial. The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. See Responses to General Objections re Motions *in Limine*, and Hodell's Opposition to SAP's Motion *in Limine* No. 5. |
|---|---|---|---|---|
| 224 | Power Point titled 'B1 Performance requirements document version 1.0' 1-4-06 | Dep. Exhibit 244 | | See Responses to General Objections. Hodell will lay foundation and relevance of document at trial. The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. See Responses to General Objections re Motions *in Limine*, and Hodell's Opposition to SAP's Motion *in Limine* No. 5. |
| 225 | Email from Kraus 4-13-07 | Dep. Exhibit 245 | | See Responses to General Objections. Hodell will lay foundation and relevance of document at trial. The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. |

| 227 | Power Point titled 'Quality Gate, planning to development' 1-12-06 | Dep. Exhibit 248 | | See Responses to General Objections.  Hodell will lay foundation and relevance of document at trial. The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule.  See Responses to General Objections re Motions *in Limine*, and Hodell's Opposition to SAP's Motion *in Limine* No. 5. |
| 228 | Power Point titled 'Moving B1 Forward' 3-17-06 | Dep. Exhibit 250 | | See Responses to General Objections re Motions *in Limine*, and Hodell's Opposition to SAP's Motion *in Limine* No. 5. |
| 229 | Email from Gadi Shamia 3-13-06 | Dep. Exhibit 251 | | See Responses to General Objections re Motions *in Limine*, and Hodell's Opposition to SAP's Motion *in Limine* No. 5. |
| 230 | Dale VanLeeuwen subpoena for deposition | Dep. Exhibit 290 | | Hodell will withdraw this exhibit |
| 231 | Email string beginning with Eric Johnson 3-16-07 | Dep. Exhibit 187 | | See Responses to General Objections.  Hodell will lay foundation and relevance of document at trial.  The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. |

| 232 | Email string beginning with Lowery (forward of msg. sent 4-11-07 to Udi) 4-12-07 | Dep. Exhibit 188 | | See Responses to General Objections. Hodell will lay foundation and relevance of document at trial. The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. |
| --- | --- | --- | --- | --- |
| 233 | Email string beginning with Lorenzo Zecca 4-16-07 | Dep. Exhibit 189 | | See Responses to General Objections. Hodell will lay foundation and relevance of document at trial. The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. |
| 234 | Email from Anatoliy Boyko to Rodion Pronin and Ross Elliot dated 4-26-07 | Dep. Exhibit 191 | | See Responses to General Objections. Hodell will lay foundation and relevance of document at trial. The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. |

| 237 | 2003 SAP Annual Report | Dep. Exhibit 400 | | See Response to Trial Exhibit 125 |
| 238 | 2004 SAP Annual Report | Dep. Exhibit 421 | | See Response to Trial Exhibit 125 |
| 239 | 2005 SAP Annual Report | Dep. Exhibit 422 | | See Response to Trial Exhibit 125 |
| 240 | 2006 SAP Annual Report | Dep. Exhibit 423 | | See Response to Trial Exhibit 125 |
| 241 | 2007 SAP Annual Report | Dep. Exhibit 424 | | See Response to Trial Exhibit 125 |
| 243 | Email string with 7/6/07 email from Lowery to Woodrum | Dep. Exhibit 152 | | See Responses to General Objections. Hodell will lay foundation and relevance of document at trial. The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. |
| 248 | SAP Business One Bullet Points | Dep. Exhibit 434 | | See Responses to General Objections. |
| 252 | SAP Testing Observations | Dep. Exhibit 452 | | See Responses to General Objections. |

| 256 | O. Reidl Phone Call Notes with Dale Van Leeuwen Sept. 6, 2007 | | HODL00088 | See Responses to General Objections.  See Responses to General Objections re Motions *in Limine*, and Hodell's Opposition to SAP's Motion *in Limine* No. 6. |
|---|---|---|---|---|
| 261 | Hodell Reviewed Financial Statements 1998-2010 | | | SAP has not articulated a specific objection to this Exhibit.  Hodell has had documents labeled as Hodell's Reviewed Financial Statements for various years since the infancy of discovery.  To the extent SAP is unwilling to stipulate to the accuracy of any underlying financial data to be relied upon at trial, Hodell reserves the right to introduce these documents either as a compendium exhibit or as individual exhibits to the extent it is ordered to do so by the Court. See Responses to General Objections re Motions *in Limine*, and Hodell's Opposition to SAP's Motion *in Limine* No. 1. |
| 262 | Hodell Monthly Income Statements 2002-2009 | | | SAP has not articulated a specific objection to this Exhibit.  Hodell has had documents labeled as Hodell's Monthly Income Statements for various years since the infancy of discovery.  To the extent SAP is unwilling to stipulate to the accuracy of any underlying financial data to be relied upon at trial, Hodell reserves the right to introduce these documents either as a compendium exhibit or as individual exhibits to the extent it is ordered to do so by the Court. See Responses to |

| | | | | |
|---|---|---|---|---|
| | | | | General Objections re Motions *in Limine*, and Hodell's Opposition to SAP's Motion *in Limine* No. 1. |
| 276 | E-mail, 3/27/07, from Jon Woodrum to Paul Killingsworth and others | Dep. Exhibit 229 | | See Responses to General Objections. Hodell will lay foundation and relevance of document at trial. The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. |
| 277 | Elliot email to Krantz and others, 4/25/07 | Dep. Exhibit 190 | | See Responses to General Objections. Hodell will lay foundation and relevance of document at trial. The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. |
| 278 | Elliot email to Krenke and others, 5/22/07 | Dep. Exhibit 192 | | See Responses to General Objections. Hodell will lay foundation and relevance of document at trial. The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. |

| | | | | |
|---|---|---|---|---|
| 280 | All documents relied upon by Dr. G. William Kennedy as identified in his Expert Report | | | Documents have been produced to SAP for several years and have been reviewed by SAP's damages expert.  Hodell will be able to lay foundation through testimony of witnesses identified on Hodell's Trial Witness List.  To the extent SAP is unwilling to stipulate, Hodell reserves the right to enter each underlying document as an individual exhibit if ordered to do so by the Court. |
| 281 | All documents relied upon by Helmuth Guembel as identified in his Expert Report | | | See Response to Objections to Trial Exhibits 102 to 108. |
| 285 | All documents provided to and relied upon by the SAP Defendants' Expert witnesses | | | Documents have been produced to SAP for several years and have been reviewed by SAP's damages expert.  Hodell will be able to lay foundation through testimony of witnesses identified on Hodell's Trial Witness List.  To the extent SAP is unwilling to stipulate, Hodell reserves the right to enter each underlying document as an individual exhibit if ordered to do so by the Court. |
| 286 | All financial records and documentation pertaining to Hodell-Natco Industries, Inc. produced by Plaintiff | | | Documents have been produced to SAP for several years and have been reviewed by SAP's damages expert.  Hodell will be able to lay foundation through testimony of witnesses identified on Hodell's Trial Witness List.  To the extent SAP is unwilling to stipulate, Hodell reserves the right to enter each underlying document as an individual exhibit if ordered to |

| | | | | |
|---|---|---|---|---|
| | | | | do so by the Court. |
| 287 | All spreadsheets relating to Plaintiff's damages previously produced and, to the extent necessary, all underlying financial records relating to such spreadsheets | | | Documents have been produced to SAP for several years and have been reviewed by SAP's damages expert.  Hodell will be able to lay foundation through testimony of witnesses identified on Hodell's Trial Witness List.  To the extent SAP is unwilling to stipulate, Hodell reserves the right to enter each underlying document as an individual exhibit if ordered to do so by the Court. |
| 288 | All documents produced pursuant to subpoena by Accellos (including ACC0001 to ACC000422) | | | Hodell reserves this Exhibit for purposes of impeachment on cross-examination and/or for rebuttal evidence should the need arise. |
| 289 | To the extent necessary, any and all documents produced by Defendants SAP America, Inc. and SAP AG in discovery | | | Hodell reserves this Exhibit for purposes of impeachment on cross-examination and/or for rebuttal evidence should the need arise. |
| 290 | To the extent necessary, any and all documents produced by Defendants LSi-Lowery Systems, Inc. and the IBIS Group, Inc. in discovery | | | Hodell reserves this Exhibit for purposes of impeachment on cross-examination and/or for rebuttal evidence should the need arise. |

| 291 | To the extent necessary, any and all documents produced by Plaintiff Hodell-Natco Industries, Inc. in discovery | | | Hodell reserves this Exhibit for purposes of impeachment on cross-examination and/or for rebuttal evidence should the need arise. |
|---|---|---|---|---|
| 292 | Expert Report of Dr. G. William Kennedy and supporting exhibits and schedules | | | See Responses to General Objections. Hodell will lay foundation and relevance of document at trial. The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. |
| 293 | Expert Report of Helmuth Guembel and supporting exhibits and schedules | | | See Responses to General Objections. Hodell will lay foundation and relevance of document at trial. The document, and any out-of-court statements contained within the document, will be offered for non-hearsay purposes and/or will otherwise qualify for one or more exceptions to the hearsay rule. |

Respectfully submitted,

*/s/* P. Wesley Lambert
JAMES F. KOEHLER (0007904)
jkoehler@koehlerneal.com
TIMOTHY J. FITZGERALD (0042734)
tfitzgerald@koehlerneal.com
P. WESLEY LAMBERT (0076961)
wlambert@koehlerneal.com
KOEHLER NEAL LLC
3330 Erieview Tower, 1301 East 9th Street
Cleveland, Ohio 44114
(216) 539-9370
(216) 916-4369  (*facsimile*)
*Attorneys for Plaintiff Hodell-Natco Industries, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of October 2014, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system. A copy of these pleadings will also be emailed and sent by regular U.S. Mail to the following parties:

**LSI-Lowery Systems, Inc.**
c/o Chris Kellett
cpk@carmodymacdonald.com

**IBIS Group, Inc**
1800 W. Hawthorne Lane, Suite N
W. Chicago, IL 60185

*/s/* P. Wesley Lambert
P. WESLEY LAMBERT (0076961)