IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08-CV-2755-LW |
| | ) | |
| Plaintiff, | ) | JUDGE WELLS |
| | ) | |
| v. | ) | |
| | ) | **MOTION OF ATTORNEYS** |
| SAP AMERICA, INC., *et al.*, | ) | **HUGH MCKAY, LEO SPELLACY,** |
| | ) | **AND CHARLES ZEPP,** |
| Defendants. | ) | **FOR LEAVE TO WITHDRAW AS** |
| | ) | **COUNSEL FOR DEFENDANTS** |

Pursuant to LR 83.9, Porter Wright Morris & Arthur LLP ("Porter Wright") and its attorneys Hugh McKay, Leo Spellacy, and Charles Zepp respectfully request leave to withdraw as counsel of record for Defendants SAP America, Inc. and SAP AG ("Defendants") in this matter.  In compliance with LR 83.9, counsel for Defendants have provided written notice of the withdrawal to all counsel and to the Defendants' representatives through its national counsel Drinker Biddle & Reath LLP.  Michael Miller and Gregory Star of Drinker Biddle & Reath LLP remain as counsel for SAP America, Inc. and SAP AG and will try this case on Defendants' behalf.

For the foregoing reasons, attorneys Hugh McKay, Leo Spellacy, and Charles Zepp request leave to withdraw from any further representation of SAP America, Inc. and SAP AG in this action.

Respectfully submitted,

/s/Leo M. Spellacy, Jr.
Leo M. Spellacy, Jr. (0067304)
PORTER WRIGHT MORRIS & ARTHUR LLP
950 Main Avenue, Suite 500
Cleveland, OH  44113
(216) 443-9000 / Fax (216) 443-9011
lspellacy@porterwright.com

*Attorneys for SAP America, Inc. and SAP AG*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 15, 2014 a copy of foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

      /s/Leo M. Spellacy, Jr.
      One of the Attorneys for SAP America, Inc.
      and SAP AG