IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HODELL-NATCO INDUSTRIES, INC. ) | CASE NO. 1:08 CV 2755 |
| ) | |
| Plaintiff, ) | JUDGE LESLEY WELLS |
| ) | |
| v. ) | **UNOPPOSED MOTION FOR** |
| ) | **EXTENSION OF TIME TO** |
| SAP AMERICA, INC., et al. ) | **RESPOND TO THE SAP** |
| ) | **DEFENDANTS' MOTION *IN LIMINE*** |
| Defendants. ) | |

Plaintiff Hodell-Natco Industries, Inc. ("Hodell"), through its undersigned attorneys, hereby requests that the Court enter an order allowing Hodell until December 3, 2014 to file its Brief in Opposition to the SAP Defendants' Motion *in Limine* "To Preclude Improper Damages Evidence." [ECF #254]. This request constitutes only a few days' extension, as Hodell's Opposition would otherwise be due over the Thanksgiving holiday.

The undersigned has conferred with counsel for the SAP Defendants, who has indicated that he has no objection to this request. Granting this Motion will not unduly delay the resolution of this matter, as the request seeks at most three additional days in which to file Hodell's Opposition. Accordingly, Hodell requests leave until December 3, 2014 in which to respond to SAP's Motion *in Limine*.

        Respectfully submitted,

        */s/ P. Wesley Lambert*
        P. WESLEY LAMBERT (0076961)
        wlambert@koehlerneal.com
        KOEHLER NEAL LLC
        3330 Erieview Tower, 1301 East 9th Street
        Cleveland, Ohio  44114
        (216) 539-9370
        (216) 916-4369   (*facsimile*)
        *Attorneys for Plaintiff Hodell-Natco Industries, Inc.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of November, 2014, a copy of the foregoing was filed electronically. Parties may access this filing through the Court's electronic filing system.

/s/ P. Wesley Lambert
P. Wesley Lambert (#0076961)

2