# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC., | ) | CASE NO. 1:08-CV-2755 |
| | ) | |
| Plaintiff, | ) | JUDGE LESLEY WELLS |
| | ) | |
| vs. | ) | |
| | ) | |
| SAP AMERICA, INC., et al., | ) | **NOTICE OF CHANGE OF** |
| | ) | **ADDRESS** |
| Defendants. | ) | |
| | ) | |

P. Wesley Lambert, Esq., counsel for Plaintiff Hodell-Natco Industries, Inc., hereby provides notice of change of address and hereby requests that all correspondence, notices, motions, pleadings, documents, and orders pertaining to the above-captioned case be directed to the address set forth below:

P. Wesley Lambert, Esq.
Brouse McDowell
600 Superior Avenue East, Suite 1600
Cleveland, OH  44114
(T) 216/830-6830
(F) 216/830-6807
wlambert@brouse.com

Respectfully submitted,

/s/ P. Wesley Lambert
P. Wesley Lambert, Esq. (0076961)
BROUSE MCDOWELL
600 Superior Avenue East, Suite 1600
Cleveland, Ohio 44114
(216) 830-6830 phone
(216) 830-6807 fax
wlambert@brouse.com
*Attorney for Plaintiff,*
*Hodell-Natco Industries, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing *NOTICE OF CHANGE OF ADDRESS* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the document through the Court's electronic filing system.

/s/ P. Wesley Lambert
P. Wesley Lambert, Esq. (0076961)
*Attorney for Plaintiff Hodell-Natco Industries, Inc.*

904733