IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC., | ) ) | CASE NO. 1:08-CV-2755 |
| | ) | |
| Plaintiff, | ) ) | JUDGE LESLEY WELLS |
| | ) | **NOTICE OF APPEARANCE OF** |
| v. | ) | **COUNSEL FOR PLAINTIFF HODELL-** |
| | ) | **NATCO INDUSTRIES, INC.** |
| SAP AMERICA, INC., et al. | ) ) | |
| Defendants. | ) | |

Please add the appearance of Christopher J. Carney, Esq. and Sharon A. Luarde, Esq. of the law firm of Brouse McDowell as counsel for Plaintiff Hodell-Natco Industries, Inc. ("Hodell").  P. Wesley Lambert, Esq. will continue to represent Hodell as well.  Accordingly, please direct service of all pleadings and other papers required to be served to all counsel at their respective addresses, which are listed below.

                                                      Respectfully submitted,
                                                      **BROUSE MCDOWELL**

/s/ Sharon A. Luarde
Christopher J. Carney (0037597)
Sharon A. Luarde (0071625)
P. Wesley Lambert (0076961)
BROUSE MCDOWELL
600 Superior Ave. E., Suite 1600
Cleveland, Ohio 44114
(216) 830-6830 phone
(216) 830-6807 fax
CCarney@brouse.com
SLuarde@brouse.com
WLambert@brouse.com

*Attorneys for Plaintiff Hodell-Natco Industries, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on January 19, 2015, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the document through the Court's electronic filing system.

/s/ Sharon A. Luarde
Sharon A. Luarde (0071625)

*Attorney for Plaintiff Hodell-Natco Industries, Inc.*

904853