IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HODELL-NATCO INDUSTRIES, INC. ) | CASE NO. 1:08 CV 2755 |
| ) | |
| Plaintiff, ) | JUDGE LESLEY WELLS |
| ) | |
| v. ) | **MOTION OF ATTORNEYS JAMES F.** |
| ) | **KOEHLER AND TIMOTHY J.** |
| SAP AMERICA, INC., et al. ) | **FITZGERALD AND THE FIRM OF** |
| ) | **KOEHLER NEAL LLC FOR LEAVE** |
| Defendants. ) | **TO WITHDRAW AS COUNSEL FOR** |
| ) | **PLAINTIFF** |

    Pursuant to LR 83.9, Koehler Neal LLC and its attorneys James F. Koehler and Timothy John Fitzgerald respectfully request leave to withdraw as counsel of record for Plaintiff Hodell-Natco Industries, Inc. ("Plaintiff") in this matter.  In compliance with LR 83.9, undersigned counsel has provided written notice of the withdrawal to all counsel and to the Plaintiff's representatives.

    P. Wesley Lambert of Brouse McDowell remains as counsel for Plaintiff and will assume lead counsel status in this case going forward on Plaintiff's behalf.

    For the foregoing reasons, Koehler Neal LLC and attorneys James F. Koehler and Timothy John Fitzgerald request leave to withdraw from any further representation of Plaintiff Hodell-Natco Industries, Inc. in this action.

    Respectfully submitted,

*/s/ Timothy J. Fitzgerald*
James F. Koehler (0007904)
jkoehler@koehlerneal.com
Timothy J. Fitzgerald (0042734)
tfitzgerald@koehlerneal.com
KOEHLER NEAL LLC
3330 Erieview Tower, 1301 East 9th Street
Cleveland, Ohio  44114
(216) 539-9370 • (216) 916-4369  (*facsimile*)
*Attorneys for Plaintiff Hodell-Natco Industries, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of January, 2015, the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Such parties may access this filing through the Court's electronic filing system. All other unrepresented parties will be served by regular U.S. mail to the following:

LSI-Lowery Systems, Inc.
c/o Timothy K. Kellett
911 Washington Ave.
Suite 400
St. Louis, MO 63101

IBIS Group, Inc
c/o John T. Grobe
1749 Naperville Road
Suite 203
Wheaton, IL 60187
  .

                                             */s/ Timothy J. Fitzgerald*
                                             James F. Koehler (0007904)
                                             Timothy J. Fitzgerald (0042734)