IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HODELL-NATCO INDUSTRIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>SAP AMERICA, INC., et al.<br><br>Defendants. | ) CASE NO. 1:08 CV 2755<br>)<br>) JUDGE WELLS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

_____

**SECOND SUPPLEMENTAL TRIAL EXHIBIT LIST OF
SAP AMERICA, INC. AND SAP AG**
_____

SAP America, Inc. and SAP AG, through their undersigned counsel, hereby submit this second supplemental trial exhibit list.  SAP America, Inc. and SAP AG continue to reserve all rights.

| **Trial Exhibit No.** | **Date** | **Description** | **Bates Range** |
|---|---|---|---|
| 5 | 11/01/2005 | ERP Software:  Latest news on ERP software, New SAP Business One 2005 | HODL00494 |
| 63 | 03/14/2007 | Email from J. Woodrum to D. Kraus, D. Lowery and P. Killingsworth | SAP00003311 |
| 82 | 04/25/2007 | Email chain between D. Lowery, M. Sotnick et al. | LSI-000174-LSI-000175 |
| 85 | 04/25/2007 | Email from D. Lowery to K. Reidl and O. Reidl | HODL015580 |
| 119 | 07/16/2006 | Sizing Transaction Volumes | LSI-010069 |
| 123 | 01/30/2006 | FKOM Notes | N/A (Deposition Exhibit No. 123) |
| 129 | 03/2006 | Statement of Direction SAP Business One | N/A (Deposition Exhibit No. 129) |

| 130 | N/A | Business Co-Innovation | LSI-006991 |
|---|---|---|---|
| 131 | 2005 | SAP Business One Quick Reference Guide for use by SAP Channel Partners Only | LSI-007049 |
| 138 | 12/22/2005 | SAP Business One Order Entry Forms | SAP00000432-SAP00000433 |
| 143 | 03/14/2006 | Email chain between A. Myrick to J. Guagenti | LSI01057845-LSI01057846 |
| 152 | 07/06/2007 | Email from D. Lowery to J. Woodrum | LSI-000194 |
| 202 | 02/16/2007 | Email chain between D. Lowery, K. Reidl, J. Woodrum and R. Elliott | LSI02110199-LSI02110203 |
| 240 | N/A | Document from SAP Entitled "SAP Business One 'Sweet Spot' Overview for Partners: Targeting Prospects for the SAP Small-Business Solution" | N/A (Deposition Exhibit No. 240) |
| 251 | 03/13/2006 | Email chain between U. Ziv, G. Shamia et al., attaching Key assumptions | SAP00013192-SAP00013195 |
| 283 | 11/2006 | SAP Statement of Direction: SAP Business One | |
| 295 | 12/22/2005 | Email from D. Lowery to T. Steffner and T. Lowe, attaching SBOUS Pricing Royalty Spreadsheet (LSI-Hodell Natco) | LSI01579159-LSI01579163 |
| 315 | 10/11/2004 | Article "HP is working with software makers to create bundles of their most popular small- and midsize- business applications preinstalled on HP systems, while IBM is bringing its Power 5 design to the SMB segment through its Express architecture" | HODL039870 |
| 322 | 01/11/2008 | Email chain between K. Reidl, S. Bykowki, R. Kott, J. Vislocky, and J. Clarke | HODL024676-HODL024677 |
| 788 | 09/26/2005 | Email from D. Lowery to D. Van Leeuwen | LSI01575081 |
| 789 | 2005 | SAP Business One Overview | HODL039955-HODL039995 |
| 790 | 12/20/2005 | Email chain between D. Kraus and G. Ashley | SAP00000328 |
| 791 | 12/23/2005 | Email chain between K. Reidl, T. Lowe, D. Van Leeuwen and K. Evanoski | HODL003569 |

| 792 | 12/22/2005 | IBIS Group Check No. 009770 in the amount of $52,500.00 | LSI000476-LSI000477 |
|---|---|---|---|
| 793 | 2006 | SAP Business One 2007: Section III. Summary | HODL039868-HODL039869 |
| 794 | 01/25/2006 | Email from A. Myrick to D. Van Leeuwn and T. Lowe | LSI01057180 |
| 795 | 11/2006 | SAP Statement of Direction – SAP Business One | HODL00571-HODL00572 |
| 796 | 11/16/2006 | Email from J. Woodrum to K. Reidl, D. Lowery, A. Myrick and J. Guagenti | HODL008101 |
| 797 | 12/31/2006 | Email from J. Woodrum to K. Reidl | HODL009218-HODL009219 |
| 798 | 01/05/2007 | Email from K. Reidl to J. Woodrum | HODL009411-HODL009412 |
| 799 | 01/12/2007 | Memo from O. Reidl to All Hodell-Natco Industries office employees and warehouse management employees | HODL00241 |
| 800 | 03/04/2007 | Email from M. Weissman to J. Woodrum et al. | LSI02114673-LSI02114674 |
| 801 | 03/23/2007 | Email from K. Reidl to B. Liebhard, R. Parisher, M. Fladda et al. | HODL022860 |
| 802 | 04/07/2007 | Email chain between K. Reidl, B. Liebhard, O. Reidl and D. Reidl | HODL022894-HODL022895 |
| 803 | 04/25/2007 | Email chain between D. Lowery, K. Reidl, E. Kratus et al. | HODL000061-HODL000063 |
| 804 | 05/22/2007 | Email chain between J. Woodrum, K. Reidl and D. Lowery | HODL015839-HODL015842 |
| 805 | 06/05/2007 | Multiple email communications with J. Koehler | HODL00053-HODL00066 |
| 806 | 07/26/2007 | Email from D. Lowery to O. Reidl et al. | LSI-000261-LSI-000262 |
| 807 | 07/26/2007 | Email from D. Lowery to K. Reidl and O. Reidl | HODL017053 |
| 808 | 09/25/2007 | Handwritten notes from Otto Reidl | HODL00320 |
| 809 | 10/17/2007 | Email chain between P. Killingsworth, R. Mehnert-Meland, D. Kraus and M. Sotnick | SAP00012885-SAP00012889 |
| 810 | 12/06/2007 | Handwritten notes from Otto Reidl | HODL00323-HODL00333 |
| 811 | 01/11/2008 | Email chain between K. Reidl, S. Bykowski, R. Kott et al. | HODL024676-HODL024677 |

///

Respectfully submitted,

/s/ Gregory J. Star
Gregory J. Star (admitted *pro hac vice*)
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone:  (215) 988-2700
Facsimile:  (215) 988-2757
*Attorney for SAP America, Inc. and SAP AG*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of January, 2015, the foregoing Second Supplemental Trial Exhibit List of SAP America, Inc. and SAP AG was filed and served electronically on the parties via CM/ECF.

/s/ Gregory J. Star
Gregory J. Star (admitted *pro hac vice*)