IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HODELL-NATCO INDUSTRIES, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAP AMERICA, INC., et al. ) <br> ) <br> Defendants. ) <br> ) | CASE NO. 1:08 CV 2755 <br><br> JUDGE WELLS |

**NOTICE OF WITHDRAWAL OF CERTAIN OBJECTIONS TO HODELL-NATCO INDUSTRIES, INC.'S TRIAL EXHIBIT LIST BY SAP AMERICA, INC. AND SAP AG**

SAP America, Inc. and SAP AG, through their undersigned counsel, hereby withdraw their objections to the following proposed trial exhibits, as identified and numbered by Hodell-Natco Industries, Inc. in Docket Entry No. 211:  Exhibit Nos. 194, 135, 23, 29, 32, 278, 138, 204, 59, 237–41, 166, 93, 97–99, 103, 105, 126, 128–30, 256, and 289–91.

SAP America, Inc. and SAP AG maintain all other general and specific objections as detailed in Docket Entry No. 228, and continue to reserve all rights.

Respectfully submitted,

/s/ Gregory J. Star
Gregory J. Star (admitted *pro hac vice*)
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone:  (215) 988-2700
Facsimile:  (215) 988-2757
*Attorney for SAP America, Inc. and SAP AG*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of January, 2015, the foregoing Notice of Withdrawal of Certain Objections to Hodell-Natco Industries, Inc.'s Trial Exhibit List by SAP America, Inc. and SAP AG was filed and served electronically on the parties via CM/ECF.

/s/ Gregory J. Star
Gregory J. Star (admitted *pro hac vice*)