IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE LESLEY WELLS |
| | ) | |
| v. | ) | **Motion to Strike Supplemental Exhibit Lists** |
| | ) | **Filed by Defendants SAP America, Inc. and** |
| SAP AMERICA, INC., et al. | ) | **SAP AG** |
| | ) | |
| Defendants. | ) | |

Plaintiff Hodell-Natco Industries, Inc. ("Hodell"), through undersigned counsel, moves

the Court for an Order striking the Supplemental Exhibit List [ECF #231] and Second

Supplemental Exhibit List [ECF #268] filed by Defendants SAP America, Inc. and SAP AG

("SAP").  As demonstrated in the attached Memorandum in Support, SAP's Supplemental

Exhibit Lists are untimely under the Court's Trial Order [ECF #193].  Permitting SAP to

continuously supplement its Exhibit List in contravention of the Court's Trial Order would be

highly and unduly prejudicial to Hodell's ability to prepare its case for trial.

Date:  February 5, 2014                    Respectfully submitted,

/s/ *P. Wesley Lambert*
Christopher J. Carney (0037597)
Sharon A. Luarde (0071625)
P. Wesley Lambert (0076961)
BROUSE MCDOWELL
600 Superior Ave. E., Suite 1600
Cleveland, Ohio 44114
(216) 830-6830 phone
(216) 830-6807 fax
CCarney@brouse.com
SLuarde@brouse.com
WLambert@brouse.com
*Attorneys for Plaintiff Hodell-Natco*
*Industries, Inc.*

LMN002103

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February, 2015 a copy of the foregoing was filed and served electronically by operation of the Court's electronic filing system upon counsel for Defendants SAP America, Inc. and SAP AG, and was sent by Email to the following parties:

**LSI-Lowery Systems, Inc.**
c/o Chris Kellett
cpk@carmodymacdonald.com


*/s/ P. Wesley Lambert*
P. Wesley Lambert (0076961)


[925142]

LMN002104