IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HODELL-NATCO INDUSTRIES, INC. ) | CASE NO. 1:08 CV 2755 |
| ) | |
| Plaintiff, ) | JUDGE LESLEY WELLS |
| ) | |
| v. ) | |
| ) | |
| SAP AMERICA, INC., et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

_____

**PLAINTIFF'S OBJECTIONS TO THE SECOND SUPPLEMENTAL TRIAL EXHIBIT LIST OF DEFENDANTS SAP AMERICA, INC. AND SAP AG**
_____

Plaintiff Hodell-Natco Industries, Inc., through undersigned counsel, submits the following Objections to the Second Supplemental Trial Exhibit List [ECF #268] filed by Defendants SAP America, Inc. and SAP AG ("Defendants" or "SAP").

**GENERAL OBJECTIONS**

1. SAP's Second Supplemental Exhibit List was filed on January 27, 2015, four months after the deadline set by the Court for the filing of Exhibit and Witness Lists and less than one month before trial. SAP's Second Supplemental Exhibit List discloses forty-three (43) new exhibits, many of which were not marked at depositions or used by SAP during motion practice. SAP has already filed an earlier Supplemental Exhibit List [ECF #231] two weeks after the Trial Order deadline which identified ninety-five (95) new exhibits, most of which were also not marked at depositions or used during motion practice. Hodell submits that SAP's Second Supplemental Exhibit List should be stricken pursuant to the Court's Trial Order.

LMN002103

2. Plaintiff objects to all exhibits for which a proper foundation has not been laid. Plaintiff specifically reserves the right to raise objections regarding foundation at the trial of this matter.

3. Plaintiff objects to all exhibits not marked at depositions taken in this matter, and specifically reserves the right to object to any such exhibits at the trial of this matter.

4. Plaintiff specifically reserves the right to raise at trial any objection to any exhibit or witness testimony proffered by any party on the grounds of relevance, hearsay, authenticity, or other grounds depending upon how such exhibits may be used, introduced, or offered at trial.

5. Plaintiff reserves the right to object to any exhibit depending upon the purpose for which it is offered at trial, and objects to any exhibit to the extent it is used for a purpose that is the subject of any motion in limine filed, or to be filed by Hodell.

6. Plaintiff reserves the right to object to the introduction of any exhibits or witness testimony on any basis that may become apparent during the course of trial including, without limitation, the grounds of parol evidence, hearsay and authenticity.

7. Plaintiff reserves the right to withdraw, amend, or supplement any of the objections made below prior to or during the trial of this matter.

8. With respect to each Exhibit identified on SAP's Second Supplemental Exhibit List, Hodell objects that each Exhibit will be inadmissible hearsay unless SAP can establish at trial that it will be used for a non-hearsay purpose and/or that an exception to the hearsay rule is applicable.

9. Hodell objects to the relevance and admissibility of each Exhibit identified on SAP's Second Supplemental Exhibit List under Fed.R.Civ.P. 401, 402, 403, 404, 405, 406, 407 and 408.

LMN002104

10. Hodell objects to the admissibility of each Exhibit identified on SAP's Second Supplemental Exhibit List on the basis that it is cumulative and will result in the undue delay of the trial of this matter.

## SPECIFIC OBJECTIONS

| Tr. Exhibit No. | Description | Specific Objection |
|---|---|---|
| 5 | ERP Software: Latest news on ERP software, New SAP Business One 2005 | None at this time |
| 63 | Email from J. Woodrum to D. Kraus, D. Lowery and P. Killingsworth | Hearsay; Relevance; Foundation; Lack of Personal Knowledge; Improper Opinion [Fed.R.Evid. 402, 403, 404, 602, 701, 802, 805] |
| 82 | Email chain between D. Lowery, M. Sotnick et al. | None at this time |
| 85 | Email from D. Lowery to K. Reidl and O. Reidl | None at this time |
| 119 | Sizing Transaction Volumes | None at this time |
| 123 | FKOM Notes | None at this time |
| 129 | Statement of Direction SAP Business One | None at this time |
| 130 | Business Co-Innovation | None at this time |
| 131 | SAP Business One Quick Reference Guide for use by SAP Channel Partners Only | None at this time |
| 138 | SAP Business One Order Entry Forms | None at this time |
| 143 | Email chain between A. Myrick to J. Guagenti | None at this time |

3

LMN002105

| | | |
|---|---|---|
| 152 | Email from D. Lowery to J. Woodrum | None at this time |
| 202 | Email chain between D. Lowery, K. Reidl, J. Woodrum and R. Elliott | Hearsay, Relevance, Completeness, Lack of Personal Knowledge, Improper Opinion, Foundation [Fed.R.Evid. 802, 805, 402, 403, 602, 701, 106] |
| 240 | Document from SAP Entitled "SAP Business One 'Sweet Spot' Overview for Partners: Targeting Prospects for the SAP Small-Business Solution" | None at this time |
| 251 | Email chain between U. Ziv, G. Shamia et al., attaching Key assumptions | None at this time |
| 283 | SAP Statement of Direction: SAP Business One | None at this time |
| 295 | Email from D. Lowery to T. Steffner and T. Lowe, attaching SBOUS Pricing Royalty Spreadsheet (LSI-Hodell Natco) | Hearsay, Relevance [Fed.R.Evid. 402, 802] |
| 315 | Article "HP is working with software makers to create bundles of their most popular small- and midsize-business applications preinstalled on HP systems, while IBM is bringing its Power 5 design to the SMB segment through its Express architecture" | Hearsay, Relevance [Fed.R.Evid. 402, 802] |
| 322 | Email chain between K. Reidl, S. Bykowki, R. Kott, J. Vislocky, and J. Clarke | None at this time |
| 788 | Email from D. Lowery to D. Van Leeuwen | None at this time |

LMN002106

| | | |
|---|---|---|
| 789 | SAP Business One Overview | None at this time |
| 790 | Email chain between D. Kraus and G. Ashley | Hearsay, Relevance [Fed.R.Evid. 402, 802] |
| 791 | Email chain between K. Reidl, T. Lowe, D. Van Leeuwen and K. Evanoski | Relevance [Fed.R.Evid. 402] |
| 792 | IBIS Group Check No. 009770 in the amount of $52,500.00 | Hearsay, Relevance, Lack of Personal Knowledge, Foundation [Fed.R.Evid. 802, 402, 602] |
| 793 | SAP Business One 2007: Section III. Summary | Completeness, Lack of Personal Knowledge, Foundation [Fed.R.Evid. 106. 602. 901] |
| 794 | Email from A. Myrick to D. Van Leeuwen and T. Lowe | None at this time |
| 795 | SAP Statement of Direction – SAP Business One | Completeness, Lack of Personal Knowledge, Foundation [Fed.R.Evid. 106, 602, 901] |
| 796 | Email from J. Woodrum to K. Reidl, D. Lowery, A. Myrick and J. Guagenti | Relevance [Fed.R.Evid. 402] |
| 797 | Email from J. Woodrum to K. Reidl | Hearsay, Relevance, Lack of Personal Knowledge [Fed.R.Evid. 802, 402, 602] |
| 798 | Email from K. Reidl to J. Woodrum | Hearsay [Fed.R.Evid. 802, 805] |
| 799 | Memo from O. Reidl to All Hodell-Natco Industries office employees and warehouse management employees | None at this time |
| 800 | Email from M. Weissman to J. Woodrum et al. | Relevance, Lack of Personal Knowledge, Foundation, Improper Opinion Testimony [Fed.R.Evid. 402, 602, 701] |
| 801 | Email from K. Reidl to B. Liebhard, R. Parisher, M. Fladda et al. | None at this time |

LMN002107

| 802 | Email chain between K. Reidl, B. Liebhard, O. Reidl and D. Reidl | None at this time |
|---|---|---|
| 803 | Email chain between D. Lowery, K. Reidl, E. Kratus et al. | None at this time |
| 804 | Email chain between J. Woodrum, K. Reidl and D. Lowery | Relevance, Hearsay, Foundation, Unfair Prejudice, Confusion of Issues, Lack of Personal Knowledge [Fed.R.Evid. 402, 403, 602, 802] |
| 805 | Multiple email communications with J. Koehler | None at this time |
| 806 | Email from D. Lowery to O. Reidl et al. | Relevance, Unfair Prejudice, Confusion of Issues, Settlement Discussions [Fed.R.Evid. 402, 403, 408] |
| 807 | Email from D. Lowery to K. Reidl and O. Reidl | Relevance, Unfair Prejudice, Confusion of Issues, Settlement Discussions [Fed.R.Evid. 402, 403, 408] |
| 808 | Handwritten notes from Otto Reidl | Relevance, Unfair Prejudice, Confusion of Issues, Settlement Discussions [Fed.R.Evid. 402, 403, 408] |
| 809 | Email chain between P. Killingsworth, R. Mehnert-Meland, D. Kraus and M. Sotnick | Relevance, Lack of Personal Knowledge, Foundation, Improper Opinion Testimony, Hearsay [Fed.R.Evid. 402, 602, 701, 802, 805] |
| 810 | Handwritten notes from Otto Reidl | Hearsay [Fed.R.Evid. 802, 805] |
| 811 | Email chain between K. Reidl, S. Bykowski, R. Kott et al. | Duplicative of Exhibit 322 |

LMN002108

Date: February 5, 2014                                   Respectfully submitted,

                                                         /s/ *P. Wesley Lambert*
Christopher J. Carney (0037597)
Sharon A. Luarde (0071625)
P. Wesley Lambert (0076961)
BROUSE MCDOWELL
600 Superior Ave. E., Suite 1600
Cleveland, Ohio 44114
(216) 830-6830 phone
(216) 830-6807 fax
CCarney@brouse.com
SLuarde@brouse.com
WLambert@brouse.com
*Attorneys for Plaintiff Hodell-Natco Industries, Inc.*

LMN002109

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of February, 2015 a copy of the foregoing Objections to the Second Supplemental Trial Exhibit List of SAP America, Inc. and SAP AG was filed and served electronically upon counsel for SAP by operation of the Court's Electronic Filing System, and was sent by Email to the following parties:

**LSI-Lowery Systems, Inc.**
c/o Chris Kellett
cpk@carmodymacdonald.com

/s/ *P. Wesley Lambert*
P. Wesley Lambert (0076961)

[925859]

LMN002110