IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------
HODELL-NATCO INDUSTRIES, INC.,        : CASE NO. 1:08 CV 02755
                                      :
                          Plaintiff,  : ORDER
                                      :
        -vs-                          :
                                      :
SAP AMERICA, INC., et al.,            :
                                      :
                          Defendant.  :
------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This Court, having reviewed Hodell's and SAP's proposed exhibits and their respective objections thereto, makes the following determinations:

SAP's objections to Hodell's exhibits are sustained with respect to exhibits 4, 22, 24, 25, 28, 107, 108, 124 (sustained as to handwritten note; otherwise, overruled), 137, 152, 154, 157, 161, 167, 169, 171, 175, 198, 199, 202, 207, 211, 212, 225, 243, and 292. These exhibits are either irrelevant, prejudicial, and/or cumulative. SAP's objections are sustained as to exhibits 261, 262, 286, 287, and 288, because Hodell has failed to identify these documents with sufficient specificity. SAP's objections are overruled with respect to Hodell's exhibits 5, 6, 7, 11, 12, 13, 16, 51, 61, 83, 116, 125,

144, 145, 190, 222, 223, 227, and 228, as the objections are without merit. SAP's remaining objections to proposed exhibits will be resolved during trial, as the need arises.

Hodell's objections are sustained with respect to SAP's exhibits 273, 274, 275, 276, 277, 278, 279, 280, 317, 325, 326, and 327, as these exhibits are irrelevant. Hodell's objections are overruled with respect to SAP's exhibits 4, 8, 10, 12, 17, 195, 196, 311, 312, and 459, as these objections are without merit. Hodell's objections to any exhibit which Hodell itself has listed as a potential trial exhibit are overruled. Hodell's remaining objections will be resolved at trial, as the need arises.

IT IS SO ORDERED.

/s/ Lesley Wells
UNITED STATES DISTRICT JUDGE

Date: 11 February 2015