IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE LESLEY WELLS |
| | ) | |
| v. | ) | |
| | ) | |
| SAP AMERICA, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Hodell-Natco Industries, Inc., in accordance with the parties' agreement to renumber exhibits in a manner consistent with the number assigned them at deposition, and in response to the Court's Order of February 11, 2015 [ECF #279] relating to the admissibility of exhibits, submits the following revised Exhibit List identifying exhibits Hodell intends to introduce at the trial of this matter.

## PLAINTIFF HODELL-NATCO'S REVISED EXHIBIT LIST

| Exhibit No. | Description |
|---|---|
| 3 | First Amended Complaint |
| 5 | November 2, 1005 SAP Business One 2005 Article |
| 8 | Otto Reidl notes dated October 14, 2004 |
| 9 | Oct 14, 2004 IBIS Letter |
| 11 | IBIS-SAP Letter |
| 14 | SAP Market Strategy Article |

1

LMN002103

| | |
|---|---|
| 18 | Otto Reidl notes dated April 17, 2007 |
| 19 | Otto Reidl notes dated May 11, 2007 |
| 21 | Email chain beginning with Sotnick email dated November 16, 2007 |
| 22 | Notes of January 11, 2008 conference call |
| 24 | Hodell Consolidated Financial Information |
| 25 | "SAP B1 Effect on Productivity" |
| 27 | LSi Answer to First Amended Complaint |
| 28 | LSi Defendants' Answers to SAP Discovery Requests |
| 29 | IBIS Responses to Requests for Admission |
| 30 | SAP Business One software marketing and distribution agreement |
| 31 | LSi SAP PartnerEdge Channel Agreement |
| 32 | SAP Business One Software Development License Kit |
| 34 | SAP Business One Press Fact Sheet October 2003 |
| 35 | SAP Business One Partner Brief June 2004 |
| 36 | SAP Business One Solution Brief |
| 37 | SAP Business One informational bulletin |
| 38 | SAP ROI Calculator |
| 40 | Lowery 11/2/03 Email |
| 41 | May 17, 2005 Letter |
| 42 | Email string beginning with P. Killingsworth 9-13-07 |
| 44 | Email string beginning with O. Reidl 12-28-04 |

LMN002104

| 45 | Hodell purchase order from IBIS 12-20-04 |
|---|---|
| 46 | Invoice from IBIS 12-20-04 |
| 49 | Email string beginning with Lowery 7-21-05 |
| 50 | Email string beginning with Van Leeuwen 2-9-06 |
| 51 | Email string beginning with T. Steffner 6-1-06 |
| 52 | Email from Lowery 10-25-06 |
| 53 | Email from Lowery 6-8-2006 |
| 54 | Email string beginning with J. Woodrum 12-11-06 |
| 55 | Woodrum 1/12/07 Email |
| 59 | Email string beginning with K. Reidl 3-8-07 |
| 60 | Reidl 3/13/07 Email |
| 61 | Email string with attachment 9-19-07 |
| 64 | Email string beginning with J. Woodrum 3-15-07 |
| 65 | Email string with attachment beginning with K. Reidl 3-20-07 |
| 66 | Lowery 3/20/07 Email |
| 67 | Lowery 4/7/07 Email |
| 68 | Email string beginning with J. Woodrum 4-12-07 |
| 69 | Ziv 4/12/07 Email |
| 70 | Elliot 4/13/07 Email |
| 71 | Van Leeuwen 7/30/04 Email |
| 72 | LSI customer spreadsheet |

LMN002105

| 73 | 3/15/04 LSi Press Release |
|---|---|
| 74 | 2005 B1 Lead Qualification Call Guide |
| 75 | Table of B1 Sales |
| 76 | Email string beginning with J. Woodrum 4-16-07 |
| 77 | Ziv 4/15/07 Email |
| 78 | Email string beginning with Lowery 4-12-07 |
| 79 | Lowery 4/16/07 Email |
| 80 | Email string beginning with Guagenti 3-13-06 |
| 81 | Lowery 4/17/07 Email |
| 82 | Email string beginning with O. Reidl 4-25-07 |
| 83 | Kraus 4/25/07 Email |
| 84 | Email string beginning with K. Reidl 4-25-07 |
| 85 | Email from Lowery 4-25-07 |
| 86 | Email from Lowery 4-26-07 |
| 87 | Lowery 5/14/07 Email |
| 88 | Email string beginning with Lowery 5-22-07 |
| 89 | Killingsworth 6/6/07 Email |
| 91 | Email string beginning with Kraus 7-2-07 |
| 92 | Woodrum 7/14/07 Email |
| 95 | Email string beginning with D. Lacko 8-8-07 |
| 98 | Email string beginning with Lowery 9-5-07 |

LMN002106

| 99 | Email string beginning with Lowery 9-7-07 |
|---|---|
| 101 | Lowery 9/14/07 Email |
| 102 | Lowery 9/16/07 Email |
| 103 | Lowery 9/17/07 Email |
| 105 | Email string beginning with M. Sotnick 9-20-07 |
| 106 | Email string beginning with Lowery 9-21-07 |
| 108 | Lowery 11/8/07 Email |
| 109 | Sotnick 11/16/07 Email |
| 110 | Email with attachment from Lowery 9-16-07 |
| 113 | Lowery 12/28/07 Email |
| 118 | Kraus 1/31/06 Email |
| 119 | 7/17/06 Sizing Transaction Volumes |
| 122 | SAP Business One sizing guide |
| 123 | 1/30/06 Notes |
| 124 | SAP B1 Statement of Direction Release 2005 |
| 125 | Sizing Dell PowerEdge servers for SAP Business One |
| 126 | SAP Business One – standard configurations version 6.5 |
| 127 | Notes Sept. 13-14, 2004 |
| 128 | Letter to Dan Lowery 8-1-05 |
| 129 | Statement of Direction SAP Business One |
| 130 | SAP Business Co-Innovation |

LMN002107

| 131 | SAP Business One Quick reference Guide |
|---|---|
| 132 | Memo regarding Hodell's Business One implementation |
| 134 | SAP Business Partner Coop Marketing Guide |
| 138 | SAP Business One Order Entry Form |
| 141 | Barnea 1/25/06 Email |
| 143 | Myrick 3/14/06 Email |
| 147 | Lowery 3/15/07 Email |
| 151 | E-Mail, 4/17/2007 from Ashley to Boessmann, others |
| 155 | 12/20/05 IBIS Invoice |
| 156 | Email string beginning with J. Woodrum 4-16-07 |
| 157 | Kraus 4/16/07 Email |
| 158 | Mehnert-Meland 4/17/07 Email |
| 159 | Ashley 4/17/07 Email |
| 160 | Weiss 4/18/07 Email |
| 161 | Kraus 6/13/07 Email |
| 162 | Neveux 6/18/07 Email |
| 163 | Kraus 9/26/07 Email |
| 164 | Email string beginning with S. Fuerst 10-10-07 |
| 166 | Email from E. Neveux 10-17-07 |
| 168 | Email string beginning with E. Neveux 10-17-07 |
| 169 | Email string beginning with P. Killingsworth 10-11-07 |

LMN002108

| | |
|---|---|
| 171 | B1 product direction 2005 and roadmap February 2005 |
| 172 | Email from G. Ashley with attachment 1-19-09 |
| 173 | Ashley 12/29/11 Email |
| 174 | Ashley 1/3/12 Email |
| 176 | Email string beginning with G. Ashley 12-22-05 |
| 177 | Ashley 1/2/06 Memo |
| 178 | Ashley 2/10/06 Email |
| 180 | Ashley 4/16/07 Email |
| 183 | Email from Rodion Pronin 3-13-07 |
| 184 | Email string beginning with Rodion Pronin 3-13-07 |
| 185 | Email string beginning with Lowery 3-13-07 |
| 187 | Email string beginning with Eric Johnson 3-16-07 |
| 188 | Email string beginning with Lowery (forward of msg. sent 4-11-07 to Udi) 4-12-07 |
| 189 | Email string beginning with Lorenzo Zecca 4-16-07 |
| 190 | Elliot email to Krantz and others, 4/25/07 |
| 191 | Email from Anatoliy Boyko to Rodion Pronin and Ross Elliot dated 4-26-07 |
| 192 | Elliot email to Krenke and others, 5/22/07 |
| 193 | Email string between Dan Lowery and Ross Elliott 5-27-07 |
| 203 | Email string beginning with Elliott 3-16-07 |
| 206 | Email string beginning with Woodrum 4-3-07 |

7

LMN002109

| 215 | Woodrum 5/24/05 Email |
|-----|------------------------|
| 217 | Bilas 3/14/06 Notes |
| 218 | E-mail, 12/9/07, to Jon Woodrum from Dan Lowery |
| 219 | E-mail, 12/28/07, to Killingsworth |
| 221 | E-mail, 2/22/08, from Jon Woodrum to Dan Lowery |
| 226 | E-mail chain, 11/26/06, from Jon Woodrum to Kevin Reidl |
| 227 | Woodrum 12/22/06 Email |
| 228 | E-mail, 1/17/07, from Jon Woodrum to Kevin Reidl and others |
| 229 | E-mail, 3/27/07, from Jon Woodrum to Paul Killingsworth and others |
| 240 | SAP Business One 'Sweet Spot' overview for partners |
| 241 | Email from Gilad Gruber 4-18-05 |
| 242 | Power Point titled 'Update on B1 Business Cases' |
| 243 | Power Point titled 'SAP Business One 2006 Plan' 12-13-05 |
| 244 | SAP performance requirements definition document |
| 246 | Email from G. Ashley 4-16-07 |
| 247 | Ziv 4/25/07 Email |
| 248 | Power Point titled 'Quality Gate, planning to development' 1-12-06 |
| 250 | Power Point titled 'Moving B1 Forward' 3-17-06 |
| 251 | Email from Gadi Shamia 3-13-06 |
| 252 | SAP maintenance schedule and software license agreement |
| 253 | Kraus 3/13/07 Email |

LMN002110

| 255 | Email string with top from M. Sotnick 4-16-07 |
|---|---|
| 258 | Email string beginning with Killingsworth with attached license spreadsheet 9-13-07 |
| 259 | Sotnick 9/24/07 Email |
| 261 | Email string with top to M. Sotnick 10-1-07 |
| 262 | Sotnick 10/31/07 Email |
| 263 | Email string with top from S. Fuerst 11-2-07 |
| 264 | Email string with top from R. Woodson 12-4-07 |
| 265 | Email string with top from M. Sotnick 1-10-08 |
| 266 | Email string with top to P. Killingsworth 5-20-08 |
| 267 | Kraus 10/1/07 Email |
| 281 | Activant Business analysis for Hodell |
| 284 | Email from Paul Killingsworth 10-25-07 |
| 290 | Dale VanLeeuwen subpoena for deposition |
| 291 | Development Agreement |
| 292 | Lowery 2/7/06 Email |
| 293 | Email string beginning with Lowery 2-27-06 |
| 294 | Lowery 3/3/06 Email |
| 295 | Email from Lowery 12/22/05 with attachment |
| 296 | Email attachment from Dal Van Leeuwen – SAP Business One – In Flight Enterprise Development Map |
| 297 | Reidl 5/19/05 Email |

LMN002111

| 299 | Reidl January 2, 2007 email re Stress Tests |
|---|---|
| 300 | Reidl January 5, 2007 email re SAP Business Process Testing |
| 301 | Winn January 5, 2007 email re Stress Testing |
| 306 | Guagenti 3/13/06 Email |
| 314 | SAP Business One Brief |
| 400 | SAP Partner Edge Opportunity Qualification Tool |
| 401 | "Building Winning Solution with ISV Solutions" |
| 402 | Boessmann 4/24/07 Email |
| 421 | 2004 SAP Annual Report |
| 422 | 2005 SAP Annual Report |
| 423 | 2006 SAP Annual Report |
| 424 | 2007 SAP Annual Report |
| 425 | SAP Partner Branding Guide |
| 426 | Killingsworth 10/22/07 Email |
| 427 | Killingsworth to Sotnick email chain dated Oct. 29, 2007 |
| 428 | "Run With SAP Business One" |
| 431 | Killingsworth 4/26/07 Email |
| 432 | Shamia 9/29/05 Email |
| 434 | SAP Business One Bullet Points |
| 435 | SAP Business One-Opportunity Qualification Tool |
| 436 | Opportunity Qualification Tool Advanced Topics |

LMN002112

| 437 | Killingsworth email to K. Reidl dated May 14, 2007 |
|---|---|
| 438 | Kraus 5/21/07 Email |
| 439 | Boessmann 5/22/07 Email |
| 440 | Email string beginning with Jon Woodrum's forward starting on 5-22-07 |
| 441 | Woodrum 6/8/07 Email |
| 442 | Barnea/Weis email dated July 8, 2007 |
| 443 | Email string beginning with Lowery starting on 9-4-07 |
| 444 | Lacko 9/28/07 Email |
| 445 | Email string beginning with Killingsworth 10-9-07 |
| 446 | Fuerst 9/27/07 Email |
| 447 | Email string beginning with Gillespie 12-10-07 |
| 448 | US Customer Visits and Partner Event August, 2005 |
| 449 | SAP messages service – test description |
| 450 | SAP Business One SDK Performance Results |
| 451 | SAP performance report 2005-SPI Vs 2005 |
| 452 | SAP Testing Observations |
| 453 | SAP Business One Sizing Guide |
| 454 | Email string between Daniel Kraus and Naama Aharoni starting 6-6-07 |
| 456 | Killingsworth email to Sotnick 1/10/08 |
| 457 | Killingsworth 3/25/08 Email |

LMN002113

| | |
|---|---|
| 460 | Email string beginning with Killingsworth 11-1-07 |
| 600 | Hodell Financial Statements Years Ended 2010 and 2009 [HODL030667-HODL030681] |
| 601 | PCBC Asset Purchase Agreement and Documentation HODL032366, HODL032253, HODL032254-032304 |
| 602 | Pinnacle Capital Top Ten Deals of the Year HODL040692-HODL040703; HODL040710-HODL040729 |
| 603 | Hodell Financial Statements for the Years Ended 2006 and 2007 HODL030622-HODL030636 |
| 604 | Hodell Financial Statements for the Years Ended 2007 and 2008 HODL030637- HODL030651 |
| 605 | Hodell Financial Statements for the Years Ended 2008 and 2009 HODL030652- HODL030666 |
| 606 | Compendium of Hodell Expenses Related to SAP Business One Costs *See* attached Exhibit A: Kennedy Report Schedule 8 HODL040000- HODL040401 |
| 607 | Compendium of all documents provided to and reviewed by Dr. G. William Kennedy |
| 608 | SAP Business One 2004C Release notes published May 2005 |
| 609 | SAP Business One 2007A Release Notes September 2006 |
| 610 | SAP Business One Statement of Direction January 2009 |
| 611 | SAP Business One Statement of Direction 2007, November 2006, version 2.0 released March 29, 2006 |
| 612 | Presentation by Andreas Wolfinger, SAP AG, Vice President Head of Global Product Management June 2012 |
| 615 | Compendium of SAP Annual Reports (2004 to present) |

LMN002114

| 616 | SAP Business One Solution Brief ( A to First Amended Complaint) |
|---|---|
| 617 | Devereaux 10/1/03 with American Express Edition Attachment ( B to First Amended Complaint) |
| 618 | SAP Business One Whitepaper ( C to First Amended Complaint) |
| 619 | 12/20/04 Purchase Order and Invoice (s E and F to First Amended Complaint) |
| 620 | SAP B1 Procedure Manual dated October 2006. |
| 621 | Summary of Hodell P21 Expenditures While on Business One<br>Beg. Bates No. HODL01388 |
| 622 | Chart of SAP Business One Implementation Costs<br>Beg. Bates No. HODL01400 |
| 623 | Chart of Hodell Expenditures for P21 System<br>Beg Bates No. HODL01451 |
| 624 | O. Reidl Phone Call Notes with Dale Van Leeuwen Sept. 6, 2007<br>HODL00088 |
| 625 | SAP B1 Five Year Payback<br>HODL040730-HODL040731 |
| 628 | PCBC Tax Returns 2004-2008<br>HODL032305-HODL032360 |
| 629 | PCBC Financial Statement Comparatives<br>HODL032361-HODL032366 |
| 630 | PCBC Income History<br>HODL032367 |
| 631 | Hodell-Natco Acquisition Impact on Net Sales and Income<br>HODL032371- HODL032376 |
| 632 | Hodell IT Cost Spreadsheet<br>HODL032377 |

LMN002115

| 633 | Hodell Booking and Sales Charts with Supporting Data<br>HODL032401- HODL032451 |
|---|---|
| 634 | Charts and Spreadsheet of Hodell Sales With and Without Acquisitions with Supporting Data<br>HODL032452-HODL032484 |
| 635 | All documents relied upon by Dr. G. William Kennedy as identified in his Expert Report |
| 636 | All documents relied upon by Helmuth Guembel as identified in his Expert Report |
| 637 | Discovery responses (Interrogatories, Requests for Admission and Requests for Production of Documents) provided by Defendants SAP America, Inc. and SAP AG |
| 638 | Discovery responses (Interrogatories, Requests for Admission and Requests for Production of Documents) provided by Defendants LSi-Lowery Systems, Inc. and the IBIS Group, Inc. |
| 639 | Discovery responses (Interrogatories, Requests for Admission and Requests for Production of Documents) provided by Plaintiff Hodell-Natco Industries, Inc. |
| 640 | All documents provided to and relied upon by the SAP Defendants' Expert witnesses |
| 644 | To the extent necessary, any and all documents produced by Defendants SAP America, Inc. and SAP AG in discovery |
| 645 | To the extent necessary, any and all documents produced by Defendants SAP America, Inc. and SAP AG in discovery |
| 646 | To the extent necessary, any and all documents produced by Plaintiff Hodell-Natco Industries, Inc. in discovery |
| 648 | Expert Report of Helmuth Guembel and supporting documents and schedules |

LMN002116

Date: February 12, 2014	Respectfully submitted,

/s/ *P. Wesley Lambert*
Christopher J. Carney (0037597)
Sharon A. Luarde (0071625)
P. Wesley Lambert (0076961)
BROUSE MCDOWELL
600 Superior Ave. E., Suite 1600
Cleveland, Ohio 44114
(216) 830-6830 phone
(216) 830-6807 fax
CCarney@brouse.com
SLuarde@brouse.com
WLambert@brouse.com
*Attorneys for Plaintiff Hodell-Natco Industries, Inc.*

15

LMN002117