IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HODELL-NATCO INDUSTRIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>SAP AMERICA, INC., et al.<br><br>Defendants. | CASE NO. 1:08 CV 2755<br><br>JUDGE WELLS |

**THE REVISED TRIAL EXHIBIT LIST OF SAP AMERICA, INC. AND SAP AG**

SAP America, Inc. and SAP AG, through their undersigned counsel, hereby submit the following revised trial exhibit list, in accordance with Local Rule 39.1 and pursuant to the Court's Order of February 11, 2015 [ECF #279] relating to the admissibility of exhibits.  SAP continues to reserve all rights.

| **Trial Exhibit No.** | **Prior Exhibit No.** | **Date** | **Description** | **Bates Range** |
|---|---|---|---|---|
| A | 004 | 2/6/2012 | Pages from www.hodell-natco.com | N/A |
| B | 005 | 11/1/2005 | ERP Software:  Latest news on ERP software, New SAP Business One 2005 | HODL00494 |
| C | 007 | 10/20/2003 | SAP Business One | HODL00535 |
| D | 008 | 10/14/2004 | Handwritten Notes of Otto Reidl | HODL00108 |
| E | 009 | 10/14/2004 | Correspondence from D. Van Leeuwen and D. Lowery to O. Reidl and K. Reidl | HODL00109 |
| F | 010 | 11/1/2004 | Email from D. Lowery to O. Reidl, K. Reidl, D. Van Leeuwen and J. Woodrum | HODL00161 |
| G | 011 | N/A | Required items to purchase and implementation of SAP Business One | HODL00163 |

| H | 012 | 10/31/2005 | Handwritten Notes of Otto Reidl | HODL00174 |
|---|---|---|---|---|
| I | 013 | 2003 | Customer Successes with SAP Business One: Solutions for Small and Midsize Businesses | HODL00453-HODL00481 |
| J | 017 | 2/6/2004 | Handwritten Notes of Otto Reidl | HODL00729 |
| K | 021 | 11/16/2007 | Email chain between M. Sotnick, O. Reidl, K. Reidl, D. Lowery et al. | SAP00002731-SAP00002734 |
| L | 024 | 2002-2009 | Hodell – Natco Industries Inc. Condensed Income Summary for Calendar Years 2002-2009 | HODL032391-HODL032400 |
| M | 030 | 12/19/2003 | SAP Business One Software Marketing and Distribution Agreement | LSI-000016-LSI-000054 |
| N | 031 | 2/1/2007 | SAP PartnerEdge Channel Agreement VAR between SAP America, Inc. and Lowery Systems, Inc. | LSI-000056-LSI-000119 |
| O | 032 | 12/31/2003 | Limited Term SAP Business One Software Development Kit License (v.2.0) | LSI-000001-LSI-000015 |
| P | 047 | 2/5/2007 | Email from D. Lowery to K. Reidl and J. Woodrum | HODL010078 |
| Q | 054 | 12/11/2006 | Email chain between K. Reidl, J. Woodrum, D. Lowery et al. | HODL008887-HODL008889 |
| R | 056 | 1/12/2007 | Email chian between K. Reidl, J. Woodrum, D. Lowery, O. Reidl et al. | HODL009497-HODL009499 |
| S | 057 | 1/12/2007 | Email from J. Woodrum to K. Reidl | HODL009500-HODL009503 |
| T | 058 | 1/16/2007 | Email from D. Lowery to J. Woodrum | HODL009659 |
| U | 068 | 4/13/2007 | Email chain between K. Reidl, J. Woodrum et al. | HODL015419-HODL015421 |
| V | 087 | 5/14/2007 | Email from D. Lowery to K. Reidl and O. Reidl | HODL015733 |
| W | 089 | 6/6/2007 | Email from P. Killingsworth to K. Reidl, O. Reidl et al. [attachment not included] | SAP00002850 |
| X | 113 | 12/28/2007 | Email chain between D. Lowery, M. Sotnic, J. Woodrum et al. | SAP00002829-SAP00002831 |
| Y | 119 | 7/17/2006 | Sizing Transaction Volumes | LSI-010069 |

| Z | 120 | N/A | Information on Jon Woodrum | N/A |
|---|---|---|---|---|
| AA | 121 | 3/16/2006 | SAP In-Flight Development and Hodell-Natco Implementation | N/A |
| BB | 122 | 08/00/2004 | SAP Business One Sizing Guide | LSI-009755 |
| CC | 124 | 4/25/2005 | SAP Business One Statement of Direction Release 2005 | N/A |
| DD | 125 | 05/00/2006 | A. Arthur, Dell Power Solutions, *Sizing Dell PowerEdge Servers for SAP Business One* (May 2006) | N/A |
| EE | 126 | 4/2/2004 | SAP Business One – Standard Configurations for the IBM eserver xSeries platform | N/A |
| FF | 127 | 09/13-14/2004 | Partner Meeting | N/A |
| GG | 129 | 03/00/2006 | Statement of Direction SAP Business One | N/A |
| HH | 130 | 2005 | Business Co-Innovation | LSI-006991 |
| II | 131 | 2005 | SAP Business One Quick Reference Guide for use by SAP Channel Partners Only | LSI-007049 |
| JJ | 136 | 10/26/2005 | Email chain between D. Kraus, T. Steffner, K. Lorenz, Jr. et al. | SAP00000334 |
| KK | 137 | 1/17/2005 | Email chain between D. Kraus, D. Lowery, and D. Van Leeuwen | SAP00000336 |
| LL | 138 | 12/22/2005 | SAP Business One Order Entry Forms | SAP00000432-SAP00000433 |
| MM | 139 | 5/16/2005 | Email chain between J. Woodrum, A. Myrick, D. Lowery et al. | LSI01054375-LSI01054377 |
| NN | 140 | 5/17/2005 | Email from J. Woodrum to D. Lowery | LSI-01054380-LSI-01054381 |
| OO | 141 | 1/25/2006 | Email chain between G. Barnea, A. Myrick and M. Weis | LSI01057161-LSI01057166 |
| PP | 142 | 2/27/2006 | Email chain between D. Lowery, A. Myrick and J. Woodrum, attaching | LSI01057508-LSI01057510 |
| QQ | 143 | 3/14/2006 | Email chain between A. Myrick to J. Guagenti | LSI01057845-LSI01057846 |
| RR | 144 | 11/14/2006 | Email chain between A. Myrick, J. Woodrum, D. Lowery and K. Winn | LSI01070047-LSI01070048 |

| | | | | |
|---|---|---|---|---|
| SS | 145 | 11/14/2006 | Email from J. Woodrum, K. Reidl, D. Lowery, M. Weissman, J. Guagenti, A. Myrick (email indicated attachment – no attachment to exhibit) | HODL008081 |
| TT | 146 | 1/16/2007 | Email chain between K. Reidl, J. Woodrum, D. Lowery and O. Reidl | HODL009651-HODL009653 |
| UU | 151 | 4/17/2007 | Email chain between M. Weis, P. Killingsworth, G. Ashley, et al. | SAP00002279-SAP00002280 |
| VV | 153 | 11/6/2007 | Email from D. Lowery to J. Guagenti, J. Woodrum, Joe@lsichi.com | N/A |
| WW | 157 | 4/16/2007 | Email chain between R. Mehnert-Meland to D. Kraus, M. Sotnick et al. | SAP00004601 |
| XX | 159 | 4/17/2007 | Email chain between G. Ashley, D. Kraus, D. Boessmann et al. | SAP00004633-SAP00004635 |
| YY | 160 | 4/18/2007 | Email chain between M. Weis, R. Mehnert-Meland, G. Ashley, et al. | SAP00010143-SAP00010146 |
| ZZ | 165 | 10/11/2007 | Email chain between G. Barnea to E. Neveux, attaching Results and Hodell Site Visit Summary | SAP00005988-SAP00005991 |
| AAA | 166 | 10/17/2007 | Email from E. Neveux to P. Killingsworth et al. | SAP00003167-SAP00003168 |
| BBB | 167 | 10/17/2007 | Email chain between M. Trinidad Martinez Gea, E. Neveux, G. Bagnoli | SAP00004427, SAP00004429 |
| CCC | 168 | 10/19/2007 | Email chain between E. Neveux, G. Bagnoli et al. | SAP00004430-SAP00004433 |
| DDD | 195 | 1/24/2001 | Correspondence from O. Reidl to D. Van Leeuwen, D. Jeffries, and K. Kelly | LSI01320353-LSI01320354 |
| EEE | 196 | 11/3/2005 | Email chain between A. Poidomani to K. Reidl, et al. | HODL003561-HODL003563 |
| FFF | 198 | 10/14/2006 | Email from J. Woodrum to R. Elliott | LSI02102107-LSI02102109 |
| GGG | 202 | 2/16/2007 | Email chain between D. Lowery, K. Reidl, J. Woodrum and R. Elliott | LSI02110199-LSI02110203 |
| HHH | 210 | 12/13/2007 | Email chain between A. Boyko, R. Elliott, B. Jamieson et al. | ACC000360-ACC000361 |
| III | 214 | 5/9/2005 | Email chain between J. Woodrum, D. Van Leeuwen and D. Lowery | LSI02069474-LSI02069477 |
| JJJ | 216 | 10/10/2005 | Email from J. Woodrum to D. Lowery, D. VanLeeuwen and A. Myrick | LSI01056174 |

| KKK | 217 | 3/14/2006 | IBIS In-Flight – SAP Business One Product Add-on Status Meeting | LSI02086786-LSI02086788 |
|---|---|---|---|---|
| LLL | 224 | 6/26/2007 | Email chain between D. Lowery, J. Woodrum, K. Reidl and M. Weissman et al. | LSI-000407-LSI-000410 |
| MMM | 227 | 12/22/2006 | Email chain between J. Woodrum, K. Reidl, A. Myrick [attachment not included] | HODL009060-HODL009060 |
| NNN | 258 | 9/13/2007 | Email chain between D. Kraus, R. Seligmann, N. Stenfeldt et al. | SAP00001064 – SAP00001072 |
| OOO | 260 | 9/28/2007 | Email chain between D. Kraus, N. Stenfeldt et al. | SAP00011834 – SAP00011836 |
| PPP | 263 | 11/2/2007 | Email chain between S. Fuerst, D. Shah, M. Sotnick et al., attaching Budget Approval Guidelines | SAP00002942 – SAP00002944 |
| QQQ | 264 | 12/4/2007 | Email chain between R. Woodson to M. Sotnick, D. Kraus et al. | SAP00005351 – SAP00005352 |
| RRR | 265 | 1/10/2008 | Email chain between M. Sotnick and P. Killingsworth | SAP00012912 |
| SSS | 266 | 5/20/2008 | Email chain between P. Killingsworth, D. Kraus, R. Woodson and C. Mandala | SAP00003324 – SAP00003326 |
| TTT | 281 | 9/19/2008 | Activant Business Analysis for Hodell-Natco Industries, Inc. | N/A |
| UUU | 283 | 11/00/2006 | SAP Statement of Direction:  SAP Business One | N/A |
| VVV | 291 | 12/24/2004 | Hodell-Natco Industries, Inc., Inflight Enterprise Development Agreement | N/A |
| WWW | 293 | 3/3/2006 | Email chain between D. Lowery, A. Myrick et al. | N/A |
| XXX | 294 | 3/3/2006 | Email chain between D. Lowery, A. Myrick et al. | N/A |
| YYY | 295 | 12/22/2005 | Email from D. Lowery to T. Steffner, T. Lowe, D. Van Leeuwen, attaching SBOUS Pricing Royalty Spreadsheet | LSI01579159-LSI01579163 |
| ZZZ | 297 | 5/19/2005 | Email from O. Reidl to D. Van Leeuwen, K. Reidl and D. Lowery attaching Signed 150-day release on SAP Business One Development | LSI01569814-LSI01569816 |
| AAAA | 299 | 1/2/2007 | Email chain between K. Reidl, K. Winn et al. | N/A |
| BBBB | 300 | 1/5/2007 | Email chain between D. Reidl, K. Reidl, et al. | N/A |

| CCCC | 301 | 1/5/2007 | Email from K. Winn to All Users | N/A |
| DDDD | 302 | 4/23/2007 | Email from M. Weissman to J. Woodrum, D. Lowery, et al. | LSI01074120 |
| EEEE | 303 | 4/25/2007 | Email from E. Johnson to J. Guagenti, J. Woodrum | LSI01353251-LSI01353253 |
| FFFF | 304 | 11/1/2007 | Email chain between E. Johnson, T. Phillips, et al. | LSI02140460-LSI02140462 |
| GGGG | 305 | 11/5/2007 | Email chain between E. Johnson, D. Lowery, J. Guagenti, et al. | LSI01359656-LSI01359660 |
| HHHH | 306 | 3/13/2006 | Email chain between J. Guagenti, A. Myrick et al. | LSI01057798 |
| IIII | 307 | 9/14/2007 | Email chain between P. Killingsworth, D. Kraus et al. | SAP00011741-SAP00011744 |
| JJJJ | 308 | 3/13/2006 | Email chain between A. Myrick, J. Guagenti et al. | LSI01057801 |
| KKKK | 311 | 7/11/2003 | Email chain between D. Van Leeuwen and K. Reidl | HODL003314-HODL003315 |
| LLLL | 312 | 7/24/2003 | Email chain between O. Reidl, D. Van Leeuwen and K. Reidl | HODL003349-HODL003351 |
| MMMM | 316 | 12/23/2005 | SAP Business One Software License Agreement between SAP America, Inc. and Hodell-Natco Industries | SAP00000434-SAP00000438 |
| NNNN | 318 | 4/25/2006 | Email chain between J. Woodrum, K. Reidl, et al. | HODL006028-HODL006030 |
| OOOO | 320 | 5/22/2007 | Email chain between K. Reidl, J. Woodrum and D. Lowery | LSI02121661-LSI02121663 |
| PPPP | 321 | 5/22/2007 | Email chain between K. Reidl, J. Woodrum and D. Lowery | HODL015836-HODL015838 |
| QQQQ | 330 | 12/12/2007 | Email chain between K. Murphy and J. Vislocky | N/A |
| RRRR | 331 | 12/28/2007 | Email chain between K. Murphy and J. Vislocky | N/A |
| SSSS | 332 | 3/3/2008 | Email from K. Murphy to J. Vislocky | N/A |
| TTTT | 441 | 6/8/2007 | Email from C. Woodrum to D. Kraus, D. Boessmann et al., attaching document entitled "Areas of SAP Performance Testing" | SAP00015462-SAP00015470 |
| UUUU | 448 | 08/00/2005 | US Customer Visits and Partner Event | SAP00024335-SAP00024355 |

| VVVV | 450 | 09/00/2005 | SAP Business One SDK Performance Results Solution Management | SAP00024258-SAP00024267 |
|------|-----|------------|-----|-----|
| WWWW | 453 | 07/00/2004 | SAP Business One Sizing Guide | N/A |
| XXXX | 457 | 3/25/2008 | Email chain between P. Killingsworth and J. Gillespie | SAP00014307-SAP00014309 |
| YYYY | 459 | N/A | Spreadsheet of Business One customers | N/A |
| ZZZZ | 700 | N/A | Spreadsheet entitled "B1 Customers Global 50+ users" | 2SAP00000001 |
| AAAAA | 701 | N/A | Spreadsheet entitled "B1 Customers Global 100+ users" | 2SAP00000002 |
| BBBBB | 82 | 04/25/2007 | Email chain between D. Lowery, M. Sotnick et al. | LSI-000174-LSI-000175 |
| CCCCC | 85 | 04/25/2007 | Email from D. Lowery to K. Reidl and O. Reidl | HODL015580 |
| DDDDD | 123 | 01/30/2006 | FKOM Notes | |
| EEEEE | 152 | 07/06/2007 | Email from D. Lowery to J. Woodrum | LSI-000194 |
| FFFFF | 240 | | Document from SAP Entitled "SAP Business One 'Sweet Spot' Overview for Partners: Targeting Prospects for the SAP Small-Business Solution" | |
| GGGGG | 251 | 03/13/2006 | Email chain between U. Ziv, G. Shamia et al., attaching Key assumptions | SAP00013192-SAP00013195 |

Respectfully submitted,

/s/ Gregory J. Star
Gregory J. Star (admitted *pro hac vice*)
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone:  (215) 988-2700
Facsimile:  (215) 988-2757
*Attorney for SAP America, Inc. and SAP AG*

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 13th day of February, 2015, copies of the foregoing Revised Trial Exhibit List of SAP America, Inc. and SAP AG was filed and served electronically on Hodell-Natco Industries, Inc. via ECF.  No service has been made upon LSi-Lowry Systems or IBIS because previous attempts to serve these entities at their last known addresses have been returned to sender as undeliverable.

                                          /s/ Gregory J. Star
                                          Gregory J. Star (admitted *pro hac vice*)