IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HODELL-NATCO INDUSTRIES, INC. ) | CASE NO. 1:08 CV 2755 |
| ) | |
| Plaintiff, ) | JUDGE WELLS |
| ) | |
| v. ) | |
| ) | |
| SAP AMERICA, INC., et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MOTION OF DEFENDANTS, SAP AMERICA, INC. AND SAP AG, FOR APPEARANCE BY COUNSEL *PRO HAC VICE***

Defendants, SAP America, Inc. and SAP AG (collectively, "SAP"), by and through their undersigned counsel, respectfully move this Court, pursuant to Local Rule 83.5(h), for an Order permitting Alex H. Hayden to appear in the above-captioned matter as counsel for SAP.

In support of this Motion, counsel for SAP states as follows:

1. Alex H. Hayden is not admitted to practice in the Northern District of Ohio and is a member in good standing of the highest court of the Commonwealth of Pennsylvania and the highest court of the State of New Jersey. An affidavit swearing to Mr. Hayden's good standing in these aforementioned courts accompanies this motion.

2. Mr. Hayden was admitted to the highest court of the Commonwealth of Pennsylvania on November 16, 2012 and was given bar registration number 314445. Mr. Hayden was admitted to the highest court of the State of New Jersey on November 30, 2012 and was given bar registration number 018762012.

3. Mr. Hayden has never been disbarred or suspended from practice before any court, department, bureau, or commission of any State or the United States, nor has he ever

received any reprimand from any such court, department, bureau, or commission pertaining to conduct for fitness as a member of the bar.

4. Mr. Hayden is an associate at Drinker Biddle & Reath LLP, located at One Logan Square, Suite 2000, Philadelphia, PA 19103. Mr. Hayden's telephone number is (215) 988-2921 and facsimile number is (215) 988-2757. Mr. Hayden's e-mail address is alex.hayden@dbr.com.

5. In accordance with the local rules, payment of this Court's $120 admission fee has been made concurrent with the filing of this Motion.

WHEREFORE, SAP moves this Court to enter an Order permitting Mr. Hayden to appear before this Court on its behalf for all purposes relating to the proceedings in this action.

Dated:  February 13, 2015

Respectfully submitted,

/s/ Gregory J. Star
Gregory J. Star (admitted *pro hac vice*)
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone:  (215) 988-2700
Facsimile:  (215) 988-2757

*Attorney for SAP America, Inc. and SAP AG*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HODELL-NATCO INDUSTRIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>SAP AMERICA, INC., et al.<br><br>Defendants. | CASE NO. 1:08 CV 2755<br><br>JUDGE WELLS |

**AFFIDAVIT OF ALEX H. HAYDEN, ESQ.**

I, Alex H. Hayden, pursuant to Local Rule 83.5(h), hereby swear as follows:

1. I am over the age of 18 and am competent to testify to the facts stated in this affidavit. I have personal knowledge of the facts set forth in this affidavit, and would testify competently to them if called upon to do so.

2. I am an attorney with the law firm of Drinker Biddle & Reath LLP, counsel of record for Defendants SAP America, Inc. and SAP AG in this matter.

3. I am a member in current good standing of the highest court of the Commonwealth of Pennsylvania (bar registration no. 314445) and the highest court of the State of New Jersey (bar registration no. 018762012).

I declare under penalty of perjury under the laws of the United States that the above statements are true and accurate to the best of my knowledge.

///

///

///

///

Executed this 13th day of February, 2015.

                                                 /s/ Alex H. Hayden
                                                  Alex H. Hayden

                                                  **DRINKER BIDDLE & REATH LLP**
                                                  One Logan Square
                                                  Suite 2000
                                                  Philadelphia, PA 19103-6996
                                                  (215) 988-2700
                                                  alex.hayden@dbr.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of February, 2015, the foregoing Motion of Defendants, SAP America, Inc. and SAP AG, for Appearance of Counsel *Pro Hac Vice* was filed and served electronically on the parties via CM/ECF.

/s/ Gregory J. Star
Gregory J. Star (admitted *pro hac vice*)