IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE LESLEY WELLS |
| | ) | |
| v. | ) | |
| | ) | |
| SAP AMERICA, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Hodell-Natco Industries, Inc., in accordance with the parties' agreement to renumber exhibits in a manner consistent with the number assigned them at deposition, and in response to the Court's Order of February 11, 2015 [ECF #279] relating to the admissibility of exhibits, submits the following Second Revised Exhibit List identifying exhibits Hodell intends to introduce at the trial of this matter.  This Second Revised Exhibit List corrects the numbering of certain Exhibits incorrectly identified in Hodell's Revised Exhibit List [ECF #283].

**PLAINTIFF HODELL-NATCO'S REVISED EXHIBIT LIST**

| Exhibit No. | Description |
|---|---|
| 3 | First Amended Complaint |
| 5 | November 2, 1005 SAP Business One 2005 Article |
| 8 | Otto Reidl notes dated October 14, 2004 |
| 9 | Oct 14, 2004 IBIS Letter |
| 11 | IBIS-SAP Letter |
| 14 | SAP Market Strategy Article |

| 18 | Otto Reidl notes dated April 17, 2007 |
|----|----|
| 19 | Otto Reidl notes dated May 11, 2007 |
| 21 | Email chain beginning with Sotnick email dated November 16, 2007 |
| 22 | Notes of January 11, 2008 conference call |
| 24 | Hodell Consolidated Financial Information |
| 25 | "SAP B1 Effect on Productivity" |
| 27 | LSi Answer to First Amended Complaint |
| 28 | LSi Defendants' Answers to SAP Discovery Requests |
| 29 | IBIS Responses to Requests for Admission |
| 30 | SAP Business One software marketing and distribution agreement |
| 31 | LSi SAP PartnerEdge Channel Agreement |
| 32 | SAP Business One Software Development License Kit |
| 34 | SAP Business One Press Fact Sheet October 2003 |
| 35 | SAP Business One Partner Brief June 2004 |
| 36 | SAP Business One Solution Brief |
| 37 | SAP Business One informational bulletin |
| 38 | SAP ROI Calculator |
| 40 | Lowery 11/2/03 Email |
| 41 | May 17, 2005 Letter |
| 42 | Email string beginning with P. Killingsworth 9-13-07 |
| 44 | Email string beginning with O. Reidl 12-28-04 |

| 45 | Hodell purchase order from IBIS 12-20-04 |
| 46 | Invoice from IBIS 12-20-04 |
| 49 | Email string beginning with Lowery 7-21-05 |
| 50 | Email string beginning with Van Leeuwen 2-9-06 |
| 51 | Email string beginning with T. Steffner 6-1-06 |
| 52 | Email from Lowery 10-25-06 |
| 53 | Email from Lowery 6-8-2006 |
| 54 | Email string beginning with J. Woodrum 12-11-06 |
| 55 | Woodrum 1/12/07 Email |
| 59 | Email string beginning with K. Reidl 3-8-07 |
| 60 | Reidl 3/13/07 Email |
| 61 | Email string with attachment 9-19-07 |
| 64 | Email string beginning with J. Woodrum 3-15-07 |
| 65 | Email string with attachment beginning with K. Reidl 3-20-07 |
| 66 | Lowery 3/20/07 Email |
| 67 | Lowery 4/7/07 Email |
| 68 | Email string beginning with J. Woodrum 4-12-07 |
| 69 | Ziv 4/12/07 Email |
| 70 | Elliot 4/13/07 Email |
| 71 | Van Leeuwen 7/30/04 Email |
| 72 | LSI customer spreadsheet |

| 73 | 3/15/04 LSi Press Release |
|----|----------------------------|
| 74 | 2005 B1 Lead Qualification Call Guide |
| 75 | Table of B1 Sales |
| 76 | Email string beginning with J. Woodrum 4-16-07 |
| 77 | Ziv 4/15/07 Email |
| 78 | Email string beginning with Lowery 4-12-07 |
| 79 | Lowery 4/16/07 Email |
| 80 | Email string beginning with Guagenti 3-13-06 |
| 81 | Lowery 4/17/07 Email |
| 82 | Email string beginning with O. Reidl 4-25-07 |
| 83 | Kraus 4/25/07 Email |
| 84 | Email string beginning with K. Reidl 4-25-07 |
| 85 | Email from Lowery 4-25-07 |
| 86 | Email from Lowery 4-26-07 |
| 87 | Lowery 5/14/07 Email |
| 88 | Email string beginning with Lowery 5-22-07 |
| 89 | Killingsworth 6/6/07 Email |
| 91 | Email string beginning with Kraus 7-2-07 |
| 92 | Woodrum 7/14/07 Email |
| 95 | Email string beginning with D. Lacko 8-8-07 |
| 98 | Email string beginning with Lowery 9-5-07 |

| 99 | Email string beginning with Lowery 9-7-07 |
|---|---|
| 101 | Lowery 9/14/07 Email |
| 102 | Lowery 9/16/07 Email |
| 103 | Lowery 9/17/07 Email |
| 105 | Email string beginning with M. Sotnick 9-20-07 |
| 106 | Email string beginning with Lowery 9-21-07 |
| 108 | Lowery 11/8/07 Email |
| 109 | Sotnick 11/16/07 Email |
| 110 | Email with attachment from Lowery 9-16-07 |
| 113 | Lowery 12/28/07 Email |
| 118 | Kraus 1/31/06 Email |
| 119 | 7/17/06 Sizing Transaction Volumes |
| 122 | SAP Business One sizing guide |
| 123 | 1/30/06 Notes |
| 124 | SAP B1 Statement of Direction Release 2005 |
| 125 | Sizing Dell PowerEdge servers for SAP Business One |
| 126 | SAP Business One – standard configurations version 6.5 |
| 127 | Notes Sept. 13-14, 2004 |
| 128 | Letter to Dan Lowery 8-1-05 |
| 129 | Statement of Direction SAP Business One |
| 130 | SAP Business Co-Innovation |

| 131 | SAP Business One Quick reference Guide |
| 132 | Memo regarding Hodell's Business One implementation |
| 134 | SAP Business Partner Coop Marketing Guide |
| 138 | SAP Business One Order Entry Form |
| 141 | Barnea 1/25/06 Email |
| 143 | Myrick 3/14/06 Email |
| 147 | Lowery 3/15/07 Email |
| 151 | E-Mail, 4/17/2007 from Ashley to Boessmann, others |
| 155 | 12/20/05 IBIS Invoice |
| 156 | Email string beginning with J. Woodrum 4-16-07 |
| 157 | Kraus 4/16/07 Email |
| 158 | Mehnert-Meland 4/17/07 Email |
| 159 | Ashley 4/17/07 Email |
| 160 | Weiss 4/18/07 Email |
| 161 | Kraus 6/13/07 Email |
| 162 | Neveux 6/18/07 Email |
| 163 | Kraus 9/26/07 Email |
| 164 | Email string beginning with S. Fuerst 10-10-07 |
| 166 | Email from E. Neveux 10-17-07 |
| 168 | Email string beginning with E. Neveux 10-17-07 |
| 169 | Email string beginning with P. Killingsworth 10-11-07 |

| 171 | B1 product direction 2005 and roadmap February 2005 |
| 172 | Email from G. Ashley with attachment 1-19-09 |
| 173 | Ashley 12/29/11 Email |
| 174 | Ashley 1/3/12 Email |
| 176 | Email string beginning with G. Ashley 12-22-05 |
| 177 | Ashley 1/2/06 Memo |
| 178 | Ashley 2/10/06 Email |
| 180 | Ashley 4/16/07 Email |
| 183 | Email from Rodion Pronin 3-13-07 |
| 184 | Email string beginning with Rodion Pronin 3-13-07 |
| 185 | Email string beginning with Lowery 3-13-07 |
| 187 | Email string beginning with Eric Johnson 3-16-07 |
| 188 | Email string beginning with Lowery (forward of msg. sent 4-11-07 to Udi) 4-12-07 |
| 189 | Email string beginning with Lorenzo Zecca 4-16-07 |
| 190 | Elliot email to Krantz and others, 4/25/07 |
| 191 | Email from Anatoliy Boyko to Rodion Pronin and Ross Elliot dated 4-26-07 |
| 192 | Elliot email to Krenke and others, 5/22/07 |
| 193 | Email string between Dan Lowery and Ross Elliott 5-27-07 |
| 203 | Email string beginning with Elliott 3-16-07 |
| 206 | Email string beginning with Woodrum 4-3-07 |

| | |
|---|---|
| 215 | Woodrum 5/24/05 Email |
| 217 | Bilas 3/14/06 Notes |
| 218 | E-mail, 12/9/07, to Jon Woodrum from Dan Lowery |
| 219 | E-mail, 12/28/07, to Killingsworth |
| 221 | E-mail, 2/22/08, from Jon Woodrum to Dan Lowery |
| 226 | E-mail chain, 11/26/06, from Jon Woodrum to Kevin Reidl |
| 227 | Woodrum 12/22/06 Email |
| 228 | E-mail, 1/17/07, from Jon Woodrum to Kevin Reidl and others |
| 229 | E-mail, 3/27/07, from Jon Woodrum to Paul Killingsworth and others |
| 240 | SAP Business One 'Sweet Spot' overview for partners |
| 241 | Email from Gilad Gruber 4-18-05 |
| 242 | Power Point titled 'Update on B1 Business Cases' |
| 243 | Power Point titled 'SAP Business One 2006 Plan' 12-13-05 |
| 244 | SAP performance requirements definition document |
| 246 | Email from G. Ashley 4-16-07 |
| 247 | Ziv 4/25/07 Email |
| 248 | Power Point titled 'Quality Gate, planning to development' 1-12-06 |
| 250 | Power Point titled 'Moving B1 Forward' 3-17-06 |
| 251 | Email from Gadi Shamia 3-13-06 |
| 252 | SAP maintenance schedule and software license agreement |
| 253 | Kraus 3/13/07 Email |

| 255 | Email string with top from M. Sotnick 4-16-07 |
|---|---|
| 258 | Email string beginning with Killingsworth with attached license spreadsheet 9-13-07 |
| 259 | Sotnick 9/24/07 Email |
| 261 | Email string with top to M. Sotnick 10-1-07 |
| 262 | Sotnick 10/31/07 Email |
| 263 | Email string with top from S. Fuerst 11-2-07 |
| 264 | Email string with top from R. Woodson 12-4-07 |
| 265 | Email string with top from M. Sotnick 1-10-08 |
| 266 | Email string with top to P. Killingsworth 5-20-08 |
| 267 | Kraus 10/1/07 Email |
| 284 | Email from Paul Killingsworth 10-25-07 |
| 290 | Dale VanLeeuwen subpoena for deposition |
| 291 | Development Agreement |
| 292 | Lowery 2/7/06 Email |
| 293 | Email string beginning with Lowery 2-27-06 |
| 294 | Lowery 3/3/06 Email |
| 296 | Email attachment from Dal Van Leeuwen – SAP Business One – In Flight Enterprise Development Map |
| 297 | Reidl 5/19/05 Email |

| 299 | Reidl January 2, 2007 email re Stress Tests |
| 300 | Reidl January 5, 2007 email re SAP Business Process Testing |
| 301 | Winn January 5, 2007 email re Stress Testing |
| 306 | Guagenti 3/13/06 Email |
| 314 | SAP Business One Brief |
| 400 | SAP Partner Edge Opportunity Qualification Tool |
| 401 | "Building Winning Solution with ISV Solutions" |
| 402 | Boessmann 4/24/07 Email |
| 420 | 2003 SAP Annual Report |
| 421 | 2004 SAP Annual Report |
| 422 | 2005 SAP Annual Report |
| 423 | 2006 SAP Annual Report |
| 424 | 2007 SAP Annual Report |
| 425 | SAP Partner Branding Guide |
| 426 | Killingsworth 10/22/07 Email |
| 427 | Killingsworth to Sotnick email chain dated Oct. 29, 2007 |
| 428 | "Run With SAP Business One" |
| 431 | Killingsworth 4/26/07 Email |
| 432 | Shamia 9/29/05 Email |
| 434 | SAP Business One Bullet Points |
| 435 | SAP Business One-Opportunity Qualification Tool |
| 436 | Opportunity Qualification Tool Advanced Topics |
| 437 | Killingsworth email to K. Reidl dated May 14, 2007 |

| 438 | Kraus 5/21/07 Email |
|-----|---------------------|
| 439 | Boessmann 5/22/07 Email |
| 440 | Email string beginning with Jon Woodrum's forward starting on 5-22-07 |
| 441 | Woodrum 6/8/07 Email |
| 442 | Barnea/Weis email dated July 8, 2007 |
| 443 | Email string beginning with Lowery starting on 9-4-07 |
| 444 | Lacko 9/28/07 Email |
| 445 | Email string beginning with Killingsworth 10-9-07 |
| 446 | Fuerst 9/27/07 Email |
| 447 | Email string beginning with Gillespie 12-10-07 |
| 448 | US Customer Visits and Partner Event August, 2005 |
| 449 | SAP messages service – test description |
| 450 | SAP Business One SDK Performance Results |
| 451 | SAP performance report 2005-SPI Vs 2005 |
| 452 | SAP Testing Observations |
| 453 | SAP Business One Sizing Guide |
| 454 | Email string between Daniel Kraus and Naama Aharoni starting 6-6-07 |
| 456 | Killingsworth email to Sotnick 1/10/08 |
| 457 | Killingsworth 3/25/08 Email |

| 460 | Email string beginning with Killingsworth 11-1-07 |
|-----|----|
| 600 | Hodell Financial Statements Years Ended 2010 and 2009 [HODL030667-HODL030681] |
| 601 | PCBC Asset Purchase Agreement and Documentation HODL032366, HODL032253, HODL032254-032304 |
| 602 | Pinnacle Capital Top Ten Deals of the Year HODL040692-HODL040703; HODL040710-HODL040729 |
| 603 | Hodell Financial Statements for the Years Ended 2006 and 2007 HODL030622-HODL030636 |
| 604 | Hodell Financial Statements for the Years Ended 2007 and 2008 HODL030637- HODL030651 |
| 605 | Hodell Financial Statements for the Years Ended 2008 and 2009 HODL030652- HODL030666 |
| 606 | Compendium of Hodell Expenses Related to SAP Business One Costs *See* attached Exhibit A:  Kennedy Report Schedule 8 HODL040000- HODL040401 |
| 607 | Compendium of all documents provided to and reviewed by Dr. G. William Kennedy |
| 608 | SAP Business One 2004C Release notes published May 2005 |
| 609 | SAP Business One 2007A Release Notes September 2006 |
| 610 | SAP Business One Statement of Direction January 2009 |
| 611 | SAP Business One Statement of Direction 2007, November 2006, version 2.0 released March 29, 2006 |
| 612 | Presentation by Andreas Wolfinger, SAP AG, Vice President Head of Global Product Management June 2012 |
| 615 | Compendium of SAP Annual Reports (2004 to present) |

| 616 | SAP Business One Solution Brief ( A to First Amended Complaint) |
| 617 | Devereaux 10/1/03 with American Express Edition Attachment ( B to First Amended Complaint) |
| 618 | SAP Business One Whitepaper ( C to First Amended Complaint) |
| 619 | 12/20/04 Purchase Order and Invoice (s E and F to First Amended Complaint) |
| 620 | SAP B1 Procedure Manual dated October 2006. |
| 621 | Summary of Hodell P21 Expenditures While on Business One<br>Beg. Bates No. HODL01388 |
| 622 | Chart of SAP Business One Implementation Costs<br>Beg. Bates No. HODL01400 |
| 623 | Chart of Hodell Expenditures for P21 System<br>Beg Bates No. HODL01451 |
| 624 | O. Reidl Phone Call Notes with Dale Van Leeuwen Sept. 6, 2007<br>HODL00088 |
| 625 | SAP B1 Five Year Payback<br>HODL040730-HODL040731 |
| 628 | PCBC Tax Returns 2004-2008<br>HODL032305-HODL032360 |
| 629 | PCBC Financial Statement Comparatives<br>HODL032361-HODL032366 |
| 630 | PCBC Income History<br>HODL032367 |
| 631 | Hodell-Natco Acquisition Impact on Net Sales and Income<br>HODL032371- HODL032376 |
| 632 | Hodell IT Cost Spreadsheet<br>HODL032377 |

13

| 633 | Hodell Booking and Sales Charts with Supporting Data<br>HODL032401- HODL032451 |
| --- | --- |
| 634 | Charts and Spreadsheet of Hodell Sales With and Without Acquisitions with Supporting Data<br>HODL032452-HODL032484 |
| 635 | All documents relied upon by Dr. G. William Kennedy as identified in his Expert Report |
| 636 | All documents relied upon by Helmuth Guembel as identified in his Expert Report |
| 637 | Discovery responses (Interrogatories, Requests for Admission and Requests for Production of Documents) provided by Defendants SAP America, Inc. and SAP AG |
| 638 | Discovery responses (Interrogatories, Requests for Admission and Requests for Production of Documents) provided by Defendants LSi-Lowery Systems, Inc. and the IBIS Group, Inc. |
| 639 | Discovery responses (Interrogatories, Requests for Admission and Requests for Production of Documents) provided by Plaintiff Hodell-Natco Industries, Inc. |
| 640 | All documents provided to and relied upon by the SAP Defendants' Expert witnesses |
| 644 | To the extent necessary, any and all documents produced by Defendants SAP America, Inc. and SAP AG in discovery |
| 645 | To the extent necessary, any and all documents produced by Defendants SAP America, Inc. and SAP AG in discovery |
| 646 | To the extent necessary, any and all documents produced by Plaintiff Hodell-Natco Industries, Inc. in discovery |
| 648 | Expert Report of Helmuth Guembel and supporting documents and schedules |

Date:  February 17, 2014

Respectfully submitted,

/s/ P. Wesley Lambert
Christopher J. Carney (0037597)
Sharon A. Luarde (0071625)
P. Wesley Lambert (0076961)
BROUSE MCDOWELL
600 Superior Ave. E., Suite 1600
Cleveland, Ohio 44114
(216) 830-6830 phone
(216) 830-6807 fax
CCarney@brouse.com
SLuarde@brouse.com
WLambert@brouse.com
*Attorneys for Plaintiff Hodell-Natco
Industries, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Second Revised Exhibit List of Plaintiff Hodell-Natco Industries, Inc. was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ P. Wesley Lambert
P. Wesley Lambert, Esq. (0076961)
*Attorney for Plaintiff Hodell-Natco
Industries, Inc.*

15