IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HODELL-NATCO INDUSTRIES, INC. ) <br>  ) <br> Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> SAP AMERICA, INC., et al. ) <br>  ) <br> Defendants. ) <br>  ) | CASE NO. 1:08 CV 2755 <br><br> JUDGE WELLS |

**FINAL TRIAL WITNESS LIST OF SAP AMERICA, INC. AND SAP AG**

SAP America, Inc. and SAP AG (collectively, "SAP"), through their undersigned counsel, hereby identifies the witnesses it expects to present and/or call if the need arises. SAP reserves the right to call as needed on cross-examination any party and any witness listed by Plaintiff.

A.  <u>Fact Witnesses SAP Expects to Call at Trial</u>

1. Terry Phillips (former IT Project Manager, Hodell-Natco Industries, Inc.); SAP expects to present Mr. Phillips live at trial; 618 Tuxedo Avenue, Brooklyn Heights, Ohio  4413;

2. Marcia Weissman (former Implementation Consultant, LSi-Lowery Systems, Inc., The IBIS Group, Inc.); SAP expects to present Ms. Weissman's deposition testimony at trial; 18169 Big Oaks Road, Gages Lake, IL  60030;

3. Joseph Guagenti (former Technical Service Director & Lead Programmer, LSi-Lowery Systems, Inc.); SAP expects to present Mr. Guagenti's deposition testimony at trial; 1330 Brook Streert, Apt. G, St. Charles, IL  60174;

4. Edward Neveux (Solution Architect, SAP Business One); SAP expects to present Mr. Neveux live at trial; 29 Groton Drive, Concord New Hampshire  03301;

5. Dan Kraus (former V.P. SAP Business One); SAP expects to present Mr. Kraus live at trial but reserves the right to present his deposition testimony at trial; 10238 Edgecliff Road, Huntersville, NC  28078;

6. Geoffrey Ashley  (former Director North Amer. Sales, SAP Business One); SAP expects to present Mr. Ashley live at trial but reserves the right to present his deposition testimony at trial; 11 Ministerial Road, Bedford, NH  03110; (603) 472-3664;

7. Paul Killingsworth  (Director Solution Experts & Customer Relations, SAP Business One – corporate designee and fact witness); SAP expects to present Mr. Killingsworth live at trial; 5215 N. O'Connor Blvd., Ste. 800 Irving, TX  75039; (972) 375-1163;

8. Ralf Mehnert-Meland  (former Director Business Development & Director Global ISV Channel, SAP Business One); SAP expects to present Mr. Mehnert-Meland live at trial but reserves the right to present his deposition testimony at trial; 102 Broadway Fargo, ND  58102; (701) 893-2000;

9. Penelope Vitantonio (Marketing Manager, SAP America); SAP expects to present Ms. Vitantonio live at trial; 6100 Oak Tree Blvd., Ste. 200, Independence, OH  44131.

10. Dan Lowery (President, Owner LSi-Lowery Systems, Inc.); it is presently unclear whether LSi or its representatives will attend trial.  SAP reserves the right to present Mr. Lowery's testimony live or through deposition, or if the need arises; 1143 Melvyn Lane, Elyria, OH  44035; and

11. Dale VanLeeuwen (former Owner, The IBIS Group, Inc.); it is presently unclear whether IBIS or its representatives will attend trial.  SAP reserves the right to present Mr. Van

Leeuwen's testimony live or through deposition, or if the need arises; 40037 Red Hawk Court, Saint Charles, IL  60175.

B.    <u>Expert Witnesses SAP Expects to Call at Trial</u>

1. Brooks Hilliard; SAP expects to present Mr. Hillard live at trial; 11811 North Tatum Blvd., Ste. 3031 Phoenix, AZ  85028; (602) 264-9263; and

2. Geoffrey H. Osborne; SAP expects to present Mr. Osborne live at trial; 2 Great Woods Lane, Malvern, PA  19103; (267) 330-3040.

C.    <u>Fact Witnesses SAP May Call at Trial If the Need Arises</u>

1. Otto Reidl (CEO of Hodell-Natco Industries, Inc. – corporate designee and fact witness); SAP expects to call Mr. Reidl live at trial if the need arises; 1363 Homestead Creek Drive, Broadview Heights, OH  44147;

2. Kevin Reidl (President of Hodell-Natco Industries, Inc. – corporate designee and fact witness); SAP expects to call Mr. Reidl live at trial if the need arises; 510 River Road, Hinckley, OH  44233; and

3. Joseph Vislocky (IT Director, Hodell-Natco Industries, Inc.); SAP expects to call Mr. Vislocky live at trial if the need arises; 14715 Teal Drive, Chardon, Ohio  44024.

Respectfully submitted,

<u>/s/ Gregory J. Star</u>
Gregory J. Star (admitted *pro hac vice*)
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone:  (215) 988-2700
Facsimile:  (215) 988-2757
*Attorney for SAP America, Inc. and SAP AG*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of February, 2015, a copy of the foregoing Final Trial Witness List of SAP America, Inc. and SAP AG was filed and served electronically on Hodell-Natco Industries, Inc. via ECF.

/s/ Gregory J. Star
Gregory J. Star (admitted *pro hac vice*)