

Michael J. Miller
215-988-2782 Direct
215-988-2757 Fax
michael.miller@dbr.com

*Law Offices*
One Logan Square, Ste. 2000
Philadelphia, PA
19103-6996

215-988-2700 phone
215-988-2757 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC
WISCONSIN

February 20, 2015

**VIA EMAIL**

Hon. Lesley Wells
Howard M. Metzenbaum U.S. Courthouse
201 East Superior Avenue, Room 328
Cleveland, Ohio 44114-1201

    RE:    *Hodell-Natco Industries, Inc. v. SAP America, Inc. et al.*
             Case No. 1:080-cv-02755

Dear Judge Wells:

    Just after we wrote to Your Honor this morning, we received word from Hodell's counsel that they have withdrawn a number of their Geoff Ashley deposition designations. We have revised our chart of SAP's objections accordingly, and are attaching that revised (and now reduced) chart for Your Honor's consideration. In light of these withdrawals, SAP would like to counter-designate 85:17-94:14, 102:12-103:5, 151:7-153:8, and 254:25-256:12. All of these counter-designations are portions of the testimony previously designated by Hodell.

    Hodell has informed us of its objections to our testimony, and we would presume Hodell will be passing these objections along to the Court.

                                    Respectfully submitted,

                                    Michael J. Miller

MJM/dmw
Enclosure

cc:    P. Wesley Lambert, Esq. (wlambert@brouse.com)
       Sharon A. Luarde, Esq. (sluarde@brouse.com)

*Established 1849*