IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HODELL-NATCO INDUSTRIES, INC., ) | CASE NO. 1:08-CV-2755 |
| ) | |
| Plaintiff, ) | JUDGE LESLEY WELLS |
| ) | |
| v. ) | **HODELL'S OBJECTIONS TO SAP'S** |
| ) | **DEPOSITION DESIGNATIONS OF** |
| SAP AMERICA, INC., et al. ) | **DEPOSITION TESTIMONY FOR GEOFF** |
| ) | **ASHLEY** |
| Defendants. ) | |

## INTRODUCTION

The bullet points below identify all outstanding objections of Hodell-Natco Industries, Inc. ("Hodell") to the designated deposition testimony of Geoff Ashley.

| **Testimony Designated by SAP** | **Hodell's Objections to SAP's Designated Testimony** |
|---|---|
| 13:11-14:4 | Hodell objects to these questions and answers due to improper legal opinions stated and lack of relevance. |
| 247:21-251:8 | Hodell objects to these questions and answers due to improper opinion testimony under Federal Rules of Evidence 701 and lack of foundation. |

Respectfully submitted,

/s/ P. Wesley Lambert
Christopher J. Carney (0037597)
Sharon A. Luarde (0071625)
P. Wesley Lambert (0076961)
BROUSE MCDOWELL
600 Superior Ave. E., Suite 1600
Cleveland, Ohio 44114
(216) 830-6830 phone
(216) 830-6807 fax
CCarney@brouse.com
SLuarde@brouse.com

WLambert@brouse.com

*Attorneys for Plaintiff Hodell-Natco Industries, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 20, 2015, the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access the document through the Court's electronic filing system.

/s/ P. Wesley Lambert
P. Wesley Lambert, Esq. (0076961)
*Attorney for Plaintiff Hodell-Natco Industries, Inc.*