

Michael J. Miller
215-988-2782 Direct
215-988-2757 Fax
michael.miller@dbr.com

February 22, 2015

*Law Offices*

One Logan Square, Ste. 2000
Philadelphia, PA
19103-6996

(215) 988-2700 phone
(215) 988-2757 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON D.C.
WISCONSIN

**VIA ECF**

Hon. Lesley Wells
Howard M. Metzenbaum U.S. Courthouse
201 East Superior Avenue, Room 328
Cleveland, Ohio 44114-1201

RE: *Hodell-Natco Industries, Inc. v. SAP America, Inc. et al.*
Case No. 1:080-cv-02755

Dear Judge Wells:

I am writing to inform the Court that SAP has significant issues that it would like to raise tomorrow before the trial commences with the court outside the presence of the jury. These issues include objections to the demonstrative exhibits Hodell circulated yesterday.

Respectfully submitted,

Michael J. Miller

MJM/dmw
Enclosure

cc: P. Wesley Lambert, Esq. (wlambert@brouse.com)
Sharon A. Luarde, Esq. (sluarde@brouse.com)

*Established* 1849