IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------
HODELL-NATCO INDUSTRIES, INC.,

       Plaintiff,

  -vs-

SAP AMERICA, INC., et al.,

       Defendant.
------------------------------------------------

: CASE NO. 1:08 CV 02755

: ORDER

UNITED STATES DISTRICT JUDGE LESLEY WELLS

  This Court, having reviewed Hodell's and SAP's deposition designations for Geoff Ashley and Hodell's respective objections thereto, resolves those objections as follows.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC., | ) | CASE NO. 1:08-CV-2755 |
| | ) | |
| Plaintiff, | ) | JUDGE LESLEY WELLS |
| | ) | |
| v. | ) | HODELL'S OBJECTIONS TO SAP'S |
| | ) | DEPOSITION DESIGNATIONS OF |
| SAP AMERICA, INC., et al. | ) | DEPOSITION TESTIMONY FOR GEOFF |
| | ) | ASHLEY |
| Defendants. | ) | |

## INTRODUCTION

The bullet points below identify all outstanding objections of Hodell-Natco Industries, Inc. ("Hodell") to the designated deposition testimony of Geoff Ashley.

| Testimony Designated by SAP | Hodell's Objections to SAP's Designated Testimony |
|---|---|
| 13:11-14:4 | Hodell objects to these questions and answers due to improper legal opinions stated and lack of relevance. *Sustained* |
| 247:21-251:8 | Hodell objects to these questions and answers due to improper opinion testimony under Federal Rules of Evidence 701 and lack of foundation. *Sustained* |

Respectfully submitted,

/s/ P. Wesley Lambert
Christopher J. Carney (0037597)
Sharon A. Luarde (0071625)
P. Wesley Lambert (0076961)
BROUSE MCDOWELL
600 Superior Ave. E., Suite 1600
Cleveland, Ohio 44114
(216) 830-6830 phone
(216) 830-6807 fax
CCarney@brouse.com
SLuarde@brouse.com