IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC., | ) | CASE NO. 1:08-CV-2755 |
| | ) | |
| Plaintiff, | ) | JUDGE LESLEY WELLS |
| | ) | |
| v. | ) | **MOTION THAT TRIAL OF THIS CASE BE** |
| | ) | **CONDUCTED IN AN ELECTRONIC** |
| SAP AMERICA, INC., et al. | ) | **COURTROOM** |
| | ) | |
| Defendants. | ) | |

Plaintiff Hodell-Natco Industries Inc. hereby moves that the trial of this case be conducted in an electronic courtroom in the Carl B. Stokes U. S. Court House.  As discussed more fully in the attached Memorandum, the unique circumstances of this case require use of an electronic courtroom in order to be fair to the parties.  In the event that it is not possible for Judge Wells to conduct the trial in an electronic courtroom, Hodell requests the Court to ask that the case be reassigned to a Judge who will be able to do so.

Dated:  March 2, 2015               Respectfully submitted,

/s/ *P. Wesley Lambert*
Christopher J. Carney (0037597)
Sharon A. Luarde (0071625)
P. Wesley Lambert (0076961)
BROUSE MCDOWELL
600 Superior Ave. E., Suite 1600
Cleveland, Ohio 44114
(216) 830-6830 phone
(216) 830-6807 fax
CCarney@brouse.com
SLuarde@brouse.com
WLambert@brouse.com
*Attorneys for Plaintiff Hodell-Natco Industries, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 2, 2015, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the document through the Court's electronic filing system.

/s/ *P. Wesley Lambert*
P. Wesley Lambert, Esq. (0076961)
*Attorney for Plaintiff Hodell-Natco Industries, Inc.*

[928476]