IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| HODELL-NATCO INDUSTRIES, INC.<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SAP AMERICA, INC., et al.<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 1:08 CV 2755<br><br>JUDGE WELLS |
|---|---|---|

**MOTION TO EXCEED PAGE LIMITATION**

　　　　Defendants SAP America, Inc. and SAP AG (collectively, "SAP"), by and through their undersigned attorneys, hereby request that the Court enter an order, in the form of the proposed order attached hereto, granting SAP's motion to exceed the page limitation on memoranda for non-dispositive motions.  In support of this motion, counsel for SAP state as follows:

　　　　1.　　This is a complex case where the plaintiff intends to put numerous complex damages opinions (the full details of which have never been disclosed to this Court) in front of the jury by way of a lay witness, Otto Reidl.

　　　　2.　　SAP explained the fundamental inadmissibility of this evidence to the Court on the first day of trial.  After argument, the Court invited SAP to file a motion on these issues.

　　　　3.　　The complexity of these issues is such that the fifteen page limit imposed by local rules for memoranda in support of non-dispositive motions is insufficient.

　　　　4.　　SAP's Motion to Preclude Inadmissible Lay Opinion Testimony deals with the substantive inadmissibility of five separate damages opinions Hodell intends to have Mr. Reidl offer to the jury.  SAP deals with each of these five opinions in significantly less space than the

fifteen pages allowed by local rule.  SAP did not consider it economical to present these five issues by way of five separate motions.

     5.     For the foregoing reasons, SAP respectfully requests the Court enter an order allowing SAP to file a memorandum in support of its motion of no more than twenty-nine pages.

Respectfully submitted,

/s/ Gregory J. Star
Gregory J. Star (admitted *pro hac vice*)
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone:  (215) 988-2700
Facsimile:  (215) 988-2757
*Attorney for SAP America, Inc. and SAP AG*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 14th day of April, 2015, the foregoing Motion to Exceed Page Limitation was filed and served electronically via ECF.

                                                      /s/ Gregory J. Star
                                                      Gregory J. Star (admitted *pro hac vice*)