IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| --- | --- | --- |
| Plaintiff, | ) | JUDGE WELLS |
| v. | ) | **ORDER** |
| SAP AMERICA, INC., et al. | ) | |
| Defendants. | ) | |

AND NOW, this _____ day of _____, 2015, upon consideration of the SAP Defendants' Motion to Exceed Page Limitation, it is hereby **ORDERED** that the SAP Defendants' Motion is **GRANTED** and that SAP Defendants' Memorandum in Support of Motion to Preclude Inadmissible Lay Opinion Testimony shall not exceed twenty-nine pages in length.

BY THE COURT:

Dated: _____

_____
Hon. Lesley Wells
United States District Judge