**IN THE COURT OF COMMON PLEAS**
**SUMMIT COUNTY, OHIO**

| | | |
|---|---|---|
| KRISTEN M. SCALISE | ) | Case No. CV 2014-08-3817 |
| | ) | |
| Plaintiff, | ) | Judge Croce |
| | ) | |
| vs. | ) | |
| | ) | **UNOPPOSED MOTION FOR** |
| ANDREW M. SEAL, ET AL. | ) | **EXTENSION OF TIME TO FILE** |
| | ) | **OPPOSITION TO MOTION FOR** |
| Defendants. | ) | **SUMMARY JUDGMENT** |
| | ) | |

Defendant Andrew J. Leffler, through counsel, moves for an additional 30 days to respond to Plaintiff's Motion for Summary Judgment.  The parties are currently exploring whether resolution of this case is possible as it pertains to Mr. Leffler and need additional time to do so.  Counsel for Plaintiff consents to this extension.

Defendant therefore requests that this Court enter an Order extending the deadline for Defendant to respond to Plaintiff's Motion for Summary Judgment to **May 1, 2015**.

                                                   Respectfully submitted,

                                                   /s/ Christopher T. Teodosio
                                                 Kerri L. Keller (0075075)
                                                 Christopher T. Teodosio (0089316)
                                                 BROUSE MCDOWELL
                                                 388 S. Main Street, Suite 500
                                                 Akron, Ohio 44311-4407
                                                 Email: kkeller@brouse.com
                                                 Email: cteodosio@brouse.com
                                                 Phone: (330) 535-5711
                                                 Fax:    (330) 253-8601

                                                 Attorneys for Defendant Andrew J. Leffler

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was sent via regular U.S. Mail, postage prepaid, this 31st day of March, 2015, to:

Milton C. Rankins
Assistant Prosecuting Attorney
53 University Avenue, 7th Floor
Akron, Ohio 44308-1680
(330) 643-2792 (330) 643-8540 - FAX
mrankins@summitoh.net

Attorney for Plaintiff, Summit County Fiscal Officer

Andrew M. Seal
1605 Hilbish Ave.
Akron, OH 44312

Everflow Eastern, Inc.
P.O. Box 354
Canfield, OH 44406

Ohio Dept. of Taxation
c/o Amy K. Kaufman
Assistant Attorney General
150 E. Gay St., 21st Floor
Columbus, OH 43215

Notice will also be sent through the Court's Electronic Filing System.

/s/ Christopher T. Teodosio
Christopher T. Teodosio (0089316)

[#931149]

2