# Exhibit "E"

# In The Matter Of:
*Hodell-Natco Industries, Inc. v.*
*SAP America, Inc., et al.*

*Geoffrey Ashley*
*March 16, 2012*



PHILADELPHIA | 215.944.5600  NEW YORK CITY | 646.470.3376  PHOENIX | 623.224.2760  SILICON VALLEY | 650.799.8020

*Original File 2012-01663.TXT*

Page 1

```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF OHIO
                   EASTERN DIVISION

HODELL-NATCO            )  Case No. 1:08 CV 2755
INDUSTRIES, INC.,       )
                        )  Judge: Lesley Wells
        Plaintiff,      )  Magistrate Judge:
                        )     Greg White
   vs.                  )
                        )     VOLUME I
SAP AMERICA, INC., et   )
al.,                    )
                        )
        Defendants.     )


        AUDIOVISUAL DEPOSITION OF GEOFFREY ASHLEY
    DATE:   Friday, March 16, 2012
    TIME:   9:24 a.m.
    PLACE:  Residence Inn
            91 Hall Street
            Concord, New Hampshire




NEXTGEN REPORTING

Registered Professional Reporters
```

Page 2

```
 1  APPEARANCES:
 2  ON BEHALF OF THE PLAINTIFF:
 3     MR. P. WESLEY LAMBERT, ESQ.
       Koehler, Neal, LLC
 4     3330 Erieview Tower
       1301 East Ninth Street
 5     Cleveland, Ohio 44114
       (216) 539-9370
 6     wlambert@koehlerneal.com
 7  ON BEHALF OF THE DEFENDANT, SAP AMERICA, SAP AG:
       MR. GREGORY J. STAR, ESQ.
 8     Drinker, Biddle, Reath
       One Logan Square
 9     Suite 2000
       Philadelphia, Pennsylvania 19103
10     (215) 988-2734
       Gregory.Star@dbr.com
11
    ON BEHALF OF THE DEFENDANT, LSi:
12
       MR. ROY A. HULME, ESQ.
13     Reminger & Reminger
       1400 Midland Building
14     101 Prospect Avenue, West
       Cleveland, Ohio 44115
15     (216) 687-1311
       rhulme@reminger.com
16
17  ALSO PRESENT:  Kevin Reidl
18                 J.T. McGinn, Videographer
```

Page 3

```
 1                    I N D E X
 2  EXAMINATION                              PAGE
 3  BY MR. STAR............................ 4-247
 4  BY MR. LAMBERT........................ 14-254
 5  BY MR. HULME.............................. 228
 6
 7              E X H I B I T   I N D E X
 8  NO.            EXHIBIT                   PAGE
 9  Exhibit 172   E-mail string dated January 19,
                  2009                         21
10
    Exhibit 173   E-mail string dated December 29,
11                2011                         27
12  Exhibit 174   E-mail string dated January 3,
                  2012                         37
13
    Exhibit 175   Excerpt of a PowerPoint
14                Presentation                 57
15  Exhibit 176   E-mail dated December 22,
                  2005                        100
16
    Exhibit 177   E-mail dated January 2, 2007  112
17
    Exhibit 178   E-mail dated February 10,
18                2006                        133
19  Exhibit 179   Outlook Calendar            146
20  Exhibit 180   E-mail                      190
21  Exhibit 181   E-mail                      198
```

Page 4

```
 1                 P R O C E E D I N G S
 2             GEOFFREY ASHLEY,
 3  having first been duly sworn, testified as
 4  follows:
 5             EXAMINATION BY MR. STAR:
 6  Q.  Good morning. Mr. Ashley, I want to cover a
 7  few topics with you quickly, sir. You're a
 8  former SAP employee, correct?
 9  A.  That's correct.
10  Q.  Can you run through your employment history
11  with SAP and tell me what job positions you
12  held and how long you were in them?
13  A.  Yes, starting with SAP in roughly the
14  beginning of November, '05, I was hired as
15  the director of channel sales for
16  North America, and the product was the SAP
17  Business One Solution.
18      So my responsibilities were the
19  management of all the partners, the partner
20  community, through all of the resources
21  internally, so I had sales, pre-sales,
22  channel managers, pre-sales recruiters, that
23  kind of stuff. So that was how I started
24  with SAP.
25      I was in that role until 2008, I think,
```

|  |  |
|---|---|
| Page 9 | Page 11 |

**Page 9**

1  A.  I was the director of sales for a company
2  called Best Software, B-e-s-t, located in
3  Florida.  They were acquired by Sage, which
4  is a huge ERP software publisher.  So I lost
5  that job, because they were acquired.
6      So I went to a company called Avision.
7  That was in Atlanta, Georgia, and Avision was
8  acquired by Microsoft.  So I went to a
9  company called Aperum, A-p-e-r-u-m.  I was
10 vice president of sales there.  They were
11 acquired by Infor, and so I got sick of that.
12     That's why I went to SAP, because I
13 figured they weren't getting acquired.
14 Q.  It's a long list.  Thank you for going
15 through it.
16     Obviously, you know you're here today in
17 connection with a lawsuit that's brought
18 against SAP America and SAP AG by
19 Hodell-Natco.  LSi, Dan Lowery's company, is
20 also a defendant in the case.
21     You recall having some involvement while
22 you worked for SAP with Hodell-Natco and
23 their project to implement SAP?
24 A.  Yes.
25 Q.  What general -- strike that.

**Page 10**

1      Run through for me in general terms what
2  you recall about your involvement with
3  Hodell.
4  A.  In general terms, my role at SAP as basically
5  the channel leader was overall
6  responsibility for the partner relationship,
7  so because we had a partner who had a
8  relationship with a valued customer, my role
9  and responsibility was essentially to
10 understand our partner and their role and our
11 customer and their role.
12     So, you know, I had overall
13 responsibility for sales and revenue, and
14 Hodell-Natco represented a very large
15 opportunity for SAP.
16 Q.  Did you have any technical role?
17 A.  No, strictly sales.
18 Q.  Did you have any involvement in helping LSi
19 to develop code or write code for Hodell?
20 A.  None whatsoever.
21 Q.  Did you have any involvement in analyzing the
22 structure either of Hodell's hardware
23 infrastructure or Hodell's needs for a
24 software system?
25 A.  No.

**Page 11**

1  Q.  Would that be something that you would ever
2  do in the role that you served at that time
3  in 2005, 2006 for SAP?
4  A.  It would have been rare.  Partners might have
5  called me into meet with prospects prior to
6  buying, but it was normally as a
7  relationship, our close relationship,
8  publisher to partner, so in support of that.
9  Very seldom --
10     I had a background -- I have a
11 background in distribution, so there would be
12 on occasion where I might speak to a
13 potential customer on how they might utilize
14 our solutions in a distribution environment.
15 I also spoke or I speak at distribution
16 events and things like that, so I might be
17 utilized by the partner community in that
18 regard.  But not technical.
19 Q.  At any time in 2005, do you recall having any
20 direct communications with anybody at Hodell?
21 A.  No, I wasn't hired until November of --
22 Q.  Right.  What about in 2006, do you recall any
23 direct communications between yourself -- and
24 when I say direct communications, I mean
25 either an e-mail, a letter, phone call,

**Page 12**

1  face-to-face meeting, anything like that
2  between yourself and anybody from Hodell in
3  2006?
4  A.  All I can say is I know I had spoken with
5  someone at Hodell.  I can't remember the time
6  frame, I mean, not that specific.
7  Q.  Fine.  You're aware that in this case Hodell
8  alleges that its implementation of the
9  Business One software did not work to its
10 satisfaction?
11 A.  Yes.
12 Q.  Okay.  You're also aware that in this
13 litigation Hodell alleges that SAP committed
14 fraud, in that SAP, according to Hodell, made
15 misrepresentations or failed to disclose
16 information to Hodell before Hodell purchased
17 licenses for the Business One software?
18 A.  Yes, I'm aware that's what they are claiming.
19 Q.  Are you also aware that Hodell alleges that
20 after it went live with the software SAP
21 misled Hodell by suggesting to Hodell --
22 these were allegations, of course --
23 suggesting to Hodell that the problems it was
24 experiencing with its software limitation
25 could be fixed or remedied in some way?

|  | Page 81 |
|---|---|
| 1 | every single order as to fit and finish. You |
| 2 | just couldn't do it. |
| 3 | Q. That's done by SAP's business partner, in |
| 4 | this case, LSi, correct? |
| 5 | A. That's correct. |
| 6 | Q. SAP is, in essence, outsourcing that to its |
| 7 | business partner? |
| 8 | MR. STAR: Objection. Form. |
| 9 | A. As I was going to say, it's not outsourcing. |
| 10 | It's their role and responsibility. |
| 11 | Contractually, it's their role and |
| 12 | responsibility. |
| 13 | Q. Hodell ended up executing a licensing |
| 14 | agreement with SAP. Are you aware of that? |
| 15 | A. That's correct. |
| 16 | Q. Did you have any role in communicating with |
| 17 | anyone at Hodell about that license |
| 18 | agreement? |
| 19 | A. No. |
| 20 | Q. Do you have any knowledge personally about |
| 21 | what was represented to Hodell about what |
| 22 | that license agreement covered? |
| 23 | A. No. |
| 24 | Q. When is a license agreement typically |
| 25 | executed by an end user? |

|  | Page 82 |
|---|---|
| 1 | A. There is no typical, and I don't mean that to |
| 2 | be cute. A lot of partners when they close |
| 3 | the deal, they'll place the order with SAP, |
| 4 | but the partner will retain the software as |
| 5 | they do implementation and setup and things |
| 6 | like that. |
| 7 | So you could have a customer get the |
| 8 | software the day they order it. You could |
| 9 | have a customer get the software a week |
| 10 | later. You could have a customer get the |
| 11 | software four months later. It's really a |
| 12 | function of how that partner is delivering |
| 13 | that solution. Remember, that solution is |
| 14 | not only just the software, but it's services |
| 15 | and a lot of other things. |
| 16 | Q. Would you expect that at the time the |
| 17 | customer and the business partner enter into |
| 18 | an agreement for the customer to buy |
| 19 | Business One software that the signing of a |
| 20 | license agreement needs to be raised at that |
| 21 | point? |
| 22 | MR. STAR: Objection to the form. He's |
| 23 | not a lawyer. You may answer if you |
| 24 | understand. |
| 25 | A. And I didn't understand. |

|  | Page 83 |
|---|---|
| 1 | Q. As the director of the channel for SAP |
| 2 | Business One, what was your expectation as to |
| 3 | when the existence or the need to sign a |
| 4 | license agreement would be raised with the |
| 5 | customer, at what point in the sales process? |
| 6 | A. I mean, sales 101, when you meet with the |
| 7 | customer, you do sales qualification. If the |
| 8 | customer is qualified and you present a |
| 9 | solution and the customer says I like what |
| 10 | you're doing and you present a proposal, at |
| 11 | that point you're basically saying this is |
| 12 | what your license is going to look like. |
| 13 | Is that what you're -- |
| 14 | Q. Well, SAP had a very specific license |
| 15 | agreement form that it used, correct? |
| 16 | A. That is correct. |
| 17 | Q. When in the sales process would you expect |
| 18 | that licence agreement or the need for the |
| 19 | customer to sign that license agreement would |
| 20 | be introduced? |
| 21 | MR. STAR: Objection to form. You can |
| 22 | answer. |
| 23 | A. Okay. When it is done, I have no idea. When |
| 24 | it should be done is very early on. If I |
| 25 | were a partner, I would want to give every |

|  | Page 84 |
|---|---|
| 1 | one of my legal documents and Ts and Cs to my |
| 2 | prospect then as quickly as I can, so they |
| 3 | can review them and look them over and decide |
| 4 | because otherwise, you extend your sales |
| 5 | cycle. |
| 6 | So from a sales 101 standpoint, they |
| 7 | should get it day one. When they do it, I |
| 8 | have no -- as a publisher, I have no idea. |
| 9 | Q. Well, would it be unusual for a customer to |
| 10 | enter into an agreement to buy SAP Business |
| 11 | One that doesn't contain any reference to a |
| 12 | license agreement? |
| 13 | A. It's impossible. |
| 14 | MR. STAR: Let me finish the question. |
| 15 | THE WITNESS: I'm sorry. |
| 16 | MR. STAR: I think you should show him |
| 17 | the documents, because you're going to end up |
| 18 | with a bunch of confused testimony here, but |
| 19 | go ahead. |
| 20 | BY MR. LAMBERT: |
| 21 | Q. Have you ever seen a development agreement |
| 22 | between LSi and Hodell? |
| 23 | A. No. |
| 24 | Q. Okay. Do you know at what point Hodell |
| 25 | executed a license agreement? |

```
Page 93
 1   the database it used, the hardware it ran on,
 2   and the way it transacted, the way it opened
 3   itself up -- I don't know a better way to say
 4   this -- the open architecture of the product,
 5   but because it was on an Intel platform meant
 6   that there were going to be limits.
 7        But those limits were a combination of
 8   many factors, and you had to take them all
 9   into consideration.
10        So again, you could have had a customer
11   with lot of transactions but not very
12   complicated, lots of individual line item
13   invoices. Maybe they didn't have the need to
14   track history. There are a lot of things
15   that come into play that lead to that. The
16   only thing that the tool can do is suggest
17   where there might be an issue, and you need
18   to do more research.
19   Q. Right. But my question is: Wasn't that
20   issue, which was caused by inherent
21   limitations of the software itself, in
22   existence prior to December of 2005?
23   A. It's the nature again of every piece of
24   software, so yes.
25   Q. So that inherent limitation was there. It
```

```
Page 94
 1   just was not taken into account in this
 2   online qualification tool until later on?
 3   A. The limitation was there. It took until
 4   later on to determine what the numbers really
 5   were.
 6   Q. And that is through field experience or
 7   through internal testing?
 8   A. A combination of the above, both.
 9   Q. So part of it is SAP installs the product,
10   and a customer, they have problems because of
11   transaction volume. SAP comes back and
12   revises its sweet spot because of it; is that
13   correct?
14   A. That could happen, yes.
15   Q. In other words, SAP hasn't predetermined
16   whether a customer is going to be a fit or
17   successful in implementing the software
18   necessarily before the customer buys it; is
19   that fair?
20   A. SAP hasn't predetermined the fit before the
21   customer buys it?
22   Q. They're relying upon field experience to
23   whittle down its sweet spot. Is it fair to
24   say there's instances when they sell SAP
25   Business One to a customer and SAP is not
```

```
Page 95
 1   sure whether it's actually going to be a
 2   successful implementation?
 3   A. Since SAP doesn't have that data prior to the
 4   sale, that would be a correct statement. The
 5   other thing to remember is that the software
 6   is being sold with a combination of other
 7   things attached to it. So all of those
 8   things impact it. SAP wouldn't know what
 9   else is being attached to it, for example.
10   Q. Well, they knew that In-Flight was being
11   attached to Business One prior to Hodell
12   implementing the software. Did SAP know
13   that?
14   A. No, we would have no way to know that.
15   Q. Do you know if the license agreement that SAP
16   has an end user sign is negotiable?
17        MR. STAR: Objection to form. He's not
18   a lawyer. You haven't established a
19   foundation that he was involved in it.
20   Q. You are familiar with the form license
21   agreement that end users signed, correct?
22        MR. STAR: Objection to form. You can
23   answer.
24   A. Had I seen the license agreement?
25   Q. Right.
```

```
Page 96
 1   A. Yes.
 2   Q. Did SAP allow end users to negotiate the
 3   terms of that agreement?
 4        MR. STAR: Objection to form. You can
 5   answer.
 6   A. SAP rarely in Business One, not in big SAP,
 7   in Business One, SAP rarely talked to the end
 8   user before the purchase. So we might
 9   negotiate with a partner. Is that --
10   Q. Yes. Okay. So there are instances that
11   you're aware of where a partner was able to
12   change the terms of whatever form license
13   agreement SAP had proposed?
14   A. Depending on the terms, yes.
15   Q. Do you recall when you first heard of
16   Hodell-Natco?
17   A. Yes.
18   Q. When?
19   A. It would have been late November, early
20   December of 2005. Excuse me.
21   Q. Right when you began with SAP?
22   A. Correct.
23   Q. Under what circumstances did you learn of
24   Hodell?
25   A. Pipeline and forecast meetings.
```

Page 97

1 Q. From who?
2 A. My channel managers.
3 Q. Okay. Would that be Ted Snucker at the time?
4 A. Yes.
5 Q. What did he tell you?
6 A. He would have -- for every partner in the
7 region, I would have known what their
8 pipeline was. For an opportunity of the size
9 of the Hodell-Natco opportunity, I would have
10 known the name of the company. In other
11 words, if he had 50 deals, I wouldn't know
12 all 50 names. I would probably known the top
13 10 or 15 names.
14    So I would have known the name, Hodell.
15 I may not have known who they were or what
16 exactly it was, but I certainly would have
17 known we have this opportunity; it's expected
18 to close by this date for approximately this
19 amount, this partner and what are the next
20 steps.
21    And then by the way, we had three
22 criteria. So it was best case, worst case --
23 or best case, probable case, worst case.
24 Q. What's the pipeline? I think I know what it
25 is, but I just want to make sure we're on the

Page 98

1 same page.
2 A. It's the channel manager's report on what
3 they think they're going to bring in in that
4 month or quarter.
5 Q. Okay. Is it fair to say that Hodell was a
6 high profile account in November of 2005?
7 A. Yes.
8 Q. Why is that?
9 A. Two reasons, at least two reasons. One is
10 because of the size of the opportunity. The
11 second would have been because of the brand
12 recognition of Hodell in their market.
13 Q. Isn't the third that LSi was developing this
14 add-on that would allow SAP to get into a
15 different --
16 A. That would be the brand. That would be the
17 brand piece that I referred to, yes. It
18 would give us the ability to get into a
19 market segment.
20 Q. And that was In-Flight Enterprise, right?
21 A. Correct.
22 Q. Did you play any part of the sales process to
23 Hodell?
24 A. No, none whatsoever. I came in so late.
25 Q. Was it essentially sold before you started at

Page 99

1 Business One --
2 A. Essentially.
3 Q. -- or SAP?
4 A. Yeah, essentially.
5 Q. In what respect?
6 A. Well, given the nature of sales cycles, if a
7 customer is going to buy within 30 days of
8 this large of a deal and especially with
9 vertical software added on to it, if you're
10 making a decision within one month of when I
11 came on board, that decision has already been
12 made. All you're really doing is waiting for
13 all the POs and the legal and all that stuff
14 to be done.
15    The decision to buy is pretty much done
16 by then.
17 Q. Were you aware that Hodell had signed a
18 document called a development agreement?
19 A. I had no idea.
20 Q. Did you ever become aware of such an
21 agreement?
22 A. No. Let me rephrase. Dan Lowery may have
23 said to me at one point in time we're
24 developing something specific, because it's a
25 vertical add-on. So he may have said it. I

Page 100

1 don't recall ever being made aware of that
2 document.
3 Q. Can you show him Exhibit 40?
4 A. Don't read it?
5 Q. You're free to read it if you want.
6 A. I pass.
7    MR. STAR: Is that on your leisure
8 reading list today?
9    THE WITNESS: Yeah, that's correct.
10    (Document marked Exhibit No. 176.)
11    BY MR. LAMBERT:
12 Q. I give you 176. Please review it and let me
13 know when you're ready.
14 A. Okay.
15    Okay.
16 Q. Do you recall sending the e-mail that's
17 marked Exhibit 176 on or about December 22nd,
18 2005?
19 A. Sure.
20 Q. Do you know what the purpose of this e-mail
21 was?
22 A. Yeah, it was to fire up the team to close out
23 the year strong, sales.
24 Q. You guys were a little behind at that time?
25 A. It says we were. We made our number though.

| Page 105 | Page 107 |
|---|---|
| 1  pride they are driven to bring these deals<br>2  home."<br>3  A. Um-hum.<br>4  Q. What did you mean by that?<br>5  A. As I mentioned, we had a cadence that was a<br>6  worst-case/best-case scenario, and the<br>7  partners -- we were holding the partners to<br>8  that, and they were -- the culture that we<br>9  were establishing was that if you say you're<br>10  going to close a thousand dollars and you<br>11  lose an opportunity during the month, you<br>12  still have to meet the thousand dollars if<br>13  you committed to it; go find something to<br>14  replace it.<br>15     So again, this is all sales related. So<br>16  we were establishing the culture<br>17  accountability, and of course, that was<br>18  establishing the culture of growth.<br>19  Q. How did you know what the culture at SAP was<br>20  one year before you joined the company?<br>21  A. Because I had spent the last 45 days or so<br>22  talking to everybody I could talk to.<br>23  Q. You make the statement in the next paragraph,<br>24  starting with "Ted" -- is that Ted Steffner?<br>25  A. Ted Steffner, yeah. | 1  first group.<br>2  Q. Doesn't that also mean that they had to bear<br>3  the burden of the fact that the product was,<br>4  as you stated, not ready for prime time?<br>5     MR. STAR: Objection to form. You can<br>6  answer.<br>7     THE WITNESS: I can't answer?<br>8     MR. STAR: You can. Okay. Sure.<br>9  A. Well, yeah, I mean at that point in the --<br>10  yeah, absolutely.<br>11  Q. What happens to a business partner if they<br>12  sell SAP Business One to a customer and the<br>13  implementation fails?<br>14     MR. STAR: Objection to form.<br>15  A. I don't know how to -- I don't know how to<br>16  answer. I'm not sure I understand.<br>17  Q. Does the business partner lose all of the<br>18  revenue that's received as part of the sale,<br>19  or do they have to give it back?<br>20  A. I don't know. It would depend on that<br>21  situation. If that customer demands a refund<br>22  and that partner provides the refund, then<br>23  the answer would be yes. If the partner<br>24  doesn't, the answer would be, no. I don't<br>25  know. |
| Page 106 | Page 108 |
| 1  Q. "He has a large number of charter members on<br>2  his team, and they have paid the price for<br>3  some of the issues that we haven't covered in<br>4  our journey towards relevance."<br>5  A. Um-hum.<br>6  Q. What did you mean by that?<br>7  A. The Midwest, for whatever the reason, if you<br>8  looked at the founding partners, the first,<br>9  you know, one through ten partners, for<br>10  example, I think six of them of were in the<br>11  Midwest. So the Midwest had --<br>12     Well, Dan Carr was No. 1. Lowery was<br>13  very early on, and so when they came on<br>14  board, we didn't have channel managers. We<br>15  didn't have regions. We didn't have a lot of<br>16  stuff ready to go. So the partners who came<br>17  on board to begin with came on board without<br>18  a lot of system in place to support them,<br>19  didn't have a lot of resources to support<br>20  them.<br>21     So as SAP was growing and as the<br>22  marketing engine was getting going and as the<br>23  leads were starting to come in, it was<br>24  getting easier and easier. The first group<br>25  had it the hardest, because they were the | 1  Q. Who decides whether a refund is provided?<br>2  A. The partner.<br>3  Q. Does SAP?<br>4  A. Decides the partner has to refund?<br>5  Q. Yes.<br>6  A. No, you can't do that.<br>7  Q. You make the statement at the end of that<br>8  paragraph, "LSi should be sending in the<br>9  Hodell-Natco order today, which will be the<br>10  largest deal closed this quarter and possibly<br>11  this year. Way to go, Ted, and way to go<br>12  LSi," correct?<br>13  A. Correct.<br>14  Q. What did you know about the Hodell-Natco<br>15  deal at that time?<br>16  A. What did I know?<br>17  Q. Yes.<br>18  A. I knew Hodell-Natco. I knew LSi. I knew the<br>19  size of the deal. I knew the expected close<br>20  date, and I knew the probability that it<br>21  would close.<br>22  Q. What was the size of the deal as you<br>23  understood it?<br>24  A. Oh, don't remember. What was reported to me<br>25  was dollars to SAP, but I don't remember what |

| Page 237 | Page 239 |
|---|---|
| 1  end of the month," correct?<br>2  A. Correct.<br>3  Q. So that's consistent -- that's consistent<br>4  with Exhibit 83, Dan Lowery's confirmation<br>5  with Dirk?<br>6  A. That is correct. Yes, it is.<br>7  Q. When did you first become aware of the<br>8  specific size, volumes, et cetera, at<br>9  Hodell-Natco?<br>10  A. I don't know for sure.<br>11  Q. Did you ever become aware of the specifics of<br>12  the volume transactions?<br>13  A. Oh, yeah. I mean, once we got into this --<br>14  and again, I'm sorry. I don't mean to be<br>15  vague to anybody, but it all goes down to<br>16  sometime between when the product finally got<br>17  delivered, was put in-house and was starting<br>18  to be used in a production environment.<br>19  That's when this would have all come up.<br>20     I don't know what that time frame was<br>21  specifically, but that's when we would have<br>22  started having these discussions.<br>23  Q. Is there any literature or database or<br>24  warnings of any type of SAP available to<br>25  channel partners that says, "Do not use this | 1  A. No.<br>2  Q. Is the Business One product always marketed<br>3  as able to grow with the company?<br>4  A. The easiest way to answer that is SAP from a<br>5  marketing standpoint doesn't market a<br>6  specific product. It markets SAP, and SAP<br>7  has the ability -- allows a company to grow<br>8  from wherever they are to wherever they want<br>9  to be, period.<br>10     So SAP has the ability to take you to<br>11  wherever you need to go. That's the way we<br>12  had always marketed Business One.<br>13  Q. Didn't you also market the Business One<br>14  product to growing companies?<br>15  A. We marketed to growing companies, yes.<br>16  Q. Okay. With the representation that they can<br>17  grow with Business One?<br>18  A. In marketing, yes.<br>19  Q. Would you agree that SAP marketed the<br>20  Business One product, "Whether you have five<br>21  employees or 500, SAP Business One helps<br>22  emerging businesses streamline their<br>23  operational and managerial processes"?<br>24  A. Yes, yes, that's how it was marketed.<br>25  Q. Monday, November 22nd, 2004, does that ring a |

| Page 238 | Page 240 |
|---|---|
| 1  product for this particular application or<br>2  size customer"?<br>3  A. No, there would be no way to do that.<br>4  Q. Are you familiar with the online<br>5  qualification rule?<br>6  A. Yes.<br>7  Q. And in that you insert certain<br>8  performance--- I'm sorry. What do you insert<br>9  into that tool online?<br>10  A. It asks questions.<br>11  Q. Okay.<br>12  A. And based on your answers to those questions,<br>13  it tries to help you determine if this<br>14  prospect would qualify.<br>15  Q. Qualify for what?<br>16  A. For an SAP solution.<br>17  Q. And have you ever run the information for<br>18  Hodell?<br>19  A. I personally have not.<br>20  Q. Do you know of anybody who has?<br>21  A. Not personally.<br>22  Q. Have you heard of anybody having done it?<br>23  A. No.<br>24  Q. Do you know what testing was done before the<br>25  go-live date for Hodell? | 1  bell as to when you started with SAP?<br>2  A. November 22nd?<br>3  Q. 2004.<br>4  A. 2004? I don't think so. It was November.<br>5  Q. LSi 1928071, it looks like it's an e-mail<br>6  announcing your --<br>7  A. Let me see. It's November 22nd. That's the<br>8  date. Then the answer is yes. I apologize.<br>9  Q. That's all right. I just wanted to make sure<br>10  I understood. That's when I understood when<br>11  you joined.<br>12  A. I wish you would have helped me up there.<br>13  Sorry. Honestly.<br>14  Q. Were you involved in consulting with<br>15  Hodell-LSi on the hardware to use in the<br>16  implementation of Business One?<br>17  A. I'm sorry?<br>18  Q. Were you involved at all involved in the<br>19  consultation decision of what hardware to use<br>20  at Hodell?<br>21  A. No.<br>22  Q. So as I understand it, in April of 2007, both<br>23  Ralf and Udi were of the opinion that<br>24  Business One would not work for Hodell?<br>25  A. Yes. |