# Exhibit "F"

## Evangelista, Joseph F.

| | |
|---|---|
| **From:** | Lambert, P. Wesley <WLambert@brouse.com> |
| **Sent:** | Friday, February 13, 2015 9:06 AM |
| **To:** | Star, Gregory J. |
| **Cc:** | Luarde, Sharon A. |
| **Subject:** | RE: Hodell |

Greg - I will get back to you regarding Ashley. I will also try and get you a best guess today or Monday as to the timing of the SAP witnesses we will call, although we should know better after Wednesday's pretrial conference.

Also, we will be filing a revised Exhibit List today or Monday that is consistent with our agreement to renumber the exhibits in conformance with the deposition exhibit numbering. The Court's Trial Order also requires the parties to make their exhibits available for inspection and copying 7 days prior to trial. We had intended to mail a copy of our exhibits on a disk for Monday delivery. I believe we already have copies of each others' potential exhibits though, so let me know if you want to dispatch with that requirement.

Wes


**P. Wesley Lambert**
Attorney at Law



388 S. Main Street  Suite 500 | Akron | OH | 44311
tel 330.535.5711  |  fax 330.253.8601
web | bio | vCard | WLambert@brouse.com
Akron | Cleveland | Lorain County

*Collective Experience. Collaborative Culture. Creative Solutions.*

---

**From:** Star, Gregory J. [mailto:Gregory.Star@dbr.com]
**Sent:** Thursday, February 12, 2015 3:30 PM
**To:** Lambert, P. Wesley
**Cc:** Luarde, Sharon A.
**Subject:** RE: Hodell

Wes,

Without waiving any applicable privilege, Mr. Ashley requires to be reimbursed for any time he spends related to the case at the rate of $2,400 per day, which is $300 per hour based on an 8-hour minimum. He also requires that he be reimbursed for all travel expenses.

-Greg


**Gregory J. Star**

1

**Drinker Biddle & Reath LLP**
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996
(215) 988-2734 *phone*
(215) 988-2757 *fax*
(610) 209-6881 *mobile*
Gregory.Star@dbr.com
www.drinkerbiddle.com

---

**From:** Lambert, P. Wesley [mailto:WLambert@brouse.com]
**Sent:** Thursday, February 12, 2015 11:01 AM
**To:** Star, Gregory J.
**Cc:** Luarde, Sharon A.
**Subject:** RE: Hodell

Greg - In response to your email below regarding Mr. Ashley, Hodell is willing to bear the reasonable costs of Mr. Ashley's appearance at trial. Please let me know how you and/or Mr. Ashley would like us to make the arrangements.

Wes


P. Wesley Lambert
Attorney at Law



388 S. Main Street Suite 500 | Akron | OH | 44311
tel 330.535.5711 | fax 330.253.8601
web | bio | vCard | WLambert@brouse.com
Akron | Cleveland | Lorain County

Collective Experience. Collaborative Culture. Creative Solutions.

DISCLAIMER: This electronic transmission contains confidential information from the law firm of Brouse McDowell, a Legal Professional Association. This information may be covered by the attorney-client privilege or constitute attorney work product. Information contained in this email is intended solely for the person or entity named above. If you are not the intended recipient of this communication, you hereby are notified that any dissemination, distribution, downloading, or copying of the contents is strictly prohibited and you are strictly prohibited from taking any action in reliance on the contents of this email. If you have received this communication in error, please notify us by reply email or contact the Firm's Client Support line at 330.535.5711, Ext. 311, and delete this email and destroy all copies. Thank you for your cooperation.

**From:** Star, Gregory J. [mailto:Gregory.Star@dbr.com]
**Sent:** Wednesday, February 11, 2015 7:09 PM
**To:** Lambert, P. Wesley
**Cc:** Luarde, Sharon A.
**Subject:** Hodell

Wes,

Please update us on whether Messrs. Lowery and Van Leeuwen are still expected to appear to testify live at trial.

As indicated in my letter to the Court on January 15, 2015, we still expect that Ms. Weissman and Mr. Guagenti will testify live at trial, as will Messrs. Mehnert-Meland, Kraus, Killingsworth, and Neveux.

Udi Ziv has recently informed us that he has work obligations in Barcelona during the week of March 2, and that he will be working the week of February 23 to prepare. Therefore, bringing him to Cleveland is no longer an option.

Due to cost issues, SAP no longer intends to make arrangements for Geoff Ashley to testify live at trial. Per our prior agreement (attached), we had not completed the designation process for Mr. Ashley, but should do so if Hodell is still intending to offer his testimony.

Finally, it remains that the majority of SAP's witnesses who will appear live at trial (Weissman, Guagenti, Mehnert-Meland, Kraus, Killingsworth, Neveux, Hilliard, and Osborne) reside outside of the Cleveland area and must make travel plans. Understanding that the Court's pre-trial order requires only that the parties inform each other the night before of the witnesses they expect to call the next day, as a matter of courtesy would you please provide us with an estimate of the timing of Hodell's case-in-chief? Absent this, we may need to approach Judge Wells to request that at least some of these witnesses be set to testify on a date certain. Please get back to me on this.

-Greg


**Gregory J. Star**

**Drinker Biddle & Reath LLP**
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996
(215) 988-2734 *phone*
(215) 988-2757 *fax*
(610) 209-6881 *mobile*
Gregory.Star@dbr.com
www.drinkerbiddle.com

*****************************************
Drinker Biddle & Reath LLP is a Delaware limited liability partnership. The partner responsible for the firm's Princeton office is Jonathan I. Epstein, and the partner responsible for the firm's Florham Park office is Andrew B. Joseph.
*****************************************
This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender at Drinker Biddle & Reath LLP by reply e-mail and delete the message. Thank you very much.
*****************************************

*****************************************
Drinker Biddle & Reath LLP is a Delaware limited liability partnership. The partner responsible for the firm's Princeton office is Jonathan I. Epstein, and the partner responsible for the firm's Florham Park office is Andrew B. Joseph.
*****************************************
This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the

message or any information contained in the message. If you have received the message in error, please advise the sender at Drinker Biddle & Reath LLP by reply e-mail and delete the message. Thank you very much.
**************************************