# Exhibit "G"

## Evangelista, Joseph F.

**From:** Lambert, P. Wesley <WLambert@brouse.com>
**Sent:** Thursday, February 19, 2015 3:33 PM
**To:** Star, Gregory J.
**Subject:** RE: Hodell v. SAP

Greg - Hodell has decided that it will pick up the tab for Mr. Ashley's appearance in person at trial. Please let me know how we should go about making the arrangements.

Wes

P. Wesley Lambert
Attorney at Law



388 S. Main Street Suite 500 | Akron | OH | 44311
tel 330.535.5711 | fax 330.253.8601
web | bio | vCard | WLambert@brouse.com
Akron | Cleveland | Lorain County

Collective Experience. Collaborative Culture. Creative Solutions.

DISCLAIMER: This electronic transmission contains confidential information from the law firm of Brouse McDowell, a Legal Professional Association. This information may be covered by the attorney-client privilege or constitute attorney work product. Information contained in this email is intended solely for the person or entity named above. If you are not the intended recipient of this communication, you hereby are notified that any dissemination, distribution, downloading, or copying of the contents is strictly prohibited and you are strictly prohibited from taking any action in reliance on the contents of this email. If you have received this communication in error, please notify us by reply email or contact the Firm's Client Support line at 330.535.5711, Ext. 311, and delete this email and destroy all copies. Thank you for your cooperation.

**From:** Star, Gregory J. [mailto:Gregory.Star@dbr.com]
**Sent:** Thursday, February 19, 2015 2:56 PM
**To:** 'lynn_s_campbell@ohnd.uscourts.gov' (lynn_s_campbell@ohnd.uscourts.gov)
**Cc:** Miller, Michael J.; Hayden, Alex H.; Kelleher, Joseph M.; Lambert, P. Wesley
**Subject:** Hodell v. SAP

Dear Ms. Campbell,

The parties had a short conference with the Court at 2pm, and since then another issue has arisen on which we need the Court's clarification. Specifically, testimony for a number of witnesses will be presented by video deposition. For each of these witnesses, there are certain portions of their testimony that have been jointly designated. To prevent confusion and to otherwise streamline the process, SAP's view is that all clips for each particular witness should be played at once, in the order they appear in each witnesses' transcripts. Hodell disagrees. SAP would therefore appreciate the Court's input on this issue, and we are available today for another conference call if necessary.

Below is a list of the contact information for SAP's legal team.

1

**Contact Information**
Gregory J. Star, Esq.
Email: Gregory.Star@dbr.com
Office: (215) 988-2734
Mobile: (610) 209-6881

Michael J. Miller, Esq.
Email: Michael.Miller@dbr.com
Office: (215) 988-2782
Mobile: (610) 996-9819

Joseph M. Kelleher, Esq.
Email: Joseph.Kelleher@dbr.com
Office: (215) 988-2863
Mobile: (484) 832-4137

Alex H. Hayden, Esq.
Email: Alex.Hayden@dbr.com
Office: (215) 988-2921
Mobile: (267) 240-7937

Best regards,
-Greg

Gregory J. Star
**Drinker Biddle & Reath LLP**
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996
(215) 988-2734 *office*
(215) 988-2757 *fax*
(610) 209-6881 *mobile*
Gregory.Star@dbr.com
www.drinkerbiddle.com

****************************************
Drinker Biddle & Reath LLP is a Delaware limited liability partnership. The partner responsible for the firm's Princeton office is Jonathan I. Epstein, and the partner responsible for the firm's Florham Park office is Andrew B. Joseph.
****************************************

This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender at Drinker Biddle & Reath LLP by reply e-mail and delete the message. Thank you very much.
****************************************