# EXHIBIT C

**Hodell-Natco Industries, Inc.**

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.

VENDOR NO.: 29　　NAME: The IBIS Group
DATE: 12-21-04　　CHECK NO.: 354550　　PAGE: 1

| INVOICE DATE | INVOICE NO. | INVOICE AMOUNT | DISCOUNT AMOUNT | AMOUNT PAID | COMMENTS |
|---|---|---|---|---|---|
| 12-20-04 | 122004 | 60,000.00 | .00 | 60,000.00 | |
| | TOTALS ▶ | 60,000.00 | .00 | 60,000.00 | |

---

**Hodell-Natco Industries, Inc.**
7825 Hub Parkway
Valley View, Ohio 44125

National City
NATIONAL CITY BANK
ASHLAND, OHIO

CHECK NUMBER: 354550　　DATE: 12-21-04　　AMOUNT: $60,000.00

*** Sixty Thousand and 00/100 Dollars ***

PAY
EXACT

PAY TO THE ORDER OF:
The IBIS Group
1329 Horan Drive
Fenton, MO 63026

NON-NEGOTIABLE
VOID AFTER 180 DAYS
AUTHORIZED SIGNATURE

CONFIDENTIAL　　　HODL040000

1:08CV2755 PLAINTIFF EX-606

## Hodell-Natco Industries, Inc.

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.

VENDOR N° 16429  NAME: The IBIS Group Inc.
DATE: 5-20-05  CHECK NO.: 358638  PAGE: 1

| INVOICE DATE | INVOICE NO. | INVOICE AMOUNT | DISCOUNT AMOUNT | AMOUNT PAID | COMMENTS |
|---|---|---|---|---|---|
| 5-19-05 | 051905 | 60,000.00 | .00 | 60,000.00 | Installment #2 |
| | TOTALS ▶ | 60,000.00 | .00 | 60,000.00 | |

NationalCity
NATIONAL CITY BANK
ASHLAND, OHIO

CHECK NUMBER: 358638
DATE: 5-20-05
AMOUNT: $60,000.00
VOID AFTER 180 DAYS
NON-NEGOTIABLE

Hodell-Natco Industries, Inc.
7825 Hub Parkway
Valley View, Ohio 44125

PAY EXACTLY: ***Sixty thousand and 00/100 Dollars***

PAY TO THE ORDER OF: The IBIS Group, Inc.
1800 West Hawthorne, Suite N
West Chicago, IL 60185

AUTHORIZED SIGNATURE

CONFIDENTIAL

HODL040002

1:08CV2755 PLAINTIFF EX-606.3

| Please remit to: THE IBIS GROUP· OCT 2 1 2005 | INVOICE Where Business and Computer Technology come together 630-962-4040 http://www.ibis1.com | | Number | 00034B |
|---|---|---|---|---|
| | | | Page | 1 |
| | | | Date | 10/17/05 |

| Bill To: | HOD001 HODELL-NATCO INDUSTRIES, INC. 7825 HUB PARKWAY VALLEY VIEW, OH 44125 | Ship To: | SAME HODELL-NATCO INDUSTRIES, INC. 7825 HUB PARKWAY VALLEY VIEW, OH 44125 |
|---|---|---|---|

| Reference No | Invoiced | Slsp | Terms | Tax Code | Branch | |
|---|---|---|---|---|---|---|
| SAP | 10/17/05 | 001 | DUE AT RECEIPT | OUTSTATE | 01 | |

| Item Code | Description | Price |
|---|---|---|
| SAP | 80 BUSINESS ONE LICENSES  3RD INSTALLMENT OF 5 | 60000.00 |

PAID
NOV 1 0 2005
HODELL-NATCO

ACCOUNTS PAYABLE SUMMARY   VENDOR NO. 16429
INV. NO. 00034B   P.O. NO. 166043   REC. #
INV. AMT. 60,000.00   INV. DATE 10/17/05   DUE DATE N.C.W.
01-1610-10  60,000.00

| | Amount | Tax | Freight | Total Due |
|---|---|---|---|---|
| | 60000.00 | .00 | .00 | 60000.00 |

PAYMENT DUE UPON RECEIPT

CONFIDENTIAL

HODL040005

1:08CV2755 PLAINTIFF EX-606.6

**Hodell-Natco Industries, Inc.**

DET... IF RETAIN THIS STATEMENT
TH. ...D CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.

VENDOR NO.: 16429
DATE: 12-21-05
NAME: The IBIS Group
CHECK NO.: 360330
PAGE: 1

| INVOICE DATE | INVOICE NO. | INVOICE AMOUNT | DISCOUNT AMOUNT | AMOUNT PAID | COMMENTS |
|---|---|---|---|---|---|
| 12-20-05 | 00034C | 97,500.00 | .00 | 97,500.00 | SAP Business lic. Installment 4 of 5 $60,000 P.O. 165043  SAP CRM users - 50% down-payment installment 1 of 2 $37,500 P.O. 182698 |
| | TOTALS ▶ | 97,500.00 | .00 | 97,500.00 | |

**Hodell-Natco Industries, Inc.**
6825 Hub Parkway
Valley View, Ohio 44125

National City
NATIONAL CITY BANK
ASHLAND, OHIO

CHECK NUMBER: 360330
DATE: 12-21-05
AMOUNT: $97,500.00

VOID AFTER 180 DAYS

**NON-NEGOTIABLE**

PAY EXACT: *** Ninety Seven Thousand Five Hundred and 00/100 Dollars

PAY TO THE ORDER OF:
The IBIS Group
1800 West Hawthorne, Suite N
West Chicago, IL 60185

AUTHORIZED SIGNATURE

CONFIDENTIAL