# EXHIBIT D

Aug-09-2010 1:38 AM SAP 781-852-9001      1/1

V4.0 1/03358      12/22/2005

# SAP Business One

## BUSINESS SAP PARTNER

| Customer Name: Hodell-Natco | Cust #: (if known) | |
|---|---|---|
| Date: 12/22/05 | Input Cells | LSI |

| SAP Business One | QUANTITY | USD List Price | Local Currency | Total $ List Price |
|---|---|---|---|---|
| Professional User (includes 67A/GUI) | 80 (min of 2 Prof User) | $ 3,750 | $ 3,750 | 300,000 |

| Supplementary Products | QUANTITY | USD List Price | Local Currency | Total $ List Price |
|---|---|---|---|---|
| CRM Users (incl. Sales and Service) (max of 4 for each Professional User) (Enter same style w/th Sales and Service Users below) | | $ 1,875 | $ 1,875 | |
| Add-on User (Basic) | | $ 375 | $ 375 | |
| Software Development Kit (1.VI ser maximum 20 years) (Available only to qualified partners subject to separate license agreement) | | $ 10,000 | $ 10,000 | |
| Data Migration Workbench | | $ 3,000 | $ 3,000 | |

| TOTALS: | | | |
|---|---|---|---|
| | Encore/table | | |
| | Named Users | $ 300,000 | |
| | SDK | $ | |
| | Data Migration Wkbh | $ | |
| | Other1: | $ | |
| | Other2: | $ | |
| | Subtotal | $ 300,000 | |
| | Database: | | |
| Mark Database Option if desired to the right with an "x" | MS SQL | $ | |
| MS SQL | Sybase | $ | |
| Sybase | DB2 | $ | |
| DB2 | Total List | $ 300,000 | |

| TOTAL LIST | $ 300,000 |
|---|---|
| Standard Discount % <see rate sheet> | 0% |
| Standard Discount $ | 0 |
| Standard Net | $ 300,000 |

| Other Discounts SAP is sharing* | 0% | $ - |
|---|---|---|
| Other Discounts Partner Only | 0% | $ - |

**\*Written approval from Channel Manager required!**

| NET LICENSE FEES | $ 300,000 |
|---|---|

| | Partner Margin Level: | Level 1 <$500,000 | Annual Product Sales $ to SAP Level 2 $500,000 - $100,000 | Level 3 $100,000 - $100,000 | Level 4 >$100,000 | |
|---|---|---|---|---|---|---|
| Royalty Splits | | Partner Margin | Total to SAP | Total to Business Partner | | Total |
| SAP Practice1 | | 65% | $ 195,000 | $ 195,000 | | $ 300,000 |
| Standard Volume Discount | | 0% | $ | | | |
| Other Partner Discount | | 0% | $ | | | |
| Non-Standard Discount (Sharing) | | 65% | $ | | | |
| Non-Standard Discount (SAP Only) | | 0% | $ | | | |
| Non-Standard Discount (Partner Only) | | 100% | $ | | | |
| Third Party Products (Database) | | 0% | $ | | | |
| Standard Volume Discount | | 0% | $ | | | |

| NET LICENSE FEE | | $ 195,000 | $ 195,000 | | $ 300,000 |
|---|---|---|---|---|---|

Checks payable to: SAP America, Inc. Bay Colony Corporate Center, 950 Winter Street, Waltham, MA 02451, Attn: Stacey Allen | Off small Check Card Form to mail dino's @ sap.com or fax form @ 810-492-2705 | In all cases, email this agreement to mail dino's @sap.com along with Channel manager's approval.

| SDK Due on Signing | $ 62,500 |

| MAINTENANCE | | Maint. Base | 17% Maint. | $ to SAP |
|---|---|---|---|---|
| | | $ 300,000 | $ 51,000 | $45,900 |
| | BOOKING MONTH (1-12): | 12 | | |
| | PRO-RATED 1ST YEAR MAINTENANCE | $ 51,000 | $ 45,900 |
| | | | | *Due net 30* |

SAP Confidential

CONFIDENTIAL



DEPOSITION EXHIBIT 138

SAP00000432

V6.3 P/E 40/5 C1E                                                                                                          12/20/2007

| Model Name-Addon | | #808238 | | SAP Business One | C H A N N E L |
|---|---|---|---|---|---|
| December 19, 2007 | | Input Date | LSI Lowery | | SAP |
| | | | | | P A R T N E R |

| SAP Business One | QUANTITY | | USD List Price | | Local Currency | | Total $ List Price | |
|---|---|---|---|---|---|---|---|---|
| Professional User | 20 | | $ | 2,975 | $ | 2,975 | $ | 59,500 |
| CRM Sales User | | | $ | 800 | $ | 800 | $ | - |
| CRM Service User | | | $ | 800 | $ | 800 | $ | - |
| Web CRM User | | | $ | 500 | $ | 500 | $ | - |
| Add-on User (Basic) | | | $ | 200 | $ | 200 | $ | - |
| Total Users | 20 | | | | | | $ | 59,500 |

| Supplementary Products | QUANTITY | | USD List Price | | Local Currency | | Total $ List Price | |
|---|---|---|---|---|---|---|---|---|
| Software Development Kit | | | $ | 8,000 | $ | 8,000 | $ | - |
| SAP Business One B1 Command | | | $ | 12,000 | $ | 12,000 | $ | - |

| Upgrades | | QUANTITY | | USD List Price | | Local Currency | | Total $ List Price | |
|---|---|---|---|---|---|---|---|---|---|
| Add Web CRM User to: | Professional User / CRM Sales User / CRM Service User / CRM Standard Sales/Service User | | | $ | 300 | $ | 300 | $ | - |
| To Professional User from: | CRM Sales User / CRM Service User | | | $ | 2,100 | $ | 2,100 | $ | - |
| | Web CRM User | | | $ | 2,400 | $ | 2,400 | $ | - |
| To Professional User from: | CRM Standard Sales/Service User | | | $ | 2,100 | $ | 2,100 | $ | - |

| TOTALS | | PROGRAM NAME | | |
|---|---|---|---|---|
| | | Named Users | $ | 59,500 |
| | | Supplemental Products | $ | - |
| | | Upgrades | $ | - |
| | | Other 1 | | |
| | | Other 2 | | |
| | | Total List | $ | 59,500 |

| TOTAL LIST | $ | 59,500 |
|---|---|---|
| Standard Discount % 44% of discount | | 40% |
| Discount Discount $ | $ | (23,800) |
| SGSAP (Manufacturers Suggested Retail Price) | $ | 35,700 |

| Other Discounts Partner Only | 40% | $ | (35,700) |
|---|---|---|---|

| NET LICENSE FEES | | $16,600.00 |
|---|---|---|

Partner: LSI Lowery

Associate:

| Royalty Splits: | Partner Margin | Total to SAP | Total to Business Partner | Total |
|---|---|---|---|---|
| SAP Products | 40% | $ 35,700 | $ 23,800 | $ 59,500 |
| Standard Volume Discount | 40% | $ (14,280) | $ (9,520) | $ (23,800) |
| 3rd Party Products | 0% | $ - | $ - | $ - |
| Non-Standard Discount (Partner Only) | 100% | $ - | $ (35,700) | $ (35,700) |
| Additional Negotiated Discount (overpayment payment to reseller) | 60% | $ (21,420) | $ 21,420 | $ - |
| Referral Fee   Referral Partners | 0% | $ - | $ - | $ - |
| NET LICENSE FEE | | $0 | $0 | $ - |

| | | Checks payable to: SAP America, Inc. Fax copy of check to 610-122-0708 and overnight check with clear reference to partner and end-user to: SAP America, Inc., c/o PNC Bank, Account Box 824221, Route 38 at Eastgate Drive, Moorestown, NJ , 08057 |
|---|---|---|
| 50% Due on Shipping | $0 | OR: email Credit Card Form to mail.downs@sap.com or fax/copy to 610-425-2798. In all cases, email this spread sheet to mail.downs@sap.com along with Channel manager's approval. |

| MAINTENANCE | | Mntnl. Base | Suggested Customer Invoice | $ to SAP |
|---|---|---|---|---|
| Support Options: Partner Provided | | 35,700 | $8,568 | $3,570.00 |
| | | | 24% | 10% |
| *maintenance billing begins 1/1/2009 | BOOKING MONTH (1-12): | 12 | | |
| | PRORATED 1ST YEAR MAINTENANCE | | | "Due net 30" |

SAP Confidential

CONFIDENTIAL

SAP00000433