# EXHIBIT G

# In The Matter Of:

*Hodell-Natco Industries, Inc. v.*
*SAP America, Inc., et al.*

*Kevin Reidl*
*Vol. 2*
*July 31, 2012*

**NEXTGEN|REPORTING**
Making Litigation Easier.    NextGenReporting.com
PHILADELPHIA | 215.944.5800   NEW YORK CITY | 646.470.3376   PHOENIX | 623.224.2760   SILICON VALLEY | 650.799.8020

*Original File kreidl2_1.TXT*
*Min-U-Script® with Word Index*

Page 181

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF OHIO
 2                   EASTERN DIVISION

 3
    HODELL-NATCO         )   Case No. 1:08 CV 2755
 4  INDUSTRIES, INC.,    )
                         )   Judge: Lesley Wells
 5     Plaintiffs,       )   Magistrate Judge:
                         )   Greg White
 6     vs.               )
                         )
 7  SAP AMERICA, INC.,   )   Volume II
    et al.,              )
 8                       )
       Defendants.       )
 9  _____)

10

11
         VIDEOCONFERENCE DEPOSITION OF KEVIN REIDL
12

13
        DATE:    Tuesday, July 31, 2012
14
        TIME:    9:04 a.m.
15
        PLACE:   Reminger & Reminger
16               1400 Midland Building
                 101 Prospect Avenue, West
17               Cleveland, Ohio  44115

18

19

20

21

22  _____

23  NEXTGEN              Angela A. O'Neill, RPR
    REPORTING            6729 Ross Road
24                       Rockford, Ohio  45882
                         (419) 302-4039
25  Registered Professional Reporters
```

Page 182

```
 1  APPEARANCES:

 2
    ON BEHALF OF THE PLAINTIFF:
 3
    MR. P. WESLEY LAMBERT, ESQ.
 4  Koehler, Neal, LLC
    3330 Erieview Tower
 5  1301 East Ninth Street
    Cleveland, Ohio 44114
 6  (216) 539-9370
    wlambert@koehlerneal.com
 7
    ON BEHALF OF THE DEFENDANT SAP AMERICA, SAP AG:
 8
    MR. GREGORY J. STAR, ESQ.
 9  Drinker, Biddle, Reath
    One Logan Square
10  Suite 2000
    Philadelphia, Pennsylvania 19103
11  (215) 988-2734
    Gregory.Star@dbr.com
12

13  ON BEHALF OF THE DEFENDANT LSI:

14  MR. ROY A. HULME, ESQ.
    Reminger & Reminger
15  1400 Midland Building
    101 Prospect Avenue, West
16  Cleveland, Ohio 44115
    (216) 687-1311
17  rhulme@reminger.com
```

Page 183

```
 1              W I T N E S S   I N D E X

 2
                                                PAGE
 3
    CONTINUED DIRECT EXAMINATION
 4  KEVIN REIDL
    BY MR. STAR .....................        5
 5  BY MR. HULME ....................      468

 6
 7              E X H I B I T   I N D E X

 8  Deposition -

 9
10  Exhibit 3    Amended Complaint           310

11  Exhibit 5    11/1/05 Article             233

12  Exhibit 16   10/14/04 Article from SAP   228

13  Exhibit 24   Hodell Con. Financials 02-09 197

14  Exhibit 36   Exhibit A to Amended Comp.  216

15  Exhibit 144  11/14/06 Chain of Emails    289

16  Exhibit 146  1/12/07 Chain of Emails     294

17  Exhibit 252  12/05 License Agreement     240

18  Exhibit 277  5/22/09 Email to Activant   440

19  Exhibit 281  Survey from Activant        438

20  Exhibit 297  5/19/05 Chain of Emails     230

21  Exhibit 314  Exhibit A to Amended Comp.  218

22  Exhibit 315  10/11/04 Hodell Document    225

23  Exhibit 316  12/05 License Agreement     238

24  Exhibit 317  Hodell 39901-39952          261

25  Exhibit 318  1/21-25/06 Chain of Emails  273
```

Page 184

```
 1  Exhibit 319  Transcript of Lowery Tapes   340

 2  Exhibit 320  5/21-22/07 Chain of Emails   347

 3  Exhibit 321  5/22/07 Chain of Emails      354

 4  Exhibit 322  1/11/08 Chain of Emails      361

 5  Exhibit 323  Compendium Ex of Bus. Rec.   363

 6  Exhibit 324  Kennedy's Expert Report      382

 7  Exhibit 325  9/25/09 Chain of Emails      443

 8  Exhibit 326  12/18/09 Chain of Emails     448

 9  Exhibit 327  1/15/10 Chain of Emails      463
```

Page 253

1 Q. Okay. Did you review this
2 document with anybody else at Hodell?
3 A. I believe briefly with Otto.
4 Q. Did you read the whole thing
5 before you signed it?
6 A. Yes.
7 Q. Did it give you any concern when
8 you read the -- the entire document before you
9 signed it?
10 A. It appeared to be pretty standard
11 software licensing stuff, where no one's
12 accountable for anything.
13 Q. And you understood when you read
14 it in December of 2005 that this was pretty
15 standard software licensing language, correct?
16 A. From my recollection.
17 Q. Okay. Did you wonder at the time
18 why you hadn't seen a document, or been asked
19 to sign a document like this back in December
20 of 2004?
21 A. I don't recall. I -- I just know
22 that for the -- for the release of those 40
23 licenses, this had to be signed.
24 Q. Back in December of 2004, and
25 before signing this agreement, and the license

Page 254

1 agreement in December of 2005, did you have
2 any expectation that Hodell actually had the
3 legal right to use any of SAP's software?
4    MR. LAMBERT: I'll object. Form.
5    THE WITNESS: Yes, I believe we had the
6 right to use their software, because we had
7 purchased 80 licenses in 2004.
8    BY MR. STAR:
9 Q. What is your basis besides --
10 well, strike that.
11 What is your basis for saying that
12 before signing this license agreement in
13 December of 2005, Hodell had the right to use
14 SAP's software?
15 A. Well, we --
16    MR. LAMBERT: Objection.
17    THE WITNESS: -- we purchased 80
18 licenses from their business partner.
19    BY MR. STAR:
20 Q. Through the development
21 agreement?
22 A. Through the development
23 agreement, which specified 80 SAP Business One
24 licenses.
25 Q. Let's -- let's look at the

Page 255

1 license agreement.
2 A. Okay.
3 Q. You signed it December 23, 2005,
4 correct?
5 A. Correct.
6 Q. Is that your handwriting on the
7 front, where you fill in the date, and the
8 name of your company and the address?
9 A. Yes.
10 Q. You see under the definition
11 section, for instance, in 1.7, it spells out
12 the details of what's proprietary information?
13 Do you see that?
14    MR. LAMBERT: Objection.
15    THE WITNESS: 1.7?
16    BY MR. STAR:
17 Q. Yes.
18 A. Yeah. It -- just give me a
19 minute to read it, if you can. (Doing as
20 indicated.) Yes.
21 Q. No language like that appears
22 anywhere in the development agreement, does
23 it?
24 A. I don't believe so.
25 Q. You see Section 2 of the license

Page 256

1 agreement is titled License Grant? You agree
2 with me that no language like that is found
3 anywhere in the development agreement?
4 A. I don't believe so.
5    MR. LAMBERT: Objection.
6    BY MR. STAR:
7 Q. You don't believe it's found in
8 the development agreement?
9 A. I don't believe it's found in the
10 development agreement.
11 Q. Section 6 of the agreement is
12 titled Proprietary Rights. You agree with me
13 that there is no language like that found in
14 the development agreement?
15    MR. LAMBERT: Objection, form.
16    THE WITNESS: I don't believe so.
17    BY MR. STAR:
18 Q. You don't believe that language
19 is in the development agreement?
20 A. Well, I can look back. I don't
21 -- I don't believe it's in the development
22 agreement.
23 Q. Those sections that we just
24 looked at, they're a part of what you, back in
25 December of 2005, considered to be pretty

Page 477

E R R A T A   S H E E T

WITNESS:  KEVIN REIDL

DATE:  July 31, 2012

CASE:  Hodell-Natco vs. SAP America, et al.

After you have read your transcript, please note any errors in transcription on this page. Do not mark on the transcript itself. Please sign and date this sheet as indicated below. If additional lines are required for corrections, attach additional sheets. If no corrections, please indicate "None."

Page/Line        Correction     Reason

1  _____
2  _____
3  _____
4  _____
5  _____
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____

DATED:_____

_____
KEVIN REIDL

Page 478

UNITED STATES DISTRICT COURT  
NORTHERN DISTRICT OF OHIO  
EASTERN DIVISION

HODELL-NATCO           )  Case No. 1:08 CV 2755  
INDUSTRIES, INC.,      )  
                       )  Judge: Lesley Wells  
    Plaintiffs,        )  Magistrate Judge:  
                       )  Greg White  
    vs.                )  
                       )  
SAP AMERICA, INC.,     )  Volume II  
et al.,                )  
                       )  
    Defendants.        )  
_____)

SIGNATURE SHEET  
DEPOSITION OF KEVIN REIDL

I do hereby acknowledge that the above and foregoing deposition has been submitted to me. I have carefully read the same, and it correctly portrays the answers given by me, except as may be otherwise noted on the errata sheet(s) attached hereto.

_____
KEVIN REIDL

Dated: _____

Page 479

CERTIFICATE OF THE REPORTER

I, Angela A. O'Neill, a Registered Professional Reporter and Notary Public, authorized to administer oaths and to take and certify depositions, do hereby certify that the above-named witness was by me, before the giving of their deposition, first duly sworn to testify the truth, the whole truth, and nothing but the truth to questions propounded at the taking of the foregoing deposition in a cause now pending and undetermined in said court.

I further certify that the deposition above-set forth was reduced to writing by me by means of machine shorthand and was later transcribed from my original shorthand notes; that this is a true record of the testimony given by the witness; and that said deposition was taken at the aforementioned time, date, and place, pursuant to notice or stipulations of counsel.

IN WITNESS WHEREOF, I have set my hand and seal this 3rd day of August, 2012.

*Angela A. O'Neill*

Angela A. O'Neill, RPR