# EXHIBIT D

Aug-09-2010 1:38 AM SAP 781-852-9001   1/1

V4.0 1/053SB   12/22/2005

# SAP Business One

**Customer Name:** Hodell-Natco   **Cust #:** (if known)
**Date:** 12/22/05   **Input Cells**   **LSI**

| SAP Business One | QUANTITY | USD List Price | Local Currency | Total $ List Price |
|---|---|---|---|---|
| Professional User (includes SFA/CRM) | 80 (# known of # Prof. Users) | $ 3,750 | $ 3,750 | $ 300,000 |

| Supplementary Products | QUANTITY | USD List Price | Local Currency | Total $ List Price |
|---|---|---|---|---|
| CRM Users (incl. Sales and Service) (max of 4 for each Professional User) (Enter same qty in both Sales and Service Users shares) | | $ 1,875 | $ 1,875 | $ - |
| Add-on User (Basic) | | $ 375 | $ 375 | $ - |
| Software Development Kit (1 kit per maximum 20 users) (Available only to qualified partners and subject to separate license agreement) | | $ 10,000 | $ 10,000 | $ - |
| Data Migration Workbench | | $ 3,000 | $ 3,000 | $ - |

**TOTALS:**

| Discountable: | | |
|---|---|---|
| Named Users | $ | 300,000 |
| SDK | $ | - |
| Data Migration Wkbh | $ | - |
| Other 1: | | |
| Other 2: | | |
| Subtotal | $ | 300,000 |

Mark Database Option if desired to the right with an 'x'

| | |
|---|---|
| MS SQL | |
| Sybase | |
| DB2 | |

| Databases: | | |
|---|---|---|
| MS SQL | $ | - |
| Sybase | $ | - |
| DB2 | $ | - |
| Total List | $ | 300,000 |

| TOTAL LIST | $ | 300,000 |
|---|---|---|
| Standard Discount % <see next sheet> | | 0% |
| Standard Discount $ | $ | - |
| Standard Net | $ | 300,000 |

| Other Discounts SAP is sharing* | 0% | $ | - |
| Other Discounts Partner Only | 0% | $ | - |

*Written approval from Channel Manager required!*

**NET LICENSE FEES**   $ 300,000

| Partner Margin Level: | | Annual Product Sales $ to SAP | | | |
|---|---|---|---|---|---|
| | Level 3 | Level 2 | Level 1 | Level 0 | |
| | $200,000+ | $200,000 - $100,000 | $100,000 - $50,000 | < $50,000 | |
| Royalty Split: | Partner Margin | Total to SAP | Total to Business Partner | | Total |
| SAP Products | 65% | $ 105,000 | $ 195,000 | | $ 300,000 |
| Standard Volume Discount | 65% | $ | $ | | $ |
| Other Partner Discount | 0% | $ | $ | | $ |
| Non-Standard Discount (Shared) | 65% | $ | $ | | $ |
| Non-Standard Discount (SAP Only) | 0% | $ | $ | | $ |
| Non-Standard Discount (Partner Only) | 100% | $ | $ | | $ |
| Third Party Products (Database) | 0% | $ | $ | | $ |
| Standard Volume Discount | 0% | $ | $ | | $ |
| **NET LICENSE FEE** | | $ 105,000 | $ 195,000 | | $ 300,000 |

| 50% Due on Signing | | $ 52,500 | Checks payable to: SAP America, Inc, Bay Colony Corporate Center, 950 Winter Street, Waltham, MA 02451, Attn: Stacey Allen OR email Credit Card Form to mattdcuma@sap.com or fax form to 610-492-9708. In all cases, email this spreadsheet to mattdcuma@sap.com along with Channel manager's approval. |

| MAINTENANCE | Maint. Base | 17% Maint. | $ to SAP |
|---|---|---|---|
| | $ 300,000 | $ 51,000 | $ 45,900 |
| | BOOKING MONTH (1-12): | 12 | |
| | PRO-RATED 1ST YEAR MAINTENANCE | $ 51,000 | $ 45,900 |
| | | | *Due net 30* |

SAP Confidential

CONFIDENTIAL    DEPOSITION EXHIBIT 138   SAP00000432

Aug-09-2010 1:37 AM SAP 781-852-9001 1/1

| Hodell Natco-Addon | #803233 | SAP Business One | CHANNEL SAP PARTNER |
|---|---|---|---|
| December 10, 2007 | Input Date | LSI Lowery | |

### SAP Business One

| | QUANTITY | USD List Price | Local Currency | Total $ List Price |
|---|---|---|---|---|
| Professional User | 20 | $ 2,975 | $ 2,975 | $ 59,500 |
| CRM Sales User | | $ 900 | $ 900 | |
| CRM Service User | | $ 800 | $ 800 | |
| Web CRM User | | $ 500 | $ 500 | |
| Add-on User (Basic) | | $ 200 | $ 200 | |
| **Total Users** | **20** | | | **$ 59,500** |

### Supplementary Products

| | QUANTITY | USD List Price | Local Currency | Total $ List Price |
|---|---|---|---|---|
| Software Development Kit | | $ 8,000 | $ 8,000 | |
| SAP Business One eCommerce | | $ 12,000 | $ 12,000 | |

### Upgrades

| | QUANTITY | USD List Price | Local Currency | Total $ List Price |
|---|---|---|---|---|
| Add Web CRM User to: Professional User / CRM Sales User / CRM Service User / Web CRM User / Add-on User | | $ 300 | $ 300 | |
| To Professional User from: CRM Sales User / CRM Service User | | $ 2,100 | $ 2,100 | |
| | web CRM user | $ 2,400 | $ 2,400 | |
| To Professional User from: CRM Combined Sales/Service User | | $ 1,100 | $ 1,100 | |

### TOTALS

| Description: | | |
|---|---|---|
| Named Users | $ | 59,500 |
| Supplemental Products | $ | - |
| Upgrades | $ | - |
| Other 1: | | |
| Other 2: | | |
| **Total List** | **$** | **59,500** |

| TOTAL LIST | $ | 59,500 |
|---|---|---|
| Standard Discount % | | 40% |
| Standard Discount $ | $ | (23,800) |
| MSRP (Manufacturers Suggested Retail Price) | $ | 35,700 |

| Other Discounts Partner Only | 100% | $ | (35,700) |
|---|---|---|---|

**NET LICENSE FEES** $14,280.00

| Partner Edge Level | |
|---|---|
| Associate | |

| Royalty Splits: | Partner Margin | Total to SAP | Total to Business Partner | Total |
|---|---|---|---|---|
| SAP Products | 40% | $ 35,700 | $ 23,800 | $ 59,500 |
| Standard Volume Discount | 40% | $ (14,280) | $ (9,520) | $ (23,800) |
| 3rd Party Products | 0% | $ - | $ - | $ - |
| 3rd Party Standard Volume Discount | 0% | $ - | $ - | $ - |
| Non-Standard Discount (Partner Only) | 100% | $ - | $ (35,700) | $ (35,700) |
| Additional Requested Discount (approvals required) | 50% | $ (21,420) | $ 21,420 | $ - |
| Program Name, if applicable | | | | |
| Referral Fee  Referral Partners | 0% | $ - | $ - | $ - |

| NET LICENSE FEE | | $0 | $0 | $ - |
|---|---|---|---|---|
| 50% Due on Signing | | | | |

### MAINTENANCE

| | Maint. Base | Suggested Customer Invoice | $ to SAP |
|---|---|---|---|
| Support Options: Partner Provides | $ 35,700 | $8,059 17% | $3,670.00 10% |
| *maintenance billing begins 1/1/2008 | BOOKING MONTH (1-12): 12 | | *Due net 30* |
| PRORATED 1ST YEAR MAINTENANCE | | | |

SAP Confidential

CONFIDENTIAL SAP00000433