# EXHIBIT C

**Hodell-Natco Industries, Inc.**

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.

VENDOR NO.: 29  NAME: The IBIS Group
DATE: 12-21-04  CHECK NO.: 354550  PAGE: 1

| INVOICE DATE | INVOICE NO. | INVOICE AMOUNT | DISCOUNT AMOUNT | AMOUNT PAID | COMMENTS |
|---|---|---|---|---|---|
| 12-20-04 | 122004 | 60,000.00 | .00 | 60,000.00 | |
| | TOTALS ▶ | 60,000.00 | .00 | 60,000.00 | |

---

**Hodell-Natco Industries, Inc.**
7825 Hub Parkway
Valley View, Ohio 44125

CHECK NUMBER: 354550
DATE: 12-21-04

National City
NATIONAL CITY BANK
ASHLAND, OHIO

AMOUNT: $60,000.00

VOID AFTER 180 DAYS

*** Sixty Thousand and 00/100 Dollars ***

PAY EXACT

PAY TO THE ORDER OF:
The IBIS Group
1329 Horan Drive
Fenton, MO 63026

NON-NEGOTIABLE
AUTHORIZED SIGNATURE

CONFIDENTIAL

HODL040000

1:08CV2755 PLAINTIFF EX-606

**Hodell-Natco Industries, Inc.**

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.

| VENDOR N° | 16429 | NAME | The IBIS Group Inc. |
| --- | --- | --- | --- |
| DATE: | 5-20-05 | CHECK NO.: | 358638 |
| | | | PAGE: 1 |

| INVOICE DATE | INVOICE NO. | INVOICE AMOUNT | DISCOUNT AMOUNT | AMOUNT PAID | COMMENTS |
| --- | --- | --- | --- | --- | --- |
| 5-19-05 | 051905 | 60,000.00 | .00 | 60,000.00 | Installment #2 |
| | TOTALS ▶ | 60,000.00 | .00 | 60,000.00 | |

**Hodell-Natco Industries, Inc.**
7825 Hub Parkway
Valley View, Ohio 44125

NationalCity
NATIONAL CITY BANK
ASHLAND, OHIO

CHECK NUMBER: 358638
DATE: 5-20-05
AMOUNT: $60,000.00

NON-NEGOTIABLE
VOID AFTER 180 DAYS

PAY EXACTLY ***Sixty thousand and 00/100 Dollars***

PAY TO THE ORDER OF: The IBIS Group, Inc.
1800 West Hawthorne, Suite N
West Chicago, IL 60185

AUTHORIZED SIGNATURE

CONFIDENTIAL

HODL040002

1:08CV2755 PLAINTIFF EX-606.3

| Please remit to: THE IBIS GROUP· OCT 2 1 2005 | INVOICE  Where Business and Computer Technology come together 630-962-4040 http://www.ibis1.com | | Number | 00034B |
|---|---|---|---|---|
| | | | Page | 1 |
| | | | Date | 10/17/05 |

| Bill To: | HOD001<br>HODELL-NATCO INDUSTRIES, INC.<br>7825 HUB PARKWAY<br>VALLEY VIEW, OH 44125 | Ship To: | SAME<br>HODELL-NATCO INDUSTRIES, INC.<br>7825 HUB PARKWAY<br>VALLEY VIEW, OH 44125 |

| Reference No | Invoiced | Slsp | Terms | Tax Code | Branch | |
|---|---|---|---|---|---|---|
| SAP | 10/17/05 | 001 | DUE AT RECEIPT | OUTSTATE | 01 | |

| Item Code | Description | Price |
|---|---|---|
| SAP | 80 BUSINESS ONE LICENSES<br><br>3RD INSTALLMENT OF 5 | 60000.00 |

**PAID**
**NOV 1 0 2005**
**HODELL-NATCO**

ACCOUNTS PAYABLE SUMMARY   VENDOR NO. 16429
INV. NO. 00034B   P.O. NO. 166043   REC. #
INV. AMT. 60,000.00   INV. DATE 10/17/05   DUE DATE N.C.W.
01-1610-10   60,000.00

| | Amount | Tax | Freight | Total Due |
|---|---|---|---|---|
| | 60000.00 | .00 | .00 | 60000.00 |

PAYMENT DUE UPON RECEIPT

**Hodell... ...n Industries, Inc.**

DET... 'L RETAIN THIS STATEMENT
TH...  THE CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.

VENDOR NO.: 16429  NAME: The IBIS Group  PAGE: 1
DATE: 12-21-05  CHECK NO.: 360330

| INVOICE DATE | INVOICE NO. | INVOICE AMOUNT | DISCOUNT AMOUNT | AMOUNT PAID | COMMENTS |
|---|---|---|---|---|---|
| 12-20-05 | 00034C | 97,500.00 | .00 | 97,500.00 | SAP Business lic. Installment 4 of 5 $60,000 P.O. 165043 |
| | | | | | SAP CRM users - 50% down-payment installment 1 of 2 $37,500 P.O. 182698 |
| TOTALS ▶ | | 97,500.00 | .00 | 97,500.00 | |

**Hodell-Natco Industries, Inc.**
7825 Hub Parkway
Valley View, Ohio 44125

National City
NATIONAL CITY BANK
ASHLAND, OHIO

CHECK NUMBER: 360330  DATE: 12-21-05  AMOUNT: $97,500.00
VOID AFTER 180 DAYS

NON-NEGOTIABLE

PAY EXACTLY *** Ninety Seven Thousand Five Hundred and 00/100 Dollars

PAY TO THE ORDER OF:
The IBIS Group
1800 West Hawthorne, Suite N
West Chicago, IL 60185

AUTHORIZED SIGNATURE

CONFIDENTIAL

HODL040006

1:08CV2755 PLAINTIFF EX-606.7