# EXHIBIT D

Aug-09-2010 1:38 AM SAP 781-852-9001 1/1

V4.0 1/03362 12/22/2005

| Customer Name: Hodell-Natco | Cust # (if known) | SAP Business One |
|---|---|---|
| Date: 12/22/05 | Input Cells | LSI |

BUSINESS SAP PARTNER

| SAP Business One | QUANTITY | | USD List Price | Local Currency | Total $ List Price |
|---|---|---|---|---|---|
| Professional User (Includes SFA/CRM) | 80 | (Minimum of 2 Prof. Users) | $ 3,750 | $ 3,750 | $ 300,000 |

| Supplementary Products | QUANTITY | USD List Price | Local Currency | Total $ List Price |
|---|---|---|---|---|
| CRM Users (incl. Sales and Service) (max of 4 for each Professional User) (Enter same qty in both Sales and Service Users area) | | $ 1,875 | $ 1,875 | $ - |
| Add-on User (Basic) | | $ 375 | $ 375 | $ - |
| Software Development Kit (1 kit per maximum 20 users) (available only to qualified partners and subject to separate license agreement) | | $ 10,000 | $ 10,000 | $ - |
| Data Migration Workbench | | $ 3,000 | $ 3,000 | $ - |

TOTALS:

| Discountable: | |
|---|---|
| Named Users | $ 300,000 |
| SDK | $ - |
| Data Migration Wkbh | $ - |
| Other1: | |
| Other2: | |
| Subtotal | $ 300,000 |
| Database: | |
| MS SQL | $ - |
| Sybase | $ - |
| DB2 | $ - |
| Total List | $ 300,000 |

| Mark Database Option if desired to the right with an "x" | |
|---|---|
| MS SQL | |
| Sybase | |
| DB2 | |

| | |
|---|---|
| TOTAL LIST | $ 300,000 |
| Standard Discount % <see next sheet> | 0% |
| Standard Discount $ | $ - |
| Standard Net | $ 300,000 |

| | | |
|---|---|---|
| Other Discounts SAP is sharing* | 0% | $ - |
| Other Discounts Partner Only | 0% | $ - |

*Written approval from Channel Manager required!

NET LICENSE FEES $ 300,000

| Partner Margin Level: 1 | Annual Product Sales $ to SAP | | | | |
|---|---|---|---|---|---|
| | Level 3 $300,00+ | Level 2 $200,000 - $299,999 | Level 1 $100,000 - $199,999 | Level 0 < $100,000 | |
| Royalty Splits: | Partner Margin | Total to SAP | Total to Business Partner | | Total |
| SAP Products | 65% | $ 105,000 | $ 195,000 | | $ 300,000 |
| Standard Volume Discount | 65% | $ | $ | | $ |
| Other Partner Discount | 0% | $ | $ | | $ |
| Non-Standard Discount (Shared) | 65% | $ | $ | | $ |
| Non-Standard Discount (SAP Only) | 0% | $ | $ | | $ - |
| Non-Standard Discount (Partner Only) | 100% | $ | $ | | $ - |
| Third Party Products (Database) | 0% | $ | $ - | | $ |
| Standard Volume Discount | 0% | $ | $ - | | $ |
| NET LICENSE FEE | | $ 105,000 | $ 195,000 | | $ 300,000 |
| 50% Due on Signing | | $ 52,500 | Checks payable to: SAP America, Inc, Bay Colony Corporate Center, 950 Winter Street, Waltham, MA 02451, Attn: Stacey Allen OR email Credit Card Form to mattdowns@sap.com or fax form to 610-492-0705 In all cases, email this spreadsheet to mattdowns@sap.com along with Channel manager's approval. | | |

| MAINTENANCE | Maint. Base | 17% Maint. | $ to SAP |
|---|---|---|---|
| | $ 300,000 | $51,000 | $45,900 |
| BOOKING MONTH (1-12): | | 12 | |
| PRO-RATED 1ST YEAR MAINTENANCE | | $ 51,000 | $ 45,900 |

*Due net 30*

SAP Confidential

CONFIDENTIAL

DEPOSITION EXHIBIT 138

PENGAD 800-631-6989

SAP00000432

Aug-09-2010 11:37 AM SAP 781-852-9001 1/1

V6.3 P/E 40% GSR 12/20/2007

Hodell Natco-Addon #803233

December 10, 2007 | Input Date | LSI Lowery

SAP Business One — CHANNEL SAP PARTNER

| SAP Business One | QUANTITY | USD List Price | Local Currency | Total $ List Price |
|---|---|---|---|---|
| Professional User | 20 | $ 2,975 | $ 2,975 | $ 59,500 |
| CRM Sales User | | $ 900 | $ 900 | $ - |
| CRM Service User | | $ 900 | $ 900 | $ - |
| Web CRM User | | $ 500 | $ 500 | $ - |
| Add-on User (Basic) | | $ 300 | $ 300 | $ - |
| Total Users | 20 | | | $ 59,500 |

| Supplementary Products | QUANTITY | USD List Price | Local Currency | Total $ List Price |
|---|---|---|---|---|
| Software Development Kit (available only to qualified partners and end-users with license if planned) | | $ 8,000 | $ 8,000 | $ - |
| SAP Business One E-Commerce | | $ 12,000 | $ 12,000 | $ - |
| | | | | $ - |

| Upgrades | | QUANTITY | USD List Price | Local Currency | Total $ List Price |
|---|---|---|---|---|---|
| Add Web CRM User to: | Professional User / CRM Sales User / CRM Service User / CRM Combined Sales/Service User | | $ 300 | $ 300 | $ - |
| To Professional User from: | CRM Sales User / CRM Service User | | $ 2,100 | $ 2,100 | $ - |
| | Web CRM User | | $ 2,400 | $ 2,400 | $ - |
| To Professional User from: | CRM Combined Sales/Service User | | $ 2,100 | $ 2,100 | $ - |
| | | | | | $ - |

TOTALS:

| Discountable: | | |
|---|---|---|
| Named Users | $ | 59,500 |
| Supplemental Products | $ | - |
| Upgrades | $ | - |
| Other1: | | |
| Other2: | | |
| Total List | $ | 59,500 |

| | | |
|---|---|---|
| TOTAL LIST | $ | 59,500 |
| Standard Discount % | | 40% |
| Standard Discount $ | $ | (23,800) |
| MSRP (Manufacturer Suggested Retail Price) | $ | 35,700 |

Other Discounts Partner Only: 100% $ (35,700)

NET LICENSE FEES [illegible]

PartnerEdge Level: Associate

| Royalty Splits: | Partner Margin | Total to SAP | Total to Business Partner | Total |
|---|---|---|---|---|
| SAP Products | 40% | $ 35,700 | $ 23,800 | $ 59,500 |
| Standard Volume Discount | 40% | $ (14,280) | $ (9,520) | $ (23,800) |
| 3rd Party Products | 0% | $ - | $ - | $ - |
| 3rd Party Standard Volume Discount | 0% | $ - | | $ - |
| Non-Standard Discount (Partner Only) | 100% | $ - | $ (35,700) | $ (35,700) |
| Additional Requested Discount (requires approval) / Program Name, if applicable: | 60% | $ (21,420) | $ 21,420 | $ - |
| Referral Fee / Referral Partners | 0% | $ - | $ - | $ - |
| NET LICENSE FEE | | $0 | $0 | $ - |

Checks payable to: SAP America, Inc. Fax copy of check to 610-[illegible] and overnight check with clear reference to partner and end-user to: SAP America, Inc., c/o PNC Bank, Attention Box 8[illegible], [illegible] Lakeside Drive, Moorestown, NJ, 08057

50% Due on Signing $0

CPs email Credit Card Form to [illegible]@sap.com or fax form to 610-[illegible]. In all cases, email this spreadsheet to [illegible]@sap.com along with Channel manager's approval.

| MAINTENANCE | Maint. Base | Suggested Customer Invoice | $ to SAP |
|---|---|---|---|
| Support Options: Partner Provides | $ 35,700 | $8,069 | $3,570.00 |
| | | 17% | 100% |

*maintenance billing begins 1/1/2008

BOOKING MONTH (1-12): 12

PRORATED 1ST YEAR MAINTENANCE

*Due net 30*

SAP Confidential