# EXHIBIT G

# In The Matter Of:

*Hodell-Natco Industries, Inc. v.*
*SAP America, Inc., et al.*

---

*Kevin Reidl*
*Vol. 2*
*July 31, 2012*

---

**NEXTGEN|REPORTING**
Making Litigation Easier.    NextGenReporting.com

PHILADELPHIA | 215.944.5800   NEW YORK CITY | 646.470.3376   PHOENIX | 623.224.2760   SILICON VALLEY | 650.799.8020

*Original File kreidl2_1.TXT*
*Min-U-Script® with Word Index*

Page 181

```
 1            UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF OHIO
 2                 EASTERN DIVISION

 3
    HODELL-NATCO      )   Case No. 1:08 CV 2755
 4  INDUSTRIES, INC., )
                      )   Judge: Lesley Wells
 5     Plaintiffs,    )   Magistrate Judge:
                      )   Greg White
 6       vs.          )
                      )
 7  SAP AMERICA, INC.,)   Volume II
    et al.,           )
 8                    )
       Defendants.    )
 9  _____)

10

11      VIDEOCONFERENCE DEPOSITION OF KEVIN REIDL

12

13      DATE:    Tuesday, July 31, 2012

14      TIME:    9:04 a.m.

15      PLACE:   Reminger & Reminger
                 1400 Midland Building
16               101 Prospect Avenue, West
                 Cleveland, Ohio  44115
17

18

19

20

21

22  _____
23  NEXTGEN              Angela A. O'Neill, RPR
    REPORTING            6729 Ross Road
24                       Rockford, Ohio   45882
                         (419) 302-4039
25  Registered Professional Reporters
```

Page 182

```
 1  APPEARANCES:

 2
    ON BEHALF OF THE PLAINTIFF:
 3
    MR. P. WESLEY LAMBERT, ESQ.
 4  Koehler, Neal, LLC
    3330 Erieview Tower
 5  1301 East Ninth Street
    Cleveland, Ohio 44114
 6  (216) 539-9370
    wlambert@koehlerneal.com
 7

 8  ON BEHALF OF THE DEFENDANT SAP AMERICA, SAP AG:

 9  MR. GREGORY J. STAR, ESQ.
    Drinker, Biddle, Reath
10  One Logan Square
    Suite 2000
11  Philadelphia, Pennsylvania 19103
    (215) 988-2734
12  Gregory.Star@dbr.com

13

14  ON BEHALF OF THE DEFENDANT LSI:

15  MR. ROY A. HULME, ESQ.
    Reminger & Reminger
16  1400 Midland Building
    101 Prospect Avenue, West
17  Cleveland, Ohio 44115
    (216) 687-1311
18  rhulme@reminger.com

19

20

21

22

23

24

25
```

Page 183

```
 1            W I T N E S S   I N D E X

 2
                                           PAGE
 3
    CONTINUED DIRECT EXAMINATION
 4  KEVIN REIDL
    BY MR. STAR .....................     5
 5  BY MR. HULME ....................   468

 6

 7            E X H I B I T   I N D E X

 8  Deposition -

 9

10  Exhibit 3    Amended Complaint            310

11  Exhibit 5    11/1/05 Article              233

12  Exhibit 16   10/14/04 Article from SAP    228

13  Exhibit 24   Hodell Con. Financials 02-09 197

14  Exhibit 36   Exhibit A to Amended Comp.   216

15  Exhibit 144  11/14/06 Chain of Emails     289

16  Exhibit 146  1/12/07 Chain of Emails      294

17  Exhibit 252  12/05 License Agreement      240

18  Exhibit 277  5/22/09 Email to Activant    440

19  Exhibit 281  Survey from Activant         438

20  Exhibit 297  5/19/05 Chain of Emails      230

21  Exhibit 314  Exhibit A to Amended Comp.   218

22  Exhibit 315  10/11/04 Hodell Document     225

23  Exhibit 316  12/05 License Agreement      238

24  Exhibit 317  Hodell 39901-39952           261

25  Exhibit 318  1/21-25/06 Chain of Emails   273
```

Page 184

```
 1  Exhibit 319  Transcript of Lowery Tapes   340

 2  Exhibit 320  5/21-22/07 Chain of Emails   347

 3  Exhibit 321  5/22/07 Chain of Emails      354

 4  Exhibit 322  1/11/08 Chain of Emails      361

 5  Exhibit 323  Compendium Ex of Bus. Rec.   363

 6  Exhibit 324  Kennedy's Expert Report      382

 7  Exhibit 325  9/25/09 Chain of Emails      443

 8  Exhibit 326  12/18/09 Chain of Emails     448

 9  Exhibit 327  1/15/10 Chain of Emails      463

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Hodell-Natco Industries, Inc. v.
SAP America, Inc., et al.

Kevin Reidl - Vol. 2
July 31, 2012

Page 253

1  Q.  Okay.  Did you review this
2  document with anybody else at Hodell?
3  A.  I believe briefly with Otto.
4  Q.  Did you read the whole thing
5  before you signed it?
6  A.  Yes.
7  Q.  Did it give you any concern when
8  you read the -- entire document before you
9  signed it?
10  A.  It appeared to be pretty standard
11  software licensing stuff, where no one's
12  accountable for anything.
13  Q.  And you understood when you read
14  it in December of 2005 that this was pretty
15  standard software licensing language, correct?
16  A.  From my recollection.
17  Q.  Okay.  Did you wonder at the time
18  why you hadn't seen a document, or been asked
19  to sign a document like this back in December
20  of 2004?
21  A.  I don't recall.  I -- I just know
22  that for the -- for the release of those 40
23  licenses, this had to be signed.
24  Q.  Back in December of 2004, and
25  before signing this agreement, and the license

Page 254

1  agreement in December of 2005, did you have
2  any expectation that Hodell actually had the
3  legal right to use any of SAP's software?
4      MR. LAMBERT: I'll object.  Form.
5      THE WITNESS: Yes, I believe we had the
6  right to use their software, because we had
7  purchased 80 licenses in 2004.
8      BY MR. STAR:
9  Q.  What is your basis besides --
10  well, strike that.
11  What is your basis for saying that
12  before signing this license agreement in
13  December of 2005, Hodell had the right to use
14  SAP's software?
15  A.  Well, we --
16      MR. LAMBERT: Objection.
17      THE WITNESS: -- we purchased 80
18  licenses from their business partner.
19      BY MR. STAR:
20  Q.  Through the development
21  agreement?
22  A.  Through the development
23  agreement, which specified 80 SAP Business One
24  licenses.
25  Q.  Let's -- let's look at the

Page 255

1  license agreement.
2  A.  Okay.
3  Q.  You signed it December 23, 2005,
4  correct?
5  A.  Correct.
6  Q.  Is that your handwriting on the
7  front, where you fill in the date, and the
8  name of your company and the address?
9  A.  Yes.
10  Q.  You see under the definition
11  section, for instance, in 1.7, it spells out
12  the details of what's proprietary information?
13  Do you see that?
14      MR. LAMBERT: Objection.
15      THE WITNESS: 1.7?
16      BY MR. STAR:
17  Q.  Yes.
18  A.  Yeah.  It -- just give me a
19  minute to read it, if you can.  (Doing as
20  indicated.)  Yes.
21  Q.  No language like that appears
22  anywhere in the development agreement, does
23  it?
24  A.  I don't believe so.
25  Q.  You see Section 2 of the license

Page 256

1  agreement is titled License Grant?  You agree
2  with me that no language like that is found
3  anywhere in the development agreement?
4  A.  I don't believe so.
5      MR. LAMBERT: Objection.
6      BY MR. STAR:
7  Q.  You don't believe it's found in
8  the development agreement?
9  A.  I don't believe it's found in the
10  development agreement.
11  Q.  Section 6 of the agreement is
12  titled Proprietary Rights.  You agree with me
13  that there is no language like that found in
14  the development agreement?
15      MR. LAMBERT: Objection, form.
16      THE WITNESS: I don't believe so.
17      BY MR. STAR:
18  Q.  You don't believe that language
19  is in the development agreement?
20  A.  Well, I can look back.  I don't
21  -- I don't believe it's in the development
22  agreement.
23  Q.  Those sections that we just
24  looked at, they're a part of what you, back in
25  December of 2005, considered to be pretty

Hodell-Natco Industries, Inc. v.
SAP America, Inc., et al.

Kevin Reidl -  Vol. 2
July 31, 2012

---

Page 477

```
 1              E R R A T A  S H E E T

 2   WITNESS:  KEVIN REIDL

 3   DATE:  July 31, 2012

 4   CASE:  Hodell-Natco vs. SAP America, et al.

 5        After you have read your transcript,
     please note any errors in transcription on this
 6   page.  Do not mark on the transcript itself.
     Please sign and date this sheet as indicated
 7   below.  If additional lines are required for
     corrections, attach additional sheets.  If no
 8   corrections, please indicate "None."

 9

10   Page/Line        Correction  Reason

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22

23            DATED:_____

24

25            KEVIN REIDL_____
```

---

Page 478

```
 1           UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF OHIO
 2                EASTERN DIVISION

 3
     HODELL-NATCO        )  Case No. 1:08 CV 2755
 4   INDUSTRIES, INC.,   )
                         )  Judge: Lesley Wells
 5     Plaintiffs,       )  Magistrate Judge:
                         )  Greg White
 6     vs.               )
                         )
 7   SAP AMERICA, INC.,  )  Volume II
     et al.,             )
 8                       )
       Defendants.       )
 9   _____

10

11           SIGNATURE SHEET
          DEPOSITION OF KEVIN REIDL
12

13        I do hereby acknowledge that the above and
     foregoing deposition has been submitted to me.  I
14   have carefully read the same, and it correctly
     portrays the answers given by me, except as may be
15   otherwise noted on the errata sheet(s) attached
     hereto.
16

17            _____
                        KEVIN REIDL
18
             Dated: _____
19

20

21

22

23

24

25
```

---

Page 479

```
 1       CERTIFICATE OF THE REPORTER

 2        I, Angela A. O'Neill, a Registered

 3   Professional Reporter and Notary Public,

 4   authorized to administer oaths and to take and

 5   certify depositions, do hereby certify that the

 6   above-named witness was by me, before the giving

 7   of their deposition, first duly sworn to testify

 8   the truth, the whole truth, and nothing but the

 9   truth to questions propounded at the taking of the

10   foregoing deposition in a cause now pending and

11   undetermined in said court.

12        I further certify that the deposition

13   above-set forth was reduced to writing by me by

14   means of machine shorthand and was later

15   transcribed from my original shorthand notes; that

16   this is a true record of the testimony given by

17   the witness; and that said deposition was taken at

18   the aforementioned time, date, and place, pursuant

19   to notice or stipulations of counsel.

20        IN WITNESS WHEREOF, I have set my hand and

21   seal this 3rd day of August, 2012.

22

23        Angela A. O'Neill

24

25   Angela A. O'Neill, RPR
```

---