IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| HODELL-NATCO INDUSTRIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>SAP AMERICA, INC., et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 1:08 CV 2755<br><br>JUDGE NUGENT<br><br>**ORDER** |
|---|---|---|

AND NOW, this _____ day of _____, 2015, upon consideration of the SAP Defendants' Motion for Reconsideration of Motion *in Limine* No. 4 to Preclude Plaintiff from Expanding Its Fraud Claims and Making Assertions of Fraudulent Conduct Beyond the Scope of Its First Amended Complaint, and any response thereto, it is hereby

**ORDERED** that the SAP Defendants' Motion is **GRANTED**; and it is further **ORDERED** that:

     1)     Plaintiff is precluded at trial from making claims, asserting arguments, and/or presenting evidence that SAP (or the other defendants) owed and violated a duty of disclosure, or that any failure to disclose amounted to fraud; and

     2)     Plaintiff is precluded at trial from making claims, asserting arguments, and/or presenting evidence that SAP (or the other defendants) made misrepresentations after the License Agreement was signed in December 2005, or that this amounted to fraud.

                                                                           BY THE COURT:

Dated: _____                              _____

                                                                            Hon. Donald Nugent
                                                                            United States District Judge