UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC., | ) | CASE NUMBER 1: 08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| SAP AMERICA, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff has moved for leave to present remote trial testimony of witnesses Dale Van Leeuwen and Geoffrey Ashley who reside outside the subpoena power of the court. (ECF #313) Prior to the transfer of this action, Judge Wells ruled on the record that good cause existed to permit the remote testimony.  This Court has reviewed the parties' filings, including Defendants' objections and concludes that Judge Well was correct in her assessment that good cause exists to permit the remote testimony.  Accordingly, Plaintiff's motion is granted.

IT IS SO ORDERED.

/s/*Donald C. Nugent*
United States District Judge

DATED: June 2, 2015