## MINUTES OF PROCEEDINGS NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Hodell-Natco Industries, Inc.,<br><br>      Plaintiff(s),<br><br>v.<br><br>SAP America, Inc., et ak<br><br>      Defendant(s). | Date: June 2, 2015<br><br>Judge Donald C. Nugent<br><br>Court Reporter: None<br><br>Case Number: 1:08 CV 02755 |

Counsel for all parties present for a status conference. Pending motions were reviewed and general housekeeping issues related to the June 15 trial were discussed. Trial remains 6/15/15 @ 8:30.

Length of Proceeding: 20

_Betsy Breese_
~~United States District Judge~~
Law Clerk