# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| HODELL-NATCO INDUSTRIES, INC., ) | CASE NO. 1:08-CV-2755 |
| ) | |
| Plaintiff, ) | JUDGE DONALD NUGENT |
| ) | |
| v. ) | |
| ) | **NOTICE OF SERVICE OF SUBPOENA** |
| SAP AMERICA, INC., et al. ) | |
| ) | |
| Defendants. ) | |

Plaintiff Hodell-Natco Industries, Inc. ("Hodell-Natco"), by and through undersigned counsel, provides notice of service of subpoena pursuant to Federal Rule 45 upon witness Joseph Vislocky via personal service: On June 4, 2015 Plaintiff served Joseph Vislocky.

Copy of the subpoena and affidavit of service for witness Joseph Vislocky is attached hereto as Exhibit 1.

Dated:  June ___, 2015                                       Respectfully submitted,

/s/ *P. Wesley Lambert*
Christopher J. Carney (0037597)
Sharon A. Luarde (0071625)
P. Wesley Lambert (0076961)
BROUSE MCDOWELL
600 Superior Ave. E., Suite 1600
Cleveland, Ohio 44114
(216) 830-6830 phone
(216) 830-6807 fax
CCarney@brouse.com
SLuarde@brouse.com
WLambert@brouse.com
*Attorneys for Plaintiff Hodell-Natco Industries, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 5, 2015, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the document through the Court's electronic filing system.

/s/ *P. Wesley Lambert*
P. Wesley Lambert, Esq. (0076961)
*Attorney for Plaintiff Hodell-Natco Industries, Inc.*