UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE:  DONALD NUGENT |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF SERVICE OF SUBPOENA** |
| SAP AMERICA, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Hodell-Natco Industries, Inc. ("Hodell-Natco"), by and through undersigned counsel, provides notice of service of subpoena pursuant to Federal Rule 45 upon witness Geoffrey Ashley via personal service: On June 6, 2015 Plaintiff served Geoffrey Ashley.

A copy of the subpoena and affidavit of service for witness Geoffrey Ashley are attached hereto as Exhibit 1.

Dated:  June 8, 2015

Respectfully submitted,

/s/ *P. Wesley Lambert*
Christopher J. Carney (0037597)
Sharon A. Luarde (0071625)
P. Wesley Lambert (0076961)
BROUSE MCDOWELL
600 Superior Ave. E., Suite 1600
Cleveland, Ohio 44114
(216) 830-6830 phone
(216) 830-6807 fax
CCarney@brouse.com
SLuarde@brouse.com
WLambert@brouse.com
*Attorneys for Plaintiff Hodell-Natco Industries, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June, 2015, a copy of the foregoing was filed electronically using the Court's electronic filing system.  Parties may access the document through the Court's electronic filing system.

>/s/ P. Wesley Lambert
>P. WESLEY LAMBERT (0076961)
>*Attorney for Plaintiff Hodell-Natco Industries, Inc.*

[936566]