IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC., | ) | CASE NO. 1:08-CV-2755 |
| | ) | |
| Plaintiff, | ) | JUDGE LESLEY WELLS |
| | ) | |
| v. | ) | |
| | ) | **EXHIBIT RE-NUMBERING APPENDIX** |
| SAP AMERICA, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

  This Appendix is intended to clarify which Plaintiff's Trial Exhibits will be admissible at trial, either because either: (1) the Court has already overruled SAP's objections to them in its Order filed February 11, 2015 [ECF #279]; or (2) any objection by SAP has been waived under Fed.R.Civ.P. 26(a)(3)(B) by SAP's failure to object to them in its Exhibit List Objections filed October 7, 2014 [ECF #228].[1]

  Hodell's original Exhibit List was filed September 24, 2014 [ECF #211], identifying Trial Exhibit Numbers 1 through 293. The Court's Order regarding the admissibility of exhibits was filed February 11, 2015 [ECF #279] and referenced Hodell's using the numbers designated on ECF #211.

  On February 17, 2015, per agreement of the parties, Hodell filed a revised Exhibit List [ECF #285] reflecting the numbering convention agreed to by the parties: any documents marked as an exhibit during a deposition would retain the deposition exhibit number, and any new exhibits identified by Hodell that were not marked at a deposition would be given a unique

---

[1] Fed.R.Civ.P. 26(a)(3)(B) provides: "Within 14 days after they are made, unless the court sets a different time, a party may serve and promptly file a list of the following objections: any objections to the use under Rule 32(a) of a deposition designated by another party under Rule 26(a)(3)(A)(ii); and any objection, together with the grounds for it, that may be made to the admissibility of materials identified under Rule 26(a)(3)(A)(iii). An objection not so made--except for one under Federal Rule of Evidence 402 or 403--is waived unless excused by the court for good cause."

exhibit number beginning with 600. Accordingly, in order to avoid any confusion, Hodell is submitting this Appendix of exhibits already determined to be admissible at trial, reflecting the prior exhibit number (i.e., the number referenced in the Court's Feb. 11, 2015 Order) and the new exhibit number reflected on Hodell's Trial Exhibit List.

I. **EXHIBITS RULED ADMISSIBLE IN THE COURT'S FEBRUARY 11, 2015 ORDER [ECF#279]**

| Current Exhibit No. [ECF #285] | Prior Exhibit No. [ECF #211] | Description |
|---|---|---|
| 38 | 5 | SAP ROI Calculator |
| 41 | 6 | May 17, 2005 Letter |
| 53 | 7 | Email from Lowery 6-8-2006 |
| 69 | 11 | Email string beginning with Lowery to Ziv 4-11-07 |
| 70 | 12 | Elliot 4/13/07 Email |
| 71 | 13 | Van Leeuwen 7/30/04 Email |
| 77 | 16 | Ziv 4/15/07 Email |
| 247 | 51 | Ziv 4/25/07 Email |
| 425 | 61 | SAP Partner Branding Guide |
| 118 | 83 | Kraus 1/31/06 Email |
| 25 | 116 | "SAP B1 Effect on Productivity" |
| 615 | 125 | Compendium of SAP Annual Reports (2004 to present) |
| 78 | 144 | Email string beginning with Lowery 4-12-07 |
| 50 | 190 | Email string beginning with Van Leeuwen 2-9-06 |
| 242 | 222 | Power Point titled 'Update on B1 Business Cases' |
| 243 | 223 | Power Point titled 'SAP Business One 2006 Plan' 12-13-05 |

2

| | | |
|---|---|---|
| 248 | 227 | Power Point titled 'Quality Gate, planning to development' 1-12-06 |
| 250 | 228 | Power Point titled 'Moving B1 Forward' 3-17-06 |
| 37 | 124 | SAP Business One informational bulletin – except for handwritten notation |

II. **EXHIBITS TO WHICH SAP MADE NO OBJECTION IN ITS PRETRIAL FILINGS [ECF #228]**

| Current Exhibit No. [ECF #285] | Prior Exhibit No. [ECF #211] | Description |
|---|---|---|
| 3 | 191 | First Amended Complaint with Exhibits |
| 9 | 1 | Oct 14, 2004 IBIS Letter |
| 11 | 2 | IBIS-SAP Letter |
| 18 | 112 | Otto Reidl notes dated April 17, 2007 |
| 19 | 113 | Otto Reidl notes dated May 11, 2007 |
| 24 | 94 | Hodell Consolidated Financial Information |
| 27 | 117 | LSi Answer to First Amended Complaint |
| 28 | 118 | LSi Defendants' Answers to SAP Discovery Requests |
| 29 | 3 | IBIS Responses to Requests for Admission |
| 30 | 219/92 | SAP Business One software marketing and distribution agreement |
| 32 | 120 | SAP Business One Software Development License Kit |
| 34 | 121 | SAP Business One Press Fact Sheet October 2003 |
| 35 | 122 | SAP Business One Partner Brief June 2004 |
| 36 | 123 | SAP Business One Solution Brief |

| 40 | 78 | Lowery 11/2/03 Email |
| --- | --- | --- |
| 45 | 194 | Hodell purchase order from IBIS 12-20-04 |
| 46 | 195 | Invoice from IBIS 12-20-04 |
| 52 | 189 | Email from Lowery 10-25-06 |
| 55 | 79 | Woodrum 1/12/07 Email |
| 59 | 132 | Email string beginning with K. Reidl 3-8-07 |
| 61 | 133 | Email string with attachment 9-19-07 |
| 66 | 9 | Lowery 3/20/07 Email |
| 68 | 141 | Email string beginning with J. Woodrum 4-12-07 |
| 73 | 14 | 3/15/04 LSi Press Release |
| 74 | 15 | 2005 B1 Lead Qualification Call Guide |
| 76 | 143 | Email string beginning with J. Woodrum 4-16-07 |
| 79 | 17 | Lowery 4/16/07 Email |
| 82 | 146 | Email string beginning with O. Reidl 4-25-07 |
| 85 | 148 | Email from Lowery 4-25-07 |
| 87 | 20 | Lowery 5/14/07 Email |
| 89 | 21 | Killingsworth 6/6/07 Email |
| 98 | 155 | Email string beginning with Lowery 9-5-07 |
| 110 | 160 | Email with attachment from Lowery 9-16-07 |
| 119 | 31 | 7/17/06 Sizing Transaction Volumes |
| 122 | 176 | SAP Business One sizing guide |
| 124 | 33 | SAP B1 Statement of Direction Release 2005 |
| 129 | 34 | Statement of Direction SAP Business One |

| 130 | 35 | SAP Business Co-Innovation |
|---|---|---|
| 131 | 36 | SAP Business One Quick reference Guide |
| 134 | 37 | SAP Business Partner Coop Marketing Guide |
| 151 | 272 | Email 4/17/07 Ashley to Boesmann |
| 155 | 245 | 12/20/05 IBIS Invoice |
| 157 | 40 | Kraus 4/16/07 Email |
| 158 | 41 | Mehnert-Meland 4/17/07 Email |
| 159 | 42 | Ashley 4/17/07 Email |
| 160 | 43 | Weiss 4/18/07 Email |
| 161 | 44 | Kraus 6/13/07 Email |
| 162 | 45 | Neveux 6/18/07 Email |
| 163 | 46 | Kraus 9/26/07 Email |
| 166 | 183 | Email from E. Neveux 10-17-07 |
| 169 | 185 | Email string beginning with P. Killingsworth 10-11-07 |
| 176 | 188 | Email string beginning with G. Ashley 12-22-05 |
| 178 | 50 | Ashley 2/10/06 Email |
| 180 | 86 | Ashley 4/16/07 Email |
| 226 | 274 | E-Mail chain, 11/26/05, from Jon Woodrum to Kevin Reidl |
| 227 | 89 | Woodrum 12/22/06 Email |
| 246 | 226 | Email from G. Ashley 4-16-07 |
| 252 | 136 | SAP maintenance schedule and software license agreement |
| 253 | 52 | Kraus 3/13/07 Email |
| 258 | 201 | Email string beginning with Killingsworth with attached license spreadsheet 9-13-07 |

5

| 262 | 54 | Sotnick 10/31/07 Email |
| 263 | 215 | Email string with top from S. Fuerst 11-2-07 |
| 264 | 216 | Email string with top from R. Woodson 12-4-07 |
| 266 | 172/218 | Email string with top to P. Killingsworth 5-20-08 |
| 291 | 90 | Development Agreement |
| 294 | 57 | Lowery 3/3/06 Email |
| 299 | 257 | Reidl January 2, 2007 email re Stress Tests |
| 300 | 258 | Reidl January 5, 2007 email re SAP Business Process Testing |
| 301 | 259 | Winn January 5, 2007 email re Stress Testing |
| 402 | 60 | Boessmann 4/24/07 Email |
| 426 | 62 | Killingsworth 10/22/07 Email |
| 428 | 63 | "Run With SAP Business One" |
| 431 | 64 | Killingsworth 4/26/07 Email |
| 435 | 66 | SAP Business One-Opportunity Qualification Tool |
| 436 | 67 | Opportunity Qualification Tool Advanced Topics |
| 437 | 249 | Killingsworth email to K. Reidl dated May 14, 2007 |
| 439 | 69 | Boessmann 5/22/07 Email |
| 441 | 70 | Woodrum 6/8/07 Email |
| 442 | 250 | Barnea/Weis email dated July 8, 2007 |
| 445 | 162 | Email string beginning with Killingsworth 10-9-07 |
| 446 | 72 | Fuerst 9/27/07 Email |
| 448 | 73 | US Customer visits and Partner Event Aug 2005 |
| 450 | 165 | SAP Business One SDK Performance Results |
| 453 | 75 | SAP B1 Signing Guide |

| 456 | 242 | Killingsworth Email to Sotnick 1/10/08 |
| 460 | 170 | Email string beginning with Killingsworth 11-1-07 |
| 601 | 95 | PCBC Asset Purchase Agreement and Documentation [HODL032366, HODL032253, HODL032254-032304] |
| 602 | 96 | Pinnacle Capital Top Ten Deals of the Year HODL040692-[HODL040703; HODL040710-HODL040729] |
| 616 | | SAP B1 Solution Br. (A to First Amended Complaint) |
| 618 | 128 | SAP Business One Whitepaper ( C to First Amended Complaint) |
| 619 | 129 | 12/20/04 Purchase Order and Invoice (s E and F to First Amended Complaint) |
| 621 | 253 | Summary of Hodell P21 Expenditures While on Business One Beg. Bates No. HODL01388 |
| 622 | 254 | Chart of SAP Business One Implementation Costs Beg. Bates No. HODL01400 |
| 623 | 255 | Chart of Hodell Expenditures for P21 System Beg Bates No. HODL01451 |
| 625 | 260 | SAP B1 Five Year Payback HODL040730-HODL040731 |
| 628 | 263 | PCBC Tax Returns 2004-2008 HODL032305-HODL032360 |
| 629 | 264 | PCBC Financial Statement Comparatives HODL032361-HODL032366 |
| 630 | 265 | PCBC Income History HODL032367 |
| 631 | 266 | Hodell-Natco Acquisition Impact on Net Sales and Income HODL032371- HODL032376 |
| 632 | 267 | Hodell IT Cost Spreadsheet HODL032377 |
| 633 | 268 | Hodell Booking and Sales Charts with Supporting Data HODL032401- HODL032451 |
| 634 | 269 | Charts and Spreadsheet of Hodell Sales With and Without |

|  |  |  |
|---|---|---|
|  |  | Acquisitions with Supporting Data HODL032452-HODL032484 |
| 637 | 282 | Discovery responses (Interrogatories, Requests for Admission and Requests for Production of Documents) provided by Defendants SAP America, Inc. and SAP AG |
| 638 | 283 | Discovery responses (Interrogatories, Requests for Admission and Requests for Production of Documents) provided by Defendants LSI-Lowery Systems, Inc. and the IBIS Group, Inc. |
| 639 | 284 | Discovery responses (Interrogatories, Requests for Admission and Requests for Production of Documents) provided by Plaintiff Hodell-Natco Industries, Inc. |

### III. OBJECTIONS WITHDRAWN BY SAP [ECF#269]

| Current Exhibit No. [ECF #285] | Prior Exhibit No. [ECF #211] | Description |
|---|---|---|
| 92 | 23 | Woodrum 7/14/07 Email |
| 109 | 29 | Sotnick 11/16/07 Email |
| 244 | 138 | SAP performance requirements definition document |
| 314 | 59 | SAP Business One Brief |
| 420 | 237 | 2003 SAP Annual Report |
| 421 | 238 | 2004 SAP Annual Report |
| 422 | 239 | 2005 SAP Annual Report |
| 423 | 240 | 2006 SAP Annual Report |
| 424 | 241 | 2007 SAP Annual Report |
| 600 | 93 | Hodell Financial Statements Years Ended 2010 and 2009 [HODL030667-HODL030681] |
| 603 | 97 | Hodell Financial Statements for the Years Ended 2006 and 2007 [HODL030622-HODL030636] |

| | | |
|---|---|---|
| 604 | 98 | Hodell Financial Statements for the Years Ended 2007 and 2008 [HODL030637- HODL030651] |
| 605 | 99 | Hodell Financial Statements for the Years Ended 2008 and 2009 [HODL030652- HODL030666] |
| 609 | 103 | SAP Business One 2007A Release Notes September 2006 |
| 611 | 105 | SAP Business One Statement of Direction 2007, November 2006, version 2.0 released March 29, 2006 |
| 618 | 128 | SAP B1 White paper (C to First Amended Complaint) formerly Ex. 128 |
| 619 | 129 | 12/20/04 Purchase Order and Invoice (E and F to First Amended Complaint) formerly Ex. 129 |
| 620 | 130 | SAP B1 Procedure Manual dated October 2006. |
| 644 | 289 | To the extent necessary, any and all documents produced by Defendants SAP America, Inc. and SAP AG in discovery |
| 645 | 290 | To the extent necessary, any and all documents produced by Defendants SAP America, Inc. and SAP AG in discovery |
| 646 | 291 | To the extent necessary, any and all documents produced by Plaintiff Hodell-Natco Industries, Inc. in discovery |

## IV. MIL #5 – Denied and Exhibit Admitted

| Current Exhibit No. [ECF #285] | Prior Exhibit No. [ECF #211] | Description |
|---|---|---|
| 156 | 181 | Email string beginning with J. Woodrum 4-16-07 |
| 251 | 229 | Email from Gadi Shamia 3-13-06 |

## V. MIL #7 – Denied and Exhibit Admitted

| Current Exhibit No. [ECF #285] | Prior Exhibit No. [ECF #211] | Description |
|---|---|---|
| 617 | 127 | Devereaux 10/1/03 with American Express Edition Attachment |

|  |  | ( B to First Amended Complaint) |

## VI. HODELL EXHIBITS EXCLUDED IN THE COURT'S FEBRUARY 11, 2015 ORDER [ECF#279]

| Current Exhibit No. [ECF #285] | Prior Exhibit No. [ECF #211] | Description |
|---|---|---|
| 33 | 4 | Jan 2004 FKOM Notes |
| 90 | 22 | Lowery 6/6/07 Email |
| 93 | 24 | Lowery 7/27/07 Email |
| 94 | 152 | Email string beginning with Lowery 8-3-07 |
| 96 | 154 | Email from Lowery 9-5-07 |
| 97 | 25 | Lowery 9/5/07 Email |
| 100 | 157 | Email from Dan Lowery 9/14/07 |
| 104 | 28 | Lowery 9/17/07 Email |
| 115 | 161 | Email from Lowery 9-26-08 |
| 116 | 175 | Email string with attachment beginning with T. Singleton 10-8-08 |
| 121 | 198 | SAP In-Flight development and Hodell-Natco implementation 3-16-06 |
| 152 | 243 | Email string with 7/6/07 email from Lowery to Woodrum |
| 175 | 199 | Power Point beginning with Dan Carr, CDI |
| 182 | 207 | Email string beginning with Brian Jamieson 3-7-07 |
| 186 | 211 | Email string beginning with Woodrum 3-12-07 |
| 245 | 225 | Email from Kraus 4-13-07 |
| 254 | 212 | Email string with top from D. Boessmann 3-16-07 |
| 403 | 202 | Email string beginning with Killingsworth 4-10-07 |
| 429 | 137 | Email string beginning with Daniel Ferenci starting 3-16-07 |
| 455 | 167 | Email string beginning with Dan Lowery 5-11-07 |
| 458 | 169 | Email string beginning with Ovadia 4-9-07 |

10

| | | |
|---|---|---|
| 461 | 171 | Email string beginning with Gillespie 1-14-08 with attachment SAP Business One best practice system setup and sizing |
| 613 | 107 | Presentation by Torsten Hopmeier, CIO Weidmüller dated March 2, 2006 "Business One – Entscheidungskriterien und Praxiserfahrungen" |
| 614 | 108 | Computer World Article available at http://www.computerwoche.de/a/weidmuellerlaesst-saps-business-one- einfuehren,554731 |
| 626 | 261 | Hodell Reviewed Financial Statements 1998-2010 |
| 627 | 262 | Hodell Monthly Income Statements 2002-2009 |
| 641 | 286 | All financial records and documentation pertaining to Hodell-Natco Industries, Inc. produced by Plaintiff |
| 642 | 287 | All spreadsheets relating to Plaintiff's damages previously produced and, to the extent necessary, all underlying financial records relating to such spreadsheets |
| 643 | 288 | All documents produced pursuant to subpoena by Accellos (including ACC0001 to ACC000422) |
| 647 | 292 | Expert Report of Dr. G. William Kennedy and supporting exhibits and schedules |

**VII. HODELL EXHIBITS WITH NO RULING FROM THE COURT, BUT OBJECTED TO BY SAP**

| Current Exhibit No. [ECF #285] | Prior Exhibit No. [ECF #211] | Description |
|---|---|---|
| 60 | 8 | Reidl 3/13/07 Email |
| 67 | 10 | Lowery 4/7/07 Email |
| 83 | 19 | Kraus 4/25/07 Email |
| 84 | 147 | Email string with K-Reidl 4/25/07 |
| 92 | 23 | Woodrum 7/14/07 Email |
| 173 | 47 | Ashley 12/29/11 Email |
| 174 | 48 | Ashley 1/3/12 Email |

11

| | | |
|---|---|---|
| 177 | 49 | Ashley 1/2/06 Memo |
| 240 | 220 | SAP Business One 'Sweet Spot' overview for partners |
| 241 | 221 | Email from Gilad Gruber 4-18-05 |
| 255 | 213 | Email string with top from M. Sotnick 4-16-07 |
| 259 | 53 | Sotnick 9/24/07 Email |
| 261 | 214 | Email string with top to M. Sotnick 10-1-07 |
| 267 | 55 | Kraus 10/1/07 Email |
| 447 | 163 | Email string beginning with Gillespie 12-10-07 |
| 606 | 100 | Compendium of Hodell Expenses Related to SAP Business One Costs (See attached Exhibit A: Kennedy Report Schedule 8) HODL040000- HODL040401 |
| 607 | 101 | Compendium of all documents provided to and reviewed by Dr. G. William Kennedy |
| 608 | 102 | SAP Business One 2004C Release notes published May 2005 |
| 610 | 104 | SAP Business One Statement of Direction January 2009 |
| 612 | 106 | Presentation by Andreas Wolfinger, SAP AG, Vice President Head of Global Product Management June 2012 |
| 635 | 280 | All documents relied upon by Dr. G. William Kennedy as identified in his Expert Report |
| 636 | 281 | All documents relied upon by Helmuth Guembel as identified in his Expert Report |
| 640 | 285 | All documents provided to and relied upon by the SAP Defendants' Expert witnesses |
| 648 | 293 | Expert Report of Helmuth Guembel and supporting documents and schedules |

933392v6