# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HODELL-NATCO INDUSTRIES, INC. )<br><br>Plaintiff, )<br><br>v. )<br><br>SAP AMERICA, INC., et al. )<br><br>Defendants. ) | CASE NO. 1:08 CV 2755<br><br>JUDGE NUGENT |

_____

**TRIAL EXHIBIT LIST OF SAP AMERICA, INC. AND SAP AG**
_____

SAP America, Inc. and SAP AG, through their undersigned counsel, and pursuant to this

Court's pretrial order and Fed. R. Civ. P 26(a)(3), hereby identify the exhibits they expect to

present at trial if the need arises.  SAP America, Inc. and SAP AG reserve the right to modify

this list as needed.

| Trial Exh. No. | Old No. | Bates Range | Date | Description | Judge Wells's Substantive Rulings and/or Additional Comments |
|---|---|---|---|---|---|
| 004 | SAP 101 | N/A | 2/6/2012 | Pages from www.hodell-natco.com | Hodell's objections overruled (Order dated February 11, 2015) |
| 005 | SAP 024 | HODL0 0494 | 11/1/2005 | ERP Software:  Latest news on ERP software, New SAP Business One 2005 | Hodell's objections overruled (Order dated February 11, 2015)<br><br>Hodell subsequently included this exhibit on its "Revised Exhibit List," dated February 17, 2015, but has since withdrawn it. |
| 007 | | HODL0 0535 | 10/20/2003 | SAP Business One | |

| 008 | SAP 012 | HODL0 0108 | 10/14/2004 | Handwritten Notes of Otto Reidl | Hodell's objections overruled (Order dated February 11, 2015) Hodell subsequently included this exhibit on its "Revised Exhibit List," dated February 17, 2015, but has since withdrawn it. |
|-----|---------|------------|------------|--------------------------------|------|
| 009 | SAP 013 | HODL0 0109 | 10/14/2004 | Correspondence from D. Van Leeuwen and D. Lowery to O. Reidl and K. Reidl | Joint exhibit. |
| 010 | SAP 014 | HODL0 0161 | 11/1/2004 | Email from D. Lowery to O. Reidl, K. Reidl, D. Van Leeuwen and J. Woodrum | Hodell's objections overruled (Order dated February 11, 2015) |
| 011 | SAP 102 | HODL0 0163 | N/A | Required items to purchase and implementation of SAP Business One | Joint exhibit. |
| 012 | SAP 023 | HODL0 0174 | 10/31/2005 | Handwritten Notes of Otto Reidl | Hodell's objections overruled (Order dated February 11, 2015) |
| 013 | SAP 003 | HODL0 0453-HODL0 0481 | 2003 | Customer Successes with SAP Business One:  Solutions for Small and Midsize Businesses | Judge Wells withheld ruling on Hodell's objections to this exhibit until trial (Order dated February 11, 2015) |
| 017 | SAP 008 | HODL0 0729 | 2/6/2004 | Handwritten Notes of Otto Reidl | Hodell's objections overruled (Order dated February 11, 2015) |
| 021 | SAP 078 | SAP000 02731-SAP000 02734 | 11/16/2007 | Email chain between M. Sotnick, O. Reidl, K. Reidl, D. Lowery et al. | Prior mutually designated exhibit. No objections filed.  Hodell included this exhibit on its "Revised Exhibit List," dated February 17, 2015, but has since withdrawn it. |
| 024 | SAP 002 | HODL0 32391-HODL0 32400 | 2002-2009 | Hodell – Natco Industries Inc. Condensed Income Summary for Calendar Years 2002-2009 | Joint exhibit. |
| 030 | SAP 006 | LSI-000016-LSI-000054 | 12/19/2003 | SAP Business One Software Marketing and Distribution Agreement | Joint exhibit. |
| 031 | SAP 052 | LSI-000056-LSI-000119 | 2/1/2007 | SAP PartnerEdge Channel Agreement VAR between SAP America, Inc. and Lowery Systems, Inc. | Prior mutually designated exhibit. No objections filed.  Hodell included this exhibit on its "Revised Exhibit List," dated February 17, 2015, but has since withdrawn it. |

| 032 | SAP 007 | LSI-000001-LSI-000015 | 12/31/2003 | Limited Term SAP Business One Software Development Kit License (v.2.0) | Joint exhibit. |
|-----|---------|-----------------------|------------|------------------------------------------------------------------------|----------------|
| 044 |         | HODL003503-HODL003504 | 12/28/2004 | Email string beginning with O. Reidl 12-28-04 | Hodell included this exhibit on its "Revised Exhibit List," dated February 17, 2015, but has since withdrawn it.

SAP hereby submits this former Hodell exhibit for use at trial. |
| 047 | SAP 053 | HODL010078 | 2/5/2007 | Email from D. Lowery to K. Reidl and J. Woodrum | Judge Wells withheld ruling on Hodell's objections to this exhibit until trial (Order dated February 11, 2015) |
| 054 | SAP 045 | HODL008887-HODL008889 | 12/11/2006 | Email chain between K. Reidl, J. Woodrum, D. Lowery et al. | Prior mutually designated exhibit. No objections filed.  Hodell included this exhibit on its "Revised Exhibit List," dated February 17, 2015, but has since withdrawn it. |
| 056 | SAP 050 | HODL009497-HODL009499 | 1/12/2007 | Email chian between K. Reidl, J. Woodrum, D. Lowery, O. Reidl et al. | |
| 057 |         | HODL009500-HODL009503 | 1/12/2007 | Email from J. Woodrum to K. Reidl | |
| 058 |         | HODL009659 | 1/16/2007 | Email from D. Lowery to J. Woodrum | |
| 068 | SAP 055 | HODL015419-HODL015421 | 4/13/2007 | Email chain between K. Reidl, J. Woodrum et al. | Joint exhibit. |
| 087 | SAP 062 | HODL015733 | 5/14/2007 | Email from D. Lowery to K. Reidl and O. Reidl | Joint exhibit. |
| 089 | SAP 065 | SAP00002850 | 6/6/2007 | Email from P. Killingsworth to K. Reidl, O. Reidl et al. | Joint exhibit. |

| 113 | SAP 082 | SAP000 02829-SAP000 02831 | 12/28/2007 | Email chain between D. Lowery, M. Sotnic, J. Woodrum et al. | Judge Wells withheld ruling on Hodell's objections to this exhibit until trial (Order dated February 11, 2015)<br><br>Hodell subsequently included this exhibit on its "Revised Exhibit List," dated February 17, 2015, but has since withdrawn it. |
| --- | --- | --- | --- | --- | --- |
| 119 | SAP 040 | LSI-010069 | 7/17/2006 | Sizing Transaction Volumes | Joint exhibit. |
| 120 | SAP 103 | N/A | N/A | Information on Jon Woodrum | Judge Wells withheld ruling on Hodell's objections to this exhibit until trial (Order dated February 11, 2015) |
| 121 | SAP 037 | N/A | 3/16/2006 | SAP In-Flight Development and Hodell-Natco Implementation | Judge Wells sustained SAP's objections to this exhibit (Order dated February 11, 2015)<br><br>SAP withdraws its objections to this exhibit. |
| 122 | SAP 011 | LSI-009755 | 08/00/2004 | SAP Business One Sizing Guide | Joint exhibit. |
| 123 | | | 1/30/2006 | 1/30/06 Notes | Hodell included this exhibit on its "Revised Exhibit List," dated February 17, 2015, but has since withdrawn it.<br><br>SAP hereby submits this former Hodell exhibit for use at trial. |
| 124 | SAP 018 | N/A | 4/25/2005 | SAP Business One Statement of Direction Release 2005 | Joint exhibit. |
| 125 | SAP 039 | N/A | 05/00/2006 | A. Arthur, Dell Power Solutions, *Sizing Dell PowerEdge Servers for SAP Business One* (May 2006) | Hodell's objections overruled (Order dated February 11, 2015)<br><br>Hodell subsequently included this exhibit on its "Revised Exhibit List," dated February 17, 2015, but has since withdrawn it. |

| 126 | SAP 009 | N/A | 4/2/2004 | SAP Business One – Standard Configurations for the IBM eserver xSeries platform | Prior mutually designated exhibit. No objections filed. Hodell included this exhibit on its "Revised Exhibit List," dated February 17, 2015, but has since withdrawn it. |
|---|---|---|---|---|---|
| 128 | | | 8/1/2005 | Letter to Dan Lowery 8-1-05 | Hodell included this exhibit on its "Revised Exhibit List," dated February 17, 2015, but has since withdrawn it.<br><br>SAP hereby submits this former Hodell exhibit for use at trial. |
| 129 | SAP 030 | N/A | 03/00/2006 | Statement of Direction SAP Business One | Joint exhibit. |
| 130 | SAP 104 | LSI-006991 | 2005 | Business Co-Innovation | Joint exhibit. |
| 131 | SAP 016 | LSI-007049 | 2005 | SAP Business One Quick Reference Guide for use by SAP Channel Partners Only | Joint exhibit. |
| 135 | | HODL0 18837-HODL0 18838 | 1/24/2008 | Email chain between K. Reidl and D. Lowery et al. | |
| 136 | | SAP000 00334 | 10/26/2005 | Email chain between D. Kraus, T. Steffner, K. Lorenz, Jr. et al. | |
| 137 | SAP 017 | SAP000 00336 | 1/17/2005 | Email chain between D. Kraus, D. Lowery, and D. Van Leeuwen | |
| 138 | SAP 026 | SAP000 00432-SAP000 00433 | 12/22/2005 | SAP Business One Order Entry Forms | Hodell's objections overruled (Order dated February 11, 2015)<br><br>Hodell subsequently included this exhibit on its "Revised Exhibit List," dated February 17, 2015, but has since withdrawn it. |
| 139 | | LSI0105 4375-LSI0105 4377 | 5/16/2005 | Email chain between J. Woodrum, A. Myrick, D. Lowery et al. | |

| 140 | | LSI-0105438 0-LSI-0105438 1 | 5/17/2005 | Email from J. Woodrum to D. Lowery | |
|---|---|---|---|---|---|
| 141 | SAP 028 | LSI0105 7161-LSI0105 7166 | 1/25/2006 | Email chain between G. Barnea, A. Myrick and M. Weis | Prior mutually designated exhibit. No objections filed.  Hodell included this exhibit on its "Revised Exhibit List," dated February 17, 2015, but has since withdrawn it. |
| 142 | SAP 029 | LSI0105 7508-LSI0105 7510 | 2/27/2006 | Email chain between D. Lowery, A. Myrick and J. Woodrum, attaching | Judge Wells withheld ruling on Hodell's objections to this exhibit until trial (Order dated February 11, 2015) |
| 143 | SAP 035 | LSI0105 7845-LSI0105 7846 | 3/14/2006 | Email chain between A. Myrick to J. Guagenti | Hodell's objections overruled (Order dated February 11, 2015)  Hodell subsequently included this exhibit on its "Revised Exhibit List," dated February 17, 2015, but has since withdrawn it. |
| 144 | SAP 043 | LSI0107 0047-LSI0107 0048 | 11/14/2006 | Email chain between A. Myrick, J. Woodrum, D. Lowery and K. Winn | Judge Wells withheld ruling on Hodell's objections to this exhibit until trial (Order dated February 11, 2015) |
| 145 | SAP 044 | HODL0 08081 | 11/14/2006 | Email from J. Woodrum, K. Reidl, D. Lowery, M. Weissman, J. Guagenti, A. Myrick (email indicated attachment – no attachment to exhibit) | Judge Wells withheld ruling on Hodell's objections to this exhibit until trial (Order dated February 11, 2015) |
| 146 | SAP 051 | HODL0 09651-HODL0 09653 | 1/16/2007 | Email chain between K. Reidl, J. Woodrum, D. Lowery and O. Reidl | |

| 151 | SAP 057 | SAP000 02279- SAP000 02280 | 4/17/2007 | Email chain between M. Weis, P. Killingsworth, G. Ashley, et al. | Judge Wells withheld ruling on Hodell's objections to this exhibit until trial (Order dated February 11, 2015)<br><br>Hodell subsequently included this exhibit on its "Revised Exhibit List," dated February 17, 2015.<br><br>Joint exhibit. |
| --- | --- | --- | --- | --- | --- |
| 153 | SAP 077 | N/A | 11/6/2007 | Email from D. Lowery to J. Guagenti, J. Woodrum | Judge Wells withheld ruling on Hodell's objections to this exhibit until trial (Order dated February 11, 2015) |
| 157 | SAP 056 | SAP000 04601 | 4/16/2007 | Email chain between R. Mehnert-Meland to D. Kraus, M. Sotnick et al. | Joint exhibit. |
| 159 | SAP 058 | SAP000 04633- SAP000 04635 | 4/17/2007 | Email chain between G. Ashley, D. Kraus, D. Boessmann et al. | Joint exhibit. |
| 160 | SAP 059 | SAP000 10143- SAP000 10146 | 4/18/2007 | Email chain between M. Weis, R. Mehnert-Meland, G. Ashley, et al. | Joint exhibit. |
| 165 | SAP 070 | SAP000 05988- SAP000 05991 | 10/11/2007 | Email chain between G. Barnea to E. Neveux, attaching Results and Hodell Site Visit Summary | Judge Wells withheld ruling on Hodell's objections to this exhibit until trial (Order dated February 11, 2015) |
| 166 | SAP 072 | SAP000 03167- SAP000 03168 | 10/17/2007 | Email from E. Neveux to P. Killingsworth et al. | Joint exhibit. |
| 167 | SAP 071 | SAP000 04427, SAP000 04429 | 10/17/2007 | Email chain between M. Trinidad Martinez Gea, E. Neveux, G. Bagnoli | Judge Wells withheld ruling on Hodell's objections to this exhibit until trial (Order dated February 11, 2015) |
| 168 | SAP 073 | SAP000 04430- SAP000 04433 | 10/19/2007 | Email chain between E. Neveux, G. Bagnoli et al. | Hodell's objections overruled (Order dated February 11, 2015)<br><br>Hodell subsequently included this exhibit on its "Revised Exhibit List," dated February 17, 2015, but has since withdrawn it. |

7

| 195 | SAP 001 | LSI0132 0353- LSI0132 0354 | 1/24/2001 | Correspondence from O. Reidl to D. Van Leeuwen, D. Jeffries, and K. Kelly | Hodell's objections overruled (Order dated February 11, 2015) |
|---|---|---|---|---|---|
| 196 | SAP 025 | HODL0 03561- HODL0 03563 | 11/3/2005 | Email chain between A. Poidomani to K. Reidl, et al. | Hodell's objections overruled (Order dated February 11, 2015) |
| 198 | SAP 041 | LSI0210 2107- LSI0210 2109 | 10/14/2006 | Email from J. Woodrum to R. Elliott | Judge Wells withheld ruling on Hodell's objections to this exhibit until trial (Order dated February 11, 2015) |
| 201 | | LSI0107 0248 | 12/1/2006 | Email from D. Lowery to D. Kraus, R. Elliott, E. Neveux, J. Woodrum and A. Myrick | |
| 202 | SAP 054 | LSI0211 0199- LSI0211 0203 | 2/16/2007 | Email chain between D. Lowery, K. Reidl, J. Woodrum and R. Elliott | |
| 210 | SAP 081 | ACC000 360- ACC000 361 | 12/13/2007 | Email chain between A. Boyko, R. Elliott, B. Jamieson et al. | Judge Wells withheld ruling on Hodell's objections to this exhibit until trial (Order dated February 11, 2015) |
| 214 | SAP 019 | LSI0206 9474- LSI0206 9477 | 5/9/2005 | Email chain between J. Woodrum, D. Van Leeuwen and D. Lowery | Judge Wells withheld ruling on Hodell's objections to this exhibit until trial (Order dated February 11, 2015) |
| 216 | | LSI0105 6174 | 10/10/2005 | Email from J. Woodrum to D. Lowery, D. VanLeeuwen and A. Myrick | |
| 217 | SAP 036 | LSI0208 6786- LSI0208 6788 | 3/14/2006 | IBIS In-Flight – SAP Business One Product Add-on Status Meeting | Joint exhibit. |
| 222 | | LSI0218 3718- LSI0218 3719 | 12/28/2009 | Email chain between J. Woodrum, amyrick@lsistl.com, ptreacy@lsistl.com, et al. | |
| 224 | | LSI- 000407- LSI- 000410 | 6/26/2007 | Email chain between D. Lowery, J. Woodrum, K. Reidl and M. Weissman et al. | |

| 227 | SAP 046 | HODL0 09060- HODL0 09060 | 12/22/2006 | Email chain between J. Woodrum, K. Reidl, A. Myrick [attachment not included] | Hodell's objections overruled (Order dated February 11, 2015)<br><br>Hodell subsequently included this exhibit on its "Revised Exhibit List," dated February 17, 2015.<br><br>Joint exhibit. |
| 258 | SAP 067 | SAP000 01064 – SAP000 01072 | 9/13/2007 | Email chain between D. Kraus, R. Seligmann, N. Stenfeldt et al. | Hodell's objections overruled (Order dated February 11, 2015)<br><br>Hodell subsequently included this exhibit on its "Revised Exhibit List," dated February 17, 2015.<br><br>Joint exhibit. |
| 260 | SAP 069 | SAP000 11834 – SAP000 11836 | 9/28/2007 | Email chain between D. Kraus, N. Stenfeldt et al. | Judge Wells withheld ruling on Hodell's objections to this exhibit until trial (Order dated February 11, 2015) |
| 263 | SAP 075 | SAP000 02942 – SAP000 02944 | 11/2/2007 | Email chain between S. Fuerst, D. Shah, M. Sotnick et al., attaching Budget Approval Guidelines | Joint exhibit. |
| 264 | SAP 079 | SAP000 05351 – SAP000 05352 | 12/4/2007 | Email chain between R. Woodson to M. Sotnick, D. Kraus et al. | Joint exhibit. |
| 265 | SAP 084 | SAP000 12912 | 1/10/2008 | Email chain between M. Sotnick and P. Killingsworth | Hodell's objections overruled (Order dated February 11, 2015)<br><br>Hodell subsequently included this exhibit on its "Revised Exhibit List," dated February 17, 2015, but has since withdrawn it. |
| 266 | SAP 087 | SAP000 03324 – SAP000 03326 | 5/20/2008 | Email chain between P. Killingsworth, D. Kraus, R. Woodson and C. Mandala | Hodell's objections overruled (Order dated February 11, 2015)<br><br>Hodell subsequently included this exhibit on its "Revised Exhibit List," dated February 17, 2015.<br><br>Joint exhibit. |

| 273 | SAP 089 | N/A | 9/16/2008 | Email chain between J. Sheldon, M. Lovelace et al. | Hodell objection initially sustained. SAP subsequently argued during the February 18, 2015 hearing that the exhibit should be admitted, after which the objection was overruled |
| 274 | SAP 093 | N/A | 5/22/2009 | Email chain between J. Sheldon, J. Vislocky and F. Gafford | Hodell objection initially sustained. SAP subsequently argued during the February 18, 2015 hearing that the exhibit should be admitted, after which the objection was overruled |
| 275 | SAP 097 | N/A | 8/26/2009 | Email chain between J. Vislocky, J. Sheldon et al. | Hodell objection initially sustained. SAP subsequently argued during the February 18, 2015 hearing that the exhibit should be admitted, after which the objection was overruled |
| 276 | SAP 092 | HODL038362-HODL038363 | 5/6/2009 | Email from J. Vislocky to T. Phillips, E. Daniels, and K. Reidl. | Hodell objection initially sustained. SAP subsequently argued during the February 18, 2015 hearing that the exhibit should be admitted, after which the objection was overruled |
| 277 | SAP 094 | N/A | 5/22/2009 | Email chain between J. Snow, K. Reidl, J. Sheldon et al. | Hodell objection initially sustained. SAP subsequently argued during the February 18, 2015 hearing that the exhibit should be admitted, after which the objection was overruled |
| 278 | SAP 091 | N/A | 05/04-15/2009 | Hodell Natco Consulting Application | Hodell objection initially sustained. SAP subsequently argued during the February 18, 2015 hearing that the exhibit should be admitted, after which the objection was overruled |
| 279 | SAP 096 | N/A | 7/31/2009 | Hodell-Natco Wholesale Distribution Division Application Consulting Department:  Trip Report | Hodell objection initially sustained. SAP subsequently argued during the February 18, 2015 hearing that the exhibit should be admitted, after which the objection was overruled |
| 280 | SAP 095 | N/A | 7/1/2009 | Email chain between F. Gafford, J. Vislock, J. Sheldon and T. Phillips | Hodell objection initially sustained. SAP subsequently argued during the February 18, 2015 hearing that the exhibit should be admitted, after which the objection was overruled |

| 281 | SAP 090 | N/A | 9/19/2008 | Activant Business Analysis for Hodell-Natco Industries, Inc. | Hodell's objections overruled (Order dated February 11, 2015)<br><br>Hodell subsequently included this exhibit on its "Revised Exhibit List," dated February 17, 2015.<br><br>Joint exhibit. |
| 283 | SAP 042 | N/A | 11/00/2006 | SAP Statement of Direction: SAP Business One | |
| 291 | SAP 015 | N/A | 12/24/2004 | Hodell-Natco Industries, Inc., Inflight Enterprise Development Agreement | Joint exhibit. |
| 293 | SAP 032 | N/A | 3/3/2006 | Email chain between D. Lowery, A. Myrick et al. | Hodell's objections overruled (Order dated February 11, 2015)<br><br>Hodell subsequently included this exhibit on its "Revised Exhibit List," dated February 17, 2015, but has since withdrawn it. |
| 294 | SAP 031 | N/A | 3/3/2006 | Email chain between D. Lowery, A. Myrick et al. | Hodell's objections overruled (Order dated February 11, 2015)<br><br>Hodell subsequently included this exhibit on its "Revised Exhibit List," dated February 17, 2015.<br><br>Joint exhibit. |
| 295 | | LSI0157 9159-LSI0157 9163 | 12/22/2005 | Email from D. Lowery to T. Steffen, T. Lowe, D. Van Leeuwen, attaching SBOUS Pricing Royalty Spreadsheet | |
| 297 | SAP 020 | LSI0156 9814-LSI0156 9816 | 5/19/2005 | Email from O. Reidl to D. Van Leeuwen, K. Reidl and D. Lowery attaching Signed 150-day release on SAP Business One Development | Prior mutually designated exhibit. No objections filed.  Hodell included this exhibit on its "Revised Exhibit List," dated February 17, 2015, but has since withdrawn it. |
| 299 | SAP 047 | N/A | 1/2/2007 | Email chain between K. Reidl, K. Winn et al. | Hodell's objections overruled (Order dated February 11, 2015)<br><br>Hodell subsequently included this exhibit on its "Revised Exhibit List," dated February 17, 2015.<br><br>Joint exhibit. |

| 300 | SAP 049 | N/A | 1/5/2007 | Email chain between D. Reidl, K. Reidl, et al. | Joint exhibit. |
|-----|---------|-----|----------|-----------------------------------------------|----------------|
| 301 | SAP 048 | N/A | 1/5/2007 | Email from K. Winn to All Users | Joint exhibit. |
| 302 | SAP 060 | LSI0107 4120 | 4/23/2007 | Email from M. Weissman to J. Woodrum, D. Lowery, et al. | Judge Wells withheld ruling on Hodell's objections to this exhibit until trial (Order dated February 11, 2015) |
| 303 | SAP 061 | LSI0135 3251-LSI0135 3253 | 4/25/2007 | Email from E. Johnson to J. Guagenti, J. Woodrum | Judge Wells withheld ruling on Hodell's objections to this exhibit until trial (Order dated February 11, 2015) |
| 304 | SAP 074 | LSI0214 0460-LSI0214 0462 | 11/1/2007 | Email chain between E. Johnson, T. Phillips, et al. | Judge Wells withheld ruling on Hodell's objections to this exhibit until trial (Order dated February 11, 2015) |
| 305 | SAP 076 | LSI0135 9656-LSI0135 9660 | 11/5/2007 | Email chain between E. Johnson, D. Lowery, J. Guagenti, et al. | Judge Wells withheld ruling on Hodell's objections to this exhibit until trial (Order dated February 11, 2015) |
| 306 | SAP 033 | LSI0105 7798 | 3/13/2006 | Email chain between J. Guagenti, A. Myrick et al. | Hodell's objections overruled (Order dated February 11, 2015)<br><br>Hodell subsequently included this exhibit on its "Revised Exhibit List," dated February 17, 2015, but has since withdrawn it. |
| 307 | SAP 068 | SAP000 11741-SAP000 11744 | 9/14/2007 | Email chain between P. Killingsworth, D. Kraus et al. | Judge Wells withheld ruling on Hodell's objections to this exhibit until trial (Order dated February 11, 2015) |
| 308 | SAP 034 | LSI0105 7801 | 3/13/2006 | Email chain between A. Myrick, J. Guagenti et al. | Judge Wells withheld ruling on Hodell's objections to this exhibit until trial (Order dated February 11, 2015) |
| 311 | SAP 004 | HODL0 03314-HODL0 03315 | 7/11/2003 | Email chain between D. Van Leeuwen and K. Reidl | Hodell's objections overruled (Order dated February 11, 2015) |
| 312 | SAP 005 | HODL0 03349-HODL0 03351 | 7/24/2003 | Email chain between O. Reidl, D. Van Leeuwen and K. Reidl | Hodell's objections overruled (Order dated February 11, 2015) |

12

| 313 |  | HODL0 03473-HODL0 03474 | 10/15/2004 | Email chain between O. Reidl, D. Lowery, W. Rex and K. Reidl |  |
|---|---|---|---|---|---|
| 316 | SAP 027 | SAP000 00434-SAP000 00438 | 12/23/2005 | SAP Business One Software License Agreement between SAP America, Inc. and Hodell-Natco Industries |  |
| 317 | SAP 088 | HODL0 39901-HODL0 39952 | 6/27/2008 | Master Customer Agreement: Activant Products and Services with Hodell-Natco Industries, Inc.; Amendment to Master Customer Agreement | Hodell's objections sustained (Order dated February 11, 2015) |
| 318 | SAP 038 | HODL0 06028-HODL0 06030 | 4/25/2006 | Email chain between J. Woodrum, K. Reidl, et al. | Judge Wells withheld ruling on Hodell's objections to this exhibit until trial (Order dated February 11, 2015) |
| 319 |  | N/A | 2/2/2012 | Transcript of Lowery Audio Tape (Tape 2 - Side B) |  |
| 320 | SAP 063 | LSI0212 1661-LSI0212 1663 | 5/22/2007 | Email chain between K. Reidl, J. Woodrum and D. Lowery | Judge Wells withheld ruling on Hodell's objections to this exhibit until trial (Order dated February 11, 2015) |
| 321 | SAP 064 | HODL0 15836-HODL0 15838 | 5/22/2007 | Email chain between K. Reidl, J. Woodrum and D. Lowery | Judge Wells withheld ruling on Hodell's objections to this exhibit until trial (Order dated February 11, 2015) |
| 322 |  | HODL0 24676-HODL0 24677 | 1/11/2008 | Email chain between K. Reidl, S. Bykowski, R. Kott, J. Vislocky and J. Clarke |  |
| 325 | SAP 098 | HODL0 3108; HODL0 3110 | 9/25/2009 | Email chain between K. Reidl, K. Crusco, R. Caldwell and J. Vislocky | Hodell objection initially sustained. SAP subsequently argued during the February 18, 2015 hearing that the exhibit should be admitted, after which the objection was overruled |
| 326 | SAP 099 | HODL0 3136-HODL0 3139 | 12/21/2009 | Email chain between K. Reidl, B. Patton, M. Lovelace et al. | Hodell objection initially sustained. SAP subsequently argued during the February 18, 2015 hearing that the exhibit should be admitted, after which the objection was overruled |

| 327 | SAP 100 | N/A | 1/15/2010 | Email chain between J. Vislocky and J. Sheldon | Hodell objection initially sustained. SAP subsequently argued during the February 18, 2015 hearing that the exhibit should be admitted, after which the objection was overruled |
|---|---|---|---|---|---|
| 330 | SAP 080 | N/A | 12/12/2007 | Email chain between K. Murphy and J. Vislocky | Judge Wells withheld ruling on Hodell's objections to this exhibit until trial (Order dated February 11, 2015) |
| 331 | SAP 083 | N/A | 12/28/2007 | Email chain between K. Murphy and J. Vislocky | Judge Wells withheld ruling on Hodell's objections to this exhibit until trial (Order dated February 11, 2015) |
| 332 | SAP 085 | N/A | 3/3/2008 | Email from K. Murphy to J. Vislocky | Judge Wells withheld ruling on Hodell's objections to this exhibit until trial (Order dated February 11, 2015) |
| 335 | | LSI0214 6958- LSI0214 6991 | 3/17/2008 | Email chain between J. Woodrum, T. Phillips, M. Weissman et al., attaching spreadsheet entitled "HelpDesk Issues" | |
| 430 | | SAP000 15032- SAP000 15036 | 3/23/2007 | Email chain between P. Killingsworth, D. Boessmann et al. | |
| 441 | SAP 066 | SAP000 15462- SAP000 15470 | 6/8/2007 | Email from C. Woodrum to D. Kraus, D. Boessmann et al., attaching document entitled "Areas of SAP Performance Testing" | Hodell's objections overruled (Order dated February 11, 2015)<br><br>Hodell subsequently included this exhibit on its "Revised Exhibit List," dated February 17, 2015.<br><br>Joint exhibit. |
| 448 | SAP 021 | SAP000 24335- SAP000 24355 | 08/00/2005 | US Customer Visits and Partner Event | Joint exhibit. |
| 450 | SAP 022 | SAP000 24258- SAP000 24267 | 09/00/2005 | SAP Business One SDK Performance Results Solution Management | Joint exhibit. |

| 451 | | SAP000 24268- SAP000 24284 | 2005 | SAP performance report 2005- SPI Vs 2005 | Hodell included this exhibit on its "Revised Exhibit List," dated February 17, 2015, but has since withdrawn it.<br><br>SAP hereby submits this former Hodell exhibit for use at trial. |
| 453 | SAP 010 | N/A | 07/00/2004 | SAP Business One Sizing Guide | Joint exhibit. |
| 457 | SAP 086 | SAP000 14307- SAP000 14309 | 3/25/2008 | Email chain between P. Killingsworth and J. Gillespie | Hodell's objections overruled (Order dated February 11, 2015)<br><br>Hodell subsequently included this exhibit on its "Revised Exhibit List," dated February 17, 2015, but has since withdrawn it. |
| 459 | SAP 105 | N/A | N/A | Spreadsheet of Business One customers | Hodell's objections overruled (Order dated February 11, 2015) |
| 506 | | | 5/24/2010 | Rule 26(a) Initial Disclosures of Plaintiff Hodell-Natco Industries, Inc. | |
| 508 | | HODL0 21437 | 12/20/2006 | Email from K. Reidl to O. Reidl, F. Lesit, B. Rex et al. | |
| 509 | | LSI0042 5800- LSI0042 5822 | 8/9/2007 | Spreadsheet of Trouble Tickets | |
| 700 | SAP 106 | 2SAP00 000001 | N/A | Spreadsheet entitled "B1 Customers Global 50+ users" | Judge Wells withheld ruling on Hodell's objections to this exhibit until trial (Order dated February 11, 2015) |
| 701 | SAP 107 | 2SAP00 000002 | N/A | Spreadsheet entitled "B1 Customers Global 100+ users" | Judge Wells withheld ruling on Hodell's objections to this exhibit until trial (Order dated February 11, 2015) |
| 706 | | HODL0 03418 | 12/3/2003 | Email from D. Van Leeuwen to K. Reidl and O. Reidl | |
| 707 | | HODL0 03419 | 12/3/2003 | Email chain between O. Reidl, K. Reidl and D. Van Leewen | |
| 708 | | HODL0 00092 | 12/4/2003 | Email from P. Vitantonio to O. Reidl, K. Reidl, D. Van Leeuwen et al. | |

| 710 | | HODL0 03427 | 1/24/2004 | Email from O. Reidl to D. Van Leeuwen | |
| 715 | | HODL0 03433- HODL0 03434 | 4/14/2004 | Email chain between O. Reidl and D. Van Leeuwen | |
| 721 | | HODL0 03444 | 8/26/2004 | Email from O. Reidl to D. Van Leeuwen | |
| 722 | | HODL0 03445 | 8/30/2004 | Email chain between D. Van Leeuwen and K. Reidl | |
| 733 | | HODL0 03478 | 11/1/2004 | Attachment:  SAP Business One Deployment Budget | |
| 735 | | LSI0205 7477- LSI0205 7478 | 11/4/2004 | Email chain between D. Lowery, D. Kraus and D. Van Leeuwen | |
| 740 | | HODL0 03489 | 11/11/2004 | Email from O. Reidl to D. Lowery, D. Van Leeuwen, W. Rex and K. Reidl, with attachment | |
| 745 | | LSI0207 855 | 7/31/2005 | Email from J. Woodrum to D. Lowery | |
| 746 | | LSI0207 856- LSI0207 858 | 8/1/2005 | Attachment:  Draft correspondence Re: Repositioning and Responsibilities | |
| 748 | | SAP000 00332- SAP000 00333 | 11/2/2004 | LSI/IBIS Revenue | |
| 750 | | HODL0 0184- HODL0 0186 | 3/20/2006 | Memorandum Re:  SAP In-Flight Enterprise Development and Hodell-Natco Implementation | |
| 752 | | HODL0 08998 | 12/20/2006 | Email from K. Reidl to C. Woodrum and C. Wong | |
| 755 | | HODL0 0107 | 10/14/2004 | O. Reidl handwritten note | |
| 757 | | HODL0 03172 | 2/28/2003 | Email chain between D. Van Leeuwen, K. Reidl, O. Reidl and E. Johnson | |
| 759 | | LSI-000176 | 06/25/2007 | Email from D. Lowery to J. Woodrum | |

| 761 | | HODL0 18497- HODL0 18498 | 11/16/2007 | Email from D. Lowery to Otto & K. Reidl | |
|---|---|---|---|---|---|
| 762 | | LSI- 0218371 8- LSI- 0218371 9 | 12/16/2009 | Email from J. Woodrum to D. Lowery | |
| 764 | | HODL0 03473- HODL0 03474 | 10/15/2004 | Email chain between O. Reidl, W. Rex and K. Reidl | |
| 765 | | HODL0 24641- HODL0 24668 | 12/26/2007 | SAP Sizing Estimate for Hodell-Natco | |
| 766 | | HODL0 0613- HODL0 0615 | 12/20/2014 | Copy of  Purchase Order & Check | |
| 767 | | HODL0 10171 | 11/3/2006 | Correspondence from K. Reidl to D. Lowery re Request Credit on 2007 SAP Business One Maintenance | |
| 769 | | HODL0 22799 | 03/09/2007 | Email from K. Reidl to cle@hodell-natco.com | |
| 770 | | HODL0 18681- HODL0 18682 | 1/2/2008 | Email from K. Reidl to cle@hodell-natco.com, Milwaukke Sales, mlamboy@mail.hodell- natco.com | |
| 771 | | HODL0 24741- HODL0 24742 | 03/16/2009 | Email from S. Marks to K. Reidl | |
| 773 | | HODL0 0111- HODL0 0112 | 9/10/2004 | O. Reidl handwritten note | |
| 774 | | HODL0 0265 | 1/11/2008 | O. Reidl handwritten note | |

17

| 776 | | HODL0 18785- HODL0 18787 | 01/23/2008 | Email from O. Reidl to D. Lowery & K. Reidl | |
|---|---|---|---|---|---|
| 779 | | SAP000 00329- SAP000 00330 | 12/14/2005 | Email chain between D. Kraus to T. Steffner | |
| 785 | | SAP000 04034- SAP000 04035 | 03/13/2006 | Email from E. Neveux to R. Mehnert-Meland | |
| 786 | | HODL0 08890- HODL0 08893 | 12/11/2006 | Email chain between K. Reidl, J. Woodrum and D. Lowery | |
| 787 | | LSI0003 49- LSI- 000369 | 05/18/2004 | Stock Purchase Agreement | |
| 788 | | LSI0157 5081 | 9/26/2005 | Email from D. Lowery to D. Van Leeuwen | |
| 789 | | HODL0 39955- HODL0 39995 | 2005 | SAP Business One Overview | |
| 790 | | SAP000 00328 | 12/20/2005 | Email chain between D. Kraus to G. Ashley | |
| 791 | | HODL0 03569 | 12/23/2005 | Email chain between K. Reidl, T. Lowe, D. Van Leeuwen and K. Evanoski | |
| 792 | | LSI0004 76- LSI0004 77 | 12/22/2005 | Check from IBiS Group to SAP America for $52,500.00 | |
| 793 | | HODL0 39868- HODL0 39869 | 2007 | SAP Business One 2007: Section III.  Summary | |
| 796 | | HODL0 08101 | 11/16/2006 | Email from J. Woodrum to K. Reidl, D. Lowery, A. Myrick and J. Guagenti | |

| 798 | | HODL0 09411-HODL0 09412 | 1/5/2007 | Email chain between K. Reidl and J. Woodrum | |
|---|---|---|---|---|---|
| 799 | | HODL0 0241 | 1/12/2007 | Memorandum from O. Reidl to All Hodell-Natco Industries office employees & warehouse management employees | |
| 800 | | LSI0211 4673-LSI0211 4674 | 3/4/2007 | Email chain between M. Weissman, J. Woodrum, C. Woodrum, E. Johnson and J. Gaugenti | |
| 804 | | HODL0 15839-HODL0 15842 | 5/22/2007 | Email chain between J. Woodrum, K. Reidl and D. Lowery | |
| 809 | | SAP000 12885-SAP000 12889 | 10/17/2007 | Email chain between P. Killingsworth, R. Mehnert-Meland, D. Kraus and M. Sotnick | |
| 813 | | SAP000 12925 | 10/6/2003 | Penny Vitantonio Handwritten Meeting Notes | |
| 814 | | SAP000 12926 | 10/13/2003 | Penny Vitantonio Handwritten Meeting Notes | |
| 815 | | SAP000 12927 | 11/3/2003 | Penny Vitantonio Handwritten Meeting Notes | |
| 816 | | SAP000 12928 | 11/7/2003 | Penny Vitantonio Handwritten Meeting Notes | |
| 817 | | SAP000 12929 | 11/14/2003 | Penny Vitantonio Handwritten Meeting Notes | |
| 818 | | SAP000 12930 | 11/20/2003 | Penny Vitantonio Handwritten Meeting Notes | |
| 819 | | SAP000 12931 | 11/26/2003 | Penny Vitantonio Handwritten Meeting Notes | |
| 820 | | SAP000 12932 | 12/3/2003 | Penny Vitantonio Handwritten Meeting Notes | |
| 821 | | SAP000 12933 | 12/19/2003 | Penny Vitantonio Handwritten Meeting Notes | |
| 822 | | SAP000 12934 | 2/2/2004 | Penny Vitantonio Handwritten Meeting Notes | |

| 823 | HODL0 247345-HODL0 247340 | 1/23/2008 | Email chain between O. Reidl and B. Rex, K. Reidl and D. Reidl | |
| 824 | SAP000 12935 | 2/3/2004 | Penny Vitantonio Handwritten Meeting Notes | |
| 825 | SAP000 12936 | 2/6/2004 | Penny Vitantonio Handwritten Meeting Notes | |
| 826 | HODL0 0549; HODL0 0544 | 12/3/2003 | Handwritten Notes of Otto Reidl | |
| 827 | HODL0 0551-HODL0 0553 | 12/19/2003 | Handwritten Notes of Otto Reidl | |
| 828 | HODL0 0724-HODL0 0728 | 2/2/2004 | Handwritten Notes of Otto Reidl | |
| 829 | | 6/14/2010 | Complaint, *Treacy v. Lowery, et al.*, No. 10SL-CC02343 (Mo. Cir. Ct.) | |
| 830 | HODL0 03447 | 9/12/2004 | Email from D. Lowery to O. Reidl and K. Reidl | |
| 831 | HODL0 01500-HODL0 01501 | 10/8/2014 | Notice of Filing Under Seal | |
| 832 | HODL0 01500-HODL0 01501 | 10/8/2014 | 2009-2010 Hodell Financials | |
| 833 | | 11/18/2014 | Complaint, *Van Leeuwen v. Lowery, et al.*, No. 14SL-CC03986 (Mo. Cir. Ct.) | |
| 834 | N/A | ??/??/03 | Spreadsheet entitled "B1 Customers Global 2003-2004 50+ users" | |
| 835 | HODL0 03374-HODL0 03375 | 10/17/2003 | Email from O. Reidl to M. Betts, K. Reidl and K. Evanoski | |

| 836 | LSI02054741 | 9/13/2004 | Email chain between K. Reidl, D. Lowery, D. Van Leeuwen, J. Woodrum and O. Reidl | |
| 837 | HODL003448 | 9/24/2004 | Email from D. Lowery to O. Reidl, K. Reidl, D. Van Leeuwen and J. Woodrum | |
| 838 | HODL00173 | 1/4/2005 | O. Reidl handwritten notes | |
| 839 | LSI-000393-LSI-000395 | 1/12/2005 | In-Flight Enterprise Software for SAP Business One (Initially at Hodell-Natco) | |
| 840 | SAP00000331 | 10/31/2005 | Email chain between D. Kraus, D. Lowery, R. Mehnert-Meland et al. | |
| 841 | LSI01578477 | 11/16/2005 | Email from D. Lowery to T. Steffner | |
| 842 | LSI01057180 | 1/25/2006 | Email from A. Myrick to D. Van Leeuwen and T. Lowe | |
| 843 | LSI02086794-LSI02086795 | 3/15/2006 | Email from J. Woodrum to D. Lowery | |
| 844 | HODL006000-HODL006001 | 3/17/2006 | Email chain between D. Lowery, K. Reidl, O. Reidl and J. Woodrum | |
| 845 | LSI02086865-LSI02086866 | 3/17/2006 | Email from J. Woodrum to D. Lowery and J. Guagenti | |
| 846 | LSI02087437 | 4/1/2006 | Email from J. Woodrum to D. Lowery | |
| 847 | HODL006028-HODL006030 | 4/25/2006 | Email chain between J. Woodrum and K. Reidl | |
| 848 | HODL00189-HODL00191 | 5/8/2006 | O. Reidl handwritten notes, including phone messages to O. Reidl from D. Lowery re J. Bilas | |
| 849 | LSI02099459-LSI02099461 | 9/13/2006 | Email from J. Woodrum to K. Reidl, D. Lowery and D. Van Leeuwen | |

21

| 850 | LSI0107 0190- LSI0107 0192 | 11/30/2006 | Email chain between J. Guagenti, T. Berend, P. Das et al. | |
| 851 | LSI0135 2784- LSI0135 2785 | 4/5/2007 | Email chain between J. Woodrum, J. Guagenti, D. Lowery et al. | |
| 852 | SAP000 12482- SAP000 12486 | 9/28/2007 | Email chain between D. Kraus, M. Sotnick and P. Killingsworth | |
| 887 | N/A | N/A | Excerpts of http://www.lsistl.com/dist-whsemgmt.html | |
| 888 | HODL0 39878- HODL0 39884 | 9/11/2005 | Email chain between O. Reidl, D. Lowery, K. Reidl, W. Rex et al. | |
| 889 | SAP000 04029- SAP000 04033 | 3/30/2006 | Email chain between E. Neveux, R. Mehnert-Meland, J. Woodrum, D. Van Leeuwen et al. | |
| 890 | N/A | N/A | T. Phillips LinkedIn Profile | |
| 891 | LSI0209 8728- LSI0209 8729 | 8/30/2006 | Email chain between J. Woodrum, K. Reidl and M. Weissman | |
| 892 | HODL0 08024- HODL0 08025 | 11/1/2006 | Email chain between M. Weissman, J. Woodrum, K. Reidl and K. Winn | |
| 893 | HODL0 8096- HODL0 8097 | 11/16/2006 | Email chain between J. Woodrum, K. Reild and D. Lowery | |
| 894 | HODL0 8832- HODL0 8834 | 12/6/2006 | Email chain between J. Woodrum, K. Reidl, D. Lowery et al. | |
| 895 | HODL0 9067- HODL0 9069 | 12/22/2006 | Email chain between K. Reidl, J. Woodrum, D. Reidl, E. Daniels et al. | |

| 896 | | HODL0 09218- HODL0 09219 | 12/31/2006 | Email chain between J. Woodrum and K. Reidl | |
| 897 | | HODL0 09475- HODL0 09476 | 1/11/2007 | Email chain between D. Reidl, C. Woodrum, M. Weissman, K. Reidl and J. Woodrum | |
| 898 | | HODL0 10444 | 2/22/2007 | Email chain between K. Reidl and D. Lowery | |
| 899 | | HODL0 15005 | 3/8/2007 | Email from K. Reidl to J. Woodrum, M. Weissman, T. Phillips et al. | |
| 900 | | SAP000 02181- SAP000 02184 | 9/26/2007 | Email chain between D. Kraus, P. Killingsworth, E. Neveux et al. | |
| 901 | | SAP000 02592- SAP000 02594 | 7/8/2007 | Email from G. Barnea to M. Weis and P. Killingsworth, attaching spreadsheet entitled "results.xls" | |
| 902 | | LSI0153 8631 | 12/17/2000 | Email chain between D. Van Leeuwen and D. Lowery | |
| 903 | | LSI0155 0014 | 9/28/2003 | Email from D. Lowery to D. Van Leeuwen | |
| 904 | | LSI0205 4741 | 9/13/2004 | Email chain between K. Reidl, D. Lowery, O. Reidl and D. Van Leeuwen | |
| 905 | | ACC000 059 | 3/12/2007 | Email chain between R. Elliott, D. Lowery et al. | |
| 906 | | SAP000 24307- SAP000 24314 | 6/23/2004 | Load Runner Report – Testing performance version 6.7 | |