# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| --- | --- | --- |
| Plaintiff, | ) ) ) | JUDGE NUGENT |
| v. | ) ) | |
| SAP AMERICA, INC., et al. | ) ) | |
| Defendants. | ) ) | |

**DEPOSITION TESTIMONY DESIGNATIONS FOR OTTO AND KEVIN REIDL BY SAP AMERICA, INC. AND SAP AG**

SAP hereby designates the following deposition testimony, some or all of which may be used as evidence at trial. SAP reserves the right to modify this designation and, in particular, to withdraw any testimony related to damages opinions or calculations. To be clear, SAP does not believe that the damages opinions or calculations provided by Otto Reidl and/or Kevin Reidl are relevant or otherwise admissible, and by designating testimony, does not waive any objection to their testimony.

**I.  OTTO REIDL DESIGNATIONS**

- 272:24-25
- 273:1-3
- 273:6-9
- 273:13-25
- 274:1-25
- 275:1-12
- 285:18-25
- 286:1-25
- 287:1-25

- 288:1-25
- 289:1-25
- 290:1
- 293:5-25
- 294:1-25
- 295:1-25
- 296:1-25
- 297:1-25
- 298:1-25

- 345:20-25
- 346:1-25
- 347:1-25
- 348:7-25
- 349:7-20
- 351:20-25
- 352:1-25
- 353:1-5
- 371:10-16

- 372:22-25
- 373:1-16
- 406:3-25
- 407:1-25
- 408:1-3
- 422:15-25
- 423:1-25
- 424:1

1

## II. KEVIN REIDL DESIGNATIONS

- 197: 20-25
- 198:1-25
- 199:1-25
- 200:1-14
- 201:21-25
- 202:1-25
- 203:1-2
- 215:17-25
- 216:1-17
- 218:7-25
- 219:1-25
- 220:1-25
- 221:1-25
- 222:1-25
- 223:1-25
- 224:1-25
- 225:1-25
- 226:1-25
- 227:1-25
- 228:1-25
- 229:1-25
- 230:1-18
- 233:3-25
- 234:1-25
- 235:1-25
- 236:1-5
- 240:12-19
- 243:21-25
- 251:20-25
- 252:1-25
- 253:1-16
- 271:14-23
- 273:14-19
- 276:7-13
- 277:25
- 278:1-25
- 279:1-8
- 281:19-25
- 282:1-9
- 287:17-25
- 288:1-23
- 294: 7-23
- 296:17-25
- 297:1-25
- 298:1-11
- 325:8-25
- 326:1-25
- 327:1-24
- 328:6-18
- 339:4-9
- 377:4-25
- 378:1-25
- 379:1-25
- 380:1-20
- 409:8-12
- 412:13-25
- 413:1-25
- 414:1-25
- 415:1-25
- 416: 1-25
- 417:1-25
- 418:1-25
- 419:1-25
- 420:1-25
- 421:1-22
- 443:15-25
- 444:1-25
- 445:1-25
- 446:1-25
- 447:1-25
- 448:1-25
- 449:1-25
- 450:1-25
- 451:1-25
- 452:1-25
- 453:1-25
- 454:1-25
- 455:1-25
- 456:1-25
- 457:1-25
- 458:1-7
- 459:1-25
- 460:1-25
- 461:1-10
- 462:18-25
- 463:1-5
- 464:2-25
- 465:1-25
- 466:1-24

## II. KEVIN REIDL DESIGNATIONS

- 197: 20-25
- 198:1-25
- 199:1-25
- 200:1-14
- 201:21-25
- 202:1-25
- 203:1-2
- 215:17-25
- 216:1-17
- 218:7-25
- 219:1-25
- 220:1-25
- 221:1-25
- 222:1-25
- 223:1-25
- 224:1-25
- 225:1-25
- 226:1-25
- 227:1-25
- 228:1-25
- 229:1-25
- 230:1-18
- 233:3-25
- 234:1-25
- 235:1-25
- 236:1-5
- 240:12-19
- 243:21-25
- 251:20-25
- 252:1-25
- 253:1-16
- 271:14-23
- 273:14-19
- 276:7-13
- 277:25
- 278:1-25
- 279:1-8
- 281:19-25
- 282:1-9
- 287:17-25
- 288:1-23
- 294: 7-23
- 296:17-25
- 297:1-25
- 298:1-11
- 325:8-25
- 326:1-25
- 327:1-24
- 328:6-18
- 339:4-9
- 377:4-25
- 378:1-25
- 379:1-25
- 380:1-20
- 409:8-12
- 412:13-25
- 413:1-25
- 414:1-25
- 415:1-25
- 416: 1-25
- 417:1-25
- 418:1-25
- 419:1-25
- 420:1-25
- 421:1-22
- 443:15-25
- 444:1-25
- 445:1-25
- 446:1-25
- 447:1-25
- 448:1-25
- 449:1-25
- 450:1-25
- 451:1-25
- 452:1-25
- 453:1-25
- 454:1-25
- 455:1-25
- 456:1-25
- 457:1-25
- 458:1-7
- 459:1-25
- 460:1-25
- 461:1-10
- 462:18-25
- 463:1-5
- 464:2-25
- 465:1-25
- 466:1-24