IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HODELL-NATCO INDUSTRIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>SAP AMERICA, INC., et al.<br><br>Defendants. | CASE NO. 1:08 CV 2755<br><br>JUDGE DONALD C. NUGENT |

**DEFENDANTS' NOTICE OF SERVICE OF SUBPOENA**

PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendants SAP America, Inc. and SAP AG, Inc. (collectively "Defendants" or "SAP") through its attorneys, provides notice of service of subpoena upon Plaintiff Hodell-Natco Industries, Inc. ("Hodell") via personal service to assign a records custodian to produce documents and attend trial to offer testimony on June 15, 2015 at 8:30 a.m., at Carl B. Stokes U.S. Court House, 801 West Superior Avenue, Cleveland, Ohio 44113.

Copy of the subpoena for Plaintiff Hodell is attached hereto as Exhibit A.

Dated: June 11, 2015

Drinker Biddle & Reath LLP

By: __/s/ Gregory J. Star__

Gregory J. Star
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
Facsimile: (215) 988-2757

*Attorneys for Defendants*
SAP America, Inc. and SAP AG

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 11, 2015, the foregoing was filed electronically. Notice of this filing was provided by operation of the Court's electronic filing system. Parties may access the document through the Court's electronic filing system.

/s/ Gregory J. Star

Gregory J. Star (admitted *pro hac vice*)
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
Facsimile: (215) 988-2757

*Attorneys for Defendants,*
SAP America, Inc. and SAP AG