# EXHIBIT A

To: <dlowery@lsistl.com>
From: "Geoff Ashley" <geoffrey.ashley@comcast.net>
Date: 12/29/2011 08:18AM
Subject: RE: Dan Lowery - Question

Dan,


Got a LinkedIn from someone I haven't spoken with in years from SAP last week.  They were asking me for all my e-mails related to Hodell.  I told them I did not have a single e-mail from those days – they were all on my SAP computer and they have that!  I told them, in no uncertain terms, that SAP did NOT want me as any kind of "witness" as I would tell the truth – SAP screwed this up.


I let them know that SAP pushed the partner to take the deal and then SAP (Dan Kraus) threw the partner under the bus.  If I can find a copy I will send it to you.  I think I replied in LinkedIn so I don't know if they keep a copy of sent mail.  I will check.


Take care,


Geoff


**EXHIBIT NO** *173*
**WITNESS:** *Ashley*
**DATE:** *3/16/12*

LSI02225931

1:08CV2755 PLAINTIFF EX-173

To: Dan Lowery <dlowery@lsistl.com>
From: Geoff Ashley via LinkedIn <member@linkedin.com>
Sent by: messages-noreply@bounce.linkedin.com
Date: 12/29/2011 08:24AM
Subject: FW: RE: Greetings and SAP Business

# LinkedIn

**Geoff Ashley has sent you a message.**
**Date:** 12/29/2011
**Subject:** FW: RE: Greetings and SAP Business
Here is what I sent to Paul. Confidential of course as this is a pending legal matter.

geoff


On 12/22/11 8:46 AM, Geoff Ashley wrote:
————————
Paul,

Glad to hear from you and hope you are surviving the mill at SAP!

I have no problem with you giving out my contact information but before you do, you might want to let SAP know that I would not be a very good resource. In point-of-fact, SAP screwed this up. Did the partner have issues - sure. But there were numerous cries for help for the partner and SAP either blew them off, gave WRONG information, or took sides and made the partner look bad.

I do NOT have any documentation. None what-so-ever. As per my agreement with SAP, I took nothing with me when I left. All my e-mail was the property of SAP and as such, they should have a copy somewhere. Anything I could provide at this point would be from memory and the memories are not good.

I am not talking about sour grapes. I am talking about Dan Kraus acting in typical Dan Kraus fashion and that is what caused most of the issues SAP now faces.

I hope you have a very Happy Holiday Season!

Take care,

Geoff

On 12/22/11 8:04 AM, Paul Killingsworth wrote:
————————
Hello Geoff,

I trust you are well! We haven't spoken in a while but I keep up with you every once in a while through my colleagues.

Unfortunately, my contacting you isn't purely personal interest. You may recall one of our SAP customers, Hodell-Natco. They have filed suit against SAP and believe it or not, the suit remains open. You may even have been contacted about keeping any records you have regarding them. The legal counsel representing SAP (outside firm) has asked me to give them your contact information if I have it...

Are you OK with me providing your contact information to them? If so, what email and phone should I provide?

LSI02225932

Perhaps we will cross paths again... perhaps sooner than later.

Warm Regards,
Paul Killingsworth
972.375.1163

View/reply to this message

Don't want to receive e-mail notifications? Adjust your message settings.

© 2011, LinkedIn Corporation

LSI02225933