# EXHIBIT B

EXHIBIT NO. 174
WITNESS: Ashley
DATE: 3/16/10

To: <dlowery@lsistl.com>
From: "Geoff Ashley" <geoffrey.ashley@comcast.net>
Date: 01/03/2012 08:37AM
Subject: RE: Dan Lowery - Happy New Year

Dan,

If you felt you were alone, then shame on me! I have always told SAP, Dan,
lawyers, etc. that this was a case where we had a product not ready for
prime time, a partner relying on documentation that SAP put together, a
prospect/customer relying on SAP to back their commitments, and frankly, a
solution that could have worked if anyone at SAP would have wanted to take
the time to help you get there! And this would have been a GREAT customer
rather than a nightmare customer.

At the end of the day, everyone could have done things differently. That is
what hindsight is. But LSi tried to make this right, gave an enormous
amount of time and effort to this customer, and expected the same from their
partner. I wish you could have received even a modicum of that effort in
return.

You are correct about the early opportunity. We all worked hard, but we
were building something that could have been really great. You can imagine
what it did to me personally. I made commitments to a lot of partners and I
worked hard to meet those commitments - in spite of my own company getting
in the way.

I am really sorry I was not more up front with you regarding my position.
You should have been made aware of this by me.

I hope you have a great 2012. You are certainly earned it!!!

LSI02225934

1:08CV2755 PLAINTIFF EX-174

Geoff

-----Original Message-----
From: dlowery@lsistl.com [mailto:dlowery@lsistl.com]
Sent: Saturday, December 31, 2011 5:12 PM
To: Geoff Ashley
Subject: Dan Lowery - Happy New Year

Geoff,

I wanted to wait a day to thank you for the note you sent to
Killingsworth.

You have no idea how that lifted my spirits.

This lawsuit has been grinding along for almost four years now, with
no end
in sight really.

When I look back on the practice LSi put together for SAP, it was head
and
shoulders above anything I have ever been a part of. Those people
overcame
so many hurdles, and yet in the short time of three years, they
developed
one beautiful add on, InFlight, and sold another 12 accounts.

 Wouldn't any manufacturer like to see a sales record like that today.
I
often wonder what could have been if the SAP software simply worked as
promised, for large user counts like Hodell.

In retrospect, I wonder how SAP let Kraus run so long, abusing the
channel
like he did. Would love to know what eventually got him fired.

From the documents and lawyer work I have seen, SAP has spent way over
a
million dollars on this suit. To them it is just another legal issue I
suppose.

LSI02225935

1:08CV2755 PLAINTIFF EX-174.2

However, I look at the work and efforts so many people spent believing in
SAP and Business One and in the end, it was little more than an experiment
for them.
Throw some junk code out in the market, raw, untested, and let the letters
SAP sell it.

It has been a long grind Goeff, but I want you to know, your email made me
feel like I was not alone for the first time.

Thank you.

Dan

LSI02225936

1:08CV2755 PLAINTIFF EX-174.3