# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------
HODELL-NATCO INDUSTRIES, INC.,

                               Plaintiff,

            -vs-

SAP AMERICA, INC., et al.,

                             Defendant.
------------------------------------------------

: CASE NO. 1:08 CV 02755
:
: <u>ORDER</u>

UNITED STATES DISTRICT JUDGE LESLEY WELLS

    This Court, having reviewed Hodell's and SAP's deposition designations for Geoff Ashley and the parties' respective objections thereto, resolves those objections as follows.

I. **SAP'S OBJECTIONS TO HODELL'S DEPOSITION DESIGNATIONS OF TRIAL TESTIMONY OF GEOFF ASHLEY**

| Testimony Designated by Hodell | SAP's Objections to Hodell's Designated Testimony |
|---|---|
| 4:1-5 | • No objection |
| 27:23-36:20 | • Lack of foundation and lack of personal knowledge (Rule 602) as witness was not involved in the Hodell sales process (which he explains at pages 9-12, 96, 108, 239-40)<br><br>• Also lack of relevance (Rule 402) as witness explains (notwithstanding Hodell's suggestions to the contrary) that he is talking about after the Hodell sale<br><br>• Also there is a danger of confusion and unfair prejudice and misleading the jury (Rule 403) as witness is not referring to the time period prior to the Hodell deal, and in any event, the witness should not be testifying as a supplemental juror and providing his *personal opinion*  *Sustained* |
| 37:24-53:24 | • Lack of personal knowledge and lack of foundation (Rule 602) as witness was not involved in sales process and admits that he had no technical role and was never involved with analyzing Hodell's needs during the sales cycle and much of this testimony (especially at pages 38-40) is about what the witness thinks someone else's words might mean<br><br>• Also lack of relevance (Rule 403) as witness explains the "primetime" reference was a general reference to the evolution of all software (see pages 43-44)<br><br>• Also there is a danger of confusion and unfair prejudice and misleading the jury (Rule 403) as witness is not referring to the Hodell deal, and in any event, the witness should not be testifying as a supplemental juror and providing his *personal opinion*  *Sustained*<br><br>• No objection to 46:25-53:24 |
| 56:16-25 | • No objection |
| 82:16-25 | • No objection |

| | |
|---|---|
| 83:21-22 | • No objection |
| 97:1-98:21 | • No objection |
| 100:12-101:3 | • No objection |
| 105:23-107:10 | • SAP objects to 107:2-10; see above at 37:24-53:24    *Sustained* |
| 108:7-109:22 | • No objection |
| 110:18-111:14 | • No objection |
| 112:24-113:12 | • No objection |
| 114:10-115:17 | • No objection |
| 116:2-116:12 | • No objection |
| 116:22-118:5 | • No objection |
| 118:15-119:15 | • No objection |
| 124:9-125:24 | • Improper hypothetical question; argumentative    *Sustained*<br>• Also, this testimony is out of context and inconsistent with the witness' testimony in the pages above |
| 133:3-7 | • No objection |
| 133:13-137:3 | • No objection |
| 138:4-19 | • Lack of relevance (Rule 402); lack of personal knowledge (Rule 602); witness is testifying about something someone else wrote    *Sustained* |

78753770.2

| | |
|---|---|
| 141:5-143:25 | - No objection |
| 145:19-146:3 | - No objection |
| 149:12-24 | - No objection |
| 153:9-23 | - Witness admits that he is not technically qualified to offer this opinion (see pages 6-9 where witness explains that he has 30 years of sales experience but only two years of experience as an MIS director in the early 1990's and page 10 where witness explains that he had no technical role on the Hodell project) *Sustained* |
| 153:24-154:7 | - No objection |
| 154:11-166:21 | - No objection to 154:11-156:7<br>- SAP objects to 156:8-158:10; lack of foundation and personal knowledge (Rule 602); witness is testifying about what someone else might mean in a writing addressed to yet a third person; witness is also making assumptions and is admittedly guessing *Sustained*<br>- No objection to 158:11-166:21 |
| 171:16-173:16 | - SAP objects to 171:16-173:8; lack of foundation and lack of personal knowledge (Rule 602) *Sustained*<br>- No objection to 173:9-16 |
| 180:22-182:6 | - No objection to 180:22-181:20<br>- SAP objects to 181:21-182:6; argumentative and calls for witness' personal opinion; witness is also asked about what others may have done *Sustained* |
| 190:13-195:19 | - No objection |
| 205:24-206:2 | - No objection |
| 206:25 | - No objection |

78753770.2

| 207:11-20 | • No objection |
|---|---|
| 218:5-223:16 | • No objection |
| 223:21-228:19 | • No objection |
| 234:15-235:13 | • No objection |
| 239:25-240:8 | • No objection |

Lesley Wells
US District Judge
NDOH
2/20/15