# EXHIBIT 1

Hodell-Natco Industries, Inc. v.
SAP America, Inc., et al.

Otto Reidl - Vol. 2
February 8, 2012

Page 339

1 Q.  Okay.
2 A.  That's additional.
3 Q.  Okay.  And that was increased
4  interest to National City Bank?
5 A.  Interest rate increase.
6 Q.  Oh.
7 A.  We had to pay a higher premium
8  and that continued past the use of SAP
9  Business One, because we had dropped in
10  performance.
11 Q.  Okay.  In the complaint, you --
12  fifth -- paragraphs 53 and 54, you distinguish
13  between what you consider direct costs and
14  what you consider indirect costs.  What did
15  you mean by direct costs and indirect costs
16  when you filed the complaint, sir?
17      MR. LAMBERT: Objection.
18      THE WITNESS: That is based on the
19  legal way of presenting this.
20      BY MR. STAR:
21 Q.  You personally had no idea what
22  direct costs or indirect costs meant?
23 A.  I -- I know that the 843,000 is
24  invoices directly paid to LSi.  The indirect
25  is based on a calculation you do.

Page 340

1 Q.  Okay.
2      MR. STAR: This is the next Exhibit,
3  23.
4  (Whereupon, Exhibit 23 was marked for
5  identification.)
6      BY MR. STAR:
7 Q.  Sir, what I have marked here as
8  Exhibit 23 is a document called the
9  Rule 26(a) Initial Disclosures of Hodell.  And
10  one of the items that you see under Roman III
11  on page 5 is Hodell's computation of damages.
12  If you can flip to that page.
13  Tell me, did you have any personal role
14  in preparing this computation of damages
15  listed in this document?
16 A.  Yes.
17 Q.  Okay.  What was your role?
18 A.  I summarized my estimate of the
19  damages.
20 Q.  And are these items of damages in
21  line with the items that you just listed to me
22  that now make up what you claim to be
23  $6 million in damages to Hodell?
24 A.  That is correct.
25 Q.  Okay.  Let's go through the items

Page 341

1  that you listed for me, and I'll just take
2  them in the order that you gave them to me
3  today.  The first one was productivity loss,
4  you say 2.6 million, and that's what you list
5  here in item 7 of your initial disclosures,
6  which you list as productivity loss associated
7  with unsuitability and malfunctions of SAP
8  Business One software, say 2.4 to
9  $2.6 million.  How did you calculate that
10  figure?
11      MR. LAMBERT: Objection.
12      MR. STAR: What is the objection?
13      MR. LAMBERT: What was that?
14      MR. STAR: What is the objection to
15  that?
16      MR. LAMBERT: You want me to explain my
17  objections now?
18      MR. STAR: Well, if there is -- if
19  there is an objection, I mean, if there is a
20  form objection, you can make it, but I'm just
21  unclear.  He was designated to testify as to
22  Hodell's damages, and I just can't see that
23  there is an objection to that.  It --
24      MR. LAMBERT: Well, the objection is
25  that we have designated Mr. -- or Otto to

Page 342

1  testify as to damage calculations.  I
2  designate him with the caveat that we have
3  retained, or will retain an expert, designate
4  an expert to come to the ultimate conclusion
5  of what the damages are, but he can testify as
6  to his -- his calculations.  With that caveat.
7  (Whereupon, at 12:28, Mr. Lowery left
8  the room.)
9      BY MR. STAR:
10 Q.  You are the person who made the
11  calculation of the 2.4 to 2.6 million
12  dollars --
13 A.  That is correct.
14 Q.  -- associated with the alleged
15  productivity loss?
16 A.  Correct.
17 Q.  Okay.  How did you get to those
18  figures?
19 A.  Do I do this mentally, or do we
20  have a document?
21 Q.  I have nothing that shows how you
22  got to it, that's why I --
23 A.  Okay.  Then I will go off the top
24  of my head.  I took our productivity for
25  pounds shipped in the year 2002 under FACTS,

Page 343

1    2003, 2004, 2005, 2006, and through February
2    of 2007. I added up all the pounds shipped
3    and all the employees utilized. I did it on
4    an annual basis, and I did it in total, and
5    came up with a productivity number under
6    FACTS, prior to switching. Then I looked at
7    our productivity from March through December
8    for '07, all of 2006, I'm sorry, 2008, and
9    three months of 2009.
10   Q.  So March '07 through March '09?
11   A.  Yes, 25 months --
12   Q.  Okay.
13   A.  -- that we were on.
14   Q.  Okay.
15   A.  I believe I have the right
16   starting point is -- yeah. And I looked at
17   the number of employees and the pounds we
18   shipped during that time frame. And I
19   calculate for each of those years a total cost
20   for the employment per employee, and I tracked
21   how it increased over time, wasn't much
22   inflation. I took the number of employees we
23   actually used during the SAP implementation
24   and said, if we got back to what we had
25   experienced under FACTS, no improvement,

Page 344

1    although the documents all state improvement
2    in productivity and efficiency, we did not get
3    any -- we couldn't keep up with the
4    productivity under FACTS, so I said what was
5    productivity lost against FACTS? And the -- I
6    took the number of employees that we were
7    short, that we had extra under SAP Business
8    One, times the cost of those employees. And
9    that's how I came up with that number.
10   Q.  So --
11   A.  We averaged 27 employees
12   approximately more than we should have had
13   under SAP Business One, had we been able to
14   maintain FACTS productivity.
15   Q.  Okay.
16   A.  That's just maintaining FACTS,
17   not improving.
18   Q.  And am I summarizing this
19   correctly that essentially what you did was
20   you calculated the number of pounds of
21   material that you shipped, products that you
22   ship each year, divided that by the number
23   of --
24   A.  I didn't calculate -- I'm sorry.
25   MR. LAMBERT: Let him finish.

Page 345

1    BY MR. STAR:
2    Q.  Well, explain -- I'm confused
3    what you did.
4    A.  We keep track of the pounds that
5    we ship.
6    MR. HULME: Let me interrupt just for a
7    second. In case you care, it's 12:30.
8    MR. STAR: It's 12:30. All right.
9    Let's go off the record.
10   MR. HULME: I don't want you to miss
11   your conference.
12   MR. STAR: Yes, thank you. Let's go
13   off the record here. We'll pick up at 1:30.
14   THE WITNESS: Okay.
15   (Whereupon, a lunch break was taken
16   from 12:32 until 1:36.)
17   MR. STAR: We're back on the record
18   here.
19   BY MR. STAR:
20   Q.  We were talking about, before we
21   broke for lunch, your damages calculation, and
22   we left off with your description of your
23   calculation of productivity losses, which you
24   have calculated to be between 2.4 and
25   2.6 million dollars. I was trying to

Page 346

1    understand exactly the formula you used. And
2    as I understood your testimony, you took the
3    productivity rate as it related to the pounds
4    of materials shipped by Hodell from 2002
5    through February of 2007, divided that annual
6    rate by the number of employees; is that
7    right?
8    A.  Pounds per employee.
9    Q.  To come up with a figure of
10   pounds per employee?
11   A.  Pounds per employee, correct.
12   Q.  Was there some dollar figure that
13   you attached to the pounds per employee?
14   A.  No. I attached a dollar figure
15   to our cost of employment, divided that cost
16   of employment by the number of employees we
17   had, to come up with a dollar figure per year,
18   that gives me a dollar figure for the extra
19   employees.
20   Q.  So you figured how much it cost
21   for each of those employees, for instance, in
22   2002, versus what it cost in 2008 for that
23   same employee?
24   A.  Yes.
25   Q.  Okay. Did you consider any other

Page 347

1  factors, other than the SAP software, in
2  connection with your employee cost, for
3  instance, between 2002 and 2008?
4  A.  I took an average for the total
5  company.
6  Q.  Okay.  Were some of the employees
7  in 2002 that you compared the same as some of
8  the employees that you had in 2008?
9  A.  Yes.
10  Q.  Those people had increases in
11  their salaries or compensation between 2002
12  and 2008, right?
13  A.  Between 2002 and 2008, that's
14  correct.
15  Q.  Okay.  And what were the reasons
16  in general that those people would have had
17  increases in their salaries between 2002 and
18  2008?
19  A.  All the normal things that you
20  weigh in performance of an individual.
21  Q.  So performance increases,
22  correct?  Yearly increases for an individual
23  because of performance?
24  A.  Correct.
25  Q.  Okay.  Cost of living raises and

Page 348

1  those sorts of things for individuals,
2  correct?
3  A.  Typically, we didn't have that.
4  Q.  And then you just assumed that
5  all of your increased average costs per
6  employee were attributed to your failed
7  implementation of Business One; is that right?
8  A.  Correct.
9  Q.  Okay.  Even though you would have
10  given a particular employee some increase in
11  their pay between 2002 and 2008, regardless of
12  whether you ever did anything with SAP, true?
13  A.  I calculated the number of
14  employees that we needed to serve a given
15  level of business, and then I compared that to
16  the dollar costs related to that excess number
17  of individuals.
18  Q.  So I don't understand.  Are you
19  -- are you telling me you did this calculation
20  based on Hodell's entire workforce from 2002,
21  up through 2009, or did you just do it on a
22  fraction of people who you considered to be
23  extra workers?
24  A.  I took the productivity
25  calculation based on pounds shipped during

Page 349

1  that prior period.  I included 2002 and 2003,
2  when we were implementing Radio Beacon.  And
3  our productivity at that point was actually a
4  little bit lower, but I kept that in my
5  calculation.  I didn't -- and used the five
6  and -- years and two months, I believe, 2, 3,
7  4, 5, '06, yeah, 5 years and 2 months.  I
8  looked at the pounds shipped in total and the
9  number of employees and did a weighted average
10  number of employees required per pounds
11  shipped under FACTS.
12  Q.  How many employees were required
13  per pounds shipped in 2002 on average?
14  A.  About 131.
15  Q.  Did that include you?
16  A.  Absolutely.
17  Q.  Okay.  So you're including
18  everybody at the time in the Hodell
19  organization?
20  A.  Absolutely.
21  Q.  Okay.  How many --
22     MR. HULME: I'm sorry.  I'm sorry.  You
23  said 131 employees or 131 --
24     THE WITNESS: No.  131 pounds shipped
25  per employee.

Page 350

1     MR. HULME: Okay.  That's what I -- I
2  --
3     BY MR. STAR:
4  Q.  131 pounds shipped --
5  A.  131,000.
6     MR. HULME: Right.
7     THE WITNESS: Okay.
8     BY MR. STAR:
9  Q.  Okay.  131,000 pounds were
10  shipped per employee --
11  A.  Employee.
12  Q.  -- in 2002?
13  A.  Yes.
14  Q.  Okay.  How many --
15  A.  I'm going by memory.  I don't --
16  I can't memorize 4,000 workers.
17  Q.  How many employees did you have
18  in 2002?
19  A.  I would have to look at the
20  document.  It was in the range of about 150,
21  140.
22  Q.  How many employees did you have,
23  for instance, in 2008?
24  A.  A hundred seventy some.
25  Q.  And how many pounds per employee

Hodell-Natco Industries, Inc. v.
SAP America, Inc., et al.

Otto Reidl - Vol. 2
February 8, 2012

---

Page 351

1    did you ship in 2008?
2    A.   119,000.  In the five years prior
3    to SAP implementation, we averaged, weighted
4    average, 138,000 pounds per employee.
5         MR. HULME: I'm sorry, 138 or 131?
6         THE WITNESS: 138,000 --
7         MR. HULME: Okay.
8         THE WITNESS: -- for the five-year
9    period.
10        MR. HULME: Okay.
11        THE WITNESS: '02 and '03, we were
12   implementing Radio Beacon --
13        MR. HULME: Right.
14        THE WITNESS: -- and there was a slight
15   drop.  I included that in my calculation of
16   comparing against FACTS.  If I were to take
17   the -- the previous three years, the
18   differential unclaimed would be larger.
19        BY MR. STAR:
20   Q.   Okay.  Give my the exact formula
21   that you came up with for your productivity
22   cost, your productivity rate?
23   A.   I have already given it to you.
24   Q.   Run through it for --
25   A.   I calculated --

---

Page 352

1    Q.   -- me again.  I'm having
2    difficulty, obviously --
3    A.   Okay.
4    Q.   -- understanding what you have
5    done here.
6    A.   I looked at the pounds we shipped
7    under SAP.
8    Q.   Uh-huh.
9    A.   And the number of employees we
10   utilized.  And then I said, if we had been on
11   FACTS, how many employees would we have
12   required to ship those pounds?  The difference
13   was the amount we had to have because of SAP.
14   Q.   You also attached a dollar figure
15   to that --
16   A.   Correct.
17   Q.   -- and it was based on the total
18   salaries of those employees that --
19   A.   The total compensation of --
20        MR. LAMBERT: Let him finish.  Let him
21   finish.
22        THE WITNESS: Okay.
23        BY MR. STAR:
24   Q.   My understanding, you looked at
25   the compensation that you paid to those

---

Page 353

1    employees over the course of -- of each of
2    these calendar years, and then figured out
3    what the cost was to ship these pounds each
4    year; is that right?
5    A.   Correct.
6    Q.   Okay.  What was your total salary
7    to employees, including yourself, for the
8    calendar year 2002?
9    A.   I don't have that number on the
10   top of my head, but if you have a calculator,
11   you can calculate it approximately.  It was
12   approximately $45,000 per employee, per year,
13   and we had 178 employees, I believe, but I'm
14   going by memory.
15   Q.   178 employees in 2002 or 150?
16   A.   No.  No.  In 2008.  I thought the
17   question --
18   Q.   2008.
19   A.   -- the question was 2008.  I
20   thought that was the question.
21   Q.   What was your salary in 2002?
22   A.   I don't recall.
23        MR. LAMBERT: Objection.
24        BY MR. STAR:
25   Q.   Is it higher -- was it higher in

---

Page 354

1    2008 than it was in 2002?
2         MR. LAMBERT: Objection.
3         THE WITNESS: I don't know.
4         BY MR. STAR:
5    Q.   Okay.  Did you get regular yearly
6    increases in your compensation?
7    A.   No, sir.
8    Q.   Okay.  In general, did employees
9    of Hodell get regular yearly increases in
10   their compensation?
11   A.   The ones that were performing.
12   Q.   Okay.  And that wasn't because of
13   SAP Business One, that was because of their
14   own personal performance, right?
15   A.   If they were performing, they
16   were not to blame for SAP Business One.
17   Q.   Would you agree with me that part
18   of your calculation here to get to
19   $2.6 million includes costs that you -- that
20   Hodell decided to incur through increases in
21   pay and compensation to its employees as a
22   regular course of business and having nothing
23   to do with SAP Business One?
24   A.   I can't think of a business that
25   doesn't have to address increasing pay at one

---

Page 379

1  Q.  What were those losses?  I mean,
2  you're saying here that your sales in 2008 had
3  actually been increasing from what they were,
4  for instance, for 2006.
5  A.  Yes.
6  Q.  What losses did you have?
7  A.  We had productivity cost losses,
8  we had interest cost increases, we had higher
9  capital investment.  You're asking me to
10  repeat them all again.
11  Q.  What were your net profit
12  figures, net profit or net loss figures for
13  2002?  While --
14  A.  2002 --
15  Q.  Yeah, let's do this.  Before you
16  refer back to that.  Let's mark that as
17  Exhibit 24, and we'll take a break at some
18  point and make some copies of it.
19  (Whereupon, Exhibit 24 was marked for
20  identification.)
21       THE WITNESS: For the record, Document 24
22  provides the sales history for years 2002 through
23  -- see if I can get that, moist my finger -- and
24  March of 2009.
25

Page 380

1       BY MR. STAR:
2  Q.  Okay.
3  A.  It contains the sales and
4  profitability information, the pounds shipped,
5  and the employment count.
6  Q.  All right.  Can you tell me what
7  were your net profits or losses for the 2002
8  calendar year?
9  A.  Yes.  Net loss for 2002 was
10  $137,000.  I'm rounding to the nearest
11  thousand.
12  Q.  That's fine.  What about 2006?
13  A.  2006, 1,507,000 profit.  That's
14  after a profit sharing distribution to the
15  employees of 20 percent.
16  Q.  Net profit -- net profit?
17  A.  That was net before tax profit.
18  Q.  Okay.  And what about in 2008?
19  A.  2008, 869,000.
20       MR. HULME: Profit or loss?
21       THE WITNESS: Profit.
22       MR. HULME: Profit.
23       MR. LAMBERT: Show me where you're
24  getting that.
25       THE WITNESS: Pardon me?

Page 381

1       MR. LAMBERT: What are you looking at?
2       THE WITNESS: I'm looking at the
3  summary page for 2008.
4       MR. LAMBERT: Okay.  Okay.
5       MR. STAR: Let's do this.  Let's take a
6  break and get some copies made of that.
7       (Whereupon, a break was taken from 2:15
8  until 2:23.)
9       (Whereupon, Exhibit 25 was marked for
10  identification.)
11       MR. STAR: Back on the record.
12       BY MR. STAR:
13  Q.  The documents that are marked as
14  Exhibits 24 and 25 are -- are documents that
15  you created, sir; is that true?
16  A.  Correct.  No, that's incorrect.
17  The document 24 comes out of the summary
18  statements in our financial statement.  Our
19  controller prepares those.
20  Q.  And who prepared Exhibit 25?
21  A.  Correct.
22  Q.  You did?
23  A.  I did.
24  Q.  Okay.
25  A.  I thought you said you.

Page 382

1  Q.  All right.  So we were running
2  through your net profit figures for certain
3  years.  Can you just direct me on the document
4  that is Exhibit 24 as to where I would get
5  those figures that you -- that you have
6  testified to?
7  A.  Okay.  At the top, the first set
8  of data, other than the month and, you know,
9  annual figure, is -- the first line is the
10  sales figure.  That's gross sales.  To the far
11  right, final column.
12  Q.  Okay.
13  A.  First one.  The second one above
14  the shaded line that goes across the middle of
15  the document is profit before federal tax.
16  Q.  All right.  Very good.
17  So if we look at Hodell 32 -- 32397, which is
18  consolidated calendar year for 2007, you have
19  indicated there start of SAP Business One in March
20  of that year?
21  A.  Correct.
22  Q.  Okay.  Your gross sales figures
23  for each of the months in 2007 stayed roughly
24  the same, correct?
25  A.  I'm sorry?

Page 383

1  Q.  Your gross sales figures for each
2  of the months in 2007 stayed roughly the same,
3  give or take some minor variances, correct?
4  A.  The same from what base?
5  Q.  In each month.  Well, you had in
6  January gross sales of 3.5 million, in April
7  you had 3.4 million, for example, and June,
8  you were 3.6 million, August, 3.7 million.
9  Roughly within the range that you expected; is
10 that fair?
11 A.  No.
12 Q.  No?  What did you expect?
13 A.  I expect growth.
14 Q.  Okay.  How much growth did you
15 expect?
16 A.  For the total year, I would have
17 expect it to be higher.
18 Q.  What did you expect it would be?
19 A.  I don't have my budget in front
20 of me, but in '06 we had 43 million, so I
21 would have expected some growth.
22 Q.  What factors led to a lack of
23 growth between 2006 and 2007 in your gross
24 sales figures?
25 A.  It's my personal opinion the

Page 384

1  major one was SAP Business One implementation,
2  the productivity problems we had, the service
3  problems we had, the efforts we had to put
4  forth to check our inventory levels, the
5  purchase -- extra work in purchasing to try
6  and keep our service level up.
7  Q.  What other factors besides
8  Business One?  You said that was the major
9  factor.
10 A.  The economy --
11 Q.  Were there others?
12 A.  -- always has an effect.
13 Q.  What effect did the economy have
14 on your gross sales figures between 2006 and
15 2007?
16 A.  If there is an economic downturn,
17 ours usually comes later.
18 Q.  Okay.
19 A.  As you see in '08, we were up.
20 '08 was higher than '07 in total.
21 Q.  Okay.
22 A.  So we started to recover in some
23 way.
24 Q.  Okay.  In what way did the
25 economic downturn impact Hodell between 2006

Page 385

1  and present?
2  A.  Based on this, the effect on
3  Hodell through '08, oh, through '08, was
4  minimal.
5  Q.  Okay.  Your testimony has been
6  that you expected Hodell to be on a 13 percent
7  annual growth rate, correct?
8  A.  We interrupted that in '07.
9  Q.  Okay.  Is it your view that the
10 economy, which has been in a general downturn
11 for the last four or five years, had no impact
12 at all on Hodell's ability to grow at your
13 projected 13 percent annual growth rate?
14 A.  I did not say that.
15 Q.  Okay.  Well, what is your view?
16 A.  It had some effect, but we still
17 grew from '07 to '08, although '07 was a
18 decline, because of the implementation
19 efforts.  And we recovered a little bit even
20 in the downturning economy.
21 Q.  And in '08, you were running for
22 the first full year the SAP Business One
23 platform?
24 A.  Correct.
25 Q.  Okay.  Looking at the document

Page 386

1  that is marked Exhibit 25, you have here
2  listed, it's titled SAPB1 Effect on
3  Productivity.  And one of the columns you have
4  here is the number of employees per calendar
5  year.  You see that?
6  A.  Correct.
7  Q.  Did you calculate that figure as
8  of the end of each calendar year?
9  A.  It's a weighted average on that.
10 Q.  Okay.  So in 2006, the last full
11 year that you ran the FACTS software, you had
12 a weighted average of 177 employees, correct?
13 A.  Correct.
14 Q.  Okay.  The next calendar year --
15 A.  No, it's not correct.  For '06,
16 we had 177.  For '02, we had 137.
17 Q.  I didn't ask about '02.  I asked
18 -- 2006 was the last full calendar year that
19 you ran the FACTS software.  And in that year,
20 you had a weighted average of 177 employees,
21 right?
22 A.  Correct.
23 Q.  Okay.  You have down total
24 workers, 186.2.  What does that mean?  You're
25 adding in your full-time employees and your

Page 387

1  temporary staff?
2  A.  No, some temps.  I'm converting
3  the temps to a full-time --
4  Q.  I see.
5  A.  -- category.
6  Q.  So in 2007, you have two columns.
7  You have 2007 year to date as of February, you
8  had 178 total employees, plus five and a half
9  temps, for a total of 183.5 workers, right?
10  A.  Right.
11  Q.  So that's roughly two workers, if
12  we can divide a person, roughly two workers
13  less than you had in calendar year 2006,
14  right?
15  A.  Repeat that math.
16  Q.  Well, you have got 183.5 versus
17  186.2.
18  A.  Right.
19  Q.  So just about slightly more than
20  -- slightly two people less in 2007 than you
21  had in 2006, right?
22  A.  No.  It's going the opposite way.
23  Three people more in total.
24  Q.  Three people more in 2006 than in
25  2007?

Page 388

1  A.  Oh, you said 2007.
2  Q.  Sorry if I misspoke.  Okay.  And
3  then for the full calendar year 2007, you have
4  total employees of 176, versus 177 in 2006,
5  correct?
6  A.  You're looking at column three,
7  employees?
8  Q.  Yes, sir.
9  A.  Correct.
10  Q.  The total workers, including your
11  temps in 2007, 186.8?
12  A.  Correct.
13  Q.  Versus 186.2 in 2006, right?
14  A.  Correct.
15  Q.  Okay.  So looking at this, how
16  can you -- strike that.
17  Looking at this, is it your testimony
18  that because of the SAP Business One
19  implementation, Hodell was caused to add
20  additional employees?
21  A.  Correct.
22  Q.  In what way?
23  A.  Lost productivity.
24  Q.  But you had actually no real
25  change in the number of employees between --

Page 389

1  A.  Did you look at --
2  Q.  -- 2006 --
3  A.  -- pounds?
4  Q.  Sir, don't interrupt when I'm --
5  A.  I'm sorry.
6  Q.  You had no --
7  A.  Apologize.
8  Q.  -- actual change in employees
9  between 2006 and 2007, correct?  I mean, it
10  was a -- less than one person?
11  A.  Did you look at the number of
12  pounds in 2006?  23,312,000.  In 2007,
13  21.1 million.  A ten percent drop in the
14  pounds shipped, but I had to add people.  How
15  many people should we have utilized for that
16  volume?
17  Q.  Tell me, how many should you have
18  utilized?
19  A.  Well, I would take our average
20  productivity for the prior five years and
21  two months, even though the last two months
22  considered we added people because of the
23  training time required in order to get our
24  product out the door, we had to add some
25  people.  I've penalized FACTS for that, the

Page 390

1  productivity on the FACTS.  The numbers in
2  here contain the actual employment, but we
3  already had activity, training, evaluating SAP
4  Business One.
5  Q.  So you think FACTS was
6  responsible for some of your productivity
7  losses?
8  A.  No.  No.  We had to take some of
9  the people's time to training, and therefore,
10  we had to add people to get the product out
11  the door.
12  Q.  Tell me then, how many additional
13  people do you think SAP or LSi is responsible
14  for at Hodell?
15  A.  An average of 27.2 a year.
16  Q.  And you believe that comes out to
17  a total loss productivity cost of 2.5, almost
18  $2.6 million?
19  A.  That is correct.
20  Q.  Okay.  That's calculated based on
21  the amount that you have paid these 27.16
22  people over what course of time?
23  A.  Twenty-five months.
24  Q.  Okay.  Moving back to your total
25  damages calculation of around $6 million.  You