IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| --- | --- | --- |
| Plaintiff, | ) ) ) | JUDGE NUGENT |
| v. | ) ) | **ORDER** |
| SAP AMERICA, INC., et al. | ) ) ) | |
| Defendants. | ) ) | |

AND NOW, this _____ day of _____, 2015, upon consideration of the SAP Defendants' Motion for Judgment as a Matter of Law with Respect to Plaintiff's Damages Claim and With Respect to Plaintiff's Tort Claims, and any response thereto, it is hereby **ORDERED** that the SAP Defendants' Motion is **GRANTED**.

BY THE COURT:

Dated: _____   _____

Hon. Donald Nugent
United States District Judge