UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) CASE NO. 1:08 CV 2755 |
| | ) |
| Plaintiff, | ) JUDGE NUGENT |
| | ) |
| v. | ) |
| | ) |
| SAP AMERICA, INC., et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DEFENDANTS NOTICE OF WITHDRAWAL OF SUBPOENA TO JOSEPH VISLOCKY

Defendants SAP America, Inc. and SAP AG (collectively "Defendants" or "SAP") through its attorneys, hereby give notice that they withdraw the subpoena issued upon Joseph Vislocky, 14715 Teal Drive, Chardon, OH  44024-2403.

DRINKER BIDDLE & REATH, LLP

Dated: June 29, 2015         By: /s/ Gregory J. Star
                                 Gregory J. Star (admitted *pro hac vice*)
                                 Drinker Biddle & Reath LLP
                                 One Logan Square, Suite 2000
                                 Philadelphia, PA 19103-6996
                                 Telephone: (215) 988-2700
                                 Facsimile:  (215) 988-2757

                                 *Attorneys for Defendants,*
                                 *SAP America, Inc. and SAP AG*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on June 29, 2015, the foregoing was filed electronically. Notice of this filing was provided by operation of the Court's electronic filing system. Parties may access the document through the Court's electronic filing system.

/s/ Gregory J. Star
Gregory J. Star (admitted *pro hac vice*)
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
Facsimile: (215) 988-2757