IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| --- | --- | --- |
| Plaintiff, | ) ) ) | JUDGE NUGENT |
| v. | ) ) | |
| SAP AMERICA, INC., et al. | ) ) | |
| Defendants. | ) ) ) | |

**UNOPPOSED MOTION OF SAP AMERICA, INC. AND SAP AG TO USE ADDITIONAL ELECTRONIC EQUIPMENT IN THE COURTROOM DURING CLOSING ARGUMENT**

Defendants SAP America, Inc. and SAP AG (jointly, "SAP") respectfully move the Court to permit SAP to use additional electronic equipment in the courtroom during closing argument.  SAP has conferred with opposing counsel, and this motion is unopposed.

SAP has learned that the two flat-screen televisions currently located in Courtroom 15A are only capable of displaying videos and images that are simultaneously projected throughout all other monitors in the courtroom.  SAP has been informed that neither television is wired to display standalone videos or images.  SAP wishes to display standalone images during its closing argument.

Accordingly, SAP has coordinated with an outside vendor for delivery of an additional flat-screen television to Courtroom 15A in advance of its closing argument and is prepared to use said additional flat-screen television provided that the Court grant the present motion.

Respectfully submitted,

/s/ Gregory J. Star
Michael J. Miller (admitted *pro hac vice*)
Gregory J. Star (admitted *pro hac vice*)

Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
Telephone:  (215) 988-2700
Facsimile:  (215) 988-2757
*Attorneys for SAP America, Inc. and SAP AG*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June, 2015, a copy of the foregoing Unopposed Motion to Use Additional Electronic Equipment in the Courtroom During Closing Argument was filed electronically and served.

/s/ Gregory J. Star

Gregory J. Star (admitted *pro hac vice*)