TRIAL MINUTES

HODELL_NATCO INDUSTRIES, INC.

vs.

SAP AMERICA, INC., et al.

DATE: July 2, 2015

JUDGE DONALD C. NUGENT

CASE NUMBER 1:08 CV 2755

SUE TRISCHAN

COURT REPORTER: SHIRLE PERKINS

Length of Proceedings: 480 MIN

TRIAL TO [ ] COURT [XX] JURY

[ ] OPENING STATEMENTS OF COUNSEL

PLTF'S CASE [ ] BEGUN [ ] CONTINUED & [ ] NOT CONCLUDED [ ] CONCLUDED

DEFT'S CASE [ ] BEGUN [ ] CONTINUED & [ ] NOT CONCLUDED [ ] CONCLUDED

[ ] TESTIMONY TAKEN (See Witness List)

[ ] REBUTTAL OF PLTF    [ ] SURREBUTTAL OF DEFT

[X] FINAL ARGUMENTS    [X] CHARGE TO THE JURY

JURY DELIBERATIONS [X] BEGUN [ ] CONTINUED & [ ] NOT CONCLUDED [X] CONCLUDED

ADJOURNED UNTIL _____ AT _____

TRIAL CONT'D. FINAL ARGUMENTS CONT'D. COURT GIVES FINAL INSTRUCTIONS TO JURY. JURY RETIRES IN DELIBERATION. JURY RETURNS UNANIMOUS VERDICT IN FAVOR OF EACH DEF AGAINST PLAINTIFF. COURT POLLS JURY AND ACCEPTS VERDICT. JURY DISCHARGED. JUDGMENT ENTERED IN FAVOR OF SAP AG AND SAP AMERICA ON ALL PLAINTIFF'S CLAIMS. COSTS TO PLAINTIFF.

[ ] EXHIBITS LOCATED IN _____

[X] EXHIBITS RETURNED TO COUNSEL

Donald C. Nugent 7/2/15
COURTROOM DEPUTY CLERK