UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC., | ) | CASE NO. 1: 08 CV 2755 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| LSI-LOWRY SYSTEMS INC., and | ) | |
| IBIS GROUP INC., | ) | NOTICE OF DEFAULT JUDGMENT |
| | ) | HEARING |
| Defendants. | ) | |

The above captioned case has been scheduled for a default judgment hearing, pursuant to Fed. R. Civ. Pro. 55(b)(2)(B) before the HONORABLE DONALD C. NUGENT, United States District Court, 801 West Superior Avenue, Courtroom 15A, Cleveland, OH 44113:

DEFAULT JUDGMENT HEARING scheduled for
Thursday July 23, 2015 @ 9:30 a.m.

DATE: July 6, 2015

To: All Counsel of Record