```
HODELL_NATCO INDUSTRIES, INC.

                vs.

SAP AMERICA, INC., et al.
```

DATE: JUNE 15, 2015

JUDGE DONALD C. NUGENT

CASE NUMBER 1:08 CV 2755

SUE TRISCHAN
COURT REPORTER: SHIRLE PERKINS

Length of Proceedings: 480 MIN

TRIAL TO [ ] COURT [XX] JURY

[X] OPENING STATEMENTS OF COUNSEL

PLTF'S CASE [X] BEGUN [ ] CONTINUED & [X] NOT CONCLUDED [ ] CONCLUDED

DEFT'S CASE [ ] BEGUN [ ] CONTINUED & [ ] NOT CONCLUDED [ ] CONCLUDED

[X] TESTIMONY TAKEN (See Witness List)

[ ] REBUTTAL OF PLTF   [ ] SURREBUTTAL OF DEFT

[ ] FINAL ARGUMENTS   [ ] CHARGE TO THE JURY

JURY DELIBERATIONS [ ] BEGUN [ ] CONTINUED & [ ] NOT CONCLUDED [ ] CONCLUDED

ADJOURNED UNTIL JUNE 16, 2015 AT 8:00 AM

TRIAL COMMENCED. JURY DULY EMPANELED AND SWORN CONSISTING OF TWELVE (12) JURORS. ~~P~~ JUROR #2 EXCUSED FOR PERSONAL REASONS. OPENING STATEMENTS OF COUNSEL MADE. (P) CALLS FOLLOWING WITNESS(ES):
1) KEVIN REIDL
COURT ADJOURNED.

[ ] EXHIBITS LOCATED IN _____

[X] EXHIBITS RETURNED TO COUNSEL

COURTROOM DEPUTY CLERK  6/15/15