HODELL-NATCO INDUSTRIES, INC.

vs.

SAP AMERICA, INC., et al.

DATE: JUNE 16, 2015

JUDGE DONALD C. NUGENT

CASE NUMBER   1:08 CV 2755

COURT REPORTER:   SHIRLE PERKINS
SUE TRISCHAN

Length of Proceedings:   480 MIN

TRIAL TO [ ] COURT [XX] JURY

[ ] OPENING STATEMENTS OF COUNSEL

PLTF'S CASE [ ] BEGUN [X] CONTINUED & [X] NOT CONCLUDED [ ] CONCLUDED

DEFT'S CASE [ ] BEGUN [ ] CONTINUED & [ ] NOT CONCLUDED [ ] CONCLUDED

[ ] TESTIMONY TAKEN (See Witness List)

[ ] REBUTTAL OF PLTF [ ] SURREBUTTAL OF DEFT

[ ] FINAL ARGUMENTS [ ] CHARGE TO THE JURY

JURY DELIBERATIONS [ ] BEGUN [ ] CONTINUED & [ ] NOT CONCLUDED [ ] CONCLUDED

ADJOURNED UNTIL   JUNE 17, 2015   AT   8 00 AM

TRIAL CONT'D.
(P) CALLS FOLLOWING WITNESS(ES): ① KEVIN RIEDL CONT'D.
② DANIEL LOWERY
Court adjourned

[ ] EXHIBITS LOCATED IN _____

[X] EXHIBITS RETURNED TO COUNSEL

Donald C. Nugent 6/6/15

COURTROOM DEPUTY CLERK