TRIAL MINUTES

HODELL_NATCO INDUSTRIES, INC.

vs.

SAP AMERICA, INC., et al.

DATE: JUNE 17, 2015

JUDGE DONALD C. NUGENT

CASE NUMBER 1:08 CV 2755

JUDY GAGE

COURT REPORTER: SHIRLE PERKINS

Length of Proceedings:

TRIAL TO [ ] COURT [XX] JURY

[ ] OPENING STATEMENTS OF COUNSEL

PLTF'S CASE [ ] BEGUN [X] CONTINUED & [X] NOT CONCLUDED [ ] CONCLUDED

DEFT'S CASE [ ] BEGUN [ ] CONTINUED & [ ] NOT CONCLUDED [ ] CONCLUDED

[X] TESTIMONY TAKEN (See Witness List)

[ ] REBUTTAL OF PLTF    [ ] SURREBUTTAL OF DEFT

[ ] FINAL ARGUMENTS    [ ] CHARGE TO THE JURY

JURY DELIBERATIONS [ ] BEGUN [ ] CONTINUED & [ ] NOT CONCLUDED [ ] CONCLUDED

ADJOURNED UNTIL JUNE 18, 2015 AT 8:00 AM

TRIAL CONT'D. JUROR #5 EXCUSED DUE TO MEDICAL ISSUE.
(1) CALLS FOLLOWING WITNESS(ES): (2) DANIEL LOWERY
(3) PAUL KILLINGSWORTH
Court adjourned

[ ] EXHIBITS LOCATED IN _____
[X] EXHIBITS RETURNED TO COUNSEL

Donald C. Nugent 6/17/15
COURTROOM DEPUTY CLERK