TRIAL MINUTES — Northern District of Ohio, Eastern Division

===============================================================

HODELL-NATCO INDUSTRIES, INC.

vs.

SAP AMERICA, INC., et al.

DATE: JUNE 18, 2015

JUDGE DONALD C. NUGENT

CASE NUMBER 1:08 CV 2755

SUE TRISCHAN

COURT REPORTER: JUDY GAGE

Length of Proceedings: 480 MIN.

===============================================================

TRIAL TO [ ] COURT [XX] JURY

[ ] OPENING STATEMENTS OF COUNSEL

PLTF'S CASE [ ] BEGUN [X] CONTINUED & [X] NOT CONCLUDED [ ] CONCLUDED

DEFT'S CASE [ ] BEGUN [ ] CONTINUED & [ ] NOT CONCLUDED [ ] CONCLUDED

[X] TESTIMONY TAKEN (See Witness List)

[ ] REBUTTAL OF PLTF    [ ] SURREBUTTAL OF DEFT

[ ] FINAL ARGUMENTS     [ ] CHARGE TO THE JURY

JURY DELIBERATIONS [ ] BEGUN [ ] CONTINUED & [ ] NOT CONCLUDED [ ] CONCLUDED

ADJOURNED UNTIL JUNE 19, 2015 AT 8:00 AM

TRIAL CONT'D.
(P) CALLS FOLLOWING WITNESS(ES): (3) PAUL KILLINGSWORTH CONT'D; (4) ED NEVEUX; (5) UDI ZIV (VIDEO DEPOSITION)
Court adjourned.

[ ] EXHIBITS LOCATED IN _____

[ ] EXHIBITS RETURNED TO COUNSEL

Donald C. Nugent 6/8/15
COURTROOM DEPUTY CLERK