TRIAL MINUTES

===============================================================================

HODELL_NATCO INDUSTRIES, INC.

vs.

SAP AMERICA, INC., et al.

DATE: June 19, 2015

JUDGE DONALD C. NUGENT

CASE NUMBER 1:08 CV 2755

COURT REPORTER: Sue Trischan / Shirle Perkins

Length of Proceedings: 480 MIN

===============================================================================

TRIAL TO [ ] COURT [XX] JURY

[ ] OPENING STATEMENTS OF COUNSEL

PLTF'S CASE [ ] BEGUN [X] CONTINUED & [X] NOT CONCLUDED [ ] CONCLUDED

DEFT'S CASE [ ] BEGUN [ ] CONTINUED & [ ] NOT CONCLUDED [ ] CONCLUDED

[X] TESTIMONY TAKEN (See Witness List)

[ ] REBUTTAL OF PLTF    [ ] SURREBUTTAL OF DEFT

[ ] FINAL ARGUMENTS    [ ] CHARGE TO THE JURY

JURY DELIBERATIONS [ ] BEGUN [ ] CONTINUED & [ ] NOT CONCLUDED [ ] CONCLUDED

ADJOURNED UNTIL June 22, 2015 AT 8:00 AM

TRIAL CONT'D.
(P) CALLS FOLLOWING WITNESS(ES): (5) IDI ZIV
CONT'D.; (6) JON WOODRUM (VIDEO DEPOSITION); (7) JAIME CLARKE
Court adjourned

[ ] EXHIBITS LOCATED IN _____

[ ] EXHIBITS RETURNED TO COUNSEL

_____ 6/19/15
COURTROOM DEPUTY CLERK