TRIAL MINUTES

HODELL-NATCO INDUSTRIES, INC.

vs.

SAP AMERICA, INC., et al.

DATE: June 22, 2015

JUDGE DONALD C. NUGENT

CASE NUMBER 1:08 CV 2755

COURT REPORTER: Sue Trischan / Shirle Perkins

Length of Proceedings: 480 MIN

TRIAL TO [ ] COURT [XX] JURY

[ ] OPENING STATEMENTS OF COUNSEL

PLTF'S CASE [ ] BEGUN [X] CONTINUED & [X] NOT CONCLUDED [ ] CONCLUDED

DEFT'S CASE [ ] BEGUN [ ] CONTINUED & [ ] NOT CONCLUDED [ ] CONCLUDED

[X] TESTIMONY TAKEN (See Witness List)

[ ] REBUTTAL OF PLTF    [ ] SURREBUTTAL OF DEFT

[ ] FINAL ARGUMENTS    [ ] CHARGE TO THE JURY

JURY DELIBERATIONS [ ] BEGUN [ ] CONTINUED & [ ] NOT CONCLUDED [ ] CONCLUDED

ADJOURNED UNTIL June 23, 2015 AT 8:00 AM

Trial cont'd.
(P) calls following witness(es): (8) Dale Van Leeuwen (live video transmission).
Court adjourned.

[ ] EXHIBITS LOCATED IN _____

[X] EXHIBITS RETURNED TO COUNSEL

_Donald C. Nugent_ 6/22/15
COURTROOM DEPUTY CLERK