```
TRIAL MINUTES
```

HODELL_NATCO INDUSTRIES, INC.

vs.

SAP AMERICA, INC., et al.

DATE: JUNE 23, 2015

JUDGE DONALD C. NUGENT

CASE NUMBER 1:08 CV 2755

COURT REPORTER: SUE TRISCHAN / SHIRLE PERKINS

Length of Proceedings: 480 MIN

TRIAL TO [ ] COURT [XX] JURY

[ ] OPENING STATEMENTS OF COUNSEL

PLTF'S CASE [ ] BEGUN [X] CONTINUED & [X] NOT CONCLUDED [ ] CONCLUDED

DEFT'S CASE [ ] BEGUN [ ] CONTINUED & [ ] NOT CONCLUDED [ ] CONCLUDED

[X] TESTIMONY TAKEN (See Witness List)

[ ] REBUTTAL OF PLTF   [ ] SURREBUTTAL OF DEFT

[ ] FINAL ARGUMENTS   [ ] CHARGE TO THE JURY

JURY DELIBERATIONS [ ] BEGUN [ ] CONTINUED & [ ] NOT CONCLUDED [ ] CONCLUDED

ADJOURNED UNTIL JUNE 24, 2015 AT 8:00 AM

TRIAL CONT'D.
(P) CALLS FOLLOWING WITNESS(ES): (9) GEOFFREY ASHLEY (live video transmission); (10) HELMUTH GUEMBEL; (11) OTTO REIDL
Court adjourned

[ ] EXHIBITS LOCATED IN _____

[X] EXHIBITS RETURNED TO COUNSEL

Donald C. Nugent 6/23/15
COURTROOM DEPUTY CLERK