TRIAL MINUTES

==============================================================

HODELL_NATCO INDUSTRIES, INC.

vs.

SAP AMERICA, INC., et al.

DATE: June 25, 2015

JUDGE DONALD C. NUGENT

CASE NUMBER 1:08 CV 2755

Sue Trischan

COURT REPORTER: Shirle Perkins

Length of Proceedings: 480 MIN

==============================================================

TRIAL TO [ ] COURT [XX] JURY

[ ] OPENING STATEMENTS OF COUNSEL

PLTF'S CASE [ ] BEGUN [X] CONTINUED & [ ] NOT CONCLUDED [X] CONCLUDED

DEFT'S CASE [X] BEGUN [X] CONTINUED & [ ] NOT CONCLUDED [ ] CONCLUDED

[X] TESTIMONY TAKEN (See Witness List)

[ ] REBUTTAL OF PLTF    [ ] SURREBUTTAL OF DEFT

[ ] FINAL ARGUMENTS    [ ] CHARGE TO THE JURY

JURY DELIBERATIONS [ ] BEGUN [ ] CONTINUED & [ ] NOT CONCLUDED [ ] CONCLUDED

ADJOURNED UNTIL June 26, 2015 AT 8:00 AM

Trial cont'd.
(P) calls following witness(es): (1) Otto Reidl cont'd.
(P) rests. Parties agree that court may reserve any ruling pursuant to FRCivP 50 w/out any party giving up any rights.
Def. calls following witness(es): (1) Penelope Vitantonio; (2) Daniel F. Kraus
Court adjourned

[ ] EXHIBITS LOCATED IN _____

[X] EXHIBITS RETURNED TO COUNSEL

COURTROOM DEPUTY CLERK  6/25/15