TRIAL MINUTES — United States District Court, Northern District of Ohio, Eastern Division

| | |
|---|---|
| HODELL-NATCO INDUSTRIES, INC. | DATE: June 26, 2015 |
| | JUDGE: DONALD C. NUGENT |
| vs. | CASE NUMBER: 1:08 CV 2755 |
| | SUE TRISCHAN |
| SAP AMERICA, INC., et al. | COURT REPORTER: SHIRLE PERKINS |
| | Length of Proceedings: 480 MIN |

TRIAL TO [ ] COURT  [XX] JURY

[ ] OPENING STATEMENTS OF COUNSEL

PLTF'S CASE  [ ] BEGUN  [ ] CONTINUED &  [ ] NOT CONCLUDED  [ ] CONCLUDED

DEFT'S CASE  [ ] BEGUN  [X] CONTINUED &  [X] NOT CONCLUDED  [ ] CONCLUDED

[X] TESTIMONY TAKEN (See Witness List)

[ ] REBUTTAL OF PLTF      [ ] SURREBUTTAL OF DEFT

[ ] FINAL ARGUMENTS       [ ] CHARGE TO THE JURY

JURY DELIBERATIONS  [ ] BEGUN  [ ] CONTINUED &  [ ] NOT CONCLUDED  [ ] CONCLUDED

ADJOURNED UNTIL June 29, 2015 AT 8:00 AM

Trial cont'd.
Counsel present arguments related to damages out of the presence of the jury and will submit briefs on issues. Original Juror #8 excused due to hardship at school. Df. calls following witness(es): (3) Ralf Mehnert-Meland (4) Joseph Guagenti
Court adjourned

[ ] EXHIBITS LOCATED IN _____

[X] EXHIBITS RETURNED TO COUNSEL

Donald C. Nugent 6/26/15
COURTROOM DEPUTY CLERK