TRIAL MINUTES — North District of Ohio, Eastern Division

| | |
|---|---|
| HODELL_NATCO INDUSTRIES, INC. | DATE: June 29, 2015 |
| | JUDGE: DONALD C. NUGENT |
| vs. | CASE NUMBER: 1:08 CV 2755 |
| | SUE TRISCHAN |
| SAP AMERICA, INC., et al. | COURT REPORTER: SHIRLE PERKINS |
| | Length of Proceedings: |

TRIAL TO [ ] COURT [XX] JURY

[ ] OPENING STATEMENTS OF COUNSEL

PLTF'S CASE [ ] BEGUN [ ] CONTINUED & [ ] NOT CONCLUDED [ ] CONCLUDED

DEFT'S CASE [ ] BEGUN [X] CONTINUED & [ ] NOT CONCLUDED [ ] CONCLUDED

[X] TESTIMONY TAKEN (See Witness List)

[ ] REBUTTAL OF PLTF   [ ] SURREBUTTAL OF DEFT

[ ] FINAL ARGUMENTS   [ ] CHARGE TO THE JURY

JURY DELIBERATIONS [ ] BEGUN [ ] CONTINUED & [ ] NOT CONCLUDED [ ] CONCLUDED

ADJOURNED UNTIL June 30, 2015 AT 8:00 AM

Trial cont'd.
Def. calls following witness(es): (5) Brooks Hilliard
(6) Geoffrey Osborne
Court adjourned.

[ ] EXHIBITS LOCATED IN _____
[X] EXHIBITS RETURNED TO COUNSEL

Donald R. Nugent 6/29/15
COURTROOM DEPUTY CLERK