===============================================================

HODELL-NATCO INDUSTRIES, INC.

vs.

SAP AMERICA, INC., et al.

DATE: JUNE 30, 2015

JUDGE: DONALD C. NUGENT

CASE NUMBER: 1:08 CV 2755

SUE TRISCHAN
COURT REPORTER: SHIRLE PERKINS

Length of Proceedings: _____

TRIAL TO [ ] COURT [XX] JURY

[ ] OPENING STATEMENTS OF COUNSEL

PLTF'S CASE [ ] BEGUN [ ] CONTINUED & [ ] NOT CONCLUDED [ ] CONCLUDED

DEFT'S CASE [ ] BEGUN [X] CONTINUED & [ ] NOT CONCLUDED [X] CONCLUDED

[X] TESTIMONY TAKEN (See Witness List)

[X] REBUTTAL OF PLTF    [X] SURREBUTTAL OF DEFT

[ ] FINAL ARGUMENTS    [ ] CHARGE TO THE JURY

JURY DELIBERATIONS [ ] BEGUN [ ] CONTINUED & [ ] NOT CONCLUDED [ ] CONCLUDED

ADJOURNED UNTIL **JULY 1, 2015** AT **8:00 AM**

TRIAL CONT'D. DEF. CALLS FOLLOWING WITNESS(ES): (6) GEOFFREY OSBORNE CONT'D. Def. rests. P CALLS FOLLOWING WITNESS(ES) IN REBUTTAL: (1) JOSEPH VISLOSKY (2) OTTO REIDL P rsts. Def calls following witness in SURREBUTTAL: (1) GEOFFREY OSBORNE. DEFENSE RESTS. P PROFFERS testimony of G. WILLIAM KENNEDY, Ph.D. Defs Motion pursuant to FRCivP50 is granted as to Count 3 (BREACH OF K); Count 5 Negligent Misrepresentation; and Counts 1+2 - Fraud in the Inducement and Fraud are combined. Count 4 - Negligence was previously dismissed.

COURT ADJOURNED.

[ ] EXHIBITS LOCATED IN _____

[X] EXHIBITS RETURNED TO COUNSEL

_Donald C. Nugent_ 6/30/15
COURTROOM DEPUTY CLERK