TRIAL MINUTES — Northern District of Ohio, Eastern Division

===========================================================================

HODELL-NATCO INDUSTRIES, INC.

vs.

SAP AMERICA, INC., et al.

DATE: July 1, 2015

JUDGE: DONALD C. NUGENT

CASE NUMBER: 1:08 CV 2755

COURT REPORTER: Sue Trischan / Shirle Perrins

Length of Proceedings: 480 MIN

===========================================================================

TRIAL TO [ ] COURT [XX] JURY

[ ] OPENING STATEMENTS OF COUNSEL

PLTF'S CASE [ ] BEGUN [ ] CONTINUED & [ ] NOT CONCLUDED [ ] CONCLUDED

DEFT'S CASE [ ] BEGUN [ ] CONTINUED & [ ] NOT CONCLUDED [ ] CONCLUDED

[ ] TESTIMONY TAKEN (See Witness List)

[ ] REBUTTAL OF PLTF   [ ] SURREBUTTAL OF DEFT

[X] FINAL ARGUMENTS   [X] CHARGE TO THE JURY

JURY DELIBERATIONS [X] BEGUN [ ] CONTINUED & [ ] NOT CONCLUDED [ ] CONCLUDED

ADJOURNED UNTIL July 2, 2015 AT 8:00 AM

TRIAL CONTD. COURT INSTRUCTS JURY ON LAW. COUNSEL PRESENT FINAL ARGUMENTS. COURT GIVES FINAL INSTRUCTIONS ON THE LAW. JURY RETIRES FOR DELIBERATION

[ ] EXHIBITS LOCATED IN _____
[X] EXHIBITS RETURNED TO COUNSEL

Donald P. Nugent 7/1/15
COURTROOM DEPUTY CLERK