UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC., | ) | CIVIL ACTION |
| | ) | |
| Plaintiff, | ) | CASE NUMBER 1: 08 CV 2755 |
| | ) | |
| vs. | ) | |
| | ) | VERDICT |
| SAP AMERICA, INC. AND SAP AG, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Do you find by clear and convincing evidence in favor of Plaintiff on Plaintiff's claim of Fraud in the Inducement? ___No___ (Enter "Yes" or "No", in ink, according to your findings)

_____
Foreperson

DATED: _7/2/15_

If you find in favor of the Plaintiff, answer the Interrogatory.