UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| -vs- | ) | |
| | ) | |
| SAP AMERICA, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

*[Handwritten annotations: 7/22/15 Motion Gntd Re Set 8/19/15 @ 9:30 am [signature]]*

## UNOPPOSED MOTION TO CONTINUE DEFAULT JUDGMENT HEARING SET FOR JULY 23, 2015

Plaintiff Hodell-Natco Industries, Inc., through undersigned counsel, requests that the Court continue the default judgment hearing currently scheduled for July 23, 2015. The undersigned has conferred with counsel for Defendants SAP America, Inc. and SAP AG, who have indicated they agree to the continuance. Counsel for the parties are available on August 13, 2015 for the rescheduled hearing and will make themselves available for a conference call with the Court to set a new hearing date in the event the Court's schedule requires an alternative date.