IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| HODELL-NATCO INDUSTRIES, INC. | ) | CASE NO. 1:08 CV 2755 |
| --- | --- | --- |
| Plaintiff, | ) | JUDGE NUGENT |
| v. | ) | |
| SAP AMERICA, INC., et al. | ) | |
| Defendants. | ) | |

## JUDGMENT ENTRY

The Court hereby accepts the Stipulation as to Appeal Rights and Costs filed by Plaintiff Hodell-Natco Industries, Inc. ("Hodell") and Defendants SAP America, Inc. and SAP AG ("SAP").

The cross-claims and counterclaims filed by Defendants LSi-Lowery Systems, Inc. ("LSi") and The IBIS Group, Inc. ("IBIS") were previously dismissed with prejudice as set forth in ECF #280. Pursuant hereto, all claims and cross-claims asserted against LSi and IBIS by Hodell and SAP are hereby withdrawn with prejudice. LSi and IBIS shall bear their own costs, attorneys' fees, expert witness fees, and any other fees or expenses incurred in this matter, including, but not limited to, any costs, fees, or expenses that could otherwise have been taxable by the Court pursuant to Fed.R.Civ.P. 54(d), Fed.R.Civ.P. 68, Fed.R.Civ.P. 26(b)(4)(E) or any similar rule or statute.

IT IS SO ORDERED.

DATED: 8/10/15

JUDGE DONALD C. NUGENT